# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AMICUS THERAPEUTICS US, LLC and AMICUS THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC.; TEVA PHARMACEUTICALS, INC.; and TEVA PHARMACEUTICAL INDUSTRIES LTD., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. _____ ) ) ) ) ) ) ) ) ) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee Received 1st Notice:  October 6, 2022
Date Patentee Received 2nd Notice:  October 27, 2022
Thirty Month Stay Deadline:         February 10, 2026

| U.S. Patent No. | Expiration Date |
|---|---|
| 9,000,011 | 4/7/2015 |
| 9,987,263 | 6/5/2018 |
| 10,383,864 | 8/20/2019 |
| 10,406,143 | 9/10/2019 |
| 9,999,618 | 6/19/2018 |
| 10,925,866 | 2/23/2021 |
| 10,813,921 | 10/27/2020 |
| RE48,608 | 6/29/2021 |

| | |
|---|---|
| Dated: November 7, 2022 | **BARNES & THORNBURG LLP**<br><br>*/s/ Chad S.C. Stover*<br>Chad S.C. Stover (No. 4919)<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801<br>Tel. (302) 300-3474<br>Email: Chad.Stover@btlaw.com<br><br>John W. Cox, Ph.D.\*\*<br>Christina M. Baugh\*\*<br>Joshua M. Kalb\*\*<br>Lauren Baker\*\*<br>Anna Whitacre\*\*<br>3340 Peachtree Road N.E., Suite 2900<br>Atlanta, GA 30326<br>Tel. (404) 264-4092<br>Email: John.Cox@btlaw.com<br>Email: Christina.Baugh@btlaw.com<br>Email: Josh.Kalb@btlaw.com<br>Email: Lauren.Baker@btlaw.com<br>Email: Anna.Whitacre@btlaw.com<br><br>Mark C. Nelson\*\*<br>2121 N. Pearl Street, Suite 700<br>Dallas, TX 75201<br>Tel. (214) 258-4140<br>Email: Mark.Nelson@btlaw.com<br><br>Heather B. Repicky\*\*<br>One Marina Park Drive, Suite 1530<br>Boston, MA 02210<br>Tel. (617) 316-5317<br>Email: Heather.Repicky@btlaw.com<br><br>Josh E. Ney, Ph.D.\*\*<br>1717 Pennsylvania Avenue N.W., Suite 500<br>Washington, D.C. 20006-4623<br>Tel. (734) 489-8004<br>Email: Josh.Ney@btlaw.com<br><br>\*\* *Pro Hac Vice* application forthcoming<br><br>*Attorneys for Plaintiffs* |