**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| AMICUS THERAPEUTICS US, LLC and AMICUS THERAPEUTICS, INC., | : : : : | |
| *Plaintiffs*, | : : | C.A. No. 1:22-cv-01461-CFC |
| v. | : : : | |
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICALS, INC. and TEVA PHARMACEUTICAL INDUSTRIES, LTD., | : : : : : | |
| *Defendants*. | : : | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 24th day of August 2023, Defendants, Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc. (collectively "Defendants") served *Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc.'s Non-Infringement Contentions and Appendices A-L* upon the below listed counsel of record via electronic mail:

Chad S. Stover
BARNES & THORNBERG LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
Chad.Stover@btlaw.com

John W. Cox, Ph.D.
Christina M. Baugh
Joshua M. Kalb
Lauren Baker
Anna Whitacre
BARNES & THORNBERG LLP
3340 Peachtree Road N.E., Suite 2900
Atlanta, GA 30326
John.Cox@btlaw.com
Christina.Baugh@btlaw.com
Josh.Kalb@btlaw.com
Lauren.Baker@btlaw.com
Anna.Whitacre@btlaw.com

Mark C. Nelson
BARNES & THORNBERG LLP
2121 N. Pearl Street, Suite 700
Dallas, TX 75201
Mark.Nelson@btlaw.com

Heather B. Repicky
BARNES & THORNBERG LLP
One Marina Park Drive, Suite 1530
Boston, MA 02210
Heather.Repicky@btlaw.com

Josh E. Ney, Ph.D.
BARNES & THORNBERG LLP
1717 Pennsylvania Avenue N.W.
Suite 500
Washington, D.C. 20006-4623
Josh.Ney@btlaw.com

Daniel E. Orr
Womble Bond Dickinson (US) LLP
2001 K Street, NW, Suite 400 South
Washington, D.C.  20006
Daniel.Orr@wbd-us.com

*Attorneys for Plaintiffs,*
*Amicus Therapeutics US, LLC*
*and Amicus Therapeutics, Inc.*

Dated: August 24, 2023

Respectfully submitted,

**KRATZ & BARRY LLP**

*/s/ R Touhey Myer*
R Touhey Myer (#5939)
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Attorneys for Defendants,*
*Aurobindo Pharma Ltd..*
*and Aurobindo Pharma USA, Inc.*

2