# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMICUS THERAPEUTICS US, LLC and AMICUS THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 22-1461-CJB <br> ANDA CASE <br><br> (consolidated) |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Pursuant to the Court's June 20, 2023 Oral Order (D.I. 43), Plaintiffs Amicus Therapeutics US, LLC and Amicus Therapeutics, Inc. (collectively, "Amicus") and Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals, Inc. (collectively, "Teva") respectfully move this Court to schedule a teleconference to address the discovery disputes set forth in the parties' October 20, 2023 letter (D.I. 85). The parties are available for a teleconference on the following dates:

- November 7, 2023
- November 8, 2023
- November 9, 2023

Once the Court sets a date for the teleconference, counsel for Amicus will circulate a link for the teleconference.

| | |
|---|---|
| **BARNES & THORNBURG LLP** | **SHAW KELLER LLP** |
| /s/ Chad S.C. Stover | /s/ Nathan R. Hoeschen |
| Chad S.C. Stover (No. 4919) | Karen E. Keller |
| 222 Delaware Avenue, Suite 1200 | Nathan R. Hoeschen |
| Wilmington, DE 19801 | I.M. Pei Building |
| Tel: (302) 300-3474 | 1105 N. Market Street, 12th Floor |
| Email: Chad.Stover@btlaw.com | Wilmington, DE 19801 |
| | kkeller@shawkeller.com |
| John W. Cox, Ph.D.** | nhoeschen@shawkeller.com |
| Christina M. Baugh** | |
| Joshua M. Kalb** | Kurt A. Mathas |
| Lauren Baker** | Tyree M. Petty-Williams |
| Anna Whitacre** | WINSTON & STRAWN LLP |
| 3340 Peachtree Road N.E., Suite 290 | 35 West Wacker Dr. |
| Atlanta, GA 30326 | Chicago, IL 60601-9703 |
| Tel. (404) 264-4092 | kmathas@winston.com |
| Email: John.Cox@btlaw.com | tpettywilliams@winston.com |
| Email: Josh.Kalb@btlaw.com | |
| Email: Lauren.Baker@btlaw.com | *Counsel for Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals, Inc.* |
| Email: Anna.Whitacre@btlaw.com | |
| | |
| Mark C. Nelson** | |
| 2121 N. Pearl Street, Suite 700 | |
| Dallas, TX 75201 | |
| Tel: (214) 258-4140 | |
| Email: Mark.Nelson@btlaw.com | |
| | |
| Heather B. Repicky** | |
| One Marina Park Drive, Suite 1530 | |
| Boston, MA 02210 | |
| Tel: (617) 316-5317 | |
| Email: Heather.Repicky@btlaw.com | |

Josh E. Ney, Ph.D.**
1717 Pennsylvania Avenue N.W.
Suite 500
Washington, DC 20006-4628
Tel: (734) 489-8004
Email: Josh.Ney@btlaw.com

** Admitted *pro hac vice*

*Attorneys for Plaintiffs*

Dated:  October 20, 2023