# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMICUS THERAPEUTICS US, LLC and AMICUS THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICALS, INC. <br><br> Defendants. | C.A. No. 22-1461-CJB <br> **ANDA CASE** <br><br> Consolidated |

## STIPULATION AND ORDER TO AMEND SCHEDULING ORDER

WHEREAS the parties have conferred at length and agreed on reasonable changes to the Scheduling Order (D.I. 25, previously amended at D.I. 65 and 134) to accommodate the unique patent portfolio covering the drug at issue in this case, GALAFOLD, and allow discovery and trial to proceed as efficiently as possible; and

WHEREAS counsel for each party certifies that they sent a copy of this request to their respective clients in compliance with Local Civil Rule 16.4.

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the Scheduling Order is amended as follows:

| EVENT | CURRENT DEADLINE | PARTIES' PROPOSED DEADLINE |
|---|---|---|
| Thirty Month Stay Deadline | February 10, 2026 | February 10, 2026 |
| Deadline to Amend or Supplement the Pleadings, Including by Joining Additional Parties and/or Asserting Additional Patents | June 13, 2024 | June 13, 2024 |
| Claim Construction Hearing | N/A | N/A |

| EVENT | CURRENT DEADLINE | PARTIES' PROPOSED DEADLINE |
|---|---|---|
| Defendants serve on Plaintiffs a "Final Election of Asserted Prior Art" | 28 days after Claim Construction Order | August 22, 2024 |
| Plaintiffs serve on Defendants a "Final Election of Asserted Claims" | 14 days after service of Defendants' Final Election of Asserted Prior Art | August 8, 2024 |
| Defendants' Amended Final Election of Asserted Prior Art | 7 days after service of Plaintiffs' Final Election of Asserted Claims | N/A |
| Substantial Completion of Document Production | April 25, 2024 | June 27, 2024 |
| Completion of Fact Discovery | June 27, 2024 | September 5, 2024 |
| Final Deadline to Supplement the Infringement Contentions and Invalidity Contentions | July 18, 2024 | September 26, 2024 |
| Final Deadline to Supplement Noninfringement Contentions | August 1, 2024 | October 10, 2024 |
| Opening Expert Reports | September 12, 2024 | October 31, 2024 |
| Rebuttal Expert Reports | October 24, 2024 | December 19, 2024 |
| Reply Expert Reports | November 21, 2024 | January 30, 2025 |
| Close of Expert Discovery | January 16, 2025 | March 20, 2025 |
| Deadline to File *Daubert* Motions | March 6, 2025 | April 24, 2025 |
| Plaintiffs Provide to Defendants a Draft Joint Pretrial Order | 56 days before submission of Joint Proposed Pretrial Order | 56 days before submission of Joint Proposed Pretrial Order |
| Defendants Provide to Plaintiffs a Response to Plaintiffs' Draft Joint Pretrial Order | 28 days before submission of Joint Proposed Pretrial Order | 28 days before submission of Joint Proposed Pretrial Order |
| Parties Submit Joint Proposed Pretrial Order | 21 days before proposed Pretrial Conference | 21 days before proposed Pretrial Conference |
| Pretrial Conference | March 26, 2025 at 3 p.m. | June 6, 2025 at 11:00 a.m. |
| Trial Begins (5 days) | April 7, 2025 | June 23, 2025 at 9:00 a.m. |

**BARNES & THORNBURG LLP**

*/s/ Chad S.C. Stover*
Chad S.C. Stover (No. 4919)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
Tel: (302) 300-3474
Email: Chad.Stover@btlaw.com

John W. Cox, Ph.D.**
Christina M. Baugh**
Joshua M. Kalb**
Lauren Baker**
Anna Whitacre**
3340 Peachtree Road N.E., Suite 290
Atlanta, GA 30326
Tel. (404) 264-4092
Email: John.Cox@btlaw.com
Email: Josh.Kalb@btlaw.com
Email: Lauren.Baker@btlaw.com
Email: Anna.Whitacre@btlaw.com

Mark C. Nelson**
2121 N. Pearl Street, Suite 700
Dallas, TX 75201
Tel: (214) 258-4140
Email: Mark.Nelson@btlaw.com

Heather B. Repicky**
One Marina Park Drive, Suite 1530
Boston, MA 02210
Tel: (617) 316-5317
Email: Heather.Repicky@btlaw.com

Joshua E. Ney, Ph.D.**
1717 Pennsylvania Avenue N.W., Suite 500
Washington, DC 20006-4628
Tel: (734) 489-8004
Email: Josh.Ney@btlaw.com

** Admitted *pro hac vice*

Attorney for Plaintiffs Amicus Therapeutics US, LLC and Amicus Therapeutics, Inc.

**SHAW KELLER LLP**

*/s/ Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
kkeller@shawkeller.com
nhoeschen@shawkeller.com
jshaw@shawkeller.com
arussell@shawkeller.com

Kurt A. Mathas
Kevin Boyle
WINSTON & STRAWN LLP
35 West Wacker Dr.
Chicago, IL 60601-9703
kmathas@winston.com
kboyle@winston.com

Claire Fundakowski
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
cfundakowski@winston.com

*Attorneys for Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals, Inc*

**KRATZ & BARRY LLP**

*/s/ R. Touhey Myer*
R. Touhey Myer (No. 5939)
800 N. West Street
Wilmington, DE 19801
(302) 544-9100
tmyer@kratzandbarry.com

Timothy H. Kratz
George J. Barry III
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338

3

tkratz@kratzandbarry.com
gbarry@kratzandbarry.com

Michael P. Hogan
KRATZ & BARRY LLP
325 Chestnut Street, Suite 883, #259
Philadelphia, PA 19106
mhogan@kratzandbarry.com

*Attorney for Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc.*

**IT IS SO ORDERED** this 12th day of April, 2024.

*Christopher J. Burke*
The Honorable Christopher J. Burke
United States Magistrate Judge