**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMICUS THERAPEUTICS US, LLC AND AMICUS THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC.; and TEVA PHARMACEUTICALS, INC, <br><br> Defendants. | C.A. No. 22-1461-CJB <br> **ANDA CASE** <br><br> Consolidated |

## STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER

WHEREAS the parties have conferred and agreed on reasonable changes to the Scheduling Order (D.I. 25, previously amended at D.I. 65, 134, 137, and 170) to allow discovery and trial to proceed as efficiently as possible, and

WHEREAS counsel for each party certifies that they sent a copy of this request to their respective clients in compliance with Local Civil Rule 16.4,

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the Scheduling Order is amended as follows.  Plaintiffs note that their lead counsel at Groombridge, Wu, Baughman, & Stone LLP is not available for trial on June 23, 2025 because of their obligations and positions with the Federal Circuit Bar Association and its Bench & Bar Conference scheduled for June 18 to 21, 2025 in Napa, California.  The parties are discussing pretrial conference and trial dates, and will submit their positions to the Court by September 19, 2024.

| Event | Current Deadline [D.I. 137 and 170] | Proposed Deadline |
|---|---|---|
| Defendants serve final election of asserted prior art | September 5, 2024 | October 4, 2024 |
| Completion of fact discovery | September 5, 2024 | October 18, 2024 |
| Final deadline to supplement the infringement contentions and invalidity contentions | September 26, 2024 | November 8, 2024 |
| Final deadline to supplement noninfringement contentions | October 10, 2024 | November 22, 2024 |
| Opening expert reports due | October 31, 2024 | December 19, 2024 |
| Rebuttal expert reports due | December 19, 2024 | January 31, 2025 |
| Reply expert reports due | January 30, 2025 | March 7, 2025 |
| Close of expert discovery | March 20, 2025 | April 10, 2025 |

Dated:  September 5, 2024

**BARNES & THORNBURG LLP**

/s/  Chad S.C. Stover
Chad S.C. Stover (No. 4919)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
Tel: (302) 300-3474
Email: Chad.Stover@btlaw.com

*Attorney for Plaintiffs Amicus*
*Therapeutics US, LLC*
*and Amicus Therapeutics, Inc.*

**SHAW KELLER LLP**

/s/   Karen E. Keller
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendants Teva*
*Pharmaceuticals USA, Inc. and Teva*
*Pharmaceuticals, Inc.*

2

**KRATZ & BARRY LLP**

*/s/   R. Touhey Myer*
R. Touhey Myer (No. 5939)
800 N. West Street
Wilmington, DE 19801
(302) 544-9100
tmyer@kratzandbarry.com

*Attorney for Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc.*

**IT IS SO ORDERED** this ___ day of _____, 2024.

_____

The Honorable Christopher J. Burke
United States Magistrate Judge

3