**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| AMICUS THERAPEUTICS US, LLC AND AMICUS THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC.; and TEVA PHARMACEUTICALS, INC, <br><br> Defendants. | C.A. No. 22-1461-CJB <br> **ANDA CASE** <br><br> Consolidated |

## **STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

WHEREAS the parties have conferred and agreed on reasonable changes to the Scheduling Order (D.I. 137, D.I. 176) to allow discovery and trial to proceed as efficiently as possible;

WHEREAS counsel for each party certifies that they sent a copy of this request to their respective clients in compliance with Local Rule 16.4.

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the Scheduling Order is amended as follows:

| Event | Current Deadline | Parties' Proposed Deadline |
|---|---|---|
| Defendants serve final election of asserted prior art | October 4, 2024 | November 22, 2024 |
| Completion of fact discovery | October 18, 2024 | December 6, 2024 |
| Final deadline to supplement the infringement contentions and invalidity contentions | November 8, 2024 | December 20, 2024 |
| Final deadline to supplement noninfringement contentions | November 22, 2024 | January 10, 2025 |

| Opening expert reports due | December 19, 2024 | January 31, 2025 |
|---|---|---|
| Rebuttal expert reports due | January 31, 2025 | February 28, 2025 |
| Reply expert reports due | March 7, 2025 | March 28, 2025 |
| Close of expert discovery | April 10, 2025 | April 25, 2025 |
| Deadline to file Daubert motions | April 24, 2025 | [No deadline] |
| Plaintiffs provide draft Joint Proposed Pretrial Order (JPPO) | 56 days before submission of Joint Proposed Pretrial Order | 56 days before submission of Joint Proposed Pretrial Order<br><br>May 12, 2025 if the Court sets July 7, 2025 as the Pretrial Conference |
| Defendants provide response draft JPPO | 28 days before submission of Joint Proposed Pretrial Order | 28 days before submission of Joint Proposed Pretrial Order<br><br>June 9, 2025 if the Court sets July 7, 2025 as the Pretrial Conference |
| Parties submit JPPO | 21 days before proposed pretrial conference | 21 days before Pretrial Conference<br><br>June 16, 2025 if the Court sets July 7, 2025 as the Pretrial Conference |
| Pretrial Conference | June 6, 2026 at 11am | Week of July 7, 2025 |
| 5-day Trial begins | June 23, 2026 at 9am | July 21, 2025 |

Dated:  September 26, 2024

**BARNES & THORNBURG LLP**

*/s/  Chad S.C. Stover*
Chad S.C. Stover (No. 4919)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
Tel: (302) 300-3474
Email: Chad.Stover@btlaw.com

*Attorney for Plaintiffs Amicus*
*Therapeutics US, LLC*
*and Amicus Therapeutics, Inc.*

**SHAW KELLER LLP**

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendants Teva*
*Pharmaceuticals USA, Inc. and Teva*
*Pharmaceuticals, Inc.*

**KRATZ & BARRY LLP**

*/s/  R. Touhey Myer*
R. Touhey Myer (No. 5939)
800 N. West Street
Wilmington, DE 19801
(302) 544-9100
tmyer@kratzandbarry.com

*Attorney for Aurobindo Pharma Ltd. and*
*Aurobindo Pharma USA, Inc.*

**IT IS SO ORDERED** this ___ day of _____, 2024.

_____

The Honorable Christopher J. Burke
United States Magistrate Judge