# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMICUS THERAPEUTICS US, LLC and AMICUS THERAPEUTICS, INC., | : : : : |
| Plaintiffs, | : C.A. No. 1:22-cv-01461-CJB : |
| v. | : ANDA CASE : |
| TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICALS, INC., | : (Consolidated) : : |
| Defendants. | : : |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on January 21, 2025, this Honorable Court entered a Stipulated Order to Amend the Scheduling Order (D.I. 196);

WHEREAS, the parties have agreed to extend the time for the parties to serve Expert Reports as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Opening Expert Reports Due | March 27, 2025 | April 4, 2025 |
| Rebuttal Expert Reports Due | April 24, 2025 | May 2, 2025 |
| Reply Expert Reports Due | May 15, 2025 | May 23, 2025 |
| Close of Expert Discovery | June 5, 2025 | June 9, 2025 |

All other case deadlines as prescribed in the Amended Scheduling Order (D.I. 196) shall remain unchanged.

Pursuant to D. Del. L.R. 16.4, counsel for the parties hereby certify that they have provided a copy of this stipulation to their respective clients.

Dated: March 13, 2025

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **KRATZ & BARRY LLP** |
| /s/ Karen Jacobs | /s/ R Touhey Myer |
| Karen Jacobs (#2881) | R Touhey Myer (#5939) |
| Megan E. Dellinger (#5739) | 800 N. West Street |
| Cameron P. Clark (#6647) | Wilmington, DE 19801 |
| 1201 North Market Street | (302) 527-9378 |
| P.O. Box 1347 | tmyer@kratzandbarry.com |
| Wilmington, DE 19899-1347 | |
| (302) 658-9200 | *Attorneys for Defendants,* |
| kjacobs@morrisnichols.com | *Aurobindo Pharma Ltd. and* |
| mdellinger@morrisnichols.com | *Aurobindo Pharma USA, Inc.* |
| cclark@morrisnichols.com | |
| | *Of Counsel:* |
| *Attorneys for Plaintiffs,* | |
| *Amicus Therapeutics US, LLC* | Timothy H. Kratz |
| *and Amicus Therapeutics, Inc.* | George J. Barry III |
| | KRATZ & BARRY LLP |
| *Of Counsel:* | 1050 Crown Pointe Parkway, Suite 500 |
| | Atlanta, GA 30338 |
| Daniel E. Orr | (404) 431-6600 |
| WOMBLE BOND DICKINSON (US) LLP | tkratz@kratzandbarry.com |
| 2001 K Street, NW, Suite 400 South | gbarry@kratzandbarry.com |
| Washington, D.C. 20006 | |
| Daniel.Orr@wbd-us.com | Michael P. Hogan |
| | KRATZ & BARRY LLP |
| Nick Groombridge | P.O. Box 63765 |
| Jennifer Wu | 622 S. 4th Street |
| Josephine Young | Philadelphia, PA 19147 |
| Jenna Deneault | (917) 216-8585 |
| Peter Sandel | mhogan@kratzandbarry.com |
| Naz Wehrli | |
| Stephen Maniscalco | *Attorneys for Defendants,* |
| Allison Pennfield | *Aurobindo Pharma Ltd. and* |
| Kyle Bersani | *Aurobindo Pharma USA, Inc.* |
| Aileen Huang | |
| GROOMBRIDGE WU | |
| BAUGHMAN & STONE LLP | |
| 801 17th Street, NW, Suite 1050 | |
| Washington, D.C. 20006 | |
| Nick.Groombridge@groombridgewu.com | |
| Jennifer.Wu@groombridgewu.com | |
| Josephine.Young@groombridgewu.com | |

Jenna.Deneault@groombridgewu.com
Peter.Sandel@groombridgewu.com
Naz.Wehrli@groombridgewu.com
Stephen.Maniscalco@groombridgewu.com
Allison.Penfield@groombridgewu.com
Kyle.Bersani@groombridgewu.com
Aileen.Huang@groombridgewu.com

*Attorneys for Plaintiffs,*
*Amicus Therapeutics US, LLC*
*and Amicus Therapeutics, Inc.*

**SO ORDERED**, this _____ day of _____, 2025.

_____
HON. CHRISTOPHER J. BURKE
United States Magistrate Judge