# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AMICUS THERAPEUTICS US, LLC and AMICUS THERAPEUTICS, INC., *Plaintiffs*, v. TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICALS, INC., *et al. Defendants*. | C.A. No. 1:22-cv-01461-CJB  ANDA Case  (Consolidated) |

**DEFENDANTS AUROBINDO PHARMA LTD. AND
AUROBINDO PHARMA USA, INC.'S
MOTION FOR SUMMARY JUDGMENT OF
<u>INVALIDITY OF ALL ASSERTED PATENTS UNDER 35 U.S.C. § 101</u>**

Pursuant to Federal Reule of Civil Procedure 56 and this Court's Order of February 4, 2025 (D.I. 202), Defendants, Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc. (collectively, "Aurobindo"), respectfully move this Court to enter summary judgment in their favor finding that all patents asserted in this Action are invalid as being directed to unpatentable subject matter under 35 U.S.C. § 101. The grounds for this motion are further set forth in Defendants' Brief in Support filed contemporaneously herewith.

Dated: June 12, 2025

Respectfully submitted,

**KRATZ & BARRY LLP**

*/s R Touhey Myer*
R Touhey Myer (#5939)
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Of Counsel:*

Timothy H. Kratz *(Pro Hac Vice)*
George J. Barry III *(Pro Hac Vice)*
KRATZ & BARRY LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
(404) 431-6600
tkratz@kratzandbarry.com
gbarry@kratzandbarry.com

Michael P. Hogan *(Pro Hac Vice)*
KRATZ & BARRY LLP
P.O. Box 63765
622 S. 4th Street
Philadelphia, PA 19147
(917) 216-8585
mhogan@kratzandbarry.com

*Attorneys for Defendants,*
*Aurobindo Pharma Ltd.*
*and Aurobindo Pharma USA, Inc.*