IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AMICUS THERAPEUTICS US, LLC and AMICUS THERAPEUTICS, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICALS, INC., *et al.*<br><br>*Defendants*. | :<br>:<br>:<br>:<br>:  C.A. No. 1:22-cv-01461-CJB<br>:<br>:  ANDA Case<br>:<br>:  (Consolidated)<br>:<br>:<br>:<br>:<br>:<br>: |

**DECLARATION OF GEORGE J. BARRY, III IN SUPPORT
OF DEFENDANTS AUROBINDO PHARMA LTD.
AND AUROBINDO PHARMA USA, INC.'S
<u>MOTION FOR SUMMARY JUDGMENT UNDER 35 U.S.C. § 101</u>**

I, George J. Barry, III, hereby declare, affirm, and state the following:

1. I am a Partner with the Law Firm of Kratz & Barry LLP, counsel of record for Defendants, Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc. (collectively, "Aurobindo" or "Defendants"), in this Civil Action.

2. I am submitting this Declaration in Support of Defendants' Motion for Summary Judgment Under 35 U.S.C. § 101.

3. The facts set forth below are known to me personally, and I have first- hand knowledge of them.

4. A true and complete copy of U.S. patent No. 11,633,388 ("'388 patent") is appended hereto as **Exhibit 1**.

5. A true and complete copy of U.S. patent No. 11,833,164 ("'164 patent") is appended hereto as **Exhibit 2**.

6. A true and complete copy of U.S. patent No. 12,042,489 ("'489 patent") is appended hereto as **Exhibit 3**.

7. A true and complete copy of U.S. patent No. 12,042,490 ("'490 patent") is appended hereto as **Exhibit 4**.

8. A true and complete copy of U.S. patent No. 9,000,011 ("'011 patent") is appended hereto as **Exhibit 5**.

9. True and complete excerpts of relevant portions of the Deposition Transcript of Efrida Benjamin, Ph.D., Corporate Designee,[1] dated February 6, 2025, are appended hereto as **Exhibit 6**.

10. A true and complete copy of the Executed Errata Sheet for Dr. Benjamin's deposition transcript is appended hereto as **Exhibit 7**.

11. True and complete excerpts of relevant portions of the Deposition Transcript of Jeffrey P. Castelli, Ph.D., Corporate Designee,[2] dated February 21, 2025, are appended hereto as **Exhibit 8**.

12. A true and complete copy of the Executed Errata Sheet for Dr. Castelli's deposition transcript is appended hereto as **Exhibit 9**.

13. A true and complete copy of a printout of the FDA's Electronic Orange Book patent listing for Plaintiffs' Galafold Product is appended hereto as **Exhibit 10**.

---

[1] Dr. Benjamin also is an inventor on Exhibits 1-4.
[2] Dr. Castelli also is an inventor on Exhibits 1, 3-4.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States.

Dated: June 12, 2025

KRATZ & BARRY LLP

/s/ George J. Barry, III
GEORGE J. BARRY, III
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
(404) 431-6600
gbarry@kratzandbarry.com

*Attorney for Defendants,*
*Aurobindo Pharma Ltd.*
*and Aurobindo Pharma USA, Inc.*

3