

800 N. West Street
Wilmington, Delaware, 19801
Main: 302.527.9378

R Touhey Myer
tmyer@kratzandbarry.com
Direct: 215.260.3969

18 July 2025

**<u>Via E-mail CM/ECF (Filed Electronically)</u>**

The Honorable Christopher J. Burke, U.S.M.J.
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

   Re: **Amicus Therapeutics US, LLC v. Teva Pharmaceuticals USA, Inc., et al.**
      **U.S.D.C.(D.Del.)**
      **C.A. No. 1:22-cv-01461-CJB**

Dear Judge Burke:

  This firm represents the Aurobindo defendants in the referenced matter. As Your Honor may be aware, in accordance with the Court's Order dated February 4, 2025 (D.I. 202), Aurobindo timely filed its motion for summary judgment of invalidity as to all asserted patents under 35 U.S.C. § 101, and the motion is now fully briefed. Aurobindo's reply brief was timely filed July 10, 2025. In accordance with Local Rule 7.1.4, July 17, 2025, was the deadline for the parties to request oral argument on any motion. As of the filing of this letter, no party has requested oral argument.

  Aurobindo respectfully submits that its summary judgment motion is straightforward, premised on the plain language of the asserted patent claims and does not require expert opinions to resolve. Aurobindo, thus, does not believe oral argument would be necessary or helpful. Plaintiffs' choice to not request oral argument suggests they are in agreement. In any case, Aurobindo believes its motion is ripe for resolution on the papers, subject, of course, to any questions the Court may have.

  We thank the Court for its consideration of these matters and would be happy to answer any questions the Court may have.

                Respectfully submitted,

                R TOUHEY MYER (#5939)

RTM/rec

cc: All Counsel of Record *(via E-mail and CM/ECF)*