EXHIBIT 18

**AUROBINDO'S MOTION *IN LIMINE* NO. 1**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMICUS THERAPEUTICS US, LLC and AMICUS THERAPEUTICS, INC., | : : : |
| *Plaintiffs*, | : C.A. No. 1:22-cv-01461-CJB : : ANDA Case |
| v. | : : (Consolidated) |
| TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICALS, INC., *et al.* | : : : |
| *Defendants*. | : : |

**EXHIBIT 18**

**AUROBINDO'S MOTION *IN LIMINE* NO. 1:
PRECLUSION/EXCLUSION OF PLAINTIFFS'
EXPERT TESTIMONY REGARDING THE HEK ASSAY**

Plaintiffs' experts, Drs. Robert J. Hopkin and John L. Jeffries, agree with Aurobindo on at least one point:  Neither Dr. Hopkin nor Dr. Jeffries is the leastwise qualified to offer testimony regarding the laboratory diagnostic tool that features prominently in this case, the so-called HEK Assay.  Aurobindo respectfully submits they should, therefore, be precluded from doing so in accordance with Federal Rule of Evidence 702.

As issue in this Motion is the HEK Assay, a laboratory-run diagnostic tool that can be used to determine whether a Fabry Disease patient's genetic mutation renders the patient amenable to treatment with migalastat, the active pharmaceutical ingredient in the drug products at issue in this case.  Notably, there is no dispute that the HEK Assay itself is not claimed or described in the Asserted Claims.  The Asserted Claims are not directed to running the HEK Assay or identifying or selecting Migalastat-amenable patients.  They are simply directed to methods of treating certain Fabry Disease patients with migalastat.  Plaintiffs nonetheless point to their latest iteration of the HEK Assay, the so-called GLP-HEK Assay, as somehow negating the invalidity of the Asserted Claims, and the unsworn written expert reports Plaintiff produced from Drs. Hopkin and Jeffries include opinions regarding the HEK Assay, which neither of them has ever used or can even explain in any detail.  Thus, Plaintiffs' expert strategy, much like their strategy for distracting the Court with fictitious movies *inter alia*, is grounded in impermissible obfuscation.  Aurobindo respectfully requests that Plaintiffs not be permitted to tie up precious trial time with opinions from experts who have openly admitted under oath they are not qualified to offer.

To testify at trial, experts must be "qualified" to do so by "knowledge, skill, experience, training or education."  *See* Fed. R. Evid. 702; *see also Withrow v. Spears*, 967 F. Supp. 2d 982, at 991-95 (D. Del. 2013) (Burke, M.J.) (excluding expert testimony due to lack of qualifications); *Eaton Corp. v. Rockwell Int'l Corp*., C.A. No. 97-421, 2001 U.S. Dist. LEXIS 17054, *62-*64 (D.

Del. Oct. 10, 2001) (Farnan, D.J.) (excluding expert testimony based on admitted lack of qualifications). In determining whether Rule 702 permits expert testimony, the Court must assess (a) "whether the expert witness has specialized knowledge regarding the area of testimony," (b) whether the proffered testimony is "supported by appropriate validation," and (c) whether the proffered testimony would (i) "assist the trier of fact to understand the evidence or to determine a fact in issue and [(2)] have a valid scientific connection to the pertinent inquiry as a precondition to admissibility." *Withrow*, 967 F. Supp. 2d at 991-92 (internal quotations omitted). "Overall, Rule 702 embodies a liberal policy of admissibility. Nonetheless, the burden is placed on the party offering expert testimony to show that it meets each of the standards for admissibility." *Id.* at 992 (internal quotations and citations omitted). Aurobindo respectfully submits Plaintiffs cannot meet any of these requirements with respect to the HEK Assay.

At their depositions, under oath, Dr. Hopkin and Dr. Jeffries clearly, repeatedly, and unequivocally denied having knowledge of the HEK Assay such that their testimony on the subject could be considered reliable or valid to any degree. (*See* Hopkin (non-final) Dep. Tr. at 67:21-68:21, 70:4-17, 71:10-72:19, 77:3-10, 113:1-7, 168:24-169:8, 195:5-196:16 (**Exhibit A** hereto); Jeffries Dep. Tr. at 98:25-100:4, 101:4-20; 102:20-104:10 (**Exhibit B** hereto).) By their own sworn admissions, neither Dr. Hopkin nor Dr. Jeffries has ever run a HEK Assay, knows how to run a HEK Assay or is familiar with the details of any HEK Assay, let alone familiar enough to draw comparisons and distinctions between various iterations of HEK Assays. Therefore, they should not be permitted to offer testimony regarding the HEK Assay. *See Withrow*, 967 F. Supp. 2d at 994-95 (noting as a basis for excluding testimony the expert's own deposition disclaimer of knowledge and qualifications).

To be clear, Aurobindo is not seeking to preclude Plaintiffs' experts from testifying regarding their own Fabry Disease diagnostic practices, including requesting that a HEK Assay be run to determine migalastat amenability.  Aurobindo seeks only to preclude Plaintiffs from eliciting testimony their experts have definitively admitted under oath they are not qualified to give.  For the same reasons this Court excluded expert testimony in the *Withrow* case, Aurobindo respectfully submits Drs. Hopkin and Jeffries should not be permitted to testify regarding the HEK Assay at trial.  Aurobindo, therefore, requests that all such testimony of theirs be precluded.

**EXHIBIT 18**

**AUROBINDO'S MOTION *IN LIMINE* NO. 1:**
**PRECLUSION/EXCLUSION OF PLAINTIFFS'**
**EXPERT TESTIMONY REGARDING THE HEK ASSAY**

# EXHIBIT A



# Transcript of Robert J. Hopkin, M.D.

**Date:** June 10, 2025
**Case:** Amicus Therapeutics US, LLC, et al. -v- Teva Pharmaceuticals USA, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

**Page 1**

```
 1          IN THE UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF DELAWARE

 3                      - - -

 4   AMICUS THERAPEUTICS US, :
     LLC and AMICUS
 5   THERAPEUTICS, INC.,   : C.A. No. 1:22-cv-01461-CJB

 6        Plaintiffs,  : ANDA CASE

 7     vs.            : (Consolidated)

 8   TEVA PHARMACEUTICALS    :
     USA, INC., and TEVA
 9   PHARMACEUTICALS, INC., :
     et al.,              :
10                        :
          Defendants    :
11
                        - - -
12
         VIDEOTAPED DEPOSITION OF ROBERT J. HOPKIN, M.D.
13
                        - - -
14
            Tuesday, June 10, 2025
15
                 9:04 a.m.
16
                        - - -
17

18   Held at the offices of:

19   Keating Muething & Klekamp, PLL
     One East Fourth Street, Suite 1400
20   Cincinnati, Ohio  45202

21

22   Reported By: Carol A. Kirk, RMR, CSR-9139

23

24

25
```

**Page 2**

```
 1            A P P E A R A N C E S

 2                  - - -

 3   On behalf of the Plaintiffs:

 4       GROOMBRIDGE, WU, BAUGHMAN & STONE, LLP
         BY:  JENNIFER REA DENEAULT, ESQUIRE
 5            jenna.deneault@groombridgewu.com
              NAZ E. WEHRLI, ESQUIRE
 6            naz.wehrli@groombridgewu.com
              KYLE N. BERSANI, ESQUIRE
 7            kyle.bersani@groombridgewu.com
         565 Fifth Avenue, Suite 2900
 8       New York, New York  10017
         332-269-0030

 9

10
     On behalf of the Defendants, Aurobindo Pharma LTD.,
11   and Aurobindo Pharma USA, Inc.:

12       KRATZ & BARRY, LLP
         BY:  GEORGE J. BARRY, III, ESQUIRE
13            gbarry@kratzandbarry.com
         1050 Crown Pointe Parkway, Suite 500
14       Atlanta, Georgia  30338
         404-431-6600

15

16

17   ALSO PRESENT:

18       Joon Chung

19                  - - -

20

21

22

23

24

25
```

**Page 3**

```
 1            INDEX TO EXAMINATION

 2   WITNESS                        PAGE

 3   ROBERT J. HOPKIN, M.D.

 4      CROSS-EXAMINATION BY MR. BARRY       8
```

**Page 4**

```
 1            INDEX TO EXHIBITS

 2   HOPKIN      DESCRIPTION              PAGE

 3   Exhibit 1   Curriculum Vitae of Robert J.   11
                 Hopkin, M.D.
 4
     Exhibit 2   Rebuttal Report of Robert J.    24
 5               Hopkin, M.D.

 6   Exhibit 3   Document titled "Molecular      83
                 Genetics and Metabolism
 7               Reports"

 8   Exhibit 4   United States Patent Number     92
                 11,633,388
 9
     Exhibit 5   Galafold label                  93
10
     Exhibit 6   Document titled "Sapropterin   116
11               dihydrochloride, 6-R-L-
                 erythro-5,6,7,8-tetrahydrobiopt
12               erin, in the treatment of
                 phenylketonuria"
13
     Exhibit 7   Document titled "Drugs@FDA:    119
14               FDA-Approved Drugs"

15   Exhibit 8   United States Patent Number    133
                 12,042,489
16
     Exhibit 9   United States Patent Number    133
17               12,042,490

18   Exhibit 10  United States Patent Number    134
                 11,833,164
     Exhibit 11  United States Patent Number    136
19               8,592,362

20   Exhibit 12  United States Patent Number    156
                 2011/0152319, Bates-stamped
21               DEFMIG_0000140 through 312

22   Exhibit 13  Document titled "A             169
23               Pharmacogenetic Approach to
                 Identify Mutant Forms of
24               a-Galactosidase A that Respond
                 to a Pharmacological Chaperone
25               for Fabry Disease"
```

5

INDEX TO EXHIBITS (CON'T)

HOPKIN      DESCRIPTION                        PAGE

Exhibit 14    Document titled Safety and         172
              pharmacodynamic effects of a
              pharmacological chaperone on
              a-galactosidase A activity and
              globotriaosylceramide clearance
              in Fabry disease:  report from
              two phase 2 clinical studies"

Exhibit 15    Document titled "Amicus            178
              Therapeutics Presents
              Additional 6-Month Results from
              Phase 3 Fabry Monotherapy Study
              at LDN World Symposium"

Exhibit 16    Document titled "A Phase 2         181
              study of migalastat
              hydrochloride in females with
              Fabry disease:  Selection of
              population, safety and
              pharmacodynamic effects"

Exhibit 17    United States Patent Number        182
              2015/0352093

Exhibit 18    Document titled "The Validation    191
              of Pharmacogenetics in the
              Identification of Target Fabry
              Patients for Treatment with
              Migalastat"

Exhibit 19    Deposition of Elfrida Benjamin,    202
              Ph.D.

Exhibit 20    Dr. Elfrida Benjamin Deposition    203
              Transcript Errata

Exhibit 21    Transcript of Jeffrey P.           224
              Castelli, Ph.D., Designated
              Representative and
              Individually, dated February
              21, 2025

Exhibit 22    Dr. Jeffrey Castelli Deposition    224
              Transcript Errata

6

1        - - -
2    P R O C E E D I N G S
3        - - -
4        THE VIDEOGRAPHER:  Here begins
5    media number 1 in the videotaped
6    deposition of Robert J. Hopkin M.D., in
7    the matter of Amicus Therapeutics US,
8    LLC, et al. v. Teva Pharmaceuticals USA
9    Inc. et al. in the United States
10    District Court for the District of
11    Delaware, Case Number 1:22-cv-01461-CJB.
12    Today's date is June 10, 2025.
13    The time on the video monitor is
14    9:04 a.m. Eastern Standard Time.
15        The remote videographer -- I'm
16    sorry.  The regular videographer today
17    is Michael Harden representing Planet
18    Depos.
19    All parties of this video
20    deposition are attending at the law
21    offices -- sorry. I lost my place.
22    Stand by.
23    All parties are attending at the
24    law offices of Keating Muething &
25    Klecamp PLL.

7

1        Would counsel please voice
2    identify themselves and state whom they
3    represent.
4        MR. BARRY:  George Barry, Kratz &
5    Barry for Aurobindo.
6        MS. DENEAULT:  Jennifer Deneault,
7    Naz Wehrli, Kyle Bersani from
8    Groombridge Wu on behalf of Amicus
9    Therapeutics, and Joon Chung from Amicus
10    Therapeutics.
11        THE VIDEOGRAPHER:  The court
12    reporter today is Carol Kirk
13    representing Planet Depos.
14    The witness will now be sworn.
15    (Witness sworn.)
16        MS. DENEAULT:  And I'd like to
17    make a comment at the outset that
18    Dr. Hopkin is prepared to address the
19    written description and enablement
20    references that Dr. Medin makes in the
21    context of obviousness in his reply
22    expert report.
23        MR. BARRY:  Thanks.
24        - - -
25

8

1        ROBERT J. HOPKIN, M.D.
2    being by me first duly sworn, as hereinafter
3    certified, deposes and says as follows:
4        CROSS-EXAMINATION
5    BY MR. BARRY:
6    Q.  Good morning, Dr. Hopkin.
7    A.  Good morning.
8    Q.  We met briefly.  I'm George Barry.
9    I represent Aurobindo in this case.
10    Thank you for being with us here
11    today.
12    Before we get started, have you ever
13    been deposed before?
14    A.  Yes, I have.
15    Q.  About how many times?
16    A.  I don't remember.
17    Q.  Is it more than ten?
18    A.  No.  Probably less than ten.
19    Q.  When was the last time you were
20    deposed?
21    A.  I don't remember that either.
22    Q.  Was it in the last five years?
23    A.  Yes.
24    Q.  Okay.  Do you remember what -- what
25    you have in mind?  What the nature of your

Transcript of Robert J. Hopkin, M.D.
Conducted on June 10, 2025

17 (65 to 68)



**65**

1 [REDACTED]
2 [REDACTED]
3 [REDACTED]
4 [REDACTED]
5 [REDACTED]
6 [REDACTED]
7 [REDACTED]
8 [REDACTED]
9 [REDACTED]
10 [REDACTED]
11 [REDACTED]
12 [REDACTED]
13 [REDACTED]
14 [REDACTED]
15 [REDACTED]
16 [REDACTED]
17 [REDACTED]
18 [REDACTED]
19 [REDACTED]
20 [REDACTED]
21 [REDACTED]
22 [REDACTED]
23 [REDACTED]
24 [REDACTED]
25 [REDACTED]

**66**

1 [REDACTED]
2 So sitting here today, you do not
3 have an understanding as to the basis for the EU's
4 approval of migalastat prior to 2012; is that
5 correct?
6 **A. That is correct.**
7 Q. I may have already tried to test
8 your memory on this one, but I apologize if that
9 is true.
10 Do you remember approximately -- oh,
11 yeah, I think you said that your first patient was
12 in 1991?
13 **A. 1997.**
14 Q. 1997.
15 And so when was the first time you
16 sought to determine whether one of your patients
17 would be amenable to migalastat?
18 **A. Honestly, I don't remember.**
19 Q. Do you know whether that would have
20 been in connection with a study that you were
21 working on, or would it have been before that?
22 **A. I was aware of the concept of**
23 **amenability before that, but I didn't have any**
24 **reason to pursue that until it became a potential**
25 **option for a patient.**

**67**

1 Q. Meaning after FDA approval in 2018?
2 **A. It would -- in any setting, so it**
3 **could -- I mean, in patient setting in the**
4 **clinical trials would have been evaluated as well.**
5 Q. Well, that was part of the clinical
6 trials, right, was evaluating the patients?
7 **A. Right. The patients had to -- in**
8 **order to enroll in the clinical trial, the**
9 **patients had to have that testing done.**
10 Q. Do you remember when you started
11 admitting patients for the earliest clinical trial
12 that you had found regarding migalastat?
13 **A. I do not remember.**
14 Q. Do you know when Amicus -- strike
15 that.
16 Prior to that time, prior to you
17 beginning enrolling patients for a study for
18 migalastat, did you have any patients evaluated
19 for migalastat amenability?
20 **A. I don't think so.**
21 Q. Have you ever run a HEK assay?
22 **A. I don't have a lab, so no.**
23 Q. What is a HEK assay?
24 **A. It is a method for assessing the**
25 **response -- in this case, the response of the**

**68**

1 cells to migalastat.
2 Q. Do you know how to perform an HEK
3 assay?
4 **A. I don't perform a HEK assay, so**
5 **I don't feel I can -- so, no, I don't feel**
6 **confident in doing that.**
7 Q. Do you have an understanding of the
8 steps needed to perform a HEK assay?
9 **A. Not in detail.**
10 Q. And is that the true of the GLP-HEK
11 assay as well?
12 **A. Yes.**
13 Q. And is that true of the R&D HEK
14 assay?
15 **A. It's true for the HEK assay.**
16 [REDACTED]
17 [REDACTED]
18 [REDACTED]
19 [REDACTED]
20 [REDACTED]
21 [REDACTED]
22 [REDACTED]
23 [REDACTED]
24 [REDACTED]
25 [REDACTED]



**Page 71, lines 16-25:**

16    Q.  Do you -- in your report that you

17 prepared, do you discuss the differences between

18 the assays?

19    A.  **Not in any detail.**

25    Q.  Do you know when Amicus made -- or

Transcript of Robert J. Hopkin, M.D.
Conducted on June 10, 2025

20 (77 to 80)



On page 80:

1          MR. BARRY:  Let's take a break.
2     Let's go off the record.
3          THE VIDEOGRAPHER:  Stand by.
4          Going off the video record.  The
5     time is 11:16 a.m.
6          (Recess taken.)
7          THE VIDEOGRAPHER:  We are back on
8     the video record.  The time is
9     11:28 a.m.
10 BY MR. BARRY:
11     Q.   Doctor, welcome back.

Transcript of Robert J. Hopkin, M.D.
Conducted on June 10, 2025

29 (113 to 116)

113

1    Q.   Do you understand how to run a HEK
2  assay?
3    A.   Not in detail.
4    Q.   Would a POSA understand the details
5  of conducting a HEK assay?
6    A.   That depends on the background of
7  the POSA.
8    Q.   Well, in your definition of a POSA,
9  would a POSA understand the details of running a
10 HEK assay?
11   A.   So in my definition, and as I said
12 just a few minutes ago, a person can be a POSA and
13 not have to be in a laboratory or working in a
14 laboratory setting. The person could also be a
15 POSA and work in a laboratory setting.
16       Presumably the people who work in a
17 laboratory setting either using a clinical assay
18 that involves the HEK assay, or a clinical
19 assessment that involves the HEK assay, or as a
20 researcher who uses HEK assays would understand
21 that because that's part of their role, but one
22 could also be a POSA and not understand the
23 details of running a HEK assay.
24       Similarly, somebody could be a POSA
25 and not know -- not see patients, not understand

114

1  all of the details of the clinical assessment of
2  the patient, because in Fabry disease, they would
3  need to have expertise in some other aspect of
4  this process.
5    Q.   We're kind of shifting gears here.
6        Thinking about the patents that you
7  reviewed for the purpose of your report, the
8  reassessment patents, the '388, '489 and '490
9  patents -- you know what I'm referring to?
10   A.   Yes.
11   Q.   Is it your understanding that they
12 have a common specification?
13   A.   I would have to look at the details.
14   Q.   I'm guessing you'll want to look at
15 them.
16       MR. BARRY:  We're going to go
17 ahead and mark -- actually, you know
18 what? Maybe, Counsel, this would be a
19 good time to take a break --
20       MS. DENEAULT:  Sure.
21       MR. BARRY:  -- since we're
22 shifting gears.
23       MS. DENEAULT:  Sure.
24       MR. BARRY:  I'll get some exhibits
25 marked.

115

1        THE VIDEOGRAPHER:  Stand by.
2        Going off the video record.  The
3  time is 12:28 p.m.
4        - - -
5        (Thereupon, at 12:28 p.m. a lunch recess
6  was taken until 1:19 p.m.)
7        - - -

116

1        Tuesday Afternoon Session
         June 10, 2025
2        1:19 p.m.
3        - - -
4        THE VIDEOGRAPHER:  We are back on
5  video record.  The time is 1:19 p.m.
6  BY MR. BARRY:
7    Q.   Dr. Hopkin, welcome back.
8        Earlier we talked about
9  pharmacological chaperones, and you had testified
10 that migalastat was the first pharmacological
11 chaperone FDA approved for Fabry disease; is that
12 correct?
13   A.   Yes.
14       - - -
15       (Hopkin Deposition Exhibit 6 marked.)
16       - - -
17 BY MR. BARRY:
18   Q.   All right. Doctor, you've been
19 handed what has been marked as Exhibit 6.
20       Do you recognize this document,
21 Exhibit 6, as an abstract, a publication abstract?
22   A.   Yes.
23   Q.   And this is a publication abstract
24 titled "Sapropterin dihydrochloride,
25 6-R-L-erythro-5,6,7,8-tetrahydrobiopterin, in the

Transcript of Robert J. Hopkin, M.D.
Conducted on June 10, 2025

42 (165 to 168)

---

165

1 paragraph 47 into the record?
2      A.   "In one specific embodiment, the
3 invention provides methods for determining whether
4 an SPC enhances enzyme activity of a mutant
5 alpha-galactosidase A enzyme and can, therefore,
6 be utilized as an effective therapeutic treatment
7 for a Fabry disease patient expressing the same
8 alpha-galactosidase A mutation."
9      Q.   And at least based on the
10 information that was available in June of 2011,
11 would a POSA have had any reason to disagree with
12 that?
13      A.   So based on the information that was
14 available in 2011, a POSA would have had reason
15 not to disagree with it but to question it.
16      Q.   Well, there's always reason to
17 question pretty much everything, right?
18      A.   There's lots of reasons to ask
19 questions, yes.
20      Q.   I have to apologize.  I hate asking
21 people to read stuff into the record.  It seems
22 cruel.  I don't meant to.  I may have a couple
23 more about that.
24         So, yeah, looking at the page ending
25 in Bates number 212.

---

166

1      A.   In which document?
2      Q.   It's the same document.
3      A.   Okay.
4      Q.   So Exhibit 12.
5      A.   Which part of that page?
6      Q.   Looking at paragraph 147 under the
7 word "Conclusion."
8      A.   Okay.
9      Q.   Could I ask you to please read
10 paragraph 147 into the record.
11      A.   "These described results are
12 comparable to those obtained from Fabry
13 patient-derived lymphoid or T-cells, as well as
14 the alpha-galactosidase A enzyme responses
15 observed in white blood cells of Fabry patients
16 after oral administration of DGJ in Phase 2
17 clinical trials."
18      Q.   So do you agree here they're
19 describing a clinical correlation with their assay
20 results?
21      A.   No, I do not agree with that.
22      Q.   Why not?
23      A.   Because this is a biochemical assay,
24 and they're looking at the measured enzyme
25 activity, not a clinical manifestation of Fabry

---

167

1 disease.  It's a biomarker rather than a clinical
2 correlation.
3      Q.   So when you would describe a
4 clinical correlation, you're not referring
5 necessarily to a diagnostic exam of a patient; is
6 that right?
7      A.   So when I'm describing a clinical
8 correlation, it means something that I can see or
9 measure that's functionally important to the
10 patient in an immediate sense.
11         And a biomarker is something that's
12 chemically outside of the normal range but may or
13 may not have an immediate impact on health.
14         So in this case, the low enzyme
15 level, if it stays low throughout life, it will
16 eventually lead to problems, but a measurement at
17 that time doesn't tell you anything about how that
18 patient is doing at that moment.
19         And the descriptions that we have
20 just read are looking at the manifestations of the
21 biochemical activity of the enzyme and not at the
22 condition of the patient or any evidence of damage
23 to organs that are typically impacted by Fabry
24 disease.
25      Q.   So you would agree they're

---

168

1 identifying a correlation between the assay and
2 biomarker; is that fair?
3      A.   Right.
4      Q.   Okay.  Can you read 148 into the
5 record.
6      A.   "Thus, the GripTite 293 MSR
7 transient transfection assay is a reliable method
8 for identifying DGJ responsive mutations
9 characterizing the magnitude and potency of this
10 response."
11      Q.   Thank you.
12         Do you understand that GripTite 293
13 MSR transient transfection assay to be another way
14 to describe the R&D HEK assay we've been talking
15 about?
16      A.   That is my impression.
17      Q.   Is GripTite -- is that a trademark?
18      A.   I don't know where GripTite comes
19 from.
20      Q.   Does that suggest that Amicus did
21 not develop the GripTite 293 MSR transient
22 transfection assay?
23      A.   I don't know.
24      Q.   Do you know who developed the R&D
25 HEK assay?

---

Transcript of Robert J. Hopkin, M.D.
Conducted on June 10, 2025

43 (169 to 172)

---

169

1    A.   I do not.
2    Q.   Do you know whether Amicus developed
3 the R&D HEK assay?
4    A.   I just said I don't know who
5 developed it.
6    Q.   Yeah, but you might know who didn't.
7 So do you know whether Amicus did not?
8    A.   I don't know.
9    Q.   We can set that one aside.  Let's
10 move on to the next.
11           - - -
12    (Hopkin Deposition Exhibit 13 marked.)
13           - - -
14 BY MR. BARRY:
15    Q.   Dr. Hopkin, you've been handed what
16 has been marked as Exhibit 13.
17    Do you recognize Exhibit 13 as the
18 Wu reference that Aurobindo has cited as a priori
19 against the patents ensued?
20    A.   Yes.
21    Q.   This is a Wu reference that is
22 discussed in your report, correct?
23    A.   Correct.
24    Q.   And Wu is discussing the R&D HEK
25 assay, correct?

---

170

1    A.   Presumably, yes.
2    Q.   Do you know what AT1001 refers to?
3    A.   It's migalastat.  I think the other
4 one that you referenced earlier is at least a very
5 similar molecule.  It's related, but I don't
6 know --
7    Q.   You're talking about the 1-deoxy- --
8 the crazy one?
9    A.   Yeah.
10    Q.   Thank you.
11    And your recollection now is that
12 you think that also is migalastat?
13    A.   I think it's at least a very similar
14 molecule.
15    Q.   Understood.  Thanks.
16    So I'm looking at Wu at page 976.
17 It's the page with the Bates number ending 1131.
18    And for the record, this one bears
19 Bates number DEFMIG_0001119 through 1132.
20    So are you at page 1131 with me,
21 Doctor?
22    A.   Yes.
23    Q.   Just above Acknowledgments, there's
24 a paragraph or a conclusion.  If you could read
25 that paragraph.  Not into the record.  Just read

---

171

1 it and let me know when you're done.
2    So is it your opinion that the Wu
3 reference would not give a POSA any motivation to
4 try the R&D HEK assay to identify or determine
5 whether a mutation is amenable to migalastat?
6    A.   Can you give a little more context?
7    Q.   Well, is it -- I'm not sure what
8 context you need.  I'm asking you about your
9 understanding of Wu.
10    You've stated in your report that
11 persons of ordinary skill in the art would not be
12 motivated to use the R&D HEK assay.
13    So does Wu not provide any -- is it
14 your opinion that Wu does not provide a POSA with
15 any motivation to try an R&D HEK assay to
16 determine amenability?
17    A.   I am still not following where
18 you're going with this.
19    Wu gives -- I mean, the conclusion
20 states that they found some consistency in
21 response.  They also note in the paper that they
22 identified a number of mutations and how they
23 responded.  So would one use this data and say,
24 "Is this mutation amenable?"  Yes.
25    Beyond that, I'm not sure what, you

---

172

1 know -- under what -- with what goal or what
2 circumstances -- what application are you looking
3 for for that knowledge, because that would be
4 important for where you would use it.
5    Q.   Paragraph 44 of your report is
6 discussing the Germain reference.  Excuse me.  I'm
7 sorry.  Paragraph 111.  In paragraph 111 of your
8 report, you discuss the Germain reference starting
9 at paragraph 109.
10    A.   Okay.
11    Q.   All right.  Continuing through 113.
12           - - -
13    (Hopkin Deposition Exhibit 14 marked.)
14           - - -
15 BY MR. BARRY:
16    Q.   Dr. Hopkin, the document that's been
17 handed to you is marked as Exhibit 16 and bears
18 the Bates number --
19    THE COURT REPORTER:  14.
20    MR. BARRY:  Excuse me.  What's
21 that?
22    THE COURT REPORTER:  14.
23    THE WITNESS:  14.
24    MR. BARRY:  14.  All right.  I'll
25 try it again.

---

Transcript of Robert J. Hopkin, M.D.
Conducted on June 10, 2025

49 (193 to 196)

193



12 Q. So if we look down at that same
13 page, looking at page 2 of the Bates number ending
14 in 585, in the fourth cell down where the heading
15 says "Data from Phase 3 Study AT1001-011."
16 Do you see that?
17 A. Yes.
18 Q. That's a reference to the 011 study
19 that we've discussed today?
20 A. Yes.
21 Q. And if we look in that cell under
22 "Key Inclusion Criteria," the second bullet after
23 that, can you read that into the record for me,
24 the second bullet after "Key Inclusion Criteria"?
25 A. "Amenable GLA mutation during

194

1 screening the GLA mutation was confirmed by gene
2 sequencing. The amenable category was determined
3 by a preliminary HEK-293 cell-based assay.
4 Q. And that's a reference to the R&D
5 HEK assay, correct?
6 A. Yes.
7 Q. And here again, the inventors in
8 this case are describing the R&D HEK assay as
9 preliminary, right?
10 A. Correct.
11 Q. They're not describing it as
12 inaccurate, right?
13 A. Correct.
14 Q. Now, we go down to the next cell
15 down under the heading "Data from Phase 3 Study
16 AT1001-012."
17 Do you see that?
18 A. Yes.
19 Q. Okay. And that's a reference to the
20 012 study that you identify in your report?
21 A. Correct.
22 Q. All right. And the same thing under
23 "Key Inclusion Criteria," they have the identical
24 statement in the second bullet point as the one
25 you just read, correct?

195

1 A. Yes.
2 Q. They are describing the R&D HEK
3 assay as preliminary, correct?
4 A. Correct.
5 Q. Does Benjamin say anything else
6 about the R&D HEK assay, Benjamin 2016?
7 A. In the next page, it has a box
8 entitled "Migalastat Amenability Assay Procedure
9 and Data Overview."
10 Q. And is this a description of the R&D
11 HEK assay?
12 A. I don't know. It's an amenability
13 assay.
14 Q. Are you familiar enough with the R&D
15 HEK assay and the GLP-HEK assay to look at that
16 diagram and distinguish them?
17 A. Honestly, my eyes are not good
18 enough to look at that diagram and be able to read
19 all of the details.
20 Q. How about in the description below
21 the diagrams, the words describing it?
22 A. So it doesn't give all of the
23 details of the assay, and it doesn't specify which
24 version.
25 Q. Well, but this publication is really

196

1 about the GLP-HEK assay, right? Don't they
2 describe it --
3 A. Yes.
4 Q. -- as migalastat amenability assay?
5 A. Yes. So it's presumably the GLP.
6 Q. Yeah. So that seems like it's a
7 description of the GLP-HEK assay, but do you
8 know -- just looking at that description in that
9 bullet point, in that cell, can you tell me what
10 you would point to as what's different in that
11 description and what you understand to be the case
12 with the R&D HEK assay?
13 A. I have said before that I'm not the
14 person who runs the lab, and I don't feel
15 comfortable describing the details and trying to
16 pick apart the documented descriptions.
17 Q. I think we got sidetracked there.
18 I had asked you originally if there
19 was anything else in this about the R&D HEK assay,
20 and we stopped at the top cell on page 3.
21 I wasn't sure if you had reviewed the whole
22 document yet, and so I just wanted to give you
23 that chance.
24 Is there anything else about the R&D
25 HEK assay in this document?

**EXHIBIT 18**

**AUROBINDO'S MOTION *IN LIMINE* NO. 1:
PRECLUSION/EXCLUSION OF PLAINTIFFS'
<u>EXPERT TESTIMONY REGARDING THE HEK ASSAY</u>**

# EXHIBIT B



# Transcript of John L. Jefferies, M.D.

**Date:** June 26, 2025
**Case:** Amicus Therapeutics US, LLC, et al. -v- Aurobindo Pharma, Ltd., et al.

**Planet Depos**
**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Transcript of John L. Jefferies, M.D.

Conducted on June 26, 2025

1 (1 to 4)

---

**Page 1**

```
1          UNITED STATES DISTRICT COURT
2           THE DISTRICT OF DELAWARE
3    --------------------------------X
4   AMICUS THERAPEUTICS US, LLC
5   and AMICUS THERAPEUTICS, INC.,
6              Plaintiffs,
7          v.                    C.A. No.
8   AUROBINDO PHARMA LTD., AND      1:22-cv-01461-CFC
9   AUROBINDO PHARMA USA, INC.,
10             Defendants.
11   --------------------------------X
12
13      DEPOSITION OF JOHN L. JEFFERIES
14             June 26, 2025
15
16
17
18  Reported by:
19  MARY F. BOWMAN, RPR, CRR
20  JOB NO. 589348
21
22
23
24
25
```

**Page 2**

```
1
2
3
4              June 26, 2025
5               9:00 a.m.
6
7
8        Deposition of JOHN L. JEFFERIES, held
9   at Groombridge, Wu, Baughman & Stone LLP, 565
10  Fifth Avenue Suite 2900 New York, New
11  York,before Mary F. Bowman, a Registered
12  Professional Reporter, Certified Realtime
13  Reporter, and Notary Public of the States of New
14  Jersey and New York.
15
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
1                 APPEARANCES:
2
3   GROOMBRIDGE, WU, BAUGHMAN & STONE LLP
4   Attorneys for Plaintiffs
5        565 Fifth Avenue, Suite 2900
6        New York, New York   10017
7   BY:  JENNIFER REA DENAULT, ESQ.
8        HAYLEY LEBLANC, ESQ.
9        CARISSMA McGEE, ESQ.
10
11
12   KRATZ & BARRY, LLP
13   Attorneys for Defendants
14        1050 Crown Pointe Parkway, Suite 500
15        Atlanta, Georgia 30338
16   BY:  GEORGE J. BARRY III, ESQ.
17
18   Also Present:
19        Joon Chung, Amicus Therapeutics
20        Robert Palos, Legal Videographer
21
22
23
24
25
```

**Page 4**

```
1          THE VIDEOGRAPHER:  Here begins media
2   number 1 in the videotaped deposition of
3   John L. Jefferies, M.D., in the matter of
4   Amicus Therapeutics US, LLC, et al.,
5   versus Aurobindo Pharma LTD, et al., in
6   the United States District Court for the
7   District of Delaware, Case Number
8   1:22-cv-01461-CFC, and 1:22-cv-01461-CJB.
9        Today's date is June 26, 2025.  The
10  time on the monitor is 9:01 a.m.
11        The videographer today is Robert
12  Palos representing Planet Depos.
13        The video deposition is taking place
14  at 565 Fifth Avenue, New York, New York.
15        Would counsel please voice-identify
16  themselves and state whom they represent.
17        (Whereupon, counsel placed their
18  appearances on the audio record.)
19        THE VIDEOGRAPHER:  The court
20  reporter today is Mary Bowman representing
21  Planet Depos.
22        The witness will now be sworn in.
23               - - - -
24
25
```

Transcript of John L. Jefferies, M.D.
Conducted on June 26, 2025

2 (5 to 8)

---

5

1  JOHN L. JEFFERIES,
2     called as a witness by the defendants,
3     having been duly sworn, testified as
4     follows:
5  EXAMINATION BY
6  MR. BARRY:
7     Q.  Good morning, Dr. Jefferies.
8     **A.  Good morning, sir.**
9     Q.  I briefly introduced myself earlier.
10 I'm George Barry.  I represent Aurobindo.  Thank
11 you for being with us here today.
12        I'm just going to get started with
13 some questions.
14        When did the need for a migalastat
15 treatment for Fabry patients with the Y184S
16 mutation begin in your opinion?
17    **A.  Well, I would -- that's in my**
18 **statements that I submitted for review.  If**
19 **possible, we could through those together.**
20    Q.  Do you recall offering an opinion
21 specifically about when a need for migalastat
22 treatment for the Y184S mutation began in your
23 opinions?
24    **A.  As I said, it's in my statement.  I**
25 **would be happy to review those with you, sir.**

---

6

1     Q.  So you believe that in your
2  statement, in your opinions, that you have
3  actually offered an opinion as to when the need
4  for migalastat treatment for the Y184S mutation
5  began?
6     **A.  I offered an opinion about an unmet**
7  **need specific to mutations that were approved in**
8  **the migalastat initial submission, yes, sir.  I**
9  **offered an opinion about the unmet need.**
10    Q.  And what I'm asking about is when
11 the need arose, not necessarily when the unmet
12 need was recognized.
13        So for any of the mutations that are
14 in the asserted claims, what in your opinion
15 would be -- when did the need for a migalastat
16 treatment for those mutations arise in your
17 opinion?
18    **A.  Once again, I mean, we can refer to**
19 **my submissions and go through those line by line**
20 **if you would like, sir.**
21        **Perhaps I'm not completely**
22 **understanding what you're asking me.**
23    Q.  Well, would the need for migalastat
24 for a particular mutation, would it arise when
25 the mutation first presented itself in a human

---

7

1  being or would it be -- would the need for
2  migalastat arise later?
3     **A.  In my opinion, the need for**
4  **migalastat would be based on if the mutation**
5  **that we're referencing, which could be agnostic,**
6  **was felt to be amenable to the therapy with**
7  **migalastat.**
8     Q.  So if I understand your testimony,
9  it is your opinion that the need for migalastat
10 therapy for a particular mutation would not
11 arise until that mutation was identified as
12 amenable for treatment with migalastat, is that
13 correct?
14    **A.  Well --**
15        MS. DENEAULT:  Objection to form.
16    **A.  I'm sorry.**
17    Q.  You can answer the question.
18    **A.  No, that's fine.**
19    Q.  No, you have to answer the question.
20 Sorry.  Unless he tells you not to answer the
21 question, you have to answer the question.
22    **A.  Okay.**
23    **I think the unmet need was there**
24 **prior to any recognition of the mutation per se**
25 **as far as particular opportunities in patients.**

---

8

1  **But for migalastat particularly, the indications**
2  **are for approved mutations that are amenable to**
3  **migalastat therapy.**
4     Q.  So if I try to break that down a
5  little bit, if I understand correctly, you're
6  saying there is a need for treatment before the
7  mutation is identified as amenable, is that
8  fair?
9     **A.  No.  What I am saying, there is the**
10 **need for treatment, and I need to define what**
11 **the best treatment strategy is.  And by**
12 **understanding the mutation status has helped me**
13 **define what the treatment strategy is to be**
14 **pursued.**
15    Q.  So would a mutation that was
16 amenable to migalastat though, would the need
17 for migalastat arise before the mutation was
18 actually identified as amenable?
19    **A.  I'm sorry, maybe I'm not**
20 **understanding your logic there.  So please**
21 **rephrase or ask that again.  I apologize.**
22    Q.  Sure.
23        So would the need for migalastat for
24 a mutation that we now know is amenable, would
25 the need for migalastat have arisen for that

---



19 me rephrase that.
20 me rephrase that.
21     How is migalastat amenability
22 determined?
23   **A.   Yeah, it's typically determined**
24 **through use of an assay to look for amenability.**
25

24     Q.   But if you had referred to the
25 migalastat assay prior to May 2017, you would

Transcript of John L. Jefferies, M.D.
Conducted on June 26, 2025



101

1 have been referring to the R&D HEK assay?
2    A.   Yes, sir, that is correct.  That is
3 correct.
4    Q.   And so what is your understanding of
5 the differences between the R&D HEK assay and
6 the GLP HEK assay?
7    A.   As I said, sir, I don't really have
8 enough knowledge and it's not my field of
9 expertise to define the differences between the
10 two.  But I'm sure that's readily available
11 somewhere in the literature in R&D or something,
12 so...
13    Q.   Have you ever run a HEK assay to
14 determine migalastat amenability?
15    A.   Personally, I have never ran a HEK
16 assay.
17
18
19
20
21
22
23
24
25

102

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20    Q.   So I take it if I asked you to
21 explain to me the details of either of the
22 assays we have been just talking about, that you
23 would not be able to do so, is that right?
24    A.   Not to any sophisticated degree, I
25 mean, more than just what I talked to you about

103

1 a few minutes ago.  I think that's what a
2 relatively layman's explanation of what I
3 meant -- or maybe more than a layman, but a very
4 general knowledge of what an assay is.
5    Q.   And do you have an understanding as
6 to the changes that Amicus made to the R&D HEK
7 assay in order to arrive at the current assay?
8    A.   I am not aware, sir.
9    Q.   Just to button this up, do you
10 consider yourself qualified to testify in court
11 regarding the details of the HEK assays?
12    A.   Regarding the HEK assays?  No, I do
13 not.
14    Q.   Do you consider yourself qualified
15 to testify in court regarding the differences
16 between different HEK assays?
17    A.   No, sir.
18    Q.   Do you consider yourself qualified
19 to testify regarding the superiority of one HEK
20 assay over another?
21    A.   No, sir.
22    Q.   Do you consider yourself qualified
23 to testify regarding a person of ordinary skill
24 in the art's knowledge or understanding of HEK
25 assays prior to May 2017?

104

1    A.   No, sir.
2    Q.   Do you consider yourself qualified
3 to testify regarding a person of ordinary skill
4 in the art's knowledge or understanding of HEK
5 assays prior to August 2019?
6    A.   No, sir.
7    Q.   Do you consider yourself qualified
8 to testify regarding the accuracy of any HEK
9 assay in determining migalastat amenability?
10    A.   No, sir.
11    Q.   Was there a long-felt but unmet need
12 for mutations identified as migalastat amenable
13 using the R&D HEK assay prior to 2017?
14    A.   Was there an unmet need related to
15 the assay?  I wouldn't think so per se.  I think
16 it was -- it would be more related to the
17 mutations themselves, not necessarily the assay.
18    Q.   So I'm going to ask a similar
19 question but focusing on the newer assay, the
20 current assay.
21    A.   Yes, sir.
22    Q.   So was there a long-felt but unmeet
23 need for mutations identified as amenable using
24 the GLP HEK assay?
25    A.   There is a long-felt unmet need

**AMICUS'S OPPOSITION TO AUROBINDO'S MOTION *IN LIMINE* NO. 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AMICUS THERAPEUTICS US, LLC and AMICUS THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 22-1461 (CJB) (Consolidated) |

**Exhibit 18**

**AMICUS'S OPPOSITION TO AUROBINDO'S MOTION *IN LIMINE* NO. 1 TO PRECLUDE PLAINTIFFS' EXPERT TESTIMONY REGARDING THE HEK ASSAY**

Aurobindo's motion should be denied because Amicus's experts Dr. Hopkin and Dr. Jefferies are testifying on issues within the scope of their expert reports, including their discussions of the relevant HEK assays, all of which they are qualified to offer.  Each of Dr. Hopkin and Dr. Jefferies is a practicing clinician with significant experience treating Fabry patients who have HEK assay amenable mutations with Galafold, and they have submitted expert reports, based on their own medical experiences as well as the scientific literature, that apply their significant experience and understanding of the scientific literature to the facts of this case. *See, e.g.*, Ex. A, ¶¶ 1-21, Ex. 1; Ex. B, ¶¶ 1-18, Ex. 1; Ex. C, ¶ 2.  Specifically, as they testified at deposition, Dr. Hopkin and Dr. Jefferies each know what a HEK assay is and does and how it relates to the facts of this case.  *See, e.g.*, Mot., Ex. A at 67:23-68:1 ("Q. What is a HEK assay? A. It is a method for assessing the response – in this case, the response of the cells to migalastat."); *id.*, Ex. B at 98:21-24 ("Q. How is migalastat amenability determined? A. Yeah, it is typically determined through the use of an assay to look for amenability.").  Further, Dr. Jefferies testified that he was aware there were differences between the HEK assay used in Amicus's clinical trials and the later migalastat amenability assay.  *Id.* at 99:17-100:23.

As an initial matter, Aurobindo's motion should be denied because it is an improper *Daubert* motion styled as a motion *in limine*, challenging the qualifications of Amicus's experts. *See, e.g.*, *Biogen Inc. v. Sandoz Inc.*, C.A. No. 22-1190-GBW, 2025 WL 1260954, at *8-9 (D. Del. May 1, 2025)  But to the extent this motion is considered, Amicus's experts' opinions are proper under Federal Rule of Evidence 702, which provides that Amicus's experts may testify on that subject matter where, as here,

> it is more likely than not that: (a) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue; (b) the testimony is based on sufficient facts or data; (c) the testimony is the product of reliable principles and methods; and (d) the expert's

1

opinion reflects a reliable application of the principles and methods to the facts of the case.

Aurobindo's motion fails because, as Aurobindo admits, the asserted claims in this case are method of treatment claims and are not directed to designing or running the HEK assay itself. Mot. at 1. Notably, having experience designing or running a HEK assay is not required under either party's definition of a person of ordinary skill in the art ("POSA"). *See* Ex. D (Opening Expert Report of Jeffery Medin, Ph.D.), ¶ 30; Ex. B (Rebuttal Expert Report of Robert Hopkin, M.D.), ¶ 29. Specifically, the parties' POSA definitions are as follows:

> **Aurobindo's definition:** [T]hose familiar with the field of metabolic disorders such as Fabry disease and would include pharmaceutical chemists or physicians involved in research and development of formulations for treatment of such disorders, who would have a Master's, Ph.D., and/or M.D. degree and several years of experience in the field (Ex. D, ¶ 30); and

> **Amicus's definition:** An individual with a degree in biology, pharmacology, medicine, or a related discipline with one to two years of experience in Fabry disease. (Ex. B, ¶ 29).

Accordingly, Drs. Hopkin and Jefferies are each a POSA, and Aurobindo does not argue otherwise in its motion.

Amicus would be severely prejudiced if Aurobindo's motion were granted, and such prejudice would be difficult if not impossible to cure now that the parties are weeks from trial. In contrast, Aurobindo does not allege any prejudice from denial of this motion because there is none. *See generally* Mot. at 1-3. To the extent that Aurobindo alleges that the testimony of Amicus's experts is not reliable, Aurobindo can cross-examine Amicus's experts on the HEK assay at trial. And courts deny motions to exclude expert opinions where, as here, Aurobindo's complaints go to the weight the Court should accord their testimony which can be tested through cross-examination at trial. *See, e.g.*, *Leonard v. Stemtech Health Scis., Inc.*, 981 F. Supp. 2d 273, 280-81 (D. Del. 2013) (denying motion because expert's knowledge of use of an electron

scanning microscope was "at least greater than that of the average layman" even though the expert "has never used an electron microscope himself"); *S. Track & Pump, Inc. v. Terex Corp.*, 852 F. Supp. 2d 456, 469 (D. Del. 2012) ("[A]ny alleged shortcomings or deficiencies in [expert's] opinions are issues of weight and credibility appropriately addressed through cross-examination . . . ."); *Inline Connection Corp. v. AOL Time Warner Inc.*, 472 F. Supp. 2d 604, 613 (D. Del. 2007) (same).

Amicus is further concerned that Aurobindo's motion is a backdoor attempt to exclude all of Dr. Hopkin's and Dr. Jefferies' validity opinions as to the asserted claims. Aurobindo fails to identify what portions or paragraphs of Dr. Hopkin's or Dr. Jefferies' expert reports it seeks to exclude through its motion other than saying that its motion is directed to their testimony "regarding the HEK Assay." Mot. at 2. But the words "HEK assay amenable mutation" appears in the asserted claims. *See, e.g.*, Ex. E, Cls. 8 & 36. Surely, Amicus's experts are permitted to testify as to that subject matter which is within the scope of their expert reports. Next, Aurobindo selectively quotes from the deposition transcripts of Drs. Hopkin and Jefferies as a basis to preclude their testimony. But none of those quotes is the admission Aurobindo claims them to be. *See, e.g.*, Mot., Ex. A at 68:22-70:3 (testimony Aurobindo does not cite where Dr. Hopkin describes changes made to the HEK assay); *id.*, Ex. B at 100:5-23 (testimony Aurobindo does not cite where Dr. Jefferies explains that the later HEK assay "has been refined" since the R&D assay); *see also* Mot. at 1-2.

Accordingly, Aurobindo's motion should be denied.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*

OF COUNSEL:

Nicholas Groombridge
Jennifer H. Wu
Josephine Young
Jennifer Rea Deneault
Peter Sandel
Naz Wehrli
Stephen Accursio Maniscalco
Allison C. Penfield
Aileen Huang
Kyle Bersani
GROOMBRIDGE, WU,
BAUGHMAN & STONE LLP
565 Fifth Avenue, Suite 2900
New York, NY 10017
(332) 269-0030

Karen Jacobs (#2881)
Megan E. Dellinger (#5739)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
kjacobs@morrisnichols.com
mdellinger@morrisnichos.com
cclark@morrisnichols.com

*Appearing Counsel for Plaintiffs Amicus Therapeutics US, LLC and Amicus Therapeutics, Inc.*

August 11, 2025

# EXHIBIT A

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMICUS THERAPEUTICS US, LLC and<br>AMICUS THERAPEUTICS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1461 (CJB) |
| | ) | CONSOLIDATED |
| TEVA PHARMACEUTICALS USA, INC., | ) | |
| and TEVA PHARMACEUTICALS, INC, | ) | **CONFIDENTIAL – SUBJECT** |
| | ) | **TO PROTECTIVE ORDER** |
| Defendants. | ) | |
| | ) | |

## OPENING REPORT OF JOHN L. JEFFERIES, M.D.

**April 4, 2025**

## <u>TABLE OF CONTENTS</u>

<u>Page</u>

I.      INTRODUCTION ........................................................................................... 1

II.     SUMMARY OF OPINIONS .......................................................................... 2

III.    PROFESSIONAL BACKGROUND AND QUALIFICATIONS ...................... 4

IV.     COMPENSATION AND PRIOR TESTIMONY ............................................ 8

V.      DOCUMENTS AND MATERIALS REVIEWED ........................................... 8

VI.     GENERAL LEGAL PRINCIPLES ................................................................ 8

VII.    THE INVENTIONS OF THE ASSERTED CLAIMS ................................... 10

        A.      The Reassessment Mutations Patents ................................................. 10

                1.      Claims 8 and 36 of the '388 Patent ........................................ 10

                2.      Claims 17 and 23 of the '489 Patent ...................................... 10

                3.      Claim 9 of the '490 Patent ...................................................... 11

        B.      The Engineered Mutations Patent ..................................................... 11

                1.      Claims 23–27 of the '164 Patent ........................................... 12

        C.      Table of Claimed Mutations ............................................................. 12

VIII.   CLAIM CONSTRUCTION .......................................................................... 14

IX.     THE LEVEL OF ORDINARY SKILL IN THE ART ................................... 14

X.      INTRODUCTION TO FABRY DISEASE AND GALAFOLD ..................... 15

        A.      Fabry Disease .................................................................................... 15

        B.      GALAFOLD and the Asserted Claims of Amicus's Patents .............. 20

XI.     OBJECTIVE INDICIA SUPPORTING NON-OBVIOUSNESS OF THE ASSERTED CLAIMS ................................................................................... 23

        A.      Long-Felt But Unmet Need ............................................................... 23

                1.      Treatment Options Prior to GALAFOLD Had Drawbacks ...... 24

## TABLE OF CONTENTS (cont'd)

**Page**

    2.    GALAFOLD Addresses the Long Felt But Unmet Need for Better Methods of Treatment of Patients With Fabry Disease ........................... 29

B.    Failures of Others ................................................................................. 32

C.    Industry Praise ..................................................................................... 43

## I.       INTRODUCTION

1.        I have been retained by Groombridge, Wu, Baughman & Stone LLP, counsel for

Plaintiffs Amicus Therapeutics US, LLC and Amicus Therapeutics, Inc. (which I will refer to as

"Amicus") to provide expert testimony about certain objective indicia of non-obviousness

regarding the patent claims I understand to have been asserted in this litigation.  I have been

informed that in this case Amicus contends Defendants Aurobindo Pharma Ltd. and Aurobindo

Pharma USA, Inc. (which I will refer to as "Aurobindo") infringe Claims 8 and 36 of the '388

Patent, Claims 17 and 23 of the '489 Patent, Claim 9 of the '490 Patent, and Claims 23–27 of the

'164 Patent.  Those are the only claims in the patents for which I have been asked to provide an

opinion.  I refer to all four patents together as the "Asserted Patents," and all asserted claims

together as the "Asserted Claims."  I refer to the '388, '489, and '490 Patents as the

"Reassessment Mutations Patents."  I refer to the '164 Patent as the "Engineered Mutations

Patent."

2.        Below, I provide my opinions about (1) the long-felt but unmet need for Amicus's

inventions claimed in the Asserted Claims of the Reassessment Mutations Patents (that is,

Claims 8 and 36 of the '388 Patent, Claims 17 and 23 of the '489 Patent, and Claim 9 of the '490

Patent) and the Engineered Mutations Patent (that is, Claims 23–27 of the '164 Patent); (2) the

failures of others to solve the problem solved by Amicus's inventions claimed in the Asserted

Claims of the Reassessment Mutations Patents (that is, Claims 8 and 36 of the '388 Patent,

Claims 17 and 23 of the '489 Patent, and Claim 9 of the '490 Patent); and (3) the industry praise

for Amicus's inventions claimed in the Asserted Claims of the Reassessment Mutations Patents

(that is, Claims 8 and 36 of the '388 Patent, Claims 17 and 23 of the '489 Patent, and Claim 9 of

the '490 Patent).

3.      I reserve the right to consider additional materials and to amend or supplement my opinions in light of additional information that may come to my attention, including any critique of my report or opinions advanced by or on behalf of Amicus.

4.      I may rely on visual aids and demonstrative exhibits that demonstrate the bases of my opinions.  Examples of these visual aids and demonstrative exhibits may include, for example, claim charts, patent drawings, excerpts from patent specifications, file histories, interrogatory responses, deposition testimony, and deposition exhibits, as well as physical exhibits, charts, photographs, diagrams, videos, and animated or computer-generated graphics.

## II.    SUMMARY OF OPINIONS

5.      *First,* before the priority date of the Asserted Claims there was a long-felt but unmet need that supports the non-obviousness of the claims.  Regarding the Reassessment Mutations Patents, it is my opinion that, before the priority date of the Asserted Claims of the Reassessment Mutations Patents, there was a long-felt but unmet need that supports the non-obviousness of the claims, namely for a better method of effectively treating Fabry patients with certain α-Gal A mutations:

- **Claim 8 of the '388 Patent:** A13P, A20D, Q57L, G80D, P146S, D175E, K213M, I242F, M267T, A309V, V316I, V316G, P323R, A352G, R356P, T385A, V390M, and G395A;

- **Claim 36 of the '388 Patent:** G80D, P146S, M267T, and R356P;

- **Claim 17 of the '489 Patent:** A13T, N34T, M42K, L54F, P60T, E87D, L89F, Y123C, H125L, I133M, K140T, F145S, P146R, Y152H, D165G, p.M187_S188dup, V199G, M208R, I219L, N224T, Q250R, G261C, G271D, M284V, I303F, D322N, G325R, K326N, G334E, E358Q, E358D, G361E, G375E, T412N, and M421V;

- **Claim 23 of the '489 Patent:** L54F, L89F, K140T, and G334E; and

- **Claim 9 of the '490 Patent:** I242F.

Regarding the Engineered Mutations Patent, before the priority date of the Asserted Claims of the Engineered Mutations Patent, there was a long-felt but unmet need that supports the non-obviousness of the claims, namely for a better method of effectively treating Fabry patients with certain α-Gal A mutations that were previously unknown to be associated with Fabry disease because any delay in treatment could be costly to the patient:

- **Claims 23 and 24 of the '164 Patent:** Y184S, N228H, and T412I;

- **Claim 25 of the '164 Patent:** Y184S;

- **Claim 26 of the '164 Patent:** N228H; and

- **Claim 27 of the '164 Patent:** T412I.

These long-felt but unmet needs were fulfilled by the inventions claimed in the Asserted Claims.

6.    ***Second,*** it is my opinion that, before the priority date of the Asserted Claims for the Reassessment Mutations Patents, failures of others support the non-obviousness of the claims, namely the failures to find a better (for example, non-enzyme replacement therapy ("ERT")) method of effectively treating Fabry patients with certain α-Gal A mutations:

- **Claim 8 of the '388 Patent:** A13P, A20D, Q57L, G80D, P146S, D175E, K213M, I242F, M267T, A309V, V316I, V316G, P323R, A352G, R356P, T385A, V390M, and G395A;

- **Claim 36 of the '388 Patent:** G80D, P146S, M267T, and R356P;

- **Claim 17 of the '489 Patent:** A13T, N34T, M42K, L54F, P60T, E87D, L89F, Y123C, H125L, I133M, K140T, F145S, P146R, Y152H, D165G, p.M187_S188dup, V199G, M208R, I219L, N224T, Q250R, G261C, G271D, M284V, I303F, D322N, G325R, K326N, G334E, E358Q, E358D, G361E, G375E, T412N, and M421V;

- **Claim 23 of the '489 Patent:** L54F, L89F, K140T, and G334E; and

- **Claim 9 of the '490 Patent:** I242F.

7.    ***Third,*** it is my opinion that industry praise of GALAFOLD supports the non-obviousness of the Asserted Claims of the Reassessment Mutations Patents.

### III.     PROFESSIONAL BACKGROUND AND QUALIFICATIONS

8.      I have extensive experience treating both children and adults with Fabry disease. I completed fellowships both in adult cardiology and pediatric cardiology and have focused much of my career on heritable cardiovascular disease.  I have been responsible for the management of cardiovascular implications of patients with Fabry disease over the last 24 years. I have treated these patients with existing standard of care therapies including enzyme replacement therapy and chaperone therapy.  In addition, I have been involved in clinical trials investigating therapeutic options in patients with Fabry disease.  This has resulted in familiarity of the benefits and limitations of a variety of different therapeutic options for the disease.  As seen in my curriculum vitae, I have delivered multiple lectures and co-authored numerous abstracts and manuscripts on the topic of Fabry disease.

9.      I am a professor of Public Health at the University of Memphis School of Public Health, a research member at St. Jude Children's Research Hospital, and a professor of clinical cardiology at the Baptist Health Sciences University College of Osteopathic Medicine.  I have held those positions since 2023, 2018, and 2023, respectively.

10.     I received my M.D. from the University of Tennessee College of Medicine and then served as a resident in internal medicine and pediatrics at the University of Kentucky.  I was also a fellow in general internal medicine at the University of Kentucky and completed fellowships in adult cardiovascular diseases, pediatric cardiology, and pediatric cardiac transplantation at the Texas Heart Institute, St. Luke's Episcopal Hospital, and Texas Children's Hospital at Baylor College of Medicine.

11.     In 2001, I received a Master of Public Health with a major in epidemiology from the University of Kentucky.  In 2023, I received a Master of Business Administration with

majors in management, entrepreneurship, and innovation from the Wharton School of Business at the University of Pennsylvania.

12.     I have held academic positions at several well-known institutions.  From 2006 to 2010, I served as an assistant professor in medicine and adult cardiovascular diseases at Baylor College of Medicine.  From 2008 to 2010, I was an assistant professor in adult cardiovascular diseases and pediatric cardiology at the M.D. Anderson Cancer Center at University of Texas. From 2010 to 2015, I was associate professor in medicine and adult cardiovascular diseases at University of Cincinnati and an associate professor in pediatric cardiology at Cincinnati Children's Hospital Medical Center.  From 2015 to 2018, I was a professor of adult cardiovascular diseases at the University of Cincinnati and a professor in pediatric cardiology as well as the division of human genetics at Cincinnati Children's Hospital Medical Center.  From 2018 to 2023, I was a tenured professor of adult cardiovascular diseases and preventive medicine at the University of Tennessee, chair of the Methodist Cardiovascular Institute in Adult Cardiovascular Diseases, and a professor in pediatric cardiology at Le Bonheur Children's Hospital.  In 2018, I became a research member in adult and pediatric cardiology at St. Jude Children's Research Hospital.  In 2023, I accepted a position at the University of Memphis as a professor in the School of Public Health's Cardiovascular Outcomes Center.

13.     Since 2001, I have presented more than 300 talks and have published more than 300 book chapters and manuscripts in prestigious journals such as *Circulation*, *Circulation Research*, *JAMA*, *JAMA Cardiology*, *Lancet*, *Lancet Oncology*, *Lancet Neurology*, and *The New England Journal of Medicine*.  Many of these publications are related to the genetic underpinnings of cardiovascular disease, innovative approaches to heart failure therapy, artificial

intelligence, and cardiovascular implications of heritable disorders like Fabry disease.[1]  I have been the principal investigator for multiple Research Project and Cooperative Agreement grants from the National Institutes of Health.

14.     I have also published several important studies related to Fabry disease research, particularly concerning the management and treatment of children with Fabry disease.  I contributed to the development of consensus guidelines for the management and treatment of children with Fabry disease.  These guidelines emphasize early diagnosis, proactive monitoring, and individualized treatment plans to optimize outcomes in young patients with Fabry disease.  I have also published on identifying patients at elevated risk for Fabry disease using machine learning.

15.     Outside of academia, I have been involved with several biotechnology and pharmaceutical companies.  From 2023 to 2024, I served as Director of Medical Affairs, Cardiovascular at Bristol Myers Squibb.  Since 2022, I have served as Chief Medical Officer at Daxor Corporation, which focuses on blood volume testing innovation.  Since 2023, I have served as Chief Medical Officer at Nuwellis, which is a medical technology company that develops therapies for fluid overload.

16.     I have received numerous prestigious awards throughout my career that recognize excellence in pediatrics, cardiology, research, and teaching.  Early in my training, I was honored

---

[1] *See, e.g.*, Towbin, J., Jefferies, J., (2017) Cardiomyopathies Due to Left Ventricular Noncompaction, Mitochondrial & Storage Diseases, & Inborn Errors of Metabolism, *Circulation Rsch.* **121**:838 (ATGAL_10161588); Wessel, D. *et al*., (2013) Clopidogrel in Infants with Systemic-to-Pulmonary-Artery Shunts, *N. Engl. J. of Med.* **368**:2377 (ATGAL_10161618); Towbin, J. *et al*., (2015) Left Ventricular Non-Compaction Cardiomyopathy, *Lancet* **386**:813 (ATGAL_10161605); Hopkin, R.J. *et al*., (2015) The Management & Treatment of Children with Fabry Disease: A United States-Based Perspective, *Mol. Genet. Metab.* **117**:104 (ATGAL_09536787).

with multiple Outstanding Resident Awards in pediatric cardiology, intensive care, and nephrology, as well as the Outstanding Resident Research and Outstanding Teacher Awards at the University of Kentucky.  My research contributions earned nominations and awards, including the Young Investigator Award Nominee, American Academy of Pediatrics Travel Grant, and Runner-Up Young Investigator Award for Clinical Research.  I also received competitive grants and fellowships, such as the Bristol Myers Squibb American College of Cardiology Grant and the Thrasher New Researcher Award.  Additionally, I was recognized for academic contributions with awards like the Outstanding Lecture Award from the Irish and American Pediatric Society and the American College of Cardiology Foundation (ACCF) Research Fellowship Award.

17.    I have served as a peer reviewer for an extensive range of medical and scientific journals, contributing my expertise to over 80 journals across cardiology, pediatrics, genetics, and related fields.  Since 2003, I have reviewed for prestigious publications such as *Circulation*, *Journal of the American College of Cardiology*, *Journal of Heart and Lung Transplantation*, *Pediatrics*, *Nature Communications*, *The Lancet Neurology*, and *European Journal of Paediatric Neurology*.  I also serve on the Editorial Board of multiple international journals, such as the *Journal of the American Heart Association.*

18.    I have served as a grant application reviewer for organizations, such as the Barth Syndrome Foundation and the Great Ormond Street Hospital Children's Charity, and serve on study sections for the American Heart Association's Cardiomyopathy Fellowship Peer Review Committee and the Strategically Focused Research Network (SFRN) Cardio-Oncology Basic Peer Review Committee.  Additionally, I have held advisory roles on multiple boards, including the Korey Stringer Institute and The Dystrophic Epidermolysis Bullosa Research Association of

America, as well as Medtronic's Heart Failure Advisory Board. I continue to serve on the Barth Syndrome Foundation's International Scientific and Medical Advisory Board and recently joined the Harvard Business Review Advisory Council.

19.    I am also the immediate past Governor of the Tennessee Chapter of the American College of Cardiology and immediate past President of the American Heart Association Mid-South region.

20.    I am the team cardiologist for the Memphis Grizzlies professional basketball team, team cardiologist for the Memphis FC 901 professional soccer team, and team cardiologist for the Memphis Redbirds minor league baseball team.

21.    My curriculum vitae is attached as **Exhibit 1**.

## IV.    COMPENSATION AND PRIOR TESTIMONY

22.    I am being compensated at the rate of $750 per hour, which is my standard rate. My rate is not contingent on the opinions set forth in this report or on the outcome of this litigation.

23.    Within the past four years, I have not provided testimony as an expert at trial or by deposition.

## V.    DOCUMENTS AND MATERIALS REVIEWED

24.    The opinions I express in this report are based on my own knowledge and experience, and also on documents I have received and considered, including scientific publications, which are cited or referenced within this report and/or listed in **Exhibit 2**.

## VI.    GENERAL LEGAL PRINCIPLES

25.    I have been informed that a patent claim is presumed valid, and that a patent claim can be found invalid for obviousness based on evidence that the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would

have been obvious at the time of the invention to a person of ordinary skill in the art. I have not been asked to opine on whether any patent claims are valid.

26.     What I have been asked to opine on is certain other factors that may be considered in assessing whether the invention is or is not obvious that are known as objective indicia or secondary considerations. The specific factors that I have been asked to consider for objective indicia include a long-felt but unmet need that was satisfied by the claimed invention; whether others tried but failed to solve the problem solved by the claimed invention; and whether there has been industry praise of the claimed invention.

27.     I have been informed that evidence of a long-felt but unmet need can support the non-obviousness of an invention because if the invention were obvious someone else would have developed it sooner to satisfy that long-felt need. The relevant time period for determining whether there had been an unmet, persistent need is as of the priority date for the patent in question. I have also been informed that in order to show satisfaction of long-felt need, one must establish that (1) a person of ordinary skill recognized a problem that existed for a long period of time without a solution, (2) the long-felt need had not been satisfied by another before the claimed invention, and (3) the invention in fact satisfied the long-felt need.

28.     I have been informed that evidence of each of these objective indicia is relevant to non-obviousness only if a nexus, i.e., a connection, exists between the evidence of the objective indicia and the product's characteristics that embody that claimed invention. Counsel for Amicus has also informed me that although the defendant bears the burden of proving obviousness by clear and convincing evidence in all respects, the patent owner bears a burden of production in demonstrating objective indicia, including nexus.

9

## VII.    THE INVENTIONS OF THE ASSERTED CLAIMS

29.    The inventions of the Asserted Claims are methods of using migalastat to treat Fabry patients having the particular α-Gal A mutations listed in the Asserted Claims.

### A.    The Reassessment Mutations Patents

30.    The Reassessment Mutations Patents share a common specification.  I was informed by counsel that there is no dispute that the priority date of the Reassessment Mutations Patents is May 30, 2017.

31.    The Asserted Claims of the Reassessment Mutations Patents disclose methods of treatment with migalastat to treat Fabry patients who have certain α-Gal A mutations.

### 1.    Claims 8 and 36 of the '388 Patent

32.    Claim 8 of the '388 Patent depends from claim 1.  Claim 36 depends from claim 7, which depends from claim 1.  The claim language is:

> 1. A method of treating Fabry disease, the method comprising administering migalastat to a patient in need thereof, wherein the patient has an α-galactosidase A protein comprising a HEK assay amenable mutation selected from the group consisting of: A13P, A20D, Q57L, G80D, P146S, D175E, K213R, K213M, I242F, M267T, A309V, V316I, V316G, P323R, A352G, R356P, T385A, V390M, and G395A.

> 7. The method of claim 1, wherein the mutation is selected from the group consisting of: G80D, P146S, M267T and R356P.

> 8. The method of claim 1, wherein the mutation is selected from the group consisting of: A13P, A20D, Q57L, G80D, P146S, D175E, K213M, I242F, M267T, A309V, V316I, V316G, P323R, A352G, R356P, T385A, V390M, and G395A.

> 36. The method of claim 7, wherein the patient is administered about 150 mg of migalastat hydrochloride every other day.

### 2.    Claims 17 and 23 of the '489 Patent

33.    Claim 17 of the '489 Patent depends from claim 11.  Claim 23 depends from claim 22, which depends from claim 11.  The claim language is:

11. A method of treating Fabry disease, the method comprising administering migalastat to a patient in need thereof, wherein the patient has an α-galactosidase A protein comprising a HEK assay amenable mutation selected from the group consisting of A13T, N34T, M42K, L54F, P60T, E87D, L89F, Y123C, H125L, I133M, K140T, F145S, P146R, Y152H, D165G, p.M187_S188dup, V199G, M208R, I219L, N224T, Q250R, G261C, G271D, M284V, I303F, D322N, G325R, K326N, G334E, E358Q, E358D, G361E, G375E, T412N and M421V.

17. The method of claim 11, wherein the patient is administered about 150 mg of migalastat hydrochloride every other day.

22. The method of claim 11, wherein the mutation is selected from the group consisting of: L54F, L89F, K140T and G334E.

23. The method of claim 22, wherein the patient is administered about 150 mg of migalastat hydrochloride every other day.

### 3.    Claim 9 of the '490 Patent

34.    Claim 9 of the '490 Patent depends from claim 7, which depends from claim 1.

The claim language is:

1. A method of treating Fabry disease, the method comprising administering migalastat to a patient in need thereof, wherein the patient has an α-galactosidase A protein comprising a HEK assay amenable mutation selected from the group consisting of: I242F, G334E, N34D and p.V254del.

7. The method of claim 1, wherein the patient is administered about 150 mg of migalastat hydrochloride every other day.

9. The method of claim 7, wherein the mutation is I242F.

### B.    The Engineered Mutations Patent

35.    I was informed by counsel that there is no dispute that the priority date of the Engineered Mutations Patent is August 7, 2019.

36.    The Asserted Claims of the Engineered Mutations Patent disclose methods of treatment with migalastat to treat Fabry patients who have one of the following α-Gal A mutations: Y184S, N228H, and T412I. The claims further disclose orally administering to the

patient about 123mg free base equivalent of migalastat or a salt thereof (e.g., 150mg of migalastat hydrochloride salt) every other day.

### 1.    Claims 23–27 of the '164 Patent

37.    The claim language of claims 23–27 of the '164 Patent is as follows:

23. A method for treatment of Fabry disease in a human patient in need thereof, the method comprising orally administering to the patient about 123 mg free base equivalent of migalastat or a salt thereof every other day, wherein the patient has an α-galactosidase A mutation selected from the group consisting of: Y184S, N228H, or T412I.

24. The method of claim 23, wherein the patient is administered about 150 mg of migalastat hydrochloride every other day.

25. The method of claim 23, wherein the patient has the mutation Y184S.

26. The method of claim 23, wherein the patient has the mutation N228H.

27. The method of claim 23, wherein the patient has the mutation T412I.

### C.    Table of Claimed Mutations

|   | Mutation | Asserted Claim(s)<br>(bolded mutations and claims are in the Engineered Mutations Patent) |
|---|---|---|
| 1 | A13P | '388 Patent, Claim 8 |
| 2 | A13T | '489 Patent, Claim 17 |
| 3 | A20D | '388 Patent, Claim 8 |
| 4 | N34T | '489 Patent, Claim 17 |
| 5 | M42K | '489 Patent, Claim 17 |
| 6 | L54F | '489 Patent, Claim 17; '489 Patent, Claim 23 |
| 7 | Q57L | '388 Patent, Claim 8 |
| 8 | P60T | '489 Patent, Claim 17 |
| 9 | G80D | '388 Patent, Claim 8; '388 Patent, Claim 36 |
| 10 | E87D | '489 Patent, Claim 17 |
| 11 | L89F | '489 Patent, Claim 17; '489 Patent, Claim 23 |
| 12 | Y123C | '489 Patent, Claim 17 |
| 13 | H125L | '489 Patent, Claim 17 |
| 14 | I133M | '489 Patent, Claim 17 |
| 15 | K140T | '489 Patent, Claim 17; '489 Patent, Claim 23 |
| 16 | F145S | '489 Patent, Claim 17 |
| 17 | P146R | '489 Patent, Claim 17 |

| | Mutation | Asserted Claim(s) (bolded mutations and claims are in the Engineered Mutations Patent) |
|---|---|---|
| 18 | P146S | '388 Patent, Claim 8; '388 Patent, Claim 36 |
| 19 | Y152H | '489 Patent, Claim 17 |
| 20 | D165G | '489 Patent, Claim 17 |
| 21 | D175E | '388 Patent, Claim 8 |
| 22 | **Y184S** | **'164 Patent, Claims 23, 24, & 25** |
| 23 | p.M187_S188dup | '489 Patent, Claim 17 |
| 24 | V199G | '489 Patent, Claim 17 |
| 25 | M208R | '489 Patent, Claim 17 |
| 26 | K213M | '388 Patent, Claim 8 |
| 27 | I219L | '489 Patent, Claim 17 |
| 28 | N224T | '489 Patent, Claim 17 |
| 29 | **N228H** | **'164 Patent, Claims 23, 24, & 26** |
| 30 | I242F | '388 Patent, Claim 8; '490 Patent, Claim 9 |
| 31 | Q250R | '489 Patent, Claim 17 |
| 32 | G261C | '489 Patent, Claim 17 |
| 33 | M267T | '388 Patent, Claim 8; '388 Patent, Claim 36 |
| 34 | G271D | '489 Patent, Claim 17 |
| 35 | M284V | '489 Patent, Claim 17 |
| 36 | I303F | '489 Patent, Claim 17 |
| 37 | A309V | '388 Patent, Claim 8 |
| 38 | V316I | '388 Patent, Claim 8 |
| 39 | V316G | '388 Patent, Claim 8 |
| 40 | D322N | '489 Patent, Claim 17 |
| 41 | P323R | '388 Patent, Claim 8 |
| 42 | G325R | '489 Patent, Claim 17 |
| 43 | K326N | '489 Patent, Claim 17 |
| 44 | G334E | '489 Patent, Claim 17; '489 Patent, Claim 23 |
| 45 | A352G | '388 Patent, Claim 8 |
| 46 | R356P | '388 Patent, Claim 8; '388 Patent, Claim 36 |
| 47 | E358Q | '489 Patent, Claim 17 |
| 48 | E358D | '489 Patent, Claim 17 |
| 49 | G361E | '489 Patent, Claim 17 |
| 50 | G375E | '489 Patent, Claim 17 |
| 51 | T385A | '388 Patent, Claim 8 |
| 52 | V390M | '388 Patent, Claim 8 |
| 53 | G395A | '388 Patent, Claim 8 |
| 54 | **T412I** | **'164 Patent, Claims 23, 24, & 27** |
| 55 | T412N | '489 Patent, Claim 17 |
| 56 | M421V | '489 Patent, Claim 17 |

## VIII.   CLAIM CONSTRUCTION

38.     I have been informed that the parties have agreed on the meaning of the claim term "**HEK assay amenable mutation**," which appears in the Asserted Claims of the Reassessment Mutations Patents, specifically (1) claim 1 of the '388 Patent from which asserted claims 8 and 36 depend, (2) claim 11 of the '489 Patent from which asserted claims 17 and 23 depend, and (3) claim 1 of the '490 Patent from which asserted claim 9 depends.  I have been informed that the agreed-upon meaning is "mutant forms of α-galactosidase A ('α-Gal A') showing a relative increase of ≥1.2-fold over baseline and an absolute increase of ≥3.0% wild-type α-Gal A activity in the presence of 10 μmol/l migalastat determined using the Good Laboratory Practice ('GLP')-validated HEK assay."  In forming my opinions, I have applied this construction to the Asserted Claims of the Reassessment Mutations Patents.

39.     For all other claim terms, I have applied their plain and ordinary meaning.

## IX.   THE LEVEL OF ORDINARY SKILL IN THE ART

40.     I have been informed that the claims are assessed from the standpoint of a person of ordinary skill in the art at the time of the invention.  I have been informed that the relevant time frame for assessing the Reassessment Mutations Patents ('388, '489, and '490 Patents) is the priority date, May 30, 2017; and that the relevant time frame for assessing the Engineered Mutations Patent ('164 Patent) is the priority date, August 7, 2019.

41.     In providing my opinion I have been asked to assume that the person of ordinary skill for the Reassessment Mutations and the Engineered Mutations Patents is:

> An individual with a degree in biology, pharmacology, medicine, or a related discipline with one to two years of experience in Fabry disease.  Such a person of ordinary skill may also work as part of a multi-disciplinary team and draw upon not only his or her own skills but also take advantage of certain specialized skills of others on the team to solve a given problem.

42.     Based on my background and professional experience, by 2017 (for the Reassessment Mutations Patents) and by 2019 (for the Engineered Mutations Patent), I was a person of at least ordinary skill.

43.     I understand that Aurobindo has offered the following alternative definition of the person of ordinary skill[2]:

> Such skilled artisans would be those familiar with the field of metabolic disorders such as Fabry disease and would include pharmaceutical chemists or physicians involved in research and development of formulations for treatment of such disorders, who would have a Master's, Ph.D., and/or M.D. degree and several years of experience in the field.  The amount of experience in the field would depend upon the level of formal education and particular experience with drugs for the treatment of Fabry disease.  A POSA [person of ordinary skill in the art] would have worked in conjunction with other individuals, the group of which collectively would have had experience in these fields, as well as in the field of clinical development of drugs for the treatment of Fabry disease patients having renal impairment.  A POSA would also have knowledge of the scientific literature concerning these fields as of the claimed priority date of the '388 (and '334) patent(s).  A POSA may also work as part of a multidisciplinary team and draw upon not only his or her own skills but also take advantage of certain specialized skills of others in the team to solve a given problem.

Even under the definition of a person of ordinary skill proposed by Aurobindo, my opinions remain the same.

## X.    INTRODUCTION TO FABRY DISEASE AND GALAFOLD

### A.    Fabry Disease

44.     Each cell in the body contains specialized organelles to perform particular functions necessary to the cell's survival.[3]  For example, certain proteins like secreted or membrane-bound proteins are synthesized in an organelle called the endoplasmic reticulum

---

[2] Aurobindo's Feb. 27, 2025 Suppl. Invalidity Contentions at 34–35.

[3] *See, e.g.*, Germain, D., (2010) Fabry Disease, *Orphanet J. of Rare Dis.* **5**:30 (ATGAL_10034456 at -456–57).

while certain old proteins and waste from the cell are broken down in an organelle called the lysosome.[4] Lysosomes contain specific enzymes to break down and recycle waste fats, proteins, and other substances.[5] Lysosomal storage diseases and disorders ("LSDs") are metabolic diseases and disorders that are caused by enzyme deficiencies in the lysosome that result in buildups of those unwanted waste substances in cells.[6] Accumulation of these substances in the body can damage cells and organs.[7] Fabry disease is an inherited and rare LSD caused by mutations in the *GLA* gene, leading to either complete or partial deficiency of an enzyme called alpha-galactosidase A (α-Gal A).[8] α-Gal A breaks down various substances, or substrates, including a fatty substance called globotriaosylceramide (sometimes abbreviated GL-3 or Gb3) and its derivatives such as globotriasosylsphingosine (lysoGb3).[9] When the activity of α-Gal A is absent or diminished, its substrates such as GL-3 and lysoGb3 build up in the cells throughout the body, particularly cells lining blood vessels in the skin and in cells of the kidneys, heart, and nervous system.[10] As the abnormal storage of substrates such as GL-3 and lyso Gb3 increases

---

[4] *See, e.g.*, Gros, F., Muller, S., (2023) The Role of Lysosomes in Metabolic & Autoimmune Diseases, *Nature Revs. Nephrology* **19**:366–83 (ATGAL_10161508 at -509–10).

[5] *See* Sun, A., (2018) Lysosomal Storage Disease Overview, *Ann. Transl. Med*. **6**(24):476 (ATGAL_10161327 at -327); Gros, F., Muller, S., (2023) The Role of Lysosomes in Metabolic & Autoimmune Diseases, *Nature Revs. Nephrology* **19**:366–83 (ATGAL_10161508 at -509, -513, -521).

[6] *See* Gros, F., Muller, S., (2023) The Role of Lysosomes in Metabolic & Autoimmune Diseases, *Nature Revs. Nephrology* **19**:366–383 (ATGAL_10161508 at -519–20).

[7] *E.g.*, *id*.

[8] Germain, D., (2010) Fabry Disease, *Orphanet J. of Rare Dis*. **5**:30 (ATGAL_10034456 at -456–57, -476).

[9] *See id*. at -456, -479.

[10] *Id*. at -456–57.

over time, the cells are damaged and blood vessels in a patient become narrowed, leading to decreased blood flow and undernourishment of the tissues.[11]

45.    Fabry disease is referred to as an X-linked disorder because the *GLA* gene is found on the X chromosome.[12]  Males have one X chromosome and one Y chromosome while females have two X chromosomes.  This means that males with Fabry only have one copy of the *GLA* gene and thus a mutation in that copy can result in reduced or lost α-Gal A activity in all of the cells in the body.[13]  In females with Fabry disease, there are two copies of the *GLA* gene, one on each X chromosome although one copy is randomly inactivated.[14]  As such, depending on which copy is inactivated in a cell, in a majority of cases, the remaining copy is either the wild type form of the gene or the mutated form.[15]  Thus, approximately half the cells will have reduced to lost activity of α-Gal A while the other half have regular levels of α-Gal A activity.

46.    Fabry disease is a progressive and systemic disease in both males and females. The average life expectancy for males with Fabry disease is around 58 years and it is around 75 years for females.[16]  In comparison, the average life expectancies for males and females without

---

[11] Desnick, R., Ioannou, Y., Eng, C., α-Galactosidase A Deficiency: Fabry Disease, *Online Metabolic & Molecular Bases of Inherited Disease* (McGraw-Hill Education; 2019), pp. 3733–44 (ATGAL_07011379 at -403).

[12] *E.g.*, Izhar, R. *et al*., (2023) Fabry Disease in Women: Genetic Basis, Available Biomarkers, & Clinical Manifestations, *Genes* **15**(1):37 (ATGAL_10161341 at -341–42).

[13] *See id*. at -342, -353.

[14] *See id*. at -342.

[15] *See id*. at -342, -353.

[16] Lidove, O. *et al.*, (2016) Fabry in the Older Patient: Clinical Consequences & Possibilities for Treatment, *Mol. Genet. Metab.* **118**(4):319 (ATGAL_00216964 at -964).

Fabry disease are 73.2 years and 79.1 years, respectively.[17]  Changes in the *GLA* gene that result in no α-Gal A activity cause the classical, severe form of Fabry disease whereas changes in the gene that result in diminished α-Gal A activity cause non-classical or late-onset Fabry disease.[18] In classical Fabry disease, symptoms first appear during childhood or as teenagers in males, but later in females.  In non-classical or late-onset Fabry disease, patients may have delayed manifestations and may have single-organ involvement.[19]

47.    To date, more than 1,000 Fabry disease-associated mutations in the *GLA* gene have been identified.[20]  Fabry disease associated mutations occur throughout the *GLA* gene and there appears to be no clear mutational hot spot.[21]  Moreover, various types of mutations have been identified, including point mutations (such as missense mutations, nonsense mutations, or mutations affecting splice sites), short-length rearrangement (generally considered rearrangements affecting less than 60 base pairs), and gross rearrangements (generally considered larger rearrangements that affect one or more exons).[22]  Approximately 60% of Fabry associated mutations are missense point mutations resulting in single amino acid substitutions in

---

[17] Arias, E. *et al.*, (2022) Provisional Life Expectancy Estimates for 2021, *Nat'l Ctr. for Health Stat. Reps.* 23 (ATGAL_10161364 at -364).

[18] Lidove, O. *et al.*, (2016) Fabry in the Older Patient: Clinical Consequences & Possibilities for Treatment, *Mol. Genet. Metab.* **118**(4):319 (ATGAL_00216964 at -964).

[19] *Id.*

[20] Anania, M. *et al*., (2025) Identification of Four New Mutations in the GLA Gene Associated with Anderson–Fabry Disease, *Int. J. Mol. Sci.* **26**(2):473 (ATGAL_10161380 at -386).

[21] Gal, A., Schafer, E., Rohard, I., The Genetic Basis of Fabry Disease, *Fabry Disease: Perspectives from 5 Years of FOS* (NCBI Bookshelf; 2006) (ATGAL_00216171 at -171).

[22] *See* Benjamin, E. *et al*., (2017) The Validation of Pharmacogenetics for the Identification of Fabry Patients to be Treated with Migalastat, *Genet. Med.* **19**(4)436 (ATGAL_07871417 at -423).

α-Gal A enzyme.[23]  The activity of each mutated α-Gal enzyme varies depending on the missense point mutation and may result in heterogenous phenotypes ranging from classical to non-classical Fabry disease.

48.    Even though the affected α-Gal A enzyme leading to Fabry disease has been identified, reliable diagnosis of Fabry disease may be challenging.[24]  Determining the amount of α-Gal A enzyme activity is a key diagnostic marker in males.  In females, however, diagnosis is more difficult because of the X-linked nature of the disease; female patients can express normal residual activity in certain tissues, masking the deficiency in the enzymatic activity.[25]  Further, patients with non-classical or late-onset Fabry disease may have single-organ involvement,[26] which can complicate diagnosis as classical organ involvements are missing in late-onset forms of the disease.[27]  Recognition of Fabry disease is important because effective treatments are available, but they have to be prescribed early in the disease to be more effective in preventing organ damage.

49.    Because the disease is progressive, untreated Fabry disease results in many severe health problems such as kidney failure, heart problems including enlargement of the left side of

---

[23] *Id.* at -417.

[24] Desnick, R., Ioannou, Y., Eng, C., α-Galactosidase A Deficiency: Fabry Disease, *Online Metabolic & Molecular Bases of Inherited Disease* (McGraw-Hill Ed. 2001), pp. 3733–44 (ATGAL_07011379 at -405).

[25] Wang, R. *et al.*, (2007) Heterozygous Fabry Women Are Not Just Carriers, But Have a Significant Burden of Disease & Impaired Quality of Life, *Genet. Med.* **9**(1):34–45 (ATGAL_08225720 at -720).

[26] Michaud, M. *et al.*, (2020) When & How to Diagnose Fabry Disease in Clinical Practice, *Am. J. Med. Scis.* **360**(6):641–49 (ATGAL_10161404 at -404).

[27] *Id.*

the heart and valve disease, gastrointestinal pain, neuropathic pain of the extremities, and cerebrovascular problems such as recurring stroke and vertigo.[28]  Not every person with Fabry disease will have all the same symptoms of disease progression; however, the disease always gets worse over time and may lead to premature death if left untreated, making early diagnosis and treatment especially important for successful patient outcomes.[29]

### B.    GALAFOLD and the Asserted Claims of Amicus's Patents

50.    On December 14, 2017, Amicus filed a new drug application ("NDA") with the Food and Drug Administration ("FDA") requesting approval of migalastat for the treatment of patients 16 years and older with Fabry disease who have amenable mutations.[30]  The NDA submission was based on clinical data, including reduction in disease-causing substrate (e.g., GL-3), from Amicus's clinical studies, including two Phase 3 pivotal studies in treatment-naïve patients (i.e., 011 Study, or FACETS) and ERT switch patients (i.e., 012 Study, or ATTRACT).[31]

51.    On August 10, 2018, FDA approved GALAFOLD (migalastat) for the treatment of adults with a confirmed diagnosis of Fabry disease and a *GLA* mutation that was determined to be amenable to migalastat treatment using a specific in vitro amenability assay.[32]  FDA

---

[28] Dutra-Clarke, M. *et al*., (2021) Variable Clinical Features of Patients with Fabry Disease & Outcome of Enzyme Replacement Therapy, *Mol. Genet. Metab*. *Reps.* **26**:100700 (ATGAL_10161393 at -393, -395).

[29] *E.g.,* Patient Stories, FSIG, https://fabry.org/patientstories/ (ATGAL_10161465 at -467–68).

[30] Dec. 14, 2017 Amicus Announcement, Amicus Therapeutics Submits New Drug Application to U.S. FDA for Migalastat for Treatment of Fabry Disease (ATGAL_05355923 at -923).

[31] *Id*.

[32] Aug. 10, 2018 FDA News Release, FDA Approves New Treatment for a Rare Genetic Disorder, Fabry Disease (ATGAL_09880475 at -475).

approved GALAFOLD under the accelerated approval pathway under which "FDA may approve drugs for serious conditions where there is an unmet medical need and where a drug is shown to have certain effects that are reasonably likely to predict a clinical benefit in patients."[33]  The GALAFOLD product insert, also known as the "label" or "prescribing information," currently lists 367 *GLA* mutations as being amenable for treatment with GALAFOLD.[34]

52.    Migalastat, or 1,5-dideoxy-1,5-iminogalactitol, is a low molecular weight iminosugar.  This iminosugar analog can be found in certain bacteria but is not naturally produced by humans.[35]  Migalastat binds to the active site of the α-Gal A enzyme.[36]  At high concentrations, migalastat can act as an inhibitor of α-Gal A enzyme activity.[37]  At lower concentrations, migalastat can act as a pharmacological chaperone for α-Gal A.[38]  The term "chaperone" refers to a broad class of molecules that influence the folding, structure, and/or stability of proteins.  Chaperones vary in terms of structure, function, and specificity.  Some proteins may act as chaperones while other chaperones are small molecules.  Chaperones may

---

[33] Aug. 10, 2018 FDA News Release, FDA Approves New Treatment for a Rare Genetic Disorder, Fabry Disease (ATGAL_09880475 at -476).

[34] June 2024 GALAFOLD Prescribing Information, Table 2 (ATGAL_06388594 at -602–13).

[35] Lee, H. *et al.*, (2024)1-Deoxynojirimycin-producing bacteria: production, optimization, biosynthesis, biological activities, *Biotech. & Bioproc. Eng'g* **29**(6):981–992 (ATGAL_10161496).

[36] McCafferty, E., Scott, L., (2019) Migalastat: A Review in Fabry Disease, *Drugs* **79**(5):543–54 (ATGAL_10161438 at -438).

[37] Pieroni, M. *et al.*, (2021) Cardiac Involvement in Fabry Disease, *J. Am. Coll. Cardiology* **77**(7):922–36 (ATGAL_10036328 at -337).

[38] *See id.*

21

also have broad activity or be specific to only one target. Chaperones that are specific to only a single protein, such as migalastat, are often referred to as "pharmacological chaperones."[39]

53. Migalastat's mechanism of action in treating Fabry disease is due to its ability to reversibly bind to α-Gal A in the cell's endoplasmic reticulum (sometimes referred to as the "ER"), stabilizing the α-Gal A so that it is not degraded in the ER and allowing it to be transported into the lysosome.[40] In the lysosome, α-Gal A is released from migalastat allowing the enzyme to break down its substrates such as GL-3 and lyso Gb3, including the accumulated GL-3 and lyso Gb3 caused by Fabry disease.[41] Unfortunately, migalastat does not work with all *GLA* mutations that cause Fabry disease.[42] Some mutations of *GLA* result in a loss of function where either no protein is created or the protein that is created has no enzymatic activity. Other mutations of *GLA* are thought to result in abnormally folded and less stable forms of α-Gal A that nevertheless retain some enzymatic activity. Only certain *GLA* mutations result in α-Gal A enzymes that retain enzymatic activity and can be stabilized by migalastat such that they can be transported into the lysosome. The GALAFOLD label provides that certain *GLA* mutations that were shown to have increased activity in a specified in vitro assay were deemed to be amenable to migalastat treatment. A list of amenable *GLA* mutations is provided in Table 2 of the product label.

---

[39] Liguori, L. *et al.*, (2020) Pharmacological Chaperones: A Therapeutic Approach for Diseases Caused by Destabilizing Missense Mutations, *Int. J. Mol. Sci.* **21**(2):489 (ATGAL_04808173 at -173).

[40] McCafferty, E., Scott, L., (2019) Migalastat: A Review in Fabry Disease, *Drugs* **79**(5):543–54 (ATGAL_10161438 at -438).

[41] *Id*.

[42] *Id*.

54.    The mutations identified in the methods of treatment of the Asserted Claims are listed as amenable mutations to migalastat treatment in GALAFOLD's current label[43]:

- **Claim 8 of the '388 Patent:** A13P, A20D, Q57L, G80D, P146S, D175E, K213M, I242F, M267T, A309V, V316I, V316G, P323R, A352G, R356P, T385A, V390M, and G395A;

- **Claim 36 of the '388 Patent:** G80D, P146S, M267T, and R356P;

- **Claim 17 of the '489 Patent:** A13T, N34T, M42K, L54F, P60T, E87D, L89F, Y123C, H125L, I133M, K140T, F145S, P146R, Y152H, D165G, p.M187_S188dup, V199G, M208R, I219L, N224T, Q250R, G261C, G271D, M284V, I303F, D322N, G325R, K326N, G334E, E358D, E358Q, G361E, G375E, T412N, and M421V;

- **Claim 23 of the '489 Patent:** L54F, L89F, K140T, and G334E;

- **Claim 9 of the '490 Patent:** I242F; and

- **Claims 23–27 of the '164 Patent:** Y184S, N228H, and T412I.

## XI.    OBJECTIVE INDICIA SUPPORTING NON-OBVIOUSNESS OF THE ASSERTED CLAIMS

### A.    Long-Felt But Unmet Need

55.    For the reasons discussed below, treatment of Fabry disease with GALAFOLD fulfilled a long-felt but unmet need for an improved treatment for Fabry patients with amenable mutations to migalastat, including the claimed mutations.  GALAFOLD is the first and only FDA-approved oral medication for the treatment of Fabry disease.  Prior to the approval of GALAFOLD in 2018, Fabry patients in the U.S. would have had access only to ERT, i.e., agalsidase beta (FABRZYME), which was approved by the FDA in April 2003.[44]

---

[43] June 2024 GALAFOLD Prescribing Information, Table 2 (ATGAL_06388594 at -602–13).

[44] *See, e.g.*, May 2010 FABRAZYME Prescribing Information (ATGAL_09687616 at -616).

1.    **Treatment Options Prior to GALAFOLD Had Drawbacks**

56.    From 2003 until the approval of GALAFOLD in 2018, the only FDA approved treatment for Fabry was enzyme replacement therapy with agalsidase beta, which is a recombinant form of human α-Gal A.[45]  The term "enzyme replacement therapy," or ERT, refers to a treatment using an artificial or recombinant version of the enzyme produced by genetically engineered cells.[46]

57.    The purpose of ERT is to provide a functional version of the enzyme, which a person with Fabry disease does not effectively make on their own.[47]  This is accomplished by infusing the recombinant enzyme into the vein of a Fabry patient every other week.[48]  The recombinant enzyme is subsequently taken up by the cells and breaks down its substrates such as GL-3 and lyso Gb3, including the accumulated excess of those substrates and thereby improving cellular function.[49]  This reduction of substrate build up can slow the progression of Fabry disease.[50]

58.    There are drawbacks associated with ERT that have caused companies and researchers to focus on identifying alternative treatments: (i) treatment with ERT is burdensome for both the patient and caretakers, (ii) the generation of antibodies against the recombinant

---

[45] *See, e.g.*, *id.*; Aug. 10, 2018 FDA News Release, FDA Approves New Treatment for a Rare Genetic Disorder, Fabry Disease (ATGAL_09880475 at -475).

[46] Germain, D., (2010) Fabry Disease, *Orphanet J. of Rare Dis.* **5**:30 (ATGAL_10034456 at -483).

[47] May 2010 FABRAZYME Prescribing Information (ATGAL_09687616 at -628).

[48] *Id.* at -616.

[49] *Id.* at -617, at -627–628.

[50] *Id.*

enzyme is common and leads to infusion reactions and diminished efficacy, and (iii) the inability of the artificial enzyme to cross the blood-brain barrier and poor uptake into certain cells limits the utility of ERT in some patients.[51]

59.    **ERT is burdensome for both patients and caregivers.**  ERT requires that the patient receives IV infusions every two weeks for as long as the patient remains on treatment.[52] The duration of infusion ranges between 30 minutes and eight hours based on the patient's tolerance but generally averages between two and three hours.[53]  Infusions are generally administered in a medical setting such as a hospital or infusion center although the option of home infusions is becoming more common.  The time and travel required for bi-weekly infusions can place a substantial burden upon patients and their caregivers particularly for school age children and working parents.  Infusion related reactions ("IRRs") such as chills, fever, drop in blood pressure, nausea, and fatigue are common and many patients must take medication prior to the infusion in order to manage or prevent IRRs.[54]  A recent survey found that 53% of current ERT patients require premedication.[55]  Among those taking premedication approximately 40% of them reported that it posed a moderate or significant inconvenience.[56]

---

[51] *See, e.g.*, '388 Patent at col. 2:13–26; '490 Patent at col. 2:28–41; '489 Patent at col. 2:28–41; '164 Patent at col. 1:66–2:12.

[52] May 2010 FABRAZYME Prescribing Information (ATGAL_09687616 at -616).

[53] *See* Berry, L. *et al.*, (2024) Patient-Reported Experience with Fabry Disease & Its Management in the Real-World Setting: Results from a Double-Blind, Cross-Sectional Survey of 280 Respondents, *Orphanet J. Rare Diseases* **19**:153 (ATGAL_10161416 at -423).

[54] *See id.* at -417, -423.

[55] *Id.* at -423.

[56] *Id.*

60. 



61.

58

62.    In many patients, treatment with ERT, which involves the infusion of a recombinant enzyme, causes the patient's immune system to create anti-drug antibodies or ADAs.[59]  Approximately 83% of patients taking FABRAZYME developed ADAs with 77% of patients generating ADAs that inhibited the activity of the recombinant enzyme when tested.[60]

---

58

[59] Berry, L. *et al.*, (2024) Patient-Reported Experience with Fabry Disease & Its Management in the Real-World Setting: Results from a Double-Blind, Cross-Sectional Survey of 280 Respondents, *Orphanet J. Rare Diseases* **19**:153 (ATGAL_10161416 at -417).

[60] July 2024 FABRAZYME Prescribing Information (ATGAL_10161430 at -432).

These inhibitory ADAs bind to and neutralize the recombinant enzyme in the patient's blood decreasing the efficacy of ERT. A 2016 study of 168 Fabry patients on ERT found that that 40 percent of male patients developed inhibitory antibodies resulting in significantly higher lysoGb3 levels in their blood, increased MSSI and Disease Severity Scoring System (DS3) values, and decreased eGFR (a measure of kidney function).[61] Patients developing inhibitory ADAs also had increased risk for diarrhea, tinnitus, fatigue, and neuropathic pain.[62]

63.    **Further, ERT results in inefficient distribution of the recombinant enzyme leading to the limited effectiveness of ERT.** The majority of administered recombinant enzyme accumulates in the liver, whereas cells of the heart and kidney, two of the most severely affected cell types in Fabry disease, take up very limited amounts of recombinant enzyme.[63] Further, ERT does little to solve central nervous system (CNS) manifestations of the disease because large proteins like wild-type α-Gal A cannot cross the blood-brain barrier.[64]

64.    **Certain cell types are resistant to clearance of substrates such as GL-3 by ERT.** Certain types of renal cells including podocytes, distal tubular cells, and arteriolar smooth

---

[61] *See, e.g.*, Lenders, M. *et al.*, (2016) Serum-Medicated Inhibition of Enzyme Replacement Therapy in Fabry Disease, *J. Am. Soc. Nephrol.* **27**:256–64 (ATGAL_06866922 at -926–28).

[62] *Id.* at -925–26.

[63] *See, e.g.*, '388 Patent at col. 2:22–26; '489 Patent at col. 2:37–41; '490 Patent at col. 2:37–41; '164 Patent at col. 2:8–12; Azevedo, O. *et al.*, (2021) Fabry Disease Therapy: State-of-the-Art & Current Challenges, *Int. J. Mol. Sci.* **22**(1):206 (ATGAL_04885416 at -421).

[64] *See, e.g.*, '388 Patent at col. 2:16–22; '489 Patent at col. 2:31–37; '490 Patent at col. 2:31–37; '164 Patent at col. 2:2–8; Azevedo, O. *et al.*, (2021) Fabry Disease Therapy: State-of-the-Art & Current Challenges, *Int. J. Mol. Sci.* **22**(1):206 (ATGAL_04885416 at -421–22).

muscle cells are more resistant to clearance of substrates such as GL-3 and lyso Gb3 by ERT.[65] For example, one study (Mauer 2017) stated that glomerular podocytes are relatively resistant to clearance of GL-3 inclusions by ERT.[66]  The study goes on to state that "[a]lthough a long-term ERT trial led to a reduced rate of renal, cardiac and cerebrovascular clinical events, there are substantial residual risks despite ERT.  Thus, other treatment options are needed."[67]

### 2.    GALAFOLD Addresses the Long Felt But Unmet Need for Better Methods of Treatment of Patients With Fabry Disease

65.    It is my opinion that based on the drawbacks of Fabry disease treatments, there was an unmet medical need for the development of new less-burdensome therapies for Fabry disease.  It is also my opinion that treatment of Fabry patients, including those with the claimed mutations, with GALAFOLD fulfilled that need, and therefore there is a nexus between the long-felt unmet need and the inventions claimed in the Asserted Claims of the Asserted Patents.

66.    As I explained in Section X.B, GALAFOLD was approved under the accelerated approval pathway under which "FDA may approve drugs for serious conditions where there is an unmet medical need and where a drug is shown to have certain effects that are reasonably likely to predict a clinical benefit in patients."[68]  In its Multi-Discipline Review and Evaluation, FDA stated:

> Despite approval of an ERT for FD, an unmet medical need exists for additional therapies.  Confirmation that GL-3 inclusion reduction in kidney vasculature is

---

[65] Mauer, M. *et al.*, (2017) Reduction of Podocyte Globotriaosylceramide Content in Adult Male Patients with Fabry Disease with Amenable GLA Mutations Following 6 Months of Migalastat Treatment, *J. Med. Genet.* **54**:781 (ATGAL_06818690 at -690).

[66] *Id.*

[67] *Id.*

[68] Aug. 10, 2018 FDA News Release, FDA Approves New Treatment for a Rare Genetic Disorder, Fabry Disease (ATGAL_09880475 at -476).

associated with slower rate of progression of renal disease is still lacking.  In addition, as any other ERT, agalsidase beta is associated with immune-mediated adverse reactions and the need for IV infusion of the product every 2 weeks for the duration of the patient's lifetime.[69]

67.    FDA recognized the potential in GALAFOLD as a viable option to fulfill unmet patient needs and granted accelerated approval of GALAFOLD for treatment of Fabry patients with a mutation that is amenable to migalastat based on in vitro amenability assay data, including the mutations of the Asserted Claims of the Reassessment Mutations Patents.

68.    GALAFOLD addresses the drawbacks of ERT treatment for Fabry patients.

69.    **First,** in contrast to ERT, GALAFOLD is an oral medication taken every other day, which results in higher patient compliance and a lower medical burden.[70]  GALAFOLD provides "better quality of life and greater convenience of taking a 123-mg pill every two days, versus infusions every two weeks."[71]

70.    **Second,** because GALAFOLD is not a recombinant enzyme, it does not trigger any immunogenicity response, does not suffer a loss of efficacy due to the generation of neutralizing ADAs, and is not associated with any infusion related reactions.[72]

---

[69] Feb. 1, 2016 NDA Multi-Disciplinary Review and Evaluation for GALAFOLD (ATGAL_08244819 at -839).

[70] *See, e.g.*, Moran, N., (2018) FDA Approves Galafold, a Triumph for Amicus, *Nat. Biotech.* **36**:91 (ATGAL_10161450 at -450); Müntze, J. *et al*., (2023) Patient Reported Quality of Life & Medication Adherence in Fabry Disease Patients Treated with Migalastat: A Prospective, Multicenter Study, *Mol. Genet. Metab*. **138**(2):106981 (ATGAL_03972963).

[71] Moran, N., (2018) FDA Approves Galafold, a Triumph for Amicus, *Nat. Biotech.* **36**:91 (ATGAL_10161450 at -450).

[72] *See, e.g.*, McCafferty, E., Scott, L., (2019) Migalastat: A Review in Fabry Disease, *Drugs* **79**(5):543–54 (ATGAL_10161438 at -446).

71.    **Third,** as a small molecule, GALAFOLD also achieves broader tissue distribution and tissue penetration than the recombinant enzyme in ERT.[73]  Studies suggest that migalastat readily diffuses into most cells and tissues, including the heart, kidney, and small intestine, whereas ERT is only taken up in a subset of organs, with the highest concentration in the liver and spleen, and limited to no concentrations in the heart, kidney, and small intestine.[74] GALAFOLD has also been associated with greater reductions in left ventricular mass index (LVMI) in Fabry patients with left hypertrophy, or LVH, than ERT.[75] GALAFOLD has also shown comparable results to ERT in stabilizing, or slowing the rate of decline of, renal function (as measured by annualized change in eGFR, among other biomarkers).[76]

72.    **Fourth,** treatment with GALAFOLD has demonstrated effective GL-3 clearance from the podocyte, "an important and relatively ERT-resistant glomerular cell."[77]

73.    In addition, even after GALAFOLD's approval, based on my experience, patients with previously unknown GLA mutations continued to require treatment.  Prior to the inventions claimed in the Engineered Mutations Patent, I understand that it was unknown whether the engineered mutations, including the claimed engineered mutations, Y184S, N228H, and T412I,

---

[73] *See, e.g.*, Wu, Y. *et al.*, (2021) Migalastat Tissue Distribution: Extrapolation from Mice to Humans Using Pharmacokinetic Modeling & Comparison with Agalsidase Beta Tissue Distribution in Mice, *Clinical Pharmacology Drug Dev.* **10**:1075–88 (ATGAL_10161482 at -492).

[74] *See, e.g.*, *id.*

[75] '388 Patent at col. 51:11–59; '489 Patent at col. 43:1–18; '490 Patent at col. 43:1–18.

[76] '388 Patent at col. 50:52–51:10; '489 Patent at col. 42:10–42; '490 Patent at col. 42:10–42.

[77] Mauer, M. *et al.*, (2017) Reduction of Podocyte Globotriaosylceramide Content in Adult Male Patients with Fabry Disease with Amenable GLA Mutations Following 6 Months of Migalastat Treatment, *J. Med. Genet.* **54**:781 (ATGAL_06818690 at -690).

were associated with Fabry disease let alone whether patients with such mutations could be treated with GALAFOLD.  Upon diagnosing a patient as having Fabry disease associated with a previously unknown mutation, a physician such as myself would have to contact Amicus and request that the amenability of the new mutation be ascertained.  The testing of a new mutation can take several months.  That delay is precious time that the patient is not receiving treatment or is receiving ERT rather than GALAFOLD.[78]

74.    There was a long-felt but unmet need for ways to provide treatment options for Fabry disease earlier, prior to disease progression for patients who had mutations that were previously unknown.  Early treatment options are important for patients who are far along in disease progression.  In addition, early identification of treatment options can be important before patients begin to develop those more severe symptoms and for patients whose disease progresses faster than others and have a critical window to get maximum benefits from treatment.[79]  The inventions described in the Asserted Claims of the Engineered Mutations Patent met this unmet need by providing earlier treatment options for this new population of patients, specifically for patients with previously unknown mutations, including the patients with the mutations in the Asserted Claims.

**B.    Failures of Others**

75.    It is my opinion that the non-obviousness of the Asserted Claims of the Reassessment Mutations Patents is supported by the fact that others tried and failed to develop the inventions of the Asserted Claims, namely the failures to find a better (for example, non-

---

[78] E. Benjamin Dep. Tr. at 47:1-5.

[79] *See, e.g.*, '164 Patent, 24:35–37; Apr. 2023 Galafold: Awareness, Trial & Usage – US Wave 6 (ATGAL_08445866 at -886).

ERT) method of effectively treating Fabry patients with certain α-Gal A mutations.  My opinion is based on failures by others who tried to develop and commercialize a pharmaceutical chaperone product such as migalastat for the treatment of LSDs such as Fabry disease and the failures of others who tried to develop reliable and accurate methods of determining which patients, or mutations, will respond to treatment with migalastat.  Specifically, Shire Human Genetics Therapies, Inc. ("Shire") in collaboration with Amicus, and later Glaxo Group Limited ("GSK") also in collaboration with Amicus, attempted to develop migalastat as a treatment for Fabry disease.  However, both Shire and GSK terminated their efforts to develop migalastat and ended their collaborations with Amicus.  And ultimately, only Amicus was successful.

76.    In 2002, with its founding, Amicus started to investigate a therapeutic strategy that uses migalastat to induce correct folding and to rescue the function of α-Gal A enzyme in Fabry disease patients.[80]





78.    By December 13, 2006, Amicus was conducting Phase 2 trials to evaluate migalastat as a treatment for Fabry disease.[85] ████████████████████████

████████████████████

79.    On November 8, 2007, Shire and Amicus announced that they had entered a strategic collaboration to jointly develop a treatment for Fabry disease called Amigal (migalastat hydrochloride).[87]  The collaboration also included the joint development of two other pharmacological chaperone compounds for lysosomal storage disorders: Plicera (isofagomine

---

[82] *Id.* at -871.

[83] ████████████████████████████████████████
███

[84] December 13, 2006 FDA Memorandum of Meeting Minutes (ATGAL_00016985 at -992).

[85] *Id.*

[86] *Id.*

[87] Nov. 8, 2007 Amicus Announcement, Amicus Therapeutics and Shire plc Enter Into $440 Million Ex-US Licensing Agreement to Develop and Commercialize Amigal[TM], Plicera[TM], and AT2220 (ATGAL_08418426 at -426).

tartrate) for the treatment of Gaucher disease, and AT2220 (deoxynojirimycin) for the treatment of Pompe disease.[88]

80. ████████████████████████████████████

████████████████████████████████

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

81. ████████████████████████████████████████

████  On October 23, 2009, Amicus initiated the first proposed Phase 3 study, AT1001-0011

---

[88] *Id.*

[89] June 17, 2008 FDA Memorandum of Meeting Minutes (ATGAL_00016985 at -7008–09).

("the 011 Study").[90]  The primary objective of this study was to compare the effect of migalastat

(123 milligrams of migalastat (equivalent to 150 mg of migalastat hydrochloride)) versus

placebo on kidney GL-3.[91]  The double-blind, randomized, placebo-controlled study enrolled 67

participants with Fabry disease at 46 sites worldwide.[92]  All participants were naïve to

GALAFOLD and ERT or were previously treated with ERT (agalsidase beta or non-U.S.

approved agalsidase alfa) and had been off ERT for at least 6 months were randomized in a 1:1

ratio to receive either GALAFOLD 123 mg every other day or placebo for the first 6 months.[93]

In the second 6 months, all patients were treated with GALAFOLD.[94] ███████████████

████████████████████████████████████████████████████████████

██████████████████████████████████.[95]  The major efficacy outcome measure

of the average number of GL-3 inclusions per kidney interstitial capillary in renal biopsy samples

was assessed by light microscopy before and after treatment.[96]

---

[90] Study of the Effects of Oral AT1001 (Migalastat Hydrochloride) in Patients With Fabry Disease, ClinicalTrials.gov, https://clinicaltrials.gov/study/NCT00925301 (ATGAL_10161526 at -526).

[91] Id. at -526.

[92] Id.

[93] June 2024 GALAFOLD Prescribing Information, Clinical Studies (ATGAL_06388594 at -615).

[94] Id.

[95] Jan. 14, 2015 Clinical Study Report AT1001-011 (ATGAL_00105350 at -350, -373–74).

[96] June 2024 GALAFOLD Prescribing Information, Clinical Studies (ATGAL_06388594 at -616).

82.    Soon after the initiation of the first Phase 3 trial, however, on October 29, 2009, Shire-Amicus terminated their collaboration.[97]  Shortly before the collaboration ended, Amicus suspended enrollment for a Phase 2 clinical trial for another pharmacological chaperone drug, AT2220, for Pompe Disease[98] and subsequently announced disappointing preliminary results of its Phase 2 study with another pharmacological chaperone drug, Plicera™, for Gaucher Disease.[99]  According to an article by Biocentury at the time, a "Shire spokesperson said the programs have 'experienced some outcomes that delayed their development,' and therefore Shire concluded that the risk profile no longer fit the company's criteria.'"[100] ████████████

█████████████████████████████████

████ ██████████████████████████████

██████████████████████████████████

████████████████

---

[97] *Amicus Shares Fall on Closed Partnership, Jobs Cuts*, San Diego Union-Tribute (Aug. 29, 2016), https://www.sandiegouniontribune.com/2009/10/30/amicus-shares-fall-on-closed-partnership-job-cuts/ (ATGAL_10161477 at -477); *Amicus Therapeutics, Shire Deal*, BioCentury (Nov. 2, 2009), https://www.biocentury.com/article/90279/amicus-therapeutics-shire-deal (ATGAL_10161428 at -428).

[98] Feb. 27, 2009 Amicus Announcement, Amicus Therapeutics Suspends Enrollment for Phase 2 Clinical Trial of AT2220 for Pompe Disease (ATGAL_04042962 at -962).

[99] Oct. 2, 2009 Amicus Announcement, Amicus Therapeutics Announces Preliminary Results of Phase 2 Study with Plicera™ for Gaucher Disease (ATGAL_08837476 at -476).

[100] *Amicus Therapeutics, Shire Deal*, BioCentury (Nov. 2, 2009), https://www.biocentury.com/article/90279/amicus-therapeutics-shire-deal (ATGAL_10161428 at -428).

[101] ██████████████████████

[102] ████████████

83.    About a year after the Shire-Amicus collaboration ended, GSK and Amicus announced a collaboration with the same goal of developing and commercializing migalastat, which was still in the 011 Study at the time.[103]

84.    ███████████████████████████████████████████████████

███████████████████ [104]    The primary objective of the 012 Study was to compare the efficacy and safety of migalastat and ERT in male and female participants with Fabry disease who were currently receiving ERT and who had certain α-Gal A mutations that seemed responsive to migalastat based on the same experimental in vitro assay used for enrollment in the 011 Study.[105] The 012 Study was a randomized, open-label, active-controlled clinical trial of 18 months duration in patients with Fabry disease receiving enzyme replacement therapy who were randomized to either switch to GALAFOLD or continue enzyme replacement therapy.[106]

85.    On December 10, 2012, the 011 Study data was unblinded, revealing that Amicus-GSK failed to meet the study's endpoints.[107]  Out of the 45 evaluable patients, 25

---

[103] Oct. 28, 2010 GSK and Amicus Therapeutics Enter Exclusive Worldwide Agreement to Develop and Commercialise Amigal[TM] for Fabry Disease (ATGAL_10161469 at -469).

[104] Mar. 31, 2016 Clinical Study Report AT1001-012 (ATGAL_00118916 at -917).

[105] Study to Compare the Efficacy and Safety of Oral AT1001 and Enzyme Replacement Therapy in Patients with Fabry Disease, ClinicalTrials.gov, https://clinicaltrials.gov/study/NCT01218659 (ATGAL_10161573 at -573).

[106] June 2024 GALAFOLD Prescribing Information, Clinical Trials Experience (ATGAL_06388594 at -596).

[107] Oct. 26, 2016 Migalastat Type B Meeting (ATGAL_01149299 at -305); *see also* Dec. 19, 2012 GSK-Amicus Press Release, Amicus Therapeutics and GlaxoSmithKline Announce Top Line 6-Month Primary Treatment Period Results from First Phase 3 Fabry Monotherapy Study (ATGAL_01109151 at -151–52).

received GALAFOLD (18 females, 7 males) and 20 received placebo (11 females, 9 males).[108]

As shown below, there was not a significant difference between the group receiving

GALAFOLD and the group receiving placebo[109]:

| Table 3: | Changes from Baseline to Month 6 in Average Number of GL-3 Inclusions per KIC in Adults with Fabry Disease with Amenable *GLA* Variants in Study 1 (N = 45) | |
|---|---|---|
| | **GALAFOLD**<br><br>**n/N (%) with ≥ 50% reduction**<br>**Median change from baseline (range)** | **Placebo**<br><br>**n/N (%) with ≥ 50% reduction**<br>**Median change from baseline (range)** |
| All patients (N = 45) | 13/25 (52%)<br>-0.04 (-1.94, 0.26) | 9/20 (45%)<br>-0.03 (-1.00, 1.69) |
| Females (N = 29) | 8/18 (44%)<br>-0.02 (-0.46, 0.26) | 5/11 (46%)<br>-0.03 (-0.35, 0.10) |
| Males (N = 16) | 5/7 (71%)<br>-1.10 (-1.94, -0.02) | 4/9 (44%)<br>-0.03 (-1.00, 1.69) |
| Patients with baseline GL-3 ≥ 0.3 (N = 17; 9 males, 8 females) | 7/9 (78%)<br>-0.91 (-1.94, 0.19) | 2/8 (25%)<br>-0.02 (-1.00, 1.69) |
| Patients with baseline GL-3 < 0.3 (N = 28; 7 males, 21 females) | 6/16 (38%)<br>-0.02 (-0.10, 0.26) | 7/12 (58%)<br>-0.05 (-0.16, 0.14) |

---

[108] June 2024 GALAFOLD Prescribing Information, Clinical Studies (ATGAL_06388594 at -616); *see also Updated: Amicus Shares Tank on PhIII Failure for Fabry Drug Partnered with GlaxoSmithKline*, Fierce Biotech (Dec. 19, 2012), https://www.fiercebiotech.com/r-d/updated-amicus-shares-tank-on-phiii-failure-for-fabry-drug-partnered-glaxosmithkline (ATGAL_10161435 at -435).

[109] June 2024 GALAFOLD Prescribing Information, Clinical Studies (ATGAL_06388594 at -616).

86. 

87.     Based on my experience and the experience of my colleagues in the Fabry community, the results of the study were disappointing to providers and patients.  A great degree of hope and anticipation were tied to this investigation.[113]  For Fabry providers, this initial failure meant that a new therapeutic option would not be available for patients.  Providers were aware that the existing and only therapy, ERT, had inherent limitations and did not address all the existing needs of the Fabry community, as discussed above in Section XI.A.  For Fabry patients, this initial failure meant being relegated to ERT as the only approved therapy. ████████

██████████████████████████████████████████████████████.[114] ████████████



[113] *See, e.g.*, Oct. 28, 2010 GSK and Amicus Therapeutics Enter Exclusive Worldwide Agreement to Develop and Commercialise Amigal[TM] for Fabry Disease (ATGAL_10161469 at -471–72).

███████████████████████████████████████████████████

███████████████████████████████████████████████████ [115]

88.    ███████████████████████ in November 2013, GSK dropped out of the development collaboration.[116]

89.    The unblinding of the 011 Study, showing that Amicus-GSK failed to meet its endpoints, and both GSK's and Shire's exits from their respective collaborations with Amicus, demonstrate that others failed to find a better (e.g., non-ERT) method of effectively treating Fabry patients with certain α-Gal A mutations, before the inventions claimed in the Asserted Claims of the Reassessment Mutations Patents.  There is thus a nexus between these failures and the inventions claimed in the Asserted Claims of the Reassessment Mutations Patents.

90.    Because of these failures, the community of providers and patients were disappointed as the trial represented another opportunity for enhanced treatment options in Fabry and potentially better outcomes via an oral therapy.  There were concerns that this initial failure would result in industry abandoning the concept completely.  As such, many patients and providers felt that the likelihood of GALAFOLD making it to market for clinical use had decreased significantly.[117]

---

[115] *See, e.g.*, *id.*; Berry, L. *et al.*, (2024) Patient-Reported Experience with Fabry Disease & Its Management in the Real-World Setting: Results from a Double-Blind, Cross-Sectional Survey of 280 Respondents, *Orphanet J. Rare Diseases* **19**:153 (ATGAL_10161416 at -417).

[116] Nov. 20, 2013 GSK-Amicus Press Release, Amicus Therapeutics and GSK Announce Revised Fabry Agreement (ATGAL_00992277 at -227); John Carroll, *GlaxoSmithKlein Politely Dumps $230M Fabry Drug Deal with Amicus*, Fierce Biotech (Nov. 20, 2013), https://www.fiercebiotech.com/financials/glaxosmithkline-politely-dumps-230m-fabry-drug-deal-amicus (ATGAL_10161437 at -437).

[117] *See, e.g.*, Dec. 19, 2012 GSK-Amicus Press Release, Amicus Therapeutics and GlaxoSmithKline Announce Top Line 6-Month Primary Treatment Period Results from First Phase 3 Fabry Monotherapy Study (ATGAL_01109151 at -151–52); *Updated: Amicus Shares*

91.    Additionally, the 15-year lag between approval of the ERT treatment FABRAZYME and approval of Amicus's non-ERT treatment GALAFOLD is further evidence of the failure of others to develop a non-ERT treatment for Fabry disease.  In 2003, FDA approved Genzyme's FABRAZYME (agalsidase beta).[118]  FABRAZYME is an enzyme replacement therapy and was the first approved Fabry treatment.[119]  It was not until over 15 years later, on August 10, 2018, FDA approved Amicus's GALAFOLD (migalastat).[120]  GALAFOLD is a small molecule and was the first approved oral therapy approved for Fabry treatment.[121]  Based on clinicaltrials.gov, between April 24, 2003 and August 10, 2018, 118 clinical trials began that were focused on Fabry disease, 17 of which were by Amicus.[122]  This is for a disease

---

*Tank on PhIII Failure for Fabry Drug Partnered with GlaxoSmithKline*, Fierce Biotech (Dec. 19, 2012), https://www.fiercebiotech.com/r-d/updated-amicus-shares-tank-on-phiii-failure-for-fabry-drug-partnered-glaxosmithkline (ATGAL_10161435 at -435); May 22, 2013 FDA Memorandum of Meeting Minutes (ATGAL_00632220 at -221–22); May 22, 2013 Dr. Jeff Castelli's Internal Notes on May 22 FDA Meeting ("next steps in light of a 'failed' trial") (ATGAL_00662884 at -884); Nov. 20, 2013 GSK-Amicus Press Release, Amicus Therapeutics and GSK Announce Revised Fabry Agreement (ATGAL_00992277 at -227); John Carroll, *GlaxoSmithKlein Politely Dumps $230M Fabry Drug Deal with Amicus*, Fierce Biotech (Nov. 20, 2013), https://www.fiercebiotech.com/financials/glaxosmithkline-politely-dumps-230m-fabry-drug-deal-amicus (ATGAL_10161437 at -437).

[118] May 2010 FABRAZYME Prescribing Information (ATGAL_09687616 at -616).

[119] *See id.*

[120] June 2024 GALAFOLD Prescribing Information (ATGAL_06388594 at -594); Aug. 10, 2018 FDA News Release, FDA Approves New Treatment for a Rare Genetic Disorder, Fabry Disease (ATGAL_09880475 at -475).

[121] *Id.*; Moran, N., (2018) FDA Approves Galafold, a Triumph for Amicus, *Nat. Biotechnol.* **36**:91 (ATGAL_10161450 at -450).

[122] *Search Results Surrounding Fabry Studies*, ClinicalTrials.gov, https://clinicaltrials.gov/search?cond=fabry&limit=100&start=2003-04-24_2018-08-10 (ATGAL_10161541 at -541–71).

impacting what has been estimated at about 50,000 people in the U.S.[123]  Given the efforts by others to develop alternative treatment options, the long delay between the approval of FABRAZYME and GALAFOLD is indicative of the failure of others.

### C.    Industry Praise

92.    In my opinion, the non-obviousness of the Asserted Claims of the Reassessment Mutations Patents is supported by the scientific and medical community's praise for Amicus's work in successfully developing an alternative oral medication treatment to ERT for effectively treating Fabry patients with certain α-Gal A mutations.

93.    Amicus has received multiple awards for GALAFOLD.  For example, in 2018, Amicus received the prestigious UK Prix Galien Medal for Innovative Product for GALAFOLD. Additionally, Amicus received the National Organization for Rare Disorders' Industry Innovation Award for GALAFOLD in 2019.  Each is explained further below.

94.    Amicus has also seen industry praise reflected in its internal research on how healthcare providers' opinions on GALAFOLD have developed year-over-year since market approval.  Based on my experience, patients also appreciate GALAFOLD for its ease to self-administer, which leads to a higher quality of life as compared to treatment by ERT, which must be administered intravenously every other week, and thus there is a nexus between this praise and the inventions of the Asserted Claims of the Reassessment Mutations Patents.

95.    **2019 National Organization for Rare Disorders Industry Innovation Award.** The National Organization for Rare Disorders ("NORD") is "the first national nonprofit to represent all individuals and families affected by rare disease.  Today [they]'re the only

---

[123] *Frequently Asked Questions: How Common Is Fabry Disease?*, National Fabry Disease Foundation, https://www.fabrydisease.org/faq/115-how-common-is-fabry-disease (ATGAL_10161460 at -460).

organization working at the intersection of care, research, policy, and community for all rare diseases."[124]  "The Rare Impact Awards is an event hosted annually by NORD, the leading independent advocacy organization committed to the identification, treatment and cure of rare disorders through programs of education, advocacy, research and patient services."[125]  The Rare Impact Awards, including the Industry Innovation Award, are considered prestigious in the rare disease community.[126]  In 2019, Amicus was awarded the Industry Innovation Award in acknowledgement of its "extraordinary work to help improve and save" the lives of patients with rare diseases such as Fabry disease, and to "honor [the awardees] for their stellar contributions to the community."[127]

96.    The 2019 NORD Industry Innovation Award reflects Amicus's inventions claimed in the Asserted Claims of the Reassessment Mutations Patents, and thus there is a nexus between this praise and the inventions of the Asserted Claims of the Reassessment Mutations Patents.  Amicus received the award due to its work in developing GALAFOLD as a treatment

---

[124] *About Us: Who We Are*, National Organization for Rare Disorders, https://rarediseases.org/about-us/ (ATGAL_10161413 at -414).

[125] *NORD Announces Honorees for 2019 Rare Impact Award*, National Organization for Rare Disorders (Mar. 12, 2019), https://rarediseases.org/nord-announces-honorees-for-2019-rare-impact-awards/ (ATGAL_10161463 at -463).

[126] *See, e.g.*, Aug. 1, 2019 Email from J. Gershkowiz to All Amicus Employees Regarding Giant Leap for Amicus (ATGAL_09027547 at -547).

[127] *NORD Announces Honorees for 2019 Rare Impact Award*, National Organization for Rare Disorders (Mar. 12, 2019), https://rarediseases.org/nord-announces-honorees-for-2019-rare-impact-awards/ (ATGAL_10161463 at -463); June 22, 2019 Rare Impact Award Ceremony (ATGAL_10161572 at -572).

for Fabry disease, including Fabry patients having the mutations recited in the Asserted Claims of the Reassessment Mutations Patents.[128]

97.    As part of Amicus's development of GALAFOLD, FDA approved the treatment in August 2018.[129]  The label included treatment of Fabry diseases by administering 123 mg of migalastat every other day where the patient has an amenable mutation identified in Table 2 of the label.  At the time of approval by FDA, those mutations included[130]:

- **Claim 8 of the '388 Patent:** A13P, A20D, Q57L, G80D, P146S, D175E, K213M, I242F, M267T, A309V, V316I, V316G, P323R, A352G, R356P, T385A, V390M, and G395A;

- **Claim 36 of the '388 Patent:** G80D, P146S, M267T, and R356P;

- **Claim 17 of the '489 Patent:** A13T, N34T, M42K, L54F, P60T, E87D, L89F, I133M, Y123C, H125L, K140T, F145S, P146R, Y152H, D165G, p.M187_S188dup, V199G, M208R, I219L, N224T, Q250R, G261C, G271D, M284V, I303F, D322N, G325R, K326N, G334E, E358D, E358Q, G361E, G375E, T412N and M421V;

- **Claim 23 of the '489 Patent:** L54F, L89F, K140T and G334E; and

- **Claim 9 of the '490 Patent:** I242F.

98.    **2018 UK Prix Galien Medal for Innovative Product.**  "Galafold (migalastat) was awarded the 2018 UK [United Kingdom] Prix Galien Medal for Innovative Product.  The Prix Galien is awarded to companies who have made significant advances in pharmaceutical

---

[128] *See NORD Announces Honorees for 2019 Rare Impact Award*, National Organization for Rare Disorders (Mar. 12, 2019), https://rarediseases.org/nord-announces-honorees-for-2019-rare-impact-awards/ (ATGAL_10161463 at -463); August 2018 GALAFOLD Prescribing Information, Table 2 (ATGAL_09990385 at -391–403).

[129] August 2018 GALAFOLD Prescribing Information, Table 2 (ATGAL_09990385 at -385).

[130] *See id.* at -391–403.

research, and is regarded as the highest accolade for biomedical research and development."[131]

"The Prix Galien Awards were founded in France in 1970 to celebrate the endeavours of scientists, researchers and industry to develop innovations that advance the treatment of human disease."[132]  GALAFOLD was "the first ever orphan drug to win in the Innovative Product category."[133]  "The Prix Galien awards are considered by many to be the industry's equivalent of a Nobel Prize."[134]

99.    The 2018 UK Prix Galien Medal for Innovative Product reflects Amicus's innovative work claimed in claim 23 of the '489 Patent and claim 9 of the '490 Patent, and thus there is a nexus between this praise and the inventions of the Asserted Claims of the Reassessment Mutations Patents.  Amicus received the award due to its work in developing GALAFOLD as a treatment for Fabry disease, including Fabry patients having the mutations recited in claim 9 of the '490 Patent and claim 23 of the '489 Patent.[135]  In the UK, the Medicines and Healthcare Products Regulatory Agency approved GALAFOLD in May 2016.[136] That label included treatment of Fabry diseases by administering 123 mg of migalastat every other day where the patient has an amenable mutation identified in Table 2 of the label.  At the

---

[131] Dec. 11, 2018 Amicus Announcement, Amicus Therapeutics Awarded UK Prix Galien Medal for Galafold (Migalastat) (ATGAL_00325069 at -069).

[132] *Id.*

[133] *Id.*

[134] *Id.*

[135] *See id.*; GALAFOLD Summary of Product Characteristics (ATGAL_03151057 at -060–67).

[136] May 31, 2016 Amicus Therapeutics Announces European Commission Approval for Galafold™ (Migalastat) in Patients with Fabry Disease in European Union (ATGAL_07336052 at -052).

time of approval by the Medicines and Healthcare Products Regulatory Agency, those mutations included[137]:

- **Claim 23 of the '489 Patent:** L54F, L89F, K140T, and G334E; and

- **Claim 9 of the '490 Patent:** I242F.

100. **Healthcare Provider Opinions Praising GALAFOLD.** 

101.

---

[137] GALAFOLD Summary of Product Characteristics (ATGAL_03151057 at -060–67).



102.    The praise from healthcare providers reflects Amicus's inventions claimed in the Asserted Claims of the Reassessment Mutations Patents, and thus there is a nexus between this praise and the inventions of the Asserted Claims of the Reassessment Mutations Patents. Amicus received the praise due to its work in developing GALAFOLD as a treatment for Fabry disease, including Fabry patients having the mutations recited in the Asserted Claims of the Reassessment Mutations Patents.[143] ██████████████████████

███████████████████████████████████████████████████████

103.    FDA approved GALAFOLD in August 2018.[145]  The label included treatment of Fabry diseases by administering 123 mg of migalastat every other day where the patient has an amenable mutation identified in Table 2 of the label.  At the time of approval by FDA, those mutations included[146]:

- **Claim 8 of the '388 Patent:** A13P, A20D, Q57L, G80D, P146S, D175E, K213M, I242F, M267T, A309V, V316I, V316G, P323R, A352G, R356P, T385A, V390M, and G395A;

- **Claim 36 of the '388 Patent:** G80D, P146S, M267T, and R356P;

- **Claim 17 of the '489 Patent:** A13T, N34T, M42K, L54F, P60T, E87D, L89F, I133M, Y123C, H125L, K140T, F145S, P146R, Y152H, D165G, p.M187_S188dup, V199G, M208R, I219L, N224T, Q250R, G261C, G271D, M284V, I303F, D322N, G325R, K326N, G334E, E358D, E358Q, G361E, G375E, T412N and M421V;

---

[143] *See* Apr. 2023 Galafold: Awareness, Trial & Usage – US Wave 6 (ATGAL_08445866 at -866, -869, -878); August 2018 GALAFOLD Prescribing Information, Table 2 (ATGAL_09990385 at -391–403).

[144] ████████████████████████████████████████████████████
████████████

[145] August 2018 GALAFOLD Prescribing Information, Table 2 (ATGAL_09990385 at -385).

[146] *See id.* at -391–403.

- **Claim 23 of the '489 Patent:** L54F, L89F, K140T and G334E; and

- **Claim 9 of the '490 Patent:** I242F.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   4/4/2025

_____

JOHN L. JEFFERIES, M.D.

# EXHIBIT 1

# CURRICULUM VITAE

**NAME:**            **John Lynn Jefferies, MD, MPH, MBA, FACC, FAHA, FAAP, FHFSA, FESC, FRCPE**

**TITLE:**           Professor, Clinical Cardiology, Baptist Health Sciences
University College of Osteopathic Medicine
Research Member, St. Jude Children's Research Hospital
Professor, School of Public Health, University of Memphis

**MAILING ADDRESS:**   6070 Wild Oaks Drive
Memphis, TN 38120

**Hospitals:**       Baptist Memorial Hospital
6019 Walnut Grove Road
Memphis, TN 38120

Le Bonheur Children's
Hospital 848 Adams Avenue
Memphis, TN 38103

St Jude Children's Research
Hospital 262 Danny Thomas Place
Memphis, TN 38015

Memphis Veteran's Administration Medical
Center 1030 Jefferson Avenue
Memphis, TN 38104

Regional One Hospital
877 Jefferson Avenue
Memphis, TN 38103

**Phone**            (713) 494-5013
**Fax**              (901) 448-8084
**Email**

johnljefferiesmd@gmail.
com

**Residence:**       6070 Wild Oaks
Drive Memphis, TN
38120

**BIRTHDATE:**       March 6, 1970

**BIRTHPLACE:**      Charleston, West Virginia

**MARITAL STATUS:**  Married, two children, John Parker and Caroline Grace Jefferies

John Lynn Jefferies, MD, MPH
Curriculum Vitae

**CITIZENSHIP:**       United States

**EDUCATION:**

| | |
|---|---|
| 1984-1988 | Campbell County Comprehensive High School<br>Jacksboro, Tennessee |
| 1988-1992 | University of<br>Tennessee Knoxville,<br>Tennessee<br>B.S. in Microbiology |
| 1992-1996 | University of Tennessee College of<br>Medicine Memphis, Tennessee<br>M.D. |
| 1996-1997 | Intern, Internal Medicine/Pediatrics<br>University of Kentucky<br>Lexington, Kentucky<br>Chairman: James E. Muller, M.D.<br>Chairman: Emeritus: Jacqueline A. Noonan, M.D. |
| 1997-2000 | Resident, Internal Medicine/Pediatrics<br>University of Kentucky<br>Lexington, Kentucky<br><br>Chairman: Jay W. Mason, M.D.<br>Chairman Emeritus: Jacqueline A. Noonan, M.D. |
| 2000-2001 | Master of Public Health<br>Major: Epidemiology<br>University of Kentucky<br>Lexington, Kentucky |
| 2021-2023 | Master of Business Administration<br>Wharton School of Business<br>Majors: Management, Entrepreneurship & Innovation<br>University of Pennsylvania<br>Philadelphia, Pennsylvania |

**FELLOWSHIP:**

| | |
|---|---|
| 2000-2001 | General Internal Medicine<br>University of Kentucky<br>Lexington, Kentucky<br>Chairman: Jay W. Mason,<br>M.D.<br>(This training was part of training for Master of Public Health degree.) |

John Lynn Jefferies, MD, MBA, MPH
Curriculum Vitae

| | |
|---|---|
| 2001-2006 | Combined Adult and Pediatric Fellowship in Cardiology
Division of Cardiovascular Medicine
Division of Pediatric Cardiology
Texas Heart Institute
St. Luke's Episcopal
Hospital Texas Children's
Hospital Baylor College of
Medicine
Director: James T. Willerson,
M.D. Director: Robert J. Hall,
M.D. Director: J. Timothy Bricker,
M.D. Director: Jeffrey A. Towbin,
M.D. |
| 2003-2006 | Pediatric Cardiac
Transplantation Division of
Pediatric Cardiology Texas
Children's Hospital
Baylor College of Medicine
Houston, Texas
Director: Jeffrey A. Towbin, M.D. |

## ACADEMIC POSITION:

| | |
|---|---|
| 2023-present | Professor
Cardiovascular Outcomes Center
School of Public Health
University of Memphis
Memphis, TN |

## FACULTY POSITIONS:

| | |
|---|---|
| 2006-2010 | Assistant Professor
Medicine/Adult Cardiovascular Diseases
Baylor College of Medicine
Texas Institute at St. Luke's Episcopal
Hospital Houston, Texas |
| 2006-2010 | Assistant Professor
Pediatrics/Pediatric Cardiology
Texas Children's Hospital
Baylor College of Medicine
Houston, Texas |
| 2008-2010 | Assistant Professor
Adult Cardiovascular Diseases and Pediatric Cardiology
M.D. Anderson Cancer
Center University of Texas
Houston, Texas |

John Lynn Jefferies, MD, MPH
Curriculum Vitae

| | |
|---|---|
| 2010-2015 | Associate Professor<br>Medicine/Adult Cardiovascular Diseases<br>Baylor College of Medicine<br>Texas Institute at St. Luke's Episcopal<br>Hospital Houston, Texas |
| 2010-2015 | Associate Professor<br>Pediatric Cardiology<br>Cincinnati Children's Hospital Medical<br>Center Cincinnati, Ohio |
| 2015-2018 | Professor<br>Adult Cardiovascular Diseases<br>University of Cincinnati<br>Cincinnati, Ohio |
| 2015-2018 | Professor<br>Pediatric Cardiology<br>Cincinnati Children's Hospital Medical<br>Center Cincinnati, Ohio |
| 2015-2018 | Professor, Division of Human Genetics<br>Cincinnati Children's Hospital Medical<br>Center Cincinnati, Ohio |
| 2018-2023 | Professor and Chair (Tenured)<br>The UT Methodist Cardiovascular<br>Institute Adult Cardiovascular Diseases<br>Memphis, TN |
| 2018-2023 | Professor<br>Pediatric Cardiology<br>Le Bonheur Children's<br>Hospital Memphis, TN |
| 2018-2023 | Professor Preventive<br>Medicine<br>University of<br>Tennessee Memphis,<br>YN |
| 2018-present | Research Member<br>Adult and Pediatric Cardiology<br>St. Jude Children's Research<br>Hospital<br>Memphis, TN |
| 2018-2023 | Professor<br>Adult Cardiovascular Diseases and<br>Pediatric Cardiology |

John Lynn Jefferies, MD, MBA, MPH
Curriculum Vitae

University of Tennessee Health
Science Center
Memphis, TN

**FACULTY SERVICE:**

| | |
|---|---|
| 2006-2010 | Adult Cardiovascular Diseases<br>Texas Heart Institute<br>Baylor College of Medicine<br>Houston, Texas |
| 2006-2010 | Pediatric Cardiac Intensivist<br>Texas Children's Hospital<br>Baylor College of Medicine<br>Houston, Texas |
| 2006-2010 | Pediatric Cardiomyopathy Service<br>Texas Children's Hospital<br>Baylor College of Medicine<br>Houston, Texas |
| 2006-2010 | Pediatric Cardiac Transplant Service<br>UNOS Certified (2007)<br>Texas Children's Hospital<br>Baylor College of Medicine<br>Houston, Texas |
| 2006-2010 | Cardiovascular Genetics Service<br>Texas Children's Hospital<br>Baylor College of Medicine<br>Houston, Texas |
| 2006-2010 | Pediatric Cardiologist<br>St. Luke's Episcopal<br>Hospital Baylor College of<br>Medicine Houston, Texas |
| 2006-2010 | Cardiologist<br>M.D. Anderson<br>Hospital University of<br>Texas Houston, Texas |
| 2008-2010 | Director, Cardiomyopathy/Heart Failure<br>Program Texas Children's Hospital<br>Baylor College of Medicine<br>Houston, Texas |
| 2009-2010 | Co-Director, Cardiovascular Genetics<br>Texas Children's Hospital |

John Lynn Jefferies, MD, MPH
Curriculum Vitae

|  |  |
|---|---|
|  | Baylor College of Medicine<br>Houston, Texas |
| 2010-present | Director, Advanced Heart Failure and<br>Cardiomyopathy The Heart Institute<br>Cincinnati Children's Hospital Medical<br>Center Cincinnati, Ohio |
| 2010-2011 | Medical Director, Cardiac<br>Transplantation The Heart Institute<br>Cincinnati Children's Hospital Medical<br>Center Cincinnati, Ohio |
| 2010-2012 | Attending, Advanced Heart Failure Service<br>Ohio Heart and<br>Vascular The Christ<br>Hospital Cincinnati,<br>Ohio |
| 2010-2013 | Co-Director, Cardiovascular Genetics<br>The Heart Institute<br>Cincinnati Children's Hospital Medical<br>Center Cincinnati, Ohio |
| 2010-2013 | Associate Director, Heart Institute Research Core<br>The Heart Institute<br>Cincinnati Children's Hospital Medical<br>Center Cincinnati, Ohio |
| 2013-2016 | Associate Professor, Division of Human Genetics<br>Cincinnati Children's Hospital Medical<br>Center Cincinnati, Ohio |

John Lynn Jefferies, MD, MBA, MPH
Curriculum Vitae

| | |
|---|---|
| 2016-2018 | Professor, Adult Cardiovascular Diseases University of Cincinnati Medical Center Cincinnati, OH |
| 2016-2018 | Professor, Pediatric Cardiology Cincinnati Children's Hospital Medical Center Cincinnati, OH |
| 2016-2018 | Professor, Division of Human Genetics Cincinnati Children's Hospital Medical Center Cincinnati, OH |
| 2016-2018 | Cardiology Clinical Consultant Heart Institute Diagnostic Laboratory Cincinnati, OH |
| 2016-2018 | Cardiology Consultant Shriner's Hospital Cincinnati, OH |
| 2018-2020 | Professor and Chair The UT Methodist Cardiovascular Institute Adult Cardiovascular Diseases Memphis, TN |
| 2018-2023 | Professor Pediatric Cardiology Le Bonheur Children's Hospital Memphis, TN |
| 2018-present | Professor Preventive Medicine University of Tennessee Memphis, TN |
| 2020-2023 | Director Hub Research Capacity Core TN-CTSI University of Tennessee Health Science Center Memphis, TN |
| 2020-2023 | Medical Director Clinical Trial Networks of Tennessee (CTN2) Memphis, TN |
| 2020-2023 | Principal Investigator Stern Cardiovascular Foundation 8060 Wolf River Boulevard, Germantown, TN |

John Lynn Jefferies, MD, MPH
Curriculum Vitae

**LICENSURE**:           Tennessee -57888
                        Texas – L6964
                        Ohio – 35096072
                        Kentucky – 33766
                        Minnesota – 60245
                        Mississippi - 26120

**LICENSING AGENCY:**    National Board of Medical Examiners

**WORK EXPERIENCE:**

   2023-2024            Director, Medical Affairs, Cardiovascular
                        Bristol Myers Squibb
                        Key Achievements: Facilitated expansion of customer base; Drove data generation;
                        Increased thought leader awareness; Recruited clinical investigation sites
                        Responsibilities: Data generation, Thought leader education, Product marketing,
                        Sales force education, Alignment of Medical Science Liaisons

   2022-present         Chief Scientific Advisor
                        Daxor Corporation
                        Key Achievements: Driver of Multiple Publications; Development of Scientific
                        Advisory Boards; Grant submissions; International Conference Representation
                        Responsibilities: Evidence generation, Education, Publications, Communication
                        with payors, Communication with investors, Overall company strategy

   2023-present         Chief Medical Officer
                        Nuwellis
                        Key Achievements: Facilitated improved payor reimbursement, Generated multiple
                        publications; Coordinated national and international meetings; Facilitated
                        expansion of customer base; Facilitated expansion of product in to novel patient
                        populations
                        Responsibilities: Evidence generation, development and implementation of
                        company strategy, Education of providers and payors, Interfacing with
                        governmental agencies

**ADDITIONAL TRAINING:**

   2011                 Disney Institute, Human Capital Academy

   2012                 Core Leadership, Cincinnati Children's Hospital Medical Center

   2012                 Intermediate Improvement Science (I2S2)

   2013                 Advanced Improvement Methods (AIMS)

**PROFESSIONAL ORGANIZATION MEMBERSHIPS:**

John Lynn Jefferies, MD, MBA, MPH
Curriculum Vitae

| | |
|---|---|
| 1992 | Phi Beta Kappa |
| 1992 | Phil Kappa Phi |
| 1993 | American Medical Association |
| 1997 | American Academy of Pediatrics |
| 1997 | Kentucky Medical Association |
| 2001 | American Heart Association – Silver Heart Member |
| 2001 | American College of Cardiology |
| 2001 | Irish American Pediatric Society |
| 2004 | Adult Congenital Heart Association |
| 2006 | Heart Failure Society of America |
| 2006 | American Society of Echocardiography |

John Lynn Jefferies, MD, MPH
Curriculum Vitae

| | |
|---|---|
| 2006 | American College of Cardiology |
| 2006 | Congenital Heart Disease and Pediatric Cardiology Section |
| 2006 | Texas Chapter, American College of Cardiology |
| 2007 | Texas Medical Association |
| 2007 | Harris County Medical Society |
| 2007 | Pediatric Cardiac Intensive Care Society |
| 2007 | International Society of Heart and Lung Transplantation |
| 2008 | Cambridge Who's Who |
| 2009 | Marquis Who's Who in America |
| 2009 | Fellow, American Academy of Pediatrics |
| 2009 | Fellow, American College of Cardiology |
| 2010 | Ohio Chapter, American College of Cardiology |
| 2011 | International Cardio-Oncology Society |
| 2011 | American College of Physicians, Internal Medicine |
| 2011-present | America's Top Cardiologists |
| 2012-2018 | Cincinnati's Top Doctors |
| 2013-present | Best Doctors in America |
| 2013 | Cor Vitae, American Heart Association |
| 2013 | Fellow, American Heart Association |
| 2013-present | Cincinnati's Top Doctors |
| 2013 | Society for Pediatric Research (SPR) |
| 2014-present | Children's Oncology Group (COG) |
| 2014-2018 | Cincy Magazine Top Doctors |
| 2014 | Best Doctors in America |
| 2014 | Heart Failure Society of America Mentoring Program |

John Lynn Jefferies, MD, MBA, MPH
Curriculum Vitae

| | |
|---|---|
| 2014 | Fellow, Council on Clinical Cardiology, American Heart Association |
| 2014 | Cor Vitae, American Heart Association |
| 2015 | Best Doctors in America |
| 2015 | Cardio Renal Society of America |
| 2015 | Member, Council on Genomic and Precision Medicine, American Heart Association |
| 2015 | Cor Vitae, American Heart Association |
| 2016 | Fellow, Heart Failure Society of America |
| 2016 | Best Doctors in America |
| 2017 | America's Best Physicians |
| 2017 | Best Doctors in America |
| 2018 | Heart Rhythm Society |
| 2018 | Best Doctors in America |
| 2018 | Tennessee Chapter, American College of Cardiology |
| 2019 | Member, Council on Quality of Care and Outcomes Research, American Heart Association |
| 2019 | Best Doctors in America |
| 2020 | Best Doctors in America |
| 2020 | American College of Physicians |
| 2020 | European Society of Cardiology |
| 2020 | Heart Failure Association of the European Society of Cardiology |
| 2020 | Memphis Top Doctors |
| 2020 | Castle Connolly Top Doctors |
| 2020 | Southern Society of Clinical Investigation |
| 2021 | Cor Vitae, American Heart Association |
| 2021 | Fellow, Royal College of Physicians of Edinburgh |

John Lynn Jefferies, MD, MPH
Curriculum Vitae

| 2021 | Fellow, European Society of Cardiology |
| 2021 | Castle Connolly Top Doctors |
| 2021 | Memphis Top Doctors |
| 2022 | Castle Connolly Top Doctors |
| 2022 | National Organization of Rare Disorders |
| 2022 | Rare Action Network |
| 2023 | Castle Connolly Top Doctors |
| 2024 | Gold Standard Board Award, American Heart Association |

**PRECEPTORSHIPS:**

Preceptor, Student Advisory Program, Kinkaid High School, Houston, Texas.

Preceptor, Student Pre-Medical Association, Rice University, Houston, Texas.

**HONORS AND AWARDS:**

Dean's List, University of Tennessee, Knoxville, Tennessee. 1988-1992.

Granny's Award, Campbell County District, LaFollette, Tennessee. July 1992.

Outstanding Resident in Pediatric Cardiology Award, Department of Pediatrics, University of Kentucky, Lexington, Kentucky. June 1999.

Outstanding Resident in Pediatric Intensive Care Award, Department of Pediatrics, University of Kentucky, Lexington, Kentucky. June 1999.

Outstanding Resident in Pediatric Nephrology Award, Department of Pediatrics, University of Kentucky, Lexington, Kentucky. June 2000.

Outstanding Resident Research Award, Department of Internal Medicine, University of Kentucky, Lexington, Kentucky. June 2000.
Outstanding Teacher Award, Internal Medicine and Pediatrics, University of Kentucky, Lexington, Kentucky. June 2000.

John Lynn Jefferies, MD, MBA, MPH
Curriculum Vitae

Young Investigator Award Nominee, American Academy of Pediatrics Meeting. Genetic predictors and reverse remodeling of dilated cardiomyopathy in muscular dystrophy. **Jefferies JL,** Belmont JW, Craigen WJ, Ware SM, Fernbach SD, Neish SR, Smith EO, Towbin JA. October 2004.

Winner, American Academy of Pediatrics Travel Grant. Genetic predictors and reverse remodeling of dilated cardiomyopathy in muscular dystrophy. **Jefferies JL,** Belmont JW, Craigen WJ, Ware SM, Fernbach SD, Neish SR, Smith EO, Towbin JA. October 2004.

Winner, American Academy of Pediatrics Runner-Up Young Investigator Award for Clinical Research. American Academy of Pediatrics Annual Meeting, San Francisco, California. October 2004.

Winner, Bristol Myers-Squibb American College of Cardiology Grant. American College of Cardiology Scientific Sessions, Orlando, Florida. March 2005.
Winner, Irish American Pediatric Society Travel Grant, Philadelphia, Pennsylvania. September 2005.
Winner, Outstanding Lecture Award, Irish American Pediatric Society, Philadelphia, Pennsylvania. September 2005.

Winner, Sponsorship, Heart Failure University, Los Angeles, California. November 2005.

Winner, ACCF Research Fellowship Award, American College of Cardiology Scientific Sessions, New Orleans, Louisiana. March 2007.

Winner, Thrasher New Researcher Award. May 2007.

Executive Coaching and Feedback Program Awardee, Wharton School of Business, University of Pennsylvania. June 2022.

Paul Dudley White International Scholar Award, American Heart Association, November 2022.

## PEER REVIEW/ JOURNAL REVIEWER:

| | |
|---|---|
| 2003-present | Reviewer, *Texas Heart Institute Journal* |
| 2006-present | Reviewer, *Circulation* |
| 2006-present | Reviewer, *Journal of the American College of Cardiology* |
| 2006-present | Reviewer, *Journal of Heart and Lung Transplantation* |
| 2006-present | Reviewer, *Pediatrics* |
| 2007-present | Reviewer, *Congenital Heart Disease* |

John Lynn Jefferies, MD, MPH
Curriculum Vitae

| | |
|---|---|
| 2007-present | Reviewer, *Pediatric Transplantation* |
| 2008-present | Reviewer, *Cardiology* |
| 2008-present | Reviewer, *International Journal of Cardiology* |
| 2009-present | Reviewer, *Circulation Journal* |
| 2011-present | Reviewer, *Journal of Cardiac Failure* |
| 2012-present | Reviewer, *Circulation Research* |
| 2012-present | Reviewer, *American Journal of Medical Genetics: Part A* |
| 2012-present | Reviewer, *Postgraduate Medicine* |
| 2013-present | Reviewer, *American Journal of Cardiology* |
| 2013-present | Reviewer, *Canadian Journal of Cardiology* |
| 2013 | Reviewer, *The Efficacy and Mechanism Evaluation (EME) Program, National Institute for Health Research (UK)* |
| 2013-present | Reviewer, *European Journal of Paediatric Neurology* |
| 2013-present | Reviewer, *Molecular Genetics and Metabolism* |
| 2014-present | Reviewer, *Health Research Board* |
| 2014-present | Reviewer, *World Journal of Pediatrics* |
| 2014-present | Reviewer, *Italian Journal of Pediatrics* |
| 2014-present | Reviewer, *The National Medical Research Council (NMRC)* |
| 2014-present | Reviewer, *Pediatric Nephrology* |
| 2014-present | Reviewer, *Journal of Inborn Errors of Metabolism and Screening* |
| 2014-present | Reviewer, *The Journal of Steroid Biochemistry and Molecular Biology* |
| 2014-present | Reviewer, *American Journal of Cardiovascular Drugs* |
| 2014-present | Reviewer, *Catheter and Cardiovascular Interventions* |

| 2014-present | Reviewer, *Journal of Pediatrics* |
| 2015-present | Reviewer, *JACC Heart Failure* |
| 2015-present | Reviewer, *Case Reports in Infectious Diseases* |
| 2015-present | Reviewer, *Journal of Multidisciplinary Healthcare* |
| 2015-present | Reviewer, *BMJ Case Reports* |
| 2015 | Reviewer, *Wellcome Trust, India Alliance System* |
| 2015 | Reviewer, *BioMed Research International* |
| 2015-present | Reviewer, *American Heart Journal* |
| 2016 | Reviewer, *Pediatric Academic Societies Workshop* |
| 2016-present | Reviewer, *Current Medicinal Chemistry* |
| 2016 | Reviewer, 2016 Heart, Lung, and Vascular Institute Study Section, University of Cincinnati |
| 2016-present | Reviewer, *Case Reports in Obstetrics and Gynecology* |
| 2016-present | Reviewer, *Kidney and Blood Pressure Research* |
| 2016-present | Reviewer, *Circulation Heart Failure* |
| 2016-present | Reviewer, *Clinical Science* |
| 2016-present | Reviewer, *Expert Review of Cardiovascular Therapy* |
| 2016-present | Reviewer, *Clinical Cardiology* |
| 2017-present | Reviewer, *Gene* |
| 2017-present | Reviewer, *Critical Care Medicine* |
| 2017-present | Reviewer, *JACC Cardiovascular Imaging* |
| 2018-present | Reviewer, *Heart Rhythm Case Reports* |
| 2018-present | Reviewer, *Pediatric Research* |
| 2018-present | Reviewer, *Journal of Pediatric Infectious Diseases* |

| | |
|---|---|
| 2018-present | Reviewer, Great Ormond Street Children's Charity |
| 2018-present | Reviewer, *Journal of Cardiovascular Computed Tomography* |
| 2018-present | Reviewer, *Molecular Genetics and Metabolism Reports* |
| 2018-present | Reviewer, *Journal of the American Heart Association* |
| 2018 | Guest Editor, *Journal of the American Heart Association* |
| 2018-present | Reviewer, *Clinical Epidemiology* |
| 2018-present | Reviewer, *BMC Cardiovascular Disorders* |
| 2018-present | Reviewer, *The Lancet Neurology* |
| 2018-present | Reviewer, *Heart* |
| 2018-present | Reviewer, *American Journal of Human Genetics* |
| 2019-present | Reviewer, *Cardio-Oncology* |
| 2019-present | Reviewer*, Jornal de Pediatria* |
| 2019-present | Reviewer, *Drug Design, Development and Therapy* |
| 2019-present | Reviewer, *Case Reports in Pediatrics* |
| 2019-present | Reviewer, *Nature Communications* |
| 2019-present | Reviewer, *Digital Biomarkers* |
| 2020-present | Reviewer, *Journal of the Saudi Heart Association* |
| 2020 | Reviewer, *American Heart Association Scientific Sessions Abstract Committee* |
| 2020-present | Reviewer, *JACC CardioOncology* |
| 2020-present | Reviewer*, American Journal of the Medical Sciences* |
| 2020-presnet | Reviewer, *American Journal of Transplantation* |
| 2021-presnet | Reviewer, *Open Heart Journal* |
| 2021-present | Reviewer, *American Journal of Nephrology* |
| 2021 | Reviewer, *American Heart Association Scientific Sessions Abstract Committee* |
| 2021-present | Reviewer, *Biomolecules* |

John Lynn Jefferies, MD, MBA, MPH
Curriculum Vitae

| | |
|---|---|
| 2021-present | Reviewer, *Minerva Cardiology and Angiology* |
| 2021-present | Reviewer, *JACC Case Reports* |
| 2022 | Reviewer, Dutch Research Council, Open Competition Domain Science |
| 2022 | Reviewer, *European Society of Cardiology Congress 2022 Abstract Committee* |
| 2022 | Reviewer, *Leukemia and Lymphoma* |
| 2022 | Reviewer, *Expert Opinion on Pharmacotherapy* |
| 2023-present | Reviewer, *The American Journal of the Medical Sciences* |
| 2023 | Reviewer, *American Heart Association Scientific Sessions Abstract Committee* |
| 2023-present | Reviewer, *Journal of the American College of Cardiology Asia* |
| 2024-present | Reviewer, *JACC: Clinical Electrophysiology* |
| 2024-present | Reviewer, *Future Rare Diseases* |
| 2024-present | Reviewer, *JACC: Basic to Translational Research* |
| 2024-present | Reviewer, *Journal of Medical Case Reports* |

**SERVICE COMMITTEES:**

| | |
|---|---|
| 1997 | Cardiology Section Review Committee<br>Department of Internal Medicine<br>University of Kentucky |
| 2007-2010 | Institutional Review Board<br>Baylor College of Medicine |
| 2009-2010 | Committee on Scientific Integrity<br>Baylor College of Medicine |
| 2009-2010 | Faculty Research and Fellowship Support Committee<br>Baylor College of Medicine |

John Lynn Jefferies, MD, MPH
Curriculum Vitae

| 2009-2010 | International Activities Committee Baylor College of Medicine |
|---|---|
| 2010-present | Scholarship Oversight Committee Cincinnati Children's Hospital Medical Center |
| 2011-present | Internal Advisory Committee Program Project Grant "Mechanisms and Clinical Phenotypes of Arrhythmogenic Cardiomyopathy" Cincinnati Children's Hospital Medical Center |
| 2012-present | Data Safety Monitoring Board Clinical Research Study "An Open-Label Trial to Determine the Effect of Losartan Potassium Tablets in Subjects with Eosinophilic Esophagitis (EoE) With or Without a Connective Tissue Disorder" Cincinnati Children's Hospital Medical Center |
| 2012-present | Research Advisory Committee Cincinnati Children's Hospital Medical Center |
| 2012-2017 | Ohio-ACC Board of Trustees Ohio American College of Cardiology |
| 2012-present | Chair, Pediatric Heart Failure Initiative Healthcare Accreditation Colloquium |
| 2013-2014 | Committee Member, Thesis: Allyson Sommers |
| 2013-present | Member, Adult Care Steering Committee, Cincinnati Children's Hospital |
| 2013 | Greater Cincinnati World Affairs Council – US Department of State International Visitor Leadership Program |
| 2014-present | ACHD Steering Committee – Cincinnati Children's Hospital Medical Center 2014-present American College of Cardiology Careers in Heart Failure and Transplant Work Group |
| 2015-present | Member, Heart Institute Tissue Biorepository Steering Committee 2015-present Member, Heart Failure Society of America Development Committee Heart Failure Society of America |
| 2016-present | Member, Careers in Heart Failure Work Group American College of Cardiology |
| 2018-present | Member, Innovative Project Award Committee |

American Heart Association

| | |
|---|---|
| 2018 | Mentor, American Heart Association Mentoring Program Mentee: Shahnawaz Amdani |
| 2018 | Co-Chair, Search Committee for Chief of Pulmonary Medicine/Critical Care University of Tennessee Health Science Center |
| 2018-present | Fellowship Recruitment Committee University of Tennessee Health Science Center |
| 2018-present | Clinical Trials Network of Tennessee (CTN2) Board of Directors |
| 2018-present | Committee Member Memphis Institute of Regenerative Medicine |
| 2018-2021 | Member, Heart Failure and Transplant Section Leadership Council American College of Cardiology |
| 2018 | Member, Search Committee for Cardiovascular Physiology Faculty University of Tennessee Health Science Center |
| 2019-present | Chair, Ambulatory Steering Committee, Methodist Healthcare System 2019-present Member, Tennessee American College of Cardiology Council |
| 2019-present | Member, Innovation Section, American College of Cardiology |
| 2019-present | Member, Cardiovascular Management Section, American College of Cardiology |
| 2019-present | Member, Heart Failure Self-Assessment Program Performance Question Committee |
| 2019-present | Member, Federal Cardiology Section, American College of Cardiology |
| 2020-present | Member, Methodist Le Bonheur Healthcare System Cardiology Peer Review Committee |
| 2020-present | Member, Clinical Trials Network of Tennessee (CTN2), Expert Board, Cardiac Failure |
| 2020-present | Deputy Director, Heart Failure Self-Assessment Performance Question Committee |
| 2020-2021 | Interim Medical Director, Clinical Trials Network of Tennessee (CTN2) |

| | |
|---|---|
| 2020-2021 | Member, Clinical Trials Industry Advisory Committee<br>University of Tennessee Health Science Center |
| 2021-present | Member, Clinical Trials Governance Board<br>University of Tennessee Health Science Center |
| 2021-present | Member, Lions Club, Mid-South Chapter |
| 2021-present | Member, Operational Strategic Plan for Research Committee, Cardio-Renal<br>and Vascular Disease Workgroup<br>University of Tennessee Health Science Center |
| 2021-present | Member, Methodist Le Bonheur Healthcare System Committee for<br>American College of Cardiology Accreditation |
| 2021 | American Heart Association Heart Walk, Top Coach |
| 2021 | American College of Cardiology, Board of Governors Book Club |
| 2021 | American College of Cardiology, Board of Governors Restrictive Covenant<br>Work Group |
| 2021-2023 | Board Member, American Heart Association Mid-South |
| 2021-present | Mentor, HBCU Scholars Program, American Heart Association |
| 2021-2022 | Member, SJLIFE Leadership Team |
| 2022 | Member, Childhood Cancer Survivorship Program Team |
| 2022-present | Advisor, Cardiology Interest Group, University of Tennessee Health Science<br>Center |
| 2022-present | Member, American College of Cardiology, Board of Governors Advocacy Group |
| 2022 | Member, Le Bonheur Children's Hospital Research Program |
| 2023 | American College of Cardiology Board of Governors Mentorship Program |
| 2024 | American Heart Association Fellowship Cardiomyopathy Grant Program Peer<br>Review |

**EDITORIAL BOARDS:**

| | |
|---|---|
| 2009-present | Editorial Board Member<br>*Texas Heart Institute Journal* |
| 2015-present | Editorial Board Member<br>*PLOS ONE* |
| 2015-present | Editorial Board Member<br>*Journal of Cardiac Failure* |
| 2018-present | Editorial Board Member<br>*Journal of the American Heart Association* |
| 2019-present | Associate Editor<br>*BMC Cardiovascular Disorders* |
| 2019 | Guest Editor<br>*Journal of the American Heart Association* |
| 2020-present | Editorial Board Member<br>*ACC.org* |
| 2020-present | Lead Editor<br>*ACC.org Heart Failure and Cardiomyopathies* |
| 2020 | Guest Editor<br>*Journal of the American College of Cardiology* |
| 2020 | Guest Editor<br>*Journal of the American Heart Association* |
| 2020-present | Editorial Board Member<br>*American Journal of Cardiology* |
| 2021 | Guest Editor<br>*Journal of the American Heart Association* |
| 2021-present | Editorial Board Member<br>*Journal of Cardiovascular Disease and Development* |
| 2021-present | Section Board, Acquired Heart Disease<br>*Journal of Cardiovascular Disease and Development* |
| 2021-present | Section Board, Genetics<br>*Journal of Cardiovascular Disease and Development* |
| 2021-present | Section Board, Epidemiology, Lifestyle, and Cardiovascular Health |

John Lynn Jefferies MD, MPH
Curriculum Vitae

*Journal of Cardiovascular Disease and Development*

2022-present         Guest Editor and Editorial Board Member
                     *Journal of the American Heart Association*

## GRANT APPLICATION REVIEWER:

2010-present         Grant Application Reviewer
                     Barth Syndrome Foundation

2018                 Grant Application Reviewer
                     Great Ormond Street Hospital Children's Charity

## STUDY SECTIONS:

2021                 Member, American Heart Association Cardiomyopathy Fellowship Peer
                     Review    Committee

2021                 Member, American Heart Association Strategically Focused Research
                     Network  (SFRN), Cardio-Oncology Basic Peer Review Committee

## ADVISORY BOARDS:

2013-present         Korey Stringer Institute
                     Medical Advisory Board

2013-present         The Dystrophic Epidermolysis Bullosa Research Association of
                     America Medical Advisory Board

2015                 Medtronic CRHF
                     Heart Failure Advisory Board

2015-present         Barth Syndrome Foundation
                     International Scientific and Medical Advisory Board

2024-present         Harvard Business Review
                     Advisory Council

## BOARD MEMBERSHIPS:

2023-present         The Able Channel, Board of Directors

**REGISTRY BOARDS, STUDY BOARDS, AND STUDY NETWORKS:**

| | |
|---|---|
| 2009-present | Steering Committee<br>Pediatric Cardiomyopathy Registry<br>Funded by NHLBI |
| 2013-present | Chronic Kidney Disease in Children Prospective Cohort Study (CKiD)<br>Cardiovascular Subcommittee |
| 2020-present | Cardiology Oncology Informatics Network (COIN) |

**MEDICAL MONITOR:**

| | |
|---|---|
| 2015-2018 | Syncardia 50cc Temporary Total Artificial Heart (TAH-T) as a Bridge to Transplant (BTT) |

**SPORTS CARDIOLOGY**    Team Cardiologist, *Memphis Grizzlies*

Team Cardiologist, *FC 901*

Team Cardiologist, *Memphis Redbirds*

**GRANTS AND STUDIES AWARDED:**

**Active Grants:**

| | |
|---|---|
| 2023-2027 | **Investigator**<br>5RO1CA261834-02<br>Early identification of childhood cancer survivors at high risk for late onset cardiomyopathy: An artificial intelligence approach using electrocardiography<br>Oguz Akbilgic (PI)<br>Amount: $2,294,652 |
| 2024-2028 | Investigator<br>1R)1HL173881-01<br>Developing and validating race specific cardiomyopathy risk prediction models and African-American survivors of childhood cancer<br>Yadav Sapkota (PI)<br>Amount: $4,176,076 |

**Previous Grants**

| | |
|---|---|
| 2020-2023 | **Principal Investigator** |

1 UO1 CA246570-01A1
Telehealth based exercise intervention to improve functional capacity in
survivors of childhood cancer with significantly limited exercise tolerance
Amount: $2,101,865

| | |
|---|---|
| 2021-2023 | **Principal Investigator**<br>Randomized controlled pivotal trial of autologous bone marrow mononuclear cells using the CardiAMP Cell Therapy system in patients with post-myocardial infarction heart failure (Cardi-AMP Heart Failure Trial)<br>Sponsor: BioCardia<br>Amount: TBD |
| 2021-2023 | **Principal Investigator**<br>Phase 3, randomized, placebo-controlled, efficacy and safety study VERU-111 for the treatment of severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) in patients at high risk for acute respiratory distress syndrome (ARDS)<br>Sponsor: Veru<br>Amount: TBD |
| 2021-2023 | **Principal Investigator**<br>An exploratory, open-label, proof-of-concept, phase 2a study of mavacamten (MYK-461) in participants with heart failure with preserved ejection fraction (HFpEF) and chronic elevation of cardiac troponin I and/or NT-proBNP<br>Sponsor: Myokardia<br>Amount: TBD |
| 2021-2022 | **Principal Investigator**<br>Myocardial infarction detection via automated EKG analysis<br>Sponsor: HeartBeam<br>Amount: TBD |
| 2021-2023 | **Principal Investigator**<br>A double-blind, placebo-controlled, randomized, multicenter, phase 2 study assessing the safety, tolerability, and efficacy of IONIS-AGT-LRX, an antisense inhibitor of angiotensinogen production, administered subcutaneously over 12 weeks in patients with chronic heart failure with reduced ejection fraction<br>Sponsor: Ionis Pharmaceuticals<br>Amount: TBD |
| 2021-2023 | **Investigator**<br>Tennessee Heart Health Network<br>Sponsor: Agency for Healthcare Research and Quality (AHRQ)<br>Amount: $4,500,000 |

John Lynn Jefferies, MD, MBA, MPH
Curriculum Vitae

2021-2023          **Principal Investigator**
A randomized, double-blind, placebo-controlled, phase 3 study comparing the efficacy and safety of tirzepatide versus placebo in patients with heart failure with preserved ejection fraction and obesity (obesity-related HFpEF)
Sponsor: Eli Lilly
Amount: TBD

2021              **Investigator**
HCM Academy
Education of providers across multiple specialties in the diagnosis and care of hypertrophic cardiomyopathy
Sponsor: Bristol-Myers-Squibb
Sponsor: Sanofi Genzyme
Amount: TBD

2021-2022          **Investigator**
Adult Congenital & Pediatric Cardiology Virtual Career
Day Sponsor: American College of Cardiology
Amount: $6,000

2020-2023          **Principal Investigator**
1 UO1 CA246570-01A1
Telehealth based exercise intervention to improve functional capacity in survivors of childhood cancer with significantly limited exercise tolerance
Amount: $2,101,865

2020-2021          **Principal Investigator**
Aquadex SmartFlow™ System for Management of Congestive Heart Failure: A Single Site Experience
Sponsor: CHF Solutions
Amount: $6,000

2019-2022          **Investigator**
A Randomized, Double-Blind, Placebo-Controlled Study to Evaluate the Effects of INL1 (Trientine) in Patients with Heart Failure and Reduced Ejection Fraction
Sponsor: Innolife
Amount: $125, 730

2020-2023          **Investigator**
Hemodynamic-GUIDEd Management of Heart Failure (GUIDE-HF)
Sponsor: Abbott
Amount: $59,300

| | |
|---|---|
| 2020-2022 | **Collaborator**<br>7R01HL141345-02<br>SCARNA Modified Induced Pluripotent Stem Cell Derived Cardiomyocytes or Exosomes Therapy for Chronic Ischemic Cardiomyopathy Patients<br>Amount: $1,140,000 |
| 2020-2023 | **Principal Investigator**<br>A Long Term Extension Study of Mavacamten (MYK-461) in Adults with Hypertrophic Cardiomyopathy Who Have Completed the MAVERICK-HCM (MYK-461-006) or EXPLORER-HCM (MYK-461-005) Trials (MAVA-LTE)<br>Sponsor: Myokardia<br>Amount: TBD |
| 2020-2022 | **Principal Investigator**<br>RELIEVE-HF TRIAL: REducing Lung congestIon symptoms using the v-wavE shunt in adVancEd Heart Failure<br>Sponsor: V-Wave<br>Amount: TBD |
| 2020-2023 | **Principal Investigator**<br>Algorithm Using LINQ Sensors for Evaluation and Treatment of Heart Failure (ALLEVIATE-HF)<br>Sponsor: Medtronic<br>Amount: TBD |
| 2020-2022 | **Principal Investigator**<br>Dapagliflozin in Respiratory Failure Patients With COVID-19 (DARE-19)<br>Sponsor: AstraZeneca<br>Amount: TBD |
| 2020-2021 | **Principal Investigator**<br>Merlin Insight Engine<br>Sponsor: Abbott<br>Amount: $40,000 |
| 2020-2021 | **Principal Investigator**<br>Safety, Tolerability, and Efficacy of Anti-Spike (S) SARS-CoV-2 Monoclonal Antibodies for the Treatment of Ambulatory Adult Patients With COVID-19 (2067)<br>Sponsor: Regeneron<br>Amount: TBD |

2021-2024      **Principal Investigator**

Changes in NT-proBNP and outcomes, safety, and tolerability in HFpEF patients with acute decompensated heart failure (ADHF) who have   been stabilized during hospitalization and initiated in hospital or within 30 days post discharge (PARAGLIDE-HF)

Sponsor: Novartis

Amount: TBD

2020-2021      **Principal Investigator**
Study Assessing the Efficacy and Safety of Anti-Spike SARS-CoV2 Monoclonal Antibodies for Prevention of SARS-CoV2 Infection in Asymptomatic Healthy Adults and Adolescents Who Are Household Contacts to an Individual with a Positive SARS-CoV2 RT-PCR Assay
Sponsor: Regeneron
Amount: TBD

2021-2023      **Principal Investigator**
An Exploratory, Open-Label, Proof of Concept, Phase 2a Study of Mavacamten in (MYK-461) in Participants With Heart Failure with Preserved Ejection Fraction (HFpEF) and Chronic Elevation of Troponin I and/or NT-ProBNP
Sponsor: MyoKardia
Amount: TBD

2020-2022      **Investigator**
Increasing Clinician's Suspicion for TTR
Amyloidosis
Sponsor: Pfizer
Amount: $24, 560

2020-2022      **Principal Investigator**
Two part (double-blind inclisiran versus placebo [Year 1] followed by open-label inclisiran [Year 2] randomized multicenter study to evaluate safety, tolerability, and efficacy of inclirisan in adolescence (12 to less than 18 years) with heterozygous familial hypercholesterolemia and elevated LDL-cholesterol (ORION-16)
Sponsor: Novartis
Amount: TBD

2020-2022      **Principal Investigator**
The PQ Bypass pivotal IDE intra-aRterial stent graft study for occlusive and re-stenotic fem-pop revascularization-2 (TORUS-2)
Sponsor: PQ Bypass
Amount: TBD

| | |
|---|---|
| 2020-2022 | **Principal Investigator**<br>ALN-TTR02-012 A Phase 4 Multicenter Observational Study to Evaluate the Effectiveness of Patisiran in Patients with Polyneuropathy of Hereditary Transthyretin-Mediated Amyloidosis with V1221 or T60A mutation<br>Sponsor: Alnylam<br>Amount: TBD |
| 2020-2021 | **Principal Investigator**<br>A Master Protocol Assessing the Safety and Efficacy of Anti-Spike (S) Monoclonal Antibodies for the Treatment of Ambulatory Patients with COVID-19 [Regeneron R10933-10987-COV-2067] Companion<br>Sponsor: Regeneron<br>Amount: TBD |
| 2021-2023 | **Principal Investigator**<br>An Open Label Exploratory Study of Oral MYK-491 in Stable Ambulatory Patients with Primary Dilated Cardiomyopathy Due to Either MYH7 or TTN Variants<br>Sponsor: Myokardia<br>Amount: TBD |
| 2021-2023 | **Principal Investigator**<br>Expanded Access Treatment with Open-Label Pegunigalsidase Alfa for Fabry Patients<br>Sponsor: Chiesi<br>Amount: TBD |
| 2000-2001 | **Principal Investigator**<br>Quality of Life and Social Outcomes of Adults with Congenital Heart Disease<br>Sponsor: Crippled Children's Network / Amount: $5,000 |
| 2003-2005 | **Principal Investigator**<br>The Use of Nesiritide in the Pediatric Heart Failure Population<br>Sponsor: Scios, Inc. / Amount: $35,000 |
| 2006-2008 | **Principal Investigator**<br>A Case History, International, Multicenter Trial to Evaluate the Efficacy and Safety of Cardiolite Myocardial Perfusion Imaging in Pediatrics Patients with Kawasaki Disease<br>Sponsor: Bristol-Myers Squibb |
| 2006-2008 | **Investigator**<br>Reduction of Events with Darbepoetin Alfa in Heart Failure Trial |

Sponsor: Amgen

| | |
|---|---|
| 2006-2010 | **Primary Site Investigator**<br>Trial of Beta Blocker Therapy vs Angiotensin II Receptor Blocker Therapy in Individuals with Marfan Syndrome<br>Sponsor: Pediatric Heart Network<br>Amount: $50,000/year |
| 2007-2010 | **Investigator**<br>International Randomized Double Blind Clinical Study Evaluating the Efficacy and Safety of Clopidogrel 0.2 mg/kg Once Daily Versus Placebo in Neonates and Infants with Cyanotic Congenital Heart Disease Palliated with a Systemic-to-Pulmonary Artery Shunt (e.g. Modified Blalock Taussig Shunt) |
| 2007-2010 | **Recipient**<br>American College of Cardiology<br>ACCF/Pfizer Research Award<br>Amount: $65,000/year ($195,000 total) |
| 2007-2008 | **Recipient**<br>Thrasher New Researcher<br>Award Amount: $26,750 |
| 2009-2010 | Pediatric Cardiomyopathy Registry Cohort Study; NIH/NHLBI; R01 HL53392-15<br>Primary Institution: University of Miami<br>**Principal Investigator: Steven Lipshultz, MD**<br>**Subcontract Principal Investigator: John Lynn Jefferies, MD, MPH**<br>$40,000 Direct/$61,400<br>Total June 1, 2009-May 31, 2010 |
| 2009-2010 | **Primary Investigator**<br>Observational Pilot Study among children hospitalized for acute heart failure syndrome (AHFS) with volume overload secondary to cardiovascular etiology or due to post-operative volume-overload (POVO) following cardiopulmonary bypass (CPB) for surgical repair of a congenital heart defect.<br>Sponsor: Merck, Inc.<br>Amount: $57,635 |
| 2009-2010 | **Investigator**<br>National Registry of genetically triggered thoracic aortic aneurysms and cardiovascular conditions (GENTAC) |
| 2012-2013 | **Recipient**<br>Pediatric Heart Failure Fellowship Funding Support<br><br>Funding in the amount of $15,000.00<br>The Medtronic Grants and Donations Committee |

| 2012-2016 | **Investigator – 10% Support** |
|---|---|

**Investigator – 10% Support**
Title of Project: Cardiac Biomarkers in Pediatric
Cardiomyopathy 1 R01 HL109090-01
      **Principal Investigator: Steven Lipshultz, M.D.**
The major goal of this project is to identify clinically relevant biomarkers in
children with Cardiomyopathies and determine the predictability of outcome.
$7,235,569.00 Total
July 2012-June 2016

2013-2016     **Primary Site Investigator**
Otsuka 156-08-276 A Phase 3b, Multicenter, Open-label, Randomized
Withdrawal Trial of the Effects of Titrated Oral SAMSCA® (Tolvaptan)
on Serum Sodium, Pharmacokinetics, and Safety in Children and
Adolescent Subjects Hospitalized With Euvolemic or Hypervolemic
Hyponatremia

2013-2016     **Primary Site Investigator**
Otsuka 156-11-294 A Phase 3b, Multicenter, Extension Follow-up Trial to
Evaluate the Long-term Safety of Children and Adolescent Subjects With
Euvolemic or Hypervolemic Hyponatremia Who Have Previously Participated in
a Trial of Titrated Oral SAMSCA ® (Tolvaptan)

2013-2014     **Recipient**
Pediatric Heart Failure Fellowship Funding Support
Funding in the amount of $15,000.00
The Medtronic Grants and Donations Committee

2014-2016     **Investigator**
Phase II randomized, placebo-controlled, double blind clinical trial of valsartan
for attenuating disease evolution in early sarcomeric HCM

2014-2016     **Co-Investigator**
Genzyme: A Phase 4, open, label, prospective study in patients with Pompe
Disease to evaluate the efficacy and safety of Alglucosidase Alfa produced at
the 4000 L Scale

2014-2016     **Co-Investigator**
GENZYME: A Phase 3/4, Prospective, Multinational, Open-label, Noninferiority
Study of Alglucosidase Alfa Manufactured at the 160 L and 4000 L Scales in
Treatment Naïve Patients with Infantile-Onset Pompe Disease

2014-2016     **Co-Investigator**
Genzyme: A Cross-sectional Study of Renal Function in Treatment-naïve, Young
Male Patients with Fabry Disease

| 2014-2016 | **Co-Investigator** |
|---|---|
| | Genzyme: Characterization Of Coronary Artery Disease In Individuals With Mucopolysacharidoses |

| 2013-2016 | **Site Investigator** |
|---|---|
| | NIH-NHLBI RO1 HL111459-01 |
| | Principal Investigator, Carolyn Ho, M.D. |
| | "HCMNet2: Using Genetics for Early Phenotyping and Prevention of HCM" |
| | $11,304,199 (Total) |
| | September 1, 2012-August 31, 2016 |

| 2014-2016 | **Site Investigator – 10% support** |
|---|---|
| | NIH-NHLBI RO1 HL111459-01 |
| | Principal Investigator, Stephen E. Lipshultz, M.D. |
| | "Genotype-Phenotype Associations in Pediatric Cardiomyopathies". |
| | $11,304,199 (Total) |
| | September 1, 2012-August 31, 2016 |

| 2015-2017 | **Principal Investigator** |
|---|---|
| | "Use of Handheld Technology to Enhance Patient Cardiac Care: Development and Assessment of Portable Device Applications to Improve Communication and Resource Utilization in Pediatric Cardiomyopathy" |
| | Children's Heart Association of Cincinnati |
| | $20,000.00 |
| | October 1, 2015-November 1, 2017 |

| 2014-2016 | **Co-Investigator** |
|---|---|
| | Novartis |
| | Multicenter, open-label, dose escalation study to evaluate safety, tolerability, and pharmacokinetics of RLX030 in addition to standard of care in pediatric patients from birth to <18 years of age, hospitalized with acute heart failure. |

| 2016-2017 | **Mentor and Senior Investigator** |
|---|---|
| | Primary Investigator: Hunter Wilson, M.D. |
| | Characterization of the Early Cardiac Phenotype in Anderson-Fabry Disease |
| | American Academy of Pediatrics |
| | $3,000.00 |
| | December 1, 2016-June 30, 2017 |

| 2016-2017 | **Mentor and Senior Investigator** |
|---|---|
| | Primary Investigator: Hunter Wilson, M.D. |
| | Characterization of the Early Cardiac Phenotype in Anderson-Fabry Disease |
| | Cincinnati Children's Research Fund |

$2,000.00
December 1,2016-June 30, 2017

2017    **Senior Investigator**
Treatment of non-ambulatory boys and young men with Duchenne muscular dystrophy (DMD) and with resultant respiratory and cardiac dysfunction and skeletal muscle weakness with 5 mg/kg of P-188 NF (Carmaseal-MD$^{TM}$)
Sponsor: Phrixus
$472,728
August 1, 2017-Aug1, 2019

2015-2017    **Principal Investigator**
A Randomized, Open-label Study of the Safety and Efficacy of Multi-Vessel Intracoronary Delivery of Allogeneic Cardiosphere-Derived Cells in Patients with Cardiomyopathy Secondary to Duchenne Muscular Dystrophy [HOPE-Duchenne (Halt cardiomyOPathyprogrEssion in Duchenne)]
Sponsor: Capricor
Amount: $510,000
August 18, 2015-August 17,2017

2015-2018    **Principal Investigator**
SHaRe: The Sarcomeric Human Cardiomyopathies Registry Charter
Sponsor: Myokardia
Amount: $100,000
December 1, 2015-November 30, 2018

2012-2018    **Investigator**
Title of Project: Cardiac Biomarkers in Pediatric
Cardiomyopathy 1 R01 HL109090-01
                    **Principal Investigator: Steven Lipshultz, M.D.**
$7,235,569.00 Total
July 2012-December 2018

2013-2018    **Principal Investigator**
Continuous Arrhythmia Monitoring in Patients With Left Ventricular Noncompaction
Sponsor: Medtronic
Amount: $50,000
February 1, 2013-December 31, 2018

2013-2018    **Investigator**
NIH-NHLBI RO1 HL111459-01
Principal Investigator, Carolyn Ho, M.D.

HCMNet2: Using Genetics for Early Phenotyping and Prevention of HCM
$11,304,199 (Total)

September 2012-August 2018

2015-2018          **Principal Investigator**
                   A Double-Blind, Placebo-Controlled, Multicenter Study with an Open-Label
                   Extension to Evaluate the Efficacy and Safety of SRP-4045 and SRP-4053
                   in Patients with Duchenne Muscular Dystrophy
                   Sponsor: Sarepta
                   Amount: $291,207.00
                   October 14, 2015-October 13, 2018

2016-2018          **Principal Investigator**
                   Assessment of Quality of Life, Anxiety, and Depression in Barth
                   Syndrome: Expanding the Scope of Comprehensive Care
                   Sponsor: Barth Syndrome Foundation
                   Amount: $38,730
                   April 2016-December 2018

2017-2020          **Principal Investigator**
                   Multicenter, open-label, study to evaluate safety, tolerability,
                   pharmacokinetics and, pharmacodynamics of LCZ696 followed by a 52-week
                   randomized,
                   double-blind, parallel group, active-controlled study to evaluate the efficacy and
                   safety of LCZ696 compared with enalapril in pediatric patients from1 month to <
                   18 years of age with heart failure due to systemic left ventricle systolic
                   dysfunction.
                   Sponsor: Novartis
                   Amount: $189,951.00
                   August 2017-September 2020

2017-2018          **Principal Investigator**
                   Evaluation of Clinical Outcome Assessments for Pediatric Heart Failure: Patient
                   Interviews
                   Sponsor: Novartis
                   Amount: $14,952
                   January 25, 2017-December 2018

2018-2020          **Investigator**
                   Clinical study to evaluate mavacamten (MYK-461) in adults with symptomatic
                   obstructive hypertrophic cardiomyopathy (EXPLORER-HCM)
                   Sponsor: Myokardia
                   Amount: $375,000
                   November 2018-December 2020

2017-2020          **Principal Investigator**
                   An exploratory, open-label study to assess the effect of P-188 NF

(Carmeseal-MDTM) on safety, on respiratory and cardiac dysfunction and on upper body strength in non-ambulatory patients with Duchenne muscular dystrophy (DMD)
Phrixus Pharmaceuticals, Inc.
Amount: $998,000
July 2018-December 2020

## ADVANCED HEART FAILURE AND TRANSPLANT TRAINEES:

| | |
|---|---|
| 2006-2007 | Joseph Rossano, M.D.<br>Chief of Cardiology, Co-Director Cardiac<br>Center Children's Hospital of Philadelphia<br>Philadelphia, Pennsylvania |
| 2008-2009 | Ivan Wilmot, M.D.<br>Faculty, Heart Failure and Cardiac<br>Transplantation Pediatric Cardiology Fellowship<br>Director Cincinnati Children's Hospital medical<br>Center Cincinnati, Ohio |
| 2009-2010 | Sabrina Law, M.D.<br>Faculty, Heart Failure and Cardiac<br>Transplantation Seattle Children's Hospital<br>Seattle, Washington |
| 2012-2013 | Thomas Ryan, M.D., PhD.<br>Faculty, Heart Failure and Cardiac<br>Transplantation Cincinnati Children's Hospital<br>Medical Center Cincinnati, Ohio |
| 2013-2014 | John Parent, M.D.<br>Faculty, Heart Failure and Cardiac<br>Transplantation Riley Children's Hospital<br>Indianapolis, IN |
| 2013-2014 | Tamara Thomas Bradford, M.D.<br>Faculty, Heart Failure and Cardiac<br>Transplantation Louisiana State University Health<br>New Orleans, LA |
| 2013-2014 | Chet Villa, M.D.<br>Faculty, Heart Failure and Cardiac<br>Transplantation Cincinnati Children's Hospital<br>Medical Center Cincinnati, Ohio |
| 2015 | Jacob Mathew, M.D. |

|  | Faculty, Paediatric Cardiology<br>The Royal Children's Hospital<br>Melbourne Melbourne, Australia |
|---|---|
| 2015-2016 | Sairah Khan, M.D.<br>Faculty, Heart Failure and Cardiac<br>Transplantation Children's National<br>Washington, DC |
| 2016-2017 | Michelle Ploutz, M.D.<br>Advanced Fellow, Heart Failure and Cardiac<br>Transplantation University of Utah<br>Salt Lake City, UT |
| 2016-2017 | Bethany Wisotzkey, M.D.<br>Advanced Fellow, Heart Failure and Cardiac<br>Transplantation Phoenix Children's Hospital<br>Phoenix, AZ |
| 2017-2018 | Samuel Wittekind, M.D.<br>Faculty, Heart Failure and Cardiac<br>Transplantation Cincinnati Children's Hospital<br>Medical Center Cincinnati, OH |
| 2017-2018 | Hugo Martinez, M.D.<br>Faculty, Heart Failure and Cardiac Transplantation<br>Le Bonheur Children's Hospital, University of Tennessee Health Science<br>Center Memphis, TN |

## RESEARCH MENTORING:

| 2014 | John Shabosky<br>Medical Student Scholars in Child and Adolescent Health Summer Research<br>Scholarship<br>$2,500 |
|---|---|
| 2011-2012 | Jaime Echartea-Gonzalez, M.D.<br>Fellow, Pediatric<br>Gastroenterology<br><br>Fellow, Pediatric Hepatology<br>Cincinnati Children's Hospital Medical Center |
| 2012-2014 | Ahmad Kaddourah, M.D., M.S. |

|            | Fellow, Pediatric Nephrology |
|------------|------------------------------|
|            | Fellow, Acute Care Nephrology<br>Cincinnati Children's Hospital Medical Center |
| 2015-2016  | Jaime Silva-Gburek, M.D. |
|            | Resident, General Pediatrics<br>Cincinnati Children's Hospital Medical Center |
| 2016       | Randa Newman |
|            | Genetic Counselor Graduate Student<br>University of Cincinnati |
| 2016       | Clifford J Chin |
|            | Summer Undergraduate Research Fellowship<br>Student, Washington University, St. Louis,<br>MO<br>Research Site: Cincinnati Children's Hospital Medical Center |
|            | Project: Sleep Disordered Breathing in Patients With Cardiomyopathy |
| 2016       | Hayley Jaeger |
|            | Student Achievement in Research and Scholarship (STARS)<br>University of Cincinnati<br>Research Site: Cincinnati Children's Hospital Medical Center |
| 2016       | Destini Thomas-Hayes |
|            | Student Achievement in Research and Scholarship (STARS)<br>University of Cincinnati<br>Research Site: Cincinnati Children's Hospital Medical Center |
| 2016       | Destini Thomas-Hayes |
|            | Ronald E. McNair Postbaccalaureate Achievement Program<br>University of Cincinnati<br>Research Site: Cincinnati Children's Hospital Medical Center<br>Project: Sleep Disordered Breathing in Patients With Cardiomyopathy |
| 2017       | Hunter Wilson, MD |

Resident, Cincinnati Children's Hospital Medical Center
Research Site, Cincinnati Children's Hospital Medical
Center

Project: Characterization of the Early Cardiac Phenotype in Anderson-
Fabry Disease

2019                  Amit Nanda, MD

Resident, University of Tennessee Health Science Center
Research Site, University of Tennessee Health Science
Center

Project: Right Heart Mass in Transit with a Hemorrhagic Pericardial Effusion: A
Diagnostic Dilemma

Project: The Paradoxical Impact of Insurance Status on Interfacility Transfer
Times and Outcomes in Patients with ST-Elevation Myocardial Infarction

Project: A Comparative Analysis of Mitraclip Versus Mitral Valve-In-
Valve Replacement for High-Risk Patients with Severe Mitral
Regurgitation After Transcatheter Aortic Valve Replacement

2019                  Joel M Raja, MD

Resident, University of Tennessee Health Science Center
Research Site, University of Tennessee Health Science
Center

Project: Etripamil: Intranasal Calcium Channel Blocker: A Novel
Noninvasive Modality in the Treatment of Paroxysmal Supraventricular
Tachycardia

2020                  Aranyak Rawal., MD

Resident, University of Tennessee Health Science Center
Research Site, University of Tennessee Health Science
Center

Project: Arrhythmogenic Ventricular Cardiomyopathy (AVC): Challenges with
Complex Genetics and Variable Phenotypes
Project: Aquadex SmartFlow™ System for Management of Congestive Heart
Failure: A Single Site Experience

Project: Utilization of Automated EKG Interpretation Tool (HeartBeam
iCardiologist Technology) in Detecting Acute Coronary Syndrome (ACS)

in Patients with Chest Pain in the Emergency Department

| | |
|---|---|
| 2020 | Miquel Angel Maturana Gonzalez, MD |

Resident, University of Tennessee Health Science Center
Research Site, University of Tennessee Health Science
Center

Project: Utilization of Automated EKG Interpretation Tool (HeartBeam iCardiologist Technology) in Detecting Acute Coronary Syndrome (ACS) in Patients with Chest Pain in the Emergency Department

| | |
|---|---|
| 2020 | Kristina Mouksian, MD |

Resident, University of Tennessee Health Science Center
Research Site, University of Tennessee Health Science
Center

Project: Utilization of Automated EKG Interpretation Tool (HeartBeam iCardiologist Technology) in Detecting Acute Coronary Syndrome (ACS) in Patients with Chest Pain in the Emergency Department

Project: Amyloidosis: A Novel TTR Mutation Found in an Asian Female

| | |
|---|---|
| 2020 | Cody Gubin |

Research Assistant
Research Site, University of Tennessee Health Science Center

Project: Aquadex SmartFlow™ System for Management of Congestive Heart Failure: A Single Site Experience

| | |
|---|---|
| 2020-present | Abdul Aziz Asbeutah, MD |

Resident, University of Tennessee Health Science Center
Research Site, University of Tennessee Health Science
Center

Project: Incidence of Liver Cirrhosis Among Patients with a Fontan Circulation: A  Systematic Review of the Literature and Meta-Analysis

| | |
|---|---|
| 2020-present | Amber Thacker, MD |

Medical Director of Hospital Medicine, Regional One Health

Assistant Professor, Internal Medicine and Pediatrics, University of
Tennessee Health Science Center
Internal Medicine Residency Program Site Director, Regional One Health

2021-present    Eva Ingram, MD

Resident, University of Tennessee Health Science Center
Research Site, University of Tennessee Health Science Center

2021-present    Brianna Taylor

Undergraduate Student, LeMoyne Owen College
American Heart Association HBCU Scholars Program
Project: Lymphedema in Fabry Disease

2021-present    Jaylynn Lanier

Undergraduate Student, LeMoyne Owen College
American Heart Association HBCU Scholars Program

Project: Psychological Symptoms and Physical Limitations
Among Patients with Hypertrophic Cardiomyopathy

2021-present    Jessica Pender

Undergraduate Student, LeMoyne Owen College
American Heart Association HBCU Scholars Program

Project: Assessment of Quality of Life in Barth Syndrome

2021-present    Nelson Mukuka

Undergraduate Student, LeMoyne Owen College
American Heart Association HBCU Scholars Program

Project: Myocardial Infarction Detection by Automated EKG
Analysis

2021-present    David Wilbanks, MD

Internal Medicine Resident
University of Tennessee Health Science Center
Research Site, University of Tennessee Health Science Center

Project: Psychological symptoms and physical limitations with
hypertrophic cardiomyopathy.

## INVITED PRESENTATIONS:

1. "Quality of Life and Social Outcomes in Adults with Congenital Heart Disease." Southern Society of General Internal Medicine. New Orleans, Louisiana. April 2001.

2. "Outcomes in Adult Congenital Heart Disease." Irish American Pediatric Society Annual Meeting, Lexington, Kentucky. October 2001.

3. "Preexcitation." Texas Heart Institute Noon Conference. St. Luke's Episcopal Hospital. Houston, Texas. March 2002.

4. "Myocardial Infarction." Pediatric Cardiology Lecture Series. Texas Children's Hospital. Houston, Texas. June 2002.

5. "Electrocardiographic Changes Due to Chest Trauma, Central Nervous System Injury and Hypothermia." Texas Heart Institute Noon Conference. St. Luke's Episcopal Hospital. Houston, Texas. April 2002.

6. "Heart Failure Guidelines." Texas Heart Institute Noon Conference. St. Luke's Episcopal Hospital. Houston, Texas. March 2003.

7. "Aortopulmonary Shunts: Indications and Associated Morbidity." Pediatric Cardiology Lecture Series. Texas Children's Hospital. Houston, Texas. June 2003.

8. "Pediatric Arrhythmias." Texas Heart Institute Noon Conference. St. Luke's Episcopal Hospital. Houston, Texas. March 2004.

9. "Natriuretic Peptides in the Diagnosis and Management of Pediatric Heart Failure." Pediatric Critical Care Lecture Series. Texas Children's Hospital. Houston, Texas. October 2004.

10. "Acute Coronary Syndromes." Pediatric Cardiology Lecture Series. Texas Children's Hospital. Houston, Texas. December 2004.

11. "Renal Artery Stenosis: Treatment Option." Combined Peripheral Vascular Conference. Texas Heart Institute. St. Luke's Episcopal Hospital. Houston, Texas. January 2005.

12. "Interventions in Lower Extremity Peripheral Arterial Disease: The Possible Role of Cryoplasty." Combined Peripheral Vascular Conference. Texas Heart Institute. St. Luke's Episcopal Hospital. Houston, Texas. February 2005.

13. "Women and Heart Disease: Diagnosis and Prevention." National Council of Jewish Women Greater Houston Section, Congregation Beth Israel Sisterhood. Congregation Beth Israel. Houston, Texas. February 2005.

14.  "Percutaneous Therapy for Popliteal Aneurysms." Combined Peripheral Vascular Conference. Texas Heart Institute. St. Luke's Episcopal Hospital. Houston, Texas. March 2005.

15.  "Nuclear Medicine: The Basics." Non-Invasive Imaging Conference. Texas Children's Hospital. Houston, Texas. April 2005.

16.  "The Use of Cryoplasty in Peripheral Interventions: Part I." Concepts in Contemporary-Cardiology Symposium. Houston, Texas. April 2005.

17.  "The Use of Cryoplasty in Peripheral Interventions: Part II." Concepts in Contemporary Cardiology Symposium. Houston, Texas. April 2005.

18.  "Pediatric Experience with Nesiritide." Pediatric Cardiology Continuing Education, Mayo Clinic. Rochester, Minnesota. May 2005.

19.  "Safety of Nuclear Imaging in Pediatrics." Texas Heart Institute. St. Luke's Episcopal Hospital. Houston, Texas. June 2005.

20.  "Diagnosis and Treatment of Myocardial lschemia in Children." Texas Children's Hospital. Houston, Texas. August 2005.

21.  "Localization of Dendritic Cells and Monocytes to the Graft Matrix of Polytetrafluoroethylene Grafts Used in the Palliation of Cyanotic Heart Defects." Irish and American International Pediatric Society Meeting. Philadelphia, Pennsylvania. September 2005.

22.  "The Initial Use of Nesirtide in the Pediatric Population." Irish and American International Pediatric Society Meeting. Philadelphia, Pennsylvania. September 2005,

23.  "Cardiovascular Genetics: From Bench to Bedside." Invited Lecture, Visiting Professor. University of Kentucky. Lexington, Kentucky. October 2005.

24.  "Dystrophinopathies." Invited Lecture, Vanderbilt University. Nashville, Tennessee. November 2005.

25.  "Cardiovascular Genetics." Invited Lecture, Cardiology Noon Conference. University of Pennsylvania. Philadelphia, Pennsylvania. January 2006.

26.  "The Use of Nesiritide at the Texas Children's Hospital." Invited Lecture, Cardiology 2006: Ninth Annual Update on Pediatric Cardiovascular Disease by Children's Hospital of Philadelphia. Scottsdale, Arizona. February 2006.

27.  "Heart Failure Management: New Pharmacologies in the Congenital Armamentarium." Invited Lecture, American College of Cardiology. Atlanta, Georgia. March 2006.

28.  "Congenital Echocardiography." Texas Heart Institute Noon Conference, St. Luke's Episcopal Hospital. Houston, Texas. April 2006.

29.  "Pharmacotherapy for Heart Failure." Noon Conference, Texas Children's Hospital. Houston,

Texas. September 2006.

30. "The Genetics of Pediatric Cardiomyopathy." Invited Lecture, Ospedale Pediatrico Bambino Gesu. Rome, Italy. September 2006.

31. "Neurohormonal Axis and Use of Natriuretic Peptides." Invited Lecture, The Second International Conference on Heart Failure in Children and Young Adults. Laguna Niguel, California. November 2006.

32. "Novel Medical Therapies for Pediatric Heart Failure." Invited Lecture, Idiopathic and Primary Cardiomyopathy in Children: Research Directions and Strategies Conference. Bethesda, Maryland. January 2007.

33. "Neurodevelopmental Outcomes in Congenital Heart Disease." Neonatology Noon Conference, Texas Children's Hospital. Houston, Texas. March 2007.

34. "Indications for Surgery for Congenital Aortic Stenosis: Children Versus Young Adults." Invited Lecture, American College of Cardiology. New Orleans, Louisiana. March 2007.

35. "Choosing an Academic Mentor." Invited Lecture, American College of Cardiology. New Orleans, Louisiana. March 2007.

36. "Managing Cardiac Disease in Muscular Dystrophy." Muscular Dystrophy Association Seminar. Houston, Texas. April 2007.

37. "Debate: Current Heart Failure Guidelines Should Apply to Adult Congenital Heart Disease Patients: Proponent." Invited Young Investigator, Philadelphia Adult Congenital Heart Disease Conference. Philadelphia, Pennsylvania. June 2007.

38. "Cardiovascular Genetics: From Bench to Bedside." Invited Lecture, Acute Care for the Primary Care Practitioner Conference. Hilton Head Island, South Carolina. June 2007.

39. "Recognition and Treatment of Heart Failure in Pediatrics." Invited Lecture, Acute Care for the Primary Care Practitioner Conference. Hilton Head Island, South Carolina. June 2007.

40. "Neurodevelopmental Outcomes in Patients with Congenital Heart Disease." Invited Lecture, Acute Care for the Primary Care Practitioner Conference. Hilton Head Island, South Carolina. June 2007.

41. "Mental Health Issues in Patients with Muscular Dystrophy." The Irish American Paediatric Society Annual Meeting. Memphis, Tennessee. September 2007.

42. "Cardiac Transplantation." Pediatric Critical Care Medicine Noon Conference, Texas Children's Hospital. Houston, Texas. January 2008.

43. "Heart Failure." X Congresso Interamericano de Pediatria. Mexico City, Mexico. January 2008.

44.  "Whatever Happened to My Adolescent Patient with Congenital Heart Disease: Transitioning to the Adult Cardiology Service." Invited Lecture, The 30th Annual Pediatric Postgraduate Symposium, Omni Hotel. Houston, Texas. April 2008.

45.  "Cardiac Disease in Muscular Dystrophy." Invited Lecture, Muscular Dystrophy Association Meeting. Houston, Texas. April 2008.

46.  "Update on Myocarditis in Children: Unanswered Questions." Invited Lecture, Scientific Basis of Heart Failure in Children Meeting. Estes Park, Colorado. May 2008.

47.  "Novel Biomarkers in CHF." Invited Lecture, Cardiology 2009-12th Annual Update on Pediatric Cardiovascular Disease. Nassau, Bahamas. February 2009.

48.  "Echocardiographic Findings in Children with Obstructive Sleep Apnea." Invited Lecture, Cardiology 2009-12th Annual Update on Pediatric Cardiovascular Disease. Nassau, Bahamas. February 2009.

49.  "Hypertrophic Cardiomyopathy." Noon Conference, Texas Children's Hospital. Houston, Texas. February, 2009.

50.  "Living with Congenital Heart Disease." Invited Lecture, Evening with Genetics, Natural Science Museum. Houston, Texas. February 2009.

51.  "Chest Pain in the Pediatric Patient: When to be Concerned." Invited Lecture, Baylor College of Medicine Primary Care Pediatric Course, Hilton Oceanfront Resort. Hilton Head Island, South Carolina. June 2009.

52.  "Recognition of Cardiovascular Disease in Pediatrics: Things Not to Miss." Invited Lecture, Baylor College of Medicine Primary Care Pediatric Course, Hilton Oceanfront Resort. Hilton Head Island, South Carolina. June 2009.

53.  "Cardiovascular Findings in Williams Syndrome." Invited Lecture, National Williams Syndrome Conference. Houston, Texas. August 2009.

54.  "Understanding the Variability in Noonan, Cardio-Facio-Cutaneous, and Costello Syndromes." Invited Lecture, Evening with Genetics, Natural Science Museum. Houston, Texas. September 2009.

55.  "Steroids in Myocarditis." Invited Lecture, American Academy of Pediatrics, National Conference and Exhibition. Washington D.C. October 2009.

56.  "Extracardiac Management of the ECLS Patient." ECMO Training Program, Texas Children's Hospital. Houston, Texas. November 2009.

57.  "Outcome and Risk Stratification for Children with Left Ventricular Noncompaction: Findings from the Pediatric Cardiomyopathy Registry." Scientific Sessions, American Heart Association.

Orlando, Florida, November 2009.

58. "How to Find a Job." Fellows in Training Lecture Series, American College of Cardiology. Atlanta, Georgia. March 2010.

59. "The Cardiovascular, Genetic, and Therapeutic Implications of Muscular Dystrophy." Feigin Research Seminar, Texas Children's Hospital. Houston, Texas. March 2010.

60. "Cardiovascular Findings in Potocki-Lupski Syndrome." Plenary Session, American College of Medical Genetics. Albuquerque, New Mexico. March 2010.

61. "Aortic Disease in Pediatrics." Pediatric Congress of Guatemala. Guatemala City, Guatemala. April 2010.

62. "Cardiomyopathy Management in the Pediatric Intensive Care Unit." Pediatric Congress of Guatemala. Guatemala City, Guatemala. April 2010.

63. "Outcome and Risk Stratification for Children with Left Ventricular Noncompaction: Findings from the Pediatric Cardiomyopathy Registry." 2nd International Cardiomyopathy in Children Workshop. Bethesda, Maryland. May 2010.

64. "Left Ventricular Noncompaction: The Other Cardiomyopathy." Texas Heart Institute Grand Rounds, St. Luke's Episcopal Hospital. Houston, Texas. May 2010.

65. "Cardiomyopathy in Barth Syndrome." Barth Syndrome Foundation International Conference. Orlando, Florida. July 2010.

66. "Use of 2-D based strain for surveillance of chemotherapeutic induced cardiotoxicity in a pediatric population." Cancer and the Heart International Conference. Houston, Texas. November 2010.

67. "14 year old male with osteosarcoma." Cancer and the Heart International Conference. Houston, Texas. November 2010.

68. "Diagnosis and Management of Pediatric Heart Failure." Pediatric Grand Rounds, East Tennessee Children's Hospital. Knoxville, Tennessee. January 2011.

69. "Infections in Heart Failure." Division of Infectious Diseases Faculty Meeting, Cincinnati Children's Hospital Medical Center. Cincinnati, Ohio. January 2011.

70. "Chemotherapy-Induced Cardiotoxicity: Existing and Future Diagnostic and Therapeutic Strategies." Oncology Grand Rounds, Cincinnati Children's Hospital Medical Center. Cincinnati, Ohio. February 2011.

71. "Cardio Renal Syndrome: It's Time to Use Biomarkers." CRRT International Conference on Continuous Renal Replacement Therapies. San Diego, California. February 2011.

72. "Single Gene Disorders in Congenital Heart Disease." USCAP 2011 Annual Meeting, United States and Canadian Academy of Pathology. San Antonio, Texas. February 2011.

73. "How I Found the Right Mentor." ACC.11 American College of Cardiology, Career and Mentoring Session for Pediatric and Congenital Cardiologists. New Orleans, Louisiana. April 2011.

74. "Left Ventricular Cardiomyopathy: Current Diagnostic and Therapeutic Strategies." Heart Institute Grand Rounds, Cincinnati Children's Hospital Medical Center. Cincinnati, Ohio. April 2011.

75. "Heart Failure/VAD's." CICU Education Blitz 2011, Cincinnati Children's Hospital Medical Center. Cincinnati, Ohio. April 2011.

76. "Genetic Factors and Thoracic Aortic Disease." Thoracic aortic Disease Symposium, Bethesda North Hospital. Cincinnati, Ohio. April 2011.

77. "Genetically Triggered Aortopathies." Emerging Topics in Clinical Genomics Lecture Series, University of Cincinnati Genetic Counseling Graduate Program, Cincinnati Children's Hospital Medical Center. Cincinnati, Ohio. April 2011.

78. "Left Ventricular Noncompaction: The Other Cardiomyopathy." Grand Rounds, Henry Ford Health System. Detroit, Michigan. May 2011.

79. "The Genetics of Cardiomyopathy: From Bench to Bedside." Grand Rounds, Central Baptist Hospital. Lexington, Kentucky. July 2011.

80. "Heart Transplantation in Children." Heart Failure in Children Session, Fourth International Branislav "Brano" Radovancevic Heart Failure Forum. Belgrade, Serbia. September 2011.

81. "The Role of the Cardiovascular Genetics Service in the Heart Institute." Cincinnati Children's Hospital Medical Center, Grand Rounds. Cincinnati, Ohio. October 2011.

82. "The Heart & Genetics of the Heart." Team Taught Course for Graduate Students in Molecular & Developmental Biology and Disease Course Cincinnati Children's Hospital Medical Center. Cincinnati, Ohio. February 2012.

83. "The Cardiomyopathies-From Bench to Bedside." Pediatrics Grand Rounds, University of Kentucky. Lexington, Kentucky. February 2012.

84. "Career & Mentoring Session for Pediatric and Congenital Cardiologist Chair." ACC.12 61st Annual Scientific Session and Expo. Chicago, Illinois. March 2012.

85. "How I Found the Right Mentor." ACC.12 61st Annual Scientific Session and Expo. Chicago, Illinois. March 2012.

86. "Pediatric Heart Failure: Diagnosis and Management." Cincinnati Children's Hospital Medical Center, CICU Educational Blitz. Cincinnati, Ohio. April 2012.

87. "Transition of Congenital Heart Disease (CHD) Patients to Adulthood." 2012 Conference, Advances in the Management of Oncology, SCT, and Solid Organ Transplant Patients, OptumHealth Education. Scottsdale, Arizona. April 2012.

88. "Transition of Congenital Heart Disease (CHD) Patients to Adulthood." Cincinnati Children's Hospital Medical Center, Pediatric Cardiology Grand Rounds. Cincinnati, Ohio. May 2012.

89. "The Genetics of Cardiomyopathy Impacts on Clinical Practice." The Healthcare Accreditation Colloquium Webinar, August 2012.

90. "Diagnosis and Management of Heart Failure in the Pediatric Population." 2012 Cardiovascular Ultrasound Fall Conference, Cincinnati, Ohio, September 2012.

91. "Cardiorenal Syndromes – Heart Failure." 1st International Symposium on AKI in Children at the 7th Int'l Conference on Pediatric CRRT. Cincinnati, Ohio. September 2012.

92. "Cardiorenal Syndromes – Treatment Strategies for ADHF associated AKI." 1st International Symposium on AKI in Children at the 7th Int'l Conference on Pediatric CRRT. Cincinnati, Ohio. September 2012.

93. "Advanced Therapy for Heart Failure" Berlin Heart EXCOR® Pediatric Training Seminar, Cincinnati    Children's Medical Center. Cincinnati, Ohio. October 2012.

94. "Long Term Support and Management." Berlin Heart EXCOR® Pediatric Training Seminar, Cincinnati Children's Medical Center. Cincinnati, Ohio. October 2012.

95. "Interactive Round Table Discussions and Case Presentations." Berlin Heart EXCOR® Pediatric Training Seminar, Cincinnati Children's Medical Center. Cincinnati, Ohio. October 2012.

96. "The Importance of Genetic Testing in Heart Failure and Rhythm Disturbances." Friday morning Cardiology Conference, Sharp Memorial Hospital. San Diego, California. October 2012.

97. "What Therapies Should We Be Stealing From Our Adult Colleagues." The Pediatric Cardiac Intensive Care Society. Miami, Florida. December 2012.

98. "Medical Management of End Stage Heart Failure." The Pediatric Cardiac Intensive Care Society. Miami, Florida. December 2012.

99. "Chronic Heart Failure Treatment in Children." 5th International Course on Pediatrics, Hospital Angeles Puebla, Hospital Angeles PHO and the State of Puebla College of Pediatrics. Puebla, Mexico. February 2013.

100. "Advanced Therapies for Heart Failure." 5th International Course on Pediatrics, Hospital

Angeles Puebla, Hospital Angeles PHO and the State of Puebla College of Pediatrics. Puebla, Mexico. February 2013.

101. "Etiologic Diagnosis of Cardiomyopathies." 5th International Course on Pediatrics, Hospital Angeles Puebla, Hospital Angeles PHO and the State of Puebla College of Pediatrics. Puebla, Mexico. February 2013.

102. "The Genetics of Cardiomyopathic Disease." Grand Rounds LSU Health New Orleans Health Sciences Center. New Orleans, Louisiana. February 2013.

103. "Myocarditis." PICU Fellow Lecture, Cincinnati Children's Hospital Medical Center. Cincinnati, Ohio. February 2013.

104. "Left Ventricular Noncompaction." Heart Institute Grand Rounds Presentation Cincinnati Children's Hospital Medical Center. Cincinnati, Ohio. May 2013.

105. "Restrictive Cardiomyopathy – To Transplant or Manage Medically, the Great Debate." Heart Failure/Transplant Educational Conference, Cincinnati Children's Hospital Medical Center. Cincinnati, Ohio. June 2013.

106. "Utilization of Genetic Testing in Clinical Practice." Colloquium Site Visit, The Children's Hospital of Philadelphia. Philadelphia, Pennsylvania. September 2013.

107. "Bridge to Transplant or Destination Therapy – Is there a better strategy." Heart Failure Society of America 17th Annual Scientific Meeting. Orlando, Florida. September 2013.

108. "Decongesting with Ultrafiltration." Pediatric Heart Failure Summit. Houston, Texas. October 2013.

109. "Early and Preventive Treatment of Heart Failure Associated with Neuromuscular Disorders." Scientific Session, American Heart Association. Dallas, Texas. November 2013.

110. "Cardio-Oncology: The Importance of the Heart in the Care of Cancer Patients." Faculty Research CrossTalk, Cincinnati Children's Hospital Medical Center. Cincinnati, Ohio. December 2013.

111. "Ruboxistaurin." THE CHOC Heart Institute, Congenital Cardiology Group (CCG) Innovation Summit 2014. Dana Point, California. January 2014.

112. "Genetic Causes of Cardiomyopathy." Arab Health Congress, 7th Middle East Pediatrics Conference. Dubai, UAE. January 2014.

113. "Advanced Therapy for Heart Failure Including Ventricular Assist Devices." Arab Health Congress, 6th Middle East Cardiovascular Disease and Intervention Conference. Dubai, UAE. January 2014.

114. "Evaluating the Severity of AS/AI; When to Consider Surgery." Arab Health Congress, 6th Middle East Cardiovascular Disease and Intervention Conference. Dubai, UAE. January 2014.

115. "Heart Failure/Cardiomyopathy." Dubai Health Care City (DHCC) Education Department. Dubai, UAE. January 2014.

116. "The Heart & Genetics of the Heart." Development and Disease Course, Cincinnati Children's Hospital Medical Center. Cincinnati, Ohio. February 2014.

117. "Cardiac Rehabilitation in Patients with Coronary Disease and Heart Failure." Cincinnati Clinical Exercise Testing and Therapeutics Symposium 2014, Cincinnati Children's Hospital Medical Center. Cincinnati, Ohio. March 2014.

118. "Heart Health and Ongoing Cardiac Surveillance for Cancer Survivors." CBDI Survivor Meeting, Cincinnati Children's Hospital Medical Center. Cincinnati, Ohio. May 2014.

119. "Heart Disease Secondary to Treatment of Childhood Cancer." CBDI Survivor Meeting, Cincinnati Children's Hospital Medical Center. Cincinnati, Ohio. May 2014.

120. "Pediatric/Adolescent HCM." HCMA Annual Meeting. Morristown Medical Center. Morristown, New Jersey. May 2014.

121. "HCM Mimickers - What Are Some of Them and Why are They Important." HCMA Annual Meeting. Morristown Medical Center. Morristown, New Jersey. May 2014.

122. "Pediatric/Adolescent HCM – How to Keep Them Active." HCMA Annual Meeting. Morristown Medical Center, Morristown, New Jersey. May 2014.

123. "Hypertrophic Cardiomyopathy in Pediatrics – Session: Management in 2014: When to Intervene." American Society of Echocardiography, 25th Annual Scientific Sessions. Portland, Oregon. June 2014.

124. "SciMed - Diagnosis and Management of Cardiovascular Disease in Barth Syndrome." Barth Syndrome Foundation Meeting. Clearwater, Florida. June 2014.

125. "Families Bridge Devices, Pharmaceutical Agents and Genetic Therapies." Barth Syndrome Foundation Meeting. Clearwater, Florida. June 2014.

126. "Pediatric Cardiomyopathy 101." Children's Cardiomyopathy Foundation, Inc. Webinar, September 2014.

127. "1P36 and the Heart." 2014 1p36 DSA Conference. Cincinnati, Ohio. July 2014.

128. "Heart Failure in Neuromuscular Disease." Pediatric Heart Failure Summit. Cincinnati, Ohio. September 2014.

129. "Types of Congenital Abnormalities and Surgical Interventions Leading to Heart Failure." Heart Failure Society of America 18th Annual Scientific Meeting. Las Vegas, Nevada. September 2014.

130. "The Fabry Heart." FSIG Expert Fabry Conference. Orlando, Florida. February 2015.

131. "Investigational new drug applications: The long and winding road." Cincinnati Children's Hospital Medical Center Heart Institute Research Retreat. Cincinnati, Ohio. September 2015.

132. "Treatment-Related Effect – Cardiac Problems." Essentials of Cancer Survivorship: A Workshop for Health Care Professionals. Midwest Consortium for Cancer Survivorship Education and Research. Cincinnati, Ohio. November 2015.

133. "Multidisciplinary Fabry Care: Challenges and Opportunities." The Power of Registries in Rare Disease: Expanding knowledge from birth to adulthood. 15th National Rare Disease Registries Meeting. Chicago, Illinois. November 2015.

134. "Is There a Role for VAD Destination Therapy in Children?" Innovations in Pediatric Heart Failure Symposium. San Diego, California. December 2015.

135. "Heart Failure in Neuromuscular Disease Patients." Innovations in Pediatric Heart Failure Symposium. San Diego, California. December 2015.

136. "Cardiac Function and Fibrosis and Cardiac MRI Endpoints for DMD Clinical Trials." BioMarin Pharmaceutical Advisory Board Meeting. San Rafael, California. February 2016.

137. "The Genetics of Cardiomyopathy." Cardiology 2016 – 19th Annual Update on Pediatric and Congenital Cardiovascular Disease. Orlando, Florida. February 2016.

138. "What Should I Do About My Patient With Non-compaction Type Cardiomyopathy?" Cardiology 2016 – 19th Annual Update on Pediatric and Congenital Cardiovascular Disease. Orlando, Florida. February 2016.

139. "Heart Transplantation for Congenital and Pediatric Cardiovascular Disease in 2016." Moderated Panel of Experts, Cardiology 2016 – 19th Annual Update on Pediatric and Congenital Cardiovascular Disease. Orlando, Florida. February 2016.

140. "Cardiovascular Implications of Cancer Treatment." UCCI Advanced Practice Providers about Treatment-Related Cardiovascular Problems. University of Cincinnati, Cincinnati, Ohio. April 2016.

141. "The Current and Future Landscape of Urinary Thromboxane Testing to Evaluate Atherothrombotic Risk." 2016 Ohio-Collaborative Laboratory Conference. Columbus, Ohio. April 2016.

142. "About Fabry Disease: A Silently Progressive, Increasingly Debilitating, Often Life-Threatening Disorder". Sanofi Genzyme Dinner Program. Phoenix, Arizona. May 2016

143. "Cardiac Effects of Cancer Treatment". St. Elizabeth Healthcare. Edgewood, Kentucky. May 2016

144. "Fabry Disease and the Heart – Early Cardiac MRI Findings and Rhythm Changes". North American Fabry Registry Advisory Board Meeting. Chicago, Illinois. June 2016.

145. "Cardiovascular Disease in Barth Syndrome: Diagnostic and Treatment Strategies". Barth Syndrome Foundation-8[th] International Scientific, Medical, and Family Conference. Clearwater, FL. July 2016.

146. "Taking Better Control of Fabry Disease: Importance of Regularly Scheduled Assessments". Genzyme Rare Disease 2016 U.S. Medical Roundtable, El Segundo, CA. August 2016.

147. Co-moderator, Genetics Scientific Education Program "Cardiology Focused Discussion Around Fabry Disease". Sanofi Genzyme US Medical Affairs, Rare Diseases. Los Angeles, CA. August 2016.

148. Moderator and "Home Monitoring in Heart Failure: Near or Remote?". 4th Pediatric Heart Failure Summit, The Hospital for Sick Children. Toronto, ON Canada. September 2016.

149. "Pediatric/Adolescent HCM". Hypertrophic Cardiomyopathy Association. Boston, MA. October 2016

150. "Initial Impressions of cMRI Imaging Studies at Month 6 Post Infusion". Capricor, DMD MRI Meeting, New Orleans, LA. November 2016

151. Panelist "Shock and Mechanical Support Simulation: Pediatric Heart Failure I". AHA Scientific Sessions 2016, New Orleans, LA. November 2016

152. "Fulminant Myocarditis in Children". AHA Scientific Sessions 2016, New Orleans, LA. November 2016

153. "Fabry Heart" FSIG Expert Fabry Conference, Cincinnati, OH. April 2017

154. "About Fabry Disease: A Silently Progressive, Increasingly Debilitating, Often Life-Threatening Disorder". Sanofi Genzyme Program. Boston Medical Center, Boston, MA. May 2017

155. "Targeting Protein Kinase C; A Novel Paradigm for Heart Failure Therapy". 4th International Conference on Cardiomyopathy in Children. Bethesda, MA. May 2017

156. "Taking Better Control of Fabry Disease: Importance of Regularly Scheduled Assessments". Sanofi Genzyme Dinner Program. Pittsford, NY. May 2017

157. "Left Ventricular Noncompaction: From Bench to Bedside". University of Iowa Grand Rounds. Cedar Rapids, IA. June 2017

158. "Cardiovascular Findings in Fabry Disease". Sanofi Genzyme WebEx / Medical College of Wisconsin. June 2017

159. "The Fabry Registry: N215S Mutation". 16th North American Rare Disease Registries Meeting 2017.

Chicago, IL. June 2017

160. "Acute – Chronic Pericarditis Etiologies and Management". 7th World Congress of Pediatric Cardiology and Cardiac Surgery, Dinner Meeting. Barcelona, Spain. July 2017

161. "Cardiac aspects of Barth syndrome". Barth Syndrome 9th International Scientific, Medical, and Family Conference. Clearwater, FL. July 2018.

162. "The Genetics of Cardiomyopathy: From Bench to Bedside". Preventive Medicine Grand Rounds, University of Tennessee, Memphis, TN. September 2018.

163. "Hypertrophic Cardiomyopathy in Children and Young Adults: Current Perspectives". Annual Mac Armour Memorial Lectureship, Le Bonheur Children's Hospital, Memphis, TN. October 2018.

164. "Left Ventricular Noncompaction: The Other Cardiomyopathy", Cariology Grand Rounds, University of Tennessee Health Science Center", Memphis, TN. October 2018.

165. "Hypertrophic Cardiomyopathy: Current Perspectives". J.M. Sullivan Distinguished Visiting Professor Lecture/Medicine Grand Rounds, University of Tennessee Health Science Center, Memphis, TN January 2019.

166. "Cardiovascular Findings in Fabry Disease: Early Cardiac MRI and Rhythm Changes". Cardiology Grand Rounds, Washington University, St Louis, MO, April 2019.

167. "Clinical Assessment and Management of Heart Failure". 3rd Annual Multispecialty Conference for the Primary Care Physician, FedEx Institute of Technology, Memphis, TN. March 2019.

168. "Hypertrophic Cardiomyopathy, Current Perspectives", Texas Heart Institute Grand Rounds, Houston, TX, May 2019

169. Valvular and Aortic Involvement in Fabry Disease". 6th Update on Fabry Disease: Biomarkers, Progression, and Treatment Options, Prague, Czech Republic. May 2019.

170. "Cardiac-Renal Outcomes in Females Treated with Agalsidase Beta". The Rare Disease Registries, Chicago, IL. June 2019.

171. "Fabry Disease: Information for Patients, Families, and Friends" Fabry Patient Meeting, Minneapolis, MN, June 2019

172. "Fabry Disease, Cardiovascular Implications". Cardiology Grand Rounds, University of California Irvine, Irvine, CA, June 2019.

173. "Heritable Cardiovascular Disease". Cardiology Grand Rounds, University of Tennessee Health Science Center, Memphis, TN, August 2019.

174. "Cardiomyopathies I". Cardiomyopathy Lecture/Fellows Conference, Memphis, TN, September 2019

175. "Fabry Disease and the Heart". 9th Annual Fabry Family Education Conference, Greensboro, NC. September 2019

176. "Cardiomyopathies II". Cardiomyopathy Lecture/Fellows Conference. Memphis, TN, November 2019.

177. "Contemporary Cardiovascular Care". Methodist Healthcare Luncheon Talk. Peabody Hotel, Memphis, TN, November 2019.

178. "Recent Advances in Fabry Disease: Translating the Latest Science into Best Practice". Medicine Grand Rounds, University of Tennessee Health Science Center, Memphis, TN December 2019.

179. "Mentoring". GME Research Certification Program, University of Tennessee Health Science Center, Memphis, TN, February 2020.

180. "Developing Effective Research Collaborations". GME Research Certification Program, University of Tennessee Health Science Center, Memphis, TN, February 2020.

181. "Determining Effectiveness of Treatments on Cardiovascular Outcomes: Testing and Timing of Cardiac Assessments". 16th Annual WORLD Symposium, Orlando, FL, February 2020.

182. "Cardiology Updates". 4th Annual Multi-Specialty Conference for the Primary Care Physician, Memphis, TN, February 2020.

183. "Heritable Causes of Electrophysiologic Disease and the Role of Genetic Testing". Electrophysiology Grand Rounds, University of Tennessee Health Science Center, Memphis, TN, July 2020.

184. "Living With BTHS Cardiomyopathy". Speaker and Session Chairman, Barth Syndrome Foundation Visual Scientific and Medical symposium, July 2020.

185. "Genetically Triggered Cardiomyopathies". Cardiology Conference, University of Tennessee Health Science Center, Memphis, TN, October 2020.

186. "Ten Question Tuesday: Pulmonary Hypertension". Global Lecture, Memphis, TN, November 2020

187. "Cardiomyopathies". Cardiology Conference, University of Tennessee Health Science Center, Memphis, TN, November 2020.

188. "COVID 2021 Vaccinations: Concerns, Effectiveness. And Distributions". Corporate Exchange, Memphis, TN, January 2021.

189. "COVID-19 Treatments: The Road to Immunity". Direct Selling Education Foundation, Washington, DC, January 2021.

190. "Left Ventricular Noncompaction". 5th International Conference on Cardiomyopathy in Children, Buffalo, NY, March, 2021.

191. 'Future Directions in Cardiomyopathies in Children". 5th International Conference on Cardiomyopathy in Children, Buffalo, NY, March, 2021.

192. Baylor Cardiology Group Sanofi Genzyme Fabry CJR. Virtual, April 2021.

193. "Unexplained Cardiac Manifestations – The case for Fabry". Sanofi Genzyme: National Peer to Peer Program Discussion.  Virtual Event, May 2021.

194. "Enhancing the Diagnosis of Fabry Disease in Cardiology with Targeted Information: A Before-After Control-Impact Study" Fabry Cardiology CJR.  Sanofi Genzyme. Virtual Event, June 2021.

195. "Enhancing the Diagnosis of Fabry Disease in Cardiology with Targeted Information: A Before-After Control-Impact Study". Cardiology Grand Rounds, University of Tennessee Health Science Center, Virtual Event, June 2021.

196. "Cardiovascular Findings in Fabry". FSIG Patient Meeting.  Virtual Event, June 2021.

197. "Breaking the Cycle of Refractory Heart Failure". Nuwellis Webinar Series, June 2021.

198. "Treatment Landscape of Genetic Disease in Cardiology". Taiwan Society of Cardiology.  Virtual Event, July 2021.

199. "In Your Practice: Recognizing and Treating Transthyretin Amyloid Cardiomyopathy (ATTR-CM)".  Pfizer Speaking Event.  Virtual Event, July 2021.

200. "Biomarkers". Cardio-Pulmonary Renal Working Group Meeting.  Virtual Event, July 2021.

201. "Medical Management for Hereditary Cardiomyopathies". EducateNext 2021 Annual Education Training, Ambry Genetics, Virtual Meeting, September, 2021.

202. "Hypertrophic Cardiomyopathy". University of Tennessee Health Science Center Cardiology Fellowship Lecture Series. Memphis, TN, September, 2021.

203. "Fabry Disease". 16th Annual Cardiometabolic Health Congress, Washington, DC, October, 2021.

204. "HCM Challenges for Pediatric Cardiologists: Nomenclature, Syndromes, Management and Sudden Death Prevention...Is It a Different Disease in Children?". VII International HCM Summit. Virtual Event, October, 2021.

205. "Cardiovascular Research in the Midsouth". Clinical Trials Industry Advisory Committee. Memphis, Tennessee, November, 2021.

206. "Cardiovascular Findings in Fabry Disease". Grand Rounds. University of California-Irvine. Virtual event, November, 2021.

207. "Cardiac Wearables". Tennessee American College of Cardiology Annual Meeting. Nashville, Tennessee, November, 2021.

208. "Dilated Cardiomyopathy". University of Tennessee Health Science Center Cardiology Fellowship Lecture Series. Memphis, TN, November, 2021.

209. "Arrhythmogenic Cardiomyopathy". University of Tennessee Health Science Center Cardiology Fellowship Lecture Series. Memphis, TN, February, 2022.

210. "Restrictive Cardiomyopathy". University of Tennessee Health Science Center Cardiology Fellowship Lecture Series. Memphis, TN, March, 2022.

211. "Cardiovascular Findings in Fabry Disease". FSIG Fabry Expert Conference, Philadelphia, PA, April, 2022.

212. "Genetics of Arrhythmias". University of Tennessee Health Science Center Cardiology Fellowship Lecture Series. Memphis, TN, April, 2022.

213. "Remote Patient Monitoring". American College of Cardiology Tennessee Chapter Annual Meeting, Nashville, TN, November 2022.

214. "Best Practices for Using Blood Volume Analysis (BVA) to Reduce Heart Failure LOS, Readmissions, Mortality, and Costs". MedAxiom Webinar, November 2022.

215. "Heritable Cardiovascular Disease". Longden Seminar. University of Tennessee Health Science Center, Department of Physiology, January 2023.

216. 'Defining Patient-Focused Outcomes in Fabry Disease". WORLD Symposium. Orlando, FL, February, 2023.

217. "Cardiovascular Findings in Fabry Disease". FSIG Expert Fabry Conference. Orlando, FL, February 2023.

218. "Fabry Male Concerns: Questions and Answers". FSIG Expert Fabry Conference. Orlando, FL, February 2023.

219. "A Focus on Cardiovascular Aspects of Fabry Disease in Women: Cardiovascular Implications of Rare Disorders: Lessons from Lysosomal Storage Disorders". University of California Irvine Medicine Grand Rounds. Irvine, California, March, 2023.

220. "Paving the Rough and Rigid Roads in LVNC and Restrictive Cardiomyopathy". Fouad Mobassaleh Symposium on Sudden Cardiac Death in the Young. Washington, DC, August 2023.

221. "Managing Cardiomyopathies in Lysosomal Disorders". Check Rare, Affinity CE, and LDTRC Quarterly Series on Lysosomal Disorders. Virtual Symposium. September 2023.

222. "Fabry Disease". American College of Cardiology Tennessee Chapter Annual Meeting, Nashville, TN, November 2023.

223. "A New Approach to Identifying Patients with Fabry Disease Using a Machine Learning Algorithm". Genetic Rare and Immune Disorders Symposium (GRIDS). Middleburg, Virginia, November 2023.

224. "Advancing Cardio-Oncology". Cardiology Oncology Innovation Network (COIN) Annual Meeting. Virtual Symposium. December 2023.

225. "Cardiovascular Findings in Fabry Disease". FSIG Fabry Expert Conference. San Diego, California, February 2024.

226. "Application of Artificial Intelligence in the Diagnosis of Fabry Disease". Fabry Disease Expert Summit, Tokyo, Japan, February 2024.

227. "Arrhythmia and Personalized Risk Stratification". 8th Update on Fabry Disease, Hamburg, Germany, June 2024.

228. "Blood Volume Analysis". University of Wisconsin- Madison Cardiology Grand Rounds. Madison, Wisconsin, July 2024.

229. "Cardiovascular Therapies in Barth Syndrome: Potential Opportunities on the Horizon". Barth Syndrome Foundation International Scientific, Medical, and Family Conference. Bonita Springs, Florida, August 2024.

230. "Advancing Collaboration in Patient Equity and Innovation in Fabry Disease Care". WORLD Symposium, San Diego, California, February 2025.

**ABSTRACTS PRESENTED:**

1. **Jefferies JL,** Keller BK, Wilson J, Noonan JA, Griffith C. Long term outcomes in patients with adult congenital heart disease. Abstracts, Fellow's Day Conference, Texas Children's Hospital, Houston, Texas. April 2002.

2. **Jefferies JL,** Dreyer WJ, Denfield SW, Price JF, Towbin JA. Initial use of nesiritide in a postoperative heart transplant patient with acute tubular necrosis and hyponatremia. Abstracts, International Pediatric Heart Failure Meeting, Houston, Texas. May 2004.

3. Price JF, Little K, Moffett BS, Towbin JA, Denfield SW, **Jefferies JL,** Clunie SK, Dreyer **WJ.** Plasma B-type natriuretic peptide levels in infants and children with chronic compensated and acute decompensated heart failure. Abstracts, $8^{11}$ Annual Heart Failure Society of America Meeting, Toronto, Ontario. September 2004.

4. **Jefferies JL,** Belmont JW, Craigen WJ, Ware SM, Fernbach SD, Neish SR, Smith EO, Towbin JA. Genetic predictors and reverse remodeling of dilated cardiomyopathy in muscular dystrophy. Abstracts, American Academy of Pediatrics Meeting, San Francisco, California. October 2004.

5. **Jefferies JL,** Belmont JW, Craigen WJ, Ware SM, Fernbach SD, Neish SR, Smith EO, Towbin JA. Genetic predictors and reverse remodeling of dilated cardiomyopathy in muscular dystrophy. Abstracts, American Heart Association Scientific Sessions, New Orleans, Louisiana. November 2004.

6. **Jefferies JL,** Belmont JW, Craigen WJ, Ware SM, Fernbach SD, Neish SR, Smith EO, Towbin JA. Genetic predictors and reverse remodeling of dilated cardiomyopathy in muscular dystrophy. Abstracts, American Heart Association Scientific Sessions Online Continuing Medical Education, New Orleans, Louisiana. November 2004.

7. Dimas VV, Denfield SW, Cannon BC, Fenrich AL, Friedman RA, Smith EO, Clunie SK, Kim JJ, Price JF, **Jefferies JL,** Dreyer WJ, Kertesz NJ. Arrhythmias and sudden cardiac death in children with dilated cardiomyopathy. Abstracts, American Heart Association Scientific Sessions, New Orleans, Louisiana. November 2004.

8. Dimas VV, Kertesz NJ, Dreyer WJ, Kim JJ, **Jefferies JL,** Clunie SK, Cannon BC, Smith EO, Price JF, Denfield SW. Predictors of poor outcome in dilated cardiomyopathy, Abstracts, American Heart Association Scientific Sessions, New Orleans, Louisiana. November 2004.

9. Kim JJ, Dreyer WJ, Price SF, Clunie SK, Dimas VV, **Jefferies JL,** Rosenblatt H, Towbin JA, Denfield SW. Leukocyte suppression leads to improved clinical outcomes in children status-post orthotopic heart transplantation. Abstracts, American Heart Association Scientific Sessions, New Orleans, Louisiana. November 2004.

10. **Jefferies JL,** Kearney DL, Fraser CD, McKenzie ED, Mott R. Localization of dendritic cells and monocytes to the graft matrix of polytetrafluoroethylene grafts and in the palliation of cyanotic heart defects. Abstracts, American College of Cardiology Meeting, Orlando, Florida.  March 2005.

11. **Jefferies JL,** Denfield SW, Dreyer WJ, Price JF, Kim JJ, Dimas VV, Clunie 5, Smith EO, McMahon CJ, Wann TI, Moffett BS, Towbin JA. A prospective evaluation of intravenous nesiritide in pediatric heart failure. *Abstracts, American College of Cardiology Meeting,* Orlando, Florida. March 2005.

12. Tan LH, **Jefferies JL,** Denfield SW, Dreyer WJ, Mott AR, Dickerson HA, Price JF, Towbin JA, Ou CN, Chang AC. B-type natriuretic peptide predicts treatment outcomes in pediatric patients with decompensated heart failure in the intensive care setting. *Abstracts, American Heart Association Scientific Sessions,* Dallas, Texas. November 2005.

13. Moulik M, Breinholt JP, Dreyer WJ, Kearney DL, Price JF, Clunie S, Moffett BS, Kim **JJ, Jefferies JL,** Thomas A, Harbes BA, Bowles KA, Smith EO, Bowles NE, Denfield SW, Towbin JA. Viral endomyocardial infection is an independent predicator and potentially treatable risk factor for graft loss in pediatric cardiac transplant patients. *Abstracts, Fellow's Day Meeting,* Texas Children's Hospital, Houston, Texas. May 2006.

14. Moulik M, Breinholt JP, Dreyer WJ, Kearney DL, Price JF, Clunie 5, Moffett 135. Kim JJ, **Jefferies JL,** Thomas A. Harbes BA, Bowles KA, Smith EO, Bowles NE, Denfield SW, Towbin JA. Viral endomyocardial infection is an independent predicator and potentially treatable risk factor for graft loss in pediatric cardiac transplant patients. *Abstracts, Young Investigators Competition, American Academy of Pediatrics,* Atlanta, Georgia. October 2006.

15. Rossano JW, Dreyer WJ, Kim JJ, Price JF, Clunie SK, Moulik M, Decker JA, Breinholt JP, McKenzie ED, Denfield SW, Towbin JA, **Jefferies JL.** Pre-Transplant Serum Creatinine Predicts Long-Term Outcome in Pediatric Heart Transplant Patients. *Abstracts, Second International Conference on Heart Failure in Children and Young Adults,* Dana Point, California. December 2006.

16. Decker JA, Dreyer WJ, Smith EO, Towbin JA, Price JF, **Jefferies JL**, Kim JJ, Clunie SK, Cannon BC, Denfield SW. Hypertrophic cardiomyopathy in children: Do adult risk factors for cardiac death apply? *Abstracts, American Heart Association Scientific Sessions*, Orlando, Florida. November 2007.

17. Rossano JW, Denfield SW, Smith EO, Kim JJ, Price JF, **Jefferies JL**, Decker JA, Clunie SK, Towbin JA, Dreyer WJ. B-type natriuretic peptide levels at greater than one year post-transplant predict graft survival in pediatric heart transplant patients. *Abstracts, American Heart Association Scientific Sessions*, Orlando, Florida. November 2007.

18. Rossano JW, Price JF, **Jefferies JL**, Mott AR, Heinle JS, Kim JJ, Dickerson HA, Ocampo EC, Dreyer WJ, Denfield SW, Towbin JA, Nelson DP, Morales DLS. Impact of extracorporeal life support, ventricular assist devices, and inotropes on survival while waiting for heart transplantation: An analysis of the United Network of Organ Sharing Database. *Abstracts, 7th International Symposium on Pediatric Cardiac Critical Care Sessions*, Miami, Florida. December 2008.

19. Dickerson HA, Moffett BS, Mott AR, **Jefferies JL**, Rossano JW, Price JF, Ocampo EC, Nelson DP. The etiology of adrenal dysfunction in critically ill pediatric patients with cardiac disease. *Abstracts, 7th International Symposium on Pediatric Cardiac Critical Care Sessions*, Miami, Florida.

December 2008.

20.  Price JF, Pignatelli R, **Jefferies JL**, Kim JJ, Dreyer WJ, Denfield SW, Towbin JA. Heart failure symptoms and B-type natriuretic peptide concentrations in children with hypertrophic cardiomyopathy. *Abstracts, American Heart Association's Scientific Basis for Heart Failure in Children Conference*, Estes Park, Colorado. May 2008.

21.  Rossano JW, Denfield SW, Smith EO, Kim JJ, Price JF, **Jefferies JL**, Decker JA, Clunie SK, Towbin JA, Dreyer WJ. Assessment of the Cylex ImmuKnow cell function assay in pediatric heart transplant patients. *International Society of Heart and Lung Transplantation Scientific Sessions*, Boston , Massachusetts. April 2008.

22.  Brescia S, **Jefferies JL**, Rossano JW, Denfield SW, Price JF, Dreyer WJ, Towbin JA, Kim JJ. Fatal arrhythmias in pediatric left ventricular non-compaction. *Abstracts, American Heart Association Scientific Sessions*, New Orleans, Louisiana. November 2008.

23.  Rossano JW, Morales DLS, Denfield SW, Zafar F, **Jefferies JL**, Kim JJ, Heinle JS, Towbin JA, Dreyer WJ. Impact of panel-reactive antibodies on long-term outcome in pediatric heart transplant patients: An analysis of the United Network of Organ Sharing Database. *Abstracts, International Society for Heart and Lung Transplantation, 29th Meeting and Scientific Sessions*, Palais des Congress, Paris, France. April 2009.

24.  Rossano JW, Morales DLS, Zafar F, Goldstein SL, Smith EO, Denfield SW, Kim JJ, Price JF, Heinle JS, Dreyer WJ, **Jefferies JL**. Impact of kidney function on long-term survival in pediatric patients with end-stage heart failure undergoing heart transplantation: An analysis of the United Network of Organ Sharing Database. *Abstracts, 13th Annual Scientific Meeting, Heart Failure Society of America*, Boston, Massachusetts. September 2009.

25.  Blinder JJ, Godlstein SL, Lee VV, Fraser CD, Nelson DP, **Jefferies JL**. A retrospective analysis of acute kidney injury in infants undergoing surgery for congenital heart disease. *Abstracts, Young Investigators Session, American Academy of Pediatrics National Conference and Exhibition*, Washington, D.C. October 2009.

26.  Rossano JW, Zafar F, Graves DE, Dreyer WJ, Denfield SW, Kim JJ, Towbin JA, Decker JA, Heinle JS, **Jefferies JL**, Price JF, Bozkurt B, Morales DLS. Prevalence of heart failure related hospitalizations and risk factors for mortality in pediatric patients: An analysis of a nationwide sampling if hospital discharges. *Abstracts, American Heart Association Scientific Sessions*, Orlando, Florida. November 2009.

27.  Pahl E, Canter CE, Colan SD, Lu M, Webber SA, Sleeper LA, **Jefferies JL**, Hsu DT, Everitt MD, Kantor PF, Kaufman BD, Wilkinson JD, Towbin JA, Lipshultz SE. Sudden death in 1803 children with dilated cardiomyopathy: Rates and risk factors. *Abstracts, American Heart Association Scientific Sessions*, Orlando, Florida. November 2009.

28.  **Jefferies JL**, Colan SD, Sleeper LA, Towbin JA, Pahl E, Kantor PF, Everitt MD, Webber SA, Kaufman BD, Lamour JM, Canter CE, Hsu DT, Lipshultz SE. Outcome and risk stratification for

children with left ventricular noncompaction: Findings from the Pediatric Cardiomyopathy Registry. *Abstracts, American Heart Association Scientific Sessions*, Orlando, Florida. November 2009.

29.    Molina KM, Denfield SW, Moulik M, Towbin JA, Price JF, **Jefferies JL**, Kim JJ, Dreyer WJ, Rossano JW. Viral endomyocardial infection in the 1st year post-transplant is associated with persistent inflammation in pediatric heart transplant patients. *Abstracts, American Heart Association Scientific Sessions*, Orlando, Florida. November 2009.

30.    Wilmot I, McGarry MC, Morales DL, **Jefferies JL**. Mechanical circulatory support in the treatment of children with acute fulminant myocarditis: A single center 14-year experience. *American College of Cardiology Annual Scientific Sessions*. Washington, DC, April, 2010.

31.    Towbin JA, Sleeper L, **Jefferies JL**, Colan SD, Webber SA, Canter CE, Hsu DT, Ware SM, Wilkinson JD, Orav J, Lipshultz SE. Genetic and viral genome analysis of childhood cardiomyopathy: The PCMR/PCSR experience. *American College of Cardiology Annual Scientific Sessions*. Washington, DC, April, 2010.

32.    Riley AA, Blinder J, **Jefferies JL**, Bennett M, Devarajan P, Nelson DP, Goldstein SL. Effect of peritoneal dialysis on renal recovery in infants after congenital heart surgery. *Abstracts, 15th International Conference on Continuous Renal Replacement Therapy*. San Diego, California. February, 2010.

33.    Alvarez JA, Orav EJ, Wilkinson JD, Lee DJ, Rusconi P, **Jefferies JL**, Hsu DT, Webber SA, Canter CE, Towbin JA, Sleeper LA, Cox GA, Lipshultz SE. Competing risk analysis of prognostic factors for death and transplant in pediatric dilated cardiomyopathy. *Abstracts, American Heart Association Council of Epidemiology Annual Meeting*, San Francisco, California. March 2010.

34.    **Jefferies JL**, Martinez H, Pignatelli R, Furman P, Lupski J, Potocki L. Cardiovascular findings in Potocki-Lupski Syndrome (PTLS). *Abstracts, American College of Clinical Genetics*, Albuquerque, New Mexico, March 2010.

35.    Maskatia S, Decker JA, Spinner JA, Kim, JJ, Price JF, **Jefferies JL**, Dreyer WJ, O'Brian Smith E, Rossano JW, Denfield SW. Restrictive Physiology Is Associated with Poor Outcomes in Children with Hypertrophic Cardiomyopathy. *Abstracts, American College of Cardiology ACC.11*, New Orleans, Louisiana. April 2011.

36.    Walsh MA, **Jefferies JL**, Towbin JA, Czosek RJ. Conduction abnormalities in pediatric patients with restrictive cardiomyopathy. *Abstracts, American Heart Association Scientific Sessions*, Orlando, Florida, November, 2011.

37.    Kantor P, Orav E, Wilkinson J, Webber S, Canter C, Colan SD, Towbin J, Everitt M, Pahl E, Ware S, Kaufman B, Rusconi P, Lamour J, **Jefferies JL**, Addonizio L, Lipshultz S, University of Miami, Miller School of Medicine, Miami, FL, USA Hospital for Sick Children, Toronto, Canada. Progressive Left Ventricular Changes Predict the Likelihood of Survival in Pediatric Dilated Cardiomyopathy: Findings From the Pediatric Cardiomyopathy Registry. *Abstracts, American College*

*of Cardiology ACC.12*, Chicago, Illinois. March 2012.

38.  Michelle A. Grenier, Robert Hinton, Timothy, J. Knilans, **John L. Jefferies**, Wayne Mays, Nicholas Edwards, Jeffrey Towbin, Richard Czosek, Jeffery Anderson, Cincinnati Children's Hospital Medical Center, Cincinnati Ohio. *An Echo Screening Tool for Sudden Cardiac Death in Young Athletes*. ASE's 23rd Annual Scientific Sessions, 2012 American Society of Echocardiography (ASE) Scientific Sessions, National Harbor, Maryland. July 2012.

39.  Pignatelli R., Srinivasan C., Xu A., **Jefferies JL**., Ater, Joan. *Abnormal Myocardial Strain and Preserved Ejection Fraction in Children at Risk for Chemotherapy-related Cardiotoxicity.* ASE's 23rd Annual Scientific Sessions, 2012 American Society of Echocardiography (ASE) Scientific Sessions, National Harbor, Maryland. July 2012.

40.  Kaddourah A, Goldstein SL, **Jefferies JL** *Kidney Injury Molecule-1 (KIM-1) is a Promising Urinary Biomarker to Detect Cardiorenal Syndrome in Children with Dilated Cardiomyopathy (DCM).* Abstracts, American Heart Association Scientific Sessions, Los Angeles, California. November 2012.

41.  Kaddourah A, Goldstein SL, Towbin JA, **Jefferies JL** *Prevalence, Outcome, and Predictors of Cardio-Renal Syndrome in Children with Dilated Cardiomyopathy.* Abstracts, American Heart Association Scientific Sessions, Los Angeles, California. November 2012.

42.  Erin M Miller, MS, Richard Czosek, MD, Amy Garrison, MS, Paula Goldenberg, MD, Michelle Grenier, MD, **John L. Jefferies, MD**, Angela Lorts, MD, Ashley Parrott, MS, Jeffrey Towbin, MD, Stephanie M. Ware, MD, PhD, *Toward Evidence-Based Guidelines for Cardiac Screening in Pediatric Hypertrophic Cardiomyopathy*. The Heart Institute Retreat, Cincinnati Children's Hospital Medical Center.

43.  Wong B, Hu S, Bange J, Miller L, Rybalsky I, Collins J, Boutwell D, Horn P, Rutter M, McCormick A, McGuire M, McMahon M, Sawnani H, **Jefferies J**. *Outcomes Associated with an Interdisciplinary Comprehensive Care Program for DMD Patients Treated with Long Term Glucocorticoids. 17th* International World Muscle Society's Congress, Perth, Australia. October 2012.

44.  Tamara Thomas, MD, **John L. Jefferies, MS, MD**, Angela Lorts, MD, D. Woodrow Benson, MD, PhD, Jeffrey Anderson, MD, Kan Hor, MD, Zhiqian Gao, PhD, Linda Cripe, MD, Elaine Urbina, MS, MD. *Autonomic Dysfunction by Heart Rate Variability Analyses Correlates with Myocardial Fibrosis in Pediatric Duchenne Muscular Dystrophy*. American College of Cardiology Annual Scientific Sessions, San Francisco, California. March 2013.

45.  **Jefferies JL**. Towbin JA, Ryan TD, Lucky A. *Cardiovascular findings in recessive dystrophic epidermolysis bullosa*. American College of Cardiology Annual Scientific Sessions, San Francisco, California. March 2013.

46.  Morales DL, Zafar F, Lorts A, Ryan TD, Chin C, Towbin JA, **Jefferies JL**. Worldwide Use of Syncardia Total Artificial Heart in Adolescents: A 25-Year Experience. International Society for Heart and Lung Transplantation, 33rd Annual Meeting, Montreal, Quebec, Canada. April 2013.

47. Morales DL, Zafar F, Gaynor JW, Rossano JW, **Jefferies JL**, Ryan TD, Towbin JA, Lorts A. The Worldwide Use of Syncardia Total Artificial Heart in Patients With Congenital Heart Disease. International Society for Heart and Lung Transplantation, 33rd Annual Meeting, Montreal, Quebec, Canada. April 2013.

48. **John Jefferies**, James Brown, Wayne Mays, Christopher Stahl, Mark McDonald. Improved Resource Utilization and Patient Flow in an Outpatient Cardiomyopathy Clinic. QCOR 2013, Baltimore, Maryland. May 2013.

49. Kaddourah A, Uthup S, Madueme PC, Hooper DK, **Jefferies JL**, and Goebel J, *Aortopathy in Young Patients – Does it Improve After Kidney Transplantation?* International Pediatric Transplant Association (IPTA) 7th Congress on Pediatric Transplantation, Warsaw, Poland. July 2013.

50. Grenier Michelle, **Jefferies JL**, Chung Eugene, Menon Kailas, Hull Gregory, Westrich Jennifer, Menon Santosh G. *Effects of Strength and Aerobic Training (Rowing) on Cardiovascular Structure in Elite High School Athletes*. Heart Failure Society of America 17th Annual Scientific Meeting, Orlando, Florida. September 2013.

51. Morales David LS, Zafar Farhan, Wearden Peter D, Rosenthal David N, Cabrerra Antonio G, Rossano Joseph W, Humpl Tilman, **Jefferies JL**. *LVAD vs BiVAD use across the USA: Understanding when a particular device strategy is chosen and its effect on outcome.* CHSS Annual Meeting, Chicago, Illinois. October 2013.

52. Rossano W, **Jefferies JL,** Pah E, Naftel DC, Pruitt E, Lupton K, Dreyer WJ, Chinnock R, Boyle GJ, Mahle WT. *Use of Sirolimus in Pediatric Heart Transplant Patients: A Multi-institutional Study from the Pediatric Heart Transplant Study Group.* AHA Scientific Sessions 2013, Dallas, Texas. November 2013.

53. Bryant R, Zafar F, Castleberry C, Wilmot I, **Jefferies JL**, Chin C, Lorts A, Morales DL. *Post Transplant Survival Using the Berlin Heart Pediatric Ventricular Assist Device as a Bridge to Cardiac Transplantation*. American Heart Association Annual Scientific Sessions 2013, Dallas, Texas, November, 2013.

54. Kaddourah A, Goldstein SL, Bennet MR, Devarajan P, **Jefferies JL.** *The Time Is Now to Implement Novel Urinary Biomarkers to Identify Cardiorenal Syndrome in Children with Dilated Cardiomyopathy.* ASN Kidney Week 2013 Annual Meeting, Atlanta, Georgia. November 2013.

55. Ryan TD, **Jefferies JL**, Mehta P, Harris R, Bolyard A, Jones A, Shimamura A, Davies S, Myers S. *Echocardiographic Evaluation of Anatomy and Left Ventricular Systolic Function in Patients with Shwachman–Diamond Syndrome*. 7th International Congress on Shwachman-Diamond Syndrome. Toronto, Ontario. November 2013.

56. Tandon A, **Jefferies JL**, Hor KN, Wong BL, Ware SM, Mazur W, Fleck RJ, Gao Z, Sticka JJ, Benson DW, Taylor MD. *Dystrophin genotype-cardiac phenotype correlations in Duchenne and Becker muscular dystrophy using cardiac magnetic resonance imaging.* Eighth Annual Thomas Boat

Lectures, Cincinnati, Ohio. March 25, 2014. Cincinnati, Ohio. Platform presentation.

57.  Tandon A, Taylor MD, Ware SM, **Jefferies JL**, Sticka JJ, Fleck RJ, Wong BL, Mazur W, Hor KN. *A longitudinal examination of cardiac dysfunction in patients with Duchenne and Becker muscular dystrophy via cardiac magnetic resonance imaging*. American College of Cardiology 62nd Annual Scientific Session, San Francisco, California. March 9, 2013. Moderated poster. (Poster abstract)

58.  **Jefferies JL**, Towbin JA, Ryan T, Lucky A. *Cardiovascular Findings in Recessive Dystrophic Epidermolysis Bullosa*. American College of Cardiology 62nd Annual Scientific Session, San Francisco, California. March 9, 2013.

59.  Thomas TO, **Jefferies JL**, Lorts A, Anderson J, Hor K, Gao Z, Urbina E. *Autonomic Dysfunction by Heart Rate Variability Analyses Correlates With Myocardial Fibrosis in Pediatric Duchenne Muscular Dystrophy*. American College of Cardiology 62nd Annual Scientific Session, San Francisco, California. March 9, 2013.

60.  Tandon A, **Jefferies JL**, Hor KN, Wong BL, Ware SM, Mazur W, Fleck RJ, Gao Z, Sticka JJ, Benson DW, Taylor MD. *Dystrophin genotype-cardiac phenotype correlations in Duchenne and Becker muscular dystrophy using cardiac magnetic resonance imaging*. American College of Cardiology 63rd Annual Scientific Session, Washington, D.C., March 31, 2014. American College of Cardiology 2014 Young Investigator Awards Competition platform presentation.

61.  Nandi D, Lin K, O'Connor M, Elci O, Kim JJ, Decker J, Price JF, Zafar F, Morales DL, Denfield SW, Dreyer WJ, **Jefferies JL**, Rossano JW. *Hospital charges for pediatric heart failure related hospitalizations admissions in the United States from 2000 to 2009*. American College of Cardiology 63rd Annual Scientific Session, Washington, D.C., March 31, 2014.

62.  Kaddourah A, Goldstein SL, **Jefferies JL** *Kidney Injury Molecule-1 (KIM-1) Is the Best Urinary Biomarker to Detect Cardiorenal Syndrome In Children with Systolic Left Ventricular Dysfunction.* CRRT 2014, San Diego, California. March 2014.

63.  Gerdes YM, Mays WA, Knecht SK, Wolfe MA, Schuckert LE, **Jefferies JL**, Towbin JA, Knilans TK. *Comparison Maximal Test Frequency Results to Exercise Test Modality in Cardiomyopathy Patients*. American College of Sports Medicine 61st Annual Meeting, Orlando, Florida. March 2014.

64.  Zafar F, Chin C, Karani K, Lorts A, Wilmot I, **Jefferies JL**, Bryant III R, Ryan T, Towbin JA, Morales DS, Castleberry C. *Coronary Allograft Vasculopathy in Pediatric Heart Transplant: Is Re-transplant a prudent option for all.* ISHLT 34th Annual Meeting and Scientific Sessions, April 10-13, 2014 in San Diego, California.

65.  Zafar F, Khan MS, Bryant III R, Castleberry C, Lorts A, Wilmot I, **Jefferies JL**, Chin C, Morales DL. *Pediatric heart transplant waitlist mortality in the era of ventricular assist devices.* ISHLT 34th Annual Meeting and Scientific Sessions, April 10-13, 2014 in San Diego, California.

66.  Thomas T, Zafar F, Morales DS, Khan M, Chin C, Lorts A, **Jefferies JL**, Wilmot I, Castleberry C. *Allosensitization after Ventricular Assist Device does not impact post-transplant survival*. Poster

presentation, ISHLT 34th Annual Meeting and Scientific Sessions, April 10-13, 2014 in San Diego, California.

67. Khan MS, Alsaied T, Zafar F, Castleberry CD, Bryant III R, Wilmot I, **Jefferies JL**, Morales DLS *Predictors of Long-Term Survival after Pediatric Heart Transplantation Change with Age.* ISHLT 34th Annual Meeting and Scientific Sessions, April 10-13, 2014, San Diego, California.

68. Parent JJ, Darragh R, Ryan TD, Lorts A, **Jefferies JL**, Towbin JA, Chin C. *Peri-Operative Cast Prevention for Pediatric Patients With Plastic Bronchitis Undergoing Heart Transplantation.* ISHLT 34th Annual Meeting and Scientific Sessions, April 10-13, 2014 in San Diego, California.

69. Parent JJ, Ryan TD, Castleberry C, **Jefferies JL**, Lorts A, Chin C. *Use of Bortezomib To Treat Antibody Mediated Rejection in a Patient Requiring Mechanical Circulatory Support After Heart Transplantation.* ISHLT 34th Annual Meeting and Scientific Sessions, April 10-13, 2014 in San Diego, California.

70. Shamszad P; Sower C, Ryan TD, Castleberry C, Lorts A, **Jefferies JL**, Wilmot I, Towbin JA, Chin C. *Cardiac Transplantation in Children with Chromosomal Anomalies: A Multi-Institutional Outcomes Analysis.* ISHLT 34th Annual Meeting and Scientific Sessions, April 10-13, 2014 in San Diego, California.

71. Puri K, Risma K, Kocoshis S, Chin C, Ryan T, **Jefferies JL,** Castleberry C. *T-Cell Mediated Inflammation Resulting in Multifocal Inflammatory Bowel Disease in a Pediatric Heart Transplant Patient.* ISHLT 34th Annual Meeting and Scientific Sessions, April 10-13, 2014 in San Diego, California.

72. Villa CR, Wilmot I, Castleberry C, Ryan TD, Del Corral M, **Jefferies JL**, Chin C, Morales DL, Lorts A. *Desensitization Utilizing Bortezomib and Plasmapheresis on a Patient Supported Via the Syncardia Freedom® Driver.* ISHLT 34th Annual Meeting and Scientific Sessions, April 10-13, 2014 in San Diego, California.

73. Villa CR, Zafar F, Castleberry C, Wilmot I, Ryan TD, **Jefferies JL**, Chin C, Morales DL, Lorts A. *Bridging Infants <5 kg: Should We Continue To Offer ECMO?* ISHLT 34th Annual Meeting and Scientific Sessions, April 10-13, 2014 in San Diego, California.

74. Zafar F, Castleberry C, Khan MS, **Jefferies JL**, Wilmot I, Clifford C, Ryan TD, Blitz A, Morales DL, Lorts A. *Allosensitization after Total Artificial Heart does not affect short-term survival* ASAIO 60th Annual Conference in Washington D.C., June 2014.

75. Lang S, Michelfelder E, Madueme P, Goldstein B, **Jefferies JL**, Ryan T. *3D Speckle Tracking-Derived E/SRe' Does not Correlate to Simultaneous Left Ventricular End-Diastolic Pressure Measurement in Children and Young Adults with Cardiomyopathy and Restrictive Physiology.* American Society of Echocardiography, 25th Annual Scientific Sessions. Portland, Oregon. June 2014.

76. Khan M, Zafar F, Bryant III R, Castleberry CD, Chin C, **Jefferies JL**, Morales DLS. *Does Simultaneous Abdominal Organ Harvesting Impact Cardiac Graft Survival In Children?*

World Transplant Congress, San Francisco, California. July 2014.

77.   Zafar F, Khan M, Castleberry CD Yeager MR, Bryant III R, Horsley M, Chin C, **Jefferies JL**, Morales DLS. *Post-transplant Changes in Body Mass Index Affect Long-term Survival.* World Transplant Congress, San Francisco, California. July 2014.

78.   Grenier M, Menon K, Menon S, Spar D, **Jefferies JL**, Hinton R, Volz B, Westrich J, Brown R, Coners D, Orman B, Chung E. "*Targeting the "Gray Area": How Common Is Hypertrophy in the Elite High School Rower's Heart.* Heart Failure Society of America 18[th] Annual Scientific Meeting, Las Vegas, Nevada. September 2014.

79.   Parent JJ, Towbin JA, **Jefferies JL**. *Medical Therapy Leads to Positive Remodeling in Left Ventricular Non-Compaction Cardiomyopathy.* American Heart Association Scientific Sessions, Chicago, Illinois,        November, 2014.

80.   Ryan TD, Lucky AW, Towbin JA, **Jefferies Jl**. Ventricular dysfunction and aortic dilation in patients with recessive dystrophic epidermolysis bullosa. American College of Cardiology Scientific Sessions, San Diego, California, March, 2015.

81.   Castleberry C, Khan M, Shugh S, Wilmot I, Ryan TD, Chin C, **Jefferies JL**, Lorts A, Morales DL. *Determinates of Non-Utilization in Pediatric Heart Donors.* International Society for Heart and Lung Transplantation, 35th Annual Meeting and Scientific Sessions, Nice, France. April 2015.

82.   Patel AR, Rossano JW, Kantor PF, Towbin JA, Colan SD, Everitt MD, **Jefferies JL**, Dodd DA, Silva JN, Janson CM, Wilkinson JD, LaRocca TJ, Lipshultz SE. *Eligibility for Cardiac Resynchronization Therapy for Systolic Heart Failure in Children with Cardiomyopathy.* International Society for Heart and Lung Transplantation, 35th Annual Meeting and Scientific Sessions, Nice, France. April 2015.

83.   Mehmood M, Hor KN, Al-Khalidi H, Benson DW, **Jefferies JL**, Taylor MD, Egnaczyk GF, Raman SV, Basu S, Cripe L, Mazur M. *Comparison of Right and Left Ventricular Systolic Function Indices in Duchenne Muscular Dystrophy: A Longitudinal Cardiac Magnetic Resonance Study.* International Society for Heart and Lung Transplantation, 35th Annual Meeting and Scientific Sessions, Nice, France. April 2015.

84.   Castleberry C, Taylor B, Hohlbein A, Ryan TD, **Jefferies JL**, Wilmot I, Lorts A, Chin C. *Conversion to Proliferation Signaling Inhibitors in Pediatric Heart Transplant Patients*. International Society for

Heart and Lung Transplantation, 35th Annual Meeting and Scientific Sessions, Nice, France. April 2015.

85.   O'Connor MJ, Wang N, Long J, Huang Y, Lin K, Singh T, **Jefferies JL**, Shaddy R, Rossano JW. *Variability in Cardiomyopathy Admissions and Transplant Volumes at US Children's Hospitals*. Society for Heart and Lung Transplantation, 35th Annual Meeting and Scientific Sessions, Nice, France. April 2015.

86. Villa CR, Czosek RJ, Ahmed H, Khoury PR, Anderson JB, Knilans TK, **Jefferies JL**, Wong B, Spar D. *Utility of 24-Hour Holter Monitoring in Pediatric and Adolescent Patients with Duchenne Muscular Dystrophy*. PPMD 2015 Connect Care Conference, Washington D.C. June, 2015.

87. Starc JJ, Moore Ra, Villa Cr, **Jefferies JL**, Taylor MD. *Elevated Myocardial Extracellular Volume Fraction in Duchenne Muscular Dystrophy*. Cincinnati Children's Hospital Medical Center Heart Institute Research Retreat, Cincinnati, Ohio. September 2015.

88. Guerrier K, Madueme PC, **Jefferies JL**, Anderson JB, Spar DS, Knilans TK, Czosek RJ. *Unexpectedly Low ECG Voltage in Hypertrophic Cardiomyopathy Patients: Is Myocardial Fibrosis to Blame?* Cincinnati Children's Hospital Medical Center Heart Institute Research Retreat, Cincinnati, Ohio. September 2015.

89. Mathew J, Moore R, Spar D, Villa CR, Ryan T, Chin C, Bange J, Sawnani H, Taylor M, Wong B, **Jefferies JL**. *Myocardial Scar Burden Increases With Age And Is Associated With Decline In Left Ventricular Systolic Function In Becker Muscular Dystrophy*. Cincinnati Children's Hospital Medical Center Heart Institute Research Retreat, Cincinnati, Ohio. September 2015.

90. Wittekind S, **Jefferies JL**. *Cardiac Rehabilitations in Young Patients with Nonischemic Dilated Cardiomyopathy*. Cincinnati Children's Hospital Medical Center Heart Institute Research Retreat, Cincinnati, Ohio. September 2015.

91. Ware SM, Lipshultz SE, Colan SD, Shi L, Canter CE, Hsu D, Dodd DA, Everitt MD, Kantor PF, Addonizio LJ, **Jefferies JL**, Rossano J, Pahl E, Rusconi P, Schubert J, Lee T, Miller E, Tariq M, Wilkinson J, Towbin JA. *Genetic testing practices in pediatric cardiomyopathy: identifying opportunities to positively impact diagnosis and family-based risk stratification*. American Society of Human Genetics Meeting, Baltimore, Maryland. October 2015.

92. Mehmood M, Taylor MD, **Jefferies JL**, Raman SV, Ambach S, Mazur W. *Relationship of Right Ventricular Function and Respiratory Status in a Large Cohort of Duchenne Muscular Dystrophy*. Innovations in Pediatric Heart Failure Symposium, San Diego, California. December 2015.

93. Taylor M, Moore R, **Jefferies JL**, Gao Z, Starc J. *Elevated Myocardial Extracellular Volume Fraction in Duchenne Muscular Dystrophy*. SCMR 19th Annual Scientific Sessions, Los Angeles, California. January 2016.

94. Moore R, Taylor M, **Jefferies JL**, Mathew J, Starc J, Rattan M, Urbinelli L. *T1 Mapping in Becker Muscular Dystrophy Patients Detects Diffuse Microfibrosis Prior to Evidence of Late Gadolinium Enhancement or Cardiac Dysfunction.* SCMR 19th Annual Scientific Sessions, Los Angeles, California. January 2016.

95. Chung ES, Dadosky C, **Jefferies JL**, Egnaczyk GF, O'brien TM, Menon SG. *Optimisation of decongestion in acute decompensated heart failure: role of tolvaptan and aquapheresis*. Heart Failure 2016 and 3rd World Congress on Acute Heart Failure, Florence, Italy. May 2016. Moderated poster.

96. Lipshultz SE, Wilkinson JD, Shi L, Towbin JA, Canter CE, Hsu DT, Webber SA, Kantor PF, Everitt MD, Pahl E, **Jefferies JL**, Rossano J, Addonizio LJ, Dodd DA, Ware SM, Molina K, Colan SD; for the PCMR Study Group. *The cardiac biomarkers in children with cardiomyopathy multicenter study: Preliminary results for pediatric hypertrophic cardiomyopathy*. ACC.16 65th Annual Science Session & Expo, Chicago, Illinois. April 2016. Moderated poster. (Poster abstract).

97. Karani K, Mitsnefes M, Goldstein SL, **Jefferies JL**, Morales DL, Zafar F. *The burden of acute injury injury on children hospitalized with heart failure.* American College of Cardiology Annual Scientific Sessions, Chicago, Illinois, April, 2016.

98. Mathew J, Moore R, Spar D, Villa C, bange J, Sawnani H, Taylor MD, Wong B, **Jefferies JL**. *Myocardial scar burden increases with age and is associated with decline in left ventricular systolic function in young patients with Becker muscular dystrophy*. American College of Cardiology Annual Scientific Sessions, Chicago, Illinois, April, 2016.

99. Lipshultz SE, Wilkinson JD, Shi L, Towbin JA, Canter CE, Hsu DT, Webber SA, Kantor PF, Everitt MD, Elfriede P, **Jefferies JL**, Rossano J, Addonizio LJ, Dodd DA, Ware SM, Molina K, Colan SD. *The Cardiac Biomarkers in Children with Cardiomyopathy Multicenter Study: Preliminary Results for Pediatric Hypertrophic Cardiomyopathy*. Pediatric Academic Societies Meeting, Baltimore, Maryland. May 2016.

100. Lipshultz SE, Wilkinson JD, Shi L, Towbin JA, Canter CE, Hsu DT, Webber SA, Kantor PF, Everitt MD, Elfriede P, **Jefferies JL**, Rossano J, Addonizio LJ, Dodd DA, Ware SM, Molina K, Colan SD. *The Cardiac Biomarkers in Children with Cardiomyopathy Multicenter Study: Preliminary Results for Pediatric Dilated Cardiomyopathy*. Pediatric Academic Societies Meeting, Baltimore, Maryland. May 2016.

101. **Jefferies JL**, Kudel I, Salbert L. *Correlates of Health-Related Quality of Life in Patients with Hypertrophic Cardiomyopathy.* Heart Failure Society of America, Orlando, Florida. September 2016.

102. Ryan TD, Parent JJ, Gao Z, Khoury PR, Dupont E, Smith JN, Wong B, Urbina EM, **Jefferies JL**. *Increased Arterial Stiffness is Present in Patients with Duchenne Muscular Dystrophy.* Heart Failure Society of America, Orlando, Florida. September 2016.

103. Wittekind SG, Mays W, Gerdes Y, Knecht S, Hambrook J, Border W, **Jefferies JL**. *Improved exercise performance in pediatric Fontan patients after cardiac rehabilitation*. American College of Cardiology Annual Scientific Sessions. Chicago, Illinois, April, 2017.

104. Wilmot I, Rodriguez M, Puri K, Feng J, Taylor B, Mathew J, Ryan TD**, Jefferies JL**. *Contemporary use of heart failure medications in pediatric patients with dilated cardiomyopathy*. American College of Cardiology Annual Scientific Sessions. Chicago, Illinois, April, 2017.

105. Ploutz M, Moore R, Ashiki M, Wisoyzkey B, Taylor B, Spurney C, Taylor MD, **Jefferies JL**. *Spironolactone therapy for cardiomyopathy in Duchenne muscular dystrophy*. American College of Cardiology Annual Scientific Sessions. Chicago, Illinois, April, 2017.

106. Ware SD, Colan SD, Wilkinson JD, Everitt MD, Towbin JA, Canter CE, **Jefferies JL**, Dodd DA. *The Genetic Architecture of Pediatric Cardiomyopathy*. American Society of Human Genetics Annual Meeting. Orlando, Florida. October 2017.

107. Lipshultz SE, Rossano JW, Shi L, **Jefferies JL**, , Colan SD, Pahl E, Everitt MD, Webber SA, Canter CE, Towbin JA, Kantor PF, Feingold B, Addonizio LJ, Lamour JM, Ware SM, Lee TM, Czachor JD, Razoky H, Wilkinson JD. *Cardiac Biomarkers Are Associated With Death and Listing for Heart Transplantation in Pediatric Patients With Newly Diagnosed Dilated Cardiomyopathy: A Multi-Center Study From the Pediatric Cardiomyopathy Registry*. American Heart Association Annual Scientific Sessions, Anaheim, California. November, 2017.

108. Kirmani S, Woodard PK, Shi L, Canter CE, Colan SD, Pahl E, Towbin JA, Webber SA, Rossano JW, Everitt MD, Molina KM, Kantor PF, **Jefferies JL**, Feingold B, Addonizio LJ, Ware SM, Chung WK, Ballweg JA, Lee TM, Razoky H, Czachor JD, Lunze F, Marcus E, Wilkinson JD, Lipshultz SE. *Are Echocardiogram and Magnetic Resonance Imaging (MRI) Comparable in Measuring Maximal Septal Thickness in Children With Hypertrophic Cardiomyopathy (HCM)?*. American Heart Association Annual Scientific Session, Anaheim, California. November, 2017.

109. **Jefferies JL**, Hopkin R. *Prevalence of Lymphedema in Andersen-Fabry Disease: A Report from the Fabry Registry*. American Heart Association Session, Anaheim, California. November, 2017.

110. Kirmani S, Woodard PK, Shi L, Canter CE, Colan SD, Pahl E, Towbin JA, Webber SA, Rossano JW, Everitt MD, Molina KM, Kantor PF, **Jefferies JL**, Feingold B, Addonizio LJ, Ware SM, Chung WK, Ballweg JA, Lee TM, Razoky H, Czachor JD, Lunze F, Marcus E, Wilkinson JD, Lipshultz SE. *Fibrosis and Hypertrophy Assessed by Magnetic Resonance Imaging (MRI) and Serum Biomarkers in Pediatric Hypertrophic Cardiomyopathy (HCM). A Report From the Pediatric Cardiomyopathy Registry.* American Heart Association Session, Anaheim, California. November, 2017.

111. Ware SM, Wilkinson JW, Tariq M, Shubert JA, Sridhar A, Colan SD, Shi L, Canter CE, Hsu DT, Webber SA, Dodd DA, Everitt MD, Kantor PF, Addonizion LJ, **Jefferies JL**, Rossano JW, Pahl E, Rusconi P, Chung WK, Towbin JA, Lal AK, Bhatnagar S, Anorow BJ, Dexheimer P, Martin LJ, Miller EM, Razoky H, Czachor JD, Lipshultz SE. *Exome Sequencing in a Pediatric Cardiomyopathy Cohort: Findings From the Pediatric Cardiomyopathy Registry*. American Heart Association Session, Anaheim, California. November, 2017.

112. Wittekind SG, Ryan TD, Gao Z, Zafar F, Chin CW, Hengehold TA**, Jefferies JL**. *Contemporary outcomes of pediatric restrictive cardiomyopathy with aggressive medical therapy.* American College of Cardiology Annual Scientific Sessions. Washington, DC, March, 2018.

113. Lipshultz SE, Rossano JW, Shi L, **Jefferies JL**, Colan SD, Pahl E, Everitt M, Webber SA, Canter CE, Towbin JA, Kantor P, Feingold B, Addonizion LJ, Lamour J, Ware S, Lee T, Czachor J, Razoky H, Wilkinson JD. *Cardiac biomarkers are associated with death and listing for heart transplantation in pediatric patients with newly diagnosed dilated cardiomyopathy: a multi-center study for the pediatric cardiomyopathy registry*. Pediatric Academic Society, Toronto, CA. May, 2018.

114. Lee T, Ware S, Miller E, Dexheimer P, Sridhar A, Lipshultz SE, Shi L, Wilkinson JD, Towbin JA, Webber S, Rossano JW, Hsu D, **Jefferies JL**, Lal A, Aronow B, Martin L, Razoky H, Czachor J, Chung W. *Revising clinical genetic panel test results for pediatric cardiomyopathy after exome sequencing*. Pediatric Academic Society, Toronto, CA. May, 2018.

115. Kirmani S, Woodard P, Canter CE, Shi L, Pahl E, Colan SD, Towbin JA, Ballweg J, Webber S, Wilkinson J, Rossano JW, Everitt M, Molina K, Kantor P, **Jefferies JL**, Feingold B, Addonizion L, Ware S, Chung W, Lee T, Czachor J, Razoky H, Lipshultz SE. *Fibrosis and hypertrophy assessed by magnetic resonance imaging (MRI) and serum biomarkers in pediatric hypertrophic cardiomyopathy (HCM). A report from the Pediatric Cardiomyopathy Registry Group.* Pediatric Academic Society, Toronto, CA. May, 2018.

116. Kirmani S, Woodard P, Shi L, Canter CE, Colan SD, Lunze F, Marcus E, Pahl E, Towbin JA, Ballweg J, Webber S, Wilkinson J, Rossano JW, Everitt M, Molina K, Kantor P, **Jefferies JL**, Feingold B, Addonizion L, Chung W, Ware S, Lee T, Razoky H, Czachor J, Lipshultz S. *Are echocardiogram and magnetic resonance imaging (MRI) comparable in measuring maximal septal thickness. A report from the Pediatric Cardiomyopathy Registry Group.* Pediatric Academic Society, Toronto, CA. May, 2018.

117. Martinez HR, Hengehold T, Taylor MD, Czosek RJ, **Jefferies JL**. *Cardiovascular findings in a contemporary cohort of patients with 1p36 deletion syndrome*. Heart Failure Society of America 22nd Annual Scientific Sessions, Nashville, TN. September, 2018.

118. Martinez HR, Ryan TD, Wilmot I, Casson P, Gao Z, Olberding NJ, **Jefferies JL**. *Assessment of soluble ST2 and BNP in pediatric patients with left ventricular dysfunction*. Heart Failure Society of America 22nd Annual Scientific Sessions, Nashville, TN. September, 2018.

119. Giri S, **Jefferies JL**, Thomas F, Davis RL, Akbilgic O. *Abnormalities within normal sinus rhythm*. QCOR American Heart Association Scientific Sessions, Arlington, VA. April, 2019.

120. Sapkota Y, Liu Q, Shelton, K, Wang X, Wilson CL, Wang Z, Mulorooney DM, **Jefferies JL**, Oeffinger KC, Morton LM, Zhang J, Armstrong GT, Bhatia S, Hudson MM, Robison LL, Yasui Y. *Genome-wide association study using whole-genome sequencing identifies a novel locus associated with increased risk of cardiomyopathy in adult survivors of childhood cancer: utility of a 2-stage analytic approach*. American Society of Clinical Oncology, Chicago, IL. May, 2019.

121. Patel M, **Jefferies JL**, McDonald M. *Intentional aortic bioprosthetic valve fracture to eliminate large paravalvular gaps with severe aortic regurgitation*. Transcatheter Cardiovascular Therapeutics Conference, San Francisco, CA. September, 2019.

122. **Jefferies JL**, Spar D, Chaouki AS, Casson P, Towbin JA, Czosek RJ. *Continuous versus intermittent arrhythmia monitoring in pediatric and adult patients with left ventricular noncompaction (LVNC)*. American heart Association scientific sessions, Philadelphia, PA, November, 2019.

123. Wallace E, Davis B, Wu J, Moynihan M, Griffin B, **Jefferies JL**, Keyzor I. *The Unmet Need in Fabry Disease: A Retrospective Analysis of Healthcare Claims in the United States Reveals*

*Significant Burden of Illness*. WORLD Symposium, Orlando, FL. February, 2020.

124. Dixon S, Lu L, Wilson CL, **Jefferies JL**, Merchant TE, Howell RM, Ness KK, Srivastava DK, Hudson MM, Robison LL, Chemaitilly W, Armstrong GT. *Prediabetes and progression to diabetes among adult survivors of childhood cancer in the St. Jude Lifetime Cohort*. American Society of Clinical Oncology Annual Meeting, May, 2020.

125. Lubas MM, Wang M, **Jefferies JL**, Ness KK, Ehrhardt MJ, Krull KR, Mulrooney DA, Srivastava DK, Robison LL, Hudson MM, Armstrong GT, Brinkman TM. *Emotional distress, stress, and cardiovascular health in adult survivors of childhood cancer*. American Society of Clinical Oncology Annual Meeting, May, 2020.

126. Gunturkun F, Davis RL, Armstrong GT, **Jefferies JL**, Ness KK, Green DM, Lucas JT, Srivastava DK, Hudson MM, Robison LL, Mulrooney DA, Soliman EZ, Karabayir I, Akbilgic O. *Deep learning for improved prediction of late-onset cardiomyopathy among childhood cancer survivors: A report from the St. Jude Lifetime Cohort (SJLIFE)*. American Society of Clinical Oncology Annual Meeting, May, 2020.

127. Sapkota Y, Qin N, Ehrhardt MJ, Wang Z, Wilson CL, Estepp J, Rai P, Hankins JE, Burridge P, **Jefferies JL**, Zhang J, Hudson MM, Robison LL, Armstrong GT, Mulrooney DA, Yasui Y. *Cardiomyopathy risk among childhood cancer survivors of African ancestry and its molecular mechanisms*. American Society of Clinical Oncology Annual Meeting, May, 2020.

128. Ortiz A, Mauer M, Ponce E, Yang M, Gudivada B, Hong GR, **Jefferies JL**. *Stabilization of kidney function decline and cardiomyopathy in male patients with classic Fabry disease: a pre- vs. post-agalsidase beta treatment Fabry Registry analysis.* 17th Annual WORLD Symposium, February, 2021.

129. **Jefferies JL**, Spencer AK, Warnock DG, Lau HA, Nelson MW, Giuliano JD, Zabinski JW, Boussios C, Curhan G, Bandaria JN, Gliklich RE. *Utilization of artificial intelligence to identify undiagnosed Fabry patients: development of a validated machine learning model.* 17th Annual WORLD Symposium, February, 2021.

130. Asbeutah AA, **Jefferies JL**. *Incidence of liver cirrhosis among patients with a Fontan circulation: A systematic review and meta-analysis*. American College of Cardiology Annual Scientific Sessions,
Atlanta, Georgia, May, 2021.

131. Stamper J, Rawal A, **Jefferies JL**. *Single Center Aquapheresis Ultrafiltration Year One*. American College of Cardiology Annual Scientific Sessions, Atlanta, Georgia, May, 2021.

132. Mouksian K, Rawal A, Yedlapati N, Pullen D, **Jefferies JL**. *Amyloidosis – A Novel TTR Mutation in an Asian Female*. American College of Cardiology Annual Scientific Sessions, Atlanta, Georgia, May, 2021.

133. Wu NL, Chen Y, Math M, Dieffenbach BV, Li N, Ehrhardt MJ, Green DM, Hingorani S, Howell RM, **Jefferies JL**, Mulrooney DA, Oeffinger KC, Robison LL, Weil BR, Yuan Y, Yasui Y, Hudson MM, Leisenring WM, Armstrong GT, Chow EJ. *Development and validation of a prediction model for kidney failure in long-term survivors of childhood cancer.* American Society of Clinical Oncology Annual Meeting, Online, June, 2021.

134. Shah K, Khelli S, Delgado D, **Jefferies JL**, Towne M, Narayana A, Olugemo K. *Symptom burden and clinical characteristics of patients with mutations associated with hereditary transthyretin amyloidosis: Insights from referrals by cardiologists to a genetic testing programme.* European Society of Cardiology-Heart Failure Congress. Online, June, 2021.

135. **Jefferies JL**, Yaranov D, Silver M. *Volume-guided venous to venous ultrafiltration in hospitalized heart failure patients.* Heart Failure Society of America Annual Scientific Meetings. Denver, Colorado, September, 2021.

136. Patel M, Anderson K, Litzow J, Fink G, McDonald M, **Jefferies J**. *Same day discharge after TAVR, TEER, TMVR, Watchman device implantations: Call of the pandemic or expected evolution?* American College of Cardiology Quality Summit. Virtual. September, 2021.

137. Khella S, Shah K, Delgado D, Marti C, Keller A, **Jefferies JL**, Towne M, Gabriel A, Narayana A, Olugemo K. *Clinical characteristics of patients with transthyretin gene mutations in polyneuropathy manifestations of hereditary transthyretin amyloidosis.* American Association of Neuromuscular and Electrodiagnostic Medicine (AANEM). Aurora, Colorado, October, 2021.

138. Asbeutah A, Salberg L, **Jefferies JL**. *Prevalence of depression and anxiety related symptoms among patients living with hypertrophic cardiomyopathy.* American Heart Association Annual Scientific Sessions, Boston, Massachusetts, November, 2021.

139. Yaranov D, Silver M, Thompson S, Strobeck J, **Jefferies JL**. *Blood volume analysis phenotypes in heart failure patient supported with left ventricular assist device.* American Heart Association Annual Scientific Sessions, Boston, Massachusetts, November, 2021.

140. Kayali S, Pour-Ghaz I, Heckle M, Ifedili I, Nance C, Kabra R, Jha SK, **Jefferies JL,** Levine YC. *Beyond ejection fraction: Novel clinical approaches towards sudden cardiac death risk stratification in patients with dilated cardiomyopathy.* Tulane University Southern Regional Meeting, New Orleans, Louisiana, February, 2022.

141. Gunturkun F, Mulrooney DA, Davis RL, Armstrong GT, **Jefferies JL**, Karabayir A, Yasui Y, Ehrhardt M, Srivastava K, Hudson M, Akbilgic O. *Artificial intelligence to predict late-onset cardiomyopathy among childhood cancer survivors using electrocardiogram, echocardiogram and clinical data.* Quality of Care and Outcomes Research Scientific Sessions, Reston, Virginia, May 2022.

142. Williams AM, Phillips N, Goodenough CG, Brinkman ™, Papini C, Jacola LM, Delaney A, Armstrong GT, **Jefferies J**, Khan RB, Robison LL, Hudson MM, Ness KK, Krull KR. *Neuropathy and neurocognitive impairment in long-term survivors of pediatric cancer treated without central*

*nervous system (CNS) directed therapy.* American Society of Clinical Oncology Annual Meeting, Chicago, Illinois, June, 2022.

143. Ehrhardt MJ, Liu Q, **Jefferies JL**, Mulrooney DA, Sapkota Y, Goldberg JF, Dixon SB, Lucas JT, Ness KK, Srivastava DK, Mazur M, Plana JC, Robison LL, Hudson MM, Yasui Y, Armstrong GT. *Associations between global longitudinal strain (GLS), N-terminal-prohormone brain natriuretic peptide (NT-proBNP) and subsequent cardiomyopathy (CM) in a clinically assessed cohort of childhood cancer survivors exposed to cardiotoxic therapy.* American Society of Clinical Oncology Annual Meeting, Chicago, Illinois, June, 2022.

144. Dixon SB, Wang F, Lu L, Wilson CL, **Jefferies JL**, Green DM, Merchant TE, Howell RM, Srivastava DK, Delaney A, Robison LL, Ness KK, Hudson MM, Chemaitilly W, Armstrong GT. *Prediabetes, progression to diabetes, and risk for late cardiovascular events and kidney disease among adult survivors of childhood cancer in the St. Jude Lifetime Cohort.* International Symposium on Late Complications after Childhood Cancer (ISLCCC) Annual Meeting, July 8-9 2022. Utrecht, Netherlands.

145. Dixon SB, Wang F, Lu L, Wilson CL, **Jefferies JL**, Green DM, Merchant TE, Howell RM, Srivastava DK, Delaney A, Robison LL, Ness KK, Hudson MM, Chemaitilly W, Armstrong GT. *Prediabetes, progression to diabetes, and risk for late cardiovascular events and renal complications among adult survivors of childhood cancer in the St. Jude Lifetime Cohort.* Abstract # 331. International Society of Paediatric Oncology (SIOP) Annual Meeting September 2022. Barcelona, Spain.

146. Ehrhardt MJ, Liu Q, **Jefferies JL**, Mulrooney DA, Sapkota Y, Goldberg JF, Dixon SB, Lucas JT, Ness KK, Srivastava DK, Mazur M, Plana JC, Robison LL, Hudson MM, Yasui Y, Armstrong GT. *Associations between global longitudinal strain (GLS), N-terminal-prohormone brain natriuretic peptide (NT-proBNP) and subsequent cardiomyopathy (CM) in a clinically assessed cohort of childhood cancer survivors exposed to cardiotoxic therapy.* International Symposium on Late Complications of Childhood Cancer (ISLCCC), 2022. Utrecht, The Netherlands.

147. Conway J, Jeewa A, Benson L, Papaz T, L Gardin, Armstrong K, Russell M, Whitehill R, Nakano S, Villa C, Aziz P, Power A, Taylor HS, Parent JJ, Kantor P, Godwin J, Richmond ME, Kaufman BD, Rossano JW, Balanji S, Lal A, Weintraub R, **Jefferies JL**, Mital S. *The Prevalence And Association Of Exercise Test Abnormalities With Sudden Cardiac Death And Transplant-free Survival In Childhood Hypertrophic Cardiomyopathy.* American Heart Association Scientific Sessions, Chicago, Illinois, November 2022.

148. Mehta A, Wilcox W, Need K, Bernat J, Knoll J, **Jefferies J**, Longo N, Wallace E, Almon E, Alon S, Chertkoff R, Sullivan D, Rocco R, Koulinska I, Goker-Aplan A. *Baseline Characteristics of Patients with Fabry Disease Enrolled in the Pegunigalsidase Alfa Expanded-Access Program.* American Society of Nephrology Kidney Week, Orlando, Florida, November 2022.

149. Gunturkun F, Mulrooney DA, Davis RL, Armstrong GT, **Jefferies JL**, Karabayir A, Yasui Y, Ehrhardt M, Srivastava K, Hudson M, Akbilgic O. *Artificial intelligence to predict late-onset cardiomyopathy among childhood cancer survivors using electrocardiogram, echocardiogram and clinical data.* American Heart Association Scientific Sessions, Chicago, Illinois, November 2022. Selected as Best of AHA Specialty Conferences.

150. Kallish S, Biondetti GP, **Jefferies JL**, Aguiar P, Nelson MW, Giuliano JD, Zabinski JW, Boussios C, Curhan G, Bandaria JN, Gliklich RE, Warnock D. *Estimation of stroke risk in Fabry disease patients using a machine learning model*. 19th Annual WORLD Symposium, Orlando, Florida, February 2023.

151. Pour-Ghaz I, Alkhatib D, Rhea I, **Jefferies JL**, Decarr KL, Bihl A, Bond AJ, Sears C, Klinsky S, Hiatt N, Khouzam R, Yedlapati N. *Arrhythmogenic cardiomyopathy and left ventricular non-compaction: Role of cardiac magnetic resonance in nonischemic cardiomyopathy*. Southern Society for Clinical Investigation Annual Meeting, New Orleans, Louisiana, February 2023.

152. Alkhatib D, Pour-Ghaz I, **Jefferies JL**, Yedlapati N. *Cardiac sarcoidosis-A disease of uncertainty: Proposal for a simple algorithm*. Southern Society for Clinical Investigation Annual Meeting, New Orleans, Louisiana, February 2023.

153. Trotman D, McGrew F, Rawal A, Lounsbury C, Elliott J. Craig D, **Jefferies J**. *Pulse trains; The rare ECG findings in dilated cardiomyopathies*. American College of Cardiology Annual Scientific Sessions, New Orleans, Louisiana, March 2023.

154. **Jefferies J**, Aguiar P, Biondetti G, Warnock D, Kallish S, Nelson M, Giuliano J, Zabinski J, Boussios C, Curhan G, Bandaria J, Gliklich R. *Estimation of arrhythmia risk in patients with Fabry disease using a machine learning model*. International Society of Heart and Lung Transplantation 2023 Annual Scientific Program, Denver, Colorado, April 2023.

155. **Jefferies J**, Kallish S, Biondetti G, Aguiar P, Nelson M, Giuliano J, Zabinski J, Boussios C, Curhan G, Bandaria J, Gliklich R, Warnock D. *Estimation of stroke risk in patients with Fabry disease using a machine learning model*. International Society of Heart and Lung Transplantation 2023 Annual Scientific Program, Denver, Colorado, April 2023.

156. Williams ALM, Phillips N, Goodenough CG, Brinkman TM, Papini C, Jacola LM, Delaney A, Armstrong GT, **Jefferies J**, Khan RB, Robison LL, Hudson MM, Ness KK, Krull KR. *Neuropathy and Neurocognitive Impairment in Long-term Survivors of Pediatric Cancer Treated without Central Nervous System (CNS) Directed Therapy*. American Society of Clinical Oncology Annual Meeting, Chicago, Illinois, June 2023.

157. Hammoud R, Liu Q, Onerup A, Mulrooney D, Huang IC, **Jefferies J**, Krull K, Ness K, Ehrhardt M, Hudson M, Bhakta N, Dixon S, Yasui Y, Sapkota Y. *Cumulative burden of cardiovascular morbidity in adult survivors of childhood cancer: A report from the St. Jude Lifetime Cohort Study*. International Symposium on Late Complications After Childhood Cancer, Atlanta, Georgia, June 2023.

158. Williams AM, Phillips N, Goodenough CG, Brinkman TM, Papini C, Jacola LM, Delaney A, Armstrong GA, **Jefferies J**, Khan RB, Robison LL, Hudson MM, Ness KK, Krull KR. *Longitudinal associations between peripheral neuropathy and neurocognitive decline in long-term survivors of pediatric cancer treated without central nervous system (CNS) directed therapy*. International Symposium on Late Complications After Childhood, Atlanta, Georgia, June 2023.

159. Aguiar P, **Jefferies JL**, Kallish S, Biondetti G, Nelson M, Giuliano J, Zabinski J, Boussios C, Curhan G, Bandaria J, Gliklich R, Warnock D. *Estimation of stroke risk in patients with Fabry disease using a machine learning model*. New Horizons in Fabry Disease International Meeting, Prague, Czech

Republic, May 2023.

160. Aguiar P, **Jefferies JL**, Biondetti G, Warnock D, Kallish S, Nelson M, Giuliano J, Zabinski J, Boussios C, Curhan G, Bandaria J, Gliklich R. *Estimation of arrhythmia risk in patients with Fabry disease using a machine learning model*. New Horizons in Fabry Disease International Meeting, Prague, Czech Republic, May 2023.

161. Karabayir I, Butler L, Gunturkun F, Chintala LK, **Jefferies JL**, Baykaner T, Soliman E, Davis RL, Akbilgic O. *A real world evidence for the performance of an ECG-AI based heart failure risk predictor.* European Society of Cardiology Annual Meeting, Amsterdam, Holland, May 2023.

162. Battini A, **Jefferies JL**, Kabra R. *Localization of premature ventricular beads using artificial intelligence*. Tennessee American College of Cardiology Annual Meeting, Nashville, Tennessee, November 2023.

163. Battini A, **Jefferies JL**, Kabra R. *Localization of premature ventricular beads using artificial intelligence*. Heart Rhythm Society Meeting, Boston, Massachusetts, May 2024.

164. Karabayir I, Davis R, Tootooni S, Chinthala L, Soliman E, **Jefferies J**, Baykaner T, Shah S, Bertoni A, Kitzman D, Herrington D, Akbilgic O. *ECG-AI to assist with the classification of low ejection fraction and heart failure with preserved ejection fraction*. American Heart Association Scientific Sessions, Chicago, Illinois, November 2024.


**ABSTRACTS PUBLISHED***:*

1. **Jefferies JL,** Dreyer WJ, Denfield SW, Price JF, Towbin JA. Initial use of nesiritide in a postoperative heart transplant with acute tubular necrosis and hyponatremia. *Pediatr Cardiol* 2004;25:613.

2. **Jefferies JL,** Belmont JW, Craigen WJ, Ware SM, Fernbach SD, Neish SR, Smith EO, Towbin JA. Genetic predictors and reverse remodeling of dilated cardiomyopathy in muscular dystrophy. *Pediatr Cardiol* 2004;25 :577-578.

3. **Jefferies JL,** Eidem BW, Belmont JW, Craigen WJ, Ware SM, Fernbach SD, Neish SR, Smith EO, Towbin JA. Genetic predictors and reverse remodeling of dilated cardiomyopathy in muscular dystrophy. *Circulation* 2004;110(17): 111-365.

4. Dimas VV, Denfield SW, Cannon BC, Fenrich AL, Friedman RA, Smith EO, Clunie SK, Kim JJ, Price JF, **Jefferies JL,** Dreyer WJ, Kertesz NJ. Arrhythmias and sudden cardiac death in children with dilated cardiomyopathy. *Circulation* 2004;110(17):111-761.

5. Dimas VV, Kertesz NJ, Dreyer W.!, Kim JJ, **Jefferies JL,** Clunie SK, Cannon BC, Smith EO, Price JF, Denfield SW. Predictors of poor outcome in dilated cardiomyopathy. *Circulation* 2004;110(17): 111-389.

6.  Kim JJ, Dreyer WJ, Price JF, Clunie SK, Dimas VV, **Jefferies JL,** Rosenblatt H, Towbin JA, Denfield SW. Leukocyte suppression leads to improved clinical outcomes in children status-post orthotopic heart transplantation. *Circulation* 2004;110(17):111-595.

7.  **Jefferies JL,** Kearney DL, Fraser CD, McKenzie ED, Mott R. Localization of dendritic cells and monocytes to the graft matrix of polytetrafluoroethylene grafts used in the palliation of cyanotic heart defects. *J Am Coll Cardiol* 2005;45(3)Suppl A:323A.

8.  **Jefferies JL,** Denfield SW, Dreyer WJ, Price JF, Kim JJ, Dimas VV, Clunie S, Smith EO, McMahon CJ, Wann TI, Moffett BS, Towbin JA. A prospective evaluation of intravenous nesiritide in pediatric heart failure. *J Am Coll Cardiol* 2005;45(3)Suppl A:315A.

9.  Tan L, **Jefferies JL,** Denfield SW, Dreyer WJ, Mott AR, Dickerson HA, Price JF, Towbin JA, Ou C, Chang AC. B-typr natriuretic peptide predicts treatment outcomes in pediatric patients with decompensated heart failure in the intensive care setting. *Circulation 2*005; 112(17): Supplement 11-733.

10. Baybrook C. (Research Highlights **Jefferies ,IL** et al.) Early cardiac screening and genetic analysis in patients with muscular dystrophy. *Nat Clin Pract Cardiovasc Med* 2006 Feb, 3 (2):64-65.

11. Wechsler SB. Congenital Heart Disease (Research Highlights, **Jefferies JL** et al.) Genetic predictors and remodeling of dilated cardiomyopathy in muscular dystrophy. *Cardiosource Journal Review* 2006 Feb;15 (2):24-25.

12. Graham TP. Cardiomyopathy: Genetic predictors and remodeling of dilated cardiomyopathy in muscular dystrophy. **Jefferies** et al. 145-146. In: *Year Book of Cardiology 2006.* Elsevier 2006.

13. Moulik M, Breinholtll JP, Dreyer WJ, Kearney DL, Price JF, Clunie SK, Moffett BS, Kim JJ, Rossano J, **Jefferies JL**, Thomas AK, Harbes BA, Bowles KR, Smooth EO, Bowles NE, Denfield SW, Towbin JA. Viral Endomyocardial Infection is an Independent Predictor of Graft Loss in Pediatric Cardiac Transplant Recipients. *Circulation.* Oct 2006; 114:II_532.

14. Foerster S, Canter C, Carey A, Sleeper LA, **Jefferies JL**, Kantor P, Lamour J, Margossian R, Messere J, Pahl E, Rusconi P, Shaddy R, Webber S, Towbin JA, Sipshultz S. A Caomarative Analysis of Outcomes for Pediatric Patients with Biopsy-Proven Myocarditis, Clinically -Diagnosed Myocarditis and Idiopathic Dilated Cardiomyopathy. *Circulation.* Oct 2007; 116:II_565.

15. Decker JA, Rossano JW, Smith E O'Brian, Cannon BC, Clunie SK, **Jefferies JL**, Kim JK, Price JF, Dreyer WJ, Towbin JA, Denfield SW. Hypertrophic Cardiomyopathy in Children: Do Adult Risk Factors for Cardiac Death Apply. *Circulation.* Oct 2007; 116:II_564.

16. Rossano JW, Denfield SW, Smith EO, Kim JJ, Price JF, **Jefferies JL**, Heinle JS, Morales DL, Clunie SK, Decker JA, Towbin JA, Dreyer WJ. B-Type Natriuretic Peptide Levels at Greater Than One Year post-Transplant Predict Graft Survival in Pediatric Heart Transplant Patients. *Circulation.* Oct

2007; 116:II_564.

17.  Brescia S, Towbin JA, **Jefferies JL**, Rossano J, Denfield S, Price J, Dreyer WJ, Kim J. Fatal Arrhythmias in Pediatric Left Ventricular Non-Compaction. *Circulation* 2008; 118:S_813.

18.  Wu J, Xie M, Zheng M, Ge X, Kendall K, **Jefferies JL**, Towbin JA, Pignatelli R, Ayres N, Ge S. Alterations in Biomechanical Properties of Ascending Aorta in Marfan Syndrome by Real-time 2-D Ultrasound Speckle Tracking Imaging. *Circulation*. Oct. 2008; 118:S_752.

19.  Rossano JW, Morales DLS, Zafar F, Goldstein SL, Smith EO, Denfield SW, Kim JJ, Price JF, Heinle JS, Dreyer WJ, **Jefferies JL**. Impact of kidney function on long-term survival in pediatric patients with end-stage heart failure undergoing heart transplantation: An analysis of the United Network of Organ Sharing Database. *J Card Fail* 2009;12(6) Suppl 1:S87.

*20.*  Rossano JW, Zafar F, Graves DE, Dreyer WJ, Denfield SW, Kim JJ, Towbin JA, Decker JA, Heinle JS, **Jefferies JL**, Price JF, Bozkurt B, Morales DLS. Prevalence of heart failure related hospitalizations and risk factors for mortality in pediatric patients: An analysis of a nationwide sampling if hospital discharges. *Circulation* 2009;120 (18) Suppl: S586.

21.  Pahl E, Canter CE, Colan SD, Lu M, Webber SA, Sleeper LA, **Jefferies JL**, Hsu DT, Everitt MD, Kantor PF, Kaufman BD, Wilkinson JD, Towbin JA, Lipshultz SE. Sudden death in 1803 children with dilated cardiomyopathy: Rates and risk factors. *Circulation* 2009;120 (18) Suppl:S738.

*22.*  **Jefferies JL**, Colan SD, Sleeper LA, Towbin JA, Pahl E, Kantor PF, Everitt MD, Webber SA, Kaufman BD, Lamour JM, Canter CE, Hsu DT, Lipshultz SE. Outcome and risk stratification for children with left ventricular noncompaction: Findings from the Pediatric Cardiomyopathy Registry. *Circulation* 2009;120 (18) Suppl:S794.

23.  Molina KM, Denfield SW, Moulik M, Towbin JA, Price JF, **Jefferies JL**, Kim JJ, Dreyer WJ, Rossano JW. Viral endomyocardial infection in the 1st year post-transplant is associated with persistent inflammation in pediatric heart transplant patients. *Circulation* 2009;120 (18) Suppl:S817.

24.  Wilmot I, McGarry MC, Morales DL, **Jefferies JL**. Mechanical circulatory support in the treatment of children with acute fulminant myocarditis: A single center 14-year experience. *J Am Coll Cardiol*. 2010 Mar, 55 (10_Supplement) A43.E415.

25.  Towbin JA, Sleeper L, **Jefferies JL**, Colan SD, Webber SA, Canter CE, Hsu DT, Ware SM, Wilkinson JD, Orav J, Lipshultz SE. Genetic and viral genome analysis of childhood cardiomyopathy: The PCMR/PCSR experience. *J Am Coll Cardiol*. 2010 Mar, 55 (10_Supplement) A43.E409.

26.  Rossano JW, Price JF, **Jefferies JL**, Mott AR, Heinle JS, Kim JJ, Dickerson HA, Ocampo EC, Dreyer WJ, Denfield SW, Towbin JA, Nelson DP, Morales DLS. Impact of extracorporeal life support, ventricular assist devices, and inotropes on survival while waiting for heart transplantation: An analysis of the United Network of Organ Sharing Database. *Pediatr Crit Care Med* 2010;11:S107.

27.  Rossano JW, Morales DLS, zafar F, Graves DE, Bozkurt B, Cabrera AG, Price JF, Kim JJ, Dreyer

WJ, Denfield SW, Decker JA, **Jefferies JL**. Cost of heart failure admissions in children in the United States. *J Cardiac Failure* 2010 Aug 16(8) Suppl 1:S86.

28. Kim JJ, Rossano JW, Decker JA, Price JF, Wilmot I, Denfield SW, Dreyer WJ, Towbin JA, **Jefferies JL**. Prognostic Implications of Family History in Pediatric Left Ventricular Non-Compaction. *J Cardiac Failure* 2010 Aug 16(8) Suppl 1:S106.

29. Pignatelli R, Taylor J, Plana J, Sanchez L, Kendall K, Slesnick T, Ganame J, **Jefferies JL**. Use of 2-D Speckle tracking based strain for surveillance of Chemotherapeutic induced Cardiotoxicity in a pediatric population. *J Cardiac Failure* 2010 Aug 16(8) Suppl 1:S108.

30. Rossano JW, Kim JJ, Decker JA, Price JF, Zafar F, Graves DE, Morales DL, Heinle JS, Bozkurt B, Denfield SW, Dreyer WJ, **Jefferies JL**. Increasing Prevalence and Hospital Charges in Pediatric Heart Failure Related Hospitalizations in the United States: A Population-Based Study. *Circulation* Nov 2010; 122:A13740.

31. Rusconi P, Wilkinson JD, Sleeper LA, Lu M, Cox GF, Towbin JA, Colan SD, Webber SA, Canter CE, Ware SM, Hsu DT, Chung WK**, Jefferies JL**, Lipshultz SE. Outcomes in children with familial dilated Cardiomyopathy compared to children with idiopathic dilated Cardiomyopathy.

32. Maskatia S, Decker JA, Spinner JA, Kim JJ, Price JF, **Jefferies JL**, Dreyer WJ, Smith EO, Rossano JW, Denfield SW. Restrictive Physiology Is associated with Poor Outcomes in Children with Hypertrophic Cardiomyopathy. *J Am Coll Cardiol* 2011 57(14) Suppl E2040.

33. Walsh MA, **Jefferies JL**, Towbin JA, Czosek RJ. Conduction Abnormalities in Pediatric Patients with Restrictive Cardiomyopathy. *Circulation* 2011; 124:A9589.

34. Kantor PF, Orav E, Wilkinson J, Webber S, Canter C, Colan S, Towbin J, Everitt M, Pahl E, Ware S, Kaufman B, Rusconi P, Lamour J, **Jefferies JL**, Addonizio L, Lipshultz S. Progressive left ventricular changes predict the likelihood of survival in pediatric dilated cardiomyopathy: Findings from the pediatric cardiomyopathy registry. *J Am Coll Cardiol.* March 2012, 59(13 Supplemenet): E740.

35. Tamara Thomas, MD; Elaine Urbina, MS, MD; Angela Lorts, MD; Kan Hor, MD; **John L Jefferies, MS, MD**; Jeffrey Anderson, MD; Zhiqian Gao, PhD. Autonomic Dysfunction Found in Pediatric DMD Patients by Heart Rate Variability Analyses. Midwest Pediatric Cardiology Society Conference, September 2012 Herma Heart Center at Children's Hospital of Wisconsin.

36. Lacro RV, Guey LT, Dietz HC, Pearson GD, Yetman AT, Gelb BD, Loeys BL, Benson DW, Bradley TJ, De Backer J, Forbus GA, Klein GL, Lai WW, Levine JC, Lewin MB, Markham LW, Paridon SM, Pierpont ME, Radojewski E, Selamet Tierney ES, Sharkey AM, Wechsler SB, Mahony L; Pediatric Heart Network Investigators, **Jefferies, JL** (160 Collaborators). Characteristics of children and young adults with Marfan syndrome and aortic root dilation in a randomized trial comparing atenolol and losartan therapy. *Am Heart J.* 2013 May;165(5):828-835.e3. doi: 10.1016/j.ahj.2013.02.019. Epub 2013 Mar 26.

37. Tandon A, Taylor MD, Ware SM, **Jefferies JL**, Sticka JJ, Fleck RJ, Wong BL, Mazur W, Hor KN. A

longitudinal examination of cardiac dysfunction in patients with Duchenne and Becker muscular dystrophy via cardiac magnetic resonance imaging. *J Am Coll Cardiol 2013*. 61;10 (Suppl A): E831.

38. **Jefferies JL**, Towbin JA, Ryan T, Lucky A. Cardiovascular Findings in Recessive Dystrophic Epidermolysis Bullosa. American College of Cardiology 62nd Annual Scientific Session, San Francisco, CA. March 9, 2013. *J Am Coll Cardiol 2013*. 61;10 (Suppl A): A144.

39. Thomas TO, **Jefferies JL**, Lorts A, Anderson J, Hor K, Gao Z, Urbina E. Autonomic Dysfunction by Heart Rate Variability Analyses Correlates With Myocardial Fibrosis in Pediatric Duchenne Muscular Dystrophy. American College of Cardiology 62nd Annual Scientific Session, San Francisco, CA. March 9, 2013. *J Am Coll Cardiol 2013*. 61;10 (Suppl A): E590.

40. Morales DL, Zafar F, Lorts A, Ryan TD, Chin C, Towbin JA, **Jefferies JL**, Worldwide Use of SynCardia Total Artificial Heart in Adolescents: A 25-Year Experience, *The Journal of Heart and Lung Transplantation.* April 2013.

41. Morales DL, Zafar F, Gaynor JW, Rossano JW, **Jefferies JL**, Ryan TD, Towbin JA, Lorts A, The Worldwide Use of SynCardia Total Artificial Heart in Patients with Congenital Heart Disease, *The Journal of Heart and Lung Transplantation.* April 2013.

42. Wessel DL, Berger F, Li JS, Dähnert I, Rakhit A, Fontecave S, Newburger JW; CLARINET Investigators, **Jefferies JL**, (573 Collaborators) Clopidogrel in infants with systemic-to-pulmonary-artery shunts. *N Engl J Med*. 2013 Jun 20;368(25):2377-84. doi: 10.1056/NEJMoa1114588.

43. **Jefferies JL**. Barth Syndrome. *Am J Med Genet C Semin Med Genet*. 2013 Aug;163(3):198-205. doi: 10.1002/ajmg.c.31372. Epub 2013 Jul 10.

44. Shieh JT, **Jefferies JL**, Chin AJ. Disorders of left ventricular trabeculation/compaction or right ventricular wall formation. *Am J Med Genet C Semin Med Genet*. 2013 Aug;163(3):141-3. doi:

    10.1002/ajmg.c.31370. Epub 2013 Jul 10.

45. Bryant R, Zafar F., Castleberry C, Wilmot I, **Jefferies JL**, Chin C, Lorts, Morales DL. Post Transplant Survival Using the Berlin Heart Pediatric Ventricular Assist Device as a Bridge to Cardiac Transplantation. *Circulation* Nov 2013; 128:A15991.

46. Rossano JW, **Jefferies JL**, Pahl E, Naftel DC, Pruitt E, Lupton K, Dreyer WJ, Chinnock R, Boyle GJ, Mahle WT. Use of Sirolimus in Pediatric Heart Transplant Patients: A Multi-Institutional Study from the Pediatric Heart Transplant Study Group. *Circulation* Nov 2013; 128:A11572.

47. Everitt MD, Sleeper LA, Lu M, Canter C, Pahl E, Wilkinson J, Addonizio LJ, Towbin JA, Rossano J, Singh RK, Lamour J, Webber SA, Colan SD, Margossian R, Kantor PF, **Jefferies JL**, Lipshultz SE. Echocardiographic Normalization in Children with Idiopathic Dilated Cardiomyopathy: Results from the Pediatric Cardiomyopathy Registry. *Circulation* Nov 2013; 128:A9783.

48.  Hor KN, Taylor MD, Al-Khalidi HR, Cripe LH, Raman SV, **Jefferies JL**, O¿Donnell R, Benson DW, and Mazur W. Prevalence and distribution of late gadolinium enhancement in a large population of patients with Duchenne muscular dystrophy: effect of age and left ventricular systolic function. *Journal of Cardiovascular Magnetic Resonance 2013*, 15:107 doi:10.1186/1532-429X-15-107. December 2013.

49.  Riley AA, **Jefferies JL**, Nelson DP, Bennett MR, Blinder JJ, Ma Q, Devarajan P, Goldstein SL. Peritoneal dialysis does not adversely affect kidney function recovery after congenital heart surgery. Accepted for publication in *The International Journal of Artificial Organs*. 2014.

50.  Ryan TD, **Jefferies JL**, Sawnani H, Wong BL, Gardner A, Del Corral M, Lorts A, Morales DL. Implantation of the HeartMate II and HeartWare Left Ventricular Assist Devices in Patients With Duchenne Muscular Dystrophy: Lessons Learned From the First Applications. *ASAIO J*. 2014 Mar-Apr;60(2):246-8. doi: 10.1097/MAT.0000000000000050.

51.  Everitt MD, Sleeper LA, Lu M, Canter CE, Pahl E, Wilkinson JD, Addonizio LJ, Towbin JA, Rossano J, Singh RK, Lamour J, Webber SA, Colan SD, Margossian R, Kantor PF, **Jefferies JL**, Lipshultz SE; Pediatric Cardiomyopathy Registry Investigators. Recovery of Echocardiographic Function in Children with Idiopathic Dilated Cardiomyopathy: Results from the Pediatric Cardiomyopathy Registry. *J Am Coll Cardiol*. 2014 Feb 7. pii: S0735-1097(14)00454-9. doi: 10.1016/j.jacc.2013.11.059. [Epub ahead of print].

52.  Tandon A**, Jefferies JL**, Hor K, Wong B, Ware S, Mazur W, Fleck R, Gao Z, Sticka J, Benson DW, Taylor MD. Dystrophin genotype-cardiac phenotype correlations in Duchenne and Becker muscular dystrophy using cardiac magnetic resonance imaging. *J Am Coll Cardiol*. 2014 Apr 63, (12_Supplement) A2156.

53.  Nandi D, Lin K, O'Connor M, Elci O, Kim JJ, Decker J, Price JF, Zafar F, Morales DL, Denfield SW, Dreyer WJ, **Jefferies JL**, Rossano JW. Hospital charges for pediatric heart failure related hospitalizations admissions in the United States from 2000 to 2009. *J Am Coll Cardiol*. 2014 Apr, 63 (12_Supplement) A601.

54.  Parent JJ, Towbin JA, **Jefferies JL**. Fibrillin-1 Gene Mutation in Left Ventricular Non-Compaction Cardiomyopathy. *Circulation* Nov 2014; 130:A11621.

55.  Parent JJ, Towbin JA, **Jefferies JL**. Medical Therapy Leads to Positive Remodeling in Left Ventricular Non-Compaction Cardiomyopathy. *Circulation* Nov 2014; 130:A11079.

56.  Rossano JW, Canter CE, HSU DT, Pahl E, Dodd D, Webber SA, Towbin JA, Colan SD, Cantor PF, Addonizio LJ, **Jefferies JL**, Everitt MD, Ware SM, Lee T, Lal A, Messere J, Wilkinson JD, Lipshultz SE. Utilization and Safety of Long-Term Carvedilol in Pediatric Dilated Cardiomyopathy: A Multicenter Study from the Pediatric Cardiomyopathy Registry. *J Heart Lung Transplant*. 2014;35;4S:S158.

57.  Morales DL, Rizwan R, Zafar F, Villa C, **Jefferies JL**, Bryant R 3rd, Arabia FA, Lorts A. The Worldwide Experience of SynCardia Total Artificial Heart in Patients with Congenital Heart Disease.

*J Heart Lung Transplant*. 2014;35;4S:S162.

58. Lorts A, Rizwan R, Zafar F, Jefferies JL, Tweddell JS, Arabia FA, Morales DL. Worldwide Use of SynCardia Total Artificial Population: A 30 Year Experience. *J Heart Lung Transplant*. 2014;35;4S:S352.

59. Meeusen JW, Johnson JN, Jaffe AS, Donato LJ, **Jefferies JL**, Dalal A, O Maher K, Saenger AK. Novel Insights and Reference Intervals of Soluble ST2 in a Pediatric Population Free of Heart Failure. *Circulation*. Nov 2014; 130:A19711.

60. Raman SV, Hor KN, Mazur W, Halnon N, Tran T, Smart S, McCarthy B, Kissel JT, Taylor MD, **Jefferies JL**, Rafael-Fortney J, Roble S, Cripe LH. Serum vs. Imaging Biomakers of Myocardial Injury in Duchenne Muscular Dystrophy: Findings from the E-SCAR DMD Trial. *Circulation*. Nov 2014; 130:A17250.

61. Tandon A, Villa CR, Hor KN, **Jefferies JL**, Gao Z, Towbin JA, Wong BL, Mazur W, Fleck RJ, Sticka JJ, Benson DW, Taylor MD. Myocardial Fibrosis Burden Predicts Left Ventricular Ejection Fraction and is Modified by Age and Steroid Treatment Duration in Duchenne Muscular Dystrophy. *Circulation*. Nov 2014; 130:A12450.

62. Singh RK, Canter C, Shi L, Colan SD, Dodd DA, Everitt MD, **Jefferies JL**, Kantor PF, Lu M, Pahl E, Rossano J, Towbin JA, Wilkinson JD, Lipshultz SE. Improved Transplant -Free Survival of Children with Dilated Cardiomyopathy: Analysis of Two Decades from the Pediatric Cardiomyopathy Registry. *Circulation*. Nov 2014; 130:A16801.

63. Parent JJ, Towbin JA, **Jefferies JL**. Medical Therapy Leads to Positive Remodeling in Left Ventricular Non-Compaction Cardiomyopathy. *Circulation*. Nov 2014; 130:A11079.

64. Ryan TD, Lucky AW, Towbin JA, **Jefferies Jl**. Ventricular dysfunction and aortic dilation in patients with recessive dystrophic epidermolysis bullosa. *J Am Coll Cardiol*. 2015 Mar, 65 (10_Supplement) A944.

65. Castleberry C, Khan M, Shugh S, Wilmot I, Ryan TD, Chin C, **Jefferies JL**, Lorts A, Morales DL. Determinates of Non-Utilization in Pediatric Heart Donors. *J Heart Lung Transplant*. 2015;34;4S:S76.

66. Patel AR, Rossano JW, Kantor PF, Towbin JA, Colan SD, Everitt MD, **Jefferies JL**, Dodd DA, Silva JN, Janson CM, Wilkinson JD, LaRocca TJ, Lipshultz SE. Eligibility for Cardiac Resynchronization Therapy for Systolic Heart Failure in Children with Cardiomyopathy. *J Heart Lung Transplant*. 2015;34;4S:S320.

67. Mehmood M, Hor KN, Al-Khalidi H, Benson DW, **Jefferies JL**, Taylor MD, Egnaczyk GF, Raman SV, Basu S, Cripe L, Mazur M. Comparison of Right and Left Ventricular Systolic Function Indices in Duchenne Muscular Dystrophy: A Longitudinal Cardiac Magnetic Resonance Study. *J Heart Lung Transplant*. 2015;34;4S:S328.

68. Castleberry C, Taylor B, Hohlbein A, Ryan TD, **Jefferies JL**, Wilmot I, Lorts A, Chin C. Conversion to Proliferation Signaling Inhibitors in Pediatric Heart Transplant Patients. *J Heart Lung Transplant*. 2015;34;4S:S329.

69. O'Connor MJ, Wang N, Long J, Huang Y, Lin K, Singh T, **Jefferies JL**, Shaddy R, Rossano JW. Variability in Cardiomyopathy Admissions and Transplant Volumes at US Children's Hospitals. *J Heart Lung Transplant*. 2015;34;4S:S330.

70. Mehmood M, Taylor MD, **Jefferies JL**, Raman SV, Ambach S, Mazur W. Relationship of Right Ventricular Function and Respiratory Status in a Large Cohort of Duchenne Muscular Dystrophy. *J Cardiac Failure*. 2015;031;S24. doi:10.1016/j.cardfail.2015.06.101.

71. Faircloth JM, Taylor BN, Nelson NL, Ciambarella JA, Brown JM, Simon K, **Jefferies JL**. Comparison of Two Models of an Outpatient Anticoagulation Management Service at a Pediatric Medical Center. *Circulation: Cardiovascular Quality and Outcomes*. May 2015; 8:A321.

72. Castleberry C, **Jefferies JL**, Shi L, Wilkinson JD, Towbin JA, Harrison RW, Canter C, Rossano J, Pahl E, Lee T, Addonizio L, Rusconi P, Godown J, Mahgerefteh J, Colan SD, Kantor PF, Lipshultz SE, Miller T. The Association of Growth Patterns and Clinical Outcomes in Children with Dilated Cardiomyopathy: A Report from the Pediatric Cardiomyopathy Registry Study Group. *Circulation*. Nov 2015; 132:A10895.

73. Ware SM, Lipshutz SE, Collan SD, Shi L, Canter CE, Hse DT, Dodd DA, Everitt MD, Kantor PF, Addonizio LJ, **Jefferies JL**, Rossano J, Pahl E, Rusconi P, Schubert J, Lee T, Miller E, Tariq M, Wilkinson JD, Towbin JA. Results of Research Genetic Testing in Pediatric Cardiomyopathy Patients Justify Broader Clinical Genetic Testing. *Circulation*. Nov 2015; 132 Suppl 3 A16468.

74. Karani K, Mitsnefes M, Goldstein SL, **Jefferies JL**, Morales DL, Zafar F. The burden of acute injury injury on children hospitalized with heart failure. *J Am Coll Cardiol*. 2016 Apr, 67 (13_Supplement) 1441.

75. Lipshultz S, Wilkinson J, Shi L, Towbin J, Canter C, Hsu D, Webber S, Kantor P, Everitt M, Pahl E, **Jefferies JL**, Rossano J, Addonizio L, Dodd D, Ware S, Molina K, Colan S. The cardiac biomarkers in children with cardiomyopathy multicenter study: Preliminary results for pediatric hypertrophic cardiomyopathy. *J Am Coll Cardiol*. 2016 Apr. 67(13_Supplement) 1509.

76. Mathew J, Moore R, Spar D, Villa C, bange J, Sawnani H, Taylor MD, Wong B, **Jefferies JL**. Myocardial scar burden increases with age and is associated with decline in left ventricular systolic function in young patients with Becker muscular dystrophy. *J Am Coll Cardiol*. 2016 Apr, 67 (13_Supplement) 1517.

77. Khan S, Gray S, Mara C, Ashiki M, Brown J, **Jefferies JL**. Depression Screening in Pediatric Patients with Cardiomyopathy. *Circulation.* Nov 2016; 134:A19893.

78. Wittekind SG, Mays W, Gerdes Y, Knecht S, Hambrook J, Border W, **Jefferies JL**. Improved

exercise performance in pediatric Fontan patients after cardiac rehabilitation. *J Am Coll Cardiol*. 2017 Mar, 69 (11_Supplement) 575.

79. Wilmot I, Rodriguez M, Puri K, Feng J, Taylor B, Mathew J, Ryan TD, **Jefferies JL**. Contemporary use of heart failure medications in pediatric patients with dilated cardiomyopathy. *J Am Coll Cardiol*. 2017 Mar, 69 (11_Supplement) 747.

80. Ploutz M, Moore R, Ashiki M, Wisoyzkey B, Taylor B, Spurney C, Taylor MD, Jefferies JL. Spironolactone therapy for cardiomyopathy in Duchenne muscular dystrophy. *J Am Coll Cardiol*. 2017 Mar, 69 (11_Supplement) 870.

81. Rizwan, R, **Jefferies JL**, Bryant III R, Pettengill GA, Ryan TD, Lorts A, Chin C, Zafar F, Morales, DL. Heart Transplantation in Muscular Dystrophy Patients: Is It a Viable Option? *J Heart Lung Transplant.* 2017;36;4S:S189.

82. Rossano JW, Addonizio LJ, Canter CE, Colan SD, Dodd DA, Everitt MD, Harty B, Hsu D, **Jefferies JL**, Kantor PF, Lal A, Lamour JM, Lee TM, Pahl E, Shi L, Towbin JA, Ware SM, Webber SA, Wilkinson JD, Lipshultz SE. The Association of Carvedilol Use on Transplant Free Survival in Pediatric Patients with Dilated Cardiomyopathy: An Analysis from the Pediatric Cardiomyopathy Registry. *J Heart Lung Transplant.* 2017;36;4S:S262.

83. Stark SL, Chin C, Gossett J, Lorts A, Ryan TD, Wilmot I, **Jefferies JL**, Bryant III R. Tick, Tock – Shrinking Ischemic Times in Pediatric Heart Transplantation Through Process Standardization. *J Heart Lung Transplant.* 2017;36;4S:S356.

84. Grippo ED, Gray S, Miller E, Mara CA, Madueme P, Czosek RJ, **Jefferies JL**. Quality of Life, Anxiety and Depression in Pediatric Patients with Hypertrophic Cardiomyopathy at a Large Pediatric Center. *Circulation*. Nov. 2017; 136:A16039.

85. Lipshultz SE, Rossano JW, Shi L, **Jefferies JL**, Colan SD, Pahl E, Everitt MD, Webber SA, Canter CE, Towbin JA, Kantor PF, Feingold B, Addonizio LJ, Lamour JM, Ware SM, Lee TM, Czachor JD, Razoky H, Wilkinson JD. Cardiac Biomarkers are Associated with Death and Listing for Heart Transplantation in Pediatric Patients with Newly Diagnosed Dilated Cardiomyopathy: A Multi-Center Study From the Pediatric Cardiomyopathy Registry. *Circulation*. Nov 2017; 136 Suppl 1:A16472.

86. Kirmani S, Woodard PK, Shi L, Canter CE, Pahl E, Colan SD, Towbin JA, Webber SA, Rossano JW, Everitt MD, Molina KM, Kantor PF, **Jefferies JL**, Feingold, Addonizio LJ, Ware SM, Chung WK, Ballweg J, Lee TM, Czachor JD, Razoky H, Wilkinson JD, Lipshultz SE. Fibrosis and Hypertrophy Assessed by Magnetic Resonance Imaging (MRI) and Serum Biomarkers in Pediatric Hypertrophic Cardiomyopathy (HCM). A Report from the Pediatric Cariomyopathy Registry Group. *Circulation*, Nov. 2017; 136: Suppl 1:A16563.

87. Kirmani S, Woodard PK, Shi L, Canter CE, Colan SD, Pahl E, Towbin JA, Webber SA, Rossano JW, Everitt MD, Molina KM, Kantor PF, **Jefferies JL**, Feingold B, Addonizio LJ, Ware SM, Chung WK, Ballweg JA, Lee TM, Razoky H, Czachor JD, Lunze FI, Marcus E, Wilkinson JD, Lipshultz

SE. Are Echocardiogram and Magnetic Resonance Imaging (MRI) Comparable in Measuring Maximal Septal Thickness in Children with hypertrphic Cardiomyopathy (HCM)?. *Circulation.* Nov 2017; 136:Suppl 1:A16567.

88.    Ware SM, Wilkinson JD, Tariq M, Schubert JA, Sridhar A, Colan SD, Shi L, Canter CE, Hsu DT, Webber SA, Dodd DA, Everitt MD, Kantor PF, Addonizio LJ, **Jefferies JL**, Rossano JW, Pahl E, Rusconi P, Chung WK, Lee TM, Towbin JA, Lal AK, Bhatnagar S, Aronow BJ, Dexheimer P, Martin L, Miller EM, Razoky H, Czachor JD, Lipshultz SE. Exome Sequencing in a Pediatric Cardiomyopathy Cohort: Findings from the Pediatric Cardiomyopathy Registry. *Circulation.* Nov 2017; 136 suppl 1:A16673.

89.    Wittekind SG, Ryan TD, Gao Z, Zafar F, Chin CW, Hengehold TA**, Jefferies JL**. Contemporary outcomes of pediatric restrictive cardiomyopathy with aggressive medical therapy. **J Am Coll Cardiol.** 2018 Mar, 71 (11_Supplement) A894.

78.    Kantor PF, Ware SM, Shi L, Webber SA, Ching WK, Lee TM, Aronow B, Bansal N, Bhatnagar S, Dexheimer PJ, **Jefferies JL**, Lal AK, Martin LJ, Miller EM, Rossano J, Schubert J, Sridhar A, Tariq M, Razoky H, Czachor J, Wilkinson JD, Lipshultz SE. Phenotype, but Not Genotype, Determines Survival in Pediatric Dilated Cardiomyopathy: A Multi-Center Study From the Pediatric Cardiomyopathy Registry. *Circulation* Nov 2018; 138: Suppl 1, A14120.

79.    **Jefferies JL**, Hopkins R.  Prevalence of Lymphedema in Anderson-Fabry Disease a Report From the Fabry Registry. *Circulation.* Nov. 2018; 138 Suppl 1, A12361.

80.    **Jefferies JL**, Spar D, Chaouki AS, Casso P, Towbin JA, Czosek RJ. Continuous versus intermittent arrhythmia monitoring in pediatric and adult patients with left ventricular noncompaction (LVNC). *Circulation*. Volume 140, Issue Suppl_1, 19 November 2019.

81.    Giri S, **Jefferies JL**, Thomas F, Davis RL, Akbilgic O. *Abnormalities within normal sinus rhythm. Circulation: Cardiovasc Qual and Outcomes*. 2019;12:Suppl 12, A25.

82.    Asbeutah AA, **Jefferies JL**. Incidence of liver cirrhosis among patients with a Fontan circulation - A systematic review and meta-analysis. *J Am Coll Cardiol*. 2021 May, 77 (18_Supplement_1) 468.

83.    Stamper J, Rawal A, **Jefferies JL**. Single Center Aquapheresis Ultrafiltration Year One. *J Am Coll Cardiol.* 2021 May, 77 (18_Supplement_1) 734.

84.    Mouksian K, Rawal A, Yedlapati N, Pullen D, **Jefferies JL**. Amyloidosis – A Novel TTR Mutation in an Asian Female. *J Am Coll Cardiol*. 2021 May, 77 (18_Supplement_1) 1959.

85.    Yaranov D, Silver M, Thompson, S, Strobeck J, **Jefferies JL**. Blood Volume Analysis Phenotypes in Heart Failure Patients Supported with Left Ventricular Assist Device. *Circulation*. Nov. 2021; 144 Suppl 1, A13566.

86. Asbeutah AA, Salberg L, **Jefferies JL**. Prevalence of Depressive and Anxiety Related Symptoms Among Patients Living with Hypertrophic Cardiomyopathy. *Circulation*. Nov. 2021; 144 Suppl 1, A11555.

87. Gunturkun F, Mulrooney, DA, Davis RL, Armstrong GT, **Jefferies JL**, Karabayir I, Yasui Y, Ehrhardt M, Srivastava K, Hudson M, Akbilgic O. Artificial Intelligence To Predict Late Onset Cardiomyopathy Among Childhood Cancer Survivors Using Electrocardiogram, Echocardiogram, And Clinical Data. *Circulation*. May 2022; 15 Suppl 1, A212.

88. Alleman RK, McGrew FA, Kotha J, Angiolillo DJ, **Jefferies JL**, Jennings LK. Cross-Sectional, Exploratory Assessment of Biomarkers in Patients with Decompensated Heart Failure and Underlying Coronary Artery Disease (abide-hf). *Circulation*. Nov. 2022. A14206

89. Conway J, Min S, Villa C, Weintraub RG, Nakano SJ, Godown J, Kathyrn A, Richmond ME, Kaufman BD, Lal AK, Balaji S, Power A, Gardin L, Kantor PF, Patent JJ, Aziz PF **Jefferies JL**, Papaz T, Jeewa A, Benson LN, Russell MW, Whitehall R, Rossano J, Howard T, Mital S. The Prevalence and Association of Exercise Test Abnormalities with Sudden Cardiac Death and Transplant-Free Survival in Childhood Hypertrophic Cardiomyopathy. *Circulation*. Nov. 2022; 146 Suppl 1, A11615.

90. Battini A, Akbilgic O, KabraR, **Jefferies JL**. Detecting and Localizing Premature Ventricular Contractions Using Artificial Intelligence. *Heart Rhythm*. Vol 21. Issue 5, Suppl S414, May 2024.

91. Karabayir I, Davis R, Tootooni S, Chinthala L, Soliman E, **Jefferies J**, Baykaner T, Shah S, Bertoni A, Kitzman D, Herrington D, Akbilgic O. ECG-AI to assist with the classification of low ejection fraction and heart failure with preserved ejection fraction. *Circulation*. Vol 150, Number Suppl 1. https://doi.org/10.1161/circ.150.suppl_1.4143513

**PUBLICATIONS:**

1. **Jefferies JL,** Lufschanowski R, Cooley DA. Images in cardiovascular medicine. Left ventricular apicoaortic conduit: a cause of an unusual position of a prosthetic valve. *Circulation* 2003;107(24):3108.

2. **Jefferies JL,** Moreira W, Massumi A, Stainback RR Images in cardiovascular medicine. Rapid progression of extreme septal hypertrophic cardiomyopathy. *Circulation* 2003;108(19):e136.

3. **Jefferies JL,** Keller BK, Noonan JA, Wilson .1ˉ, Griffith C. Long term outcomes in adults with congenital heart disease in rural areas of Kentucky. *Am J Cardiol* 2004;94:263-266.

4. Rozo JC, **Jefferies JL,** Eidem BW, Cook PI Kawasaki disease in the adult: a case report and review of the literature. *Tex Heart Inst J.* 2004;31(2):160-164.

5. **Jefferies JL**, Noonan JA, Keller BB, Wilson JF, Griffith C 3rd. Quality of life and social outcomes in

adults with congenital heart disease living in rural areas of Kentucky. *Am J Cardiol*. 2004 Jul 15;94(2):263-6.

6.  **Jefferies JL,** Treistman B. Prinzmetal angina in a teenage girl. *Pediatr Cardiol* 2005; JulAug.26(4):486-487.

7.  **Jefferies JL,** Younis G, Flamm SD, Rasekh A, Massumi A. Chest pain and diaphragmatic pacing after pacemaker implantation. *Tex Heart Inst J* 2005;32:106-107.

8.  Ge S, Wu J, Eidem BW, Ayres N, Towbin JA, Bezold LI, Kovalchin JP, Neish SR, Belmont JW, Craigen WJ, Fernbach S. **Jefferies JL,** Pignatelli RH. Systolic and diastolic myocardial dysfunction precedes global pump dysfunction in Duchenne muscular dystrophy: The utility of Doppler tissue imaging to detect pre-clinical cardiomyopathy. *J Am Soc Echocardiogr* 2005;18:501.

9.  **Jefferies JL.** Review of Emergency Echocardiography. *Tex Heart Inst J* 2005;33(4272).

10. **Jefferies JL,** Chang AC. State of the art review. The neurohormonal axis and biochemical markers of heart failure. *Cardiol Young* 2005 Aug;15(4):333-344.

11. **Jefferies JL,** Eidem BW. Belmont JW, Craigen WJ**,** Ware SM, Fernbach SD, Neish SR, Smith EO, Towbin JA. Genetic predictors and remodeling of dilated cardiomyopathy in muscular dystrophy. *Circulation* 2005 Nov 1;112 (18):2799-2804. Epub 2005 Oct 24.

12. Moffett BS, **Jefferies JL,** Price JF, Clunie SK. Denfield SW, Dreyer WJ, Towbin JA. Administration of a large nesiritide bolus dose in a pediatric patient: A case report and review of nesiritide use in pediatrics. *Pharmacotherapy* 2006:Feb;26(2):277-280.

13. Moffett BS, **Jefferies JL,** Rossano J, Towbin JA. Nesiritide therapy in a term neonate with renal disease. *Pharmacotherapy* 2006:Feb;26(2):281-284.

14. McMahon CJ, Pignatelli RH, Nagueh SF, Lee VV, Vaughn W, Valdes SO, Kovalchin JP, **Jefferies JL,** Dreyer WJ, Denfield SW, Clunie SK, Towbin JA, Eidem BW. Left ventricular noncompaction cardiomyopathy in children: characterisation of clinical status using tissue Doppler-derived indices of left ventricular diastolic relaxation. *Heart* 2007;Jun;93(6):676-681. Epub 2006 Nov 29. *Erratum in: Heart* 2007 Aug 1;93(8):984.

15. Kim JJ, Dreyer WJ, Smith EO, Price JF, Clunie SK, Dimas VV, **Jefferies JL,** Rosenblatt H, Radovancevic B, Towbin JA, Denfield SW. Leukocyte suppression is associated with improved clinical outcomes in children's status after orthotopic heart transplantation. *J Heart Lung Transplant* 2006;Feb;25(2):195-199.

16. **Jefferies JL,** Denfield SW, Price JF, Dreyer WJ, McMahon CJ, Grenier MA, Kim JJ, Dimas VV, Clunie SK, Moffett BS, Chang AC, Wann TI, Smith EO, Towbin JA. A prospective evaluation of nesiritide in the treatment of pediatric heart failure. *Pediatr Cardiol* 2006 Jul-Aug;27(4):402-407.

17. **Jefferies JL,** Denfield SW, Price JF, Dreyer WJ, McMahon CJ, Kim .11, Diams VV, Clunie SK, Moffett BS, Chang AC, Wann TI, Smith EO, Towbin JA. Safety and efficacy of nesiritide in pediatric heart failure. *J Card Fail* 2007;13(7):541-548.

18. Tan LH, **Jefferies JL,** Liang JF, Denfield SW, Dreyer WJ, Mott AR, Dickerson HA, Price JF, Towbin JA, Ou CN, Chang AC. Concentrations of brain natriuretic peptde in the plasma predicts outcomes of treatment of children with decompensated heart failure admitted to the Intensive Care Unit. *Cardiol Young* 2006:Aug;17(4)397-406. Epub 2007 Jun 18.

19. Rossano JW, Grenier MA, Dreyer WJ, Kim JJ, Price JF, **Jefferies JL,** Smith EO, Clunie SK, Moulik M, Decker TA, Breinholt .TP, Morales DL, McKenzie ED, Towbin JA, Denfield SW. Effect of body mass index on outcome in pediatric heart transplant patients. *J Heart Lung Transplant* 2007:Ju1;26(7):718-723.

20. **Jefferies JL**, Price JF, Denfield SW, Chang AC, Dreyer WJ, McMahon CJ, Grenier MA, Clunie SK, Thomas A, Moffett BS, Wann TS, Smith EO, Towbin JA. Safety and efficacy of nesiritide in pediatric heart failure. *J Card Fail* 2007 Sep;13(7):541-548.

21. Studer MA, **Jefferies JL,** McKenzie ED, Ing FF. Traumatic cardiac rupture and left ventricular aneurismal formation in childhood. *Am J Cardiol* 2008;101(3):413-414.

22. Price JF, Mott AR, Dickerson HA, **Jefferies JL**, Nelson DP, Chang AC, Smith EO, Towbin JA, Dreyer WJ, Denfield SW, Goldstein SL. Worsening renal function in children hospitalized with decompensated heart failure: Evidence for a pediatric cardiorenal syndrome? *Pediatr Crit Care Med* 2008 May;9(3):279-284.

23. Rossano JW, Denfield SW, Kim JJ, Price JF, **Jefferies JL**, Decker JA, Smith EO, Clunie SK, Towbin JA, Dreyer WJ. B-type natriuretic peptide is a sensitive screening test for acute rejection in pediatric heart transplant patients. *J Heart Lung Transplant*. 2008 Jun;27(6):649-654. Epub 2008 Apr 24.

24. Moffett BS, Mott AR, Nelson DP, Goldstein SL, **Jefferies JL**. Renal effects of fenoldopam in critically ill pediatric patients: A retrospective review. *Pediatr Crit Care Med*. 2008 Jul;9(4):403-406.

25. **Jefferies JL**, Dougherty K, Krajcer ZK. First use of cryoplasty to treat in-stent renal artery stenosis. *Tex Heart Inst J*. 2008;35(3):352-355.

26. Rossano JW, Denfield SW, Kim JJ, Price JF, **Jefferies JL**, Decker JA, Smith EO, Clunie SK, Towbin JA, Dreyer JW. Assessment of the Cylex ImmuKnow cell function assay in pediatric heart transplant patients. *J Heart Lung Transplant*. 2009 Jan;28(1):26-31.

27. Mohapatra B, Casey B, Li H, Ho-Dawson T, Smith L, Fernbach SD, Molinari L, Niesh SR, **Jefferies JL**, Craigen WJ, Towbin JA, Belmont JW, Ware SM. Identification and functional characterization of NODAL rare variants in heterotaxy and isolated cardiovascular malformations. *Hum Mol Genet*. 2009 Mar 1;18(5):861-871. Epub 2008 Dec 8.

28. Decker JA, Rossano JW, Smith EO, Cannon B, Clunie SK, Gates C, **Jefferies JL**, Kim JJ, Price JF, Dreyer WJ, Towbin JA, Denfield SW. Risk factors and mode of death in isolated hypertrophic cardiomyopathy in children. *J Am Coll Cardiol* 2009 Jul 14;54(3):250-254.

29. **Jefferies JL**, Kim JJ, Belmont JW, Friedman RA. The Twiddling Andersen. *Tex Heart Inst J* 2009 ;36(4):349-351.

30. Macicek SM, Macias CG, **Jefferies JL**, Kim JJ, Price JF. Acute heart failure syndromes in the pediatric emergency department. *Pediatrics*. 2009 Nov;124(5):e898-904.

31. **Jefferies JL**, Belmont JW, Pignatelli R, Towbin JA, Craigen WJ. PTPN11 mutation associated with aortic dilation and hypertrophic cardiomyopathy in a pediatric patient with Noonan syndrome. *Pediatr Cardiol* 2010 Jan;31(1):114-116.

32. **Jefferies JL**, Rossano JW, Taylor MD, Belmont JW, Craigen WJ. Novel cardiac findings in periventricular heterotopia. *Am J Med Genet A* 2010 Jan;152A(1):165-168.

33. **Jefferies JL**, Towbin JA. Dilated cardiomyopathy. *Lancet* 2010 Feb;375(9716):752-62.

34. Rossano JW, Denfield SW, Kim JJ, Price JF, **Jefferies JL**, Decker JA, Dreyer WJ. B-type natriuretic peptide levels late after transplant predict graft survival in pediatric heart transplant patients. *J Heart Lung Transplant* 2010 Mar;29(3):385-6.

35. Breinholt JP, Moulik M, Dreyer WJ, Denfield SW, Kim JJ, **Jefferies JL**, Rossano JW, Gates CM, Clunie SK, Bowles KR, Kearney DL, Bowles NE, Towbin JA. Viral epidemiologic shift in inflammatory heart disease: the increasing involvement of parvovirus B19 in the myocardium of pediatric cardiac transplant patients. *J Heart Lung Transplant* 2010 Jul;29(7):739-46.

36. Rossano JW, Morales DL, Zafar F, Denfield SW, Kim JJ, **Jefferies JL**, Dreyer WJ. Impact of antibodies against human leukocyte antigens on long-term outcome in pediatric heart transplant patients: An analysis of the United Network for Organ Sharing database. *J Thorac Cardiovasc Surg* 2010 Sep; 140(3):694-9, 699.e1-2.

37. Carlson P, **Jefferies JL**, Kearney D, Russell H. Refractory dilated cardiomyopathy associated with metastatic neuroblastoma. *Pediatr Blood Cancer* 2010 Oct;55(4):736-8.

38. Shah AM, **Jefferies JL**, Rossano JW, Decker JA, Cannon BC, Kim JJ. Electrocardiographic abnormalities and arrhythmias are strongly associated with the development of cardiomyopathy in muscular dystrophy. *Heart Rhythm* 2010 oct; 7(10):1484-8.

39. Moulik M, Breinholt JP, Dreyer WJ, Kearney DL, Price JF, Clunie SK, Moffett BS, Kim JJ, Rossano JW, **Jefferies JL**, Bowles KR, O'Brian Smith E, Bowles NE, Denfield SW, Towbin JA. Viral Endomyocardial Infection Is an Independent Predictor and Potentially Treatable Risk Factor for Graft Loss and Coronary Vasculopathy in Pediatric Cardiac Transplant Recipients. *J Am Coll Cardiol*. 2010 Aug 10; 56:582-592.

40. Shchelochkov OA, Li FY, Wang J, Zhan H, Towbin JA, **Jefferies JL**, Wong LJ, Scaglia F. Milder Clinical Course of Type IV 3-Methylglutaconic Aciduria Due to a Novel Mutation in TMEM70. *Mol Genet Metab*. 2010 Oct-Nov.; 101(2-3):282-285.

41. Foerster SR, Canter CE, Cinar A, Sleeper LA, Webber SA, Pahl E, Kantor PF, Alvarez JA, Colan SD, **Jefferies JL**, Lamour JM, Margossian R, Messere JE, Rusconi PG, Shaddy RE, Towbin JA, Wilkinson JD, Lipshultz SE. Ventricular Remodeling and Survival are More Favorable for Myocarditis than for Idiopathic Dilated Cardiomyopathy in Childhood: An Outcomes Study from the Pediatric Cardiomyopathy Registry. *Circ Heart Fail* 2010 Nov;3(6):689-97.

42. **Jefferies JL**, Price JF, Morales DL. Mechanical support in childhood heart failure. *Heart Fail Clin*. 2010 Oct;6(4):559-73.

43. **Jefferies JL**, Hoffman TM, Nelson DP. Heart failure treatment in the intensive care unit in children. *Heart Fail Clin.* 2010 Oct;6(4):531-58.

44. Morales DL, Zafar F, Rossano JW, Salazar JD, **Jefferies JL**, Graves DE, Heinle JS, Fraser CD Jr. Use of ventricular assist devices in children across the United States: analysis of 7.5 million pediatric hospitalizations. *Ann Thorac Surg*. 2010 Oct;90(4):1313-8; discussion 1318-9.

45. Towbin JA, Ware SM, **Jefferies JL**. Heart transplants in pediatric patients: viral infection as a loss predictor. *Future Cardiol*. 2010 Nov;6(6):735-41.

46. Mazur W, Hor KN, Germann JT, Fleck RJ, Al-Khalidi HR, Wansapura JP, Chung ES, Taylor MD, **Jefferies JL**, Woodrow Benson D, Gottliebson WM. of left ventricular remodeling in patients with Duchenne Muscular Dystrophy: a cardiac MRI study of ventricular geometry, global function, and strain. *Int J Cardiovasc Imaging*. 2012 Jan; 28(1):99-107.

47. Belmont JW, Craigen W, Martinez H, **Jefferies JL**. Genetic disorders with both hearing loss and cardiovascular abnormalities. *Adv Otorhinolaryngol*. 2011;70:66-74.

48. Brunetti-Pierri N, Pignatelli R, Fouladi N, Towbin JA, Belmont J, Craigen W, Wong LJ, **Jefferies JL,** Scaglia F. Dilation of the aortic root in mitochondrial disease patients. *Molecular Genetics and Metabolism* 2011 Jun; 103(2):167-70.

49. Martinez HR, Belmont JW, Craigen WJ, Taylor MD, **Jefferies JL**. Left ventricular noncompaction in Sotos syndrome. *Am J Med Genet A*. 2011 May;155A(5):1115-8.

50. Wilmot I, Morales DL, Price JF, Rossano JW, Kim JJ, Decker JA, McGarry MC, Denfield SW, Dreyer WJ, Towbin JA, **Jefferies JL**. Effectiveness of Mechanical Circulatory Support in Children With Acute Fulminant and Persistent Myocarditis. *J Cardiac Failure* 2011 Jun; 17(6):487-94.

51. Blinder JJ, Martinez HR, Craigen WJ, Belmont J, Pignatelli RH, **Jefferies JL**. Noncompaction of the left ventricular myocardium in a boy with a novel chromosome 8p23.1 deletion. *Am J Med Genet A*. 2011 Sep;155(9):2215-20.

52.  Blinder JJ, Goldstein SL, Lee VV, Baycroft A, Fraser CD, Nelson D, **Jefferies JL**. Congenital heart surgery in infants: Effects of acute kidney injury on outcomes. *J Thorac Cardiovasc Surg*. 2011 Sep;155A(9):2215-20.

53.  Banchs J, **Jefferies JL**, Plana JC, Hundley WG. Imaging for cardiotoxicity in cancer patients. *Tex Heart Inst J*. 2011;38(3):268-9.

54.  Bainbridge MN, Wang M, Wu YQ, Newsham I, Muzny DM, **Jefferies JL**, Albert TJ, Burgess DL, Gibbs RA. Targeted enrichment beyond the consensus coding DNA sequence exome reveals exons with higher variant densities. *Genome Biol*. 2011 Jul 25;12(7):R68.

55.  Alvarez JA, Orav EJ, Wilkinson JD, Fleming LE, Lee DJ, Sleeper LA, Rusconi PG, Colan SD, Hsu DT, Canter CE, Webber SA, Cox GF, **Jefferies JL**, Towbin JA, Lipshultz SE; for the Pediatric Cardiomyopathy Registry Investigators. Competing Risks for Death and Cardiac Transplantation in Children With Dilated Cardiomyopathy: Results From the Pediatric Cardiomyopathy Registry. *Circulation*. 2011 Aug 16;124(7):814-823.

56.  Hor KN, Mazur W, Taylor MD, Al-Khalidi HR, Cripe LH, **Jefferies JL**, Raman SV, Chung ES, Kinnett KJ, Williams K, Gottliebson WM, Benson DW. Effects of steroids and angiotensin converting enzyme inhibition on circumferential strain in boys with Duchenne muscular dystrophy: a cross-sectional and longitudinal study utilizing cardiovascular magnetic resonance. *J Cardiovasc Magn Reson*. 2011 Oct 19;13:60.

57.  **Jefferies JL**, Pignatelli RH, Martinez HR, Robbins-Furman PJ, Liu P, Gu W, Lupski JR, Potocki L. Cardiovascular findings in duplication 17p11.2 syndrome. *Genet Med*. 2011 Oct 17. [Epub ahead of print].

58.  Martinez HR, Niu MC, Sutton VR, Pignatelli R, Vatta M, **Jefferies JL**. Coffin-Lowry syndrome and left ventricular noncompaction cardiomyopathy with a restrictive pattern. *Am J Med Genet A*. 2011 Dec;155A(12):3030-4.

59.  Martinez HR, Pignatelli R, Belmont JW, Craigen WJ, **Jefferies JL**. Childhood onset of left ventricular dysfunction in a female manifesting carrier of muscular dystrophy. *Am J Med Genet A*. 2011 Dec;155A(12):3025-9.

60.  **Jefferies JL**, Pignatelli RH, Martinez HR, Robbins-Furman PJ, Liu P, Gu W, Lupski JR, Potocki L. Cardiovascular findings in duplication 17p11.2 syndrome *Genet Med*. 2012 Jan;14(1):90-4.

61.  Mazur W, Hor KN, Germann JT, Fleck RJ, Al-Khalidi HR, Wansapura JP, Chung ES, Taylor MD, **Jefferies JL**, Woodrow Benson D, Gottliebson WM. Patterns of left ventricular remodeling in patients with Duchenne Muscular Dystrophy: a cardiac MRI study of ventricular geometry, global function, and strain. *Int J Cardiovasc Imaging*. 2012 Jan;28(1):99-107.

62.  Maskatia SA, Decker JA, Spinner JA, Kim JJ, Price JF, **Jefferies JL**, Dreyer WJ, Smith EO, Rossano JW, Denfield SW. Restrictive physiology is associated with poor outcomes in children with

hypertrophic cardiomyopathy. *Pediatr Cardiol*. 2012 Jan;33(1):141-9.

63. Pahl E, Sleeper LA, Canter CE, Hsu DT, Lu M, Webber SA, Colan SD, Kantor PF, Everitt MD, Towbin JA, **Jefferies JL**, Kaufman BD, Wilkinson JD, Lipshultz SE. Incidence of and risk factors for sudden cardiac death in children with dilated cardiomyopathy: a report from the Pediatric Cardiomyopathy Registry. *J Am Coll Cardiol*. 2012 Feb 7;59(6):607-15.

64. Pignatelli R, Law MA, Martinez H, Altman C, Ayres N, **Jefferies JL**, Ganame J. Two-Dimensional Speckle Strain Imaging in the Management of Paraganglioma, Acute Junctional Tachycardia, and Myocardial Dysfunction in a Child. *Tex Heart Inst J*, 2012; 39(1):119-21.

65. Walsh MA, Grenier MA, **Jefferies JL**, Towbin JA, Lorts A, Czosek RJ. Conduction abnormalities in pediatric patients with restrictive cardiomyopathy. *Circ Heart Fail*. 2012 Mar 1;5(2):267-73.

66. Rossano JW, Kim JJ, Decker JA, Price JF, Zafar F, Graves DE, Morales DL, Heinle JS, Bozkurt B, Towbin JA, Denfield SW, Dreyer WJ, **Jefferies JL**. Prevalence, morbidity, and mortality of heart failure-related hospitalizations in children in the United States: a population-based study. *J Card Fail*. 2012 Jun;18(6):459-70.

67. Ware SM, **Jefferies JL**. New Genetic Insights into Congenital Heart Disease. *J Clin Exp Cardiolog*. 2012 Jun 15;S8. pii: 003.

68. Prada CE, **Jefferies JL**, Grenier MA, Huth CM, Page KI, Spicer RL, Towbin JA, Leslie ND. Malonyl coenzyme A decarboxylase deficiency: early dietary restriction and time course of cardiomyopathy. *Pediatrics.* 2012 Aug;130(2):e456-60.

69. Webber SA, Lipshultz SE, Sleeper LA, Lu M, Wilkinson JD, Addonizio LJ, Canter CE, Colan SD, Everitt MD, **Jefferies JL**, Kantor PF, Lamour JM, Margossian R, Pahl E, Rusconi PG, Towbin JA; Pediatric Cardiomyopathy Registry Investigators. Outcomes of restrictive cardiomyopathy in childhood and the influence of phenotype: a report from the Pediatric Cardiomyopathy Registry. *Circulation*. 2012 Sep 4;126(10):1237-44.

70. **Jefferies JL**, Morales D, Mechanical Circulatory Support in Children: Bridge to Transplant Versus Recovery. *Current Heart Failure Reports* 2012 Sep; 9(3):236-243,

71. Ryan TD, Ware SM, Lucky AW, Towbin JA, **Jefferies JL**, Hinton RB. Left ventricular noncompaction cardiomyopathy and aortopathy in a patient with recessive dystrophic epidermolysis bullosa. *Circ Heart Fail*. 2012 Sep 1;5(5):e81-2.

72. Hanke SP, Gardner AB, Lombardi JP, Manning PB, Nelson DP, Towbin JA, **Jefferies JL**, Lorts A., Left Ventricular Noncompaction Cardiomyopathy in Barth Syndrome: An Example of an Undulating Cardiac Phenotype Necessitating Mechanical Circulatory Support as a Bridge to Transplantation. *Pediatric Cardiology*, 2012 Dec; 33(8):1430-1434.

73. Thomas TO, Ramachandran P, **Jefferies JL**, Beekman RH, Hor K, Lorts A. Prompt Recognition and Percutaneous Coronary Intervention Leads to Favorable Myocardial Recovery After ST-Segment

Elevation Myocardial Infarction Secondary to Acute Promyelocytic Leukemia: Pediatric Case Report. *Pediatr Cardiol*. 2013;34(8):2047-51.

74. Lalani SR, Shaw C, Wang X, Patel A, Patterson LW, Kolodziejska K, Szafranski P, Ou Z, Tian Q, Kang SH, Jinnah A, Ali S, Malik A, Hixson P, Potocki L, Lupski JR, Stankiewicz P, Bacino CA, Dawson B, Beaudet AL, Boricha FM, Whittaker R, Li C, Ware SM, Cheung SW, Penny DJ, **Jefferies JL**, Belmont JW. Rare DNA copy number variants in cardiovascular malformations with extracardiac abnormalities. *Eur J Hum Genet*. 2013 Feb;21(2):173-81.

75. Zhorne D, Petit CJ, Ing FF, Justino H, **Jefferies JL**, Dreyer WJ, Kearney D, Crystal MA. A 25-year experience of endomyocardial biopsy safety in infants. *Catheter Cardiovasc Interv*. 2013 Nov 1; 82(5):797-801.

76. Brescia ST, Rossano JW, Pignatelli R, **Jefferies JL**, Price JF, Decker JA, Denfield SW, Dreyer WJ, Smith O, Towbin JA, Kim Mortality and sudden death in pediatric left ventricular noncompaction in a tertiary referral center. *Circulation*. 2013 Jun 4;127(22):2202-8.

77. **Jefferies JL**, Bartone C, Menon S, Egnaczyk GF, O'Brien TM, Chung ES. Ultrafiltration in Heart Failure with Preserved Ejection Fraction: Comparison with Systolic Heart Failure Patients. *Circ Heart Fail*. 2013 Jul; 6(4):733-9.

78. **Jefferies JL**, Goldstein SL. Cardiorenal syndrome: an emerging problem in pediatric critical care. *Pediatr Nephrol*. 2013 Jun;28(6):855-62. doi: 10.1007/s00467-012-2251-4. Epub 2012 Jul 18. *Pediatr Nephrol* 2013 Jun; 28(6):989.

79. Lalani SR, Ware SM, Wang X, Zapata G, Tian Q, Franco L, Jiang Z, Bucasas K, Scott DA, Campeau PM, Hanchard N, Umaña L, Cast A, Patel A, Cheung SW, McBride KL, Bray M, Chinault AC, Boggs BA, Huang M, Baker MR, Hamilton S, Towbin J, **Jefferies JL**, Fernbach SD, Potocki L, Belmont JW. MCTP2 is a dosage sensitive gene required for cardiac outflow tract development. *Hum Mol Genet*. 2013 Nov 1; 22(21):4339-48.

80. Ryan TD, Taylor MD, Mazur W, Cripe LH, Pratt J, King EC, Lao K, Grenier MA, **Jefferies JL**, Benson DW, Hor KN. Abnormal Circumferential Strain is Present in Young Duchenne Muscular Dystrophy Patients. *Pediatr Cardiol*. 2013 Jun;34(5):1159-65.

81. Wessel DL, Berger F, Li JS, Dahnert I, Rakhit A, Fontecave S, Newburger JW. Clopidogrel in infants with systemic-to-pulmonary-artery shunts. *N Eng J Med*. 2013.Jun 20:368(25):2377-84.

82. Lacro RV, Guey LT, Dietz HC, Pearson GD, Yetman AT, Gelb BD, Loeys BL, Benson DW, Bradley TJ, De Backer J, Forbus GA, Klein GL, Lai WW, Levine MB, Markham LW, Paridon SM, Pierpont ME, Radojewski E, Selamet Tierney ES, Sharkey AM, Wechsler SB, Mahony L. Characteristics of children and young adults with Marfan syndrome and aortic root dilation in a randomized trial comparing atenolol and losartan. *Am Heart J*. 2013 may;165(5): 828-835.

83. Shieh JT, **Jefferies JL**, Chin AJ. Disorders of left ventricular trabeculation/compaction or right ventricular wall formation. *Am J Med Genet C Semin Med Genet*. 2013

Aug;163C(3):141-3.

84. **Jefferies JL**. Barth syndrome. *Am J Med Genet C Semin Med Genet*. 2013 Aug;163C(3):198-205.

85. Martinez HR, Craigen WJ, Ummat M, Adesina AM, Lotze TE, **Jefferies JL**. Novel cardiovascular findings in association with a POMT2 mutation: three siblings with α-dystroglycanopathy. *Eur J Hum Genet*. 2014 Apr; 22(4):486-491.

86. Ryan TD, Gupta A, Gupta D, Goldenberg P, Taylor MD, **Jefferies JL**. Dilated cardiomyopathy in a thirty-two-year-old woman with Russell-Silver syndrome. *Cardiovasc Pathol*. 2014 Jan-Feb;23(1):21-27.

87. Madueme PC, Mazur W, Hor KN, Germann JT, **Jefferies JL**, Taylor MD. Comparison of area-length method by echocardiography versus full-volume quantification by cardiac magnetic resonance imaging for the assessment of left atrial volumes in children, adolescents, and young adults. *Pediatr Cardiol* 2014 Apr; 34(4):645-651.

88. Tandon A, Mazur W, **Jefferies JL**, Taylor MD. Longitudinal Examination of Cardiac Dysfunction in Dystrophinopathic Patients via Cardiac Magnetic Resonance Imaging. *J Am Heart Assoc*. 2015; Mar 26;4(4).

89. Ryan TD, **Jefferies JL**, Sawnani H, Wong BL, Gardner A, Del Corral M, Lorts A, Morales DL. Implantation of the HeartMate II and HeartWare left ventricular assist devices in patients with Duchenne muscular dystrophy: Lessons learned from the first applications. *ASAIO J*. 2014 Mar-Apr; 60(2):246-248.

90. **Jefferies JL**, Wilkinson JD, Sleeper LA, Colan SD, Lu M, Pahl E, Kantor PF, Everitt MD, Webber SA, Kaufman BD, Lamour JM, Canter CE, Hsu DT, Addonizio LJ, Lipshultz SE, Towbin JA. Cardiomyopathy phenotypes and outcomes for children with left ventricular noncompaction: Results from the Pediatric Cardiomyopathy Registry. *J Cardiac Fail* 2015 Nov;21(11):877-884.

*91.* Kaddourah A, Goldstein SL, Lipshultz SE, Wilkinson JD, Colan SD, Succop PA, Towbin JA, **Jefferies JL**. Prevalence, predictors, and outcomes of cardiorenal syndrome in children with dilated cardiomyopathy: A report from the Pediatric Cardiomyopathy Registry. *Clin Nephrol*. 2015. Mar 27.

92. Madueme PC, Grenier M, Taylor MD, **Jefferies JL**. Restrictive cardiomyopathy and left ventricular noncompaction associated with a Noonan syndrome phenotype in an 11-year old girl. Submitted to *Tex Heart Inst J*.

93. Thomas T, Taylor MD, Czosek R, **Jefferies JL**. Arrhythmia as a cardiac manifestation in MELAS syndrome. *Mol Genet Metabol*. 2015;4:9-10.

94. Thomas T, Taylor MD, **Jefferies JL**. Chordae in severe hypertrophic cardiomyopathy resembles ICD lead. Submitted to *N Eng J Med*.

95. Parent JJ, Taylor MD, **Jefferies JL**. Left ventricular noncompaction in a family with lamin

A/C mutation. *Tex Heart Inst J* 2015 Feb 1; 42(1): 73-6.

96. Kaddourah A, Uthup S, Madueme P, O'Rourke M, Hooper DK, **Jefferies JL**, Rao MB, Goebel J. Prevalence and predictors of aortopathy as a novel cardiovascular complication in children with end-stage renal disease. Clin Nephrol 2015 May; 83(5):262-72.

97. Grenier M, **Jefferies JL**, Towbin JA, Mays W, Anderson J. Mass athletic screenings: How to do an echo for everyone. Submitted to *J Am Soc Echocard*.

98. Wilmot I, Cephus CE, Cassedy A, Kudel I, Marino BS, **Jefferies JL**. Health-related quality of life in children with heart failure as perceived by children and parents. *Cardiol Young*. 2016 Jun; 26(5):885-93.

99. Parent JJ, Moore R. Taylor MD, **Jefferies JL**. Left ventricular noncompaction in a female Duchenne muscular dystrophy carrier. *J Cardiol Cases* 2015.11:7-9.

100. Towbin JA, Lorts A, **Jefferies JL**. Left ventricular noncompaction cardiomyopathy. *Lancet* 2015; Aug 22; 386(9995):813-25.

101. Rusconi P, Wilkinson JD, Sleeper LA, Lu M, Cox GF, Towbin JA, Colan SD, Webber SA, Canter CE, Ware SM, Hsu D, Chung WK, **Jefferies JL**, Cordero C, Lipshultz SE. Differences in presentation and outcomes between children with familial dilated cardiomyopathy and children with non-familial idiopathic dilated cardiomyopathy: a report from the Pediatric Cardiomyopathy Registry Study Group. Submitted to *J Am Coll Cardiol*. 2017 Feb; 10(2). pii:e002637.

102. Everitt MD, Sleeper LA, Lu M, Canter CE, Pahl E, Wilkinson JD, Addonizio LJ, Towbin JA, Rossano JW, Singh RK, Lamour J, Webber SA, Colan SD, Margossian R, Kantor PF, **Jefferies JL**, Lipshultz SE. Recovery of echocardiographic function in children with idiopathic dilated cardiomyopathy: results from the Pediatric Cardiomyopathy Registry. *J Am Coll Cardiol*. 2014 Apr 15;63(14):1405-13. doi: 10.1016/j.jacc.2013.11.059. Epub 2014 Feb 19.

103. Kim JJ, Brescia ST, Rossano JW, Pignatelli R, **Jefferies JL**, Price JF, Decker JA, Denfield SW, Dreyer WJ, Smith O, Towbin JA. Response to letter regarding article, "mortality and sudden death in pediatric left ventricular noncompaction in a tertiary referral center". *Circulation*. 2014 Jan 21;129(3):e300. doi: 10.1161/CIRCULATIONAHA.113.007268. PMID: 24446416.

104. Riley AA, **Jefferies JL**, Nelson DP, Bennett MR, Blinder JJ, Ma Q, Devarajan P, Goldstein SL. Peritoneal dialysis does not adversely affect kidney function recovery after congenital heart surgery. *Int J Artif Organs*. 2014 Jan; 37(1):39-47.

105. Varnell CD Jr, Goldstein SL, Yee DL, Teruya J, Guyer KE, Siddiqui S, **Jefferies JL**. Age-related differences in urinary 11-dehydroxythromboxane B2 between infants, children, and adolescents: Another example of developmental hemostasis? *Pediatr Blood Cancer*. 2014 Nov; 61(11):2074-2076.

106. Somers AE, Ware SM, Collins K, **Jefferies JL**, He H, Miller EM.Provision of Cardiovascular

Genetic Counseling Services: Current Practice and Future Directions. *J Genet Couns*. 2014 Dec; 23(6):976-983.

107. Neath SX, **Jefferies JL**, Berger JS, Wu AH, McConnell JP, Boone JL, McCullough PA, Jesse RL, Maisel AS. The Current and Future Landscape of Urinary Thromboxane Testing to Evaluate Atherothrombotic Risk. *Rev Cardiovasc Med*. 2014; 15(2):119-130.

108. Ryan TD, **Jefferies JL**, Zafar F, Lorts A, Morales DL. The Evolving Role of the Total Artificial Heart in the Management of End-Stage Congenital Heart Disease and Adolescents. *ASAIO J*. 2015 Jan-Feb; 61(1):8-14.

109. Villa CR, Ryan TD, Collins JJ, Taylor MD, Lucky AW, **Jefferies JL**. Left ventricular non-compaction cardiomyopathy associated with epidermolysis bullosa simplex with muscular dystrophy and PLEC1 mutation. *Neuromuscul Disord*. 2015 Feb; 25(2):165-168.

110. Friess MR, Marino BS, Cassedy A, Wilmot I, **Jefferies JL**, Lorts A. Health-Related Quality of Life Assessment in Children Followed in a Cardiomyopathy Clinic. *Pediatr Cardiol*. 2015 Mar; 36(3):516-523.

111. Zafar F, Castleberry C, Khan MS, Mehta V, Bryant R 3rd, Lorts A, Wilmot I, **Jefferies JL**, Chin C, Morales DL. Pediatric heart transplant waiting list mortality in the era of ventricular assist devices. *J Heart Lung Transplant*. 2015 jan; 34(1):82-88.

112. McCullough PA, **Jefferies JL**. Novel Markers And Therapies For Patients With Acute Heart Failure And Renal Dysfunction: A Systematic Review. *Am J Med*. 2015 Mar; 128(3):312 e1-22.

113. Thomas TO, **Jefferies JL**, Lorts A, Anderson JB, Gao Z, Woodrow Benson D, Hor KN, Cripe LH, Urbina EM. Autonomic Dysfunction: A Driving Force for Myocardial Fibrosis in Young Duchenne Muscular Dystrophy Patients? *Pediatr Cardiol*. 2015 mar; 36(3):561-568.

114. Lacro RV, Dietz HC, Sleeper LA, Yetman AT, Bradley TJ, Colan SD, Pearson GD, Selamet Tierney ES, Levine JC, Atz AM, Benson DW, Braverman AC, Chen S, De Backer J, Gelb BD, Grossfeld PD, Klein GL, Lai WW, Liou A, Loeys BL, Markham LW, Olson AK, Paridon SM, Pemberton VL, Pierpont ME, Pyeritz RE, Radojewski E, Roman MJ, Sharkey AM, Stylianou MP, Wechsler SB, Young LT, Mahony L; Pediatric Heart Network Investigators. Atenolol versus losartan in children and young adults with Marfan's syndrome. *N Engl J Med*. 2014 Nov 27;371(22):2061-71.

115. Thomas TO, Chandrakasan S, O'Brien M, **Jefferies JL**, Ryan TD, Wilmot I, Baker ML, Madueme PC, Morales D, Lorts A. The use of a Berlin Heart EXCOR LVAD in a child receiving chemotherapy for Castleman's disease. *Pediatr Transplant*. 2015 Feb; 19(1):E15-18.

116. Raman SV, Hor KN, Halnon NJ, Kissel JT, He X, Tran T, Smart S, McCarthy B, Taylor MD, **Jefferies JL**, Rafael-Fortney JA, Lowe J, Roble SL, Cripe LH. Eplerenone for early cardiomyopathy in Duchenne muscular dystrophy: a randomised, double-blind, placebo-controlled trial. *Lancet Neurology* 2015 Feb; 14(2):153-161.

117. Ryan TD, **Jefferies JL**, Chin C, Sticka JJ, Taylor MD, Harris R, Moore J, Goodridge E, Mount L, Boulyard AA, Otto B, Jones A, Shimamura A, Davies S, Myers K. Abnormal circumferential strain measured by echocardiography is present in patients with Shwachman-Diamdond syndrome despite normal shortening fraction. *Pediatr Blood Cancer*. 2015 Jul; 62(7):1228-1231.

118. Zafar F, **Jefferies JL**, Tjossem CJ, Bryant R 3rd, Jaquiss RD, Wearden PD, Rosenthal DN, Cabrera AG, Rossano JW, Humpl T, Morales DL. Biventricular Berlin Heart EXCOR pediatric use across the United States. *Ann Thor Surg* 2015 Apr; 99(4):1328-1334.

119. Tandon A, **Jefferies JL,** Villa CR, Hor KN, Wong BL, Ware SM, Gao Z, Towbin JA, Mazur W, Fleck RJ, Sticka JJ, Benson DW, Taylor MD. Dystrophin genotype-cardiac phenotype correlations in Duchenne and Becker muscular dystrophies using cardiac magnetic resonance imaging. *Am J Cardiol* 2015 Apr 1; 115(7):967-971.

120. Ryan TD, **Jefferies JL**, Wilmot I. Managing heart failure in adults with congenital heart disease. *Curr Treat Options Cardiovasc Med* 2015. Feb;17(2):376.

121. Tandon A, Villa CR, Hor KN, **Jefferies JL**, Gao Z, Towbin JA, Wong BL, Mazur W, Fleck RJ, Sticka JJ, Benson DW, Taylor MD. Myocardial fibrosis burden predicts left ventricular ejection fraction and is associated with age and steroid treatment duration in Duchenne muscular dystrophy. *J Am Heart Assoc*. 2015. Mar 26;4(4).

122. Villa CR, Ryan TD, Taylor MD, **Jefferies JL**. Response to: PLEC1 mutation associated with left ventricular hypertrabeculation/noncompaction. *Neuromusc Disord*. 2015 May; 25(5):448-449.

123. Lang SM, Shugh S, Mazur W, Sticka J, Rattan MS, **Jefferies JL**, Taylor MD. Myocardial fibrosis and left ventricular dysfunction in Duchenne muscular dystrophy carriers using cardiac magnetic resonance imaging. *Pediatr Cardiol. 2015* Oct; 36(7):1495-1501.

124. Pignatelli R, Ghazi P, Reddy SC, Thompson P, Cui Q, Okcu M, **Jefferies JL**. Abnormal myocardial strain indices in children receiving anthracycline chemotherapy. *Pediatr Cardiol* 2015 Dec; 36(8):1610-1616.

125. Mehmood M, Hor KN, Al-Khalidi HR, Benson DW, **Jefferies JL**, Taylor MD, Egnaczyk GF, Raman SV, Basu SK, Cripe LH, Germann J, Mazur W. Comparison of right and left ventricular function and size in Duchenne muscular dystrophy. *Eur J Radiol*. 2015 Dec; 30(12):2177-2188.

126. Meeusen JW, Johnson JN, Gray A, Wendt P, **Jefferies JL**, Jaffe AS, Donato LJ, Saenger AK. Soluble ST2 and Gelactin-3 in Pediatric Patients without Heart Failure. *Clin Biochem*. 2015 Dec; 48(18):1337-1340.

127. Ryan TD, Lucky AW, King EC, Huang G, Towbin JA, **Jefferies JL**. Ventricular Dysfunction and Aortic Dilation in Patients with Recessive Dystrophic Epidermolysis Bullosa. *Br J Dermotal*. 2016 Mar; 174(3):671-673.

128. Puri K, Kocoshis S, Perez L, Hart C, Chin C, Ryan TD, **Jefferies JL**, Schumacher KR, Castleberry C. Basiliximab treatment for autoimmune bowel disease in a pediatric heart transplant patient. *Pediatr Transplant*. 2015 Nov; 19(7):E165-169.

129. Hopkin RJ, **Jefferies, JL**, Laney DA, Lawson VH, Mauer M, Taylor MR, Wilcox WR. The management and treatment of children with Fabry disease: A United States-based perspective. *Mol Genet Metab*. 2016 Feb; 117(2):104-113.

130. Kantor PF, Kleinman JA, Ryan TD, Wilmot I, Zuckerman WA, Addonizio LJ, Everitt MD, **Jefferies JL**, Lee TM, Towbin JA, Wilkinson JD, Lipshultz SE. Preventing pediatric cardiomyopathy: a 2015 outlook. *Expert Rev Cardiovasc Ther*. 2016; 14(3):321-339.

131. Nandi D, Lin KY, O'Connor MJ, Elci OU, Kim JJ, Decker JA, Price JF, Zafar F, Morales DL, Denfield SW, Dreyer WJ, **Jefferies JL**, Rossano JW. Hospital charges for pediatric heart failure-related hospitalizations from 2000 to 2009. *Pediatr Cardiol*. 2016 Mar; 37(3):512-518.

132. Averin K, Villa C, Krawczeski CD, Pratt J, King E, **Jefferies JL**, Nelson DP, Cooper DS, Ryan TD, Sawyer J, Towbin JA, Lorts A. Initial observations of the effects of calcium chloride infusions in pediatric patients with low cardiac output. *Pediatr Cardiol* 2016 Mar; 37(3):610-617.

133. Villa CR, Czosek RJ, Ahmed H, Khoury PR, Anderson JB, Knilans TK, **Jefferies JL**, Wong B, Spar DS. Ambulatory monitoring and arrhythmic outcomes in pediatric and adolescent patients with Duchenne muscular dystrophy. *J Am Heart Assoc*. 2015 Dec 31;5(1). Pii: e002620.

134. Rossano JW, Hoffman TM, **Jefferies JL**, Lorts A, Kirsh RE, Thiagarajan RR. Clinical issues and controversies in heart failure and transplantation. *World J Pediatr Congenit Heart Surg*. 2016. Jan;7(1):63-71.

135. Parent JJ, Towbin JA, **Jefferies JL**. Medical therapy leads to favorable remodeling in left ventricular noncompaction: dilated phenotype. *Pediatr Cardiol*. 2016 Apr; 37(4):674-677. PMID:26724283.

136. Sleeper LA, Towbin JA, Colan SD, Hsu D, Orav EJ, Lemler MS, Clunie S, Messere J, Fountain D, Miller TL, Wilkinson JD, Lipshultz SE. Health-related quality of life and functional status are associated with cardiac status and clinical outcome in children with cardiomyopathy. *J Pediatr*. 2016 Mar; 170:173-180. E1-4.

137. Guerrier K, Madueme PC, **Jefferies JL**, Anderson JB, Spar DS, Knilans TK, Czosek RJ. Unexpectedly low left ventricular voltage on ECG in hypertrophic cardiomyopathy. *Heart*. 2016. Feb 15; 102(4);292-297.

138. Rossano JW, Cabrera AG, **Jefferies JL**, Naim MP, Humlicek T. Pediatric Cardiac Intensive Care Society 2014 Consensus Statement: Pharmacotherapies in Cardiac Critical Care Chronic Heart Failure. *Pediatr Crit Care Med*. 2016 Mar;17(3_suppl Suppl 1):S20-S34.

139. Thomas T, Craigen WJ, Moore R, Czosek R, **Jefferies JL**. Arrhythmia as a cardiac manifestation

in MELAS syndrome. *Mol Genet Metab Rep*. 2015 Jun 3;4:9-10.

140. Mehmood M, Ambach SA, Taylor MD, **Jefferies JL**, Raman SV, Taylor RJ, Sawani H, Mathew J, Mazur W, Hor KN, Al-Khalidi HR. Relationship of Right Ventricular Size and Function with Respiratory Status in Duchenne Muscular Dystrophy. *Pediatr Cardiol*. 2016 Jun; 37(5):878-883. PMID: 26936620.

141. Czosek RJ, **Jefferies JL**, Khoury PR, Anderson JB, Wilmot I, Knilans TK, Spar DS. Arrhythmic Burden and Ambulatory Monitoring of Pediatric Patients with Cardiomyopathy. *Pacing Clin Electrophysiol*. 2016 May; 39(5):443-451. PMID: 26935486.

142. Sleeper LA, Towbin JA, Colan SD, HSU D, Oav EJ, Lemler MS, Clunie S, Messere J, Fountain D, Miller TL, Wilkinson JD, Lipshultz SE. Health-Related Quality of Life and Functional Status Are Associated with Cardiac Status and Clinical Outcome in Children with Cardiomyopathy. *J Pediatr*. 2016 Mar;170:173-180.e4.

143. Mehmood, M, Ambach SA, Taylor MD, **Jefferies JL**, Raman SV, Taylor RJ, Sawnani H, Mathew J, Mazur W, Hor KN, Al-Khalidi HR. Erratum to: Relationship of Right Ventricular Size and Function with Respiratory Status in Duchenne Muscular Dystrophy. *Pediatr Cardiol.* 2016 Jun; 37(5):989. PMID: 27064093.

144. Learn CP, **Jefferies JL**. The Challenges of Transfer and Transition in Congenital Heart Disease. *Circ J.* 2016 Apr 25; 880(5):1108-1109. PMID: 27063296.

145. Kaddourah A, Goldstein SL, Basu R, Nehus EJ, Terrell TC, Brunner L, Bennett MR, Haffner C, **Jefferies JL**. Novel urinary tubular injury markers reveal an evidence of underlying kidney injury in children with reduced left ventricular systolic function: a pilot study. *Pediatr Nephrol.* 2016 Oct; 31(10):1637-1045. PMID: 27139898.

146. Parent JJ, Towbin JA, **Jefferies JL.** Fibrillin-1 Gene Mutations in Left Ventricular Non-compaction Cardiomyopathy. *Pediatr Cardiol.* 2016 Aug; 37(6):1123-1126. PMID: 27160103

147. Ramachandran P, Woo JG, Ryan TD, Bryant R, Heydarian HC, **Jefferies JL**, Towbin JA, Lorts A. The Impact of Concomitant Left Ventricular Non-compaction with Congenital Heart Disease on Perioperative Outcomes. *Pediatr Cardiol.* 2016 Oct; 37(7):1307-1312. PMID: 27357002

148. Devarajan P, **Jefferies JL**. Progression of Chronic Kidney Disease after Acute Kidney Injury. *Prog Pediatr Cardiol.* 2016  Jun;41:33-40.  PMID: 27429539

149. **Jefferies JL**, Devarajan P. Early Detection of Acute Kidney Injury after Pediatric Cardiac Surgery. *Prog Pediatr Cariol.* 2016 June;41:9-16

150. Villa CR, Kaddourah A, Mathew J, Ryan TD, Wong BL, Goldstein SL, **Jefferies JL**. Identifying evidence of cardio-renal syndrome in patients with Duchenne muscular dystrophy using cystatin C. *Neuromscul Disord*. 2016 Oct; 26(10):637-642.

John Lynn Jefferies, MD, MBA, MPH
Curriculum Vitae

151. Bryant R 3rd, Zafar F, Castleberry C, **Jefferies JL,** Lorts A, Chin C, Morales DL. Transplant survival after Berlin EXCOR support. ASAIO J. 2017 Jan/Feb;(63):80-85.

152. Powell AW, Taylor MD, Cottrill CM, **Jefferies JL**. Inversion of the left atrial appendage in an asymptomatic newborn without prior cardiac surgery. Eur J eart Cardiovasc Imaging 2016. Dec; 17(12):1438.

153. Ryan TD, Madueme PC, **Jefferies JL**, Michelfelder EC, Towbin JA, Woo JG, Sahay RD, King EC, Brown R, More RA, Grenier MA, Goldstein BH. Utility of echocardiography in the assessment of left ventricular diastolic function and restrictive physiology in children and young adults with restrictive cardiomyopathy: A comparative echocardiography-catheterization study. Pediatr Cardiol 2017 Feb; 38(2):381-389.

154. Rossano JW, **Jefferies JL**, Pahl E, Naftel DC, Pruitt E, Lupton K, Dreyer WJ, Chinnock R, Boyle G, Mahle WT. Use of sirolimus in pediatric heart transplant patients: A multi-institutional study from the Pediatric Heart Transplant Study Group. J Heart Lung Transplant 2017 Apr; 36(4):427-433.

155. Wong BL, Rybalsky I, Shellebarger KC, Tian C, McMahon MA, Rutter MM, Sawnani H, **Jefferies JL**. Long-term outcome of interdisciplinary management of patients with Duchenne muscular dystrophy receiving daily glucocorticoid treatment. J Pediatr 2017; Mar; 182:296-303.

156. Truong VT, Safdar KS, Kalra DK, Gao X, Ambach S, Taylor MD, Moore R, Taylor RJ, Germann J, Toro-Salazar O, **Jefferies JL**, Bartone C, Raman SV, Ngo T, Mazur W. Cardiac magnetic resonance tissue tracking in right ventricle: Feasibility and normal values. Magn Reson Imaging 2017 May; 38:189-195.

157. Silva-Gburek J, Rochford L, Hopkin R, **Jefferies JL**. Ventricular tachycardia in Fabry disease detected in a 50-year-old woman during 14-day continuous cardiac monitoring. Tex Heart Inst J. 2016 Dec 1; (43);6:531-533.

158. Parent JJ, Darragh RK, Gossett JG, Ryan TD, Villa CR, Lorts A, **Jefferies JL**, Towbin JA, Chin C. Strategies to prevent cast formation in patients with plastic bronchitis undergoing heart transplantation. Pediatr Cardiol. 2017 Jun; 38(5):1077-1079.

159. Singal RK, **Jefferies JL**, Kormos R, Arora RC. Mobile extracorporeal membrane oxygenation and the urgency to reanimate: Reconsidering the boundaries. J Thorac Cardiovasc Surg, 2017 Jun; 153(6):1371-1372.

160. Rusconi P, Wilkinson JD, Sleeper LA, Lu M, Cox GF, Towbin JA, Colan SD, Webber SA, Hsu DT, Chung WK, **Jefferies JL**, Cordero C, Lipshultz SE. Differences in presentation and outcomes with familial dilated cardiomyopathy and children with idiopathic cardiomyopathy: A report from the Pediatric Cardiomyopathy Registry group. *Circ Heart Fail* 2017 Feb: 10(2):e02637.

161. Ho CY, Day SM, Colan SD, Russell MW, Towbin JA, Sherrid MV, Canter CE, **Jefferies JL**, Murphy AM, Cirino AL, Abraham TP, Taylor M, Mestroni L, Bluemke DA, Jarolim P, Shi L, Sleeper LA, Seidman CE, Orav EJ; HCMNet Investigators. The burden of early phenotypes and the

influence of wall thickness in hypertrophic cardiomyopathy mutation carriers: Findings from the HCMNet study. *JAMA Cardiol*. 2017 Apr 1; 2(4):419-428.

162. Dandoy CE, Jodele S, Paff Z, Hirsch R, Ryan TD, **Jefferies JL**, Cash M, Rotz S, Pate A, Taylor MD, El-Bietar J, Myers KC, Wallace G, Nelson A, Grimley M, Pfeiffer T, Lane A, Davies SM, Chima RS. Team-based approach to identify cardiac toxicity in critically ill hematopoietic stem cell transplant recipients. *Pediatr Blood Cancer*, 2017 Oct; 64(10). Doi: 10. 1002/pbc.26513. Epub 2017 Mar 8.

163. Huang Y, Powers C, Moore V, Schafer C, Ren M, Phoon CK, James JF, Glukhox AV, Javadov S, Vaz FM, **Jefferies JL**, Strauss AW, Khuchua Z. The PPAR pan-agonist system bezafibrate ameliorates cardiomyopathy in a mouse model of Barth syndrome. *Orphanet J Rare Dis* 2017 Mar 9;12(1):49.

164. Rotz SJ, Ryan TD, Jodele S, **Jefferies JL**, Lane A, Pate A, Hirsch R. Hlavaty J, Levesque AE, Taylor MD, Cash M, Myers KC, El-Bietar JA, Davies SM, Dandoy CE. The injured heart: early cardiac effects of hematopoietic stem cell transplantation in children and young adults. *Bone Marrow Transplant* 2017 Aug; 52(8):1171-1179.

165. Powell AW, Taylor MD, **Jefferies JL**. Left ventricular noncompaction with muscular septal defect in mother and son. *World J Pediatr Congenit Heart Surg* 2017 May;8(3):396-397.

166. Drakos SG, Pagani FD, Lundberg MS, Baldwin JT. Advancing the science of myocardial recovery with mechanical circulatory support: A working group of the National, Heart, Lung, and Blood Institute. *JACC Basic Transl Sci* 2017 Jun;2(3):355-340.

167. Wilson HC, Hopkin RJ, Madueme PC, Czosek RJ, Bailey LA, Taylor MD, **Jefferies JL**. Arrhythmia and clinical cardiac findings in children with Anderson-Fabry disease. *Am J Cardiol* 2017 July 15;120(2):251-255.

168. Ryan TD, Parent JJ, Gao Z, Khoury PR, Dupont E, Smith JN, Wong B, Urbina EM, **Jefferies JL**. Central arterial function measured by non-invasive pulse wave analysis is abnormal in patients with Duchenne muscular dystrophy. *Pediatr Cardiol* 2017 Aug;38(6):1269-1276.

169. Rotz SJ, Dandoy CE, Taylor MD, Jodele S, **Jefferies JL**, Lane A, El-Bietar JA, Powell AW, Davies SM, Ryan TD. Long-term systolic function in children and young adults after hematopoietic stem cell transplant. *Bone Marrow Transplant,* 2017 Oct; 52(10):1443-1447.

170. Starc JJ, Moore RA, Rattan MS, Villa CR, Gao Z, Mazur W, **Jefferies JL**, Taylor MD. Elevated myocardial extracellular volume fraction in Duchenne muscular dystrophy. *Pediatr Cardiol*. 2017 Oct; 38(7):1485-1492.

171. Miszalski-Jamka K, **Jefferies JL**, Mazur W, Glowacki J, Hu J, Lazar M, Gibbs RA, Liczko J, Klys J, Venner E, Muzny DM, Rycaj J, Bialkowski J, Kluczewska E, Kalarus Z, Jhangiani S, Al-Khalidi-H, Kukulski T, Lupski JR, Craigen WJ, Bainbridge MN. Novel genetic triggers and genotype-phenotype correlations in patients with left ventricular noncompaction. *Circ Cardiovasc Genet,* 2017

Aug; 10(4):e001763.

172. Bostwick BL, McLean S, Posey JE, Streff HE. Gripp KW, Blesson A, Powell-Hamilton N, Tusi J, Stevenson DA, Farrelly E, Hudgins L, Yang Y, Xia F, Wang X, Liu P, Walkiewicz M, McGuire M, Grange DK, Andrews MV, Hummel M, Madan-Khetarpal S, Infante E, Coban-Akdemir Z, Miszalski-Jamka K, **Jefferies JL**, Members of the Undiagnosed Diseases Network, Rosenfeld JA, Emrick L, Nugent KM, Lupski JR, Belmont JW, Lee B, Lalani SR. Phenotypioc and molecular characterization of CDK13-related congenital heart defects, dysmorphic facial features, and intellectual developmental disorders. *Genome Med* 2017 Aug 14; 9(1):73.

173. Feingold B, Mahle WT, Auerbach S, Clemens P, Domenighetti AA, **Jefferies JL**, Judge DP, Lal AK, Markham LW, Parks WJ, Tsuda T, Wang PJ, Yoo SJ. Management and cardiac involvement associated with neuromuscular diseases: A scientific statement from the American Heart Association. *Circulation* 2017 Sep 26; 136(13):e200-e231.

174. Powell AW, Taylor MD, Hopkin RJ, Sublett J, **Jefferies JL**. Left ventricular noncompaction in a patient with Angelman syndrome. *Clin Dysmorphol* 2018 Jan; 27(1):21-22.

175. Sublett JA, Prada CE, **Jefferies JL**. Case report: Left ventricular noncompaction cardiolyopathy and RASopathies. *Eur J Med Genet* 2017 Dec; 60(12):680-684.

176. Towbin JA, **Jefferies JL**. Cardiomyopathies due to left ventricular noncompaction, mitochondrial, and storage diseases, and inborn errors of metabolism. *Circ Res* 2017. Sep 15;121(7);838-854.

177. Lee TM, Hsu DT, Kantor P, Towbin JA, Ware SM, Colan SD, Chung WK, **Jefferies JL**, Rossano JW, Castleberry CD, Addonizio LJ, Lal AK, Lamour JM, Miller EM, Thrush PT, Czachor JD, Razoky H, Hill A, Lipshultz SE. Pediatric cardiomyopathies. *Circ Res* 2017.Sep 15;121(7):855-873.

178. Wittekind SG, Allen CC, **Jefferies JL**, Rattan MS, Madueme PC, Taylor BN, Moore RA. Neonatal enterovirus myocarditis with severe dystrophic calcification: Novel treatment with pocapavir. *J Investig Med High Impact Case Rep* 2017.Sep 14;5(3):2324709617729393.

179. Baskar S, **Jefferies JL**, Salberg L, Khoury PR, Spar DS, Knilans TK, Czosek RJ. Patient understanding of disease and the use of outcome of implantable cardioverter defibrillators in hypertrophic cardiomyopathy. *Pacing Clin Electrophysiol* 2018 jan; 41(1):57-64.

180. Singh RK, Canter CE, Shi L, Colan SD, Dodd DA, Everitt MD, Hsu DT**, Jefferies JL**, Kantor PF, Pahl E, Rossano JW, Towbin JA, Wilkinson JD, Lipshultz SE; Pediatric Cardiomyopathy Investigators. Survival without cardiac transplantation among children with dilated cardiomyopathy. *J Am Coll Cardiol* 2017 Nov 28;70(21):2663-2673.

181. Ho JE, Shi L, Day SM, Colan SD, Russell MW, Towbin JA, Sherrid MV, Canter CE, **Jefferies JL**, Murphy A, Taylor M, Mestroni L, Cirino AL, Sleeper LA, Jarolim P, Lopez B, Gonzalez B, Diez J, Orav EJ, Ho CY. Biomarkers of cardiovascular stress and fibrosis in preclinical hypertrophic cardiomyopathy. *Open Heart* 2017 Nov 1;4(2):e000615.

182. Towbin JA, **Jefferies JL**. Response by Towbin and Jefferies to letter regarding article, "Cardiomyopathies due to left ventricular noncompaction , mitochondrial, storage diseases, and inborn errors of metabolism".. *Circ Res* 2017 Dec 8;121(12):e90.

183. Powell AW, Taylor MD, Burrow TA, Hopkin RJ, Prada CE, **Jefferies JL**. Widespread vasculopathy in a patient with Morquio A syndrome. *Tex Heart Inst J* 2017 Dec 19;44(6):420-423.

184. Newman R, **Jefferies JL**, Chin C, He H, Shikany A, Miller EM, Parrott A. Hypertrophic cardiomyopathy genotype prediction models in a pediatric population. *Pediatr Cardiol* 2018 Apr; 39(4):709-717.

185. Castleberry CD, **Jefferies JL**, Shi L, Wilkinson JD, Towbin JA, Harrison RW, Rossano JW, Pahl E, Lee TM, Addonizio LJ, Everitt MD, Godown J, Mahgerefteh J, Rusconi P, Canter CE, Colan SD, Kantor PF, Razoky H, Lipshultz SE, Miller TL. No obesity paradox in pediatric patients with dilated cardiomyopathy. *JACC Heart Fail,* 2018 Mar; 6(3):222-230.

186. Broda CR, Cabrera AG, Rossano JW, **Jefferies JL**, Towbin JA, Chin C, Shamszad P. Cardiac transplantation in children with Down syndrome, Turner syndrome, and other chromosomal anomalies: A multi-institutional outcome analysis. *J Heart Lung Transplant* 2018. Jun; 37(6):749-754.

187. Wittekind S, Mays W, Gerdes Y, Knecht S, Hambrook J, Border W, **Jefferies JL**. A novel mechanism for improved exercise performance in pediatric Fontan patients after cardiac rehabilitation. *Pediatr Cardiol.* 2018. Jun; 39(5):1023-1030.

188. Wittekind SG, Gerdes Y, Mays W, Chin C, Jefferies JL. Cardiac rehabilitation improves cardiometabolic health in young patients with nonischemic dilated cardiomyopathy. *Tex Heart Inst J* 2018;Feb 1:45(1):27-30.

189. Axelsson A, Raja A, Farhad H, Valente AM, Couce JP, **Jefferies JL**, Bundgaard H, Zahka K, Lever H, Murphy AM, Ashley E, Day SM, Sherrid MV, Shi L, Bluemke DA, Canter CE, Colan SD, Ho CY. Prevalence and progression of late gadolinium enhancement in children and adolescents with hypertrophic cardiomyopathy. *Circulation* 2018. Aug 21; 138(8):782-792.

190. **Jefferies JL**, Wittekind SG. Can we heal with steel and sharpen our risk prediction tools in obstructive hypertrophic cardiomyopathy? *J Thorac Cardiovasc Surg* 2018; Aug; 156(2):760-761.

191. Marino BS, Tabbutt S, MacLaren G, Hazinski MF, Adatia L. Atkins DL, Checchia PA, DeCaen A, Fink EL, Hoffman GF, **Jefferies JL**, Kleinman M, Krawczeski CD, Licht DJ, Macrae D, Ravishankar C, Samson RA, Thiagarajan RR, Toms R, Tweddell J, Laussen PC. American Heart Association Congenital Cardiac Defects Committee of the Council of Cardiovascular Disease in the Young; Council on Clinical Cardiology; Council on Cardiovascular and Stroke Nursing; Council on Cardiovascular Surgery and Anesthesia; and Emergency Cardiovascular Care Committee. Cardiopulmonary resuscitation in infants and children with cardiac disease: A scientific statement from the American Heart Association. *Circulation* 2018 May; 137(22):e691-e782.

192. Hoskoppal A, Menon S, Trachtenberg F, Burns KM, De backer J, Gelb BD, Gleason M, James J, Lai WW, Liou A, Mahony L, Olson AK, Pyeritz RE, Sharky AM, Stylianou M, Wechsler SB, Young L, Levine JC, Tierney ESS, Lacro RV, Bradley TJ. Predictors of rapid aortic root dilation and referral for aortic surgery in Marfan syndrome. *Pediatr Cardiol* 2018 Oct; 39(7):1453-1461.

193. Alsaied T, Khan MS, Rizwan R, Zafar F, Castleberry CD, Bryant R 3rd, Wilmot I, Chin C, **Jefferies JL**, Morales DL. Pediatric heart transplantation long-term survival in different age and diagnostic groups: Analysis of a national database. *World J Pediatr Congenit Heart Surg*. 2017 May;8(3):337-345.

194. **Jefferies JL**, Ibrahim NE. Are guidelines merely suggestions? *J Am Coll Cardiol* 2018 Jul 24;72(4):367-369.

195. Wilson HC, Ambach S, Madueme PC, Khoury PR, Hopkin RJ, **Jefferies JL**. Comparison of native T1, strain, and traditional measures of cardiovascular structure and function by cardiac magnetic resonance imaging in patients with Anderson-Fabry disease. *Am J Cardiol* 2018 Sep 15; 122(6):1074-1078.

196. Powell AW, **Jefferies JL**, Hopkin RJ, Mays WA, Goa Z, Chin C. Cardiopulmonary fitness assessment on maximal and submaximal exercise testing in patients with Fabry disease. *Am J Med Genet A* 2018 Sep; 176(9):1852-1857.

197. **Jefferies JL**. Are we getting closer to risk stratification in left ventricular noncompaction cardiomyopathy?. *J Am Heart Assoc*. 2018 Oct 16; 7(20):e010608.

198. Wittekind SG, Ryan TD, Gao Z, Zafar F, Czosek RJ, Chin CW, **Jefferies JL**. Contemporary outcomes of pediatric restrictive cardiomyopathy: A single-center experience. *Pediatr Cardiol*. 2018 Dec 12. [Epub ahead of print]

199. Handisides JC, Hollenbeck-Pringle D, Uzark K, Trachtenberg FL, Pemberton VL, Atz TW, Bradley TJ,Cappella E, De Nobele S, Groh GK, Hamstra MS, Korsin R, Levine JC, Lindauer B, Liou A, Neal MKM, Markham LW, Morrison T, Mussatoo KA, Olson AK, Pierpont MEM, Pyeritz RE, Radojewski EA, Roman MJ, Xu M, Lacro RV; Pediatric Heart Network Investigators. Health-related quality of life in children and young adults with Marfan syndrome. *J Pediatr* 2019. Jan;204:250-255.

200. Rotz SJ, Powell A, Myers KC, Taylor MD, **Jefferies JL**, Lane A, El-Bietar JA, Davies SM, Dandoy CE, Ryan TD. Treatment exposures stratify need for echocardiographic screening in asymptomatic long-term survivors of hematopoietic stem cell transplantation. *Cardiol Young*. 2019 Feb 12:1-6. [Epub ahead of print]

201. Taylor M, **Jefferies J**, Byrne B, Lima J, Ambale-Venkatesh B, Ostovaneh MR, Makkar R, Goldstein B, Smith RR, Fudge J, Malliaras K, Fedor B, Rudy J, Pogoda JM, Marban L, Ascheim DD, Marban E, Victor RG. Cardiac and skeletal muscle effects in the randomized HOPE-Duchenne trial. *Neurology* 2019. Feb 19;92(8):e866-e878.

202. Nanda A, Khouzam RN, **Jefferies J**, Moon M, Makan M. Right heart mass in transit with a

hemorrhagic pericardial effusion: A diagnostic dilemma. *Cureus* 2019. Feb 4;11(2):e4009.

203. Nanda A, Urban A, Duong V, Heckle M, Ibebuogo UN, Reed G, **Jefferies J**, Khouzam R. The paradoxical impact of insurance status on interfacility transfer times and outcomes in patients with ST-elevation myocardial infarction. *Curr Probl Cardiol* 2019. Mar 26:SO146-2806(19).

204. Rotz SJ, Powell A, Myers KC, Taylor MD, **Jefferies JL**, Lane A, El-Bietar JA, Davies SM, Dandoy CE, Ryan TD. Treatment exposures stratify need for echocardiographic screening in asymptomatic long-term survivors of hematopoietic stem cell transplantation. *Cardiol Young* 2019. Mar; 29(3):338-343.

205. Nanda A, Bob-Manuel T, **Jefferies J**, Ibebuogu U, Khouzam RN. A comparative analysis of Mitraclip versus mitral valve-in-valve replacement for high-risk patients with severe mitral regurgitation after transcatheter aortic valve replacement. *Curr Probl Cardiol* 2019. Apr 12: S0146-2806(19).

206. Pina LM, Dong X, Zhang L, Samtani MN, Michelson AD, Justino H, Bonnet D, Harris KC, **Jefferies J**, McCrindle BW, Lis JS. Rivaroxaban, a direct Factor Xa inhibitor, versus acetylsalicylic acid as thromboprophylaxis in children post-Fontan procedure: Rationale and design of a prospective, randomized trial (the UNIVERSE study.) *Am Heart J* 2019. May 1;213:97-104.

207. Raja JM, Cave B, **Jefferies JL**, Khouzam RN. Etripamil: Intranasal calcium channel blocker: A novel noninvasive modality in the treatment of paroxysmal supraventricular tachycardia. *Curr Probl Cardiol*. 2019 Jun 22.

208. Everitt MD, Wilkinson JD, Shi L, Towbin JA, Colan SD, Kantor PF, Canter CE, Webber SA, Hsu DT, Pahl E, Addonizio LJ, Dodd DA, **Jefferies JL**, Rossano JW, Feingold B, Ware SM, Lee TM, Godown J, Simpson KE, Sleeper LA, Czachor JD, Razoky H, Hill A, Westphal J, Molina KM, Lipshultz SE; Pediatric Cardiomyopathy Registry Investigators. Cardiac biomarkers in pediatric cardiomyopathy: Study design and recruitment results from the Pediatric Cardiomyopathy Registry. *Prog Pediatr Cardiol*. 2019 Jun;53:1-10.

209. Eberly LA, Day SM, Ashley EA, Jacoby DL, **Jefferies JL**, Colan SD, Rossano JW, Semsarian C, Pereira AC, Olivotto I, Ingles J, Seidman CE, Channaoui N, Cirino AL, Han L, Ho CY, Lakdawala NK. Association of race with disease expression and clinical outcomes among patients with hypertrophic cardiomyopathy. *JAMA Cardiol*. 2019 Dec 4.

210. Axelsson Raja A, Shi L, Day SM, Russell M, Zahka K, Lever H, Colan SD, Margossian R, Hall EK, Becker J, **Jefferies JL**, Patel AR, Choudhury L, Murphy AM, Canter C, Bach R, Taylor M, Mestroni L, Wheeler MT, Benson L, Owens AT, Rossano J, Lin KY, Pahl E, Pereira AC, Bundgaard H, Lewis GD, VargasJD, Cirino AL, McMurray JJV, MacRae CA, Solomon SD, Orav EJ, Braunwald E, Ho CY. Baseline characteristics of the VANISH cohort. *Circ Heart Fail*. 2019 Dec;12(12).

211. Wanner C, Feldt-Rasmussen U, Jovanovic A, Linhart A, Yang M, Ponce E, Brand E, Germain DP, Hughes DA, **Jefferies JL**, Martins AM, Nowak A, Vujkovac B, Weidemann F, West ML, Ortiz A. Cardiomyopathy and kidney function in agalsidase beta-treated female Fabry patients: a pre-treatment

vs. post-treatment analysis. *ESC Heart Fail*. 2020 Feb 26. [Epub ahead of print].

212. Camors EM, Purevjav E, **Jefferies JL**, Saffitz JE, Gong N, Ryan TD, Lucky AW, Taylor MD, Sullivan LM, Mestroni L, Towbin JA. Early lethality due to a novel desmoplakin variant causing infantile Epidermolysis bullosa simplex with fragile skin, aplasia cutis congenita, and arrhythmogenic cardiomyopathy. *Circ Genom Precis Med.* 2020. Mar 12.

213. Wells D, Rizwan R, **Jefferies JL**, Bryant R 3rd, Ryan TD, Lorts A, Chin C, Zafar F, Morales DL. Heart transplantation and muscular dystrophy: Is it a viable option? *Circ Heart Fail*. 2020 Apr;13(4):e005447.

214. Miron A, Lafreniere-Roula M, Fan CS, Armstrong KR, Dragulescu A, Papaz T, Manlhiot C, Kaufman B, Butts RJ, Gardin L, Stephenson EA, Howard TS, Aziz PF, Balaji S, Beausejour LadoudeurV, Benson LN, Colan SD, Godown J, Henderson HT, Ingles J, Jeewa A, **Jefferies JL**, Lal AK, Mathew J, Jean-St-Michel E, Michels M, Nakano SJ, Olivotto I, Parent JJ, Pereira AC, Semsarian C, Whitehill RD, Wittekind SG, Russell MW, Conway J, Richmond ME, Villa C, Weintraub RG, Rossano JW, Kantor PF, Ho CY, Mital S. A validated model for sudden cardiac death prediction in pediatric hypertrophic cardiomyopathy. *Circulation*. 2020 May 18.

215. Basu Ray I, Dibbendhu K, Shah S, Char S, Jia X, Lam W, Mathuria N, Razavi M, Jain B, Lakkireddy D, Kar S, Natale A, Adeboye A, **Jefferies JL**, Bangalore S, Asirvatham S, Saeed M. Meta-analysis comparing Watchman™ and Amplatzer devices for stroke prevention in atrial fibrillation. *Cardiovasc Med*. 2020 June 20.

216. Madueme PC, Ng DK, Guju L, Longshore L, Moore V, **Jefferies L**, Warady BA, Furth S, Mitsnefes M. Aortic dilatation in children with mild to moderate chronic kidney disease. *Pediatr Nephrol* 2020 Jun;35(6):1023-1031.

*217.* Lee AY, Natarajan PP, Cheng RKH, Shah K, Chien C, **Jefferies JL**. The role of vericiguat in the expanding realm of heart failure pharmacotherapy: An overview of the VICTORIA trial. *http://www.acc.org*. July 8, 2020. *https://www.acc.org/latest-in-cardiology/articles/2020/07/08/08/49/the-role-of-vericiguat-in-the-expan ding-realm-of-hf-pharmacotherapy*.

218. Madueme PC, Ng DK, Guju L, Longshore L, Moore V, **Jefferies L**, Warady BA, Furth S, Mitsnefes M. Response to: Aortic dilatation in children with mild to moderate chronic kidney disease. *Pediatr Nephrol* 2020 Jul 8.

219. Rossano JW, Kantor PF, Shaddy RE, Shi L, Wilkinson JD, **Jefferies JL**, Czachor JD, Razoky H, Wirtz HS, Depre C, Lipshultz SE. Elevated heart rate and survival in children with dilated cardiomyopathy: A multicenter study from the Pediatric Cardiomyopathy Registry. *J Am Heart Assoc*. 2020 Aug 4;9(15):e015916. doi: 10.1161/JAHA.119.015916. Epub 2020 Jul 30.PMID: 32750307.

220. Explorer HCM Study Investigators. Mavacamten for treatment of symptomatic obstructive obstructive hypertrpophic cardiomyopathy (EXPLORER-HCM): A randomized, double-blind, placebo-controlled,

phase-3 trial. Lancet 2020 Aug 28:S0140-6736(20)31792-X. doi: 10.1016/S0140-6736(20)31792-X. Online ahead of print. PMID: 32871100.

221. Goldberg JF, Ness KK, Chi X, Santucci AK, Plana JC, Joshi VM, Luepker RV, Durand JB, Partin RE, Howell RM, Wilson CL, Towbin JA, **Jefferies JL**, Srivastava DK, Hudson MM, Robison LL, Armstrong GT. Cardiovascular family history increases risk for late-onset adverse cardiovascular outcomes in childhood cancer survivors: A St. Jude Lifetime cohort report. Cancer Epidemiol Biomarkers Prev. 2020 Oct 8:cebp.0809.2020. doi: 10.1158/1055-9965.EPI-20-0809. Online ahead of print. PMID: 33033146.

222. Zhang W, Walsh R, Whiffin N, Buchan R, Midwinter W, Wilk A, Govind R, Li N, Ahmad M, Mazzarotto F, Roberts A, Theotokis PI, Mazaika E, Albouba M, de Marvao A, Pua CJ, Day SM, Ashley E, Colan SD, Michels M, Pereira AC, Jacoby D, Ho CY, Olivotto I, Gunnarsson GT, **Jefferies JL**, Semsarian C, Ingles J, O'Regan DP, Aguib Y, Yacoub MB, Cook SA, Barton PJR, Bottolo L, Ware JS. Disease-specific variant pathogenicity prediction significantly improves variant interpretation in inherited cardiac conditions. *Genet Med*. 2020 Oct 13. doi: 10.1038/s41436-020-00972-3. Online ahead of print. PMID: 33046849.

223. Dixon SB, Howell CR, Lu L, Plana JC, Joshi VM, Luepker RV, Durand JB, Ky B, Lenihan DJ, **Jefferies JL**, Green DM, Ehrhardt MJ, Mulrooney DA, Folse TE, Partin RE, Santucci AK, Howell RM, Srivastava K, Hudson MM, Robison LL, Ness KK, Armstrong GT. Cardiac biomarkers and association with subsequent cardiomyopathy and mortality among adult survivors of childhood cancer: a report from the St. Jude Lifetime Cohort. *Cancer*. 2020.

224. Lubas MM, Wang M, **Jefferies JL**, Ness KK, Ehrhardt MJ, Krull KR, Mulrooney DA, Srivastava DK, Howell RM, Robison LL, Hudson MM, Armstrong GT, Brinkman T. The contribution of stress and distress in adult survivors of childhood cancer. *Cancer Epidemiol Biomarkers Prev*. 2020 Nov 24:cebp.1183.2020. doi: 10.1158/1055-9965.EPI-20-1183. Online ahead of print. PMID: 33234555.

225. Lakdawala NK, Olivotto I, Day SM, Han L, Ashley EA, Michels M, Ingles J, Semsarian C, Jacoby D, **Jefferies JL**, Colan SD, Pereira AC, Rossano JW, Wittekind S, Ware JS, Saberi S, Helms AS, Cirino AL, Leinwand LA, Seidman CE, Ho CY. Associations between female sex, sarcomere variants and clinical outcomesIn hypertrophic cardiomyopathy. *Circ Genom Precis Med*. 2020 Dec 7. doi: 10.1161/CIRCGEN.120.003062. Online ahead of print. PMID: 33284039.

226. Sapkota Y, Qin N, Ehrhardt MJ, Wang Z, Chen Y, Wilson CL, Estepp J, Rai P, Hankins JS, Burridge PW, **Jefferies JL**, Zhang J, Hudson MM, Robison LL, Armstrong GT, Mulrooney DA, Yasui Y. Genetic variants associated with therapy related cardiomyopathy among childhood cancer survivors of African ancestry. *Cancer Res*. 2020 Dec 7: canres.2675.2020. doi: 10.1158/0008-5472.CAN-20-2675. Online ahead of print.PMID: 33288658.

227. Howell CR, Bjornard KL, Ness KK, Alberts N, Armstrong GT, Bhatka N, Brinkman T, Caron E, Chemaitilly W, Green DM, Folse T, Huang IC, **Jefferies JL**, Kaste S, Krull KR, Lanctot JQ, Mulrooney DA, Neale G, Nichols KE, Sabin ND, Shelton K, Srivastava DK, Wang Z, Wilson C, Yasui Z, Zaidi A, Zhang J, Robison LL, Hudson MM, Ehrhardt MJ. Cohort profile: The St. Jude

Lifetime Cohort Study (SJLIFE) for paediatric cancer survivors. *Int J Epidemiol*. 2020 Dec 29:dyaa203. doi:10.1093/ije/dyaa203. Online ahead of print. PMID: 33374007.

228. **Jefferies JL.** Left ventricular non-compaction cardiomyopathy: New clues in a not so new disease? *J Am Heart Assoc*. 2021 Jan 14:e018815. doi: 10.1161/JAHA.120.018815. Online ahead of print. PMID: 33442993.

229. Basu-Ray I, Khanra D, Kupo P, Bunch J, Theus SA, Mukherjee A, Shah SK, Komocsi A, Adeboye A, **Jefferies J**. Outcomes of uninterrupted vs interrupted periprocedural direct oral anticoagulants in atrial fibrillation ablation. *J Arrhythm*. 2021 Jan 29;37(2):384-393. doi: 10.1002/joa3.12507. eCollection 2021 Apr.PMID: 33850580.

230. Cheng RK, Mooney DM, Chien CV, Shah KS, Vest A, **Jefferies JL**. SGLT2 inhibitors: Who should prescribe them for patients with heart failure? *J Am Coll Cardiol*. 2021 Mar 16;77(10):1375-1377. doi: 10.1016/j.jacc.2021.01.020.PMID: 33706883.

231. **Jefferies JL**. Echocardiographic predictors of arrhythmias in phopsholamban mutation carriers: A glimpse into the future? *JACC Cardiovasc Imaging*. 2021 Mar 10:S1936-878X(21)00079-6. doi: 10.1016/j.jcmg.2021.01.014. Online ahead of print.PMID: 33744136.

232. Ware SM, Wilkinson JD, Tariq M, Schubert JA, Sridhar A, Colan SD, Shi L, Canter CE, Hsu DT, Webber SA, Dodd DA, Everitt MD, Kantor PF, Addonizio LJ, **Jefferies JL**, Rossano JW, Pahl E, Rusconi P, Chung WK, Lee T, Towbin JA, Lal AK, Bhatnagar S, Aronow B, Dexheimer PJ, Martin LJ, Miller EM, Sleeper LA, Razoky H, Czachor J, Lipshultz SE; Pediatric Cardiomyopathy Registry Study Group. Genetic causes of cardiomyopathy in children: First results from the Pediatric Cardiomyopathy Genes Study. *J Am Heart Assoc*. 2021 Apr 28:e017731. doi: 10.1161/JAHA.120.017731. Online ahead of print. PMID: 33906374.

233. Gunturkun F, Akbilgic O, Davis RL, Armstrong GT, Howell RM, **Jefferies Jl**, Ness KK, Karabayir I, Lucas JT Jr, Srivastava DK, Hudson MM, Robison LL, Soliman EZ, Mulrooney DA. Artificial intelligence-assisted prediction of late-onset cardiomyopathy among childhood cancer survivors. *JCO Clin Cancer Inform*. 2021 Apr; 5:459-468. doi: 10.1200/CCI.20.00176. PMID: 33909450.

234. Martinez HR, Beasley GS, Miller N, Goldberg JF, **Jefferies JL**. Clinical insights into heritable cardiomyopathies. *Front Genet*. 2021 Apr 28;12:663450. doi: 10.3389/fgene.2021.663450. eCollection 2021. PMID: 33995492.

235. Angelini P, Muthupillai R, Lopez A, Cheong B, Uribe C, Hernandez E, Coulter S, Perin E, Molossi S, Gentile F, Flamm S, Lorenz G, D'Ascenzi F, Tobis J, Sarnari R, Corno A, Ferguson J, Chiribiri A, Villa ADM, Orzan F, Brugada P, **Jefferies J**, Aubry P, Towbin J, Thiene G, Tomanek R. Young athletes: Preventing sudden death by adopting a modern screening approach? A critical review and the opening of a debate. *Int J Cardiol Heart Vasc*. 2021 May 28;34:100790. doi: 10.1016/j.ijcha.2021.100790. eCollection 2021 Jun. PMID: 34124338.

236. Pour-Ghaz I, Heckle M, Ifedili I, Kayali S, Nance C, Kabra R, Jha SK, **Jefferies JL**, Levine YC. Beyond ejection fraction: Novel clinical approaches towards sudden cardiac death risk stratification in patients with dilated cardiomyopathy. *Curr. Cardio. Rev.* 2021 Aug 4. Doi: 10.2174/1573403X1766621080412939. Online ahead of print. PMID: 34348632.

237. **Jefferies JL**. Risk prediction in a debated diagnosis: Is it time for LVNC Guidelines?. *J Am Coll Cardiol*. 2021 Aug 17;78(7):663-665. doi: 10.1016/j.jacc.2021.06.031.PMID: 34384547.

238. Ifedili I, Mouksian K, Jones D, El Masri I, Heckle M, **Jefferies J**, Levine YC. Ablation therapy for persistent atrial fibrillation. *Curr Cardiol Rev*. 2021 Jul 28. doi: 10.2174/1573403X17666210729101752. Online ahead of print.PMID: 34325644.

239. **Jefferies JL**, Mazur WM, Howell CR, Plana JC, Ness KK, Li Z, Joshi VM, Green DM, Mulrooney DA, Towbin JA, Martinez HR, Goldberg JF, Howell RM, Srivastava DK, Robison LL, Hudson MM, Armstrong GT. Cardiac remodeling after anthracycline and radiotherapy exposure in the adult survivors of childhood cancer: A report from the St. Jude Lifetime Cohort Study. *Cancer*. 2021 Aug 19. doi: 10.1002/cncr.33860. Online ahead of print.PMID: 34411296.

240. **Jefferies JL**, DeVita M. Diuresis-related weight loss reflects interstitial compartment decongestion with minimal impact on intravascular volume expansion or outcomes and post-acute heart failure. *J Card Fail*. 2021 Aug 19:S1071-9164(21)00343-2. doi: 10.1016/j.cardfail.2021.07.023. Online ahead of print.PMID: 34419598.

241. O'Brien MP, Forleo-Neto E, Musser BJ, Isa F, Chan KC, Sarkar N, Barnabas RV, Barouch DH, Cohen MS, Hurt CB, Burwen DR, Marovich MA, Hou P, Heirman I, Davis JD, Turner KC, Ramesh D, Mahmood A, Hooper AT, Hamilton JD, Kim Y, Purcell LA, Baum A, Kyratsous CA, Krainson J, Perez-Perez R, Mohseni R, Kowal B, DiCioccio AT, Stahl N, Lipsich L, Braunstein N, Herman G, Yancopoulos GD, Weinreich DM; Covid-19 Phase 3 Prevention Team. *N Engl J Med*. 2021 Sep 23;385(13):1184-1195. doi: 10.1056/NEJMoa2109682. Epub 2021 Aug 4.PMID: 34347950.

242. **Jefferies JL**. Risk stratification prior to cardiac surgery: Another important lesson learned. *Am J Nephrol*. 2021;52(8):608-610. doi: 10.1159/000518241. Epub 2021 Sep 7.PMID: 34515040.

243. McCrindle BW, Michelson AD, Van Bergen AH, Suzana Horowitz E, Pablo Sandoval J, Justino H, Harris KC, **Jefferies JL**, Miriam Pina L, Peluso C, Nessel K, Lu W, Li JS, Gewillig M, Wolf D, Sluysmans T; UNIVERSE Study Investigators. *J Am Heart Assoc*. 2021 Sep 24:e021765. doi: 10.1161/JAHA.120.021765. Online ahead of print.PMID: 34558312.

244. Yogasundaram H, Nikhanj A, Chatur S, Qi A, Hagen L, Bailey L, Khan A, Hopkin RJ, Fine NM, **Jefferies JL**, Oudit GY. Burden of valvular heart disease in patients with Fabry disease. *J Am Soc Echocardiogr*. 2021 Oct 7:S0894-7317(21)00762-8. doi: 10.1016/j.echo.2021.09.013. Online ahead of print.PMID: 34627970.

245. Thompson R, **Jefferies J**, Wang S, Pu WT, Takemoto C, Hornby B, Heyman A, Chin MT, Vernon H. Current and future treatment approaches for Barth syndrome. *J Inherit Metab Dis*. 2021 Oct 29. doi: 10.1002/jimd.12453. Online ahead of print. PMID: 34713454.

246. Collyer J, Xu F, Munkhsaikhan U, Alberson NF, Orgil BO, Zhang W, Czosek RJ, Lu L, **Jefferies JL**, Towbin JA, Prevjav E. Combining whole exome sequencing with in silico analysis and clinical data to identify candidate variants in pediatric left ventricular noncompaction. *Int J Cardiol* 2021 Nov 6:S0167-5273(21)01769-1. doi: 10.1016/j.ijcard.2021.11.001. Online ahead of print.PMID: 34752814.

247. **Jefferies JL**, Spencer AK, Lau HA, Nelson MW, Giuliano JD, Zabinski JW, Boussios C, Curhan G, Gliklich RE, Warnock DG. A new approach to identifying patients with elevated risk for Fabry disease using a machine learning algorithm. *Orphanet J Rare Dis*. 2021 Dec 20;16(1):518. doi: 10.1186/s13023-021-02150-3.PMID: 34930374.

248. O'Brien MP, Forleo-Neto E, Sarkar N, Isa F, Hou P, Chan KC, Musser BJ, Bar KJ, Barnabas RV, Barouch DH, Cohen MS, Hurt CB, Burwen DR, Marovich MA, Brown ER, Heirman I, Davis JD, Turner KC, Ramesh D, Mahmood A, Hooper AT, Hamilton JD, Kim Y, Purcell LA, Baum A, Kryatsous CA, Krainson J, Perez-Perez R, Mohseni R, Kowal B, DiCioccio AT, Geba GP, Stahl N, Lipsich L, Braunstein N, Herman G, Yancopoulous GD, Weinreich DM; COVID-19 Phase 3 Prevention Trial Team. Effect of Subcutaneous Casirivimab and Imdevimab Antibody Combination vs Placebo on Development of Symptomatic COVID-19 in Early Asymptomatic SARS-CoV-2 Infection: A Randomized Clinical Trial. *JAMA*. 2022 Jan 14. doi: 10.1001/jama.2021.24939. Online ahead of print. PMID: 35029629.

249. Yaranov DM, **Jefferies JL**, Silver MA, Burkhoff D, Rao VN, Fudim M. Discordance of pressure and volume: Potential implications for pressure-guided remote monitoring in heart failure. *J Card Fail*. 2022 Feb 11:S1071-9164(22)00050-1. doi: 10.1016/j.cardfail.2022.02.003. Online ahead of print.PMID: 35158025.

250. **Jefferies JL**, Saffitz JE. Autophagy and reverse remodeling: A new biomarker in heart failure*? J Am Coll Cardiol*. 2022 Mar, 79(8) 802-804.

251. **Jefferies JL**, Spar DS, Chaouki AS, Khoury PR, Casson P, Czosek RJ. Continuous arrhythmia monitoring in pediatric and adult patients with left ventricular noncompaction. *Tex Heart Inst J*. 2022 Mar 1;49(2):e207497. doi: 10.14503/THIJ-20-7497.PMID: 35395088.

252. Groh WJ, Bhakta D, Tomaselli GF, Aleong RG, Teixeira RA, Amato A, Asirvatham SJ, Cha YM, Corrado D, Duboc D, Goldberger ZD, Horie M, Hornyak JE, **Jefferies JL**, Kääb S, Kalman JM, Kertesz NJ, Lakdawala NK, Lambiase PD, Lubitz SA, McMillan HJ, McNally EM, Milone M, Namboodiri N, Nazarian S, Patton KK, Russo V, Sacher F, Santangeli P, Shen WK, Sobral Filho DC, Stambler BS, Stöllberger C, Wahbi K, Wehrens XHT, Weiner MM, Wheeler MT, Zeppenfeld K. 2022 HRS expert consensus statement on evaluation and management of arrhythmic risk in neuromuscular disorders. *Heart Rhythm*. 2022 Apr 26:S1547-5271(22)01946-4. doi: 10.1016/j.hrthm.2022.04.022. Online ahead of print. PMID: 35500790.

253. Asbeutah AAA, Ingram E, Mouksian K, Wilbanks D, Alexander J, Bath A, Salberg L, **Jefferies JL**. Psychological symptoms and physical limitations with hypertrophic cardiomyopathy. *Am J Cardiol*. 2022 Apr 30:S0002-9149(22)00348-4. doi: 10.1016/j.amjcard.2022.03.031. Online ahead of print. PMID: 35504746.

254. Sapkota Y, Ehrhardt MJ, Qin N, Wang Z, Liu Q, Qiu W, Shelton K, Shao Y, Plyler E, Mulder HL, Easton J, Michael JR, Burridge PW, Wang X, Wilson CL, **Jefferies JL**, Chow EJ, Oeffinger KC, Morton LM, Li C, Yang JJ, Zhang J, Bhatia S, Mulrooney DA, Hudson MM, Robison LL, Armstrong GT, Yasui Y. A novel locus on 6p21.2 for cancer-treatment induced cardiac dysfunction among childhood cancer survivors. *J Natl Cancer Inst*. 2022 Jun 14:djac115. doi: 10.1093/jnci/djac115. Online ahead of print. PMID: 35698272.

255. Martinez DS, Noseworthy PA, Akbilgic O, Hermann J, Ruddy KJ, Hamid A, Maddula R, Singh A, Davis R, Gunturkun F, **Jefferies JL**, Brown SA. Artificial intelligence opportunities in cardio-oncology: Overview with Spotlight on electrocardiography. *Am Heart J Plus*. 2022 Mar;15:100129. doi: 10.1016/j.ahjo.2022.100129. Epub 2022 Apr 1. PMID: 35721662.

256. Asbeutah AA, **Jefferies JL**. Meta-analysis of the incidence of liver cirrhosis among patients with a Fontan circulation. *Am J Cardiol*. 2022 Jun 25:S0002-9149(22)00577-X. doi: 10.1016/j.amjcard.2022.05.009. Online ahead of print. PMID: 35764428.

257. Sapkota Y, Liu Q, Li N, Bhatt NS, Ehrhardt MJ, Wilson CL, Wang Z, **Jefferies JL**, Zhang J, Armstrong GT, Hudson MM, Robison LL, Mulrooney DA, Yasui Y. Contribution of genome-wide polygenic score to coronary artery disease in childhood cancer survivors. *JACC CardioOncol*. 2022 Jun 21;4(2):258-267. doi: 10.1016/j.jaccao.2022.04.003. eCollection 2022 Jun.PMID: 35818558.

258. Pour-Ghaz I, Bath A, Kayali S, Alkhatib D, Yedlapati N, Rhea I, Khouzam RN, **Jefferies JL**, Nayyar M. A review of cardiac amyloidosis: Presentation, diagnosis, and treatment. *Curr Probl Cardiol*. 2022 Aug 20;47(12):101366. doi: 10.1016/j.cpcardiol.2022.101366. Online ahead of print. PMID: 35995246.

259. Umer M, Motwani M, **Jefferies JL**, Kalra DK. Cardiac involvement in Fabry disease and the role of multimodality imaging in diagnosis and disease monitoring. *Curr Probl Cardiol*. 2022 Oct 3:101439. doi: 10.1016/j.cpcardiol.2022.101439. Online ahead of print. PMID: 36202174.

260. Conway J, Min S, Villa C, Weintraub RG, Nakano S, Godown J, Tatangelo M, Armstrong K, Richmond M, Kaufman B, Lal AK, Balaji S, Power A, Baez Hernandez N, Gardin L, Kantor PF, Parent JJ, Aziz PF, **Jefferies JL**, Dragulescu A, Jeewa A, Benson L, Russell MW, Whitehill R, Rossano J, Howard T, Mital S. The prevalence and association of exercise test abnormalities with sudden cardiac death and transplant-free survival in childhood hypertrophic cardiomyopathy. *Circulation*. 2022 Nov 6. doi: 10.1161/CIRCULATIONAHA.122.062699. Online ahead of print.PMID: 36335467.

261. Wogksch MD, Finch ER, Nolan VG, Smeltzer MP, Mzayek F, Goodenough CG, Pui CH, Inaba H, Mulrooney DA, Kaste SC, Brinkman TM, Lanctot JQ, Srivastava DK, **Jefferies JL**, Armstrong GT, Robison LL, Hudson MM, Ness KK. Energy cost of walking and I will be survivors of acute lymphoblastic leukemia: A report from the St. Jude lifetime cohort. *Front Pediatr*. 2022 Oct 28;10:976012. doi: 10.3389/fped.2022.976012. eCollection 2022.PMID: 36389386.

262. Kittipibul V, Yaranov DM, **Jefferies JL**, Silver MA, Burkhoff D, Rao VN, Biegus J, Ponikowski P, Fudim M. Pressure-volume profiles in heart failure cost sexes and phenotypes. *J Cardiovasc Transl Res*. 2022 Dec 14. doi: 10.1007/s12265-022-10345-7. Online ahead of print. PMID: 36515809.

263. Bath A, Akbilgic O, Wilbanks D, Patel J, Wallen M, Haji S, Das A, Alexander J, Pour-Ghaz I, Alkhatib D, Huang Y, Lontok E, **Jefferies J.** Barth Syndrome: Psychosocial impact and quality of life assessment. *J Cardiovasc Dev Dis*. 2022 Dec 9;9(12):448.doi:10.3390/jcdd9120448.PMID: 36547445.

264. Mouksian K, Ammon J, Pullen D, Zhang Q, Yedlapati N, **Jefferies J**. Cardiac amyloidosis: A rare TTR mutation found in an Asian female. *J Cardiovasc Dev Dis*. 2023 Jan 1;10(1):13. doi: 10.3390/jcdd10010013.PMID: 36661908.

265. Hopkin RJ, Cabrera GH, **Jefferies JL**, Yang M, Ponce E, Brand E, Feldt-Rasmussen U, Germain DP, Guffon N, Jovanovic A, Kantola I, Karaa A, Martins AM, Tondel C, Wilcox WR, Yoo HW, Nurlina AP, Mauer M. Clinical outcomes among young patients with Fabry disease who initiated agalsidase beta treatment before 30 years of age: An analysis of the Fabry Registry. *Mol Genet Metab*. 2022 Nov 30;138(2):106967. doi: 10.1016/j.ymgme.2022.106967. Online ahead of print.PMID: 36709533.

266. Wu NL, Wu NL, Chen Y, Dieffenbach BV, Ehrhardt MJ, Hingorani S, Howell RM, **Jefferies JL**, Mulrooney DA, Oeffinger KC, Robison LL, Weil BR, Yuan Y, Yasui Y, Hudson MM, Leisenring WM, Armstrong GT, Chow EJ. Development and validation of a prediction model for kidney failure in long-term survivors of childhood Cancer. *J Clin Oncol*. 2023 Feb 16:JCO2201926. doi: 10.1200/JCO.22.01926. Online ahead of print. PMID: 36795981.

267. Alkhatib D, Vega JA, Pour-Ghaz I, Al-Taweel O, Khan S, DeCarr S, Bath A, Rawal A, Wilbanks D, Raja J, Butt A, Yedlapati N, Hopkin RJ, **Jefferies JL**. Prevalence of lymphedema among Anderson-Fabry disease patients: A report from the Fabry registry. *Mol Genet Metab*. 2023 Feb 8;138(4):107538. doi: 10.1016/j.ymgme.2023.107538. Online ahead of print.PMID: 36812723.

268. Pour-Ghaz I, Alkhatib D, Isa S, Al-Taweel O, Ugonabo I, Yedlapati N, **Jefferies JL**. The roles of coronary computed coronary tomography angiography in characterizing coronary plaque: Screening, treatment, and prevention. *J Cardiovasc Dev Dis*. 2023 Jan 24;10(2):43. doi: 10.3390/jcdd10020043.PMID: 36826539.

269. Lynch A, Tatangelo M, Ahuja S, Steve Fan CP, Min S, Lafreniere-Roula M, Papaz T, Zhou V, Armstrong K, Aziz PF, Benson LN, Butts R, Dragulescu A, Gardin L, Godown J, Jeewa A, Kantor PF, Kaufman BD, Lal AK, Parent JJ, Richmond M, Russell MW, Balaji S, Stephenson EA, Villa C, **Jefferies JL**, Whitehill R, Conway J, Howard TS, Nakano SJ, Rossano J, Weintraub RG, Mital S. Risk of sudden death in patients with RASopathy hypertrophic cardiomyopathy. *J Am Coll Cardiol*. 2023 Mar 21;81(11):1035-1045. doi: 10.1016/j.jacc.2023.01.012. PMID: 3692208.

270. **Jefferies JL**, Kovesdy CP, Ronco C. Contemporary laboratory assessment of acute cardiorenal syndrome for early diagnosis-a call for action. *Am Heart J*. 2023 Mar 21:S0002-8703(23)00068-6. doi: 10.1016/j.ahj.2023.03.007. Online ahead of print. PMID: 36948370 Review.

271. Butt AK, Alkhatib D, Pur-Ghaz I, Isa S, Al-Taweel O, Ugonabo I, Yedlapati N, **Jefferies JL**.

Hypertrophic cardiomyopathy. *J Cardiovasc Dev Dis*. 2023 Mar 2;10(3):106. doi: 10.3390/jcdd10030106. PMID: 36975870.

272.  Alkhatib D, Isa S, Pour-Ghaz I, Butt A, Al-Taweel O, Ugonabo I, Yedlapati N, **Jefferies JL**. Novel device therapies for heart failure. *J Cardiovasc Dev Dis*. 2023 Apr 11;10(4):165. doi: 10.3390/jcdd10040165.PMID: 37103044.

273.  Kirmani S, Woodard PK, Shi L, Hamza TH, Canter CE, Colan SD, Pahl E, Towbin JA, Webber SA, Rossano JW, Everitt MD, Molina KM, Kantor PF, **Jefferies JL**, Feingold B, Addonizio LJ, Ware SM, Chung WK, Ballwej JA, Lee TM, Bansal N, Razoky H, Cazchor J, Lunze FI, Marcus E, Commean P, Wilkinson JD, Lipshultz SE. cardiac imaging and biomarkers for assessing myocardial fibrosis in children with hypertrophic cardiomyopathy. *Am Heart J*. 2023 Jun 12:S0002-8703(23)00160-6. doi: 10.1016/j.ahj.2023.06.005. Online ahead of print.PMID: 37315879.

274.  Palmer C, Mazur W, Truong VT, Nagueh SF, Fowler JA, Shelton K, Joshi VM, Ness KK, Srivastava DK, Robison LL, Hudson MM, Rhea IB, **Jefferies JL**, Armstrong GT. Prevalence of diastolic dysfunction in adult survivors od childhood cancer: A report from the SJLIFE cohort. *JACC CardioOncol.* 2023 Mar 21;5(3):377-388. doi: 10.1016/j.jaccao.2022.12.010. eCollection 2023 Jun.PMID: 37397075.

275.  Karabayir I, Gunturkun F, Butler L, Goldman SM, Kamaleswaran R, Davis RL, Collette K, Chinthala L, **Jefferies JL**, Bobay K, Ross GW, Petrovich H, Masaki K, Tanner CM, Akbilgic O. Externally validated deep learning model to identify prodromal Parkinson's disease from electrocardiogram. *Sci Rep*. 2023 Jul 29;13(1):12290. doi: 10.1038/s41598-023-38782-7.PMID: 37516770.

276.  Maharaj A, **Jefferies JL**, Mulrooney DA, Armstrong GT, Brinkman TM, O'Neil ST, Terrell S, Partin RE, Srivastava DK, Hudson MM, Wang Z, Ness KK. Design and methods of a randomized telehealth-based intervention to improve fitness in survivors of childhood cancer with exercise tolerance. *Contemp Clin Trials*. 2023 Sep 18;133:107339. doi: 10.1016/j.cct.2023.107339. Online ahead of print.PMID: 37730199.

277.  Chou C, Venron HJ, **Jefferies JL**, Chin MT. Editorial: Molecular pathogenesis and novel treatments for inherited cardiomyopathies. *Front Cardiovasc Med*. 2023 Sep 6;10:1282852. doi: 10.3389/fcvm.2023.1282852. eCollection 2023.PMID: 37745121.

278.  Goldberg JF, Hyun G, Ness KK, Dixon SB, Towbin JA, Rhea IB, Ehrhardt MJ, Srivastava DK, Mulrooney DA, Hudson MM, Robison LL, **Jefferies JL**, Rohatgi A, Armstrong GT. Dyslipidemia and cardiovascular disease among childhood cancer survivors: A St. Jude Lifetime cohort report. *J Natl Cancer Inst*. 2023 Nov 11: djad222. doi: 10.1093/jnci/djad222. Online ahead of print.PMID: 37952244.

279.  Alkhatib D, Karabayir I, Pour-Ghaz I, Khan S, Hart L, Cease M, Khouzam R, **Jefferies JL**, Akbilgic O. Pretreatment identification of 90-day readmission among heart failure patients receiving aquapharesis treatment. *Curr Probl Cardiol*. 2023 Nov 13:102207. doi: 10.1016/j.cpcardiol.2023.102207. Online ahead of print.PMID: 37967805.

280. Dixon SB, Wang F, Lu L, Wilson CL, Green DM, Merchant TE, Srivastava DK, Delaney A, Howell RM, **Jefferies JL**, Robison LL, Ness KK, Hudson MM, Chemaitilly W, Armstrong GT. Prediabetes and associated risk of cardiovascular events and chronic kidney disease among adult survivors of childhood cancer in the St. Jude Lifetime cohort. *J Clin Oncol*. 2023 Dec 13:JCO2301005. doi: 10.1200/JCO.23.01005. Online ahead of print.PMID: 38091552.

281. Kantor PF, Shi L, Colan SD, Orav EJ, Wilkinson JD, Hamza TH, Webber SA, Canter CE, Towbin JA, Everitt MD, Pahl E, Ware SM, Rusconi PG, Lamour JM, **Jefferies JL**, Addonizio LJ, Lipshultz SE; Pediatric Cardiomyopathy Investigators*. Progressive left ventricular remodeling for predicting mortality in children with dilated cardiomyopathy: The Pediatric Cardiomyopathy Registry. *J Am Heart Assoc*. 2024 Jan 12:e022557. doi: 10.1161/JAHA.121.022557. Online ahead of print.PMID: 38214257.

282. Brown SA, Beavers C, Bauer B, Cheng RK, Berman G, Marshall CH, Guha A, Jain P, Steward A, DeCara JM, Olaye IM, Hansen K, Logan J, Bergom C, Glide-Hurst C, Loh I, Gambril JA, MacLeod J, Maddula R, McGranaghan PJ, Batra A, Campbell C, Hamid A, Gunturkun F, Davis R, **Jefferies J**, Fradley M, Albert K, Blaes A, Choudhuri I, Ghosh AK, Ryan TD, Ezeoke O, Leedy DJ, Williams W, Roman S, Lehmann L, Sarkar A, Sadler D, Polter E, Ruddy KJ, Bansal N, Yang E, Patel B, Cho D, Bailey A, Addison D, Rao V, Levenson JE, Itchhaporia D, Watson K, Gulati M, Williams K, Lloyd-Jones D, Michos E, Gralow J, Martinez H. Advancing the care of individuals with cancer through innovation and technology: Proceedings from the cardiology oncology innovation Summit 2020 and 2021. *Am Heart J Plus*. 2023 Dec 25;38:100354. doi: 10.1016/j.ahjo.2023.100354. eCollection 2024 Feb.PMID: 38510746.

283. **Jefferies JL**. Watchful waiting: Echocardiographic surveillance of childhood left ventricular noncompaction. *J Am Coll Cardiol Adv*. 2024 Mar, 3(3) 100828.

284. Hammoud RA, Liu Q, Dixon SB, Onerup A, Mulrooney DA, Huang IC, **Jefferies JL**, Rhea IB, Ness KK, Ehrhardt MJ, Hudson MM, Ky B, Bhakta N, Sapkota Y, Yasui Y, Armstrong GT. The burden of cardiovascular disease and risk of subsequent major adverse cardiovascular events in survivors of childhood cancer: a prospective, longitudinal analysis from the St Jude Lifetime Cohort study. *Lancet Oncol*. 2024 Jun;25(6):811-822. doi: 10.1016/S1470-2045(24)00157-8.PMID: 38821086.

285. Chinta VR, Theela NP, Raja JM, Rawal A, Bath A, Jones D, Ibrahim A, Asbeutah AA, Adeboye AA, Akbilgic O, Khouzam RN, Stamper JJ, **Jefferies JL**. Outcomes of ultrafiltration in community-based hospitals. *Curr Probl Cardiol*. 2024 Jun 22:102716. doi: 10.1016/j.cpcardiol.2024.102716. Online ahead of print. PMID: 38909929.

286. **Jefferies JL**. Watchful waiting: Echocardiographic surveillance of childhood left ventricular noncompaction. *JACC Adv*. 2024 Feb 15;3(3):100828. doi: 10.1016/j.jacadv.2024.100828. eCollection 2024 Mar. PMID: 38938845.

287. Marshall JJ, Ashwath ML, **Jefferies JL**, Naidu SS, Nayak G, Reitman AB, Smalley S, Soto GE, Sumrell JM, Marine JE. Restrictive covenants in noncompete clauses for physicians. *JACC Adv*. 2023 Aug 7;2(7):100547. doi: 10.1016/j.jacadv.2023.100547. eCollection 2023 Sep. PMID: 38939481.

288. Hakimi M, Burnham T, Ramsay J, Cheung JW, Goyal NA, **Jefferies JL**, Donaldson D. Electrophysiologic and cardiovascular manifestations of Duchenne and Becker muscular dystrophies. *Heart Rhythm*. 2024 Jul 10:S1547-5271(24)02882-0. doi: 10.1016/j.hrthm.2024.07.008. Online ahead of print. PMID: 38997055.

289. **Jefferies JL**, Stavish CA, Silver MA, Butler J, Humes HD, Strobeck J. Blood volume analysis and cardio-renal syndrome: From bench to bedside. *Cardiorenal Med*. 2024 Jul 20. doi: 10.1159/000540497. Online ahead of print. PMID: 39033745.

290. **Jefferies JL**. Sacubitril/Valsartan in Heart Failure and Deterioration in eGFR: Slow and Steady Wins the Race. *JACC Heart Fail*. 2024 Aug 14:S2213-1779(24)00568-7. doi: 10.1016/j.jchf.2024.07.010. Online ahead of print.PMID: 39207326.

291. Witteles R, **Jefferies JL**, Kapa S, Cappelli F, Sultan MB, Gundapaneni B, Davis MK, Garcia-Pavia P. Atrial fibrillation as a prognostic factor for all-cause mortality in patients with transthyretin amyloid cardiomyopathy. *JACC CardioOncol*. 2024 Apr 30;6(4):592-598. doi: 10.1016/j.jaccao.2024.03.007. ECollection 2024 Aug.PMID: 39239341.

292. Groarke JD, Ness KK, Dhaduk R, Plana JC, Durand JB, Luepker RV, Joshi VM, Ehrhardt M, Mulrooney DA, Dixon SB, Nohria A, Green DM, Howell RM, Srivastava DK, **Jefferies JL**, Robison LL, Hudson MM, Armstrong GT. Autonomic dysfunction among adult survivors of childhood cancer in the St. Jude Lifetime Cohort Study. *JACC CardioOncol*. 2024 Oct 8;6(5):775-787. doi: 10.1016/j.jaccao.2024.08.005. eCollection 2024 Oct.PMID: 39479326.

293. Ammon J, Alexander J, Petit-Frere W, Alkhatib D, Rawal A, Newman G, Akbilgic O, Borkowski B, **Jefferies J**, Rhea I. Increasing clinician's suspicion of ATTR amyloidosis using a retrospective algorithm. *Cardiooncology*. 2024 Nov 8;10(1):78. doi: 10.1186/s40959-024-00282-6.PMID: 39516896.

294. Mukhopadhyay A, Haque Mondol M, Rahman M, Unicomb L, Khan R, Mazumder H, Nahien Ferdous M, Pickering EV, Fleming LE, Smeltzer MP, Chang HH, **Jefferies JL**, Kovesdy CP, Mou X, Mohd Naser A. The direct and urinary electrolyte-mediated effects of ambient temperature on population blood pressure: A causal mediation analysis. *Environ Int*. 2024 Dec 13;195:109208. doi: 10.1016/j.envint.2024.109208. Online ahead of print.PMID: 39705978.

295. Poudel S, Shrestha H, Pan Y, Li Q, Im C, Dixon SB, Ehrhardt MJ, Mulrooney DA, Zhou S, Tan H, High AA, Burridge PW, Bhatia S, **Jefferies JL**, Ness KK, Hudson MM, Robison LL, Armstrong GT, Peng J, Ky B, Yasui Y, Yapkota Y. Serum proteins predict treatment related cardiomyopathy among survivors of childhood cancer. JACC *CardioOncol*. 2024 Dec 3;7(1):56-67. doi: 10.1016/j.jaccao.2024.10.004. eCollection 2025 Jan.PMID: 39896123.

**ONLINE PUBLICATIONS, EDUCATION, AND ADVOCACY**

1. Mooney DM, Cheng RK among survivors of childhood cancerH, Shah K, Chien C, **Jefferies JL**. Impact of the COVID-19 Pandemic on Advanced Heart Failure and Heart Transplantation. *http://www.acc.org*. May 18, 2020. *https://www.acc.org/latest-in-*

*cardiology/articles/2020/05/15/12/00/poll-impact-of-covid-19-on-advance d-hf-and-heart-transplantation.*

2.  Lee AY, Natarajan PP, Cheng RKH, Shah K, Chien C, **Jefferies JL**. The role of vericiguat in the expanding realm of heart failure pharmacotherapy: An overview of the VICTORIA trial. *http://www.acc.org*. July 8, 2020. *https://www.acc.org/latest-in-cardiology/articles/2020/07/08/08/49/the-role-of-vericiguat-in-the-expandi ng-realm-of-hf-pharmacotherapy.*

3.  **Jefferies JL**, El Masri I. Omega-3 fatty acid and vitamin D supplementation in the primary prevention of AFib. *http://www.doximity.com*. November, 23, 2020. *https://www.doximity.com/articles/00d832b5-6a2e-439d-a90f-ff5f55e4c363*

4.  **Jefferies JL**, El Masri I. AFib: Time for a paradigm shift in management. *http://www.doximity.com*. November, 23, 2020. *https://www.doximity.com/articles/a194da1c-1a58-4a45-945d-ae93b01941bf*

5.  Martinez MW, Ommen SR, Chinta V, **Jefferies JL**. *https://learn.acc.org/Page/LEARNHCM*

6.  Martinez MW, Ommen SR, Chinta V, **Jefferies JL**. *https://learn.acc.org/Page/HCMRESOURCES*

7.  **Jefferies JL**, Kort S, Kontos MC, Cheng RK, Shah K, Mooney DM, Chien C. ACC.21 LBCTs: Perspectives From HF, Imaging, and ACS. *http://www.acc.org*. Jun 30, 2021. Accessed [insert access date].  https://www.acc.org/latest-in-cardiology/articles/2021/06/30/13/08/acc21-lbcts-perspectives-from-hf-imaging-and-acs-acc-2021#ACS.

8.  Berlacher K, Damp J, Jefferies JL. 212. Narratives in Cardiology: Becoming & Thriving as a Fellowship Program Director with Dr. Katie Berlacher and Dr. Julie Damp – Tennessee Chapter.

## NEWS REPORTS, VIDEOS, INTERVIEWS

1.  Interview with Dr. Jefferies regarding HBCU Scholars Program performed in conjunction with the American Heart Association. Action News 5, Memphis, TN. https://www.actionnews5.com/2022/02/16/bluff-city-life-tuesday-15-feb/

2.  Interview with Dr. Jefferies regarding HBCU Scholars Program performed in conjunction with the American Heart Association. ABC News 24, Memphis, TN. https://www.localmemphis.com/article/news/health/heart-health-hbce-lemoyne-owen/522-429bff42-dad7-4ab4-962c-cf300aecb411

3.  Interview with Dr. Jefferies and Dr. Alexandrov regarding patient advocacy for stroke prevention. Fox 13 News, Memphis, TN. https://www.fox13memphis.com/news/watch-doctors-fight-ensure-stroke-patients-get-access-medications-they-need/c04f66ef-5e4e-487d-a8bc-2676a114f5a9/

4.  Interview with Dr. Jefferies by CardioNerds regarding Diversity, Equity, and Inclusion. https://www.cardionerds.com/212-narratives-in-cardiology-becoming-thriving-as-a-fellowship-program-director-with-dr-katie-berlacher-and-dr-julie-damp-tennessee-chapter/

5.  Interview with Dr. Jefferies regarding sudden cardiac death. WMC 5 News, Memphis, TN. https://www.youtube.com/watch?v=OQqYktvIVPY&t=2s

6.  Entrepreneurship. Memphis University School Chapel. https://vimeo.com/884875633/56ce629df6?share=copy

7.  CuesHub Interview with Drs. Santosh Kumar and John Jefferies. https://wreg.com/video/new-app-helps-memphis-residents-manage-stress/10427239/

**BOOK CHAPTERS:**

1.  **Jefferies JL.** The neurohormonal axis and biochemical markers of heart failure. In: Chang AC, Towbin JA, Eds. *Heart Failure in Children and Young Adults: From Molecular Mechanisms to Medical and Surgical Strategies.* Elsevier. 2005.

2.  **Jefferies JL,** Nihill MR, Nugent AR. Congenital heart disease. ln: Mukherjee D, Cho L, Moliterno D (eds.). *900 Questions.. An Interventional Cardiology Board Review.* I$^s$ Ed. Lippincott-Williams and Wilkins. 2006.

3.  **Jefferies JL,** Towbin JA. Genetics of congenital heart disease. In: *Braunwald's Heart Disease: A Textbook of Cardiovascular Medicine. 8th Ed.* Elsevier Saunders. 2007.

4.  **Jefferies JL**, Denfield SW, Dreyer WJ. Heart failure in infants and children: cardiomyopathy. In: *Rogers Textbook of Pediatric Intensive Care, 4th edition* (Nichols DG, ed.) Philadelphia, PA: Lippincott Williams & Wilkins, 2008, 1075-1084.

5.  Towbin JA, Vatta M, **Jefferies JL**. Cardiomyopathies in Infants and Children. In: *Fetal and Neonatal Physiology, 4th edition*, 2010, Elsevier Saunders.

6.  **Jefferies JL**, Towbin JA, Ware S, Congenital Cardiomyopathies. In: *Muscle: Fundamental Biology and Mechanisms of Disease.* Volume 1 Joseph A. Hill and Eric N. Olson.

7.  Cabana MD, Brakeman P, Curran M, Dimeglio LA, Golden WC, Goldsby R, Hartman A, Kind T, Lightdale JL, Sabella C, Tanel R. Contributing **Jefferies JL**. *5-Minute Pediatric Consult, 6th edition* edited. 2012 - Wolters Kluwer Health - 2012 - Hardback - 1,113 pages - ISBN 145111656X.

8.  Towbin JA, Lorts A, **Jefferies JL**. Myocarditis. In: Allen HD, Driscoll DJ, Shaddy RE, Feltes TF, editors. *Moss & Adam's Heart Disease in Infants, Children and Adolescents: Including the Fetus and Young Adult*. 1. Philadelphia, PA: Lipincott Williams & Wilkins; 2012. P. 1247-66.

9.  Chin C, **Jefferies JL**, Heart Transplant. In: *Volume 3: Peri-operative Care of the Critically Ill or Injured Child*; Spinger-Verlag Longdon Limited.

10. **Jefferies JL**, Martinez HR, Towbin JA. Genetics of Congenital and Acquired Cardiovascular Disease. In: *Pediatric Cardiology, Cardiac Surgery, and Intensive Care*; Spinger-Verlag London Limited.

11. Lorts A, Ryan TD, **Jefferies JL**. Cardiomyopathies in Children. In: *Volume 2: Peri-operative Care of the Critically Ill or Injured Child*: Springer-Verlag London Limited.

12. Cabana MD, Brakeman P, Curran M, Dimeglio LA, Golden WC, Goldsby R, Hartman A, Kind T, Lightdale JL, Sabella C, Tanel R. Contributing **Jefferies JL**. *5-Minute Pediatric Consult*, *7e edited*. 2014 : Wolters Kluwer Health.

13. Lorts A, Ryan T, **Jefferies JL**. Cardiomyopathies in children. In: Wheeler DS, Wong HR, Shanley TP (eds), *Pediatric Critical Care Medicine: Basic Science and Clinical Evidence, 2nd edition*.

14. **Jefferies JL**, Webb G, Towbin JA. Heart Failure in Adult Congenital Heart Disease. In: *Color Atlas of Adult Congenital Heart Disease, 1st edition*, 2104, In Press.

15. Towbin JA, Ryan TD, **Jefferies JL**. Pathophysiology of Cardiomyopathies. In: *Fetal and Neonatal Physiology, 5th edition*, 2015.

16. **Jefferies JL**, Wilmot I. Myocarditis and Pericarditis. In: *Pediatric Infectious Diseases*, *2nd edition*. McGraw-Hill 2018.

17. Villa CR, **Jefferies JL**. Cardiomyopathies. In: *Anderson's Pediatric Cardiology, 4th edition*, 2018, Elsevier.

18. Towbin JA, Martinez H, **Jefferies JL**. Cardiomyopathies in Infants and Children. In: *Fetal and Neonatal Physiology, 6th edition*, 2020, Elsevier Saunders.

19. Martinez H, Beasley G, **Jefferies J**, Towbin J. Genetics and Genomics of Congenital and Acquired Cardiovascular Disease. *In: Pediatric and Congenital Cardiology, Cardiac Surgery, and Intensive Care, 2nd Edition*, Springer 2022.

20. Alkhatib D, **Jefferies JL**. Artificial Intelligence in Heart Failure. *In: Intelligence-Based Cardiology and Cardiac Surgery: Artificial Intelligence and Human Cognition in Cardiovascular Medicine, 1st Edition*, Elsevier 2023.

## TEXTBOOKS EDITED:

**Jefferies JL**, Blaxall BC, Robbins J, Towbin JA. *Cardioskeletal Myopathies in Children and Young Adults,* 2016, Glennville, NY. Elsevier.

**Jefferies JL**, Rossano JW, Shaddy RE, Chang AC, Towbin JA. *Heart Failure in the Child and Young*

*Adult: From Bench to Bedside,* 2017, Academic Press.

**Jefferies JL**. Section Editor. *Pediatric and Congenital Cardiology, Cardiac Surgery and Intensive Care. 2nd edition*, 2018, Springer.

# EXHIBIT 2

**Materials Considered**

| Beginning Bates Number | Document |
|---|---|
| | **September 20, 2024 Deposition of Julie Yu** |
| | **February 6, 2025 Deposition of Elfrida Benjamin** |
| | **U.S. Patent No. 11,633,388** |
| | **U.S. Patent No. 12,042,489** |
| | **U.S. Patent No. 12,042,490** |
| | **U.S. Patent No. 11,833,164** |
| | **Aurobindo's Feb. 27, 2025 Suppl. Invalidity Contentions** |
| ATGAL_10161588 | **Towbin, J. and Jefferies, J., (2017) Cardiomyopathies Due to Left Ventricular Noncompaction, Mitochondrial & Storage Diseases, & Inborn Errors of Metabolism, *Circulation Research* 121:838** |
| ATGAL_10161618 | **Wessel, D. *et al.*, (2013) Clopidogrel in Infants with Systemic-to-Pulmonary-Artery Shunts, *N. Engl. J. of Med.* 368:2377** |
| ATGAL_10161605 | **Towbin, J. *et al.*, (2015) Left Ventricular Non-Compaction Cardiomyopathy, *Lancet* 386:813** |
| ATGAL_09536787 | **Hopkin, R. *et al.*, (2016) The Management & Treatment of Children with Fabry Disease: A United States-Based Perspective, *Mol. Genet. Metab.* 117:104** |
| ATGAL_10034456 | **Germain DP, (2010) Fabry Disease, *Orphanet J of Rare Dis.* 5:30** |
| ATGAL_10161508 | **Gros, F., Muller, S., (2023) The Role of Lysosomes in Metabolic & Autoimmune Diseases, *Nature Revs. Nephrology* 19:366–83** |
| ATGAL_10161327 | **Sun A., (2018) Lysosomal storage disease overview, *Ann. Transl. Med.* 6(24):476** |
| ATGAL_07011379 | **Desnick, R., Ioannou, Y., Eng, C., α-Galactosidase A Deficiency: Fabry Disease, *Online Metabolic & Molecular Bases of Inherited Disease* (McGraw-Hill Ed. 2001)** |
| ATGAL_10161341 | **Izhar *et al.*, (2023) Fabry Disease in Women: Genetic Basis, Available Biomarkers, and Clinical Manifestations, *Genes (Basel)* 15(1):37** |

| ATGAL_00216964 | Lidove, O. *et al.,* (2016) Fabry in the Older Patient: Clinical Consequences & Possibilities for Treatment, *Mol. Genet. Metab.* 118(4):319 |
|---|---|
| ATGAL_10161364 | Arias et al., (2022) Provisional Life Expectancy Estimates for 2021, *Nat'l Ctr. for Health Stat. Reps.* 23 |
| ATGAL_10161380 | Anania et al., (2025) Identification of Four New Mutations in the GLA Gene Associated with Anderson–Fabry Disease, *Int. J. Mol. Sci.* 26(2):473 |
| ATGAL_00216171 | Gal, A., Schafer, E., Rohard, I., The Genetic Basis of Fabry Disease, *Fabry Disease: Perspectives from 5 Years of FOS* (NCBI Bookshelf; 2006) |
| ATGAL_07871417 | Benjamin et al., (2017) The Validation of Pharmacogenetics for the Identification of Fabry Patients to Be Treated with Migalastat, *Genet. Med.* 19(4):436 |
| ATGAL_08225720 | Wang, R. *et al.,* (2007) Heterozygous Fabry Women Are Not Just Carriers, But Have a Significant Burden of Disease and Impaired Quality of Life, *Genet. Med.* 9(1) |
| ATGAL_10161404 | Michaud M. *et al.,* (2020) When and How to Diagnose Fabry Disease in Clinical Practice, *Am. J. Med. Scis.,* 360(6):641–49 |
| ATGAL_10161393 | Dutra-Clarke *et al.,* (2021) Variable clinical features of patients with Fabry disease and outcome of enzyme replacement therapy, *Mol. Genet. Metab. Reps.,* 26: 100700 |
| ATGAL_10161465 | Patient Stories, FSIG, https://fabry.org/patientstories/ |
| ATGAL_05355923 | December 14, 2017 Amicus Announcement, Amicus Therapeutics Submits New Drug Application to U.S. FDA for Migalastat for Treatment of Fabry Disease |
| ATGAL_09880475 | August 10, 2018 FDA News Release, FDA Approves New Treatment for a Rare Genetic Disorder, Fabry Disease |
| ATGAL_06388594 | June 2024 GALAFOLD Prescribing Information |
| ATGAL_10161496 | Lee H. et al., (2024)1-Deoxynojirimycin-producing bacteria: production, optimization, biosynthesis, biological activities, *Biotech. & Bioproc. Eng'g* 29(6):981–992 |
| ATGAL_10161438 | McCafferty, E., Scott, L., (2019) Migalastat: A Review in Fabry Disease, Drugs79(5) 543–54 |

| ATGAL_10036328 | **Pieroni, M. *et al.*, (2021) Cardiac Involvement in Fabry Disease, *J. Am. Coll. Cardiology* 77(7):922–36** |
| --- | --- |
| ATGAL_04808173 | **Liguori, L. *et al.*, (2020) Pharmacological Chaperones: A Therapeutic Approach for Diseases Caused by Destabilizing Missense Mutations, *Int. J. Mol. Sci.* 21(2):489** |
| ATGAL_09687616 | **May 2010 FABRAZYME Prescribing Information** |
| ATGAL_10161416 | **Berry, L. *et al.*, (2024) Patient-Reported Experience with Fabry Disease & Its Management in the Real-World Setting: Results from a Double-Blind, Cross-Sectional Survey of 280 Respondents, *Orphanet J. Rare Diseases* 19:153** |
| ATGAL_03771237 | **April 19, 2017, Amicus Briefing Document to FDA** |
| ATGAL_08247330 | **August 12, 2015, A Trial Patient's Experience with Amicus Therapeutics' Galafold for Fabry Disease** |
| ATGAL_10161430 | **July 2024 FABRAZYME Prescribing Information** |
| ATGAL_06866922 | **Lenders, M. *et al.*, (2016) Serum-Medicated Inhibition of Enzyme Replacement Therapy in Fabry Disease, *J. Am. Soc. Nephrol.* 27:256–64** |
| ATGAL_04885416 | **Azevedo, O. *et al.*, (2021) Fabry Disease Therapy: State-of-the-Art & Current Challenges, *Int. J. Mol. Sci.* 22(1):206** |
| ATGAL_06818690 | **Mauer, M. *et al.*, (2017) Reduction of Podocyte Globotriaosylceramide Content in Adult Male Patients with Fabry Disease with Amenable GLA Mutations Following 6 Months of Migalastat Treatment, *J. Med. Genet.* 54:781** |
| ATGAL_08244819 | **February 1, 2016, NDA Multi-Disciplinary Review and Evaluation for GALAFOLD** |
| ATGAL_10161450 | **Moran, N., (2018) FDA Approves Galafold, a Triumph for Amicus, *Nat. Biotech.* 36:91** |
| ATGAL_03972963 | **Müntze, J. *et al.*, (2023) Patient Reported Quality of Life & Medication Adherence in Fabry Disease Patients Treated with Migalastat: A Prospective, Multicenter Study, *Mol. Genet. Metab.* 138(2):106981** |
| ATGAL_10161482 | **Wu, Y. *et al.*, (2021) Migalastat Tissue Distribution: Extrapolation From Mice to Humans Using Pharmacokinetic Modeling & Comparison with Agalsidase Beta Tissue** |

| | |
|---|---|
| | **Distribution in Mice,** *Clinical Pharmacology Drug Dev.* **10:1075–88** |
| ATGAL_00412871 | ███████████████████████ |
| ATGAL_00016679 | ███████████████████████ |
| ATGAL_00016985 | **FDA Memorandum of Meeting Minutes** |
| ATGAL_08418426 | **November 8, 2007, Amicus Announcement, Amicus Therapeutics and Shire plc Enter Into $440 Million Ex-US Licensing Agreement to Develop and Commercialize Amigal™, Plicera™, and AT2220** |
| ATGAL_10161526 | **Study of the Effects of Oral AT1001 (Migalastat Hydrochloride) in Patients With Fabry Disease, ClinicalTrials.gov, https://clinicaltrials.gov/study/NCT00925301** |
| ATGAL_00105350 | **January 14, 2015, Clinical Study Report AT1001-011** |
| ATGAL_10161477 | *Amicus Shares Fall on Closed Partnership, Jobs Cuts*, San Diego Union-Tribute (Aug. 29, 2016), https://www.sandiegouniontribune.com/2009/10/30/amicus-shares-fall-on-closed-partnership-job-cuts/ |
| ATGAL_10161428 | ***Amicus Therapeutics, Shire Deal***, BioCentury (Nov. 2, 2009), https://www.biocentury.com/article/90279/amicus-therapeutics-shire-deal |
| ATGAL_04042962 | **Feb. 27, 2009, Amicus Announcement, Amicus Therapeutics Suspends Enrollment for Phase 2 Clinical Trial of AT2220 for Pompe Disease** |
| ATGAL_08837476 | **October 2, 2009, Amicus Announcement, Amicus Therapeutics Announces Preliminary Results of Phase 2 Study with PliceraTM for Gaucher Disease** |
| ATGAL_10161469 | **October 28, 2010, GSK and Amicus Therapeutics Enter Exclusive Worldwide Agreement to Develop and Commercialise Amigal™ for Fabry Disease** |
| ATGAL_00118916 | **March 31, 2016, Clinical Study Report AT1001-012** |
| ATGAL_10161573 | **Study to Compare the Efficacy and Safety of Oral AT1001 and Enzyme Replacement Therapy in Patients with Fabry Disease,** |

4

|  | ClinicalTrials.gov, https://clinicaltrials.gov/study/NCT01218659 |
|---|---|
| ATGAL_01149299 | **October 26, 2016, Migalastat Type B Meeting** |
| ATGAL_01109151 | **December 19, 2012, GSK-Amicus Press Release, Amicus Therapeutics and GlaxoSmithKline Announce Top Line 6-Month Primary Treatment Period Results from First Phase 3 Fabry Monotherapy Study** |
| ATGAL_10161435 | ***Updated: Amicus Shares Tank on PhIII Failure for Fabry Drug Partnered with GlaxoSmithKline**, Fierce Biotech (Dec. 19, 2012), https://www.fiercebiotech.com/r-d/updated-amicus-shares-tank-on-phiii-failure-for-fabry-drug-partnered-glaxosmithkline* |
| ATGAL_00632220 | **May 22, 2013, FDA Memorandum of Meeting Minutes** |
| ATGAL_00662884 | ███████████████████ |
| ATGAL_00992277 | **Nov. 20, 2013 GSK-Amicus Press Release, Amicus Therapeutics and GSK Announce Revised Fabry Agreement** |
| ATGAL_10161437 | **John Carroll, *GlaxoSmithKlein Politely Dumps $230M Fabry Drug Deal with Amicus*, Fierce Biotech (Nov. 20, 2013), https://www.fiercebiotech.com/financials/glaxosmithkline-politely-dumps-230m-fabry-drug-deal-amicus** |
| ATGAL_10161541 | ***Search Results Surrounding Fabry Studies**, ClinicalTrials.gov, https://clinicaltrials.gov/search?cond=fabry&limit=100&start=2003-04-24_2018-08-10* |
| ATGAL_10161460 | ***Frequently Asked Questions: How Common Is Fabry Disease?**, National Fabry Disease Foundation, https://www.fabrydisease.org/faq/115-how-common-is-fabry-disease* |
| ATGAL_10161413 | ***About Us: Who We Are**, National Organization for Rare Disorders, https://rarediseases.org/about-us/* |
| ATGAL_10161463 | ***NORD Announces Honorees for 2019 Rare Impact Award**, National Organization for Rare Disorders (Mar. 12, 2019), https://rarediseases.org/nord-announces-honorees-for-2019-rare-impact-awards/* |
| ATGAL_09027547 | **August. 1, 2019, Email from J. Gershkowiz to All Amicus Employees Regarding Giant Leap for Amicus** |

| | |
|---|---|
| **ATGAL_10161572** | **June 22, 2019 Rare Impact Award Ceremony** |
| **ATGAL_09990385** | **August 2018 GALAFOLD Prescribing Information** |
| **ATGAL_00325069** | **December 11, 2018, Amicus Announcement, Amicus Therapeutics Awarded UK Prix Galien Medal for Galafold (Migalastat)** |
| **ATGAL_03151057** | **GALAFOLD Summary of Product Characteristics** |
| **ATGAL_07336052** | **May 31, 2016, Amicus Therapeutics Announces European Commission Approval for Galafold™ (Migalastat) in Patients with Fabry Disease in European Union** |
| **ATGAL_08445866** | ███████████████████████████ |

# EXHIBIT B

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AMICUS THERAPEUTICS US, LLC and | ) | |
| AMICUS THERAPEUTICS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1461 (CJB) |
| | ) | CONSOLIDATED |
| TEVA PHARMACEUTICALS USA, INC. | ) | |
| and TEVA PHARMACEUTICALS, INC., | ) | **CONFIDENTIAL – SUBJECT** |
| | ) | **TO PROTECTIVE ORDER** |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**REBUTTAL REPORT OF ROBERT J. HOPKIN, M.D.**

**May 2, 2025**

# TABLE OF CONTENTS

I.      INTRODUCTION ................................................................................... 1

II.     PROFESSIONAL BACKGROUND AND QUALIFICATIONS ............................ 2

        A. ERT ................................................................................................ 5
        B. PHARMACOLOGICAL CHAPERONES ................................................ 6
        C. ENZYME INHIBITORS ..................................................................... 6
        D. GENE THERAPY .............................................................................. 7

III.    COMPENSATION AND PRIOR TESTIMONY ...................................... 8

IV.     DOCUMENTS AND MATERIALS REVIEWED ................................... 8

V.      GENERAL LEGAL PRINCIPLES ......................................................... 8

        A. PRESUMPTION OF VALIDITY ......................................................... 8
        B. CLAIM CONSTRUCTION ................................................................. 9
        C. PERSON OF ORDINARY SKILL IN THE ART ................................... 10
        D. NONOBVIOUSNESS ...................................................................... 11
        E. PATENT ELIGIBILITY ................................................................... 13

VI.     BACKGROUND OF THE TECHNOLOGY .......................................... 14

        A. A RARE LYSOSOMAL STORAGE DISEASE: FABRY DISEASE .................... 14
        B. MIGALASTAT ............................................................................... 21
        C. APPROVAL OF GALAFOLD ........................................................... 22
        D. RESPONSE TO DR. MEDIN'S TUTORIAL ......................................... 26

VII.    THE ASSERTED PATENTS AND CLAIMS ......................................... 27

        A. THE REASSESSMENT PATENTS ..................................................... 27
        B. THE ENGINEERED MUTATIONS PATENT ........................................ 32
        C. SUMMARY OF MUTATIONS IN THE ASSERTED CLAIMS .................. 34

VIII.   THE ASSERTED CLAIMS ARE NOT OBVIOUS ............................... 34

        A. THE ASSERTED PRIOR ART ......................................................... 36
        B. RESPONSE TO DR. MEDIN'S MOTIVATION TO COMBINE ARGUMENTS ................. 53
        C. CLAIMS 8 AND 36 OF THE '388 PATENT ...................................... 54
        D. CLAIMS 17 AND 23 OF THE '489 PATENT ..................................... 99
        E. CLAIM 9 OF THE '490 PATENT ................................................... 143
        F. CLAIMS 23-27 OF THE '164 PATENT............................................ 170
        G. OBJECTIVE INDICIA OF NONOBVIOUSNESS .................................. 204

IX.     THE ASSERTED CLAIMS INVOLVE MORE THAN THE PERFORMANCE OF WELL-UNDERSTOOD, ROUTINE, AND CONVENTIONAL ACTIVITIES PREVIOUSLY KNOWN TO THE INDUSTRY ..................................... 204

        A. REASSESSMENT PATENTS............................................................ 205
        B. ENGINEERED MUTATIONS PATENT .............................................. 208

**TABLE OF CONTENTS (cont'd)**

Page

**X.     CONCLUSION** ........................................................................................ **209**

**XI.     SUPPLEMENTATION** ........................................................................... **210**

## I.    INTRODUCTION

1.    I have been retained by Groombridge, Wu, Baughman & Stone LLP, counsel for Amicus Therapeutics US, LLC and Amicus Therapeutics, Inc. (collectively, "Amicus") to provide expert testimony regarding the validity of certain claims of U.S. Patent Nos. 11,633,388 ("the '388 Patent"), 12,042,489 ("the '489 Patent"), 12,042,490 ("the '490 Patent"), (together, the "Reassessment Patents") and U.S. Patent No. 11,833,164 ("the '164 Patent" or "Engineered Mutations Patent" and collectively with the Reassessment Patents, the "Asserted Patents") in response to the opening expert report of Dr. Jeffrey A. Medin retained by defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc. (collectively, "Aurobindo").

2.    Dr. Medin provided opinions that (1) Claims 8 and 36 of the '388 Patent, Claims 17 and 23 of the '489 Patent, and Claim 9 of the '490 Patent (collectively, the "Reassessment Patent Claims") are obvious, and (2) Claims 23-27 of the '164 Patent (the "Engineered Mutations Patent Claims" and collectively with the Reassessment Patent Claims, the "Asserted Claims") are obvious.  I have been asked to respond to Dr. Medin's invalidity opinions related to the Asserted Claims.  I have also been asked to render opinions regarding what was well-understood, routine, and conventional regarding the Reassessment Patent Claims as of May 30, 2017, which I understand the parties agree is the priority date of the Reassessment Patent Claims, and what was well-understood, routine, and conventional regarding the Engineered Mutations Patent Claims as of August 7, 2019, which I understand the parties agree is the priority date of the Engineered Mutations Patent Claims.

3.    My opinions are summarized below:

- ***First***, it is my opinion that the Reassessment Patent Claims—Claims 8 and 36 of the '388 Patent, Claims 17 and 23 of the '489 Patent, and Claim 9 of the '490 Patent—are not obvious.  Specifically, it is my opinion that the prior art references that Dr. Medin analyzes, even when combined, fail to teach or disclose each element of the Reassessment Patent Claims. The differences between the inventions claimed in the Reassessment Patent Claims and the prior

art references that Dr. Medin relies on are such that the inventions would not have been obvious to a person of ordinary skill in the art as of May 30, 2017, which I understand the parties agree is the priority date of the Reassessment Patent Claims. Such a person also would have no motivation to combine the teachings of the prior art references to solve the issues addressed by the Reassessment Patent Claims. In addition, there was significant unpredictability in how Fabry patients with each of the mutations in the Reassessment Patent Claims would respond to migalastat. Lastly, in some instances the references even teach away from the inventions, such that a person of ordinary skill in the art would not have had a reasonable expectation of success in administering migalastat to Fabry patients with the mutations in the Reassessment Patent Claims. As such, Dr. Medin has failed to show that any of the Reassessment Patent Claims are obvious over the prior art combinations presented in Dr. Medin's opening report. Additionally, the strong evidence of objective indicia of nonobviousness indicates that the Reassessment Patent Claims would have been nonobvious to a person of ordinary skill in the art.

•    ***Second***, it is my opinion that the Engineered Mutations Patent Claims— Claims 23-27 of the '164 Patent—are not obvious. In particular, it is my opinion that the prior art references that Dr. Medin analyzes, even when combined, fail to teach or disclose each element of the Engineered Mutations Patent Claims. The differences between the inventions claimed in the Engineered Mutations Patent Claims and the prior art references that Dr. Medin relies on are such that the inventions would not have been obvious to a person of ordinary skill in the art as of August 7, 2019, which I understand the parties agree is the priority date of the Engineered Mutations Patent Claims. Such a person also would have no motivation to combine the teachings of the prior art references to solve the issues addressed by the Engineered Mutations Patent Claims. In addition, there was significant unpredictability in whether an unknown mutation would be associated with Fabry disease and how Fabry patients with each of the mutations in the Engineered Mutations Patent Claims would respond to migalastat. Lastly, a person of ordinary skill in the art would not have had a reasonable expectation of success in administering migalastat to Fabry patients with the mutations in the Engineered Mutations Patent Claims. As such, Dr. Medin has failed to show that any of the Engineered Mutations Patent Claims are obvious over the prior art combinations presented in Dr. Medin's opening report. Additionally, the strong evidence of objective indicia of nonobviousness indicates that the Engineered Mutations Patent Claims would have been nonobvious to a person of ordinary skill in the art.

•    ***Third***, it is my opinion that certain elements of the Reassessment Patent Claims and Engineered Mutations Patent Claims were not well-understood, routine, and conventional to a person of ordinary skill in the art as of the priority date of the Reassessment Patent Claims, that is May 30, 2017, and as of the priority date of the Engineered Mutations Patent Claims, that is August 7, 2019, respectively.

## II.    PROFESSIONAL BACKGROUND AND QUALIFICATIONS

4.    My clinical practice and research focus on improving outcomes in genetic conditions by understanding their underlying causes. I have published on a range of disorders, from common to rare, including condition descriptions and genetic mechanisms. My research

has primarily involved lysosomal storage diseases and has included participating in clinical trials for enzyme replacement therapy ("ERT"), oral chaperone drugs, and gene therapy.  I am also interested in repurposing existing medications for rare genetic syndromes, such as mitogen-activated protein kinase ("MEK") inhibitors for neurofibromatosis type 1.

5.      Throughout my career, I have been honored with numerous awards that reflect both my commitment to patient care and education, and my dedication to research.  For example, in 1994, I received the Outstanding Medical Research Award during my pediatric residency.  In 2001, I was named Teacher of the Year at Cincinnati Children's Hospital Medical Center ("CCHMC").  I received the Fabry Physician Award from the Fabry Support and Information Group in 2016, was nominated for the Research, Advocacy, Resources, and Education ("RARE") Champion of Hope in Medical Care & Treatment in 2017, and received the Award of Appreciation from the National Fabry Disease Foundation in 2018.  I was named one of Cincinnati's "Top Docs" in Genetics multiple years between 2014 and 2021.  In 2021, I received both the CCHMC Hidden Gems Award and the Outstanding Research Team Award as part of the Neurofibromatosis Team.

6.      I earned a Bachelor of Science degree in zoology at Brigham Young University in Provo, Utah in 1986.  I then pursued my medical degree at the University of Nevada School of Medicine in Reno, Nevada graduating with my M.D. in 1990.  Following medical school, I completed my pediatric residency from 1990 to 1993 at Phoenix Children's Hospital and Maricopa Medical Center in Phoenix, Arizona.  I stayed on for an additional year, serving as chief resident from 1993 to 1994.  Subsequently, I specialized in genetics by completing a fellowship in human genetics at the CCHMC, from 1994 to 1997.

7.     My academic career began in 1997 as an instructor of Clinical Pediatrics in the Division of Human Genetics at both CCHMC and the University of Cincinnati College of Medicine's Department of Pediatrics.  I held this position until 2000.  In July 2000, I was appointed Assistant Professor of Clinical Pediatrics in the same division at both institutions, serving in that capacity until June 2008.  From 2002 to 2008, I also held a concurrent appointment as an Assistant Professor in the Department of Analytical & Diagnostic Sciences within the College of Allied Health Sciences at the University of Cincinnati.  In 2008, I was promoted to Associate Professor of Clinical Pediatrics in the Division of Human Genetics at CCHMC and the University of Cincinnati College of Medicine, a position I held until October 2022.  Additionally, I served as Associate Professor in the Department of Analytical & Diagnostic Sciences at the University of Cincinnati from 2008 to 2011.  In 2022, I was promoted to Professor of Clinical Pediatrics in the Division of Human Genetics at both CCHMC and the University of Cincinnati College of Medicine, where I currently serve.

8.     Since 1993, I have published more than 230 book chapters and articles in prestigious journals such as American Journal of Medical Genetics, Annals of Neurology, Neurology, Pediatrics, Human Mutation, Nature Genetics, American Journal of Cardiology, Human Genetics, Hepatology, Science Advances, Neuron, Pediatrics, Lancet Neurology, and Journal of Hepatology.  Several of these publications are related to research in the areas of pediatrics, genetics, lysosomal storage diseases, and neurology.  I have also contributed to important studies regarding the management of Fabry disease in children and adults.  I have also contributed to more than 300 abstracts presented at national and international symposia.

9.     Throughout my career, I have been actively involved in diverse research projects that are related to genetics education, clinical trials, and therapeutic development for rare genetic

disorders.  My early research was supported by grants from the National Institutes of Health and

the National Center for Human Genome Research from 1999 to 2003.  I served as co-investigator

for these projects that focused on providing a genetics educational program for the nursing

faculty.  These projects aimed to enhance genetics education among nursing faculty nationwide

and had a lasting impact on training programs.  I contributed to securing a competitive renewal

grant that significantly expanded the program's scope.  The renewal increased funding and

commitment to the development and dissemination of innovative, clinically relevant genetics

curricula.  This program remained active for over a decade.

10.    In parallel, from 2000 to 2001, I contributed to a project that focused on genetics

in primary care that was funded by the Health Resources and Services Administration

("HRSA").  This project focused on genetics faculty development for primary care providers.  As

a co-investigator, I supported the development of educational tools and strategies to integrate

genetics into everyday clinical practice for physicians in family medicine, internal medicine, and

pediatrics.

11.    I have served as a principal investigator ("PI") for multiple industry-sponsored

studies that span a wide range of technologies, from ERT, enzyme inhibitors, pharmacological

chaperones, and gene therapy.  These studies are summarized below.

### A.    ERT

12.    ERT is a type of treatment that provides a patient with a recombinant enzyme

when the patient's endogenous enzyme—such as human alpha-galactosidase A ("α-Gal A"),

which facilitates the breakdown various molecules in the lysosome, including

globotriaosylceramide (Gb3), which accumulates in Fabry disease (discussed in more detail

below)—is missing or defective. ████████████████████████████

████████████████████████████████████████



**B.    Pharmacological Chaperones**

14.    A pharmacological chaperone is a type of molecule that influences the folding, structure, and/or stability of a specific target protein, such as α-Gal A.  I was a PI for Amicus's ASPIRE study, as well as a PI for its long-term extension study, which evaluates the safety and efficacy of the pharmacological chaperone, Galafold®, in pediatric Fabry patients with amenable mutations.  All of my enrolled participants continued from the first part of the study into the extension phase, which is ongoing.  In addition to participating in Amicus's ASPIRE study and its extension study, I also treat approximately 29 patients with Galafold® as a part of my clinical practice.  These patients have 11 different amenable mutations.  One of these mutations, L89F, is one of the specific α-GAL A mutations listed in Claims 17 and 23 of the '489 Patent.

**C.    Enzyme Inhibitors**

15.    Enzyme inhibitors comprise a class of molecules that block the activity of an enzyme, such as glucosylceramide synthase, which catalyzes the synthesis of glucosylceramide, a precursor to Gb3.

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████

**D.    Gene Therapy**

16.    Gene therapy refers to providing a functional copy of a gene to a patient that has a defective gene, such as the gene for α-Gal A, sometimes called "GLA."  I have been actively engaged in gene therapy research for lysosomal storage disorders, including Fabry disease. ████

█████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████

████████

17.    ████████████████████████████████████

█████████████████████████████████████████

███████████████████████████████████████

█████████████████████████████████

███████████████████████████████████

█████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████████

███████████████████████████████

18.    Attached hereto as **Exhibit 1** is my curriculum vitae further describing my background and experience.

## III.    COMPENSATION AND PRIOR TESTIMONY

19.    For my work on this matter, I am being compensated at a rate of $500 per hour, which is my standard rate except for providing testimony at deposition and trial.  For time spent testifying at deposition or at trial, I am being compensated at a rate of $750 per hour, which is my standard rate.  My rate is not contingent on the opinions set forth in this report or on the outcome of the litigation.

20.    In the last four years, I have not provided testimony as an expert at any trials or depositions.

## IV.    DOCUMENTS AND MATERIALS REVIEWED

21.    My opinions are based on my own knowledge and experience as well as on numerous documents that I have reviewed and considered, which are listed in **Exhibit 2**.

## V.    GENERAL LEGAL PRINCIPLES

22.    As an initial matter, I am not an attorney, but counsel for Plaintiffs have explained certain legal principles relevant to my work in this matter to aid my analysis.  I have applied those legal principles to my analysis described in this report.

### A.    Presumption of Validity

23.    I have been informed that issued patents are presumed to be valid.  I have been informed that to rebut this presumption the challenger, in this case, Aurobindo, must persuade a fact finder, such as a judge, by clear and convincing evidence that the patent claims are not valid. I have also been informed that clear and convincing evidence means that it is highly and substantially more likely to be true than untrue and that the fact finder must be convinced that the contention is highly probable.

### B.    Claim Construction

24.    I have been informed that the terms of the patent claims are given the meaning they would have had to a person of ordinary skill in the art at the time of the invention.  I understand that the claim terms are read in the context of the claim in which they appear, including in the context of all of the claims, and the entire patent specification, as well as the prosecution history.

25.    I have been informed that the time of the invention (also known as priority date) of the Reassessment Patent Claims is May 30, 2017.  I have also been informed that the time of the invention of the Engineered Mutations Patent Claims is August 7, 2019.  I understand that Aurobindo does not dispute these two dates, nor does Dr. Medin provide any opinion that the Reassessment Patent Claims are not entitled to a May 30, 2017 priority date or that the Engineered Mutations Patent Claims are not entitled to an August 7, 2019 priority date.  If Aurobindo contests the priority dates of either the Reassessment Patent Claims or the Engineered Mutations Patent Claims in the future, I reserve the right to address the priority dates in response to such opinion.

26.    I have been informed that the parties have agreed on the meaning of the claim term "**HEK assay amenable mutation**," which appears in each of the Reassessment Patent Claims.  I have been informed that the agreed-upon meaning of "HEK assay amenable mutation" is "mutant form of α-galactosidase A ("α-Gal A") showing a relative increase of $\geq 1.2$-fold over baseline and an absolute increase of $\geq 3.0\%$ wild-type α-GAL A activity in the presence of 10 µmol/l migalastat determined using the Good Laboratory Practice ('GLP')-validated HEK assay."  In forming my opinions, I have applied this construction to the Reassessment Patent Claims.

27.    For all other claim terms, I have applied their plain and ordinary meaning.

## C.    Person of Ordinary Skill in the Art

28.    I have been informed that the scope of the claim terms and whether a product

infringes the claim are assessed from the standpoint of a person of ordinary skill in the art at the

time of the invention.  As discussed above, I have been informed that the time frame for

assessing the Reassessment Patent Claims is the priority date, May 30, 2017, and that the

relevant time frame for assessing the Engineered Mutations Patent Claims is the priority date,

August 7, 2019.

29.    I understand that Amicus proposed the following definition of a person of

ordinary skill in the art for the Reassessment Patents and the Engineered Mutations Patent:

> An individual with a degree in biology, pharmacology, medicine, or a related
> discipline with one to two years of experience in Fabry disease.  Such a person of
> ordinary skill may also work as part of a multi-disciplinary team and draw upon not
> only his or her own skills but also take advantage of certain specialized skills of
> others on the team to solve a given problem.

I agree with this definition and adopt it for my analysis.

30.    Based on my background and professional experience, by 2017 (for the

Reassessment Patent Claims) and by 2019 (for the Engineered Mutations Patent Claims), I was

at least a person of ordinary skill in the art.

31.    I understand that Dr. Medin has offered[1] the following alternative definition of

the person of ordinary skill:

> a POSA to whom the '388, '489, '490, and '164 patents are directed, and given
> the seriousness of the potential health risks associated with administering
> pharmaceutical agents, suggests that one of ordinary skill in the field of
> pharmaceutical research and development would have a fairly high level of
> education and skill. Such skilled artisans would be those familiar with the field
> of metabolic disorders such as Fabry disease and would include pharmaceutical
> chemists or physicians involved in research and development of formulations
> for treatment of such disorders, who would have a Master's, Ph.D., and/or M.D.

---

[1] Medin Opening Report, ¶ 30.

degree and several years of experience in the field. The amount of experience in the field would depend upon the level of formal education and particular experience with drugs for the treatment of Fabry disease. A POSA would have worked in conjunction with other individuals, the group of which collectively would have had experience in these fields, as well as in the field of clinical development of drugs for the treatment of Fabry disease patients having renal impairment. A POSA would also have knowledge of the scientific literature concerning these fields as of the claimed priority dates of the asserted patents. A POSA may also work as part of a multidisciplinary team and draw upon not only his or her own skills but also take advantage of certain specialized skills of others in the team to solve a given problem.

32.    I disagree with Dr. Medin's definition because it is too restrictive.  For example, a physician does not have to be involved in research and development of formulation for treatment of Fabry to be considered a person of ordinary skill in the art.

33.    My opinions remain the same, even under the definition of a person of ordinary skill proposed by Dr. Medin.

**D.    Nonobviousness**

34.    I have been informed that a patent is not valid if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time of the priority date of the invention to a person having ordinary skill in the art to which said subject matter pertains.  As discussed above, I understand that the relevant time frame for the Reassessment Patent Claims is their priority date, May 30, 2017, and that the relevant time frame for the Engineered Mutations Patent Claims is their priority date, August 7, 2019.  Dr. Medin does not provide any opinion that the Reassessment Patent Claims are not entitled to a May 30, 2017 priority date or that the Engineered Mutations Patent Claims are not entitled to an August 7, 2019 priority date.  If Aurobindo contests the priority dates of either the Reassessment Patent Claims or the Engineered Mutations Patent Claims in the future, I reserve the right to address the priority dates in response to such opinion.

35.     It has been further explained to me that, to determine whether the subject matter would have been obvious, the scope and content of the prior art are to be determined; differences between the prior art and the claims at issue are to be ascertained; and the level of ordinary skill in the pertinent art resolved.  I have also been informed that, even if a combination of prior art references discloses all of the limitations of the asserted claims, a patent challenger needs to offer clear and convincing evidence indicating why a person having ordinary skill in the art would have looked to those references, would have been motivated to combine the references at the time of the invention, and would have arrived at the claimed invention with a reasonable expectation of its successful implementation at the time of the invention.

36.     Further, I have been informed that in analyzing whether the subject matter would have been obvious, one may consider whether there are a finite number of identified, predictable solutions to choose from with a reasonable expectation of success.  For this analysis, counsel have explained to me that one should consider certain factors including the characteristics of the science or technology, its state of advance, the nature of the known choices, the specificity of the prior art, and the predictability of results in the area of interest.  Further, it has been explained to me that varying all parameters or trying each one of numerous possible choices until one trial gives a successful result when prior art references do not give any indication of which parameters were necessary or no direction on how many potential choices would be successful does not mean that something was obvious to try.

37.     I have also been informed that objective evidence of nonobviousness should be considered in determining whether the claimed subject matter would have been obvious.  These indicia include whether there was a long-felt but unmet need that was satisfied by the claimed invention; whether others tried but failed to solve the problem solved by the claimed invention;

whether there has been industry praise of the claimed invention; whether the claimed invention achieved unexpectedly superior results over the closest prior art; whether products covered by the claimed invention have been commercially successful due to the claimed invention; whether experts were skeptical that the invention would work; the teaching away from the claimed invention by others; and whether others copied the claimed invention.

38.     I have been informed that evidence of each of these objective indicia is relevant only if a nexus, i.e., a connection, exists between the evidence of the objective indicia and the product's characteristics that embody that claimed invention.

39.     I have been further informed that although the patent holder may come forward with such objective evidence, the patent holder has no obligation to do so.

### E.     Patent Eligibility

40.     I have been informed that patents grant a monopoly to those who invent or discover a new and useful, process, machine, manufacture, or composition of matter under 35 U.S.C. § 101.  Counsel have explained to me that laws of nature, natural phenomena, and abstract ideas are not patentable because they are considered to be the basic tools of scientific and technological work.

41.     Counsel have also explained that to determine if a patent is valid under 35 U.S.C. § 101, courts must first decide whether the claims at issue are directed to laws of nature, natural phenomena, or abstract ideas.  Counsel have informed me that if the claims are not directed to laws of nature, natural phenomena, or abstract ideas, then they are patent eligible.  Counsel have also informed me that if the claims are directed to laws of nature, natural phenomena, or abstract ideas, then courts must consider the elements of each claim both individually and as an ordered combination to determine whether there is an inventive concept in the claim that transforms the nature of the claim into a patent-eligible application of such laws of nature, natural phenomena,

or abstract ideas. I have been informed that even if a patent is directed to a law of nature, a natural phenomenon, or an abstract idea, an inventive concept can be found in the non-conventional and non-generic arrangement of known and conventional pieces.

42. Counsel have further explained that the question of whether an inventive concept transforms the nature of the claim into a patent-eligible application may be informed by whether the elements of a claim were well-understood, routine, and conventional. It has been explained to me that whether something is well-understood, routine, and conventional to a skilled artisan as of the priority dates (May 30, 2017 for the Reassessment Patent Claims and August 7, 2019 for the Engineered Mutations Patent Claims) goes beyond what was simply known in the prior art, and that the mere fact that something is disclosed in a piece of prior art does not mean it was well-understood, routine, and conventional.

## VI.    BACKGROUND OF THE TECHNOLOGY

### A.    A Rare Lysosomal Storage Disease: Fabry Disease

43. Lysosomal storage diseases "(LSDs")" are heritable metabolic diseases that affect the function of the lysosome.[2] The lysosome is a specialized organelle within cells that perform essential functions.[3] Within the lysosomes, specialized enzymes degrade and reuse cellular lipids and biomolecules.[4] When these enzymes are deficient, cells accumulate cellular debris

---

[2] Platt, F.M., (2018) Lysosomal Storage Diseases, *Nat rev Dis Primers* **4**(1):27 (ATGAL_10161649 at -649).

[3] *See, e.g.*, Germain 2012, D., (2010) Fabry Disease, *Orphanet J. of Rare Dis*. **5**:30 (ATGAL_10034456 at -456–57).

[4] *See* Sun, A., (2018) Lysosomal Storage Disease Overview, *Ann. Transl. Med*. **6**(24):476 (ATGAL_10161327at -327); Gros, F., Muller, S., (2023) The Role of Lysosomes in Metabolic & Autoimmune Diseases, *Nature Revs. Nephrology* **19**:366–83 (ATGAL_10161508 at -509, -513, -521); Platt, F.M., (2018) Lysosomal Storage Diseases, *Nat rev Dis Primers* **4**(1):27 (ATGAL_10161649 at -649).

that may lead to metabolic diseases and disorders also known as LSDs.[5]  These disorders are caused by mutations in genes encoding lysosomal proteins, such as lysosomal glycosidases, proteases, integral membrane proteins, transporters, enzyme modifiers or activators.[6]  Accumulation of unwanted waste substances inside lysosomes can initiate a cascade of secondary effects, ultimately leading to irreversible cellular damage, cell death as well as organ dysfunction and degeneration.[7]

44.      Mutations in the GLA gene cause a rare LSD called Fabry disease.  The GLA gene encodes the α-Gal A enzyme and mutations in the GLA gene result in either total or partial deficiency of α-Gal A enzyme activity.[8]  α-Gal A is responsible for breaking down various substances, or substrates.  For example, α-Gal A breaks down globotriaosylceramide, "GL-3" or "Gb3" and its derivatives, like globotriasosylsphingosine "lysoGb3."[9]  α-Gal A deficiencies cause accumulation of GL-3 and lysoGb3 in cells throughout the body, including capillary endothelial cells, renal cells, cardiac cells, and nerve cells.[10]  Over time, increases in substances

---

[5] *See* Sun, A., (2018) Lysosomal Storage Disease Overview, *Ann. Transl. Med.* **6**(24):476 (ATGAL_10161327 at -327); Gros, F., Muller, S., (2023) The Role of Lysosomes in Metabolic & Autoimmune Diseases, *Nature Revs. Nephrology* **19**:366–83 (ATGAL_10161508 at -509, -513, -521).

[6] Platt, F.M., (2018) Lysosomal Storage Diseases, Nat rev Dis Primers 4(1):27 (ATGAL_10161649 at -649).

[7] Platt, F.M., (2018) Lysosomal Storage Diseases, *Nat rev Dis Primers* **4**(1):27 (ATGAL_10161649 at -649); Gros, F., Muller, S., (2023) The Role of Lysosomes in Metabolic & Autoimmune Diseases, *Nature Revs. Nephrology* **19**:366–383 (ATGAL_10161508 at -519–20).

[8] Ortiz A., (2018) Fabry disease Revisited: Management and Treatment Recommendations for Adult Patients, *Molecular Genetics and Metabolism* **123**(4): 416–427 (ATGAL_09818528 at -528).

[9] Germain, D., (2010) Fabry Disease, *Orphanet J. of Rare Dis*. **5**:30 (ATGAL_10034456 at -456, -479).

[10] Germain, D., (2010) Fabry Disease, *Orphanet J. of Rare Dis*. **5**:30 (ATGAL_10034456 at -456–57).

such as GL-3 and lsyoGb3 cause cellular damage, narrowing of the vasculature, reduced

circulation, and inadequate tissue nourishment.[11]

45.    Fabry disease is an X-linked disorder because the GLA gene is located on the X

chromosome.[12]  Males, having only one X chromosome, possess a single copy of the GLA gene.

A mutation in the GLA gene in a male patient leads to reduced or absent α-Gal A activity in all

of the cells in the body.[13]  Females have two copies of the GLA gene because females have two

X chromosomes.  However, one copy of the GLA gene is active as one chromosome is silenced

through X-inactivation.[14]  For a female patient with Fabry disease, she has one copy of the GLA

gene that is mutated and one copy that is wild type, that expresses normal α-Gal A.  Depending

on which X chromosome is inactivated in a cell, the remaining X chromosome can have either a

normal GLA gene or a mutated GLA gene.[15]  For such a female Fabry patient, roughly half of

the cells will diminished or absent α-Gal A activity, while the remaining cells retain normal α-

Gal A activity.

46.    For both males and females, Fabry disease is a chronic, multisystem disorder that

may shorten average life expectancy of Fabry patients to 58 and 75 years for males and females,

---

[11] Desnick, R., Ioannou, Y., Eng, C., α-Galactosidase A Deficiency: Fabry Disease, *Online
Metabolic & Molecular Bases of Inherited Disease* (McGraw-Hill Education; 2019), pp. 3733–
44 (ATGAL_07011379 at -403).

[12] *E.g.*, Izhar, R. et al., (2023) Fabry Disease in Women: Genetic Basis, Available Biomarkers, &
Clinical Manifestations, Genes 15(1):37 (ATGAL_10161341 at -341–42).

[13] Izhar, R. *et al.*, (2023) Fabry Disease in Women: Genetic Basis, Available Biomarkers, &
Clinical Manifestations, *Genes* **15**(1):37 (ATGAL_10161341 at -342, -353).

[14] Izhar, R. *et al.*, (2023) Fabry Disease in Women: Genetic Basis, Available Biomarkers, &
Clinical Manifestations, *Genes* **15**(1):37 (ATGAL_10161341 at -342).

[15] Izhar, R. *et al.*, (2023) Fabry Disease in Women: Genetic Basis, Available Biomarkers, &
Clinical Manifestations, *Genes* **15**(1):37 (ATGAL_10161341 at -342, -353).

respectively.[16]  This is considerably shorter than the lifespan of males and females without Fabry

disease.  For males without Fabry disease, the average life expectancy is 73.2 years and females

without Fabry disease, the average life expectancy is 79.1 years.[17]

     47.    The classical, severe form of Fabry disease is caused by changes in the GLA gene

that result in no α-Gal A activity. [18]   For male patients with classical Fabry disease, it is thought

that accumulation of GL-3 starts in utero and the initial stages of organ injury may start at a very

early age.[19]  The first symptoms, including chronic neuropathic pain and episodic severe pain

crises, gastrointestinal symptoms (e.g., abdominal pain, diarrhea), impaired sweating, hearing

loss, and fatigue, typically emerge during childhood.[20]  These patients are characterized by

absent or severely reduced (< 1% of mean normal) α-Gal A activity, significant GL-3

accumulation in vascular endothelial cells, cardiomyocytes, smooth muscle cells, and

podocytes.[21] As the symptoms progress, patients develop increased risk of progressive chronic

---

[16] Lidove, O. *et al.*, (2016) Fabry in the Older Patient: Clinical Consequences & Possibilities for
Treatment, *Mol. Genet. and Metab.* **118**(4):319 (ATGAL_00216964 at -964).

[17] Arias, E. *et al.*, (2022) Provisional Life Expectancy Estimates for 2021, *Nat'l Ctr. for Health
Stat. Reps.* 23 (ATGAL_10161364 at -364).

[18] Lidove, O. *et al.*, (2016) Fabry in the Older Patient: Clinical Consequences & Possibilities for
Treatment, *Mol. Genet. Metab.* **118**(4):319 (ATGAL_00216964 at -964); Ortiz A., (2018) Fabry
disease Revisited: Management and Treatment Recommendations for Adult Patients, *Mol.
Genet. and Metab.* **123**(4): 416–427 (ATGAL_09818528 at -529).

[19] Hopkin R.J., (2023) Clinical Outcomes Among Young Patients with Fabry Disease Who
Initiated Agalsidase Beta Treatment Before 30 Years of Age: An Analysis from the Fabry
Registry, *Mol. Genet. and Metab.* **138**(2):106967 (ATGAL_03927842 at -843).

[20] Ortiz A., (2018) Fabry disease Revisited: Management and Treatment Recommendations for
Adult Patients, *Mol.Genet. and Metab.* **123**(4): 416–427 (ATGAL_09818528 at -529).

[21] Hopkin R.J., (2023) Clinical Outcomes Among Young Patients with Fabry Disease Who
Initiated Agalsidase Beta Treatment Before 30 Years of Age: An Analysis from the Fabry
Registry, *Mol. Genet. and Metab.* **138**(2):106967 (ATGAL_03927842 at -843).

kidney disease, left ventricular hypertrophy (LVH), myocardial fibrosis, arrhythmias, and strokes increases with age, and eventually death.[22]

48.     Non-classical or late-onset Fabry disease is caused by changes in the gene that result in diminished α-Gal A activity.[23]  For patients with non-classical or late-onset Fabry disease, symptoms may be delayed or there may be single-organ involvement.[24]  Because female patients have varying levels of residual α-GAL A activity ranging from normal to almost no activity depending on the GLA variant and X-chromosome inactivation, phenotype of female patients varies widely in accordance.[25]  While onset of first symptoms in females generally occurs later than that for classic male patients, it is frequently observed at pediatric ages.[26]  Adult female patients also have an increased risk for clinical organ involvement and decreased quality of life and overall longevity.[27]  In patients with the later-onset phenotype, typical cardiac symptoms present in the fourth to seventh decades of life, reflecting delayed onset and slower

---

[22] Ortiz A., (2018) Fabry disease Revisited: Management and Treatment Recommendations for Adult Patients, *Mol. Genet. and Metab.* **123**(4): 416–427 (ATGAL_09818528 at -529).

[23] Lidove, O. *et al.*, (2016) Fabry in the Older Patient: Clinical Consequences & Possibilities for Treatment, *Mol. Genet. and Metab.* **118**(4):319 (ATGAL_00216964 at -964); Ortiz A., (2018) Fabry disease Revisited: Management and Treatment Recommendations for Adult Patients, *Mol. Genet. and Metab.* **123**(4): 416–427 (ATGAL_09818528 at -529).

[24] Lidove, O. *et al.*, (2016) Fabry in the Older Patient: Clinical Consequences & Possibilities for Treatment, *Mol. Genet. and Metab.* **118**(4):319 (ATGAL_00216964 at -964).

[25] Ortiz A., (2018) Fabry disease Revisited: Management and Treatment Recommendations for Adult Patients, *Mol. Genet. and Metab.* **123**(4): 416–427 (ATGAL_09818528 at -529).

[26] Hopkin R.J., (2023) Clinical Outcomes Among Young Patients with Fabry Disease Who Initiated Agalsidase Beta Treatment Before 30 Years of Age: An Analysis from the Fabry Registry, *Mol. Genet. and Metab.* **138**(2):106967 (ATGAL_03927842 at -843).

[27] Hopkin R.J., (2023) Clinical Outcomes Among Young Patients with Fabry Disease Who Initiated Agalsidase Beta Treatment Before 30 Years of Age: An Analysis from the Fabry Registry, *Mol. Genet. and Metab.* **138**(2):106967 (ATGAL_03927842 at -843).

disease progression.[28]  As of 2025, more than 1,000 distinct mutations in the GLA gene that

cause Fabry disease have been discovered.[29]  There is no clear mutational hot spot for GLA

mutations and mutations that cause Fabry disease can be found across the entire GLA gene.[30]

There have been a number of different types of Fabry-associated GLA mutations identified,

including missense, nonsense, mutations affecting splicing, and frameshift mutations (small and

large deletions and insertions) as causing Fabry disease.[31]  Missense point mutations, which

generally result in single amino acid changes in the α-Gal A enzyme, make up about 60% of

Fabry associated mutations.[32]  The specific missense point mutation influences the activity of the

mutated α-Gal enzyme, leading to clinical presentations that range from classical to non-classical

Fabry disease.  In general, nonsense, consensus splice site, and most frameshift mutations result

in little or no α-Gal A enzyme activity, and are associated with the classic phenotype.  In

contrast, a proportion of the missense mutations and rare cryptic splicing mutations can result in

enzymes with residual α-Gal A activity, which may explain the later-onset phenotypes.[33]  Both

classical and non-classical Fabry disease may be treatable with chaperone therapies.

---

[28] Ortiz A., (2018) Fabry disease Revisited: Management and Treatment Recommendations for
Adult Patients, *Mol. Genet. and Metab.* **123**(4): 416–427 (ATGAL_09818528 at -529).

[29] Anania, M. *et al.*, (2025) Identification of Four New Mutations in the GLA Gene Associated
with Anderson–Fabry Disease, *Int. J. Mol. Sci.* 26(2):473 (ATGAL_10161380 at -386).

[30] Gal, A., Schafer, E., Rohard, I., The Genetic Basis of Fabry Disease, *Fabry Disease:
Perspectives from 5 Years of FOS* (NCBI Bookshelf; 2006) (ATGAL_00216171 at -171).

[31] *See* Benjamin, E. *et al.*, (2017) The Validation of Pharmacogenetics for the Identification of
Fabry Patients to be Treated with Migalastat, *Genet. Med.* **19**(4):436 (ATGAL_07871417 at -
423); Ortiz A., (2018) Fabry disease Revisited: Management and Treatment Recommendations
for Adult Patients, *Mol. Genet. and Metab.* **123**(4): 416–427 (ATGAL_09818528 at -529).

[32] Benjamin, E. *et al.*, (2017) The Validation of Pharmacogenetics for the Identification of Fabry
Patients to be Treated with Migalastat, *Genet. Med.* **19**(4)436 (ATGAL_07871417 at -417).

[33] Ortiz A., (2018) Fabry disease Revisited: Management and Treatment Recommendations for
Adult Patients, *Mol. Genet. and Metab.* **123**(4): 416–427 (ATGAL_09818528 at -529).

49.     Reliable diagnosis of Fabry disease can be challenging, even if the defective α-Gal A enzyme was already characterized.[34]  Disease manifestations in patients with the same gene mutation, even males from the same family, may vary, making disease management and treatment difficult.[35]  Factors that will likely alter the impact of a given gene mutation include the presence of additional deleterious GLA variants or variants of unknown significance, the genetic background of the patient, concomitant diseases, and environmental modifiers.[36]  For males, a key diagnostic marker is the level of α-Gal A enzyme activity.  Due to the X-linked aspect of the disease, Fabry disease can be more challenging to diagnose in females. [37]  Because females have two copies of the GLA gene, they may exhibit normal activity in some tissues, concealing the enzyme function deficiency that leads to diagnosis challenges.[38]  Further, for patients with non-classical or late-onset Fabry disease, their symptoms may be related to only a single organ, which can complicate diagnosis, especially for those who are not as familiar with the various forms of Fabry disease.[39]

---

[34] Desnick, R., Ioannou, Y., Eng, C., α-Galactosidase A Deficiency: Fabry Disease, *Online Metabolic & Molecular Bases of Inherited Disease* (McGraw-Hill Ed. 2001), pp. 3733–44 (ATGAL_07011379 at -405).

[35] Ortiz A., (2018) Fabry disease Revisited: Management and Treatment Recommendations for Adult Patients, *Mol. Genet. and Metab.* **123**(4): 416–427 (ATGAL_09818528 at -530).

[36] Ortiz A., (2018) Fabry disease Revisited: Management and Treatment Recommendations for Adult Patients, *Mol. Genet. and Metab.* **123**(4): 416–427 (ATGAL_09818528 at -530).

[37] Wang, R. *et al*., (2007) Heterozygous Fabry Women Are Not Just Carriers, But Have a Significant Burden of Disease & Impaired Quality of Life, *Genet. Med*. **9**(1):34–45 (ATGAL_08225720 at -720).

[38] Wang, R. *et al*., (2007) Heterozygous Fabry Women Are Not Just Carriers, But Have a Significant Burden of Disease & Impaired Quality of Life, *Genet. Med*. **9**(1):34–45 (ATGAL_08225720 at -720).

[39] Michaud, M. *et al*., (2020) When & How to Diagnose Fabry Disease in Clinical Practice, *Am. J. Med. Scis.* **360**(6):641–49 (ATGAL_10161404 at -404).

50.    Education and ability to recognize symptoms of the various presentations of

Fabry disease are crucial, because while there are a number of available treatments currently

available, those treatments are most effective when initiated early in the disease to prevent organ

damage before it occurs.  Fabry disease is progressive and, left untreated, Fabry disease results in

many severe symptoms, including kidney failure, heart problems, gastrointestinal pain,

neuropathic pain, and cerebrovascular problems.[40]  Symptoms of disease progression are patient

specific and non-uniform across Fabry patients.  A commonality is that the disease progressively

worsens over time and, if left untreated, can cause irreversible organ damage and death.  This

makes early detection and prompt treatment critical for positive patient outcomes.[41]

**B.    Migalastat**

51.    Migalastat is a low molecular weight iminosugar that binds to the active site of

the α-Gal A enzyme.[42]  Depending on its concentration, migalastat can act either as an inhibitor

of α-Gal A enzyme activity[43] or can act as a pharmacological chaperone for α-Gal A.[44]

"Chaperone" is a term that describes a broad category of molecules that affect protein folding,

structure, and stability.  When a chaperone is specific to a single target protein, it is referred to as

---

[40] Dutra-Clarke, M. *et al*., (2021) Variable Clinical Features of Patients with Fabry Disease &
Outcome of Enzyme Replacement Therapy, *Mol. Genet. and Metab. Reps.* **26**:100700
(ATGAL_10161393 at -393, -395).

[41] *E.g.,* Patient Stories, FSIG, https://fabry.org/patientstories/ (ATGAL_10161465 at -467–68).

[42] McCafferty, E., Scott, L., (2019) Migalastat: A Review in Fabry Disease, *Drugs* **79**(5):543–54
(ATGAL_10161438 at -438).

[43] Pieroni, M. *et al.*, (2021) Cardiac Involvement in Fabry Disease, *J. Am. Coll. Cardiology*
**77**(7):922–36 (ATGAL_10036328 at -337).

[44] Pieroni, M. *et al.*, (2021) Cardiac Involvement in Fabry Disease, *J. Am. Coll. Cardiology*
**77**(7):922–36 (ATGAL_10036328 at -337).

a "pharmacological chaperone."[45]  Migalastat is one such pharmacological chaperone.  In fact, it is the first FDA-approved chaperone.

52.    Migalastat protects α-Gal A from degradation by binding reversibly in the cell's endoplasmic reticulum ("ER") and allows the stabilized protein to be transported into the lysosome.[46]  In the lysosome, upon its release from migalastat, α-Gal A breaks down its substrates, such as GL-3 and lysoGb3, that accumulate in the cells of Fabry patients.[47] Unfortunately, migalastat does not have an effect on all mutated α-Gal A proteins causing Fabry disease.[48]  Further, it is almost impossible to predict, a priori, which patients may respond to migalastat.  For example, certain mutations lead to production of α-Gal A protein with no enzymatic activity or even no α-Gal A protein.  Other mutations result in production of mutant α-Gal A with reduced enzymatic activity due to its decreased stability.  Only some GLA mutations produce α-Gal A enzymes that maintain some activity and can be stabilized by migalastat, allowing their transport into the lysosome.

### C.    Approval of GALAFOLD

53.    Amicus has conducted studies of migalastat formulated as an oral chaperone product called GALAFOLD for treatment of Fabry disease.  Not all Fabry patients are candidates for treatment with GALAFOLD.  The GALAFOLD label identifies specific α-Gal A mutations

---

[45] Liguori, L. *et al.*, (2020) Pharmacological Chaperones: A Therapeutic Approach for Diseases Caused by Destabilizing Missense Mutations, *Int. J. Mol. Sci.* **21**(2):489 (ATGAL_04808173 at -173).

[46] McCafferty, E., Scott, L., (2019) Migalastat: A Review in Fabry Disease, *Drugs* **79**(5):543–54 (ATGAL_10161438 at -438).

[47] McCafferty, E., Scott, L., (2019) Migalastat: A Review in Fabry Disease, *Drugs* **79**(5):543–54 (ATGAL_10161438 at -438).

[48] McCafferty, E., Scott, L., (2019) Migalastat: A Review in Fabry Disease, *Drugs* **79**(5):543–54 (ATGAL_10161438 at -438).

that have been determined to be amenable to treatment with GALAFOLD. Amenability refers to the ability of migalastat to stabilize and properly chaperone the mutant α-Gal A enzyme leading to increased enzyme activity when measured using a particular in vitro assay.

54.    Initially, Amicus developed assays to measure the effect of migalastat in cells cultured from patients and later developed an in vitro assay using HEK-293 cells to determine which α-Gal A mutations might be responsive to migalastat.[49] In 2011, in collaboration with GSK, Amicus initiated two Phase 3 pivotal studies of migalastat in treatment-naïve patients (i.e., 011 Study, or FACETS) and patients who switched to migalastat from ERT (i.e., 012 Study, or ATTRACT),[50] Specifically, Fabry patients with known α-Gal A mutations that seemed responsive to migalastat based on the R&D HEK Assay were selected for enrollment in the two trials. In December 2012, the first six months of data from the 011 Study were unblinded.[51] Unexpectedly, the data revealed that the study failed to meet its endpoints. The data showed that responsiveness in the R&D HEK assay could not be used to accurately predict the clinical response of the study participants in the 011 Study.

55.    Meanwhile, Amicus scientists were working to develop and validate a more reliable HEK assay that is described in the Reassessment Mutations Patents as the Migalastat Amenability Assay.

56.    ████████████████████████████████████████

████████████████████████████████████████████

---

[49] *See e.g.*, '319 Patent Publication and Wu.

[50] McCafferty, E., Scott, L., (2019) Migalastat: A Review in Fabry Disease, *Drugs* **79**(5):543–54 (ATGAL_10161438 at -438).

[51] Nov. 6, 2012 FDA Advice/Information Request (ATGAL_01221622 at -622); Dec. 19, 2012 Press Release Amicus Therapeutics and GSK Announce Top Line 6-Month Primary Treatment Period Results from First Phase 3 Fabry Monotherapy Study (ATGAL_01109151 at -151).

 [52] For example, when tested with the R&D HEK Assay, the mutation A13P had no meaningful increase in enzyme activity with migalastat.[53]  This mutation however, was found to be amenable when tested with the Migalastat Amenability Assay.[54]

[56]  In addition, A20D, G80D, D175E, K213M, M267T, A309V, V316I, V316G, P323R, A352G, R356P, and V390M were separately reported as non-responsive in the literature but were found to be responsive in the Migalastat Amenability Assay.[57]  After the initial data from the 011 Study , Amicus also determined that there was a correlation between amenability as determined by the Migalastat Amenability Assay and clinical response.  Because of this

---

[52] Oct. 29, 2013 HEK Assay Slides Desnick Visit (ATGAL_09472479 at -487, -512–13).

[53] '319 Patent Publication; June 30, 2009 Fabry Mutagenesis Screening Database (showing no meaningful increase in enzyme activity with migalastat under the R&D HEK Assay for Q57L, first tested on July 2, 2008, P146S, first tested under the on August 29, 2007, and I242F, first tested February 26, 2008) (ATGAL_01433113 at -113); June 11, 2012 Data Sheet-xw (further showing T385A and G395A test data failing to meet drug response criteria under the R&D HEK Assay) (ATGAL_00416643 at -643).

[54] Oct. 29, 2013 HEK Assay Slides Desnick Visit (ATGAL_09472479 at -513).

[55] Oct. 29, 2013 HEK Assay Slides Desnick Visit (identifying mutations that switched categories) (ATGAL_09472479 at -512-–13); Aug 7, 2015 GLP HEK Assay Slides for Jeff (ATGAL_09479478 at -487).

[56] Oct. 29, 2013 HEK Assay Slides Desnick Visit (ATGAL_09472479 at -513).

[57] Lukas, J., et al., *Functional and Clinical Consequences of Novel α-Galactosidase A Mutations in Fabry Disease*, HUMAN MUTATION, Vol. 00, No. 0, 1–9 (2015) (ATGAL_00730664); Lukas, J., et al, *Functional Characterisation of Alpha-Galactosidase A Mutations as a Basis for a New Classification System in Fabry Disease*, PLOS GENETICS, Vol 9, Issue 8 (Aug. 2013) (ATGAL_09916904; ATGAL_01136145).

correlation, Amicus was able to determine which patients with known mutations associated with Fabry disease are amenable to migalastat treatment, including at 150 mg every other day

57.     After Amicus completed the 011 and 012 Studies,[58] Amicus filed a new drug application ("NDA") on December 14, 2017, requesting the approval of migalastat to treat Fabry patients with amenable α-Gal A mutations who are also at least 16 years old.[59]

58.     On August 18, 2018, the Food and Drug Administration ("FDA") approved GALAFOLD (migalastat) to treat adult Fabry patients who have confirmed diagnosis of Fabry disease and an α-Gal A mutation that was determined to be amenable to migalastat treatment using a specific in vitro amenability assay, which is referred to as the Migalastat Amenability Assay in this report.[60]  The approval was under the accelerated approval pathway.  This pathway allows FDA to "approve drugs for serious conditions where there is an unmet medical need and where a drug is shown to have certain effects that are reasonably likely to predict a clinical benefit in patients."[61]  The GALAFOLD prescribing information initially identified 348 amenable mutations that were shown to have increased activity in a specified in vitro assay and were deemed to be amenable to migalastat treatment.

59.     Later work by Amicus also identified a number of previously unidentified mutations in α-Gal A that are amenable to treatment with migalastat.  This work described in the Engineering Mutation Patent has been invaluable to doctors in getting the appropriate treatment

---

[58] McCafferty, E., Scott, L., (2019) Migalastat: A Review in Fabry Disease, *Drugs* **79**(5):543–54 (ATGAL_10161438 at -438).

[59] Dec. 14, 2017 Amicus Announcement, Amicus Therapeutics Submits New Drug Application to U.S. FDA for Migalastat for Treatment of Fabry Disease (ATGAL_05355923 at -923).

[60] Aug. 10, 2018 FDA News Release, FDA Approves New Treatment for a Rare Genetic Disorder, Fabry Disease (ATGAL_09880475 at -475).

[61] Aug. 10, 2018 FDA News Release, FDA Approves New Treatment for a Rare Genetic Disorder, Fabry Disease (ATGAL_09880475 at -476).

to Fabry patients as quickly as possible after the initial diagnosis. These newly identified

amenable mutations were also identified in patients and include the Y184S, N228H, or T412I

mutations.

60.    Currently, there are 367 amenable α-Gal A mutations identified in the prescribing

information.[62]  A list of those amenable α-Gal A mutations is provided in Table 2 of the

prescribing information.

**D.    Response to Dr. Medin's Tutorial**

61.    Dr. Medin opines that "mutant forms that are most likely to show increased total

cellular α-Gal A activity in Fabry patients treated with migalastat are physically unstable, prone

to inefficient or aberrant folding, have deficient lysosomal trafficking, and/or show increased

levels in cultured cells upon binding and stabilization by migalastat. Such mutant forms are

defined as 'responsive.'"[63]  I disagree with Dr. Medin's characterization of which mutations may

be considered as responsive. As I discuss in this report, while it is now possible to identify

mutant α-Gal A forms that are most likely to show increased activity in Fabry patients treated

with migalastat based on the Migalastat Amenability Assay, such mutants were not reasonably

identifiable using prior assays used to determine whether migalastat increased α-Gal A levels in

cultured cells.

62.    Dr. Medin ignores that the cell-based HEK assays reported in the literature

(including the R&D HEK reported by, e.g., the prior art references he cites and Lukas et al.) are

not reasonably predictive of clinical response in Fabry patients. As I discuss above, Amicus

tried using the R&D HEK Assay to identify GLA mutations that may be responsive to migalastat

---

[62] June 2024 GALAFOLD Prescribing Information, Table 2 (ATGAL_06388594 at -602–13).

[63] Medin Opening Report ¶ 52.

as a patient selection tool in their pivotal clinical assays.  As Amicus found out six months into

the clinical trial, there was insufficient correlation between the mutations identified as responsive

in this assay and the patients who did or did not respond to migalastat demonstrating the

unreliability of this HEK assay.  Dr. Medin does not discuss the fact that the first assay that was

reported as reliable was the Migalastat Amenability Assay that is described in the Asserted

Patents.  Without this assay, there was no way to identify which α-Gal A mutations may be

amenable to migalastat without administering migalastat to Fabry disease patients and

determining if a patient responds to migalastat.

## VII.    THE ASSERTED PATENTS AND CLAIMS

63.    The Asserted Claims are directed to methods of treating Fabry patients who have

the specific α-Gal A mutations listed in the Asserted Claims by administering migalastat.

### A.    The Reassessment Patents

64.    The Reassessment Patents share a common specification and each references a

provisional patent application no. 62/512,458 filed on May 30, 2017.  As discussed above, I

understand from counsel that the priority date for each of the Reassessment Patent Claims is May

30, 2017.  I further understand from counsel and from Dr. Medin's report that there is no dispute

that the priority date of the Reassessment Patent Claims is May 30, 2017.

65.    The common specification describes that "principles and embodiments of the

present invention relate generally to the use of pharmacological chaperones for the treatment of

Fabry disease."[64]

66.    As described in the common specification of the Reassessment Patents, "[m]any

human diseases result from mutations that cause changes in the amino acid sequence of a protein

---

[64] '388 Patent at 1:22-24.

which reduce its stability and may prevent it from folding properly."[65]   In cells, proteins

generally fold in a specific organelle known as the endoplasmic reticulum, or ER.  The cell has

developed "quality control mechanisms that ensure that proteins are folded into their correct

three-dimensional shape before they can move from the ER to the appropriate destination in the

cell, a process generally referred to as protein trafficking."[66]  Cells often retain misfolded

proteins in the ER, leading to their accumulation.  Retention of these misfolded proteins in the

ER "interrupts their proper trafficking, and the resulting reduced biological activity can lead to

impaired cellular function and ultimately to disease."[67]  In addition, "the accumulation of

misfolded proteins in the ER may lead to various types of stress on cells, which may also

contribute to cellular dysfunction and disease."[68]

   67. Retention of misfolded proteins in the ER may lead to LSDs.  These disorders

"are characterized by deficiencies of lysosomal enzymes due to mutations in the genes encoding

the lysosomal enzymes."[69]  The result of ER-retention of misfolded lysosomal enzymes can

cause "the pathologic accumulation of substrates of those enzymes."[70]  Many of the mutations

leading to misfolded proteins are missense mutations, which can lead to the production of a less

stable enzyme.  "These less stable enzymes are sometimes prematurely degraded by the ER-

---

[65] '388 Patent at 1:29-31.

[66] '388 Patent at 1:33-37.

[67] '388 Patent at 1:42-44.

[68] '388 Patent at 1:44-47.

[69] '388 Patent at 1:48-51.

[70] '388 Patent at 1:51-52.

associated degradation pathway" resulting in the enzyme deficiency in the lysosome, and the pathologic accumulation of substrate.[71]

68.    Fabry disease is one such disease where mutations in a single gene lead to a misfolded, less-stable lysozyme enzyme α-Gal A that accumulates in the ER.  This causes accumulation of "the substrate globotriaosylceramide (GL-3) to accumulate in various tissues and organs."[72]

69.    As of the May 30, 2017 priority date, there were at least three proposed approaches to treat Fabry disease: (1) enzyme replacement therapy ("ERT"), which involves intravenous infusion of a purified form of the corresponding wild-type protein; (2) substrate reduction, which involves "the use of small molecule inhibitors to reduce production of the natural substrate of deficient enzyme proteins, thereby ameliorating the pathology"; and (3) pharmacological chaperones or small molecule inhibitors that can bind to the α-Gal A to increase the stability of both mutant enzyme and the corresponding wild type enzyme.[73]

70.    The Reassessment Patent Claims are directed to the use of migalastat, a pharmacological chaperone, to treat Fabry patients with certain mutations in their GLA gene that are amenable to treatment with migalastat.  As described in the common specifications:

> More than 800 Fabry disease-causing GLA mutations have been identified. Approximately 60% are missense mutations, resulting in single amino acid substitutions in the α-Gal A enzyme. Missense GLA mutations often result in the production of abnormally folded and unstable forms of α-Gal A and the majority are associated with the classic phenotype. Normal cellular quality control mechanisms in the endoplasmic reticulum block the transit of these abnormal proteins to lysosomes and target them for

---

[71] '388 Patent at 1:57-58.

[72] '388 Patent at 1:66-67.

[73]'388 Patent at 2:5-42.

premature degradation and elimination. Many missense mutant forms are targets for
migalastat, an α-Gal A-specific pharmacological chaperone.[74]

71.    The common specifications further describe:

Mutant forms of α-galactosidase A considered to be amenable to migalastat are defined
as showing a relative increase (+10 μM migalastat) of ≥1.20-fold and an absolute
increase (+10 μM migalastat) of ≥3.0% wild-type when the mutant form of α-
galactosidase A is expressed in HEK-293 cells (referred to as the "HEK assay")
according to Good Laboratory Practice (GLP)-validated in vitro assay (GLP HEK or
Migalastat Amenability Assay). Such mutations are also referred to herein as "HEK assay
amenable" mutations.[75]

72.    In addition, the common specifications further describe that:

Migalastat is a low molecular weight iminosugar and is an analogue of the terminal
galactose of GL-3. In vitro and in vivo pharmacologic studies have demonstrated that
migalastat acts as a pharmacological chaperone, selectively and reversibly binding, with
high affinity, to the active site of wild-type α-Gal A and specific mutant forms of α-Gal
A, the genotypes of which are referred to as HEK assay amenable mutations. Migalastat
binding stabilizes these mutant forms of α-Gal A in the endoplasmic reticulum
facilitating their proper trafficking to lysosomes where dissociation of migalastat allows
α-Gal A to reduce the level of GL-3 and other substrates. Approximately 30-50% of
patients with Fabry disease have HEK assay amenable mutations; the majority of which
are associated with the classic phenotype of the disease. A list of HEK assay amenable
mutations includes at least those mutations listed in Table 1 [of the Reassessment
Patents].[76]

The asserted claims of the '388 Patent are Claims 8 and 36.  I understand that a dependent claim

incorporates the limitations of the claim(s) from which it depends.  Claims 8 and 36 of the '388

Patent (bolded below), along with the claims on which they depend, Claims 1 and 7, are recited

below:

1. A method of treating Fabry disease, the method comprising administering
migalastat to a patient in need thereof, wherein the patient has an α-galactosidase
A protein comprising a HEK assay amenable mutation selected from the group
consisting of: A13P, A20D, Q57L, G80D, P146S, D175E, K213R, K213M,

---

[74] '388 Patent at 16:8-19.

[75] '388 Patent at 17:7-16.

[76] '388 Patent at 18:38-54.

I242F, M267T, A309V, V316I, V316G, P323R, A352G, R356P, T385A,
V390M, and G395A.

7. The method of claim 1, wherein the mutation is selected from the group
consisting of: G80D, P146S, M267T and R356P.

**8. The method of claim 1, wherein the mutation is selected from the group
consisting of: A13P, A20D, Q57L, G80D, P146S, D175E, K213M, I242F,
M267T, A309V, V316I, V316G, P323R, A352G, R356P, T385A, V390M,
and G395A.**

**36. The method of claim 7, wherein the patient is administered about 150
mg of migalastat hydrochloride every other day.**

73.     The asserted claims of the '489 Patent are Claims 17 and 23. Claims 17 and 23 of

the '489 Patent (bolded below), along with the claims on which they depend, Claims 11 and 22,

are recited below:

11. A method of treating Fabry disease, the method comprising administering
migalastat to a patient in need thereof, wherein the patient has an α-galactosidase
A protein comprising a HEK assay amenable mutation selected from the group
consisting of A13T, N34T, M42K, L54F, P60T, E87D, L89F, Y123C, H125L,
I133M, K140T, F145S, P146R, Y152H, D165G, p.M187_S188dup, V199G,
M208R, I219L, N224T, Q250R, G261C, G271D, M284V, I303F, D322N,
G325R, K326N, G334E, E358Q, E358D, G361E, G375E, T412N and M421V.

**17. The method of claim 11, wherein the patient is administered about 150
mg of migalastat hydrochloride every other day.**

22. The method of claim 11, wherein the mutation is selected from the group
consisting of: L54F, L89F, K140T and G334E.

**23. The method of claim 22, wherein the patient is administered about 150
mg of migalastat hydrochloride every other day.**

74.     The asserted claim of the '490 Patent is Claim 9.  Claim 9 of the '490 Patent

(bolded below), along with the claims on which it depends, Claims 1 and 7, are recited below:

1. A method of treating Fabry disease, the method comprising administering
migalastat to a patient in need thereof, wherein the patient has an α-galactosidase
A protein comprising a HEK assay amenable mutation selected from the group
consisting of: I242F, G334E, N34D and p.V254del.

7. The method of claim 1, wherein the patient is administered about 150 mg of
migalastat hydrochloride every other day.

**9. The method of claim 7, wherein the mutation is I242F.**

**B.        The Engineered Mutations Patent**

75.        The Engineered Mutations Patent references a provisional patent application no.

62/883,756 filed on August 7, 2019.  As discussed above, I understand from counsel that the

priority date for each of the Engineered Mutations Patent Claims is August 7, 2019, based on the

provisional application.  I further understand from counsel and from Dr. Medin's report that

there is no dispute that the priority date of the Engineered Mutations Patent Claims is August 7,

2019.

76.        The Engineered Mutations Patent Claims are directed to a method of treating a

Fabry patient with a previously uncharacterized GLA mutation using migalastat.  The

specification provides that, "even when Fabry disease is diagnosed by detecting deficient α-Gal

A activity in plasma or peripheral leukocytes (WBCs), it is very difficult, if not impossible, to

predict whether a particular Fabry patient will respond to treatment with a [pharmacological

chaperone]."[77]  Thus, there remains a need to identify new GLA mutations that will respond to

treatment with a pharmacological chaperone and make available new methods of treatment to

Fabry patients with such new mutations.

77.        While more than 1,000 mutations in the GLA gene have been identified in Fabry

patients, the genotype-phenotype correlation is not always clear for every mutation.[78]  This is

partly because of the wide variability in clinical manifestations.  For certain mutations in the

GLA gene, there is little genotype-phenotype correlation even at the intrafamilial level.[79]

---

[77] '164 Patent at 2:33-37.

[78] '164 Patent at 24:50-51.

[79] '164 Patent at 24:62-64.

78.     Identification of new mutations increases the molecular knowledge of the GLA gene and provides doctors with support for a correct diagnosis of Fabry disease.  Further, identification of engineered mutations that may cause Fabry disease allows doctors to identify pre-symptomatic patients who can start therapy as early as possible before any potential organ damage can become irreversible.  In addition, identification of engineered amenable mutations in GLA gene reduces the time between the onset of symptoms and the diagnosis of Fabry disease, avoiding treatment that is not useful for patients and starting the available therapy specific to the mutation each patient has.

79.     The claimed treatment method of the Engineered Mutations Patent comprises administering to a patient a therapeutically effective amount of migalastat wherein the patient has a missense mutation in the GLA gene.  The specification describes Amicus's efforts to identify previously undetected mutations that are amenable to treatment with migalastat after making and testing in the order of around 2,000 mutations individually in the GLA gene.  Tables 2 and 3 include new amenable mutations with specific nucleotide and corresponding amino acid changes.  Table 4 includes previously unidentified specific mutations in GLA that were subsequently found in Fabry patients.

80.     The asserted claims of the '164 Patent are Claims 23-27.  Claims 23-27 of the '164 Patent are recited below:

> 23. A method for treatment of Fabry disease in a human patient in need thereof, the method comprising orally administering to the patient about 123 mg free base equivalent of migalastat or a salt thereof every other day, wherein the patient has an α-galactosidase A mutation selected from the group consisting of: Y184S, N228H, or T412I.

> 24. The method of claim 23, wherein the patient is administered about 150 mg of migalastat hydrochloride every other day.

> 25. The method of claim 23, wherein the patient has the mutation Y184S.

26. The method of claim 23, wherein the patient has the mutation N228H.

27. The method of claim 23, wherein the patient has the mutation T412I.

**C.    Summary of Mutations in the Asserted Claims**

81.    The specific mutations identified in the methods of treatment of the Asserted

Claims are listed as amenable mutations to migalastat treatment in GALAFOLD's current

label.[80]  The specific mutations in each of the Asserted Claims are listed by claim below:

- **Claim 8 of the '388 Patent:** A13P, A20D, Q57L, G80D, P146S, D175E, K213M, I242F, M267T, A309V, V316I, V316G, P323R, A352G, R356P, T385A, V390M, and G395A;

- **Claim 36 of the '388 Patent:** G80D, P146S, M267T, and R356P;

- **Claim 17 of the '489 Patent:** A13T, N34T, M42K, L54F, P60T, E87D, L89F, Y123C, H125L, I133M, K140T, F145S, P146R, Y152H, D165G, p.M187_S188dup, V199G, M208R, I219L, N224T, Q250R, G261C, G271D, M284V, I303F, D322N, G325R, K326N, G334E, E358D, E358Q, G361E, G375E, T412N, and M421V;

- **Claim 23 of the '489 Patent:** L54F, L89F, K140T, and G334E;

- **Claim 9 of the '490 Patent:** I242F;

- **Claims 23–24 of the '164 Patent:** Y184S, N228H, and T412I;

- **Claim 25 of the '164 Patent:** Y184S;

- **Claim 26 of the '164 Patent:** N228H; and

- **Claim 27 of the '164 Patent:** T412I.

## VIII.  THE ASSERTED CLAIMS ARE NOT OBVIOUS

82.    For the reasons discussed in this report, it is my opinion that the Asserted Claims,

which are the Reassessment Patent Claims (Claims 8 and 36 of the '388 Patent, Claims 17 and

23 of the '489 Patent, and Claim 9 of the '490 Patent), and the Engineered Mutations Patent

---

[80] June 2024 GALAFOLD Prescribing Information, Table 2 (ATGAL_06388594 at -602–13).

Claims (Claims 23-27 of the '164 Patent), are not obvious over any of the asserted prior art combinations that Dr. Medin presents in his opening report.

83.    I disagree with Dr. Medin's opinion that "[t]he asserted claims of the '388, '489, '490, and '164 patents claim elements that were well-known in the art before May 30, 2017."[81] As discussed below, the prior art discouraged the use of migalastat to treat the specific Fabry patients claimed in claims 8 and 36 of the '388 Patent and Claim 9 of the '490 Patent.  Further, none of the prior art references Dr. Medin relies upon teaches the use of migalastat to treat the specific Fabry patients claimed in Claims 17 and 23 of the '489 Patent.  In addition, far from being well-known in the art, the mutations at issue in Claims 23-27 of the '164 Patent had not even been discovered in patients as of August 7, 2019.

84.    Similarly, I disagree with Dr. Medin's opinion that "[a] [person of ordinary skill in the art] would have known about the HEK assay long before the earliest claimed priority date and through routine experimentation could determine HEK assay amenable mutations."[82]  In my opinion, the prior art did not teach or suggest which mutations would be amenable to treatment with migalastat.  In fact, there were a number of HEK assays in the prior art that could not reliably identify patients who could be treated with migalastat, including Amicus's own R&D HEK Assay and other HEK assays, such as the HEK assay described by Lukas.[83]

---

[81] Medin Opening Report, ¶ 124.

[82] Medin Opening Report, ¶ 125.

[83]Jan Lukas et al., *Functional and Clinical Consequences of Novel α-Galactosidase A Mutations in Fabry Disease*, Human Mutation, Vol. 00, No. 0, 1–9 (2015) (ATGAL_00730664 at -665– 666); Jan Lukas et al., *Functional Characterisation of Alpha-Galactosidase A Mutations as a Basis for a New Classification System in Fabry Disease*, PLOS Genetics, Vol 9, Issue 8 (Aug. 2013) (ATGAL_09916904 at -910; ATGAL_01136145).

85.     Rather, the methods of treatment claimed are the result of over a decade of extensive research and development efforts.  There was nothing straightforward about arriving at these methods of treatment in contrast to Dr. Medin's opinion that "[t]he asserted claims are straightforward."[84]

86.     It is also my opinion that whether or not a patient has a specific mutation is a distinct question from what methods can be used to treat that patient.  In my opinion, Dr. Medin's opinion that "a [person of ordinary skill in the art] would have known long before the earliest claimed priority date how to determine whether a patient had an α-Gal A mutation using routine experimentation" does not mean that a skilled artisan would have known how to treat such a patient or whether migalastat is the optimal treatment for such a patient compared to enzyme replacement therapy.[85]  Moreover, none of the prior art references, which Dr. Medin relies upon, on their own or in various combinations, discloses treatment of any Fabry patients claimed in the asserted claims with migalastat.

87.     In addition, it is my opinion that simply because it was known that 150 mg every other day of migalastat hydrochloride could be used to treat a Fabry patient with one mutation does not mean that it was straightforward to determine what dose to use for a Fabry patient with a different mutation.

A.     **The Asserted Prior Art**

88.     In his opening report, Dr. Medin relies on six asserted prior art references, which are:

---

[84] Medin Opening Report, ¶ 124.

[85] Medin Opening Report, ¶ 125.

- United States Patent Publication Number ("U.S. Pat. Pub. No.") 2011/0152319 to Benjamin et al ("the '319 Patent Publication") (DEFMIG_0000140);

- U.S. Pat. Pub. No. 2015/0352093 to Lockhart et al. ("Lockhart '093") (DEFMIG_0000733);

- Roberto Giugliani et al., *A Phase 2 Study of Migalastat Hydrochloride in Females with Fabry Disease: Selection of Population, Safety and Pharmacodynamic Effects*, 109 Molecular Genetics & Metabolism 86 (2013) ("Giugliani") (DEFMIG_0000693);

- Dominique Germain et al., *Safety and Pharmacodynamic Effects of a Pharmacological Chaperone on α-Galactosidase A Activity and Globotriaosylceramide Clearance in Fabry Disease: Report from Two Phase 2 Clinical Studies*, 7 Orphanet J. Rare Diseases 1 (2012) ("Germain 2012") (DEFMIG_0000640);

- Elfrida R. Benjamin et al., *The Validation of Pharmacogenetics in the Identification of Target Fabry Patients for Treatment of Migalastat*, Posters at World Symposium (Mar. 1, 2016) ("Benjamin 2016") (DEFMIG_0000583); and

- Xiaoyang Wu et al., *A Pharmacogenetic Approach to Identify Mutant Forms of α-Galactosidase A that Respond to a Pharmacological Chaperone for Fabry Disease*, 32 Hum. Mutation 965 (2011) ("Wu") (DEFMIG_0001119).

89.     I have reviewed each of these six asserted prior art references. In my opinion, none of these references teaches or discloses, including in combination, a method of treating Fabry disease patients who have the α-Gal A protein mutations disclosed in the Asserted Claims by administering migalastat to such patients. In addition, in my opinion, none of these references teaches or discloses, including in combination, treating such Fabry disease patients with 150 mg of migalastat hydrochloride every other day.

90.     I note that five of Dr. Medin's prior art references are listed as "References Cited" in the Asserted Patents: the '319 Patent Publication, Lockhart '093 (based on its PCT (WO2008134628) and related US 9,056,101), Giugliani, Germain 2012, and Benjamin 2016. Counsel have explained to me that this indicates that those five references were before the

examiner at the United States Patent Office while the examiner was reviewing each of the

Asserted Patents to determine whether the Asserted Claims are patentable.  I therefore

understand that the Patent Office has already considered five of the six prior art references that

Dr. Medin relies on in his obviousness analysis and the Patent Office determined that the

Asserted Claims were patentable and not obvious over the disclosures in these references.

91.    The '319 Patent Publication, Wu, Giugliani, Germain 2012, Lockhart '093, and

Benjamin 2016 each describes Amicus's own work, including work from the inventors of the

Asserted Patents.  Dr. Medin's reliance on only Amicus's own work in his obviousness

combinations supports my opinion that the field was not crowded and that there was not

significant knowledge in the field at the time of the inventions of the Asserted Claims regarding

treatment of Fabry disease with an oral pharmacological chaperone.  This is especially true for

Fabry disease patients with the mutations that appear in the Asserted Claims.  In addition, the

fact that Amicus's product, GALAFOLD, is the first and only pharmaceutical chaperone on the

market for treatment of Fabry disease today, despite the fact that nearly fifteen years have passed

since some of the references on which Dr. Medin relies were published, further supports the

nonobviousness of the inventions in the Asserted Claims.

92.    In his opening report, Dr. Medin has provided summaries of each of the asserted

prior art references he uses for his obviousness combinations.[86]  I disagree with certain

statements in the summaries that Dr. Medin provides of the six asserted prior art references.  I

have included my own summaries as well as responses to Dr. Medin's summaries by reference

below.

### 1.    The '319 Patent Publication

---

[86] Medin Opening Report, §VIII.A.

38

93.    I respond to Dr. Medin's summary of the '319 Patent Publication reference (Medin Opening Report, ¶¶ 91-93) with my own summary.

94.    The '319 Patent Publication is a publication of a U.S. Patent Application, which is assigned to Amicus Therapeutics, Inc. and lists Elfrida Benjamin, Hung V. Do, Xiaoyang Wu, John Flanagan, and Brandon Wustman as inventors.  Elfrida Benjamin is also an inventor on each of the Asserted Patents.  Xiaoyang Wu is an inventor of the Engineered Mutations Patent. The '319 Patent Publication was published by the Patent Office on June 23, 2011, and is based on a PCT application, which was filed on February 12, 2009.

95.    The '319 Patent Publication states that a "relatively recent approach to treating some enzyme deficiencies involves the use of small molecule inhibitors to reduce production of the natural substrate of deficient enzyme proteins, thereby ameliorating the pathology."[87] The '319 Patent Publication goes on to say that, previously, "it was discovered that administration of small molecule derivatives of glucose and galactose, which are specific, selective competitive inhibitors for several target lysosomal enzymes, effectively increased the stability of the enzymes in cells in vitro and, thus, increased trafficking of the enzymes to the lysosome."[88]

96.    The '319 Patent Publication describes that the theory behind this approach is that "since the mutant enzyme protein is unstable in the ER . . . , the enzyme protein is retarded in the normal transport pathway . . . and prematurely degraded" and that "a compound which binds to

---

[87] '319 Patent Publication, ¶ 0012.

[88] '319 Patent Publication, ¶ 0013.

and increases the stability of a mutant enzyme, may serve as a 'chaperone' for the enzyme and increase the amount that can exit the ER and move to the lysosomes."[89]

97.    It also explains that "successful candidates for [specific pharmacological chaperone ("SPC")] therapy should have a mutation which results in the production of an enzyme that has the potential to be stabilized and folded into a conformation that permits trafficking out of the ER."[90]  But the '319 Patent Publication goes on to explain that:

> [w]hile missense mutations outside the catalytic site are more likely to be rescuable using SPCs, there is no guarantee, necessitating screening for responsive mutations. This means that, even when Fabry disease is diagnosed by detecting deficient α-Gal A activity in WBCs, it is very difficult, if not impossible, to predict whether a particular Fabry patient will respond to treatment with an SPC without benefit of the present invention.[91]

Because of this unpredictability, the '319 Patent Publication acknowledges that:

> [i]n order to apply SPC therapy effectively, a broadly applicable, fast and efficient method for screening patients for responsiveness to SPC therapy needs to be adopted prior to initiation of treatment. Treatment can then be implemented based on the results of the screening. Thus, there remains in the art a need for relatively non-invasive methods to rapidly assess enzyme enhancement with potential therapies prior to making treatment decisions, for both cost and emotional benefits to the patient.[92]

98.    The '319 Patent Publication states that the present invention "provides an in vitro method for determining enzyme (e.g., α-galactosidase A, α-glucosidase or glucocerebrosidase) responsiveness to a pharmacological chaperone (e.g., 1-deoxygalactonojirimycin, 1-deoxynojirimycin or isofagomine) in a cell line expressing a mutant form of the enzyme" and

---

[89] '319 Patent Publication, ¶ 0013.

[90] '319 Patent Publication, ¶ 0014.

[91] '319 Patent Publication, ¶ 0014.

[92] '319 Patent Publication, ¶ 0015.

that it "provides methods to determine whether a patient with a lysosomal storage disorder will benefit from treatment with a specific pharmacological chaperone."[93]

99.     The '319 Patent Publication includes Example 1, which states it "provides the in vitro diagnostic assay to determine a Fabry patient's responsiveness to a specific pharmacological chaperone."[94]  The '319 Patent Publication states that "[o]ver 600 Fabry mutations have been reported, and about 60% are missense."[95]  It also discloses that "DGJ [1-deoxygalactonojirimycin] is currently being studied in Phase 2 clinical trials as a pharmacological chaperone for the treatment of Fabry disease" and that "the hydrochloride salt of DGJ is known as migalastat hydrochloride (Migalastat)."[96]  It also discloses that "it has been shown that DGJ mediates selective and dose-dependent increases in α-Gal A levels in many Fabry patient-derived lymphoid cell lines."[97]

100.    The '319 Patent Publication also explains that:

To identify additional DGJ-responsive mutations, GripTite 293 MSR, (Invitrogen Corp., Carlsbad, Calif., U.S.A.) cells were transiently transfected with expression vectors containing all known α-Gal A missense mutations and several in-frame small deletions and insertions generated by site-directed mutagenesis. Mutant α-Gal A constructs were transiently expressed in HEK-293 cells. Cells were incubated with increasing concentrations of DGJ and α-Gal A activity was measured in cell lysates. Assay validation has been carried out on more than 35 missense mutations and the results obtained in HEK-293 cells were similar to those obtained from both Fabry patient-derived lymphoid cells and primary T-cell cultures (see U.S. Ser. No. 11/749,512), as well as to the α-Gal A enzyme responses observed in the white blood cells of Fabry patients after oral administration of DGJ in Phase 2 clinical trials.[98]

---

[93] '319 Patent Publication, ¶ 0002.

[94] '319 Patent Publication, ¶ 0138.

[95] '319 Patent Publication, ¶ 0139.

[96] '319 Patent Publication, ¶¶ 0139, 0085.

[97] '319 Patent Publication, ¶ 0139.

[98] '319 Patent Publication, ¶ 0139.

The '319 Patent Publication reports the results of the testing with the HEK assay described in

several figures and tables.  For example, it explains that

> [w]ith regard to FIG. 1, mutations identified in italicized text were not tested,
> while those identified in plain text were α-Gal A mutants that were responsive
> to DGJ treatment in the transient transfection assay, and those identified in bold
> and underscored text were not responsive to DGJ treatment in the transient
> transfection assay.[99]

101.    The '319 Patent Publication does not disclose a general method of treating Fabry

patients or a method treating Fabry patients irrespective of their mutation, let alone with any

specific mutation in the Asserted Claims.  The '319 Patent Publication describes treating Fabry

patients with specific mutations, none of which are the mutations that appear in the Asserted

Claims.  The '319 Patent Publication does not disclose a method of treating Fabry patients with

any of the specific mutations in the Asserted Claims or a method of treating Fabry patients with

any of the specific mutations in the Asserted Claims with 150 mg of migalastat every other day.

102.    The '319 Patent Publication includes disclosures related to the A13P, Q57L,

P146S, and I242F mutations, which appear in certain of the Asserted Claims.  However, the '319

Patent Publication discourages a person of skill in the art from treating Fabry patients with these

mutations with migalastat because the '319 Patent Publication discloses that based on the results

of the in vitro HEK-293 cell-based assay described in the '319 Patent Publication, none of these

four mutations is responsive to treatment with migalastat.  In fact, the '319 Patent Publication

discloses that each of A13P, Q57L, P146S, and I242F mutations is "[n]on-responsive GLA

mutations."[100]

---

[99] '319 Patent Publication, ¶ 0142.

[100] '319 Patent Publication, at Fig. 18, Fig. 1A, ¶¶ 0026, 0043, 0177.

103.     The '319 Patent Publication discloses that there is no way to predict whether any given Fabry patient with a specific mutation will be responsive or non-responsive to treatment with migalastat prior to testing.[101]

104.     The '319 Patent Publication also discloses that different mutations at positions 16, 34, 112, 224 and 352 will result in different responses to migalastat.[102]  In my opinion, a person of ordinary skill in the art would not be motivated to treat Fabry patients with any missense mutations that appear at the same amino acid positions as those described as responsive in the '319 Patent Publication based on the teachings of the '319 Patent Publication and would not expect a reasonable expectation of success in doing so.  Further, the '319 Patent Publication does not have any disclosures related to the Migalastat Amenability Assay.

### 2.    Wu

105.     I respond to Dr. Medin's summary of the Wu reference (Medin Opening Report, ¶¶ 101-104) with my own summary.

106.     Wu is an article describing Amicus's work, which was published in the journal Human Mutation in 2011.

107.     Wu discloses that Amicus developed "a cell-based assay in cultured HEK-293 cells to identify mutant forms of α-Gal A that are responsive to [migalastat hydrochloride]."[103]

---

[101] *E.g.*, '319 Patent Publication, ¶ 0150 ("DGJ-responsive and non-responsive mutant forms did not appear to be located to particular regions or domains on the α-Gal A protein structure."); '319 Patent Publication, ¶ 0146 ("No significant correlation between response and location on the protein sequence of a mutation was observed, suggesting that responsive as well as non-responsive mutations are distributed widely across the entire protein.").

[102] '319 Patent Publication, at Fig. 17 (showing responsive mutations L16H, N34K, R112H, N224S, A352V); '319 Patent Publication, Fig. 18 (showing non-responsive mutations L16P, N34S, R112C, R112S, N224D, A352P, A352D).

[103] Wu at 965.

Wu reports results from this HEK-293 cell-based assay for specific mutations, none of which are the mutations in the Asserted Claims.[104]  Wu discloses that "evaluation of the utility of the HEK-293 cell-based assay for Fabry patient selection for treatment with [migalastat hydrochloride] is ongoing."[105]  Wu also discloses specific Phase 2 clinical trial data from FAB-CL-201, FAB-CL-202, and FAB-CL-203.[106]

108.    Wu does not disclose a method of treating Fabry patients with any of the specific mutations in the Asserted Claims or a method of treating Fabry patients with any of the specific mutations in the Asserted Claims with 150 mg of migalastat every other day.  Further, Wu does not have any disclosures related to the Migalastat Amenability Assay.

### 3.    Germain 2012

109.    I respond to Dr. Medin's summary of the Germain 2012 reference (Medin Opening Report, ¶¶ 105-111) with my own summary.

110.    Germain 2012 is an article published in the Orphanet Journal of Rare Diseases in 2012.  Germain 2012 describes two phase 2 studies conducted by Amicus.  The phase 2 studies are of nine males with Fabry disease, with eight unique α-Gal A mutations (L415P, P259R, R301Q, F295C, C94S, R112C, N215S, P205T).[107]  Germain 2012 discloses that a "HEK-293 assay was retrospectively used to define if a patient carrying a GLA mutation was amenable to

---

[104] Wu at Table 1.

[105] Wu at 976.

[106] Wu at Table 2.

[107] Germain 2012 at Table 1, Abstract.

migalastat HCl."[108]  Of the eight unique mutations in the phase 2 studies here, five are reported to be amenable and three are reported to be non-amenable using the assay described.[109]

111.    Germain 2012 discloses that "[a]s these studies included only 9 patients carrying 8 different missense mutations, results should be interpreted with caution" and "[t]he predictive value of the assay will have to be confirmed in larger numbers of [Fabry disease] patients with additional mutations."[110]  Germain 2012 also discloses that "[t]his assay is currently used to select patients for phase 3 clinical studies."[111]  However, a skilled artisan would have understood that the initial data from those phase 3 clinical studies was reported by Amicus as "not meet[ing] statistical significance."[112]

112.    Germain 2012 discloses that "[t]his study describes the first use in patients of an oral small molecule pharmacological chaperone, rather than using enzyme replacement therapy, to treat a lysosomal storage disorder."[113]  Germain 2012 also discloses that this study "shows for the first time in medicine that such drug increases the activity, or effectively rescues the mutated and dysfunctional enzyme that patients with Fabry disease have expressed their entire lives."[114]  A skilled artisan in this field would have understood this disclosure to mean that the state of the

---

[108] Germain 2012 at 4.

[109] Germain 2012 at Table 1.

[110] Germain 2012 at 9.

[111] Germain 2012 at 9.

[112] Amicus Website, Press Release dated Feb. 15, 2013, available at https://ir.amicusrx.com/news-releases/news-release-details/amicus-therapeutics-presents-additional-6-month-results-phase-3.

[113] Germain 2012 at 10.

[114] Germain 2012 at 10.

field was in its infancy and that there were not well-understood methods of treatment using pharmacological chaperones generally and specifically using migalastat.

113.    Germain 2012 does not disclose a method of treating Fabry patients with any of the specific mutations in the Asserted Claims or a method of treating Fabry patients with any of the specific mutations in the Asserted Claims with 150 mg of migalastat every other day.  In addition, Germain 2012 teaches away from the inventions in the Asserted Claims because Germain 2012 notes that "[t]he *in vitro* HEK-293 cell-based assay appears to predict the clinical pharmacodynamic response."[115]  However, the inventors of the Reassessment Patents found that the results from the HEK assay described in Germain 2012 (and similar assays performed by others) did not always give accurate results and therefore would not reliably predict the clinical response to migalastat.  Further, Germain 2012 does not have any disclosures related to the Migalastat Amenability Assay.

### 4.    Giugliani

114.    I respond to Dr. Medin's summary of the Giugliani reference (Medin Opening Report, ¶¶ 116-118) with my own summary.

115.    Giugliani is an article published in the Molecular Genetics and Metabolism journal in 2013.  It describes one of Amicus's phase 2 studies that included nine females with Fabry disease who were administered doses of migalastat hydrochloride at 50 mg, 150 mg, or 250 mg every other day for a period of 12 weeks with extension to 48 weeks.[116]  These nine female Fabry patients had eight unique α-Gal A mutations (P259R, P205T, R112H, L32P, C52G,

---

[115] Germain 2012 at 9.

[116] Giugliani at Abstract.

R227X, E358K, and M1L).[117]  Giugliani discusses a HEK-293 assay that "was retrospectively

used to categorize each study patient's GLA mutation as either 'amenable' or 'non-amenable' to

chaperone treatment."[118]  Of the nine female Fabry patients, five had amenable mutations and

four had non-amenable mutations.[119]

116.    Giugliani discloses that "[a]lthough the study results were more favorable in

patients with amenable mutations, further clinical investigation of migalastat HCl in all [Fabry

disease] females, including those with non-amenable mutations, may be warranted."[120]

Giugliani also discloses that:

> As migalastat HCl selectively and reversibly binds to both mutant and wild type
> α-Gal A, it is not possible to differentiate which chaperoning is responsible for
> the activity seen in female patients with [Fabry disease]. In theory, therapeutic
> benefit in females might result from migalastat HCl-mediated elevation and
> secretion of wild-type α-Gal A from healthy cells and subsequent cross-
> correction following uptake into neighboring mutant cells. Thus, heterozygous
> Fabry patients may potentially be candidates for migalastat HCl treatment, since
> they express wild-type α-Gal A, which is responsive. However, this mechanism
> is highly speculative and would have to be supported by further studies.[121]

Giugliani further discloses that "[t]his study had several limitations."[122]  Giugliani explains that:

> Due to its small size, descriptive statistics were used to derive qualitative
> conclusions regarding response to treatment with migalastat HCl. Because the
> study included 5 patients with amenable mutations and 4 patients with non-
> amenable mutations with 3 different dose levels, conclusions around dose-
> response are premature. PTCs are the only kidney cells available for a reliable
> and quantifiable assessment of decline in GL-3 inclusions, but the GL-3 burden
> was minimal in kidney PTCs, making assessment of GL-3 decline difficult.[123]

---

[117] Giugliani at Table 2.

[118] Giugliani at 89.

[119] Giugliani at Table 2.

[120] Giugliani at 90.

[121] Giugliani at 90.

[122] Giugliani at 90.

[123] Giugliani at 90.

47

In my opinion, a skilled artisan would understand these disclosures to mean that the results of the

Phase 2 study described in Giugliani cannot be extrapolated to all Fabry patients.

117.    Giugliani does not disclose a method of treating Fabry patients with any of the

specific mutations in the Asserted Claims or a method of treating Fabry patients with any of the

specific mutations in the Asserted Claims with 150 mg of migalastat every other day.  Further,

Giugliani does not have any disclosures related to the Migalastat Amenability Assay.

### 5.    Lockhart '093

118.    I respond to Dr. Medin's summary of the Lockhart '093 reference (Medin

Opening Report, ¶¶ 94-100) with my own summary.

119.    Lockhart '093 is a publication of a U.S. patent application.  The face of the

reference lists the publication date as December 10, 2015.

120.    Lockhart '093 discusses dosing regimens for administering specific

pharmacological chaperones for treatment of lysosomal storage disorders.[124]  Lockhart '093

notes that there are "about fifty known [lysosomal storage disorders] to date, which include

Gaucher disease, Fabry disease, Pompe disease, Tay Sachs disease and the

mucopolysaccharidoses (MPS)."[125]  Lockhart '093 states that "[t]he present invention provides a

dosing regimen and rationale therefore for the use of small molecule competitive inhibitors as

pharmacological chaperones for the treatment of lysosomal storage diseases,"[126] and that "three

---

[124] *See* Lockhart '093, ¶ 0044 ("The present invention provides dosing regimens for
administering specific pharmacological chaperones for the treatment of diseases associated with
misfolded proteins (e.g., lyso[so]mal storage disorders) and diseases which may be treated or
ameliorated with the pharmacological chaperone described herein.").

[125] Lockhart '093, ¶ 0006.

[126] Lockhart '093, ¶ 0002.

pharmacological chaperones are in human clinical trials for Fabry disease, Gaucher disease, and Pompe disease."[127]

121.    Lockhart '093 describes numerous possible dose regimens that could be explored for DGJ.[128]  It does not identify the effective or preferred dose of DGJ for any specific Fabry patients.  Lockhart '093 provides an example of a dose regimen for treatment of Fabry disease using DGJ hydrochloride in Example 4, which describes a study design in which patients are given a daily dose of 250 mg/day for 7 days and then 150 mg every other day.[129]  Lockhart '093 does not report data from this study.[130]  Lockhart '093 provides another example of dose regimens for treatment of Fabry disease using DGJ hydrochloride in Example 5, which describes a study of eight patients receiving an ascending dose of 25, 100, and then 250 mg twice a day over six weeks, followed by 50 mg per day for the rest of the study and three patients receiving 150 mg every other day throughout the entire study.[131]  Lockhart '093 provides another example of dose regimens for treatment of Fabry disease using DGJ hydrochloride in Example 6, which describes a study of eighteen male and nine female Fabry patients.[132]  Nine male patients received an ascending dose of 25, 100, and 250 mg twice a day for 6 weeks followed by 6 weeks of either 25 mg twice a day or 50 mg per day.[133]  Four male patients received 150 mg every other day for 12 weeks and five received 150 mg every other day for 24 weeks.[134]  The nine female

---

[127] Lockhart '093, ¶ 0010.

[128] *See* Lockhart '093, ¶¶ 0184-202.

[129] Lockhart '093, ¶¶ 0287.

[130] Lockhart '093, ¶¶ 0283-311.

[131] Lockhart ¶ 0316.

[132] *See* Lockhart '093, ¶¶ 0323-368.

[133] *See* Lockhart '093, ¶ 0327.

[134] *See* Lockhart '093, ¶ 0327.

patients were randomized to one of three dosages 50, 150, or 250 mg every other day for 12 weeks.[135] The proposed claims have a similarly expansive set of potential dose regimens. For example, proposed claim 112 has a dose from about 50 mg to about 300 mg of DGJ every two to three days.[136]

122.    Lockhart '093 does not disclose a method of treating Fabry patients with any of the specific mutations in the Asserted Claims, nor does it disclose a method of treating Fabry patients with any of the specific mutations in the Asserted Claims with 150 mg of migalastat every other day. The disclosures in Lockhart '093 of any clinical studies are limited to specific Fabry patients with specific mutations, none of which are the mutations in the Asserted Claims. Further, only a small subset of the patients described in Lockhart '093 received 150 mg of migalastat every other day, and none of those patients were Fabry patients with the specific mutations in the Asserted Claims. In addition, Lockhart '093 did not provide any suggestion or motivation to choose 150 mg every other day rather than one of the many other options for dose regimens discussed in the examples. Dr. Medin relies on one paragraph that states:

> Since DGJ has a much shorter plasma half-life than [isofagomine (IFG), a chaperone considered as a treatment option for Gaucher disease at the time], the optimal Maintenance Dose is likely to be shorter than for IFG following the Initial Enzyme Build-Up Phase. As one example, it is predicted that administration of 150 mg DGJ every other day for 28 days will result in a plasma concentration above the $EC_{50}$ for about 16 hours on the day the dose is administered, and below the $IC_{50}$ for the remaining 8 hours (FIG. 6). On the second day when no drug is administered, the plasma concentration is expected to be below the $IC_{50}$ until the following day when the drug is administered again (FIG. 6). This pattern continues for the duration of the treatment period.[137]

---

[135] *See* Lockhart '093, ¶ 0327.

[136] Lockhart '093, cl. 112.

[137] Lockhart '093, ¶ 0155 (cited and quoted out of context in Medin Opening Report, ¶ 100).

In my opinion, Lockhart '093 is discussing a theory that has not yet been tested or verified rather than "recommend[ing] an 'optimal' dose" as Dr. Medin claims. Further, the data in Table 4 that Dr. Medin is citing for support was not even data from Fabry patients; it is data from healthy volunteers.[138] Thus, in my opinion, Lockhart '093 does not disclose a migalastat dosing regimen for treatment of Fabry patients with the specific mutations included in the Asserted Claims. Further, Lockhart '093 does not have any disclosures related to the Migalastat Amenability Assay.

### 6.    Benjamin 2016

123.    I respond to Dr. Medin's summary of the Benjamin 2016 reference (Medin Opening Report, ¶¶ 112-115) with my own summary.

124.    Benjamin 2016 is a poster that reflects work from Amicus scientists. Specifically, Benjamin 2016 discusses a new assay that Amicus was working on and Amicus's objective of assessing the clinical validation of this new assay.[139] Benjamin 2016 provides a high-level overview of the assay, but does not provide enough detail for an ordinarily skilled artisan to identify or determine which α-Gal A mutations might be amenable to migalastat treatment.[140] Specifically, Benjamin 2016 includes the following description of the assay:[141]

---

[138] Lockhart '093, ¶ 0154 (cited and quoted out of context in Medin Opening Report, ¶ 100).

[139] Benjamin 2016 at 3.

[140] Benjamin 2016 at 3-4.

[141] Benjamin 2016 at 3-4.

## Materials & Methods

**Migalastat Amenability Assay (GLP HEK Assay):**

- A bioanalytically validated assay used to individually express FD mutations in human embryonic kidney-293 (HEK) cells and measure increases in mutant α-Gal A activity in response to 10 µM migalastat
- Known FD associated missense, carboxyl-terminal nonsense, small in-frame insertion, deletion, and complex mutant forms of the enzyme qualify for testing in the Migalastat Amenability Assay
- Amenable mutant forms are defined as those having a ≥1.2-fold relative increase and ≥3.0% absolute increase in α-Gal A activity
- Patient samples are not required and the approach is applicable to both males and females
- To date, 600 FD mutations have been tested; 268 have met the amenable mutation criteria

## Migalastat Amenability Assay Procedure and Data Overview



- The assay includes: A) a thorough and rigorous set of plasmid DNA quality control assessments and storage specifications; B) a simple binary design wherein *GLA* transfected HEK-293 cells are incubated in the absence or presence of a single concentration of migalastat (10 µM); C) a quantitative real-time PCR (qPCR) transfection efficiency control measurement obtained from every sample; D) rigorous and consistent assay acceptance criteria

And while Benjamin 2016 discloses that the Migalastat Amenability Assay was able to accurately predict clinical response based on clinical trial data, Benjamin 2016 does not identify or disclose any α-Gal A mutations that are amenable to migalastat treatment.[142]

---

[142] Benjamin 2016 at 5-7.

125.    Dr. Medin ignores that Benjamin 2016 does not disclose a method of treating Fabry patients with any of the specific mutations in the Asserted Claims.  Benjamin 2016 also does not disclose a method of treating Fabry patients with any of the specific mutations in the Asserted Claims with 150 mg of migalastat every other day.  Thus, the disclosures in Benjamin 2016 would not allow a person of ordinary skill in the art to arrive at the claimed inventions of the Asserted Claims.

126.    Without knowing which mutations are amenable in the assay disclosed in Benjamin 2016, a person of ordinary skill in the art would not be motivated to treat any specific Fabry disease patient with migalastat, including with 150 mg of migalastat every other day, based on Benjamin 2016's disclosures.

**B.    Response to Dr. Medin's Motivation to Combine Arguments**

127.    Dr. Medin's report includes a general "[m]otivation to [c]ombine or [m]odify" section that is not specific to any of his asserted obviousness combinations.[143]  As a preliminary matter, I have been informed by counsel that the analysis of what would motivate a person of ordinary skill in the art should be based on a specific combination of references.  Dr. Medin's report, however, does not provide any arguments regarding why a person of ordinary skill in the art would be motivated to combine or modify the specific references set forth in his obviousness combinations with the other specific references in his obviousness combinations (for example, using Dr. Medin's first alleged combination, why a person of ordinary skill in the art would be motivated to combine or modify the '319 patent publication with "Lockhart '093 and the knowledge of a POSA [person of ordinary skill in the art]").  To the extent that Dr. Medin's

---

[143] *Compare* Medin Opening Report, ¶ 13 (the alleged obviousness combinations) *with* ¶¶ 119-123 (section on "Motivation to Combine or Modify").

general assertions on motivation can be applied to one of his specific obviousness combinations, I have addressed that in my analysis of each claim below.

128.    In addition, I disagree with Dr. Medin's opinions in this section because none of the prior art references he relies upon discloses the elements of the Asserted Claims, including the mutations in the Asserted Claims.  In fact, none of the mutations in the Asserted Claims are disclosed as responsive by the cited prior art references.  Further, the field was relatively nascent and treatment with migalastat was unpredictable and not advisable for patients with mutations that were determined to be non-responsive to migalastat; and in some cases, the prior art references teach away from the inventions in the Asserted Claims.

**C.    Claims 8 and 36 of the '388 Patent**

129.    As an initial matter, it is unclear to me what combination of references Dr. Medin is using for his prior art combinations for Claims 8 and 36 of the '388 Patent.  Dr. Medin opines in the summary of his opinions that:

> [b]y way of example, the asserted claims are rendered obvious by the following combinations:
>
> 1)  The '319 patent publication in view of Lockhart 093 and the knowledge of a [person of ordinary skill in the art]
>
> 2)  Wu, Germain [2012], Benjamin [2016], and/or Giugliani and the knowledge of a [person of ordinary skill in the art]
>
> 3)  Wu and/or Germain [2012] in view of Benjamin [2016] and/or Giugliani and the knowledge of a [person of ordinary skill in the art.][144]

Dr. Medin seems to imply that there could be additional combinations, but he does not explicitly disclose what those additional combinations might be.  Accordingly, I will respond to the opinions and specific combinations that Dr. Medin actually analyzed in his report, and I reserve

---

[144] Medin Opening Report, ¶ 13.

the right to respond to any additional combinations should Dr. Medin later render an opinion as to such combinations.

130.    Moreover, this list results in dozens of possible combinations of the prior art references.  Dr. Medin does not actually analyze each of these combinations in his report.  Thus, it is unclear what teaching(s) Dr. Medin proposes to take from each reference and why a person of ordinary skill in the art would have been motivated to combine those elements or teachings with a reasonable expectation of success.  Instead, Dr. Medin's only obviousness analysis is him analyzing six references, the '319 Patent Publication, Lockhart '093, Wu, Germain 2012, Benjamin 2016, and Giugliani individually without specifying how to combine them within the context of his proposed obviousness combinations let alone why a person of ordinary skill in the art would be motivated to combine those references in such a way.  For example, Dr. Medin fails to explain what reference he is starting with and how he is modifying such reference with the other prior art references.[145]  Accordingly, I will respond to the opinions that Dr. Medin actually included in his report regarding the disclosed combinations, and I reserve the right to respond to any additional opinions about those combinations should Dr. Medin later render any opinion about what and how the specific references are to be combined and/or the motivation to combine or modify such specific references.

### 1.    Claim 8

131.    Claim 8 of the '388 Patent (bolded below) depends from Claim 1.  The claim language is:

> 1.  A method of treating Fabry disease, the method comprising administering migalastat to a patient in need thereof, wherein the patient

---

[145] Medin Opening Report, § IX.B (element by element analysis of the asserted claims of the '388 patent); Medin Opening Report, Exhibit C (claim chart including list of citations to each of the six asserted prior art references without separating by combination).

has an α-galactosidase A protein comprising a HEK assay amenable mutation selected from the group consisting of: A13P, A20D, Q57L, G80D, P146S, D175E, K213R, K213M, I242F, M267T, A309V, V316I, V316G, P323R, A352G, R356P, T385A, V390M, and G395A.

**8. The method of claim 1, wherein the mutation is selected from the group consisting of: A13P, A20D, Q57L, G80D, P146S, D175E, K213M, I242F, M267T, A309V, V316I, V316G, P323R, A352G, R356P, T385A, V390M, and G395A.**

132.    Based on my review of Dr. Medin's report, it is unclear what combinations Dr. Medin asserts for Claim 8.  Dr. Medin lists only the following combinations in the summary of his opinions:

1)  The '319 patent publication in view of Lockhart '093 and the knowledge of a person of ordinary skill in the art;

2)  Wu, Germain [2012], Benjamin 2016, and/or Giugliani and the knowledge of a person of ordinary skill in the art;

3)  Wu and/or Germain [2012] in view of Benjamin 2016 and/or Giugliani and the knowledge of a person of ordinary skill in the art.[146]

133.    Regarding the first combination—the '319 Patent Publication in view of Lockhart '093 and the knowledge of a person of ordinary skill in the art—Dr. Medin does not discuss Lockhart '093 at all for Claim 8.[147]  Thus, it is unclear whether Dr. Medin is relying on the first combination for Claim 8.  It is possible that Dr. Medin modified that combination for Claim 8 to simply the '319 Patent Publication in view of the knowledge of a person of ordinary skill in the art.[148]  But even so, Dr. Medin did not identify what knowledge a person of ordinary skill in the art would have had that is relevant to this combination or why a person of ordinary skill in the art

---

[146] Medin Opening Report, ¶ 13.

[147] Medin Opening Report, ¶¶ 126-142, Ex. C at '388 Patent Claims 1 & 8.

[148] *See* Medin Opening Report, ¶ 133 ("Accordingly, claims 1 and 8 would have been obvious over the '319 Patent Publication and the knowledge of a POSA [person of ordinary skill in the art].").

would have been motivated to use that knowledge to modify what is disclosed in the '319 Patent
Publication.

134.    Regarding the second combination—Wu, Germain 2012, Benjamin 2016, and/or
Giugliani, and the knowledge of a person of ordinary skill in the art—it is unclear exactly which
of those references he is combining and how those references are being combined.  Dr. Medin
discusses each of the four references individually before alleging in a conclusory fashion that
they could be combined with no explanation of how they would be combined.[149]  Dr. Medin
again failed to identify what knowledge a person of ordinary skill in the art would have had that
is relevant to this combination or why a person of ordinary skill in the art would have been
motivated to use that knowledge to modify what is disclosed in the references cited by Dr.
Medin.

135.    Regarding the third combination—Wu and/or Germain 2012 in view of Benjamin
2016 and/or Giugliani and the knowledge of a person of ordinary skill in the art—it is unclear
exactly which of those references he is combining and how those references are being combined.
Like with the second combination, Dr. Medin discusses each of the four references individually
before alleging in a conclusory fashion that they would be combined, with no explanation of how

---

[149] *See* Medin Opening Report, ¶ 142 ("In addition, a POSA [person of ordinary skill in the art]
would have been motivated to combine the teachings of Wu, Germain [2012], Giugliani and/or
Benjamin (2016) because they all have complementary teachings and show consistent outcomes,
therefore, a POSA [person of ordinary skill in the art] would also have an expectation of success
in doing so."); *see also* ¶ 141 ("A POSA [person of ordinary skill in the art] would have been
motivated with a reasonable expectation of success to combine the teachings of Wu, Germain
2012, Benjamin (2016), and/or Giugliani, at least because each is directed to the use of
migalastat in the treatment of Fabry disease and/or the evaluation of mutations in the α-
galactosidase A gene in patients with Fabry disease that inform treatment options for Fabry
disease, including treatment with migalastat.").

they would be combined or why a person of ordinary skill in the art would combine them.[150]

Again, Dr. Medin failed to identify what knowledge a person of ordinary skill in the art would

have had that is relevant to this combination or why a person of ordinary skill in the art would

have been motivated to use that knowledge to modify what is disclosed in the references cited by

Dr. Medin.

136.    In my opinion, as discussed further below, Dr. Medin's combinations do not

disclose the limitations of Claim 8 and do not render Claim 8 obvious.

### a)    Asserted Combination 1: the '319 Patent Publication and the Knowledge of a Person of Ordinary Skill in the Art

137.    To support his obviousness opinions, Dr. Medin cites paragraphs 84-85 and Claim

10 of the '319 Patent Publication to argue that methods for treating Fabry with migalastat was

known.[151]  Dr. Medin also opines that the '319 Patent Publication "discloses a method of treating

Fabry disease by administering migalastat to a patient."[152]  I disagree.  The '319 Patent

Publication discloses results of an in vitro HEK assay with respect to specific mutations.

138.    Paragraphs 84-85 of the '319 Patent Publication disclose that 1-

deoxygalactonojirimycin ("DGJ" or "migalastat") and its hydrocholoride salt can be

pharmacological chaperones.[153]  In my opinion, the disclosure of migalastat and its potential role

as a pharmacological chaperone in the '319 Patent Publication does nothing to disclose or render

---

[150] *See* Medin Opening Report, ¶ 141 ("Furthermore, a POSA [person of ordinary skill in the art] seeking to improve upon the existing treatments of Fabry disease would have been motivated with a reasonable expectation of success to combine the disclosures of Wu, and/or Germain 2012 in view of Benjamin (2016) and/or Giugliani, and the knowledge of a POSA [person of ordinary skill in the art].").

[151] Medin Opening Report, ¶ 127, Ex. C at 2, 5.

[152] Medin Opening Report, ¶ 133.

[153] '319 Patent Publication, ¶ 84-85.

obvious Claim 8 of the '388 Patent. Here, Claim 8 is directed to a new and novel treatment using that compound, rather than to the compound itself. In my opinion, paragraphs 84-85 of the '319 Patent Publication do not disclose or render obvious claim 8, a novel method of treating a subset of Fabry patients with certain α-Gal A mutations.

139. Dr. Medin also relies on Proposed Claim 10 of the '319 Patent Publication, which states:

> 10. A method of treating a patient diagnosed with Fabry disease which comprises administering to the patient a therapeutically effective dose of 1-deoxygalactonorjirimycin, wherein the patient expresses a mutant α-galactosidase A selected from the group consisting of the α-galactosidase A mutations A257D, A257G, A257P, A291T, A292T, A307T, **A309P**, **A352V**, A368T, A73V, A97V, C174G, C174R, C56F, C56Y, D165H, D313G, D322E, D55V, E203V, F169S, G171R, G183A, G183V, G258R, G258V, G261D, G325S, G360D, G360S, G85D, G85M, I117S, I198T, I239T, I253T, I289S, I319T, I359T, K185E, K308N, L166G, L16H, L19P, L243W, L36F, L36S, L372P, L403S, L54P, M290I, M290L, M296L, M296T, M42L, M42R, M76T, M96I, N53L, P205S, P293T, P409A, P409T, P60L, Q107L, Q250P, Q312R, Q321H, Q321L, R301G, **R356G**, S238N, S247C, T282A, T410I, V339E, W162G, W349S, Y152C, Y184C, Y200C, Y207H and Y216C.[154]

From this list of over eighty mutations, Dr. Medin then focuses on only a few cherry-picked mutations based on their amino acid positions.[155] While Claim 8 of the '388 Patent does include mutations at positions 309, 352, and 356 (specifically A309**V**, A352**G**, and R356**P**), the mutations are different from those in Proposed Claim 10 of the '319 Patent Publication.

140. Similarly, Dr. Medin also opines that the '319 Patent Publication "discloses that the mutations A20P, I242N, A309P, A352V, R356G, and R356W are responsive to migalastat, i.e., they are HEK assay amenable mutations."[156] Dr. Medin then opines that "a [person of ordinary skill in the art] would know that amino acid positions 20, 242, 309, 352, and 356 on α-

---

[154] '319 Patent Publication, Proposed Claim 10.

[155] Medin Opening Report, ¶ 127 (calling attention to A309P, A352V, and R356G).

[156] Medin Opening Report, ¶ 131, Ex. C at 2-4, 5-6.

galactosidase A have missense mutations in Fabry patients and would therefore be motivated to explore other mutations at the same amino acid positions."[157]

141.    As a preliminary matter, Dr. Medin seems to be mixing up the concepts of responsiveness in the HEK assay described in the '319 Patent Publication with the concept of HEK assay amenable mutations described in the '388 Patent.  In drawing this inappropriate parallel, Dr. Medin is using the '388 Patent's disclosures and thus is using hindsight to support his obviousness arguments.  The assay in the '319 Patent Publication is different than the assay in the '388 Patent and Claim 8 refers to a "HEK assay amenable mutation" in the Migalastat Amenability Assay—the assay described in the '388 Patent, not the assay described in the '319 Patent Publication.

142.    Further, I disagree with Dr. Medin's opinions for several other reasons.  ***First***, as described above in the technology background (§VI), Fabry disease is difficult to diagnose and treat because there are many different α-Gal A mutations that cause Fabry disease.  Each mutation may cause different symptoms, ultimately causing different presentations of the disease in each patient.  A disclosure that a patient with one of the α-Gal A mutations, for example, as in Proposed Claim 10 of the '319 Patent Publication, could be treated with migalastat does not inform a person of ordinary skill in the art whether other Fabry disease patients with different α-Gal A mutations could be treated with migalastat.  Further, the '319 Patent Publication discloses examples of an α-Gal A mutation at a specific amino acid location being responsive to treatment with migalastat and a different mutation at the same location is not.[158]  In fact, the '319 Patent

---

[157] Medin Opening Report, ¶ 131.

[158] '319 Patent Publication, at Fig. 17 (showing responsive GLA mutations L16H, N34K, R112H, N224S, A352V); '319 Patent Publication, Fig. 18 (showing non-responsive GLA mutations L16P, N34S, R112C, R112S, N224D, A352P, A352D).

Publication itself recognizes that there is no way to predict whether a Fabry patient with a

specific mutation will be responsive or not to treatment with migalastat prior to testing.[159]  This

remains true even if the mutation occurs at the same position in the α-Gal A protein.  For

example, the '319 Patent Publication discloses that the L16H, N34K, R112H, N224S, A352V

mutations are responsive to treatment with migalastat but the L16P, N34S, R112C, R112S,

N224D, A352P, A352D mutations are non-responsive to treatment with migalastat.[160]  Thus, a

person of ordinary skill in the art would not be motivated based on the disclosures of the '319

Patent Publication to look for other α-Gal A mutations at the same amino acid position as a

mutation that is reported as responsive to treatment with migalastat in the '319 Patent

Publication.  The '319 Patent Publication, including Proposed Claim 10, does not include any of

the α-Gal A mutations in Claim 8 of the '388 Patent and therefore does not disclose or render

obvious treatment of Fabry patients with the specific α-Gal A mutations of Claim 8 with

migalastat.  Just because a specific mutation at a particular amino acid position results in an α-

Gal A protein that is responsive to treatment with migalastat as measured by the HEK assay

discussed in the '319 Patent Publication does not allow a person of ordinary skill in the art to

predict which other mutations at the same amino acid position may be responsive.

    143.  ***Second***, none of the A20P, I242N, A309P, A352V, R356G, and R356W

mutations are included in Claim 8.  There is no other reason Dr. Medin points to that would lead

a person of ordinary skill in the art to treat Fabry patients with one of the specific mutations in

---

[159] '319 Patent Publication, ¶ 0150 ("DGJ-responsive and non-responsive mutant forms did not
appear to be located to particular regions or domains on the α-Gal A protein structure."); '319
Patent Publication, ¶ 0146 ("No significant correlation between response and location on the
protein sequence of a mutation was observed, suggesting that responsive as well as non-
responsive mutations are distributed widely across the entire protein.").

[160] '319 Patent Publication, at Figs. 17-18.

Claim 8 with migalastat based on the disclosure in the '319 Patent Publication that different mutations are responsive to treatment with migalastat.

144.    **Third**, the '319 Patent Publication discloses that some α-Gal A mutations are responsive to treatment with migalastat and some are not.[161]  In addition, the '319 Patent Publication references hundreds of missense mutations and there are many different positions for possible mutations.  Dr. Medin cherry picks these amino acid positions for a select few of the hundreds of mutations based on hindsight.  Dr. Medin presents no reason why a person of ordinary skill in the art would look to these few mutations rather than the hundreds of others in the '319 Patent Publication.

145.    Further, Dr. Medin also opines that the '319 Patent Publication "discloses that the α-galactosidase A mutations A13P, Q57L, P146S, and I242F were generated by site-directed mutagenesis."[162]  Further, Dr. Medin opines that "[t]he specification of the '388 Patent identifies [the A13P, Q57L, P146S, and I242F] mutations as HEK assay amenable mutations."[163].  This, however, is misleading because the '319 Patent Publication identifies each of these four mutations as non-responsive.[164]  In my opinion, Dr. Medin is using hindsight, and the teachings of the '388 Patent, for his obviousness analysis with respect to Claim 8 of the '388 Patent.  Further, I understand that the disclosures of the '388 Patent on these four mutations being amenable should not be used to support the proposition that the invention of the '388 Patent is obvious when the prior art discloses that these mutations are non-amenable.

---

[161] '319 Patent Publication, at Figs. 17-18.

[162] Medin Opening Report, ¶ 132 (citing '319 Patent Publication, Fig. 1A).

[163] Medin Opening Report, ¶ 132.

[164] '319 Patent Publication, Figs. 1A, 18, ¶¶ 0026, 0043, 0177.

146.    In fact, although the '319 Patent Publication discusses these four mutations, which appear in Claim 8 of the '388 Patent, the '319 Patent Publication discourages a person of skill in the art from treating Fabry patients with one of these mutations with migalastat.  For example, for certain of these Fabry disease patients—those with an A13P, Q57L, P146S, or I242F mutation—the '319 Patent Publication discloses that such patients should not be treated with migalastat, because according to the results obtained by the HEK assay described in the '319 Patent Publication, these mutations are non-responsive to treatment with migalastat.[165]  The '319 Patent Publication discloses—based on the results of the in vitro activity assay described in the '319 Patent Publication—that Fabry patients with an A13P, Q57L, P146S, or I242F mutation are non-responsive to migalastat.[166]  For example, the '319 Patent Publication discloses that each of the A13P, Q57L, P146S, and I242F mutations is a "[n]on-responsive GLA mutation[]."[167] The '319 Patent Publication also teaches that Fabry patients with non-responsive α-Gal A mutations should not be treated with migalastat.[168]  The '319 Patent Publication states:

> In a further embodiment, the invention relates to a method of treating a patient diagnosed with Fabry disease by administering to the patient a therapeutically effective dose of 1-deoxygalactonorigirimycin, or a similar pharmacological chaperone to a patient that expresses a mutation in α-galactosidase A, ***with the proviso that the mutation is not a nonresponsive mutation*** and/or the mutation is not a mutation in which no enzyme is expressed.[169]

In my opinion, a person of ordinary skill in the art would not be motivated to treat Fabry disease patients with one of the mutations A13P, Q57L, P146S, or I242F based on the disclosures of the

---

[165] '319 Patent Publication, at Figs. 1A, 18, ¶¶ 0026, 0043, 0177.

[166] '319 Patent Publication, at Fig. 18.

[167] '319 Patent Publication at Figs. 1A, 18, ¶¶ 0026, 0043, 0177.

[168] '319 Patent Publication, ¶ 0177.

[169] '319 Patent Publication, ¶ 0025 (emphasis added).

'319 Patent Publication.  Rather, the '319 Patent Publication discourages a skilled artisan, or
teaches away, from treating such Fabry patients with migalastat.

147.    A person of ordinary skill in the art would know that treating Fabry patients with
α-Gal A mutations that are non-responsive to migalastat is not the most beneficial treatment for a
patient and a person of ordinary skill in the art would not be motivated to treat patients with non-
responsive mutations with migalastat and would not have a reasonable expectation of success in
doing so.  Further, it would be unethical for a physician to treat a patient with a drug that the
physician knows is not the optimal drug for that patient, and thereby prevent them from receiving
the most beneficial treatment for their specific disease. Dr. Medin fails to acknowledge further
prior art references that suggest treating a Fabry patient who has a non-amenable mutation with
migalastat would not be beneficial.  Thus, it is my opinion that Dr. Medin fails to provide any
reason why a person of ordinary skill in the art would be motivated to treat such Fabry patients
with a reasonable expectation of success upon reading the '319 Patent Publication.  Dr. Medin
also fails to provide any reason why a person of ordinary skill in the art would be motivated to
search for a different answer than the one provided in the '319 Patent Publication on whether a
Fabry patient with an A13P, Q57L, P146S, or I242F mutation would respond to treatment with
migalastat.

148.    In addition, the '319 Patent Publication does not disclose the other specific
mutations of Claim 8 of the '388 Patent—namely, A20D, G80D, D175E, K213M, M267T,
A309V, V316I, V316G, P323R, A352G, R356P, T385A, V390M, and G395A—and likewise
does not disclose methods of treatment for such Fabry patients.  If a person of ordinary skill in
the art were to look for whether any of these specific mutations had been tested in an in vitro
HEK assay, he or she would have found the work of Lukas et al.  Lukas et al. tested each of these

specific mutations in an in vitro HEK assay and found each to be non-responsive to treatment with migalastat.[170] Thus, in my opinion, a person of ordinary skill in the art would still not have been motivated to treat Fabry patients with any of these mutations with migalastat and certainly would not have had a reasonable expectation of success in doing so.

149.    Dr. Medin further opines that "[a]s being HEK assay amenable is an inherent property of the identified mutations, this claim limitation would have inherently existed in the prior art."[171] It is not clear to me what Dr. Medin is suggesting. As already discussed, none of the prior art that Dr. Medin relies upon teaches the HEK assay of the '388 Patent; nor do they, either alone or in combination, teach that a Fabry patient with any of the specific mutations of Claim 8 of the '388 Patent may be amenable to migalastat treatment. To the contrary, the explicit teachings of the '319 Patent Publication that the A13P, Q57L, P146S, and I242F mutations are "non-responsive" to treatment with migalastat and that other prior art (e.g., Lukas et al.) that disclosed the remaining mutations in Claim 8 as non-responsive to treatment with migalastat would have taught a skilled person in the art away from using migalastat for treating these patients.

150.    Dr. Medin opines that "[a] [person of ordinary skill in the art] would have been motivated to identify patients with GLA mutations suffering from Fabry disease, determine if these mutations are HEK amenable mutations, and once a mutation such as A13P, Q57L, P146S, or I242F, would be determined to be an HEK assay amenable mutation, to administer migalastat

---

[170] Jan Lukas et al., *Functional and Clinical Consequences of Novel α-Galactosidase A Mutations in Fabry Disease*, Human Mutation, Vol. 00, No. 0, 1–9 (2015) (ATGAL_00730664); Jan Lukas et al., *Functional Characterisation of Alpha-Galactosidase A Mutations as a Basis for a New Classification System in Fabry Disease*, PLOS Genetics, Vol 9, Issue 8 (Aug. 2013) (ATGAL_09916904 at -910; ATGAL_01136145).

[171] Medin Opening Report, ¶ 132.

to patients having these mutations."[172]  For the reasons explained above, I also disagree with this opinion.  For example, with respect to the specific mutations in Claim 8 of the '388 Patent, a person of ordinary skill in the art using the HEK assay described in the '319 Patent Publication would have found each of A13P, Q57L, P146S, and I242F to be non-responsive to migalastat and thus would not have been motivated to treat such patients with migalastat with any reasonable expectation of success.  Similarly, to the extent a person of ordinary skill in the art was to look for whether one of the other mutations in Claim 8 are responsive or non-responsive, such person of ordinary skill in the art would have found the work of Lukas et al., determined that such mutations were non-responsive to migalastat, and thus would not have been motivated to treat such patients with migalastat with any reasonable expectation of success.  Dr. Medin has provided no reason why a person of ordinary skill in the art would have re-tested those mutations, much less how the mutations may be re-tested, or why they would have had a reasonable expectation of success in treating patients with the mutations in Claim 8 with migalastat.  In addition, the '319 Patent Publication discusses a HEK assay that was found to be unreliable in identifying Fabry patients who could benefit from treatment with migalastat.  The inability of the assay discussed in the '319 Patent Publication to accurately predict whether a mutation was responsive or non-responsive to migalastat was demonstrated by the failure to reach the primary endpoint in the six-month data for Amicus's phase 3 clinical trial, which used this assay for enrollment.

151.    Dr. Medin then opines that "claims 1 and 8 would have been obvious over the '319 patent publication and the knowledge of a [person of ordinary skill in the art]."[173]  As an

---

[172] Medin Opening Report, ¶ 133 (citing '319 Patent Publication, Fig. 1A), Ex. C at 2-3, 5-6.

[173] Medin Opening Report, ¶ 133; Ex. C at 2-3, 5-6.

initial matter, Dr. Medin did not identify this alleged combination in the summary of his opinions (Medin Opening Report, ¶ 13), and it is unclear if Dr. Medin is asserting this as a standalone combination.  Further, I understand from counsel that Claim 1 is not asserted, and I have been asked to respond only as to Claim 8.  With respect to Claim 8, I disagree.  In my opinion, the disclosures of the '319 Patent Publication and the knowledge of a person of ordinary skill in the art do not render obvious Claim 8.  Further, although Dr. Medin refers to the '319 Patent Publication in combination with the knowledge of a person of ordinary skill in the art, Dr. Medin does not identify any "knowledge of a [person of ordinary skill in the art]" that he is using as part of the obviousness analysis in this claim.  Thus, in my opinion, Dr. Medin has failed to show that Claim 8 of the '388 Patent is obvious over the '319 Patent Publication in combination with the knowledge of a person of ordinary skill in the art.  Dr. Medin generally fails to acknowledge the fact that the prior art references he relies on do not disclose treating Fabry patients with the specific mutations in Claim 8 and he fails to explain how a person of ordinary skill in the art would reach such a method of treatment for those specific mutations based on the references he relies upon, why a person of ordinary skill in the art would combine them, and why such a person would have a reasonable expectation of success in doing so.

> **b)** **Asserted Combination 2: Wu, Germain 2012, Giugliani, and/or Benjamin 2016 and the Knowledge of a Person of Ordinary Skill in the Art;**
>
> **and**
>
> **Asserted Combination 3: Wu and/or Germain 2012 in View of Benjamin 2016 and/or Giugliani and the Knowledge of a Person of Ordinary Skill in the Art**

152.    With respect to the vague combinations of Wu, Germain 2012, Giugliani and/or Benjamin in view of the knowledge of a person of ordinary skill in the art, and Wu and/or Germain 2012 in view of Benjamin 2016 and/or Giugliani and the knowledge of a person of

ordinary skill in the art, Dr. Medin opines that a person of ordinary skill in the art "would have been motivated to treat Fabry disease in a human patient by administering migalastat or a salt thereof."[174]  Dr. Medin claims that this motivation is supported by disclosures from Wu, Germain 2012, Giugliani, and Benjamin 2016.[175]  I disagree.  As a preliminary matter, a person of ordinary skill in the art would have understood from earlier prior art disclosures like the '319 Patent Publication that not all Fabry patients can or should be treated by administration of migalastat or a salt thereof.[176]

153.    Dr. Medin opines that the motivation to treat Fabry disease by administration of migalastat or a salt thereof can be found in Wu's disclosures that "migalastat hydrochloride (AT1001, GR181413A) migalastat [is] currently in clinical development to evaluate its safety and efficacy as a potential treatment for Fabry disease" and that "AT1001 (migalastat hydrochloride, 1-deoxygalactonojirimycin) is a pharmacological chaperone for α-Gal A that is in Phase 3 clinical development as a potential therapy for Fabry disease."[177]  I disagree because Dr. Medin overreads Wu.  Wu's teachings are directed to a certain subset of Fabry patients rather than all Fabry patients, and certainly not all Fabry patients with amenable mutations.  For example, Wu states that "a pharmacological chaperone may be a viable treatment for Fabry disease, serving as an alternative to enzyme replacement therapy *for some patients*."[178]  Wu also recognizes that not all Fabry patients benefit from treatment with migalastat.[179]  Wu also

---

[174] Medin Opening Report, ¶ 128; Ex. C at 2-3, 5-6.

[175] Medin Opening Report, ¶ 128; Ex. C at 2-3, 5-6.

[176] '319 Patent Publication, ¶¶ 0025, 0177.

[177] Medin Opening Report, ¶ 128 (quoting Wu at 965, 974); Ex. C at 2, 5.

[178] Wu at 965 (emphasis added).

[179] Wu at 975.

discloses that "[f]urther evaluation of the utility of the HEK-293 cell-based assay for Fabry patient selection for treatment with AT1001 [migalastat hydrochloride] is ongoing."[180]  In my opinion, a skilled artisan would understand this disclosure to mean that Wu is limited to specific Fabry patients in certain of Amicus's phase 2 clinical trials.[181]  In addition, although Wu mentions Phase 3 clinical trials, it does not disclose what mutations are being studied in those trials, or whether any such mutations can be treated with migalastat.  Further, a skilled artisan would have understood that the initial data from those phase 3 clinical studies was reported by Amicus as "not meet[ing] statistical significance."[182]  As such, Wu does not provide reliable methods of treating Fabry patients, even for the mutations explicitly discussed in the reference, and the disclosures cannot be used to extrapolate any methods of treatment for Fabry patients who are not discussed in the reference.  Thus, it is my opinion that Wu does not provide any teaching on how to treat Fabry patients with the α-Gal A mutations from Claim 8.

154.    Next, Dr. Medin opines that the motivation to treat Fabry disease by administration of migalastat or a salt thereof can be found in Germain 2012's disclosure that "[m]igalastat HCl is a candidate pharmacological chaperone that provides a novel genotype-specific treatment for [Fabry disease]."[183]  I disagree.  Even this disclosure recognizes that the treatment would be "genotype-specific" and thus cannot be applied to all Fabry patients.  This is because Germain 2012 discloses results from only a limited number of Fabry patients with

---

[180] Wu at 976.

[181] Wu at Table 2 (discussing FAB-CL-201, FAB-CL-202, and FAB-CL-203 trial data).

[182] Amicus Website, Press Release dated Feb. 15, 2013, available at https://ir.amicusrx.com/news-releases/news-release-details/amicus-therapeutics-presents-additional-6-month-results-phase-3.

[183] Medin Opening Report, ¶ 128 (quoting Germain 2012, Abstract); Ex. C at 2, 5.

specific mutations, none of which overlap with those in Claim 8.[184]  As such, a person of

ordinary skill in the art would understand that certain patients would not benefit from treatment

with migalastat hydrochloride.  Absent specific disclosure that a patient with a specific mutation

would benefit from migalastat treatment, a skilled artisan would not be motivated to treat such

patients with migalastat.  Thus, it is my opinion that Germain 2012 does not provide any

teaching on how to treat Fabry patients with the disclosed α-Gal A mutations of Claim 8 of the

'388 Patent.

155.    Dr. Medin also opines that the motivation to treat Fabry disease by administration

of migalastat or a salt thereof can be found in Giugliani's disclosure of the "evaluation of 'the

safety and pharmacodynamics of migalastat hydrochloride, an investigational pharmacological

chaperone given orally every other day (QOD) to females with FD."[185]  I disagree.  Giugliani

discloses specific results related to "nine females with [Fabry disease]." [186]  As such, a person of

ordinary skill in the art would not understand such disclosure could be expanded to all Fabry

disease patients, regardless of their specific α-Gal A mutations.  Thus, it is my opinion that

Giugliani does not provide any teaching on how to treat Fabry patients with the α-GAL A

mutations from Claim 8.

156.    Lastly, Dr. Medin opines that the motivation to treat Fabry disease by

administration of migalastat or a salt thereof can be found in Benjamin 2016 because it

"discloses the administration of migalastat HCl to treat Fabry Disease patients."[187]  I disagree.

---

[184] Germain 2012 at Abstract (describing results from two phase 2 studies of nine males with
Fabry disease).

[185] Medin Opening Report, ¶ 128 (quoting Giugliani, Abstract); Ex. C at 2, 5.

[186] Giugliani at Abstract.

[187] Medin Opening Report, ¶ 128 (citing Benjamin 2016 at 2); Ex. C at 2, 5.

Benjamin 2016 does not provide any information on any specific α-GAL A mutations, or which

mutations are amenable to treatment with migalastat. Without this information, a person of

ordinary skill in the art would not be motivated to treat Fabry patients generally with migalastat.

This is especially the case because Benjamin 2016 confirms that migalastat cannot be used for all

Fabry patients, and thus mutation-specific treatment is required.[188] Thus, it is my opinion that

Benjamin 2016 does not provide any teaching on how to treat Fabry patients with the α-GAL A

mutations from Claim 8 of the '388 Patent.

157.    With respect to these claim limitations, Dr. Medin opines that "it was well known

that a HEK-293 cell-based assay could be used to identify mutant forms of α-Gal A that are

responsive to migalastat" and points to disclosures in Germain 2012, Wu, Benjamin, and

Giugliani.[189] In my opinion, this is not an accurate description of the state of the field at the time

of the invention of Claim 8 of the '388 Patent. Wu, Germain 2012, and Giugliani disclose a

research-based HEK assay. Benjamin, on the other hand, discusses the development of another

HEK assay. Dr. Medin is conflating these two distinct assays in his analysis. The HEK-293

cell-based assay used in Germain 2012, Wu, and Giugliani could not accurately predict whether

a mutation was responsive or non-responsive to migalastat and the disclosures in Benjamin do

not identify to a person of ordinary skill in the art which mutations are being discussed with

respect to the Migalastat Amenability Assay.[190] The inability of the assay discussed in Germain

2012, Wu, and Giugliani to accurately predict whether a mutation was responsive or non-

---

[188] Benjamin 2016, at 2 ("30-50% of patients with [Fabry Disease] are estimated to have amenable mutations").

[189] Medin Opening Report, ¶¶ 134-135.

[190] *See generally* Benjamin 2016.

responsive to migalastat was demonstrated by the failure to reach the primary endpoint in the

six-month data for Amicus's phase 3 clinical trial, which used this assay for enrollment.

158.    Dr. Medin opines that "Germain 2012 also discloses α-galactosidase A mutations

that cause Fabry disease."[191]  This vastly overstates Germain 2012's disclosures because

Germain 2012 merely relates to nine male Fabry disease patients with eight unique α-Gal A

mutations, none of which are disclosed in Claim 8 of the '388 Patent. As noted above, Germain

2012 refers to the HEK assay that was determined to be unreliable, including because it was used

for enrollment in Amicus's phase 3 clinical studies, which resulted in the 011 study failing to

meet its endpoint for the first six months of data.

159.    Dr. Medin also points to Germain 2012's disclosures that "[a]n in vitro α-Gal-A

gene transfection assay, specific for each individual mutation, was developed in HEK-293 cells"

and that this was "used to define if a patient carrying a GLA mutation was amenable to

migalastat HCl;" and Dr. Medin asserts that "Germain 2012 further discloses mutations

considered amenable to migalastat HCl."[192]  In my opinion, Dr. Medin is ignoring the context of

such disclosures and, as a result, is vastly overstating Germain 2012's disclosures.  The HEK-

293 cell-based assay discussed in Germain 2012 could not accurately predict whether a mutation

is amenable to migalastat.  Further, Germain 2012 only relates to nine male Fabry patients, with

eight unique mutations, none of which are in Claim 8 of the '388 Patent and Germain 2012 notes

that the HEK assay testing was done retrospectively.  Germain 2012 does not disclose all

mutations considered amenable to migalastat nor does it disclose a reliable way to identify all

---

[191] Medin Opening Report, ¶ 138 (citing Germain 2012 at 3, 5, 9).

[192] Medin Opening Report, ¶ 134 (citing Germain 2012 at Abstract, 4-5); Ex. C at 2, 5.

such mutations. Thus, it is my opinion that Germain 2012 does not provide any teaching on the

α-Gal A mutations from Claim 8 of the '388 Patent.

160.    Dr. Medin opines that "Wu also states that α-galactosidase A mutations that cause

Fabry disease."[193]  It is not clear what Dr. Medin means by this.  Dr. Medin also points to Wu's

disclosure of a "cell-based assay in cultured HEK-293 cells to identify mutant forms of α-GAL-

A that are responsive to [migalastat HCl]."[194]  The HEK-293 cell-based assay in Wu was found

to be unreliable in identifying responsive and non-responsive mutations.  Further, Wu only

discloses data for a limited number of specific mutations from in vitro testing and none of those

mutations are in Claim 8 of the '388 patent.  Dr. Medin also opines that "Wu discloses the α-

galactosidase A HEK 293 assay amenable mutation Q57L."[195]  I disagree.  Wu does not disclose

whether Q57L is responsive or non-responsive to migalastat.  Rather, Wu discloses that the

double missense mutation, D55V/Q57L, is responsive to migalastat according to the in vitro

HEK assay described in Wu.  Specifically, Wu's Table 1 that Dr. Medin relies on gives results

related to the double missense mutation D55V/Q57L, not to the single missense mutation Q57L,

as shown below:[196]

---

[193] Medin Opening Report, ¶ 137 (citing Wu at 969-70, Table 1); Ex. C at 2, 5.

[194] Medin Opening Report, ¶ 134 (quoting Wu at Abstract); Ex. C at 2, 5.

[195] Medin Opening Report, ¶ 138 (citing Wu at 969-70 (Table 1)); Ex. C at 2, 5.

[196] Wu at Table 1 (excerpted and annotated).

**Table 1.  Continued**

| Protein change | cDNA change | −AT1001 | | +AT1001 | | | | |
|---|---|---|---|---|---|---|---|---|
| | | α-Gal A Activity | % WT | α-Gal A Activity | % WT | Relative increase | $EC_{50}$ (μM) | n |
| p.G325D | c.974G>A | 0.0±0.0 | 0.0±0.0 | 8,439±1,441*** | 26.2±7.2 | NC | 430±144* | 3 |
| p.G328K | c.983G>C | 1,320±136 | 3.9±0.1 | 26,534±718*** | 79.0±5.7 | 21.0±1.9 | 31.3±3.8 | 3 |
| p.R342Q | c.1025G>A | 0.0±0.0 | 0.0±0.0 | 1,175±137* | 4.4±0.4 | NC | 95.0±39.3 | 4 |
| p.R356W | c.1066C>T | 2,352±276 | 7.6±1.4 | 23,720±2,474* | 75.6±11.6 | 10.1±1.3 | 5.4±0.6 | 3 |
| p.E358A | c.1073A>C | 639±200 | 1.8±0.4 | 8,680±902*** | 26.9±4.2 | 16.0±4.4 | 16.4±5.4 | 4 |
| p.E358K | c.1072G>A | 0.0±0.0 | 0.0±0.0 | 1,417±136* | 3.7±0.5 | NC | 281±32 | 4 |
| p.R363C | c.1087C>T | 2,385±119 | 7.5±0.7 | 13,603±1,559* | 42.0±3.9 | 5.5±0.4 | 3.7±0.3 | 3 |
| p.R363H | c.1088G>A | 8,302±2,086 | 24.1±6.8 | 25,721±2,292** | 73.4±5.3 | 3.3±0.3 | 16.7±6.5 | 4 |
| p.P409A | c.1225C>G | 834±116 | 2.8±0.5 | 12,572±2,254* | 42.0±7.8 | 15.3±1.6 | 11.3±1.9 | 3 |
| p.L415P | c.1244T>C | 0.0±0.0 | 0.0±0.0 | 0.0±0.0 | 0.0±0.0 | — | — | 7 |
| p.D55V/Q57L | c.164A>T/170C>T | 0.0±0.0 | 0.0±0.0 | 5,557±800* | 16.9±1.9 | NC | 29.4±10.8 | 4 |
| p.L120P/A121T | c.359T>C/361G>A | 0.0±0.0 | 0.0±0.0 | 0.0±0.0 | 0.0±0.0 | — | — | |

In my opinion, whether a double missense mutation is responsive to migalastat is not predictive of whether either of the single missense mutations will be responsive to migalastat.[197]  Thus, in my opinion, a person of ordinary skill in the art would not understand Wu to disclose Q57L as responsive to migalastat.  Claim 8 does not include the double missense mutation D55V/Q57L and, therefore, Dr. Medin's reliance on the disclosures in Wu Table 1 is misplaced. I understand that Dr. Elfrida Benjamin testified that knowledge of the responsiveness of a double mutation like D55V/Q57L does not allow a person of ordinary skill in the art to predict how the single mutation Q57L would behave.[198]  Thus, it is my opinion that Wu does not provide any teaching on the α-Gal A mutations from Claim 8 of the '388 Patent.

161.    Dr. Medin cites Giugliani's disclosure that "[p]atients with amenable mutations seemed to demonstrate greater pharmacodynamic response to migalastat HCl compared to patients with non-amenable mutations."[199]  Dr. Medin also opines that "Giugliani further discloses, 'migalastat HCl was generally well tolerated and, in patients with amenable mutations,

---

[197] '319 Patent Publication, Figs. 17, 18 (showing D264Y and V269M are each individually responsive but double mutation D264Y/V269M is not responsive).

[198] *See, e.g.*, E. Benjamin Dep. Tr. 107:4–12, 117:1–9.

[199] Medin Opening Report, ¶ 136 (quoting Giugliani at Abstract); Ex. C at 2, 5.

resulted in GL-3 substrate reduction in urine and some kidney cell types.'"[200]  Dr. Medin is

taking these disclosures out of context and overstates Giugliani's disclosures.  Giugliani's

disclosures relate to limited results of nine female Fabry disease patients with eight unique α-Gal

A mutations (four responsive and four non-responsive) who were enrolled in Phase 2 clinical

trials with different dose regimens of migalastat hydrochloride.[201]  In my opinion, this limited

data cannot be extrapolated to a general statement that all Fabry patients with amenable

mutations demonstrate greater pharmacodynamic response to migalastat hydrochloride compared

to Fabry patients with non-amenable mutations.  Dr. Medin also opines that "Giugliani further

discloses categorizing GLA mutations 'as being amenable or not to migalastat HCl based on an

in vitro α-Gal A transfection assay developed in human embryonic kidney (HEK)-293 cells.'"[202]

Like Germain 2012 and Wu, Giugliani refers to a HEK-293 cell-based assay that was determined

to be unreliable at identifying responsive and non-responsive mutations; and further, the assay

results as to amenability are only disclosed for the eight mutations at issue in the study, and not

generally for all Fabry mutations.  None of the eight mutations in the study appears in Claim 8 of

the '388 patent.  In addition, Giugliani refers to the HEK assay that was determined to be

unreliable, including because it was used for enrollment in Amicus's phase 3 clinical studies,

which resulted in the 011 study failing to meet its endpoint for the first six months of data.  Thus,

it is my opinion that Giugliani does not provide any teaching on the α-Gal A mutations from

Claim 8 of the '388 Patent.

---

[200] Medin Opening Report, ¶ 136 (quoting Giugliani at Abstract, 91); Ex. C at 2, 5.

[201] Giugliani at Abstract, Table 2.

[202] Medin Opening Report, ¶ 136 (quoting Giugliani at Abstract); Ex. C at 2, 5.

162.    Dr. Medin's reliance on Benjamin 2016 is equally misplaced.  Dr. Medin opines

that "Benjamin (2016) discloses the identification of amenable mutant forms of α-Gal A using a

GLP-validated HEK-293 cell-based assay (Migalastat Amenability Assay) and that 'the

Migalastat Amenability Assay and amenable mutation criteria have high predictive value in

identifying [Fabry Disease] patients who show a pharmacodynamic response to oral

administration of migalastat.'"[203]  I disagree.  In my opinion, Benjamin 2016 does not disclose

the identification of amenable mutant forms of α-Gal A using the Migalastat Amenability Assay.

Notably, there are no specific mutations mentioned at all on the page that Dr. Medin cites, or

anywhere in the poster.[204]  In my opinion, the disclosure that the Migalastat Amenability Assay

is highly predictive of pharmacodynamic response to oral administration of migalastat does not

provide a person of ordinary skill in the art with a motivation to treat any specific Fabry disease

patient with migalastat. In addition, Benjamin 2016 does not disclose treatment of Fabry patients

with any of the specific mutations in Claim 8.  Thus, it is my opinion that Benjamin 2016 does

not provide any teaching on the α-Gal A mutations from Claim 8 of the '388 Patent.

163.    Dr. Medin next opines that "[i]t was known that mutations in the GLA gene that

encode α-galactosidase A (α-Gal A) cause Fabry disease," and that "[b]y 2011, more than 600

disease-causing mutations in the GLA gene had been identified . . . and by March 2016, more

than 800 disease-causing mutations in the GLA gene had been identified . . . ."[205]  In my opinion,

the high number of unique GLA mutations that had been discovered adds to the complexity of

the methods of treatment with migalastat and supports the nonobviousness of Claim 8.  In my

---

[203] Medin Opening Report, ¶ 135 (citing Benjamin 2016 at 7); Ex. C at 2, 5.

[204] Benjamin 2016 at 7.

[205] Medin Opening Report, ¶ 139.

opinion, it would not have been obvious to try treatment with migalastat for Fabry patients with the specific mutations of Claim 8 of the '388 Patent, especially given the unpredictability of whether or not Fabry patients with a given mutation would respond to treatment with migalastat; further, a person of ordinary skill in the art would not have had a reasonable expectation of success with respect to treating Fabry patients that carry the specific mutations of Claim 8 with migalastat.

164.    Dr. Medin opines that "[i]t was well known that migalastat selectively binds and stabilizes α-Gal A, and that a HEK-293 cell-based assay could be used to identify mutant forms of α-Gal A that are responsive to migalastat."[206]  Dr. Medin further opines that "[t]he prior art teaches the development of an oral therapy of migalastat HCl for the treatment of Fabry disease . . . and the use of a HEK-293 cell-based assay to identify patients with α-Gal A mutations that are amenable to migalastat treatment."[207]  In my opinion, Dr. Medin has vastly overstated the state of the field at the time the application leading to the '388 Patent was filed.  In fact, the HEK-293 cell-based assay from the '319 Patent Publication, Wu, Germain 2012, and Giugliani was found to be unable to accurately identify which patients to treat with migalastat.  In addition, Benjamin 2016 did not disclose sufficient information about the Migalastat Amenability Assay to identify or determine which mutations are amenable to migalastat treatment.  Further, Benjamin 2016 does not disclose treatment of Fabry patients with any of the specific mutations in Claim 8. Indeed, pharmacological chaperones were a relatively new avenue of treatment that was being explored.  As of the priority date, there were no FDA approved pharmacological chaperones for

---

[206] Medin Opening Report, ¶ 139.

[207] Medin Opening Report, ¶ 140.

any disease, let alone for Fabry disease.[208]  Although there were theories about how migalastat

may be able to selectively bind and stabilize α-Gal A in certain situations, it was unknown when

this would occur; and the disclosures in the art at the time suggested that it was highly

unpredictable which mutated α-Gal A would be stabilized by migalastat.  Further, the HEK assay

referred to in those references was determined to be unreliable, including because it was used for

enrollment in Amicus's phase 3 clinical studies, which resulted in the 011 study failing to meet

its endpoint for the first six months of data.

165.    Dr. Medin opines that "it would have been obvious for a [person of ordinary skill

in the art] to simply carry out the steps of a known cell assay to identify the naturally-occurring

α-galactosidase A mutations recited in at least claims 1 and 8."[209]  For all of the reasons

discussed above, I disagree.  Further, as I discussed above, all the mutations of Claim 8 were

identified as non-responsive to migalastat in the prior art.[210]  In addition, Wu, Germain 2012, and

Giugliani would discourage a person of skill in the art from treating Fabry patients with one of

---

[208] See e.g., Keyzor I., et al., (2023) Therapeutic Role of Pharmacological Chaperones in
Lysosomal Storage Disorders: A Review of the Evidence and Informed Approach to
Reclassification, Biomolecules 13(8):1227 ("The term "pharmacological chaperone therapy" or
"PCT" was first coined in 2000 to describe the category of exogenously administered small
molecules that restore folding and trafficking defects of misfolded proteins in LSDs. The EMA
approved the first commercially available PCT, migalastat (Galafold®; Amicus Therapeutics
Inc., Philadelphia, PA, USA), in 2016, for long-term treatment of adults with Fabry disease who
have an amenable mutation (i.e., a mutation that is responsive to treatment).") (internal citation
omitted) (ATGAL_10161626 at -627); May 31, 2016, Amicus Therapeutics Announces
European Commission Approval for Galafold™ (Migalastat) in Patients with Fabry Disease in
European Union (ATGAL_07336052 at -052); Moran, N., (2018) FDA Approves Galafold, a
Triumph for Amicus, Nat. Biotech. 36:91 (ATGAL_10161450 at -450).

[209] Medin Opening Report, ¶ 140; Ex. C at 2-3, 5-6.

[210] '319 Patent Publication at Figs. 17 & 18; Jan Lukas et al., Functional and Clinical
Consequences of Novel α-Galactosidase A Mutations in Fabry Disease, Human Mutation, Vol.
00, No. 0, 1–9 (2015) (ATGAL_00730664); Jan Lukas et al., Functional Characterisation of
Alpha-Galactosidase A Mutations as a Basis for a New Classification System in Fabry Disease,
PLOS Genetics, Vol 9, Issue 8 (Aug. 2013) (ATGAL_09916904 at -910; ATGAL_01136145).

the mutations in Claim 8 with migalastat, including because had a person of ordinary skill in the

art used the assay discussed in these references to determine whether Fabry patients with the

mutations in Claim 8 were responsive to treatment with migalastat, he or she would have found

that those mutations are categorized as nonresponsive and therefore would not have been

motivated to treat such Fabry patients with migalastat.  As such, a person of ordinary skill in the

art would have had no reason to re-test these mutations based on these prior art references, much

less how to re-test these mutations in a different assay.  Further, Dr. Medin points to no reason

why a person of ordinary skill in the art would have found these mutations in particular and been

motivated to re-test these mutations to treat patients with one of those mutations, or any reason

why a person of ordinary skill in the art would have had a reasonable expectation of success in

doing so.  Moreover, I understand from counsel that Claim 1 is not asserted.  I have therefore

been asked to limit my response to Claim 8.

166.    Dr. Medin opines that "[a] [person of ordinary skill in the art] would have been

motivated with a reasonable expectation of success to combine the teachings of Wu, Germain

2012, Benjamin (2016), and/or Giugliani, at least because each is directed to the use of

migalastat in the treatment of Fabry disease and/or the evaluation of mutations in the α-

galactosidase A gene in patients with Fabry disease that inform treatment options for Fabry

disease, including treatment with migalastat."[211]  I disagree.  In my opinion, a person of ordinary

skill in the art would not have combined results or teachings from Benjamin 2016 with those of

Wu, Germain 2012, and Giugliani to treat Fabry patients with the specific mutations of Claim 8

of the '388 Patent because they would have no reason to do it.  More importantly, even if a

person of ordinary skill in the art did combine such references, such person of ordinary skill in

---

[211] Medin Opening Report, ¶ 141; Ex. C at 2-3, 5-6.

the art would not be motivated to reach the invention claimed in Claim 8 with any reasonable expectation of success for all of the reasons described above, including, *e.g.*, because none of the mutations at issue in Claim 8 are disclosed in these references as being amenable to migalastat. Dr. Medin also opines that "a [person of ordinary skill in the art] seeking to improve upon existing treatments of Fabry disease would have been motivated with a reasonable expectation of success to combine the disclosures of Wu, and/or Germain 2012 in view of Benjamin (2016) and/or Giugliani, and the knowledge of a person of ordinary skill in the art."[212]  He also opines that "a [person of ordinary skill in the art] would have been motivated to combine the teachings of Wu, Germain 2012, Giugliani, and/or Benjamin (2016) because they all have complementary teachings and show consistent outcomes, therefore, a [person of ordinary skill] in the art would also have an expectation of success in doing so."[213]  I also disagree with these opinions. Dr. Medin fails to explain exactly which disclosures of Wu, Germain 2012, Benjamin 2016, and Giugliani a person of ordinary skill in the art would combine and why there is a motivation to combine, and why doing so would result in a reasonable expectation of success.  Simply saying they have "complementary teachings and show consistent outcomes" does nothing to explain why there would be a reasonable expectation of success.  Moreover, although Dr. Medin mentions knowledge of a person of ordinary skill in the art, he fails to identify exactly what that knowledge is.

167.    It is unclear what combination Dr. Medin is relying upon for his analysis of Claim 8.  Because Dr. Medin's obviousness combinations are unclear, I reserve the right to supplement my opinions based on any additional and/or clarifying opinions that Dr. Medin renders with

---

[212] Medin Opening Report, ¶ 141; Ex. C at 2-3, 5-6.

[213] Medin Opening Report, ¶ 142; Ex. C at 2-3, 5-6.

respect to Claim 8.  Further, Dr. Medin fails to identify what he is using as his base reference, how he is modifying it and what reference he is modifying it with, and why a person of ordinary skill in the art would be motivated to modify the reference or have had a reasonable expectation of success in such a combination.  Dr. Medin more generally fails to explain how he is combining the prior art references and how and why, in his opinion, such references would cause a person of ordinary skill in the art to reach the claimed invention.  In addition, he generally fails to acknowledge the fact that the prior art references he relies on do not disclose treating Fabry patients with the specific mutations in Claim 8, and that they suggest Fabry patients with the mutations in Claim 8 should not be treated with migalastat.  Moreover, Dr. Medin fails to explain how a person of ordinary skill in the art would reach such a method of treatment for those specific mutations based on the references he relies upon.

168.    Based on my review of the prior art references and the disclosures cited, in my opinion, Claim 8 is not obvious and there is no motivation to combine the references with any reasonable expectation of success in reaching the invention of Claim 8.  For all the reasons discussed herein, in my opinion, Dr. Medin has failed to prove that Claim 8 is obvious.  Dr. Medin generally fails to acknowledge the fact that the prior art references he relies on do not disclose treating Fabry patients with the specific mutations in Claim 8 and he fails to explain how a person of ordinary skill in the art would reach such a method of treatment for those specific mutations based on the references he relies upon, why a person of ordinary skill in the art would combine them, and why such a person would have a reasonable expectation of success in doing so.

### 2.    Claim 36

169.    Claim 36 (bolded below) depends from Claim 7, which depends from Claim 1. The claim language is:

1. A method of treating Fabry disease, the method comprising administering migalastat to a patient in need thereof, wherein the patient has an α-galactosidase A protein comprising a HEK assay amenable mutation selected from the group consisting of: A13P, A20D, Q57L, G80D, P146S, D175E, K213R, K213M, I242F, M267T, A309V, V316I, V316G, P323R, A352G, R356P, T385A, V390M, and G395A.

7. The method of claim 1, wherein the mutation is selected from the group consisting of: G80D, P146S, M267T, and R356P.

**36. The method of claim 7, wherein the patient is administered about 150 mg of migalastat hydrochloride every other day.**

170.    Based on my review of Dr. Medin's report, it is unclear what combinations Dr. Medin asserts for Claim 36.  Dr. Medin lists only the following combinations in the summary of his opinions:

1)  The '319 patent publication in view of Lockhart '093 and the knowledge of a person of ordinary skill in the art;

2)  Wu, Germain [2012], Benjamin 2016, and/or Giugliani and the knowledge of a person of ordinary skill in the art;

3)   Wu and/or Germain [2012] in view of Benjamin 2016 and/or Giugliani and the knowledge of a person of ordinary skill in the art.[214]

171.    Regarding the first combination— the '319 Patent Publication in view of Lockhart '093 and the knowledge of a person of ordinary skill in the art—Dr. Medin did not identify what knowledge a person of ordinary skill in the art would have had that is relevant to this combination or why a person of ordinary skill in the art would have been motivated to use that knowledge to modify what is disclosed in the '319 Patent Publication in view of Lockhart '093.

172.    Regarding the second combination—Wu, Germain 2012, Benjamin, and/or Giugliani, and the knowledge of a person of ordinary skill in the art—it is unclear exactly which

---

[214] Medin Opening Report, ¶ 13; Ex. C at 3-4, 6-7.

of those references he is combining and how those references are being combined.  Dr. Medin

discusses each of the four references individually before alleging in a conclusory fashion that

they could be combined with no explanation of how they would be combined.[215]  Dr. Medin

again failed to identify what knowledge a person of ordinary skill in the art would have had that

is relevant to this combination or why a person of ordinary skill in the art would have been

motivated to use that knowledge to modify what is disclosed in the references cited by Dr.

Medin.

     173.    Regarding the third combination—Wu and/or Germain 2012 in view of Benjamin

2016 and/or Giugliani and the knowledge of a person of ordinary skill in the art—it is unclear

exactly which of those references he is combining and how those references are being combined.

Like with the second combination, Dr. Medin discusses each of the four references individually

before alleging in a conclusory fashion that they would be combined, with no explanation of how

they would be combined or why a person of ordinary skill in the art would combine them.[216]

Again, Dr. Medin failed to identify what knowledge a person of ordinary skill in the art would

have had that is relevant to this combination or why a person of ordinary skill in the art would

---

[215] *See* Medin Opening Report, ¶ 150 ("In addition, a POSA [person of ordinary skill in the art]
would have been motivated to combine the teachings of Wu, Germain [2012], Giugliani and/or
Benjamin (2016) because they all have complementary teachings and show consistent outcomes.
Therefore, a POSA [person of ordinary skill in the art] would also have an expectation of success
in doing so."); *see also* ¶ 149 ("A POSA [person of ordinary skill in the art] would have been
motivated with a reasonable expectation of success to combine the teachings of Wu, Germain
2012, Benjamin (2016), and/or Giugliani, at least because each is directed to the use of
migalastat in the treatment of Fabry disease and/or the evaluation of mutations in the α-
galactosidase A gene in patients with Fabry disease that inform treatment options for Fabry
disease, including treatment with migalastat.").

[216] *See* Medin Opening Report, ¶ 149 ("Furthermore, a POSA [person of ordinary skill in the art]
seeking to improve upon the existing treatments of Fabry disease would have been motivated
with a reasonable expectation of success to combine the disclosures of Wu, and/or Germain 2012
in view of Benjamin (2016) and/or Giugliani, and the knowledge of a POSA [person of ordinary
skill in the art].").

have been motivated to use that knowledge to modify what is disclosed in the references cited by

Dr. Medin.

174.    In my opinion, as discussed further below, Dr. Medin's combinations do not

disclose the limitations of Claim 36 and do not render Claim 36 obvious.

175.    I incorporate by reference my analysis of the limitations in Claim 1 that I have

discussed above with respect to Claim 8.  I address the remaining limitations of Claim 36 below.

> a)    **Asserted Combination 1: the '319 Patent Publication in view of
> Lockhart '093 and the Knowledge of a Person of Ordinary Skill in the
> Art**

176.    Claim 36 recites four specific mutations, G80D, P146S, M267T, and R356P.  Dr.

Medin opines that "[t]he '319 patent publication discloses that the a-galactosidase A mutations

A13P, Q57L, P146S, and I242F were generated by site-directed mutagenesis."[217]  But this is

both confusing and misleading because in particular, although the '319 Patent Publication does

discuss the four mutations referred to by Dr. Medin, only P146S appears in Claim 36 of the '388

Patent.  Dr. Medin ignores the explicit teachings of the '319 Patent Publication that would have

discouraged a person of skill in the art from treating Fabry patients with a P146S mutation with

migalastat.  Indeed, the '319 Patent Publication discloses—based on the results of the in vitro

activity assay described in the '319 Patent Publication—that Fabry patients with a P146S

mutation are non-responsive to migalastat.[218]  For example, the '319 Patent Publication discloses

that the P146S mutation is a "[n]on-responsive GLA mutation[]."[219]  The '319 Patent Publication

---

[217] Medin Opening Report, ¶ 145; Ex. C at 3-4, 6-7.

[218] *See, e.g.*, '319 Patent Publication, at Fig. 18.

[219] *See, e.g.*, '319 Patent Publication, at Figs. 1A, 18, ¶¶ 0026, 0043, 0177.

also teaches that Fabry patients with a non-responsive α-Gal A mutations should not be treated with migalastat.[220]  The '319 Patent Publication states:

> In a further embodiment, the invention relates to a method of treating a patient diagnosed with Fabry disease by administering to the patient a therapeutically effective dose of 1-deoxygalactonorigirimycin, or a similar pharmacological chaperone to a patient that expresses a mutation in α-galactosidase A, **with the proviso that the mutation is not a nonresponsive mutation** and/or the mutation is not a mutation in which no enzyme is expressed.[221]

In my opinion, a person of ordinary skill in the art would not be motivated to treat Fabry disease patients with the mutation P146S based on the disclosures of the '319 Patent Publication and would not have a reasonable expectation of success in doing so.

177.    Further, Dr. Medin fails to acknowledge that other prior art references suggest treating a Fabry patient who has a non-amenable mutation with migalastat would not be beneficial or even harmful to a patient.  Further, it would be unethical for a physician to treat a patient with a drug that the physician knows is not the optimal drug for that patient, and thereby prevent them from receiving the most beneficial treatment for their specific disease. Thus, it is my opinion that Dr. Medin fails to provide any reason why a person of ordinary skill in the art would be motivated to treat such Fabry patients with a reasonable expectation of success upon reading the '319 Patent Publication.  Dr. Medin also fails to provide any reason why a person of ordinary skill in the art would be motivated to search for a different answer than the one provided in the '319 Patent Publication on whether a Fabry patient with a P146S mutation would respond to treatment with migalastat.

178.    In addition, of the four specific mutations recited in Claim 36 of the '388 Patent, the '319 Patent Publication does not disclose three—namely, G80D, M267T and R356P.

---

[220] '319 Patent Publication, ¶ 0177.

[221] '319 Patent Publication, ¶ 0025 (emphasis added).

Nevertheless, even if a person of ordinary skill in the art were to look for whether any of those three specific mutations had been tested in an in vitro HEK assay, he or she would have found the work of Lukas et al.  Lukas et al. tested each of these specific mutations in an in vitro HEK assay and found each to be non-responsive to treatment with migalastat.[222]  Thus, in my opinion, a person of ordinary skill in the art would not have been motivated to treat Fabry patients with any of these mutations with migalastat and certainly would not have had a reasonable expectation of success in doing so.

179.    Dr. Medin opines that "[t]he specification of the '388 Patent identifies [the A13P, Q57L, P146S, and I242F] mutations as HEK assay amenable mutations."[223]  A13P, Q57L, and I242F are not in Claim 36.  Regardless, Dr. Medin's assertion is misleading because the '319 Patent Publication identifies each of these four mutations as non-responsive.[224]  In my opinion, Dr. Medin is using hindsight, and the teachings of the '388 Patent, for his obviousness analysis with respect to Claim 36 of the '388 Patent.  I understand that the disclosures of the '388 Patent on these four mutations being amenable should not be used to support the proposition that the invention of the '388 Patent is obvious when the prior art discloses that these mutations are non-amenable.  Dr. Medin further opines that "[a]s being HEK assay amenable is an inherent property of the identified mutations, this claim limitation would have inherently existed in the prior art."[225]  It is not clear to me what Dr. Medin is suggesting. As already discussed, none of

---

[222] See Jan Lukas et al., *Functional and Clinical Consequences of Novel α-Galactosidase A Mutations in Fabry Disease*, Human Mutation, Vol. 00, No. 0, 1–9 (2015) (ATGAL_00730664); Jan Lukas et al., *Functional Characterisation of Alpha-Galactosidase A Mutations as a Basis for a New Classification System in Fabry Disease*, PLOS Genetics, Vol 9, Issue 8 (Aug. 2013) (ATGAL_09916904 at -910; ATGAL_01136145).

[223] Medin Opening Report, ¶ 145; Ex. C at 3-4, 6-7.

[224] '319 Patent Publication, Figs. 1A, 18, ¶¶ 0026, 0043, 0177.

[225] Medin Opening Report, ¶ 145.

the prior art that Dr. Medin relies upon either alone or in combination, teach that a Fabry patient

with any of the specific mutations of Claim 36 of the '388 Patent may be amenable to migalastat

treatment.  To the contrary, the explicit teachings of the '319 Patent Publication that the P146S

mutation is "non-responsive" to treatment with migalastat, and other prior art (e.g., Lukas et al.)

that disclosed the remaining three mutations in Claim 36 as non-responsive to treatment with

migalastat would have taught a skilled person in the art away from using migalastat for treating

these patients.

180.    Dr. Medin opines that "[a] [person of ordinary skill in the art] would have been

motivated to identify patients with GLA mutations suffering from Fabry disease, determine if

these mutations are HEK amenable mutations, and once a mutation such as A13P, Q57L, P146S,

or I242F, would be determined to be an HEK assay amenable mutation, to administer migalastat

to patients having these mutations."[226]  For the reasons explained above, I also disagree with this

opinion.  For example, with respect to the specific mutations in Claim 36 of the '388 Patent, a

person of ordinary skill in the art using the HEK assay described in the '319 Patent Publication

would have found P146S to be non-responsive to migalastat and thus would not have been

motivated to treat such patients with migalastat with any reasonable expectation of success.

Similarly, to the extent a person of ordinary skill in the art was to look for whether one of the

other mutations in Claim 36 are responsive or non-responsive, such person of ordinary skill in

the art would have found the work of Lukas et al., determined that such mutations were non-

responsive to migalastat, and thus would not have been motivated to treat such patients with

migalastat with any reasonable expectation of success.  Dr. Medin has provided no reason why a

person of ordinary skill in the art would have re-tested these mutations, or how the mutation may

---

[226] Medin Opening Report, ¶ 146 (citing '319 Patent Publication, Fig. 1A); Ex. C at 4.

be re-tested differently, or why they would have had a reasonable expectation of success in

treating patients with the mutations in Claim 36 with migalastat. In addition, the '319 Patent

Publication discusses a HEK assay that was found to be unreliable in identifying Fabry patients

who could benefit from treatment with migalastat.  The inability of the assay discussed in the

'319 Patent Publication to accurately predict whether a mutation was responsive or non-

responsive to migalastat was demonstrated by the failure to reach the primary endpoint in the

six-month data for Amicus's phase 3 clinical trial, which used this assay for enrollment.

181.    Dr. Medin further opines that the '319 Patent Publication "discloses a method of

treating Fabry disease by administering migalastat to a patient."[227]  I disagree.  The '319 Patent

Publication discloses results of an in vitro HEK assay with respect to specific mutations and that

some, but not all, mutations are responsive to migalastat.  It does not teach a general method of

treatment for Fabry disease by administering migalastat to any Fabry patient.

182.    Dr. Medin opines that "Lockhart discloses administering the hydrochloride salt of

DGJ (i.e., migalastat) to participants at a specific dose level of 150 mg every other day."[228]  In

my opinion, Dr. Medin overstates the disclosures in Lockhart '093.  Lockhart '093 does not

disclose that a dose of 150 mg every other day will work for all α-Gal A mutations or even for all

amenable mutations.  Further, Lockhart '093 does not disclose that 150 mg every other day is an

effective dose for Fabry patients with any of the mutations in Claim 36.  Dr. Medin relies upon

Lockhart '093's discussion of modeling of doses related to isofagomine (IFG), a chaperone

considered as a treatment option for Gaucher disease at the time and the disclosure that such

---

[227] Medin Opening Report, ¶ 146.

[228] Medin Opening Report, ¶ 152 (citing Lockhart '093, ¶¶ 0142, 0151, Exs. 4-6); Ex. C at 6.

model could be applicable to DGJ.[229]  This theorical model does not provide a motivation to treat

an actual Fabry patient with a specific dosage of migalastat, especially in light of the many other

dose regimens discussed in Lockhart '093, including in Examples 4-6 that Dr. Medin cites.[230]

183.    Dr. Medin opines that "[a] [person of ordinary skill in the art] would have been

aware of the 150 mg every other day dosing of migalastat to treat Fabry Disease and its

effectiveness from at least Lockhart '093, and therefore would have been motivated to rely on

this teaching to arrive at the 150 mg every other day dosing."[231]  Dr. Medin also opines that "[a]

[person of ordinary skill in the art] would further have had an expectation of success with this

dosing given the teachings of Lockhart '093."[232]  I disagree with these opinions.  Lockhart '093

does not disclose that 150 mg every other day is an effective dose for all Fabry patients or for all

Fabry patients with an amenable mutation.  Nor does Lockhart '093 even suggest that 150 mg

every other day is the preferred dose and dose regimen of migalastat hydrochloride for any Fabry

patient.  Lockhart '093 relies on theorical dosing models and preliminary data for enrollment of

phase 2 studies related to migalastat hydrochloride where a number of different doses and dose

regimens were used.[233]  A person of ordinary skill in the art would have understood Lockhart

'093 to be a preliminary investigation into dosing of pharmacological chaperones like migalastat

hydrochloride and not some definitive reference of the proper dose of migalastat hydrochloride

for all Fabry patients, as Dr. Medin suggests.

---

[229] Lockhart '093, ¶¶ 0142, 0151.

[230] Lockhart '093, ¶¶ 0142, 0151; *see also supra* § VIII.A.5.

[231] Medin Opening Report, ¶ 153; Ex. C at 6.

[232] Medin Opening Report, ¶ 153; Ex. C at 6.

[233] *See* Lockhart '093, Exs. 4-6.

184. Dr. Medin then opines that "claim 7 would have been obvious over the '319 patent publication and the knowledge of a [person of ordinary skill in the art]."[234] I understand from counsel that Claim 7 is not asserted, and I have been asked to limit my response to Claim 36. Dr. Medin then opines "claim 36 of the '388 patent would have been obvious over the '319 patent publication in view of Lockhart and the knowledge of a [person of ordinary skill in the art]."[235] In my opinion, the '319 Patent Publication in view of Lockhart '093 and the knowledge of a person or ordinary skill in the art does not render obvious Claim 36. In addition, although Dr. Medin refers to the '319 Patent Publication in view of Lockhart '093 in combination with the knowledge of a person of ordinary skill in the art, Dr. Medin does not identify any "knowledge of a [person of ordinary skill in the art]" that he is using as part of the obviousness analysis for Claim 36. In my opinion, Dr. Medin has failed to show Claim 36 is obvious over the '319 Patent Publication in view of Lockhart '093 and the knowledge of a person of ordinary skill in the art. For all the reasons discussed herein, in my opinion, Dr. Medin has failed to prove that Claim 36 is obvious. Based on my review of the prior art references and the disclosures cited, in my opinion, Claim 36 is not obvious and there is no motivation to combine the references with any reasonable expectation of success in reaching the invention of Claim 36. Dr. Medin generally fails to acknowledge the fact that the prior art references he relies on do not disclose treating Fabry patients with the specific mutations in Claim 36 and he fails to explain how a person of ordinary skill in the art would reach such a method of treatment for those specific mutations based on the references he relies upon, why a person of ordinary skill in the art would combine them, and why such a person would have a reasonable expectation of success in doing so.

---

[234] Medin Opening Report, ¶ 146; Ex. C at 3-4.

[235] Medin Opening Report, ¶ 152; Ex. C at 6.

> **b)** **Asserted Combination 2: Undisclosed Combination of Wu, Germain 2012, Giugliani, and/or Benjamin 2016 and the Knowledge of a Person of Ordinary Skill in the Art; Asserted Combination 3: Wu and/or Germain 2012 in View of Benjamin 2016 and/or Giugliani and the Knowledge of a Person of Ordinary Skill in the Art**

185.    With respect to Claim 36, Dr. Medin opines that "by 2011, more than 600 disease-causing mutations in the GLA gene had been identified . . . and by March 2016, more than 800 disease-causing mutations in the GLA gene had been identified . . . ."[236]  In my opinion, the high number of unique GLA mutations that had been discovered adds to the complexity of the methods of treatment with migalastat and supports the nonobviousness of Claim 36.  In my opinion, it would not have been obvious to try treatment with migalastat for Fabry patients with the mutations in Claim 36, especially given the unpredictability of whether or not Fabry patients with a given mutation would respond to treatment with migalastat; further, a person of ordinary skill in the art would not have had a reasonable expectation of success with respect to treating Fabry patients that carry one of the mutations in Claim 36 with migalastat.

186.    Dr. Medin opines that "[i]t was well known that migalastat selectively binds and stabilizes α-Gal A, and that a HEK-293 cell-based assay could be used to identify mutant forms of α-Gal A that are responsive to migalastat."[237]  Dr. Medin also opines that "[t]he prior art further teaches use of a HEK-293 cell-based assay to identify patients with α-Gal A mutations that are amenable to migalastat treatment."[238]  In my opinion, Dr. Medin has vastly overstated the state of the field at the time the application leading to the '388 Patent was filed.  In fact, the HEK-293 cell-based assay from the '319 Patent Publication, Wu, Germain 2012, and Giugliani

---

[236] Medin Opening Report, ¶ 147.

[237] Medin Opening Report, ¶ 147; Ex. C at 6-7.

[238] Medin Opening Report, ¶ 148; Ex. C at 6-7.

was found to be unable to accurately identify which patients to treat with migalastat. In addition,

Benjamin 2016 did not disclose full information about the Migalastat Amenability Assay,

including critical information about which mutations were found amenable or not in that assay.

Further, Benjamin 2016 does not disclose treatment of Fabry patients with any of the specific

mutations in Claim 36. Indeed, pharmacological chaperones were a relatively new avenue of

treatment that was being explored. As of the priority date, there were no FDA approved

pharmacological chaperones for any disease, let alone for Fabry disease.[239] Although there were

theories about how migalastat may be able to selectively bind and stabilize α-Gal A in certain

situations, it was unknown when this would occur; and the disclosures in the art at the time

suggested that it was highly unpredictable which mutated α-Gal A would be stabilized by

migalastat. Further, the HEK assay referred to in those references was determined to be

unreliable, including because it was used for enrollment in Amicus's phase 3 clinical studies,

which resulted in the 011 study failing to meet its endpoint for the first six months of data.

187.    Dr. Medin opines that "it would have been obvious for a [person of ordinary skill

in the art] to simply carry out the steps of a known cell and enzyme assay to identify the

naturally-occurring α-galactosidase A mutations recited in claim 7."[240] As an initial matter, I

---

[239] *See e.g.*, Keyzor I., et al., (2023) Therapeutic Role of Pharmacological Chaperones in
Lysosomal Storage Disorders: A Review of the Evidence and Informed Approach to
Reclassification, *Biomolecules* **13**(8):1227 ("The term "pharmacological chaperone therapy" or
"PCT" was first coined in 2000 to describe the category of exogenously administered small
molecules that restore folding and trafficking defects of misfolded proteins in LSDs. The EMA
approved the first commercially available PCT, migalastat (Galafold®; Amicus Therapeutics
Inc., Philadelphia, PA, USA), in 2016, for long-term treatment of adults with Fabry disease who
have an amenable mutation (i.e., a mutation that is responsive to treatment).") (internal citation
omitted) (ATGAL_10161626 at -627); May 31, 2016, Amicus Therapeutics Announces
European Commission Approval for Galafold™ (Migalastat) in Patients with Fabry Disease in
European Union (ATGAL_07336052 at -052); Moran, N., (2018) FDA Approves Galafold, a
Triumph for Amicus, *Nat. Biotech.* 36:91 (ATGAL_10161450 at -450).

[240] Medin Opening Report, ¶ 148; Ex. C at 3-4.

understand that Claim 7 is not asserted.  To the extent Dr. Medin intended to say Claim 36, for all of the reasons discussed above, I disagree.  Wu, Germain 2012, and Giugliani would discourage a person of skill in the art from treating Fabry patients with one of the mutations in Claim 36 with migalastat, including because had a person of ordinary skill in the art used the assay discussed in these references to determine whether Fabry patients with the mutations in Claim 36 were responsive to treatment with migalastat, he or she would have found that those mutations are categorized as nonresponsive and therefore would not have been motivated to treat such Fabry patients with migalastat.  For example, as discussed above, in my opinion, a person of ordinary skill in the art would not have a reasonable expectation of success in reaching the invention claimed in Claim 36 of the '388 Patent because of the number of different α-Gal A mutations and unpredictability of whether a Fabry patient with any specific α-Gal A mutation can be treated with migalastat.  Further, none of the prior art references that Dr. Medin cites report that any of the mutations in Claim 36 can be treated with migalastat; and Dr. Medin points to no reason why a person of ordinary skill in the art would have found these mutations in particular and been motivated to treat patients with one of those mutations, or any reason why a person of ordinary skill in the art would have had a reasonable expectation of success in doing so.  As noted above, for each of the mutations in Claim 36, the prior art actually discourages treatment of these Fabry patients with migalastat.[241]  As such, a person of ordinary skill in the art would have had no reason to re-test these mutations, nor would the person of ordinary skill in the art have had any guidance as to how to test these mutations in a different assay based on these

---

[241] '319 Patent Publication at Figs. 17 & 18; Jan Lukas et al., *Functional and Clinical Consequences of Novel α-Galactosidase A Mutations in Fabry Disease*, Human Mutation, Vol. 00, No. 0, 1–9 (2015) (ATGAL_00730664); Jan Lukas et al., *Functional Characterisation of Alpha-Galactosidase A Mutations as a Basis for a New Classification System in Fabry Disease*, PLOS Genetics, Vol 9, Issue 8 (Aug. 2013) (ATGAL_09916904 at -910; ATGAL_01136145).

prior art references.  Further, Dr. Medin points to no reason why a person of ordinary skill in the art would have found these mutations in particular and been motivated to re-test these mutations to treat patients with one of those mutations, much less how the mutations may be re-tested, or any reason why a person of ordinary skill in the art would have had a reasonable expectation of success in doing so.

188.    Dr. Medin opines that "[a] [person of ordinary skill in the art] would have been motivated with a reasonable expectation of success to combine the teachings of Wu, Germain 2012, Benjamin (2016), and/or Giugliani, at least because each is directed to the use of migalastat in the treatment of Fabry disease and/or the evaluation of mutations in the α-galactosidase A gene in patients with Fabry disease that inform treatment options for Fabry disease, including treatment with migalastat."[242]  I disagree.  In my opinion, a person of ordinary skill in the art would not have combined results or teachings from Benjamin 2016 with those of Wu, Germain 2012, and Giugliani to treat Fabry patients with the specific mutations of Claim 36 of the '388 Patent because they would have had no reason to do it.  More importantly, even if a person of ordinary skill in the art were to combine such references, such person of ordinary skill in the art would not be motivated to reach the invention claimed in Claim 36 with any reasonable expectation of success for all of the reasons described above, including, e.g., because none of the mutations at issue in Claim 36 are disclosed in these references as being amenable to migalastat. Dr. Medin also opines that "a [person of ordinary skill in the art] seeking to improve upon the existing treatments of Fabry disease would have been motivated with a reasonable expectation of success to combine the disclosures of Wu, and/or Germain 2012 in view of Benjamin (2016)

---

[242] Medin Opening Report, ¶ 149.

and/or Giugliani, and the knowledge of a [person of ordinary skill in the art]."[243]  He also opines

that "a [person of ordinary skill in the art] would have been motivated to combine the teachings

of Wu, Germain 2012, Giugliani, and/or Benjamin (2016) because they all have complementary

teachings and show consistent outcomes" and "[t]herefore, a [person of ordinary skill in the art]

would also have at least a reasonable expectation of success in doing so and arriving at the

claimed invention."[244]  I also disagree with these opinions.  Dr. Medin fails to explain why a

person of ordinary skill in the art would be seeking to improve upon existing treatments.  He also

fails to explain exactly which disclosures of Wu, Germain 2012, Benjamin 2016, and Giugliani a

person of ordinary skill in the art would combine and why there is a motivation to combine, and

why doing so would result in a reasonable expectation of success.  Simply saying they have

"complementary teachings and show consistent outcomes" does nothing to explain why there

would be a reasonable expectation of success.  Further, although Dr. Medin mentions knowledge

of a person of ordinary skill in the art, he fails to identify what exactly that knowledge is.

189.    Dr. Medin opines that "Wu discloses the administration of 'a dose of 150 mg

[migalastat hydrochloride] every other day' as a potential treatment for Fabry disease.'"[245]  Dr.

Medin further opines that Wu "discloses 'the administration of different [migalastat

hydrochloride] doses (50, 150, or 250 mg) and with various regimens.'"[246]  Dr. Medin also

opines that "Wu discloses that 'most mutant forms [of α-Gal A] that were tested at both lower

and higher doses showed a 'good' response at either dose. This suggests that a single common

dose and regimen of AT1001 may be sufficient to mediate a response of the enzyme in vivo for

---

[243] Medin Opening Report, ¶ 149.

[244] Medin Opening Report, ¶ 150.

[245] Medin Opening Report, ¶ 154 (citing Wu at 974); Ex. C at 4, 6.

[246] Medin Opening Report, ¶ 154 (citing Wu at 975); Ex. C at 4, 6.

many mutant forms of α-Gal A.'"[247] Dr. Medin overstates what Wu discloses.  Wu actually discloses that:

> The degree of consistency found in the current comparison of HEK-293 cell-based and in vivo mutant α-GAL A responses does not necessarily indicate the degree of consistency that would be seen with any particular dose or regimen of [migalastat hydrochloride].  This is because the in vivo α-GAL A responses analyzed here were obtained following different [migalastat hydrochloride] doses (50, 150, or 250 mg) and with various regimens (every other day, twice per day, or every day), according to the different clinical study protocols.[248]

In my opinion, this is a disclosure of specific doses and dose regimens provided to a limited number of specific Fabry patients with specific mutations.  It does not disclose that any such dosages or regimens could be used to treat Fabry patients with other α-Gal A mutations or that a specific dose or regimen is recommended for Fabry patients with the mutations in Claim 36.

190.    Dr. Medin opines that Germain 2012 discloses "oral administration of 150 mg migalastat HCl every other day."[249]  Dr. Medin again overstates this disclosure because like Wu, Germain 2012 relates to treatment of a limited number of specific Fabry patients with specific Fabry mutations at specific doses and dose regimens.  It does not disclose that a specific dose or regimen is recommended for Fabry patients with the mutations in Claim 36.

191.    Dr. Medin opines that Giugliani discloses "the evaluation of 'the safety and pharmacodynamics of migalastat hydrochloride, an investigational pharmaceutical chaperone given orally every other day (QOD) to females with FD" and "the oral administration of migalastat hydrochloride at doses of 50 mg, 150 mg, and 250 mg every other day (QOD) to females with Fabry disease."[250]  Dr. Medin again overstates this disclosure because like Wu and

---

[247] Medin Opening Report, ¶ 154 (citing Wu at 975); Ex. C at 4, 6.

[248] Wu at 975.

[249] Medin Opening Report, ¶ 155 (citing Germain 2012 at Abstract); Ex. C at 4, 6.

[250] Medin Opening Report, ¶ 155 (citing Giugliani at Abstract); Ex. C at 4, 6.

Germain 2012, Giugliani relates to treatment of a limited number of specific Fabry patients with

specific Fabry mutations at specific doses and dose regimens.  It does not disclose that a specific

dose or regimen is recommended for Fabry patients with the mutations in Claim 36

192.    Dr. Medin opines that Benjamin 2016 discloses "administration of 150 mg

migalastat HCl."[251]  Dr. Medin's reliance on Benjamin 2016 is also misplaced because Benjamin

2016 does not disclose treatment of Fabry patients with the G80D, P146S, M267T, or R356P

mutations in Claim 36 of the '388 Patent, nor does it disclose use of 150 mg every other day with

respect to those mutations.  In fact, Benjamin 2016 does not identify any amenable mutation

based on the Migalastat Amenability Assay.

193.    Dr. Medin opines that "a [person of ordinary skill in the art] would have been

motivated to combine the teachings of Wu, Germain 2012, Giugliani, and/or Benjamin (2016)

for this dosing because they all have complementary teachings and show consistent outcomes,

therefore, a [person of ordinary skill in the art] would also have an expectation of success in

doing so."[252]  I disagree.  Dr. Medin fails to explain exactly which disclosures of Wu, Germain

2012, Benjamin 2016, and Giugliani a person of ordinary skill in the art would combine and why

there is a motivation to combine, and why doing so would result in a reasonable expectation of

success.  Simply saying they have "complementary teachings and show consistent outcomes"

does nothing to explain why there would be a reasonable expectation of success.  Further,

although Dr. Medin mentions the knowledge of a person of ordinary skill in the art, he fails to

identify what that knowledge is.

---

[251] Medin Opening Report, ¶ 155 (citing Benjamin 2016 at 4); Ex. C at 6.
[252] Medin Opening Report, ¶ 156.

194.     It is unclear what combination(s) Dr. Medin is relying upon for his analysis of

Claim 36.  Because Dr. Medin's obviousness combinations are unclear, I reserve the right to

supplement my opinions based on any additional and/or clarifying opinions that Dr. Medin

renders with respect to Claim 36.  Further, Dr. Medin fails to identify what he is using as his base

reference, how he is modifying it and what reference he is modifying it with, and why a person

of ordinary skill in the art would be motivated to modify the reference or have had a reasonable

expectation of success in such a combination.  Dr. Medin more generally fails to explain how he

is combining the prior art references and how and why, in his opinion, such references would

cause a person of ordinary skill in the art to reach the claimed invention.  In addition, he

generally fails to acknowledge the fact that the prior art references he relies on do not disclose

treating Fabry patients with the specific mutations in Claim 36 and even teach away from the

invention.  Further, he fails to explain how a person of ordinary skill in the art would reach such

a method of treatment for those specific mutations based on the references he relies upon.

195.     Dr. Medin opines that "claim 36 would have been obvious over Wu and/or

Germain 2012 in view of Benjamin (2016), and/or Giugliani, and the knowledge of a [person of

ordinary skill in the art]."[253]  For all the reasons discussed herein, in my opinion, Dr. Medin has

failed to prove that Claim 36 is obvious.  Based on my review of the prior art references and the

disclosures cited, in my opinion, Claim 36 is not obvious and there is no motivation to combine

the references with any reasonable expectation of success in reaching the invention of Claim 36.

Dr. Medin generally fails to acknowledge the fact that the prior art references he relies on do not

disclose treating Fabry patients with the specific mutations in Claim 36 and he fails to explain

how a person of ordinary skill in the art would reach such a method of treatment for those

---

[253] Medin Opening Report, ¶ 157; Ex. C at 6.

specific mutations based on the references he relies upon, why a person of ordinary skill would combine them, and why such a person would have a reasonable expectation of success in doing so.

### D.    Claims 17 and 23 of the '489 Patent

196.    As an initial matter, it is unclear to me what combination of references Dr. Medin is using for his prior art combinations for Claims 17 and 23 of the '489 Patent. Dr. Medin opines in the summary of his opinions that:

> [b]y way of example, the asserted claims are rendered obvious by the following combinations:
>
> 1)  The '319 patent publication in view of Lockhart 093 and the knowledge of a [person of ordinary skill in the art]
>
> 2)  Wu, Germain [2012], Benjamin [2016], and/or Giugliani and the knowledge of a [person of ordinary skill in the art]
>
> 3)  Wu and/or Germain [2012] in view of Benjamin [2016] and/or Giugliani and the knowledge of a [person of ordinary skill in the art.][254]

Dr. Medin seems to imply that there could be additional combinations, but he does not explicitly disclose what those additional combinations might be. Accordingly, I will respond to the opinions and specific combinations that Dr. Medin actually analyzed in his report, and I reserve the right to respond to any additional combinations should Dr. Medin later render an opinion as to such combinations.

197.    Moreover, this list results in dozens of possible combinations of the prior art references. Dr. Medin does not actually analyze each of these combinations in his report. Thus, it is unclear what teaching(s) Dr. Medin proposes to take from each reference and why a person of ordinary skill in the art would have been motivated to combine those elements or teachings

---

[254] Medin Opening Report, ¶ 13; Ex. C at 9-10, 12-13.

with a reasonable expectation of success.  Instead, Dr. Medin's only obviousness analysis is him

analyzing six references, the '319 Patent Publication, Lockhart '093, Wu, Germain 2012,

Benjamin 2016, and Giugliani individually without specifying how to combine them within the

context of his proposed obviousness combinations let alone why a person of ordinary skill in the

art would be motivated to combine those references in such a way.  For example, Dr. Medin fails

to explain what reference he is starting with and how he is modifying such reference with the

other prior art references.[255]  Accordingly, I will respond to the opinions and combinations that

Dr. Medin actually included in his report regarding the disclosed combinations, and I reserve the

right to respond to any additional opinions about those combinations or combinations should

Dr. Medin later render any opinion about what and how the specific references are to be

combined and/or the motivation to combine or modify such specific references.

### 1.    Claim 17

198.    Claim 17 of the '489 Patent depends from Claim 11.  The claim language is:

> 11. A method of treating Fabry disease, the method comprising administering migalastat to a patient in need thereof, wherein the patient has an α-galactosidase A protein comprising a HEK assay amenable mutation selected from the group consisting of A13T, N34T, M42K, L54F, P60T, E87D, L89F, Y123C, H125L, I133M, K140T, F145S, P146R, Y152H, D165G, p.M187_S188dup, V199G, M208R, I219L, N224T, Q250R, G261C, G271D, M284V, I303F, D322N, G325R, K326N, G334E, E358Q, E358D, G361E, G375E, T412N and M421V.
>
> **17. The method of claim 11, wherein the patient is administered about 150 mg of migalastat hydrochloride every other day.**

---

[255] *See generally* Medin Opening Report, § IX.C (element by element analysis of the asserted claims of the '489 patent); *see also* Medin Opening Report, Exhibit C (claim chart including list of citations to each of the six asserted prior art references without separating by combination).

199.    Based on my review of Dr. Medin's report, it is unclear what combinations Dr. Medin asserts for Claim 17.  Dr. Medin lists only the following combinations in the summary of his opinions:

1) The '319 patent publication in view of Lockhart '093 and the knowledge of a person of ordinary skill in the art;

2) Wu, Germain [2012], Benjamin 2016, and/or Giugliani and the knowledge of a person of ordinary skill in the art;

3) Wu and/or Germain [2012] in view of Benjamin 2016 and/or Giugliani and the knowledge of a person of ordinary skill in the art.[256]

200.    Regarding the first combination—the '319 Patent Publication in view of Lockhart '093 and the knowledge of a person of ordinary skill in the art—Dr. Medin did not identify what knowledge a person of ordinary skill in the art would have had that is relevant to this combination or why a person of ordinary skill in the art would have been motivated to use that knowledge to modify what is disclosed in the '319 Patent Publication in view of Lockhart '093.

201.    Regarding the second combination—Wu, Germain 2012, Benjamin 2016, and/or Giugliani, and the knowledge of a person of ordinary skill in the art—it is unclear exactly which of those references he is combining and how those references are being combined.  Dr. Medin discusses each of the four references individually before alleging in a conclusory fashion that they could be combined with no explanation of how they would be combined.[257]  Dr. Medin

---

[256] Medin Opening Report, ¶ 13; Ex. C at 8-9.

[257] *See* Medin Opening Report, ¶ 178 ("In addition, a POSA [person of ordinary skill in the art] would have been motivated to combine the teachings of Wu, Germain [2012], Giugliani and/or Benjamin (2016) because they all have complementary teachings and show consistent outcomes, therefore, a POSA [person of ordinary skill in the art] would also have an expectation of success in doing so."); *see also* Medin Opening Report, ¶ 172 ("A POSA [person of ordinary skill in the art] would have been motivated with a reasonable expectation of success to combine the teachings of Wu, Germain 2012, Benjamin (2016), and/or Giugliani, at least because each is directed to the use of migalastat in the treatment of Fabry disease and/or the evaluation of

again failed to identify what knowledge a person of ordinary skill in the art would have had that

is relevant to this combination or why a person of ordinary skill in the art would have been

motivated to use that knowledge to modify what is disclosed in the references cited by Dr.

Medin.

202.    Regarding the third combination—Wu and/or Germain 2012 in view of Benjamin

2016 and/or Giugliani and the knowledge of a person of ordinary skill in the art—it is unclear

exactly which of those references he is combining and how those references are being combined.

Like with the second combination, Dr. Medin discusses each of the four references individually

before alleging in a conclusory fashion that they would be combined, with no explanation of how

they would be combined or why a person of ordinary skill in the art would combine them.[258]

Again, Dr. Medin failed to identify what knowledge a person of ordinary skill in the art would

have had that is relevant to this combination or why a person of ordinary skill in the art would

have been motivated to use that knowledge to modify what is disclosed in the references cited by

Dr. Medin.

203.    In my opinion, as discussed further below, Dr. Medin's combinations do not

disclose the limitations of Claim 17 and do not render Claim 17 obvious.

> **a)    Asserted Combination 1: the '319 Patent Publication in view of
> Lockhart '093 and the Knowledge of a Person of Ordinary Skill in the
> Art**

---

mutations in the α-galactosidase A gene in patients with Fabry disease that inform treatment
options for Fabry disease, including treatment with migalastat.").

[258] *See* Medin Opening Report, ¶ 172 ("Furthermore, a POSA [person of ordinary skill in the art]
seeking to improve upon the existing treatments of Fabry disease would have been motivated
with a reasonable expectation of success to combine the disclosures of Wu, and/or Germain 2012
in view of Benjamin (2016) and/or Giugliani, and the knowledge of a POSA [person of ordinary
skill in the art].").

204.    To support his obviousness analysis, Dr. Medin cites to Proposed Claim 10 of the '319 Patent Publication to argue that methods for treating Fabry with migalastat was known.[259] Dr. Medin also opines that the '319 Patent Publication "discloses a method of treating Fabry disease by administering migalastat to a patient."[260]  I disagree.  The '319 Patent Publication discloses results of an in vitro HEK assay with respect to specific mutations and that some, but not all, mutations are responsive to migalastat.  It does not teach a general method of treatment for Fabry disease by administering migalastat to any Fabry patient.

205.    Dr. Medin relies on Proposed Claim 10 of the '319 Patent Publication, which states:

> 10. A method of treating a patient diagnosed with Fabry disease which comprises administering to the patient a therapeutically effective dose of 1-deoxygalactonorjirimycin, wherein the patient expresses a mutant α-galactosidase A selected from the group consisting of the α-galactosidase A mutations A257D, A257G, A257P, A291T, A292T, A307T, **A309P**, **A352V**, A368T, A73V, A97V, C174G, C174R, C56F, C56Y, D165H, D313G, D322E, D55V, E203V, F169S, G171R, G183A, G183V, G258R, G258V, G261D, G325S, G360D, G360S, G85D, G85M, I117S, I198T, I239T, I253T, I289S, I319T, I359T, K185E, K308N, L166G, L16H, L19P, L243W, L36F, L36S, L372P, L403S, L54P, M290I, M290L, M296L, M296T, M42L, M42R, M76T, M96I, N53L, P205S, P293T, P409A, P409T, P60L, Q107L, Q250P, Q312R, Q321H, Q321L, R301G, **R356G**, S238N, S247C, T282A, T410I, V339E, W162G, W349S, Y152C, Y184C, Y200C, Y207H and Y216C.[261]

From this list of over eighty mutations, Dr. Medin then focuses on only a few cherry-picked mutations based on their amino acid positions, namely A309P, A352V, and R356G (bolded and underlined above).[262]  None of the mutations in Claim 17 are at any of these three amino acid positions.

---

[259] Medin Opening Report, ¶ 159; Ex. C at 8.

[260] Medin Opening Report, ¶ 164; Ex. C at 8.

[261] '319 Patent Publication, Proposed Claim 10.

[262] Medin Opening Report, ¶ 159 (calling attention to A309P, A352V, and R356G).

206.    Similarly, Dr. Medin also opines that the '319 Patent Publication "discloses that the mutations A20P, I242N, A309P, A352V, R356G, and R356W are responsive to migalastat, i.e., they are HEK assay amenable mutations."[263]  Dr. Medin then opines that "a [person of ordinary skill in the art] would know that amino acid positions 20, 242, 309, 352, and 356 in α-galactosidase A have missense mutations in Fabry patients and would therefore be motivated to explore other mutations at the same amino acid positions."[264]

207.    As a preliminary matter, Dr. Medin seems to be mixing up the concepts of responsiveness in the HEK assay described in the '319 Patent Publication with the concept of HEK assay amenable mutations described in the '489 Patent.  In drawing this inappropriate parallel, Dr. Medin is using the '489 Patent's disclosures and thus is using hindsight to support his obviousness arguments.  The assay in the '319 Patent Publication is different than the assay in the '489 Patent, and Claim 17 refers to a "HEK assay amenable mutation" in the Migalastat Amenability Assay—the assay described in the '489 Patent, not the assay described in the '319 Patent Publication.

208.    Further, I disagree with Dr. Medin's opinions for several other reasons.  ***First***, as described above in the technology background (§VI), Fabry disease is difficult to diagnose and treat because there are many different α-Gal A mutations that cause Fabry disease.  Each mutation may cause different symptoms, ultimately causing different presentations of the disease in each patient.  A disclosure that a patient with one of the α-Gal A mutations, for example, as in Proposed Claim 10 of the '319 Patent Publication, could be treated with migalastat does not inform a person of ordinary skill in the art whether other Fabry disease patients with different α-

---

[263] Medin Opening Report, ¶ 162.

[264] Medin Opening Report, ¶ 162.

Gal A mutations could be treated with migalastat.  Further, the '319 Patent Publication discloses

examples of an α-Gal A mutation at a specific amino acid location being responsive to treatment

with migalastat and a different mutation at the same location is not.[265]  In fact, the '319 Patent

Publication itself recognizes that there is no way to predict whether a Fabry patient with a

specific mutation will be responsive or not to treatment with migalastat prior to testing.[266]  This

remains true even if the mutation occurs at the same position in the α-Gal A protein.  For

example, the '319 Patent Publication discloses that the L16H, N34K, R112H, N224S, A352V

mutations are responsive to treatment with migalastat but the L16P, N34S, R112C, R112S,

N224D, A352P, A352D mutations are non-responsive to treatment with migalastat.[267]  Thus, a

person of ordinary skill in the art would not be motivated based on the disclosures of the '319

Patent Publication to look for other α-Gal A mutations at the same amino acid position as a

mutation that is reported as responsive to treatment with migalastat in the '319 Patent

Publication.  The '319 Patent Publication, including Proposed Claim 10, does not include any of

the α-Gal A mutations in Claim 17 of the '489 Patent and therefore does not disclose or render

obvious treatment of Fabry patients with the specific α-Gal A mutations of Claim 17 with

migalastat.  Just because a specific mutation at a particular amino acid position results in an α-

Gal A protein that is responsive to treatment with migalastat as measured by the HEK assay

---

[265] '319 Patent Publication, at Fig. 17 (showing responsive GLA mutations L16H, N34K, R112H, N224S, A352V); '319 Patent Publication, Fig. 18 (showing non-responsive GLA mutations L16P, N34S, R112C, R112S, N224D, A352P, A352D).

[266] *See, e.g.*, '319 Patent Publication, ¶ 0150 ("DGJ-responsive and non-responsive mutant forms did not appear to be located to particular regions or domains on the α-Gal A protein structure."); '319 Patent Publication, ¶ 0146 ("No significant correlation between response and location on the protein sequence of a mutation was observed, suggesting that responsive as well as non-responsive mutations are distributed widely across the entire protein.").

[267] *See* '319 Patent Publication, at Figs. 17 & 18.

discussed in the '319 Patent Publication does not allow a person of ordinary skill in the art to predict which other mutations at the same amino acid position may be responsive.

209. **Second**, none of the A20P, I242N, A309P, A352V, R356G, and R356W mutations, to which Dr. Medin specifically pointed, are recited in Claim 17 of the '489 Patent. Dr. Medin does not explain how the disclosure of these specific mutations of the '319 Patent Publication could have led a person of ordinary skill in the art to treat Fabry patients with one of the specific mutations in Claim 17 with migalastat. And further, none of the mutations in Claim 17 of the '489 Patent are at amino acid positions 20, 242, 309, 352, or 356.

210. **Third**, the '319 Patent Publication discloses that some α-Gal A mutations are responsive to treatment with migalastat and some are not.[268] In addition, the '319 Patent Publication references hundreds of missense mutations and there are many different positions for possible mutations. Dr. Medin cherry picks these amino acid positions for a select few of the hundreds of mutations based on hindsight. Dr. Medin presents no reason why a person of ordinary skill in the art would look to these few mutations rather than the hundreds of others in the '319 Patent Publication.

211. Further, Dr. Medin also opines that "the specification of the '489 Patent identifies [A20P, I242N, A309P, A352V, R356G, and R356W] mutations as HEK assay amenable."[269] . But, whether these mutations are disclosed as amenable or not in the '489 Patent is not relevant because none of these mutations are in Claim 17 of the '489 Patent.

212. Dr. Medin further opines that "[a]s being HEK assay amenable is an inherent property of the identified mutations, this claim limitation would have inherently existed in the

---

[268] *See, e.g.*, '319 Patent Publication, at Fig. 17 & 18.
[269] Medin Opening Report, ¶ 163.

prior art."[270]  It is not clear to me what Dr. Medin is suggesting and Dr. Medin ignores that none of the mutations he points to are in Claim 17 and none of the mutations in Claim 17 are in the '319 Patent Publication.

213.    Dr. Medin opines that "[a] [person of ordinary skill in the art] would have been motivated to identify patients with GLA mutations suffering from Fabry disease, determine if these mutations are HEK amenable mutations, and once a mutation such as A13P, Q57L, P146S, or I242F, would be determined to be an HEK assay amenable mutation, to administer migalastat to patients having these mutations."[271]  For the reasons explained above for Claim 8 of the '388 Patent, I also disagree with this opinion.  Further, this argument is especially inapplicable to Claim 17 of the '489 Patent because none of A13P, Q57L, P146S or I242F are in Claim 17 of the '489 Patent.  In addition, '319 Patent Publication reports these four mutations as non-responsive to migalastat and a person of ordinary skill in the art would not be motivated to treat such patients with migalastat with any reasonable expectation of success.  In addition, the '319 Patent Publication discusses a HEK assay that was found to be unreliable in identifying Fabry patients who could benefit from treatment with migalastat.  The inability of the assay discussed in the '319 Patent Publication to accurately predict whether a mutation was responsive or non-responsive to migalastat was demonstrated by the failure to reach the primary endpoint in the six-month data for Amicus's phase 3 clinical trial, which used this assay for enrollment.

214.    Dr. Medin then opines that "[c]laim 11 would have been obvious over the '319 patent publication and the knowledge of a [person of ordinary skill in the art]."[272]  As an initial

---

[270] Medin Opening Report, ¶ 163.

[271] Medin Opening Report, ¶ 164.

[272] Medin Opening Report, ¶ 164; Ex. C at 8.

matter, Dr. Medin did not identify this alleged combination in the summary of his opinions (Medin Opening Report, ¶ 13), and it is unclear if Dr. Medin is asserting this as a standalone combination. Further, I understand from counsel that Claim 11 is not asserted, and I have been asked to respond only as to Claim 17. To the extent Dr. Medin intended to refer to Claim 17, I disagree with his opinions.

215.    With respect to the additional limitations of Claim 17, Dr. Medin opines that "Lockhart discloses administering the hydrochloride salt of DGJ (i.e., migalastat) to participants at a specific dose level of 150 mg every other day."[273]  In my opinion, Dr. Medin overstates the disclosures in Lockhart '093. Lockhart '093 does not disclose that a dose of 150 mg every other day will work for all α-Gal A mutations or even for all amenable mutations. Further, Lockhart '093 does not disclose that 150 mg every other day is an effective dose for Fabry patients with any of the mutations in Claim 17. Dr. Medin relies upon Lockhart '093's discussion of modeling of doses related to IFG and the disclosure that such model could be applicable to DGJ.[274]  This theorical model does not provide a motivation to treat a Fabry patient with a specific dosage, especially in light of the many other dose regimens discussed in Lockhart '093, including in the Examples 4-6 that Dr. Medin cites.[275]

216.    Dr. Medin opines that "[a] [person of ordinary skill in the art] would have been aware of the 150 mg every other day dosing of migalastat to treat Fabry Disease and its effectiveness from at least Lockhart '093, and therefore would have been motivated to rely on this teaching to arrive at the 150 mg every other day dosing." Dr. Medin also opines that "[a]

---

[273] Medin Opening Report, ¶ 175 (citing Lockhart '093 ¶ 0151, Exs. 4-6).; Ex. C at 9.

[274] Lockhart '093, ¶¶ 0142, 0151.

[275] Lockhart '093, ¶¶ 0142, 0151; *see also supra* § VIII.A.5.

[person of ordinary skill in the art] would further have had an expectation of success with this dosing given the teachings of Lockhart '093."[276] I disagree with these opinions. Lockhart '093 does not disclose that 150 mg every other day is an effective dose for all Fabry patients or for all Fabry patients with an amenable mutation. Nor does Lockhart '093 suggest that 150 mg every other day is the preferred dose and dose regimen of migalastat hydrochloride for any Fabry patient. Lockhart '093 relies on theorical dosing models and preliminary data for enrollment of phase 2 studies related to migalastat hydrochloride where a number of different doses and dose regimens were used.[277] A person of ordinary skill in the art would have understood Lockhart '093 to be a preliminary investigation into dosing of pharmacological chaperones like migalastat hydrochloride and not some definitive reference of the proper dose of migalastat hydrochloride for all Fabry patients, as Dr. Medin suggests.

217. Dr. Medin then opines that "claim 17 of the '489 patent would have been obvious over the '319 patent publication in view of Lockhart and the knowledge of a [person of ordinary skill in the art]."[278] I disagree. In my opinion, the disclosures of the '319 Patent Publication in view of Lockhart '093 and the knowledge of a person of ordinary skill in the art do not render obvious Claim 17. Further, although Dr. Medin refers to the '319 Patent Publication in view of Lockhart'093 and the knowledge of a person of ordinary skill in the art, Dr. Medin does not identify any "knowledge of a [person of ordinary skill in the art]" that he is using as part of the obviousness analysis in this claim. Thus, in my opinion, Dr. Medin has failed to show that Claim 17 of the '489 Patent is obvious over the '319 Patent Publication in in view of Lockhart

---

[276] Medin Opening Report, ¶ 176; Ex. C at 9-10.

[277] *See* Lockhart '093, Exs. 4-6.

[278] Medin Opening Report, ¶ 175; Ex. C at 9-10.

'093 and the knowledge of a person of ordinary skill in the art. Dr. Medin generally fails to

acknowledge the fact that the prior art references he relies on do not disclose treating Fabry

patients with the specific mutations in Claim 17 and he fails to explain how a person of ordinary

skill in the art would reach such a method of treatment for those specific mutations based on the

references he relies upon, why a person of ordinary skill in the art would combine them, and why

such a person would have a reasonable expectation of success in doing so.

> **b)    Asserted Combination 2: Wu, Germain 2012, Giugliani, and/or Benjamin 2016 and the Knowledge of a Person of Ordinary Skill in the Art;**
>
> **and**
>
> **Asserted Combination 3: Wu and/or Germain 2012 in View of Benjamin 2016 and/or Giugliani and the Knowledge of a Person of Ordinary Skill in the Art**

218.    With respect to the vague combinations of Wu, Germain 2012, Giugliani and/or

Benjamin 2016 in view of the knowledge of a person of ordinary skill in the art, and Wu and/or

Germain 2012 in view of Benjamin 2016 and/or Giugliani and the knowledge of a person of

ordinary skill in the art, Dr. Medin cherry picks what each reference discloses about migalastat

and its administration. Dr. Medin, however, does not discuss how these specific disclosures

render Claim 17 obvious. For example, according to Dr. Medin, Wu discloses that "migalastat

hydrochloride (AT1001, GR181413A) migalastat [is] currently in clinical development to

evaluate its safety and efficacy as a potential treatment for Fabry disease" and that "AT1001

(migalastat hydrochloride, 1-deoxygalactonojirimycin) is a pharmacological chaperone for α-Gal

A that is in Phase 3 clinical development as a potential therapy for Fabry disease."[279] If Dr.

Medin is arguing that these disclosures render Claim 17 obvious, I disagree. Dr. Medin

---

[279] Medin Opening Report, ¶ 160 (quoting Wu at 965, 974); Ex. C at 8, 9.

overreads Wu. Wu's teachings are directed to a certain subset of Fabry patients rather than all

Fabry patients, and certainly not all Fabry patients with amenable mutations. For example, Wu

states that "a pharmacological chaperone may be a viable treatment for Fabry disease, serving as

an alternative to enzyme replacement therapy *for some patients*."[280] Wu also recognizes that not

all Fabry patients benefit from treatment with migalastat.[281] Wu also discloses that "[f]urther

evaluation of the utility of the HEK-293 cell-based assay for Fabry patient selection for

treatment with AT1001 [migalastat hydrochloride] is ongoing."[282] In my opinion, a person of

ordinary skill in the art would understand this disclosure to mean that Wu is limited to specific

Fabry patients in certain of Amicus's phase 2 clinical trials.[283] In addition, although Wu

mentions Phase 3 clinical trials, it does not disclose what mutations are being studied in those

trials, or whether any such mutations can be treated with migalastat. Further, a skilled artisan

would have understood that the initial data from those phase 3 clinical studies was reported by

Amicus as "not meet[ing] statistical significance."[284] As such, Wu does not provide reliable

methods of treating Fabry patients, even for the mutations explicitly discussed in the reference,

and the disclosures cannot be used to extrapolate any methods of treatment for Fabry patients

who are not discussed in the reference. And Wu does not disclose any method of treating Fabry

patients with the mutations in Claim 17 of the '489 Patent. Thus, it is my opinion that Wu does

---

[280] Wu at 965 (emphasis added).

[281] Wu at 975.

[282] Wu at 976.

[283] Wu at Table 2 (discussing FAB-CL-201, FAB-CL-202, and FAB-CL-203 trial data).

[284] Amicus Website, Press Release dated Feb. 15, 2013, available at
https://ir.amicusrx.com/news-releases/news-release-details/amicus-therapeutics-presents-
additional-6-month-results-phase-3.

not provide any teaching on how to treat Fabry patients with the α-Gal A mutations from Claim

17 of the '489 Patent.

219.    Next, Dr. Medin quotes Germain 2012's disclosure that "[m]igalastat HCl is a

candidate pharmacological chaperone that provides a novel genotype-specific treatment for

[Fabry disease]."[285]  Again, Dr. Medin does not discuss how this specific disclosure renders

Claim 17 of the '489 Patent obvious.  Notwithstanding this deficiency, this disclosure Dr. Medin

relies on recognizes that the treatment would be "genotype-specific" and thus cannot be applied

to all Fabry patients.  In particular, Germain 2012 discloses results from only a limited number of

Fabry patients with specific mutations, none of which overlap with those in Claim 17 of the '489

Patent.[286]  As such, a person of ordinary skill in the art would understand that certain patients

would not benefit from treatment with migalastat hydrochloride.  Absent specific disclosure that

a patient with a specific mutation would benefit from migalastat treatment, a skilled artisan

would not be motivated to treat such patients with migalastat.  Thus, it is my opinion that

Germain 2012 does not provide any teaching on how to treat Fabry patients with one of the

mutations in Claim 17 of the '489 Patent.

220.    Dr. Medin quotes Giugliani's disclosure of the "evaluation of 'the safety and

pharmacodynamics of migalastat hydrochloride, an investigational pharmacological chaperone

given orally every other day (QOD) to females with FD.'"[287]  Again, Dr. Medin does not discuss

how this specific disclosure renders Claim 17 of the '489 Patent obvious.  Giugliani discloses

---

[285] Medin Opening Report, ¶ 160 (quoting Germain 2012, Abstract); Ex. C at 8-10.

[286] *See* Germain 2012 at Abstract (describing results from two phase 2 studies of nine males with
Fabry disease).

[287] Medin Opening Report, ¶ 160 (quoting Giugliani, Abstract); Ex. C at 8-10.

specific results related to "nine females with [Fabry disease]."[288]  As such, a person of ordinary

skill in the art would not understand such disclosure could be extrapolated to all Fabry disease

patients, regardless of their specific α-Gal A mutation.  And Giugliani does not disclose any

method of treating Fabry patients with the mutations in Claim 17 of the '489 Patent.  Thus, it is

my opinion that Giugliani does not provide any teaching on how to treat Fabry patients with the

α-Gal A mutations from Claim 17 of the '489 Patent.

221.    Lastly, Dr. Medin states that Benjamin 2016 "discloses the administration of

migalastat HCl to treat Fabry Disease patients."[289]  Again, Dr. Medin does not discuss how this

specific disclosure renders Claim 17 of the '489 Patent obvious.  Benjamin 2016 does not have

any information for any specific α-Gal A mutations or which mutations may be amenable to

treatment with migalastat.  Without this information, a person of ordinary skill in the art would

not be motivated to treat Fabry patients broadly with migalastat.  This is especially the case

because Benjamin 2016 confirms that migalastat cannot be used for all Fabry patients, and thus

mutation specific treatment is required.[290]  Thus, it is my opinion that Benjamin 2016 does not

provide any teaching on how to treat Fabry patients with the α-Gal A mutations from Claim 17

of the '489 Patent.

222.    Dr. Medin opines that "it was well known that a HEK-293 cell-based assay could

be used to identify mutant forms of α-Gal A that are responsive to migalastat" and points to

disclosures in Germain 2012, Wu, Benjamin, and Giugliani.[291]  In my opinion, this is not an

---

[288] Giugliani, Abstract.

[289] Medin Opening Report, ¶ 160 (citing Benjamin 2016 at 1); Ex. C at 8-10.

[290] *See* Benjamin 2016, at 2 ("Approximately 30-50% of patients with FD are estimated to have
amenable mutations").

[291] Medin Opening Report, ¶¶ 165-166; Ex. C at 8-10.

accurate description of the state of the field at the time of the invention of Claim 17 of the '489

Patent, including for the same reasons discussed above with respect to Claim 8 of the '388

Patent.  Wu, Germain 2012, and Giugliani disclose a research-based HEK assay.  Benjamin 2016

on the other hand discusses the development of another HEK assay.  Dr. Medin is conflating

these two distinct assays in his analysis.  The HEK-293 cell-based assay used in Germain 2012,

Wu, and Giugliani could not accurately predict whether a mutation was responsive or non-

responsive to migalastat and the disclosures in Benjamin 2016 do not identify to a person of

ordinary skill in the art which mutations are being discussed with respect to the Migalastat

Amenability Assay.[292]  The inability of the assay discussed in Germain 2012, Wu, and Giugliani

to accurately predict whether a mutation was responsive or non-responsive to migalastat was

demonstrated by the failure to reach the primary endpoint in the six-month data for Amicus's

phase 3 clinical trial, which used this assay for enrollment.

223.    Dr. Medin cites Giugliani's disclosure that "[p]atients with amenable mutations

seemed to demonstrate greater pharmacodynamic response to migalastat HCl compared to

patients with non-amenable mutations."[293]  Dr. Medin is taking this disclosure out of context.

Giugliani's disclosure relates to limited results of nine female Fabry disease patients with eight

unique α-Gal A mutations (four responsive and four non-responsive) who were in Phase 2

clinical trials with different dose regimens of migalastat hydrochloride.[294]  In my opinion, this

limited data cannot be extrapolated to a general statement that all Fabry patients with amenable

mutations demonstrate greater pharmacodynamic response to migalastat hydrochloride compared

to Fabry patients with non-amenable mutations.  Dr. Medin also opines that "Giugliani further

---

[292] *See generally* Benjamin 2016.

[293] Medin Opening Report, ¶ 167 (quoting Giugliani at Abstract); Ex. C at 8-9.

[294] Giugliani at Abstract.

discloses categorizing GLA mutations 'as being amenable or not to migalastat HCl based on an in vitro α-Gal A transfection assay developed in human embryonic kidney (HEK)-293 cells.'"[295] Giugliani refers to a HEK-293 cell-based assay that was determined to be unreliable at identifying responsive and non-responsive mutations and further, the assay results as to amenability are only disclosed for the eight mutations at issue in the study, and not generally for all amenable mutations. None of the eight mutations in the study appear in Claim 17 of the '489 patent. In addition, Giugliani refers to the HEK assay that was determined to be unreliable, including because it was used for enrollment in Amicus's phase 3 clinical studies, which resulted in the 011 study failing to meet its endpoint for the first six months of data. Thus, it is my opinion that Giugliani does not provide any teaching on the α-Gal A mutations from Claim 17 of the '489 Patent.

224.    Dr. Medin opines that "Wu also discloses α-galactosidase A mutations that cause Fabry disease."[296] As noted above, the HEK-293 cell-based assay in Wu was found to be unreliable in identifying responsive and non-responsive mutations. Further, Wu only discloses data for a limited number of specific mutations from in vitro testing and none of those mutations are in Claim 17 of the '489 patent. Dr. Medin also opines that "Wu discloses the α-galactosidase A HEK -293 assay amenable mutation Q57L."[297] I disagree, as discussed above with respect to Claim 8 of the '388 Patent, and this mutation is not in Claim 17 of the '489 Patent. Further, in my opinion, Wu does not provide any teaching on the α-Gal A mutations from Claim 17 of the '489 Patent.

---

[295] Medin Opening Report, ¶ 167 (quoting Giugliani at Abstract); Ex. C at 8-9.

[296] Medin Opening Report, ¶ 168 (citing Wu at 969-70, Table 1); Ex. C at 8.

[297] Medin Opening Report, ¶ 169 (citing Wu at 969-70 (Table 1)); Ex. C at 8.

225.     Dr. Medin also opines that "Germain [2012] also discloses α-galactosidase A mutations that cause Fabry disease."[298]  This vastly overstates Germain 2012's disclosures because Germain 2012 merely relates to nine male Fabry disease patients with eight unique α-Gal A mutations, none of which are in Claim 17 of the '489 Patent.  As noted above, Germain 2012 refers to the HEK assay that was determined to be unreliable, including because it was used for enrollment in Amicus's phase 3 clinical studies, which resulted in the 011 study failing to meet its endpoint for the first six months of data.

226.     Dr. Medin next opines that "[i]t was known that mutations in the GLA gene that encode α-galactosidase A (α-Gal A) cause Fabry disease," and that "[b]y 2011, more than 600 disease-causing mutations in the GLA gene had been identified . . . and by March 2016, more than 800 disease-causing mutations in the GLA gene had been identified . . . ."[299]  In my opinion, the high number of unique GLA mutations that had been discovered adds to the complexity of the methods of treatment with migalastat and supports the nonobviousness of Claim 17.  In my opinion, it would not have been obvious to try treatment with migalastat for Fabry patients with the specific mutations of Claim 17 of the '489 Patent, especially given the unpredictability of whether or not Fabry patients with a given mutation would respond to treatment with migalastat; further, a person of ordinary skill in the art would not have had a reasonable expectation of success with respect to treating Fabry patients that carry the mutations of Claim 17 with migalastat.

227.     Dr. Medin opines that "[i]t was well known in the art that migalastat selectively binds and stabilizes α-Gal A, and that a HEK-293 cell-based assay could be used to identify

---

[298] Medin Opening Report, ¶ 169 (citing Germain 2012 at 3, 5, 9); Ex. C at 8.

[299] Medin Opening Report, ¶ 170.

mutant forms of α-Gal A that are responsive to migalastat."[300]  In my opinion, Dr. Medin has vastly overstated the state of the field at the time the application leading to the '489 Patent was filed.  In fact, the HEK-293 cell-based assay from the '319 Patent Publication, Wu, Germain 2012, and Giugliani was found to be unable to accurately identify which patients to treat with migalastat.  In addition, Benjamin 2016 did not disclose sufficient information about the Migalastat Amenability Assay to identify or determine which mutations are amenable to migalastat treatment.  Further, Benjamin 2016 does not disclose treatment of Fabry patients with any of the specific mutations in Claim 17.  Indeed, pharmacological chaperones were a relatively new avenue of treatment that was being explored.  As of the priority date, there were no FDA approved pharmacological chaperones for any disease, let alone for Fabry disease.[301]  Although there were theories about how migalastat may be able to selectively bind and stabilize α-Gal A in certain situations, it was unknown when this would occur; and the disclosures in the art at the time suggested that it was highly unpredictable which mutated α-Gal A would be stabilized by migalastat.  Further, the HEK assay referred to in those references was determined to be unreliable, including because it was used for enrollment in Amicus's phase 3 clinical studies, which resulted in the 011 study failing to meet its endpoint for the first six months of data.

---

[300] Medin Opening Report, ¶¶ 170, 171.

[301] See e.g., Keyzor I., et al., (2023) Therapeutic Role of Pharmacological Chaperones in Lysosomal Storage Disorders: A Review of the Evidence and Informed Approach to Reclassification, Biomolecules 13(8):1227 ("The term "pharmacological chaperone therapy" or "PCT" was first coined in 2000 to describe the category of exogenously administered small molecules that restore folding and trafficking defects of misfolded proteins in LSDs. The EMA approved the first commercially available PCT, migalastat (Galafold®; Amicus Therapeutics Inc., Philadelphia, PA, USA), in 2016, for long-term treatment of adults with Fabry disease who have an amenable mutation (i.e., a mutation that is responsive to treatment).") (internal citation omitted) (ATGAL_10161626 at -627); May 31, 2016, Amicus Therapeutics Announces European Commission Approval for Galafold™ (Migalastat) in Patients with Fabry Disease in European Union (ATGAL_07336052 at -052); Moran, N., (2018) FDA Approves Galafold, a Triumph for Amicus, Nat. Biotech. 36:91 (ATGAL_10161450 at -450).

228.    Dr. Medin opines that "it would have been obvious for a [person of ordinary skill in the art] to carry out the steps of a known cell assay to identify the naturally-occurring α-galactosidase A mutations recited in at least claim 11."[302]  For all of the reasons discussed above, I disagree.  Further, Dr. Medin points to no reason why a person of ordinary skill in the art would have found the mutations in Claim 17 of the '489 Patent in particular and been motivated to test these mutations to treat patients with one of those mutations or any reason why a person of ordinary skill in the art would have had a reasonable expectation of success in doing so.

229.    Dr. Medin opines that "[a] [person of ordinary skill in the art] would have been motivated with a reasonable expectation of success to combine the teachings of Wu, Germain 2012, Benjamin (2016), and/or Giugliani, at least because each is directed to the use of migalastat in the treatment of Fabry disease and/or the evaluation of mutations in the α-galactosidase A gene in patients with Fabry disease that inform treatment options for Fabry disease, including treatment with migalastat."[303]  I disagree.  In my opinion, a person of ordinary skill in the art would not have combined results or teachings from Benjamin 2016 with those of Wu, Germain 2012, and Giugliani to treat Fabry patients with the mutations of Claim 17 of the '489 Patent because they would have no reason to do it.  More importantly, even if a person of ordinary skill in the art did combine such references, such person of ordinary skill in the art would not be motivated to reach the invention claimed in Claim 17 with any reasonable expectation of success for all of the reasons described above, including, e.g., because none of the mutations at issue in Claim 17 of the '489 Patent are disclosed in these references as being amenable to migalastat. Dr. Medin also opines that "a [person of ordinary skill in the art] seeking

---

[302] Medin Opening Report, ¶ 171; Ex. C at 8-9.

[303] Medin Opening Report, ¶ 172; Ex. C at 8-10.

to improve upon existing treatments of Fabry disease would have been motivated with a
reasonable expectation of success to combine the disclosures of Wu, and/or Germain 2012 in
view of Benjamin (2016) and/or Giugliani, and the knowledge of a [person of ordinary skill in
the art]."[304]  He also opines that "a [person of ordinary skill in the art] would have been
motivated to combine the teachings of Wu, Germain 2012, Giugliani, and/or Benjamin (2016)
because they all have complementary teachings and show consistent outcomes, therefore, a
[person of ordinary skill in the art] would also have an expectation of success in doing so."[305]  I
also disagree with these opinions.  Dr. Medin fails to explain exactly which disclosures of Wu,
Germain 2012, Benjamin 2016, and Giugliani a person of ordinary skill in the art would combine
and why there is a motivation to combine, and why doing so would result in a reasonable
expectation of success.  Simply saying they have "complementary teachings and show consistent
outcomes" does nothing to explain why there would be a reasonable expectation of success.
Further, although Dr. Medin mentions the knowledge of a person of ordinary skill in the art, he
fails to identify exactly what that knowledge is.

230.    With respect to the additional limitations of Claim 17, Dr. Medin opines that "Wu
discloses 'the administration of 'a dose of 150 mg [migalastat hydrochloride] every other day' as
a potential treatment for Fabry disease.'"[306]  Dr. Medin further opines that Wu "discloses 'the
administration of different [migalastat hydrochloride] doses (50, 150, or 250 mg).'"[307]  Dr.
Medin also opines that Wu discloses that "most mutant forms [of α-Gal A] that were tested at
both lower and higher doses showed a 'good' response at either dose. This suggests that a single

---

[304] Medin Opening Report, ¶ 172; Ex. C at 8-10.

[305] Medin Opening Report, ¶ 173; Ex. C at 8-10.

[306] Medin Opening Report, ¶ 177 (citing Wu at 974); Ex. C at 8-9.

[307] Medin Opening Report, ¶ 177 (citing Wu at 975); Ex. C at 8-9.

common dose and regimen of AT1001 may be sufficient to mediate a response of the enzyme in vivo for many mutant forms of α-Gal A."[308]  Dr. Medin overstates what Wu discloses.  Wu actually discloses that:

> The degree of consistency found in the current comparison of HEK-293 cell-based and in vivo mutant α-GAL A responses does not necessarily indicate the degree of consistency that would be seen with any particular dose or regimen of [migalastat hydrochloride].  This is because the in vivo α-GAL A responses analyzed here were obtained following different [migalastat hydrochloride] doses (50, 150, or 250 mg) and with various regimens (every other day, twice per day, or every day), according to the different clinical study protocols.[309]

In my opinion, this is a disclosure of specific doses and dose regimens provided to a limited number of specific Fabry patients with specific mutations.  It does not disclose that any such dosages or regimens could be used to treat Fabry patients with other α-Gal A mutation or that a specific dose or regimen is recommended for Fabry patients with the mutations in Claim 17.

231.    Dr. Medin opines that Germain 2012 discloses "oral administration of 150 mg migalastat HCl every other day."[310]  Dr. Medin again overstates this disclosure because like Wu, Germain 2012 relates to treatment of a limited number of specific Fabry patients with specific Fabry mutations at specific doses and dose regimens.  It does not disclose that a specific dose or regimen is recommended for Fabry patients with the mutations in Claim 17.

232.    Dr. Medin opines that Giugliani discloses "the oral administration of migalastat hydrochloride at doses of 50 mg, 150 mg, and 250 mg every other day (QOD) to females with Fabry disease."[311]  Dr. Medin again overstates this disclosure because like Wu and Germain 2012, Giugliani relates to treatment of a limited number of specific Fabry patients with specific

---

[308] Medin Opening Report, ¶ 177 (citing Wu at 975), Ex. C at 8.

[309] Wu at 975.

[310] Medin Opening Report, ¶ 178 (citing Germain 2012 at Abstract); Ex. C at 8-9.

[311] Medin Opening Report, ¶ 178 (citing Giugliani at Abstract); Ex. C at 8-9.

Fabry mutations at specific doses and dose regimens.  It does not disclose that a specific dose or

regimen is recommended for Fabry patients with the mutations in Claim 17.

233.    Dr. Medin opines that Benjamin 2016 discloses "administration of 150 mg

migalastat HCl."[312]  Dr. Medin's reliance on Benjamin 2016 is also misplaced because Benjamin

2016 does not disclose treatment of Fabry patients with the mutations in Claim 17 of the '489

Patent, nor does it disclose use of 150 mg every other day with respect to these mutations.  In

fact, Benjamin 2016 does not identify any amenable mutation based on the Migalastat

Amenability Assay.

234.    Dr. Medin opines that "a [person of ordinary skill in the art] would have been

motivated to combine the teachings of Wu, Germain 2012, Giugliani, and/or Benjamin (2016)

for this dosing because they all have complementary teachings and show consistent outcomes,

therefore, a [person of ordinary skill in the art] would also have an expectation of success in

doing so."[313]  I disagree.  Dr. Medin fails to explain exactly which disclosures of Wu, Germain

2012, Benjamin 2016, and Giugliani a person of ordinary skill in the art would combine and why

there is a motivation to combine, and why doing so would result in a reasonable expectation of

success.  Simply saying they have "complementary teachings and show consistent outcomes"

does nothing to explain why there would be a reasonable expectation of success.  Further,

although Dr. Medin mentions the knowledge of a person of ordinary skill in the art, he fails to

identify exactly what that knowledge is.

235.    It is unclear what combination(s) Dr. Medin is relying upon for his analysis of

Claim 17.  Because Dr. Medin's obviousness combinations are unclear, I reserve the right to

---

[312] Medin Opening Report, ¶ 178 (citing Benjamin 2016 at 4); Ex. C at 9.

[313] Medin Opening Report, ¶ 178; Ex. C at 8-10.

supplement my opinions based on any additional and/or clarifying opinions that Dr. Medin renders with respect to Claim 17.  Further, Dr. Medin fails to identify what he is using as his base reference, how he is modifying it and what reference he is modifying it with, and why a person of ordinary skill in the art would have been motivated to modify the reference or have had a reasonable expectation of success in such a combination.  Dr. Medin more generally fails to explain how he is combining the prior art references and why, in his opinion, such references would cause a person of ordinary skill in the art to reach the claimed invention.  In addition, he generally fails to acknowledge the fact that the prior art references he relies on do not disclose treating Fabry patients with the specific mutations in Claim 17, and he fails to explain how a person of ordinary skill in the art would reach such a method of treatment for those specific mutations based on the references he relies upon.

236.    Dr. Medin opines that "claim 11 is invalid under 35 U.S.C. § 103 as obvious over Wu and/or Germain 2012 in view of Benjamin (2016), and/or Giugliani, and the knowledge of a [person of ordinary skill in the art]."[314]  I understand Claim 11 is not asserted.  To the extent Dr. Medin intends to refer to asserted Claim 17, for all the reasons discussed herein, in my opinion, Dr. Medin has failed to prove that Claim 17 is obvious.  Based on my review of the prior art references and the disclosures cited, in my opinion, Claim 17 is not obvious and there is no motivation to combine the references with any reasonable expectation of success in reaching the invention of Claim 17.  Dr. Medin generally fails to acknowledge the fact that the prior art references he relies on do not disclose treating Fabry patients with the specific mutations in Claim 17 and he fails to explain how a person of ordinary skill in the art would reach such a method of treatment for those specific mutations based on the references he relies upon, why a

---

[314] Medin Opening Report, ¶ 179; Ex. C at 8-9.

person of ordinary skill in the art would combine them, and why such a person would have a reasonable expectation of success in doing so.

### 2.    Claim 23

237.    Claim 23 of the '489 Patent (bolded below) depends from Claim 22, which depends from Claim 11.  The claim language is:

> 11. A method of treating Fabry disease, the method comprising administering migalastat to a patient in need thereof, wherein the patient has an α-galactosidase A protein comprising a HEK assay amenable mutation selected from the group consisting of A13T, N34T, M42K, L54F, P60T, E87D, L89F, Y123C, H125L, I133M, K140T, F145S, P146R, Y152H, D165G, p.M187_S188dup, V199G, M208R, I219L, N224T, Q250R, G261C, G271D, M284V, I303F, D322N, G325R, K326N, G334E, E358Q, E358D, G361E, G375E, T412N and M421V.
>
> 22. The method of claim 11, wherein the mutation is selected from the group consisting of: L54F, L89F, K140T and G334E.
>
> **23. The method of claim 22, wherein the patient is administered about 150 mg of migalastat hydrochloride every other day.**

238.    Based on my review of Dr. Medin's report, it is unclear what combinations Dr. Medin asserts for Claim 23.  Dr. Medin lists only the following combinations in the summary of his opinions:

> 1)  The '319 patent publication in view of Lockhart '093 and the knowledge of a person of ordinary skill in the art;
>
> 2)  Wu, Germain [2012], Benjamin 2016, and/or Giugliani and the knowledge of a person of ordinary skill in the art;
>
> 3)  Wu and/or Germain [2012] in view of Benjamin 2016 and/or Giugliani and the knowledge of a person of ordinary skill in the art.[315]

239.    Regarding the first combination— the '319 Patent Publication in view of Lockhart '093 and the knowledge of a person of ordinary skill in the art—Dr. Medin did not identify what knowledge a person of ordinary skill in the art would have had that is relevant to

---

[315] Medin Opening Report, ¶ 13.

this combination or why a person of ordinary skill in the art would have been motivated to use that knowledge to modify what is disclosed in the '319 Patent Publication.

240.    Regarding the second combination—Wu, Germain 2012, Benjamin, and/or Giugliani, and the knowledge of a person of ordinary skill in the art—it is unclear exactly which of those references he is combining and how those references are being combined.  Dr. Medin discusses each of the four references individually before alleging in a conclusory fashion that they could be combined with no explanation of how they would be combined.[316]  Dr. Medin again failed to identify what knowledge a person of ordinary skill in the art would have had that is relevant to this combination or why a person of ordinary skill in the art would have been motivated to use that knowledge to modify what is disclosed in the references cited by Dr. Medin.

241.    Regarding the third combination—Wu and/or Germain 2012 in view of Benjamin 2016 and/or Giugliani and the knowledge of a person of ordinary skill in the art—it is unclear exactly which of those references he is combining and how those references are being combined. Like with the second combination, Dr. Medin discusses each of the four references individually before alleging in a conclusory fashion that they would be combined, with no explanation of how they would be combined or why a person of ordinary skill in the art would combine them.[317]

---

[316] *See* Medin Opening Report, ¶ 189 ("A POSA [person of ordinary skill in the art] would have been motivated with a reasonable expectation of success to combine the teachings of Wu, Germain 2012, Benjamin (2016), and/or Giugliani, at least because each is directed to guiding the use of migalastat in the treatment of Fabry disease and/or the evaluation of mutations in the α-galactosidase A gene in patients with Fabry disease in order to guide treatment options for Fabry disease, including treatment with migalastat.").

[317] *See* Medin Opening Report, ¶ 189 ("A POSA [person of ordinary skill in the art] seeking to improve upon the existing treatments of Fabry disease would have been motivated with a reasonable expectation of success to combine the disclosures of Wu, and/or Germain 2012 in view of Benjamin (2016) and/or Giulgiani, and the knowledge of a POSA [person of ordinary skill in the art].").

Again, Dr. Medin failed to identify what knowledge a person of ordinary skill in the art would have had that is relevant to this combination or why a person of ordinary skill in the art would have been motivated to use that knowledge to modify what is disclosed in the references cited by Dr. Medin.

242.    In my opinion, as discussed further below, Dr. Medin's combinations do not disclose the limitations of Claim 23 and do not render Claim 23 obvious.

243.    I incorporate by reference my analysis of Claim 11 from above, which I analyzed for Claim 17, and which applies equally to Claim 23. I address the remaining limitations of Claim 23 below.

> **a)    Asserted Combination 1: the '319 Patent Publication in view of Lockhart '093 and the Knowledge of a Person of Ordinary Skill in the Art**

244.    To support his obviousness analysis for Claim 23, Dr. Medin cites to Proposed Claim 10 of the '319 Patent Publication to argue that methods for treating Fabry with migalastat was known.[318] Dr. Medin further opines that the '319 Patent Publication "discloses a method of treating Fabry disease by administering migalastat to a patient."[319] I disagree. The '319 Patent Publication discloses results of an in vitro HEK assay with respect to specific mutations and that some, but not all, mutations are responsive to migalastat. It does not teach a general method of treatment for Fabry disease by administering migalastat to any Fabry patient.

245.    Dr. Medin relies on Proposed Claim 10 of the '319 Patent Publication, which states:

> 10. A method of treating a patient diagnosed with Fabry disease which comprises administering to the patient a therapeutically effective dose of 1-deoxygalactonorjirimycin, wherein the patient expresses a mutant α-

---

[318] Medin Opening Report, ¶ 182.

[319] Medin Opening Report, ¶ 184.

galactosidase A selected from the group consisting of the α-galactosidase A mutations A257D, A257G, A257P, A291T, A292T, A307T, **A309P**, **A352V**, A368T, A73V, A97V, C174G, C174R, C56F, C56Y, D165H, D313G, D322E, D55V, E203V, F169S, G171R, G183A, G183V, G258R, G258V, G261D, G325S, G360D, G360S, G85D, G85M, I117S, I198T, I239T, I253T, I289S, I319T, I359T, K185E, K308N, L166G, L16H, L19P, L243W, L36F, L36S, L372P, L403S, L54P, M290I, M290L, M296L, M296T, M42L, M42R, M76T, M96I, N53L, P205S, P293T, P409A, P409T, P60L, Q107L, Q250P, Q312R, Q321H, Q321L, R301G, **R356G**, S238N, S247C, T282A, T410I, V339E, W162G, W349S, Y152C, Y184C, Y200C, Y207H and Y216C.[320]

From this list of over eighty mutations, Dr. Medin then focuses on only a few cherry-picked mutations based on their amino acid positions, namely A309P, A352V, and R356G (bolded and underlined above). None of the mutations in Claim 23 are at any of these three amino acid positions.

246.    Dr. Medin also opines that the '319 Patent Publication "discloses that the mutations A20P, I242N, A309P, A352V, R356G, and R356W are responsive to migalastat, i.e., they are HEK assay amenable mutations."[321] Dr. Medin then opines that "[a] [person of ordinary skill in the art] would know that amino acid positions 20, 242, 309, 352, and 356 in α-galactosidase A have missense mutations in Fabry patients and would therefore be motivated to explore other mutations at the same amino acid positions."[322]

247.    As a preliminary matter, Dr. Medin seems to be mixing up the concepts of responsiveness in the HEK assay described in the '319 Patent Publication with the concept of HEK assay amenable mutations described in the '489 Patent. In drawing this inappropriate parallel, Dr. Medin is using the '489 Patent's disclosures and thus is using hindsight to support his obviousness arguments. The assay in the '319 Patent Publication is different than the assay

---

[320] Medin Opening Report, ¶ 182; '319 Patent Publication, Proposed Claim 10, Ex. C at 11.

[321] Medin Opening Report, ¶ 182, Ex. C at 11.

[322] Medin Opening Report, ¶ 182.

in the '489 Patent and Claim 23 refers to a "HEK assay amenable mutation" in the Migalastat

Amenability Assay—the assay described in the '489 Patent, not the assay described in the '319

Patent Publication.

248.    Further, I disagree with Dr. Medin's opinions for several other reasons. **_First_**, as

described above in the technology background (§VI), Fabry disease is difficult to diagnose and

treat because there are many different α-Gal A mutations that cause Fabry disease.  Each

mutation may cause different symptoms, ultimately causing different presentations of the disease

in each patient.  A disclosure that a patient with one of the α-Gal A mutations, for example, as in

Proposed Claim 10 of the '319 Patent Publication, could be treated with migalastat does not

inform a person of ordinary skill in the art whether other Fabry disease patients with different α-

Gal A mutations could be treated with migalastat.  Further, the '319 Patent Publication discloses

examples of an α-Gal A mutation at a specific amino acid location being responsive to treatment

with migalastat and a different mutation at the same location is not.[323]  In fact, the '319 Patent

Publication itself recognizes that there is no way to predict whether a Fabry patient with a

specific mutation will be responsive or not to treatment with migalastat prior to testing.[324]  This

remains true even if the mutation occurs at the same position in the α-Gal A protein.  For

example, the '319 Patent Publication discloses that the L16H, N34K, R112H, N224S, A352V

mutations are responsive to treatment with migalastat but the L16P, N34S, R112C, R112S,

---

[323] '319 Patent Publication, at Fig. 17 (showing responsive GLA mutations L16H, N34K,
R112H, N224S, A352V); '319 Patent Publication, Fig. 18 (showing non-responsive GLA
mutations L16P, N34S, R112C, R112S, N224D, A352P, A352D).

[324] _See, e.g._, '319 Patent Publication, ¶ 0150 ("DGJ-responsive and non-responsive mutant forms
did not appear to be located to particular regions or domains on the α-Gal A protein structure.");
'319 Patent Publication, ¶ 0146 ("No significant correlation between response and location on
the protein sequence of a mutation was observed, suggesting that responsive as well as non-
responsive mutations are distributed widely across the entire protein.").

N224D, A352P, A352D mutations are non-responsive to treatment with migalastat.[325]  Thus, a person of ordinary skill in the art would not be motivated based on the disclosures of the '319 Patent Publication to look for other α-Gal A mutations at the same amino acid position as a mutation that is reported as responsive to treatment with migalastat in the '319 Patent Publication. The '319 Patent Publication, including Proposed Claim 10, does not include any of the α-Gal A mutations in Claim 23 of the '489 Patent and therefore does not disclose or render obvious treatment of Fabry patients with the specific α-Gal A mutations of Claim 23 with migalastat.  Just because a specific mutation at a particular amino acid position results in an α-Gal A protein that is responsive to treatment with migalastat as measured by the HEK assay discussed in the '319 Patent Publication does not allow a person of ordinary skill in the art to predict which other mutations at the same amino acid position may be responsive.

249.  **Second**, none of the A20P, I242N, A309P, A352V, R356G, and R356W mutations are included in Claim 23 of the '489 Patent.  There is no other reason Dr. Medin points to that would lead a person of ordinary skill in the art to treat Fabry patients with one of the specific mutations in Claim 23 with migalastat based on the disclosure in the '319 Patent Publication that different mutations are responsive to treatment with migalastat.  In addition, none of the mutations in Claim 23 of the '489 Patent are at any of these amino acid positions.

250.  **Third**, the '319 Patent Publication discloses that some α-Gal A mutations are responsive to treatment with migalastat and some are not.[326]  In addition, the '319 Patent Publication references hundreds of missense mutations and there are many different positions for possible mutations.  Dr. Medin cherry picks these amino acid positions for a select few of the

---

[325] 319 Patent Publication, at Figs. 17-18.

[326] *See, e.g.*, '319 Patent Publication, at Fig. 17 and 18.

hundreds of mutations based on hindsight. Dr. Medin presents no reason why a person of ordinary skill in the art would look to these few mutations rather than the hundreds of others in the '319 Patent Publication.

251.    Further, Dr. Medin also opines that the '319 Patent Publication discloses that the A13P, Q57L, P146S, and I242F mutations were generated by site-directed mutagenesis and that the "specification of the '489 patent identifies these mutations as HEK assay amenable mutations."[327]  Further, Dr. Medin further opines that "[a]s being HEK assay amenable is an inherent property of the identified mutations, this claim limitation would have inherently existed in the prior art."[328]  It is not clear to me what Dr. Medin is suggesting and Dr. Medin ignores that none of the mutations he points to are in Claim 23 and none of the mutations in Claim 23 are in the '319 Patent Publication.

252.    Dr. Medin opines that "[a] [person of ordinary skill in the art] would have been motivated to identify patients with GLA mutations suffering from Fabry disease, determine if these mutations are HEK amenable mutations, and once a mutation such as A13P, Q57L, P146S, or I242F, would be determined to be an HEK assay amenable mutation, to administer migalastat to patients having these mutations."[329]  For the reasons explained above with respect to Claim 8 of the '388 Patent, I also disagree with this opinion.  Further, this argument is especially inapplicable to Claim 23 of the '489 Patent because none of A13P, Q57L, P146S or I242F are in Claim 23 of the '489 Patent.  Further, the'319 Patent Publication reports these four mutations as non-responsive to migalastat and a person of ordinary skill in the art would not be motivated to

---

[327] Medin Opening Report, ¶ 183.

[328] Medin Opening Report, ¶ 183.

[329] Medin Opening Report, ¶ 184, Ex. C at 11.

treat such patients with migalastat with any reasonable expectation of success. Dr. Medin has

provided no reason why a person of ordinary skill in the art would have re-tested these mutations

or how to re-test in a different assay or why they would have had a reasonable expectation of

success in treating patients with these four mutations with migalastat. In addition, the '319 Patent

Publication discusses a HEK assay that was found to be unreliable in identifying Fabry patients

who could benefit from treatment with migalastat. The inability of the assay discussed in the

'319 Patent Publication to accurately predict whether a mutation was responsive or non-

responsive to migalastat was demonstrated by the failure to reach the primary endpoint in the

six-month data for Amicus's phase 3 clinical trial, which used this assay for enrollment.

253.    Dr. Medin then opines that "[c]laim 22 would have been obvious over the '319

patent publication in view of the knowledge of a [person of ordinary skill in the art]."[330]  As an

initial matter, Dr. Medin did not identify this alleged combination in the summary of his opinions

(Medin Opening Report, ¶ 13), and it is unclear if Dr. Medin is asserting this as a standalone

combination.  Further, I understand from counsel that Claim 22 is not asserted and I have been

asked to respond only as to Claim 23.  To the extent Dr. Medin intends to refer to Claim 23, I

disagree.  Although Dr. Medin refers to the '319 Patent Publication in combination with the

knowledge of a person of ordinary skill in the art, Dr. Medin does not identify any "knowledge

of a [person of ordinary skill in the art]" that he is using as part of the obviousness analysis in

this claim.  Thus, in my opinion, Dr. Medin has also failed to show that Claim 23 of the '489

Patent is obvious over the '319 Patent Publication in combination with the knowledge of a

person of ordinary skill in the art.

---

[330] Medin Opening Report, ¶ 184.

254.    With respect to the additional limitations of Claim 23, Dr. Medin opines that "Lockhart discloses administering the hydrochloride salt of DGJ (i.e., migalastat) to participants at a specific dose level of 150 mg every other day."[331]  In my opinion, Dr. Medin overstates the disclosures in Lockhart '093.  Lockhart '093 does not disclose that a dose of 150 mg every other day will work for all α-Gal A mutations or even for all amenable mutations.  Further, Lockhart '093 does not disclose that 150 mg every other day is an effective dose for Fabry patients with any of the mutations in Claim 23.  Dr. Medin relies upon Lockhart '093's discussion of modeling of doses related to IFG and the disclosure that such model could be applicable to DGJ.[332]  This theorical model does not provide a motivation to treat a Fabry patient with a specific dosage, especially in light of the many other dose regimens discussed in Lockhart '093, including in the Examples 4-6 that Dr. Medin cites.[333]

255.    Dr. Medin opines that "[a] [person of ordinary skill in the art] would have been aware of the 150 mg every other day dosing of migalastat to treat Fabry Disease and its effectiveness from at least Lockhart '093, and therefore would have been motivated to rely on this teaching to arrive at the 150 mg every other day dosing."[334]  Dr. Medin also opines that "[a] [person of ordinary skill in the art] would further have had an expectation of success with this dosing given the teachings of Lockhart '093."[335]  I disagree with these opinions.  Lockhart '093 does not disclose that 150 mg every other day is an effective dose for all Fabry patients or for all Fabry patients with an amenable mutation.  Nor does Lockhart '093 even suggest that 150 mg

---

[331] Medin Opening Report, ¶ 191 (citing Lockhart '093, ¶ 0151, Exs. 4-6), Ex. C at 12.

[332] Lockhart '093, ¶¶ 0142, 0151.

[333] Lockhart '093, ¶¶ 0142, 0151; *see also supra* § VIII.A.5.

[334] Medin Opening Report, ¶ 192, Ex. C at 12.

[335] Medin Opening Report, ¶ 192.

every other day is the preferred dose and dose regimen of migalastat hydrochloride for any Fabry

patient. Lockhart '093 relies of theorical dosing models and preliminary data for enrollment of

phase 2 studies related to migalastat hydrochloride where a number of different doses and dose

regimens were used.[336] A person of ordinary skill in the art would have understood Lockhart

'093 to be a preliminary investigation into dosing of pharmacological chaperones like migalastat

hydrochloride and not some definitive reference of the proper dose of migalastat hydrochloride

for all Fabry patients, as Dr. Medin suggests.

256.    Dr. Medin then opines that "claim 23 of the '489 patent would have been obvious

over the '319 patent publication in view of Lockhart and the knowledge of a [person of ordinary

skill in the art]."[337] I disagree. In my opinion, the disclosures of the '319 Patent Publication and

in view of Lockhart '093 and the knowledge of a person of ordinary skill in the art do not render

obvious Claim 23. Further, although Dr. Medin refers to the '319 Patent Publication in view of

Lockhart '093 and the knowledge of a person of ordinary skill in the art, Dr. Medin does not

identify any "knowledge of a [person of ordinary skill in the art]" that he is using as part of the

obviousness analysis in this claim. Thus, in my opinion, Dr. Medin has failed to show that

Claim 23 of the '489 Patent is obvious over the '319 Patent Publication in view of Lockhart '093

and the knowledge of a person of ordinary skill in the art. Dr. Medin generally fails to

acknowledge the fact that the prior art references he relies on do not disclose treating Fabry

patients with the specific mutations in Claim 23 and he fails to explain how a person of ordinary

skill in the art would reach such a method of treatment for those specific mutations based on the

---

[336] *See* Lockhart '093, Exs. 4-6.

[337] Medin Opening Report, ¶ 191.

references he relies upon, why a person a person of ordinary skill would combine them, and why

such a person would have a reasonable expectation of success in doing so.

> **b)    Asserted Combination 2: Wu, Germain 2012, Giugliani, and/or
> Benjamin 2016 and the Knowledge of a Person of Ordinary Skill in
> the Art;**
>
> **and**
>
> **Asserted Combination 3: Wu and/or Germain 2012 in View of
> Benjamin 2016 and/or Giugliani and the Knowledge of a Person of
> Ordinary Skill in the Art**

257.    For the additional limitations of Claim 23, with respect to the vague combinations

of Wu, Germain 2012, Giugliani, and/or Benjamin 2016, Dr. Medin opines that "it was known in

the art that Fabry disease is characterized by mutations to the GLA gene, which encodes the

enzyme α-galactosidase A and that migalastat stabilizes α-Gal A."[338]  Dr. Medin overstates the

state of the art because it was not known at the time of the invention of Claim 23 which α-Gal A

mutations could be stabilized by migalastat or how to determine whether such stabilization

would occur.  Dr. Medin further opines that "[a] [person of ordinary skill in the art] would have

been motivated to assess whether a patient has mutant forms of α-Gal A that are amenable to

migalastat to improve methods for treating Fabry disease in a patient using migalastat or a salt

thereof, with a reasonable expectation of success."[339]  There are a very large number of possible

mutant forms of α-Gal A and Dr. Medin provides no reason why a skilled artisan would look for

the mutant forms in Claim 23.  Further, Dr. Medin points to no reliable way to determine

whether any such mutant forms are amenable.  He also provides no reason a skilled artisan

---

[338] Medin Opening Report, ¶ 185.

[339] Medin Opening Report, ¶ 185, Ex. C at 11.

would have had a reasonable expectation of success in reaching the claimed invention given the state of the art.

258.    Dr. Medin opines that "it was well known that a HEK-293 cell-based assay could be used to identify mutant forms of α-Gal A that are responsive to migalastat" and points to disclosures in Germain 2012, Wu, Benjamin, and Giugliani.[340]  In my opinion, this is not an accurate description of the state of the field at the time of the invention of Claim 23 of the '489 Patent.  Wu, Germain 2012, and Giugliani disclose a research-based HEK assay.  Benjamin on the other hand discusses the development of another HEK assay.  Dr. Medin is conflating these two distinct assays in his analysis.  The HEK-293 cell-based assay used in Germain 2012, Wu, and Giugliani could not accurately predict whether a mutation was responsive or non-responsive to migalastat and the disclosures in Benjamin do not identify to a person of ordinary skill in the art which mutations are being discussed with respect to the Migalastat Amenability Assay.[341] The inability of the assay discussed in Germain 2012, Wu, and Giugliani to accurately predict whether a mutation was responsive or non-responsive to migalastat was demonstrated by the failure to reach the primary endpoint in the six-month data for Amicus's phase 3 clinical trial, which used this assay for enrollment.

259.    Dr. Medin opines that "[a] [person of ordinary skill in the art] would have known that HEK-293 cells were first described in the late 1970s and as early as 1992, these cells were used for transfection and analyses of variant proteins and thus would have been a known tool in the toolbox of a [person of ordinary skill in the art]."[342]  Although use of a HEK cell-based assay

---

[340] Medin Opening Report, Ex. C at 11.

[341] *See generally* Benjamin 2016.

[342] Medin Opening Report, ¶ 185.

was known, what was not known was how to use such an assay to reliably identify amenable and nonamenable mutations.

260.    Dr. Medin cites Germain 2012's disclosure that "[a]n in vitro α-Gal A gene transfection assay, specific for each individual mutation, was developed in HEK-293 cells" that was "used to define if a patient carrying a GLA mutation was amenable to migalastat HCl."[343]  I disagree.  Even this disclosure recognizes that the treatment would be "genotype-specific" and thus cannot be applied to all Fabry patients.  This is because Germain 2012 discloses results from only a limited number of Fabry patients with specific mutations, none of which overlap with those in Claim 23.[344]  As such, a person of ordinary skill in the art would understand that certain patients would not benefit from treatment with migalastat hydrochloride.  Absent specific disclosure that a patient with a specific mutation would benefit from migalastat treatment, a skilled artisan would not be motivated to treat such patients with migalastat.  Thus, it is my opinion that Germain 2012 does not provide any teaching on how to treat Fabry patients with the disclosed α-Gal A mutations of Claim 23 of the '489 Patent.

261.    Dr. Medin also opines that Germain 2012 also discloses "mutations considered amenable to migalastat HCl."[345]  This vastly overstates Germain 2012's disclosures because Germain 2012 merely relates to nine male Fabry disease patients with eight unique α-Gal A mutations, none of which are in Claim 23 of the '489 Patent.  As noted above, Germain 2012 refers to the HEK assay that was determined to be unreliable, including because it was used for

---

[343] Medin Opening Report, ¶ 185.

[344] *See* Germain 2012 at Abstract (describing results from two phase 2 studies of nine males with Fabry disease).

[345] Medin Opening Report, ¶ 185 (citing Germain 2012 at 5), Ex. C at 11.

enrollment in Amicus's phase 3 clinical studies, which resulted in the 011 study failing to meet its endpoint for the first six months of data.

262.    Dr. Medin opines that Wu discloses that "migalastat hydrochloride (AT1001, GR181413A) [is] currently in clinical development to evaluate its safety and efficacy as a potential treatment for Fabry disease."[346]  I disagree.  Dr. Medin overreads Wu.  Wu's teachings are directed to a certain subset of Fabry patients rather than all Fabry patients, and certainly not all Fabry patients with amenable mutations.  For example, Wu states that "a pharmacological chaperone may be a viable treatment for Fabry disease, serving as an alternative to enzyme replacement therapy *for some patients*."[347]  Dr. Medin also points to Wu's disclosure of a "cell-based assay in cultured HEK-293 cells to identify mutant forms of α-Gal-A that are responsive to [migalastat HCl]."[348]  The HEK-293 cell-based assay in Wu was found to be unreliable in identifying responsive and non-responsive mutations.  Further, Wu only discloses data for a limited number of specific mutations from in vitro testing and none of those mutations are disclosed in Claim 23 of the '489 patent.

263.    Dr. Medin cites Giugliani's disclosure that "[p]atients with amenable mutations seem to demonstrate greater pharmacodynamic response to migalastat HCl compared to patients with non-amenable mutations."[349]  Dr. Medin is taking this disclosure out of context. Giugliani's disclosure relates to limited results of nine female Fabry disease patients with eight unique α-Gal A mutations (four responsive and four non-responsive) who were in Phase 2

---

[346] Medin Opening Report, ¶ 187 (quoting Wu at 965), Ex. C at 11.

[347] Wu at 965 (emphasis added).

[348] Medin Opening Report, ¶ 187 (quoting Wu at Abstract), Ex. C at 11.

[349] Medin Opening Report, ¶ 188 (quoting Giugliani at Abstract), Ex. C at 11.

clinical trials with different dose regimens of migalastat hydrochloride.[350]  In my opinion, this
limited data cannot be extrapolated to a general statement that all Fabry patients with amenable
mutations demonstrate greater pharmacodynamic response to migalastat hydrochloride compared
to Fabry patients with non-amenable mutations.  Dr. Medin also opines that "Giugliani further
discloses categorizing GLA mutations 'as being amenable or not to migalastat HCl based on an
in vitro α-Gal A transfection assay developed in human embryonic kidney (HEK)-293 cells.'"[351]
Giugliani refers to a HEK-293 cell-based assay that was determined to be unreliable at
identifying responsive and non-responsive mutations and further, the assay results as to
amenability are only disclosed for the eight mutations at issue in the study, and not generally for
all amenable mutations.  None of the eight mutations in the study appear in Claim 23 of the '489
patent.  In addition, Giugliani refers to the HEK assay that was determined to be unreliable,
including because it was used for enrollment in Amicus's phase 3 clinical studies, which resulted
in the 011 study missing its endpoint for the first six months of data. Thus, it is my opinion that
Giugliani does not provide any teaching on the α-Gal A mutations from Claim 23 of the '489
Patent.

264.     Dr. Medin also cites to Benjamin 2016, which he asserts "discloses the
identification of amenable mutant forms of α-Gal A using a GLP-validated HEK-293 cell-based
assay (Migalastat Amenability Assay)" and that this assay has a "high predictive value in
identifying [Fabry Disease] patients who show a pharmacodynamic response to oral
administration of migalastat."[352]  I disagree.  In my opinion, Benjamin 2016 does not disclose the

---

[350] *See* Giugliani at Abstract.

[351] Medin Opening Report, ¶ 188.

[352] Medin Opening Report, ¶ 186 (citing Benjamin 2016 at 7), Ex. C at 11.

identification of amenable mutant forms of α-Gal A using the Migalastat Amenability Assay. Notably, there are no specific mutations mentioned at all on the page that Dr. Medin cites, or anywhere in the poster.[353]  In my opinion, the disclosure that the Migalastat Amenability Assay is highly predictive of pharmacodynamic response to oral administration of migalastat does not provide a person of ordinary skill in the art with a motivation to treat any specific Fabry disease patient with migalastat. In addition, Benjamin 2016 does not disclose treatment of Fabry patients with any of the specific mutations in Claim 23.  Thus, it is my opinion that Benjamin 2016 does not provide any teaching on the α-Gal A mutations from Claim 23 of the '489 Patent.

265.    Dr. Medin opines that "[a] [person of ordinary skill in the art] would have been motivated to combine the teachings of Wu, Germain 2012, Benjamin (2016), and Giugliani, in view of the knowledge of a [person of ordinary skill in the art], at least because each is directed to guiding the use of migalastat in the treatment of Fabry disease and/or the evaluation of mutations in the α-galactosidase A gene in patients with Fabry disease in order to guide treatment options for Fabry disease, including treatment with migalastat."[354]  I disagree.  In my opinion, a person of ordinary skill in the art would not have combined results or teachings from Benjamin 2016 with those of Wu, Germain 2012, and Giugliani to treat Fabry patients with the specific mutations of Claim 23 of the '489 Patent because they would have no reason to do it. More importantly, even if a person of ordinary skill in the art did combine such references, such person of ordinary skill in the art would not be motivated to reach the invention claimed in Claim 23 with any reasonable expectation of success for all of the reasons described above, including,

---

[353] *See* Benjamin 2016 at 7.

[354] Medin Opening Report, ¶ 189, Ex. C at 11, 13.

e.g., because none of the mutations at issue in Claim 23 are disclosed in these references as being amenable to migalastat.

266.    Dr. Medin also opines that "a [person of ordinary skill in the art] seeking to improve upon existing treatments of Fabry disease would have been motivated with a reasonable expectation of success to combine the disclosures of Wu, and/or Germain 2012, in view of Benjamin (2016), and in view of the knowledge of a [person of ordinary skill in the art]."[355]  I also disagree with these opinions.  Dr. Medin fails to explain exactly which disclosures of Wu, Germain 2012, and Benjamin 2016 a person of ordinary skill in the art would combine and why there is a motivation to combine, and why doing so would result in a reasonable expectation of success.  Further, although Dr. Medin mentions knowledge of a person of ordinary skill in the art, he fails to identify what that knowledge is.  Dr. Medin also opines that "[a] [person of ordinary skill in the art] would have been motivated to combine the teachings of Wu, Germain [2012], Giugliani, and/or Benjamin (2016) because they all have complementary [sic] teachings and showing consistent outcomes, therefore, a POSA would also have an expectation of success in doing so."[356]  I also disagree with these opinions.  Dr. Medin fails to explain exactly which disclosures of Wu, Germain 2012, Benjamin 2016, and Giugliani a person of ordinary skill in the art would combine and why there is a motivation to combine, and why doing so would result in a reasonable expectation of success.  Simply saying they have "complementary teachings and show consistent outcomes" does nothing to explain why there would be a reasonable expectation of success.  Moreover, although Dr. Medin mentions knowledge of a person of ordinary skill in the art, he fails to identify exactly what that knowledge is.

---

[355] Medin Opening Report, ¶ 189.

[356] Ex. C at 13.

267.    With respect to the additional limitations of Claim 23, Dr. Medin opines that "Wu discloses 'the administration of 'a dose of 150 mg [migalastat hydrochloride] every other day' as a potential treatment for Fabry disease.'"[357] Dr. Medin further opines that Wu "discloses 'the administration of different [migalastat hydrochloride] doses (50,150, or 250 mg) and with various regimens.'"[358] Dr. Medin also opines that Wu discloses that "most mutant forms [of α-Gal A] that were tested at both lower and higher doses showed a 'good' response at either dose. This suggests that a single common dose and regimen of AT1001 may be sufficient to mediate a response of the enzyme in vivo for many mutant forms of α-Gal A."[359] Dr. Medin overstates what Wu discloses.  Wu actually discloses that:

> The degree of consistency found in the current comparison of HEK-293 cell-based and in vivo mutant α-GAL A responses does not necessarily indicate the degree of consistency that would be seen with any particular dose or regimen of [migalastat hydrochloride].  This is because the in vivo α-GAL A responses analyzed here were obtained following different [migalastat hydrochloride] doses (50, 150, or 250 mg) and with various regimens (every other day, twice per day, or every day), according to the different clinical study protocols.[360]

In my opinion, this is a disclosure of specific doses and dose regimens provided to a limited number of specific Fabry patients with specific mutations.  It does not disclose that any such dosages or regimens could be used to treat Fabry patients with other α-Gal A mutation or that a specific dose or regimen is recommended for Fabry patients with the mutations in Claim 23.

268.    Dr. Medin opines that Germain 2012 discloses "oral administration of 150 mg migalastat HCl once every other day."[361]  Dr. Medin again overstates this disclosure because like

---

[357] Medin Opening Report, ¶ 193 (citing Wu at 974), Ex. C at 12.

[358] Medin Opening Report, ¶ 193.

[359] Medin Opening Report, ¶ 193 (citing Wu at 975), Ex. C at 12.

[360] Wu at 975.

[361] Medin Opening Report, ¶ 194 (citing Germain 2012 at Abstract), Ex. C at 12.

Wu, Germain 2012 relates to treatment of a limited number of specific Fabry patients with

specific Fabry mutations at specific doses and dose regimens.  It does not disclose that a specific

dose or regimen is recommended for Fabry patients with the mutations in Claim 23.

269.    Dr. Medin opines that Giugliani discloses "the oral administration of migalastat

hydrochloride at doses of 50 mg, 150 mg, and 250 mg every other day (QOD) to females with

Fabry disease."[362]  Dr. Medin again overstates this disclosure because like Wu and Germain

2012, Giugliani relates to treatment of a limited number of specific Fabry patients with specific

Fabry mutations at specific doses and dose regimens.  It does not disclose that a specific dose or

regimen is recommended for Fabry patients with the mutations in Claim 23.

270.    Dr. Medin opines that Benjamin 2016 discloses "administration of 150 mg

migalastat HCl."[363]  Dr. Medin's reliance on Benjamin 2016 is also misplaced because Benjamin

2016 does not disclose treatment of Fabry patients with the mutations in Claim 23 of the '489

Patent, nor does it disclose use of 150 mg every other day with respect to these mutations.  In

fact, Benjamin 2016 does not identify any amenable mutation based on the Migalastat

Amenability Assay.

271.    It is unclear what combination(s) Dr. Medin is even relying upon for his analysis

of Claim 23.  Because Dr. Medin's obviousness combinations are unclear I reserve the right to

supplement my opinions based on any additional and/or clarifying opinions that Dr. Medin

renders with respect to Claim 23.  Further, Dr. Medin fails to identify what he is using as his base

reference, how he is modifying it and what reference he is modifying it with, and why a person

of ordinary skill in the art would be motivated to modify the reference or have had a reasonable

---

[362] Medin Opening Report, ¶ 194 (citing Giugliani at Abstract), Ex. C at 12.

[363] Medin Opening Report, ¶ 194 (citing Benjamin 2016 at 4), Ex. C at 12.

expectation of success in such a combination.  Dr. Medin more generally fails to explain how he is combining the prior art references and how and why, in his opinion, such references would cause a person of ordinary skill in the art to reach the claimed invention.  In addition, he generally fails to acknowledge the fact that the prior art references he relies on do not disclose treating Fabry patients with the specific mutations in Claim 23 and he fails to explain how a person of ordinary skill in the art would reach such a method of treatment for those specific mutations based on the references he relies upon.

272.    Dr. Medin opines that "claim 23 would have been obvious over Wu and/or Germain 2012 in view of Benjamin (2016), and/or Giugliani, and the knowledge of a [person of ordinary skill in the art]."[364]  For all the reasons discussed herein, in my opinion, Dr. Medin has failed to prove that Claim 23 is obvious.  Based on my review of the prior art references and the disclosures cited, in my opinion, Claim 23 is not obvious and there is no motivation to combine the references with any reasonable expectation of success in reaching the invention of Claim 23. Dr. Medin generally fails to acknowledge the fact that the prior art references he relies on do not disclose treating Fabry patients with the specific mutations in Claim 23 and he fails to explain how a person of ordinary skill in the art would reach such a method of treatment for those specific mutations based on the references he relies upon, why a person of ordinary skill in the art would combine them, and why such a person would have a reasonable expectation of success in doing so.

---

[364] Medin Opening Report, ¶ 194.

### E.    Claim 9 of the '490 Patent

273.    As an initial matter, it is unclear to me what combination of references Dr. Medin

is using for his prior art combinations for this claim.  Dr. Medin opines in the summary of his

opinions that:

> [b]y way of example, the asserted claims are rendered obvious by the following
> combinations:
>
> 1)  The '319 Patent Publication in view of Lockhart '093 and the knowledge
>     of a [person of ordinary skill in the art]
>
> 2)  Wu, Germain [2012], Benjamin, and/or Giugliani and the knowledge of
>     a [person of ordinary skill in the art]
>
> 3)  Wu and/or Germain [2012] in view of Benjamin and/or Giugliani and
>     the knowledge of a [person of ordinary skill in the art.][365]

Dr. Medin seems to imply that there could be additional combinations, but he does not explicitly

disclose what those additional combinations might be.  Accordingly, I will respond to the

opinions and specific combinations that Dr. Medin actually analyzed in his report, and I reserve

the right to respond to any additional combinations should Dr. Medin later render an opinion as

to such combinations.

274.    Moreover, this list results in dozens of possible combinations of prior art

references.  Dr. Medin does not actually analyze each of these combinations in his report, and

thus it is unclear what teaching(s) Dr. Medin proposes to take from each reference and why a

person of ordinary skill in the art would have been motivated to combine those elements or

teachings with a reasonable expectation of success.  Instead, Dr. Medin's only obviousness

analysis is him analyzing six references, the '319 Patent Publication, Lockhart '093, Wu,

Germain 2012, Benjamin 2016, and Giugliani individually without specifying how to combine

---

[365] Medin Opening Report, ¶ 13.

them within the context of his proposed obviousness combinations let alone why a person of

ordinary skill in the art would be motivated to combine those references in such a way.  For

example, Dr. Medin fails to explain what reference he is starting with and how he is modifying

such reference with the other prior art references.[366]  Accordingly, I will respond to the opinions

that Dr. Medin actually included in his report regarding the disclosed combinations, and I reserve

the right to respond to any additional opinions about those combinations should Dr. Medin later

render any opinion about what and how the specific references are to be combined and/or the

motivation to combine or modify such specific references.

### 1.    Claim 9

275.    Asserted Claim 9 of the '490 Patent (bolded below) depends from Claim 7, which

depends from Claim 1.  The claim language is:

> 1. A method of treating Fabry disease, the method comprising administering
> migalastat to a patient in need thereof, wherein the patient has an α-galactosidase
> A protein comprising a HEK assay amenable mutation selected from the group
> consisting of: I242F, G334E, N34D and p.V254del.

> 7. The method of claim 1, wherein the patient is administered about 150 mg of
> migalastat hydrochloride every other day.

> **9. The method of claim 7, wherein the mutation is I242F.**

276.    Based on my review of Dr. Medin's report, it is unclear what combinations

Dr. Medin asserts for Claim 9.  Dr. Medin lists only the following combinations in the summary

of his opinions:

> 1) The '319 Patent Publication in view of Lockhart '093 and the knowledge
> of a person of ordinary skill in the art;

---

[366] *See generally* Medin Opening Report, § IX.D (element by element analysis of the asserted
claim of the '490 patent); *see also* Medin Opening Report, Exhibit C (claim chart including list
of citations to each of the six asserted prior art references without separating by combination).

2) Wu, Germain [2012], Benjamin 2016, and/or Giugliani and the
knowledge of a person of ordinary skill in the art;

3) Wu and/or Germain [2012] in view of Benjamin 2016 and/or Giugliani
and the knowledge of a person of ordinary skill in the art.[367]

277.    Regarding the first combination— the '319 Patent Publication in view of
Lockhart '093 and the knowledge of a person of ordinary skill in the art—Dr. Medin did not
identify what knowledge a person of ordinary skill in the art would have had that is relevant to
this combination or why a person of ordinary skill in the art would have been motivated to use
that knowledge to modify what is disclosed in the '319 Patent Publication.

278.    Regarding the second combination—Wu, Germain 2012, Benjamin, and/or
Giugliani, and the knowledge of a person of ordinary skill in the art—it is unclear exactly which
of those references he is combining and how those references are being combined.  Dr. Medin
discusses each of the four references individually before alleging in a conclusory fashion that
they could be combined with no explanation of how they would be combined.[368]  Dr. Medin
again failed to identify what knowledge a person of ordinary skill in the art would have had that
is relevant to this combination or why a person of ordinary skill in the art would have been
motivated to use that knowledge to modify what is disclosed in the references cited by Dr.
Medin.

---

[367] Medin Opening Report, ¶ 13.

[368] *See* Medin Opening Report, ¶ 217 ("In addition, a POSA [person of ordinary skill in the art]
would have been motivated to combine the teachings of Wu, Germain [2012], Giugliani and/or
Benjamin (2016) because they all have complementary teachings and show consistent outcomes,
therefore, a POSA [person of ordinary skill in the art] would also have an expectation of success
in doing so."); *see also* Medin Opening Report, ¶ 230 ("A POSA [person of ordinary skill in the
art] would have been motivated with a reasonable expectation of success to combine the
teachings of Wu, Germain 2012, Benjamin (2016), and/or Giugliani, at least because each is
directed to the use of migalastat in the treatment of Fabry disease and/or the evaluation of
mutations in the α-galactosidase A gene in patients with Fabry disease that inform treatment
options for Fabry disease, including treatment with migalastat.").

279.    Regarding the third combination—Wu and/or Germain 2012 in view of Benjamin

2016 and/or Giugliani and the knowledge of a person of ordinary skill in the art—it is unclear

exactly which of those references he is combining and how those references are being combined.

Like with the second combination, Dr. Medin discusses each of the four references individually

before alleging in a conclusory fashion that they would be combined, with no explanation of how

they would be combined or why a person of ordinary skill in the art would combine them.[369]

Again, Dr. Medin failed to identify what knowledge a person of ordinary skill in the art would

have had that is relevant to this combination or why a person of ordinary skill in the art would

have been motivated to use that knowledge to modify what is disclosed in the references cited by

Dr. Medin.

280.    In my opinion, as discussed further below, Dr. Medin's combinations do not

disclose the limitations of Claim 9 and do not render Claim 9 obvious.

> **a)    Asserted Combination 1: the '319 Patent Publication in view of Lockhart '093 and the Knowledge of a Person of Ordinary Skill in the Art**

281.    To support his obviousness opinions, Dr. Medin cites to Proposed Claim 10 of the

'319 Patent Publication to argue that methods for treating Fabry with migalastat was known.[370]

Dr. Medin further opines that the '319 Patent Publication "discloses a method of treating Fabry

disease by administering migalastat to a patient."[371]  I disagree.  The '319 Patent Publication

discloses results of an in vitro HEK assay with respect to specific mutations.

---

[369] *See* Medin Opening Report, ¶ 230 ("Furthermore, a POSA [person of ordinary skill in the art] seeking to improve upon the existing treatments of Fabry disease would have been motivated with a reasonable expectation of success to combine the disclosures of Wu, and/or Germain 2012 in view of Benjamin (2016) and/or Giugliani, and the knowledge of a POSA [person of ordinary skill in the art].").

[370] '319 Patent Publication, Proposed Claim 10.

[371] Medin Opening Report, ¶¶ 202, 222.

282.    Dr. Medin relies on Proposed Claim 10 of the '319 Patent Publication, which

states:

> 10. A method of treating a patient diagnosed with Fabry disease which
> comprises administering to the patient a therapeutically effective dose of 1-
> deoxygalactonorjirimycin, wherein the patient expresses a mutant α-
> galactosidase A selected from the group consisting of the α-galactosidase A
> mutations A257D, A257G, A257P, A291T, A292T, A307T, **A309P**, **A352V**,
> A368T, A73V, A97V, C174G, C174R, C56F, C56Y, D165H, D313G, D322E,
> D55V, E203V, F169S, G171R, G183A, G183V, G258R, G258V, G261D,
> G325S, G360D, G360S, G85D, G85M, I117S, I198T, I239T, I253T, I289S,
> I319T, I359T, K185E, K308N, L166G, L16H, L19P, L243W, L36F, L36S,
> L372P, L403S, L54P, M290I, M290L, M296L, M296T, M42L, M42R, M76T,
> M96I, N53L, P205S, P293T, P409A, P409T, P60L, Q107L, Q250P, Q312R,
> Q321H, Q321L, R301G, **R356G**, S238N, S247C, T282A, T410I, V339E,
> W162G, W349S, Y152C, Y184C, Y200C, Y207H and Y216C.[372]

From this list of over eighty mutations, Dr. Medin then focuses on only a few cherry-picked

mutations based on their amino acid positions.[373]

283.    Similarly, Dr. Medin also opines that the '319 Patent Publication "discloses that

the mutations A20P, I242N, A309P, A352V, R356G, and R356W are responsive to migalastat,

i.e., they are HEK assay amenable mutations."[374]  Dr. Medin then opines that "a [person of

ordinary skill in the art] would know that amino acid positions 20, 242, 309, 352, and 356 on α-

galactosidase A have missense mutations in Fabry patients and would therefore be motivated to

explore other mutations at the same amino acid positions."[375]

284.    As a preliminary matter, Dr. Medin seems to be mixing up the concepts of

responsiveness in the HEK assay described in the '319 Patent Publication with the concept of

---

[372] Medin Opening Report, ¶ 197, Ex. C at 14; '319 Patent Publication, Proposed Claim 10.

[373] Medin Opening Report, ¶ 197 (calling attention to A309P, A352V, and R356G, which are not
the amino acid position at issue in Claim 9 of the '490 Patent), Ex. C at 16; *see supra* analysis of
Claim 8.

[374] Medin Opening Report, ¶¶ 200, 220, Ex. C at 14 & 16.

[375] Medin Opening Report, ¶¶ 200, 220.

HEK assay amenable mutations described in the '490 Patent. In drawing this inappropriate parallel, Dr. Medin is using the '490 Patent's disclosures and thus is using hindsight to support his obviousness arguments. The assay in the '319 Patent Publication is different than the assay in the '490 Patent and Claim 9 refers to a "HEK assay amenable mutation" in the Migalastat Amenability Assay—the assay described in the '490 Patent, not the assay described in the '319 Patent Publication.

285.    Further, I disagree with Dr. Medin's opinions for several other reasons. ***First***, as described above in the technology background (§VI), Fabry disease is difficult to diagnose and treat because there are many different α-Gal A mutations that cause Fabry disease. Each mutation may cause different symptoms, ultimately causing different presentations of the disease in each patient. A disclosure that a patient with one of the α-Gal A mutations, for example, as in Proposed Claim 10 of the '319 Patent Publication, could be treated with migalastat does not inform a person of ordinary skill in the art whether other Fabry disease patients with different α-Gal A mutations could be treated with migalastat. Further, the '319 Patent Publication discloses examples of an α-Gal A mutation at a specific amino acid location being responsive to treatment with migalastat and a different mutation at the same location is not.[376] In fact, the '319 Patent Publication itself recognizes that there is no way to predict with a Fabry patient with a specific mutation will be responsive or not to treatment with migalastat prior to testing.[377] This remains

---

[376] '319 Patent Publication, at Fig. 17 (showing responsive GLA mutations L16H, N34K, R112H, N224S, A352V); '319 Patent Publication, Fig. 18 (showing non-responsive GLA mutations L16P, N34S, R112C, R112S, N224D, A352P, A352D).

[377] *See, e.g.*, '319 Patent Publication, ¶ 0150 ("DGJ-responsive and non-responsive mutant forms did not appear to be located to particular regions or domains on the α-Gal A protein structure."); '319 Patent Publication, ¶ 0146 ("No significant correlation between response and location on the protein sequence of a mutation was observed, suggesting that responsive as well as non-responsive mutations are distributed widely across the entire protein.").

true even if the mutation occurs at the same position in the α-Gal A protein. For example, the

'319 Patent Publication discloses that the L16H, N34K, R112H, N224S, A352V mutations are

responsive to treatment with migalastat but the L16P, N34S, R112C, R112S, N224D, A352P,

A352D mutations are non-responsive to treatment with migalastat.[378] Thus, a person of ordinary

skill in the art would not be motivated based on the disclosures of the '319 Patent Publication to

look for other α-Gal A mutations at the same amino acid position as a mutation that is reported

as responsive to treatment with migalastat in the '319 Patent Publication.

286.    **Second**, none of the A20P, I242N, A309P, A352V, R356G, and R356W

mutations are included in Claim 9 of the '490 Patent. There is no other reason Dr. Medin points

to that would lead a person of ordinary skill in the art to treat Fabry patients with one of the

specific mutations in Claim 9 with migalastat based on the disclosure in the '319 Patent

Publication that different mutations are responsive to treatment with migalastat.

287.    **Third**, the '319 Patent Publication discloses that some α-Gal A mutations are

responsive to treatment with migalastat and some are not.[379] In addition, the '319 Patent

Publication references hundreds of missense mutations and there are many different positions for

possible mutations. Dr. Medin cherry picks these amino acid positions for a select few of the

hundreds of mutations based on hindsight. Dr. Medin presents no reason why a person of

ordinary skill in the art would look to these few mutations rather than the hundreds of others in

the '319 Patent Publication.

---

[378] *See* '319 Patent Publication, at Figs. 17-18.

[379] '319 Patent Publication, at Figs. 17-18.

288.    Further, Dr. Medin also opines that the '319 Patent Publication "discloses that the α-galactosidase A mutation D322N was generated by site-directed mutagenesis."[380]  Dr. Medin also opines that "[t]he specification of the '490 Patent identifies [the D322N] mutation[] as HEK assay amenable mutations."[381]  This mutation is not in Claim 9 of the '490 Patent, so it is unclear why Dr. Medin points to it here.  To the extent Dr. Medin intended to refer to the I242F mutation, this would be misleading because the '319 Patent Publication identifies this mutation as non-responsive.[382]  In my opinion, Dr. Medin is using hindsight, and the teachings of the '490 Patent, for his obviousness analysis with respect to Claim 9 of the '490 Patent.  I understand that the disclosures of the '490 Patent on this mutation's  amenability should not be used to support the proposition that the invention of the '490 Patent is obvious when the prior art discloses that such mutation is non-amenable.  In fact, although the '319 Patent Publication does discuss the I242F mutation, which appears in Claim 9 of the '490 Patent, the '319 Patent Publication discourages a person of skill in the art from treating Fabry patients with the I242F mutation with migalastat.  For example, for Fabry disease patients with an I242F mutation, the '319 Patent Publication discloses that such patients should not be treated with migalastat, because according to the results obtained by the HEK assay described in the '319 Patent Publication, these mutations are non-responsive to treatment with migalastat.[383]  The '319 Patent Publication discloses—based on the results of the in vitro activity assay described in the '319 Patent

---

[380] Medin Opening Report, ¶¶ 201, 221.

[381] Medin Opening Report, ¶¶ 201, 221.

[382] '319 Patent Publication, Figs. 1A, 18, ¶¶ 0026, 0043, 0177.

[383] '319 Patent Publication, at Figs. 1A, 18, ¶¶ 0026, 0043, 0177.

Publication—that Fabry patients with an I242F mutation are non-responsive to migalastat.[384]

The '319 Patent Publication also teaches that Fabry patients with a non-responsive α-Gal A

mutation should not be treated with migalastat.[385]  The '319 Patent Publication states:

> In a further embodiment, the invention relates to a method of treating a patient
> diagnosed with Fabry disease by administering to the patient a therapeutically
> effective dose of 1-deoxygalactonorigirimycin, or a similar pharmacological
> chaperone to a patient that expresses a mutation in α-galactosidase A, ***with the
> proviso that the mutation is not a nonresponsive mutation*** and/or the mutation
> is not a mutation in which no enzyme is expressed.[386]

In my opinion, a person of ordinary skill in the art would not be motivated to treat Fabry disease

patients with the I242F mutation based on the disclosures of the '319 Patent Publication.  Rather,

the '319 Patent Publication discourages a skilled artisan, or teaches away, from treating such

Fabry patients with migalastat.  A person of ordinary skill in the art would know that treating

Fabry patients with α-Gal A mutations that are non-responsive to migalastat is not the most

beneficial treatment for a patient and a person of ordinary skill in the art would not be motivated

to treat patients with non-responsive mutations with migalastat and would not have a reasonable

expectation of success in doing so.  Further, it would be unethical for a physician to treat a

patient with a drug that the physician knows is not the optimal drug for that patient, and thereby

prevent them from receiving the most beneficial treatment for their specific disease.

289.    Dr. Medin fails to acknowledge further prior art references that suggest treating a

Fabry patient who has a non-amenable mutation with migalastat would not be beneficial.  Thus,

it is my opinion that Dr. Medin fails to provide any reason why a person of ordinary skill in the

---

[384] *See, e.g.*, '319 Patent Publication, at Fig. 18.  For example, the '319 Patent Publication
discloses the I242F mutation is a "[n]on-responsive GLA mutation[]."  *See, e.g.*, '319 Patent
Publication, at Figs. 1A, 18, ¶¶ 0026, 0043, 0177.

[385] '319 Patent Publication, ¶ 0177.

[386] '319 Patent Publication, ¶0025 (emphasis added).

art would be motivated to treat such Fabry patients with a reasonable expectation of success upon reading the '319 Patent Publication. Dr. Medin also fails to provide any reason why a person of ordinary skill in the art would be motivated to search for a different answer than the one provided in the '319 Patent Publication on whether a Fabry patient with an I242F mutation would respond to treatment with migalastat.

290.    Dr. Medin further opines that "[a]s being HEK assay amenable is an inherent property of the identified mutations, this claim limitation would have inherently existed in the prior art."[387] It is not clear to me what Dr. Medin is suggesting. As already discussed, none of the prior art that Dr. Medin relies upon teaches the HEK assay of the '490 Patent; nor do they, either alone or in combination, teach that a Fabry patient with the specific mutation of Claim 9 of the '490 Patent may be amenable to migalastat treatment. To the contrary, the explicit teachings of the '319 Patent Publication that the I242F mutations is "non-responsive" to treatment with migalastat would have taught a skilled person in the art away from using migalastat for treating these patients.

291.    Dr. Medin opines that "[a] [person of ordinary skill in the art] would have been motivated to identify patients with GLA mutations suffering from Fabry disease, determine if these mutations are HEK amenable mutations, and once a mutation such as A13P, Q57L, P146S, or I242F, would be determined to be an HEK assay amenable mutation, to administer migalastat to patients having these mutations."[388] For the reasons explained above, I also disagree with this opinion. For example, with respect to the specific mutation in Claim 9 of the '490 Patent, a person of ordinary skill in the art using the HEK assay described in the '319 Patent Publication

---

[387] Medin Opening Report, ¶¶ 201, 221.

[388] Medin Opening Report, ¶¶ 202, 222, Ex. C at 14-17.

would have found the I242F mutation to be non-responsive to migalastat and thus would not

have been motivated to treat such patients with migalastat with any reasonable expectation of

success. Dr. Medin has provided no reason why a person of ordinary skill in the art would have

re-tested this mutation or how to re-test in a different assay or why they would have had a

reasonable expectation of success in treating patients with the mutations in Claim 9 with

migalastat. In addition, the '319 Patent Publication discusses a HEK assay that was found to be

unreliable in identifying Fabry patients who could benefit from treatment with migalastat. The

inability of the assay discussed in the '319 Patent Publication to accurately predict whether a

mutation was responsive or non-responsive to migalastat was demonstrated by the failure to

reach the primary endpoint in the six-month data for Amicus's phase 3 clinical trial, which used

this assay for enrollment.

292.    Dr. Medin opines that "Lockhart discloses administering the hydrochloride salt of

DGJ (i.e., migalastat) to participants at a specific dose level of 150 mg every other day."[389]  In

my opinion, Dr. Medin overstates the disclosures in Lockhart '093. Lockhart '093 does not

disclose that a dose of 150 mg every other day will work for all α-Gal A mutations or even for all

amenable mutations. Further, Lockhart '093 does not disclose that 150 mg every other day is an

effective dose for Fabry patients with the mutation in Claim 9. Dr. Medin relies upon Lockhart

'093's discussion of modeling of doses related to IFG and the disclosure that such model could

be applicable to DGJ.[390]  . This theorical model does not provide a motivation to treat a Fabry

patient with a specific dosage, especially in light of the many other dose regimens discussed in

Lockhart '093, including in the Examples 4-6 that Dr. Medin cites.[391]

---

[389] Medin Opening Report, ¶ 214 (citing Lockhart '093, ¶ 0151, Exs. 4-6), Ex. C at 15.

[390] Lockhart '093, ¶¶ 0142, 0151.

[391] Lockhart '093, ¶¶ 0142, 0151; *see also supra* § VIII.A.5.

293.    Dr. Medin opines that "[a] [person of ordinary skill] in the art would have been aware of the 150 mg every other day dosing of migalastat to treat Fabry Disease and its effectiveness from at least Lockhart '093, and therefore would have been motivated to rely on this teaching to arrive at the 150 mg every other day dosing."[392]  Dr. Medin also opines that "[a] [person of ordinary skill in the art] would further have had an expectation of success with this dosing given the teachings of Lockhart '093."[393]  I disagree with these opinions.  Lockhart '093 does not disclose that 150 mg every other day is an effective dose for all Fabry patients or for all Fabry patients with an amenable mutation.  Nor does Lockhart '093 even suggest that 150 mg every other day is the preferred dose and dose regimen of migalastat hydrochloride for any Fabry patient.  Lockhart '093 relies on theorical dosing models and preliminary data for enrollment of phase 2 studies related to migalastat hydrochloride where a number of different doses and dose regimens were used.[394]  A person of ordinary skill in the art would have understood Lockhart '093 to be a preliminary investigation into dosing of pharmacological chaperones like migalastat hydrochloride and not some definitive reference of the proper dose of migalastat hydrochloride for all Fabry patients, as Dr. Medin suggests.

294.    Dr. Medin then opines that "claims 1 and 7 of the '489 [sic] patent are obvious over the '319 patent publication in view of Lockhart and the knowledge of a [person of ordinary skill in the art]" and that "Claim 9 is invalid as obvious for all the reasons that claims 1 and 7 are obvious."[395]  I understand that Claims 1 and 7 of the '490 Patent are not asserted, and I have been asked to respond only as to Claim 9.  With respect to Claim 9, I disagree.  In my opinion,

---

[392] Medin Opening Report, ¶ 215, Ex. C at 15-16.

[393] Medin Opening Report, ¶ 215, Ex. C at 16.

[394] *See* Lockhart '093, Exs.4-6.

[395] Medin Opening Report, ¶¶ 214, 219.

the disclosures of the '319 Patent Publication in view of Lockhart '093 and the knowledge of a person of ordinary skill in the art do not render obvious Claim 9. Further, although Dr. Medin refers to the '319 Patent Publication in view of Lockhart '093 and the knowledge of a person of ordinary skill in the art, Dr. Medin does not identify any "knowledge of a [person of ordinary skill in the art]" that he is using as part of the obviousness analysis in this claim. Thus, in my opinion, Dr. Medin has failed to show that Claim 9 of the '490 Patent is obvious over the '319 Patent Publication in view of Lockhart '093 and the knowledge of a person of ordinary skill in the art. Dr. Medin generally fails to acknowledge the fact that the prior art references he relies on do not disclose treating Fabry patients with the specific mutations in Claim 9 and he fails to explain how a person of ordinary skill in the art would reach such a method of treatment for those specific mutations based on the references he relies upon, why a person of ordinary skill in the art would combine them, and why such a person would have a reasonable expectation of success in doing so.

> **b)    Asserted Combination 2: Undisclosed Combination of Wu, Germain 2012, Giugliani, and/or Benjamin 2016 and the Knowledge of a Person of Ordinary Skill in the Art;**
>
> **and**
>
> **Asserted Combination 3: Wu and/or Germain 2012 in View of Benjamin 2016 and/or Giugliani and the Knowledge of a Person of Ordinary Skill in the Art**

295.    With respect to these combinations, Dr. Medin opines that "it was well known that a HEK-293 cell-based assay could be used to identify mutant forms of α-Gal A that are responsive to migalastat" and points to disclosures in Germain 2012, Wu, Benjamin, and Giugliani.[396] In my opinion, this is not an accurate description of the state of the field at the time

---

[396] Medin Opening Report, ¶¶ 203-204, 223-224.

of the invention of Claim 9 of the '490 Patent. Wu, Germain 2012, and Giugliani disclose a

research-based HEK assay. Benjamin on the other hand discusses the development of another

HEK assay. Dr. Medin is conflating these two distinct assays in his analysis. The HEK-293

cell-based assay used in Germain 2012, Wu, and Giugliani could not accurately predict whether

a mutation was responsive or non-responsive to migalastat and the disclosures in Benjamin do

not identify to a person of ordinary skill in the art which mutations are being discussed with

respect to the Migalastat Amenability Assay.[397] The inability of the assay discussed in Germain

2012, Wu, and Giugliani to accurately predict whether a mutation was responsive or non-

responsive to migalastat was demonstrated by the failure to reach the primary endpoint in the

six-month data for Amicus's phase 3 clinical trial, which used this assay for enrollment.

296.    Dr. Medin opines that "Germain 2012 also discloses α-galactosidase A mutations

that cause Fabry disease."[398] Dr. Medin further opines that "Germain [2012] further discloses

mutations considered amenable to migalastat HCl."[399] This vastly overstates Germain 2012's

disclosures because Germain 2012 merely relates to nine male Fabry disease patients with eight

unique α-Gal A mutations, none of which are in Claim 9 of the '490 Patent. As noted above,

Germain 2012 refers to the HEK assay that was determined to be unreliable, including because it

was used for enrollment in Amicus's phase 3 clinical studies, which resulted in the 011 study

failing to meet its endpoint for the first six months of data.

297.    Dr. Medin also points to Germain 2012's disclosures that "[a]n in vitro α-GAL-A

gene transfection assay, specific for each individual mutation, was developed in HEK-293 cells"

---

[397] *See generally* Benjamin 2016.

[398] Medin Opening Report, ¶¶ 207, 227 (citing Germain 2012 at 3, 5, 9), Ex. C at 14-16.

[399] Medin Opening Report, ¶ 203 (citing Germain 2012 at 5).

and that this was "used to define if a patient carrying a GLA mutation was amenable to

migalastat HCl," and Dr. Medin asserts that "Germain 2012 further discloses mutations

considered amenable to migalastat HCl."[400]  In my opinion, Dr. Medin is ignoring the context of

such disclosures and, as a result, is vastly overstating Germain's disclosures.  The HEK-293 cell-

based assay discussed in Germain 2012 could not accurately predict whether a mutation is

amenable to migalastat. Further, Germain 2012 only relates to nine male Fabry patients, with

eight unique mutations, none of which are in Claim 9 of the '490 Patent and Germain 2012 notes

that the HEK assay testing was done retrospectively.  Germain 2012 does not disclose all

mutations considered amenable to migalastat nor does it disclose a reliable way to identify all

such mutations. Thus, it is my opinion that Germain 2012 does not provide any teaching on the

α-Gal A mutations from Claim 9 of the '490 Patent.

298.    Dr. Medin opines that Germain 2012 discloses that "[m]igalastat HCl is a

candidate pharmacological chaperone that provides a novel genotype-specific treatment for

[Fabry disease]."[401]  I disagree.  Even this disclosure recognizes that the treatment would be

"genotype-specific" and thus cannot be applied to all Fabry patients.  Germain 2012 discloses

results from only a limited number of Fabry patients with specific mutations, none of which is

the I242F mutation that is specifically recited in Claim 9 of the '490 Patent.[402]  As such, a person

of ordinary skill in the art would understand that certain patients would not benefit from

treatment with migalastat hydrochloride.  Absent specific disclosure that a patient with a specific

mutation would benefit from migalastat treatment, a skilled artisan would not be motivated to

---

[400] Medin Opening Report, ¶¶ 203, 223 (citing Germain 2012 at 4-5), Ex. C 14-16.

[401] Medin Opening Report, ¶ 198 (quoting Germain 2012, Abstract), Ex. C 14-16.

[402] *See* Germain 2012 at Abstract (describing results from two phase 2 studies of nine males with
Fabry disease).

treat such patients with migalastat.  Thus, it is my opinion that Germain 2012 does not provide

any teaching on how to treat Fabry patients with the disclosed GLA mutations from Claim 9 of

the '490 Patent.

299.    Dr. Medin opines that "Wu also discloses α-galactosidase A mutations that cause

Fabry disease."[403]  Dr. Medin also points to Wu's disclosure of a "cell-based assay in cultured

HEK-293 cells to identify mutant forms of α-GALA that are responsive to [migalastat HCl]."[404]

The HEK-293 cell-based assay in Wu was found to be unreliable in identifying responsive and

non-responsive mutations.  Further, Wu only discloses data for a limited number of specific

mutations from in vitro testing and none of those mutations are in Claim 9 of the '490 Patent.

Dr. Medin also opines that "Wu discloses the α-galactosidase A HEK -293 assay amenable

mutation Q57L."[405]  Claim 9 does not include the mutation Q57L and, therefore, Dr. Medin's

reliance on the disclosures in Wu Table 1 is misplaced. Thus, it is my opinion that Wu does not

provide any teaching on the α-Gal A mutation from Claim 9 of the '490 Patent.

300.    Dr. Medin also opines that Wu discloses that "migalastat hydrochloride (AT1001,

GR181413A) [is] currently in clinical development to evaluate its safety and efficacy as a

potential treatment for Fabry disease" and that "AT1001 (migalastat hydrochloride, 1-

deoxygalactonojirimycin) is a pharmacological chaperone for α-Gal A that is in Phase 3 clinical

development as a potential therapy for Fabry disease."[406]  I disagree.  Dr. Medin overreads Wu.

Wu's teachings are directed to a certain subset of Fabry patients rather than all Fabry patients,

and certainly not all Fabry patients with amenable mutations.  For example, Wu states that "a

---

[403] Medin Opening Report, ¶¶ 206, 226 (citing Wu at 969-70, Table 1), Ex. C. 14-16.

[404] Medin Opening Report, ¶¶ 203, 223 (quoting Wu at Abstract).

[405] Medin Opening Report, ¶¶ 207, 227 (citing Wu at 969-70 (Table 1)).

[406] Medin Opening Report, ¶ 198 (quoting Wu at 965, 974).

pharmacological chaperone may be a viable treatment for Fabry disease, serving as an alternative

to enzyme replacement therapy *for some patients*."[407]  Wu also recognizes that not all Fabry

patients benefit from treatment with migalastat.[408]  Wu also discloses that "[f]urther evaluation

of the utility  of the HEK-293 cell-based assay for Fabry patient selection for treatment with

AT1001 [migalastat hydrochloride] is ongoing."[409]  In my opinion, a person of ordinary skill in

the art would understand this disclosure to mean that Wu is limited to specific Fabry patients in

certain Amicus's phase 2 clinical trials.[410]  In addition, although Wu mentions Phase 3 clinical

trials, it does not disclose what mutations are being studied in those trials, or whether any such

mutations can be treated with migalastat.  Further, a skilled artisan would have understood that

the initial data from those phase 3 clinical studies was reported by Amicus as "not meet[ing]

statistical significance."[411]  As such, Wu does not provide reliable methods of treating Fabry

patients, even for the mutations explicitly discussed in the reference, and the disclosures cannot

be used to extrapolate any methods of treatment for Fabry patients who are not discussed in the

reference.  Thus, it is my opinion that Wu does not provide any teaching on how to treat Fabry

patients with the α-Gal A mutation from Claim 9 of the '490 Patent.

301.    Dr. Medin cites Giugliani's disclosure that "[p]atients with amenable mutations

seemed to demonstrate greater pharmacodynamic response to migalastat HCl compared to

---

[407] Wu at 965 (emphasis added).

[408] Wu at 975.

[409] Wu at 976.

[410] Wu at Table 2 (discussing FAB-CL-201, FAB-CL-202, and FAB-CL-203 trial data).

[411] Amicus Website, Press Release dated Feb. 15, 2013, available at
https://ir.amicusrx.com/news-releases/news-release-details/amicus-therapeutics-presents-
additional-6-month-results-phase-3.

patients with non-amenable mutations."[412]  Dr. Medin also opines that "Giugliani further discloses, 'migalastat HCl was generally well tolerated and, in patients with amenable mutations, resulted in GL-3 substrate reduction in urine and some kidney cell types.'"[413]  Dr. Medin is taking these disclosures out of context.  Giugliani's disclosure relates to limited results of nine female Fabry disease patients with eight unique α-Gal A mutations (four responsive and four non-responsive) who were in Phase 2 clinical trials with different dose regimens of migalastat hydrochloride.[414]  In my opinion, this limited data cannot be extrapolated to a general statement that all Fabry patients with amenable mutations demonstrate greater pharmacodynamic response to migalastat hydrochloride compared to Fabry patients with non-amenable mutations.  Dr. Medin also opines that "Giugliani further discloses categorizing GLA mutations 'as being amenable or not to migalastat HCl based on an in vitro α-Gal A transfection assay developed in human embryonic kidney (HEK)-293 cells.'"[415]  Like German and Wu, Giugliani refers to a HEK-293 cell-based assay that was determined to be unreliable at identifying responsive and non-responsive mutations and further, the assay results as to amenability are only disclosed for the eight mutations at issue in the study, and not generally for all amenable mutations.  None of the eight mutations in the study appears in Claim 9 of the '490 Patent.  In addition, Giugliani refers to the HEK assay that was determined to be unreliable, including because it was used for enrollment in Amicus's phase 3 clinical studies, which resulted in the 011 study missing its endpoint for the first six months of data. Thus, it is my opinion that Giugliani does not provide any teaching on the single α-Gal A mutation, I242F, from Claim 9 of the '490 Patent.

---

[412] Medin Opening Report, ¶¶ 205, 225 (quoting Giugliani at Abstract), Ex. C at 14-16.

[413] Medin Opening Report, ¶¶ 205, 225 (quoting Giugliani at 91).

[414] See Giugliani at Abstract.

[415] Medin Opening Report, ¶¶ 205, 225 (quoting Giugliani at Abstract).

302.     Dr. Medin also opines that Giugliani discloses of the "evaluation of 'the safety

and pharmacodynamics of migalastat hydrochloride, an investigational pharmacological

chaperone given orally every other day (QOD) to females with FD.'"[416]  I disagree.  Giugliani

discloses specific results related to "nine females with [Fabry disease]."[417]  As such, a person of

ordinary skill in the art would not understand such disclosure could be extracted to all Fabry

disease patients, regardless of their specific α-Gal A mutation.[418]  Thus, it is my opinion that

Giugliani does not provide any teaching on how to treat Fabry patients with the α-Gal A

mutations from Claim 9 of the '490 Patent.

303.     Dr. Medin also relies on Benjamin 2016.  Dr. Medin opines that "Benjamin

(2016) discloses the identification of amenable mutant forms of α-Gal A using a GLP-validated

HEK-293 cell-based assay (Migalastat Amenability Assay) and that 'the Migalastat Amenability

Assay and amenable mutation criteria have high predictive value in identifying [Fabry Disease]

patients who show a pharmacodynamic response to oral administration of migalastat.'"[419]  I

disagree.  In my opinion, Benjamin 2016 does not disclose the identification of amenable mutant

forms of α-Gal A using the Migalastat Amenability Assay.  Notably, there are no specific

mutations mentioned at all on the page that Dr. Medin cites or anywhere on the poster.[420]  In my

opinion, the disclosure that the Migalastat Amenability Assay is highly predictive of

pharmacodynamic response to oral administration of migalastat does not provide a person of

ordinary skill in the art with a motivation to treat any specific Fabry disease patient with

---

[416] Medin Opening Report, ¶ 198 (quoting Giugliani, Abstract), Ex. C at 16.

[417] Giugliani, Abstract.

[418] *See* Giugliani, Abstract.

[419] Medin Opening Report, ¶¶ 204, 224 (citing Benjamin 2016 at 7), Ex. C at 14-16.

[420] *See* Benjamin 2016 at 7.

migalastat. In addition, Benjamin 2016 does not disclose treatment of Fabry patients with any of the specific mutations in Claim 9.  Thus, it is my opinion that Benjamin 2016 does not provide any teaching on the single α-Gal A mutation, I242F, from Claim 9 of the '490 Patent.

304.    Dr. Medin also opines that Benjamin 2016 "discloses the administration of migalastat."[421]  I disagree.  Benjamin 2016 does not have any information of any specific α-Gal A mutations, and which mutations may be amenable to treatment with migalastat.  Without this information, a person of ordinary skill in the art would not be motivated to treat Fabry patients generally with migalastat.  This is especially the case because Benjamin 2016 confirms that migalastat cannot be used for all Fabry patients, and thus mutation specific treatment is required.[422]  Thus, it is my opinion that Benjamin 2016 does not provide any teaching on how to treat Fabry patients with the α-Gal A mutations from Claim 9 of the '490 Patent.

305.    Dr. Medin opines that "[a] [person of ordinary skill in the art] would have known that HEK-293 cells were first described in the late 1970s and as early as 1992, these cells were used for transfection and analyses of variant proteins and thus would have been a known tool in the toolbox of a [person of ordinary skill in the art]."[423]  Although use of a HEK cell-based assay was known, what was not known was how to use such an assay to reliably identify amenable and nonamenable mutations.

306.    Dr. Medin opines that "[a]s of the earliest priority date to which the claims of the '490 patent is entitled, the HEK assay amenable mutations of α-galactosidase A recited in at least

---

[421] Medin Opening Report, ¶ 198 (citing Benjamin 2016 at 2), Ex. C at 16.

[422] *See* Benjamin 2016, at 2 ("Approximately 30-50% of patients with FD are estimated to have amenable mutations").

[423] Medin Opening Report, ¶ 203.

claim 1 would have been obvious to a [person of ordinary skill in the art]."[424]  I disagree.  As of
the time of the invention of Claim 9 of the '490 Patent, a person of ordinary skill in the art would
have understood that the mutation I242F was non-responsive to migalastat based on the '319
Patent Publication.  Dr. Medin points to no reason why a person of ordinary skill in the art would
have believed the opposite is true.

307.    Dr. Medin next opines that "[i]t was known that mutations in the GLA gene that
encode α-galactosidase A (α-Gal A) cause Fabry disease," and that "[b]y 2011, more than 600
disease-causing mutations in the GLA gene had been identified . . . and by March 2016, more
than 800 disease-causing mutations in the GLA gene had been identified . . . ."[425]  In my opinion,
the high number of unique GLA mutations that had been discovered adds to the complexity of
the methods of treatment with migalastat and supports the nonobviousness of Claim 9.  In my
opinion, it would not have been obvious to try treatment with migalastat for Fabry patients with
the specific mutations of Claim 9 of the '490 Patent and, especially given the unpredictability of
whether or not Fabry patients with a given mutation would respond to treatment with migalastat;
further, a person of ordinary skill in the art would not have had a reasonable expectation of
success with respect to treating Fabry patients that carry the mutation of Claim 9 with migalastat.

308.    Dr. Medin opines that "[i]t was well known that migalastat selectively binds and
stabilizes α-Gal A, and that a HEK-293 cell-based assay could be used to identify mutant forms
of α-Gal A that are responsive to migalastat."[426]  Dr. Medin further opines that "[t]he prior art
further teaches the use of a HEK-293 cell-based assay to identify patients with α-Gal A

---

[424] Medin Opening Report, ¶¶ 208, 228 (same but including Claim 9).

[425] Medin Opening Report, ¶¶ 208, 228.

[426] Medin Opening Report, ¶¶ 208, 228.

mutations that are amenable to migalastat treatment."[427]  In my opinion, Dr. Medin has vastly overstated the state of the field at the time the application leading to the '490 Patent was filed.  In fact, the HEK-293 cell-based assay from the '319 Patent Publication, Wu, Germain 2012, and Giugliani was found to be unable to accurately identify which patients to treat with migalastat. In addition, Wu, Germain 2012, and Giugliani would discourage a person of skill in the art from treating Fabry patients with the mutation in Claim 9 with migalastat, including because had a person of ordinary skill in the art used the assay discussed in these references to determine whether Fabry patients with the mutation in Claim 9 were responsive to treatment with migalastat, he or she would have found that this mutation is categorized as nonresponsive and therefore would not have been motivated to treat such Fabry patients with migalastat.  In addition, Benjamin 2016 did not disclose full information about the Migalastat Amenability Assay, including critical information about which mutations were found amenable or not in that assay.  Further, Benjamin 2016 does not disclose treatment of Fabry patients with any of the specific mutations in Claim 9.  Indeed, pharmacological chaperones were a relatively new avenue of treatment that was being explored.  As of the priority date, there were no FDA approved pharmacological chaperones for any disease, let alone for Fabry disease.[428]  Although

---

[427] Medin Opening Report, ¶¶ 209, 229.

[428] *See e.g.*, Keyzor I., et al., (2023) Therapeutic Role of Pharmacological Chaperones in Lysosomal Storage Disorders: A Review of the Evidence and Informed Approach to Reclassification, *Biomolecules* **13**(8):1227 ("The term "pharmacological chaperone therapy" or "PCT" was first coined in 2000 to describe the category of exogenously administered small molecules that restore folding and trafficking defects of misfolded proteins in LSDs. The EMA approved the first commercially available PCT, migalastat (Galafold®; Amicus Therapeutics Inc., Philadelphia, PA, USA), in 2016, for long-term treatment of adults with Fabry disease who have an amenable mutation (i.e., a mutation that is responsive to treatment).") (internal citation omitted) (ATGAL_10161626 at -627); May 31, 2016, Amicus Therapeutics Announces European Commission Approval for Galafold™ (Migalastat) in Patients with Fabry Disease in European Union (ATGAL_07336052 at -052); Moran, N., (2018) FDA Approves Galafold, a Triumph for Amicus, *Nat. Biotech.* 36:91 (ATGAL_10161450 at -450).

there were theories about how migalastat may be able to selectively bind and stabilize α-Gal A in certain situations, it was unknown when this would occur and the disclosures in the art at the time suggested that it was highly unpredictable which mutated α-Gal A would be stabilized by migalastat. Further, the HEK assay referred to in those references was determined to be unreliable, including because it was used for enrollment in Amicus's phase 3 clinical studies, which resulted in the 011 study failing to meet its endpoint for the first six months of data.

309.    Dr. Medin opines that "it would have been obvious for a [person of ordinary skill in the art] to simply carry out the steps of a known cell and enzyme assay to identify the naturally-occurring α-galactosidase A mutations recited in at least claim 9."[429] For all of the reasons discussed above, I disagree. Further, as I discussed above, the mutation of Claim 9, I242F, was identified as non-responsive to migalastat.[430] As such, a person of ordinary skill in the art would have no reason to re-test this mutation based on these prior art references or any guidance as to how to re-test this mutation in a different assay. Further, Dr. Medin points to no reason why a person of ordinary skill in the art would have found this particular mutation and been motivated to re-test these mutations to treat patients with one of those mutations, much less how the mutations may be re-tested, or any reason why a person of ordinary skill in the art would have had a reasonable expectation of success in doing so.

310.    Dr. Medin also opines that "[a] [person of ordinary skill in the art] seeking to improve upon the existing treatments of Fabry disease would have been motivated with a reasonable expectation of success to combine the disclosures of Wu, and/or Germain 2012, in view of Benjamin (2016) and/or Giugliani, and the knowledge of a [person of ordinary skill in

---

[429] Medin Opening Report, ¶¶ 229, 209.

[430] *See* '319 Patent Publication at Figs.17, 18.

the art]."[431]  He also opines that "a [person of ordinary skill in the art] would have been

motivated to combine the teachings of Wu, Germain 2012, Giugliani, and/or Benjamin (2016)

because they all have complementary teachings and show consistent outcomes, therefore, a

[person of ordinary skill in the art] would also have an expectation of success in doing so."[432]  I

also disagree with these opinions.  Dr. Medin fails to explain exactly which disclosures of Wu,

Germain 2012, Benjamin 2016, and Giugliani a person of ordinary skill in the art would combine

and why there is a motivation to combine, and why doing so would result in a reasonable

expectation of success.  Simply saying they have "complementary teachings and show consistent

outcomes" does nothing to explain why there would be a reasonable expectation of success.

Further, although Dr. Medin mentions knowledge of a person of ordinary skill in the art, he fails

to identify what that knowledge is.

311.    Dr. Medin opines that "Wu discloses 'the administration of 'a dose of 150 mg

[migalastat hydrochloride] every other day' as a potential treatment for Fabry disease.'"[433]  Dr.

Medin further opines that Wu "discloses 'the administration of different [migalastat

hydrochloride] doses (50, 150, or 250 mg).'"[434]  Dr. Medin overstates what Wu discloses.  Wu

actually discloses that:

> The degree of consistency found in the current comparison of HEK-293 cell-
> based and in vivo mutant α-GAL A responses does not necessarily indicate the
> degree of consistency that would be seen with any particular dose or regimen of
> [migalastat hydrochloride].  This is because the in vivo α-GAL A responses
> analyzed here were obtained following different [migalastat hydrochloride]

---

[431] Medin Opening Report, ¶ 210; *see also* Medin Opening Report, ¶¶ 211, 230.

[432] Medin Opening Report, ¶¶ 212, 231.

[433] Medin Opening Report, ¶ 216 (citing Wu at 974).

[434] Medin Opening Report, ¶ 216.

doses (50, 150, or 250 mg) and with various regimens (every other day, twice
per day, or every day), according to the different clinical study protocols.[435]

In my opinion, this is a disclosure of specific doses and dose regimens provided to a limited

number of specific Fabry patients with specific mutations.  It does not disclose that any such

dosages or regimens could be used to treat Fabry patients with other α-Gal A mutations or that a

specific dose or regimen is recommended for Fabry patients with the mutation in Claim 9.

312.    Dr. Medin opines that Germain 2012 discloses "oral administration of 150 mg

migalastat HCl every other day."[436]  Dr. Medin again overstates this disclosure because like Wu,

Germain 2012 relates to treatment of a limited number of specific Fabry patients with specific

Fabry mutations at specific doses and dose regimens.  It does not disclose that a specific dose or

regimen is recommended for Fabry patients with the mutation in Claim 9.

313.    Dr. Medin opines that Giugliani discloses "the oral administration of migalastat

hydrochloride at doses of 50 mg, 150 mg, and 250 mg every other day (QOD) to females with

Fabry disease."[437]  Dr. Medin again overstates this disclosure because like Wu and Germain

2012, Giugliani relates to treatment of a limited number of specific Fabry patients with specific

Fabry mutations at specific doses and dose regimens.  It does not disclose that a specific dose or

regimen is recommended for Fabry patients with the mutation in Claim 9.

314.    Dr. Medin opines that Benjamin 2016 discloses "administration of 150 mg

migalastat HCl."[438]  Dr. Medin's reliance on Benjamin 2016 is also misplaced because Benjamin

2016 does not disclose treatment of Fabry patients with the I242F mutation in Claim 9 of the

---

[435] Wu at 975.

[436] Medin Opening Report, ¶ 216 (citing Germain 2012 at Abstract), Ex. C at 16.

[437] Medin Opening Report, ¶ 216 (citing Giugliani at Abstract), Ex. C at 16.

[438] Medin Opening Report, ¶ 216 (citing Benjamin at 4), Ex. C at 16.

'490 Patent, nor does it disclose use of 150 mg every other day with respect to this mutation. In fact, Benjamin 2016 does not identify any amenable mutation based on the Migalastat Amenability Assay.

315.    Dr. Medin opines that "a [person of ordinary skill in the art] would have been motivated to combine the teachings of Wu, Germain 2012, Giugliani, and/or Benjamin (2016) for this dosing because they all have complementary teachings and show consistent outcomes, therefore, a [person of ordinary skill in the art] would also have an expectation of success in doing so."[439] I disagree. Dr. Medin fails to explain exactly which disclosures of Wu, Germain 2012, Benjamin 2016, and Giugliani a person of ordinary skill in the art would combine and why there is a motivation to combine, and why doing so would result in a reasonable expectation of success. Simply saying they have "complementary teachings and show consistent outcomes" does nothing to explain why there would be a reasonable expectation of success. Further, although Dr. Medin mentions knowledge of a person of ordinary skill in the art, he fails to identify what that knowledge is.

316.    Dr. Medin opines that "[a] [person of ordinary skill in the art] would have been motivated to combine the teachings of Wu, Germain 2012, Benjamin (2016), and Giugliani, in view of the knowledge of a [person of ordinary skill in the art], at least because each is directed to guiding the use of migalastat in the treatment of Fabry disease and/or the evaluation of mutations in the α-galactosidase A gene in patients with Fabry disease in order to guide treatment options for Fabry disease, including treatment with migalastat."[440] I disagree. In my opinion, a person of ordinary skill in the art would not have combined results or teachings from

---

[439] Medin Opening Report, ¶ 217, Ex. C at 15-18.

[440] Medin Opening Report, ¶ 210, Ex. C at 15-18; *see also* Medin Opening Report, ¶¶ 211, 230.

Benjamin 2016 with those of Wu, Germain 2012, and Giugliani to treat Fabry patients with the mutation of Claim 9 of the '490 Patent because they would have no reason to do it.  More importantly, even if a person of ordinary skill in the art did combine such references, such person of ordinary skill in the art would not be motivated to reach the invention claimed in Claim 9 with any reasonable expectation of success for all of the reasons described above, including, e.g., because the I242F mutation in Claim 9 is not disclosed in these references as being amenable to migalastat.

317.    It is unclear what combination Dr. Medin is even relying upon for his analysis of Claim 9.  Because Dr. Medin's obviousness combinations are unclear, I reserve the right to supplement my opinions based on any additional and/or clarifying opinions that Dr. Medin renders with respect to Claim 9.  Further, Dr. Medin fails to identify what he is using as his base reference, how he is modifying it and what reference he is modifying it with, and why a person of ordinary skill in the art would have been motivated to modify the reference or have had a reasonable expectation of success in such a combination.  Dr. Medin more generally fails to explain how he is combining the prior art references and why, in his opinion, such references would cause a person of ordinary skill in the art to reach the claimed invention.  In addition, he generally fails to acknowledge the fact that the prior art references he relies on do not disclose treating Fabry patients with the specific mutation in Claim 9 and he fails to explain how a person of ordinary skill in the art would reach such a method of treatment for those specific mutations based on the references he relies upon.

318.    Dr. Medin opines that "claim 7 would have been obvious to a [person of ordinary skill in the art] over Wu and/or Germain 2012 in view of Benjamin (2016), and/or Giugliani, and

the knowledge of a [person of ordinary skill in the art]."[441]  As stated above, I understand Claim

7 is not asserted, and I have been asked to respond only as to Claim 9.  To the extend Dr. Medin

intends to refer to asserted Claim 9, for all the reasons discussed herein, in my opinion, Dr.

Medin has failed to prove that Claim 9 is obvious.  Based on my review of the prior art

references and the disclosures cited, in my opinion, Claim 9 is not obvious and there is no

motivation to combine the references with any reasonable expectation of success in reaching the

invention of Claim 9.  Dr. Medin generally fails to acknowledge the fact that the prior art

references he relies on do not disclose treating Fabry patients with the specific mutations in

Claim 9 and he fails to explain how a person of ordinary skill in the art would reach such a

method of treatment for those specific mutations based on the references he relies upon, why a

person of ordinary skill in the art would combine them, and why such a person would have a

reasonable expectation of success in doing so.

### F.     Claims 23-27 of the '164 Patent

319.     As an initial matter, it is unclear to me what combination of references Dr. Medin

is using for his prior art combinations for Claims 23-27 of the '164 Patent.  Dr. Medin opines in

the summary of his opinions that:

> [b]y way of example, the asserted claims are rendered obvious by the following
> combinations:
>
>   1)  The '319 patent publication in view of Lockhart 093 and the knowledge
>       of a [person of ordinary skill in the art]
>
>   2)  Wu, Germain [2012], Benjamin [2016], and/or Giugliani and the
>       knowledge of a [person of ordinary skill in the art]

---

[441] Medin Opening Report, ¶ 216.

3)  Wu and/or Germain [2012] in view of Benjamin [2016] and/or Giugliani and the knowledge of a [person of ordinary skill in the art.][442]

Dr. Medin seems to imply that there could be additional combinations, but he does not explicitly disclose what those additional combinations might be.  Accordingly, I will respond to the opinions and specific combinations that Dr. Medin actually analyzed in his report, and I reserve the right to respond to any additional combinations should Dr. Medin later render an opinion as to such combinations.

320.    Moreover, this list results in dozens of possible combinations of prior art references.  Dr. Medin does not actually analyze each of these combinations in his report.  Thus it is unclear what teaching(s) Dr. Medin proposes to take from each reference and why a person of ordinary skill in the art would have been motivated to combine those elements or teachings with a reasonable expectation of success.  Instead, Dr. Medin's only obviousness analysis is him analyzing six references, the '319 Patent Publication, Lockhart '093, Wu, Germain 2012, Benjamin 2016, and Giugliani individually without specifying how to combine them within the context of his proposed obviousness combinations let alone why a person of ordinary skill in the art would be motivated to combine those references in such a way.  For example, Dr. Medin fails to explain what reference he is starting with and how he is modifying such reference with the other prior art references.[443]  Accordingly, I will respond to the opinions that Dr. Medin actually included in his report regarding the disclosed combinations, and I reserve the right to respond to any additional opinions about those combinations should Dr. Medin later render any opinion

---

[442] Medin Opening Report, ¶ 13.

[443] *See generally* Medin Opening Report, § IX.E (element by element analysis of the asserted claim of the '164 patent); *see also* Medin Opening Report, Exhibit C (claim chart including list of citations to each of the six asserted prior art references without separating by combination).

about what and how the specific references are to be combined and/or the motivation to combine

or modify such specific references.

321.    Based on my review of Dr. Medin's report, he fails to provide his combinations or

overall conclusion as to whether or not the claim is obvious for many of the asserted claims of

the '164 Patent.

### 1.    Claim 23

322.    Claim 23 of the '164 Patent (bolded below) is an independent claim and recites:

**23. A method for treatment of Fabry disease in a human patient in need thereof, the method comprising orally administering to the patient about 123 mg free base equivalent of migalastat or a salt thereof every other day, wherein the patient has an α-galactosidase A mutation selected from the group consisting of: Y184S, N228H, or T412I.**

323.    Based on my review of Dr. Medin's report, it is unclear what combinations

Dr. Medin asserts for Claim 23.  Dr. Medin lists only the following combinations in the summary

of his opinions:

1) The '319 patent publication in view of Lockhart '093 and the knowledge of a person of ordinary skill in the art;

2) Wu, Germain [2012], Benjamin 2016, and/or Giugliani and the knowledge of a person of ordinary skill in the art;

3) Wu and/or Germain [2012] in view of Benjamin 2016 and/or Giugliani and the knowledge of a person of ordinary skill in the art.[444]

324.    Regarding the first combination—Dr. Medin did not identify what knowledge a

person of ordinary skill in the art would have had that is relevant to this combination or why a

person of ordinary skill in the art would have been motivated to use that knowledge to modify

what is disclosed in the '319 Patent Publication.

---

[444] Medin Opening Report, ¶ 13.

325.    Regarding the second combination—Wu, Germain 2012, Benjamin, and/or
Giugliani, and the knowledge of a person of ordinary skill in the art—it is unclear exactly which
of those references he is combining and how those references are being combined.  Dr. Medin
discusses each of the four references individually before alleging in a conclusory fashion that
they could be combined with no explanation of how they would be combined.[445]  Dr. Medin
again failed to identify what knowledge a person of ordinary skill in the art would have had that
is relevant to this combination or why a person of ordinary skill in the art would have been
motivated to use that knowledge to modify what is disclosed in the references cited by Dr.
Medin.

326.    Regarding the third combination—Wu and/or Germain 2012 in view of Benjamin
2016 and/or Giugliani and the knowledge of a person of ordinary skill in the art—it is unclear
exactly which of those references he is combining and how those references are being combined.
Like with the second combination, Dr. Medin discusses each of the four references individually
before alleging in a conclusory fashion that they would be combined, with no explanation of how
they would be combined or why a person of ordinary skill in the art would combine them.[446]

---

[445] See Medin Opening Report, ¶ 252 ("In addition, a POSA [person of ordinary skill in the art]
would have been motivated to combine the teachings of Wu, Germain [2012], Giugliani and/or
Benjamin (2016) because they all have complementary teachings and show consistent outcomes,
therefore, a POSA [person of ordinary skill in the art] would also have an expectation of success
in doing so."); see also Medin Opening Report, ¶ 251 ("A POSA [person of ordinary skill in the
art] would have been motivated with a reasonable expectation of success to combine the
teachings of Wu, Germain 2012, Benjamin (2016), and/or Giugliani, at least because each is
directed to the use of migalastat in the treatment of Fabry disease and/or the evaluation of
mutations in the α-galactosidase A gene in patients with Fabry disease that inform treatment
options for Fabry disease, including treatment with migalastat."); see also Medin Opening
Report, ¶¶ 268-269 (for Claim 25), ¶¶ 279-280 (for Claim 26); ¶¶ 290-291 (for Claim 27).

[446] See Medin Opening Report, ¶ 251 ("Furthermore, a POSA [person of ordinary skill in the art]
seeking to improve upon the existing treatments of Fabry disease would have been motivated
with a reasonable expectation of success to combine the disclosures of Wu, and/or Germain 2012

Again, Dr. Medin failed to identify what knowledge a person of ordinary skill in the art would have had that is relevant to this combination or why a person of ordinary skill in the art would have been motivated to use that knowledge to modify what is disclosed in the references cited by Dr. Medin.

327.    In my opinion, as discussed further below, Dr. Medin's combinations do not disclose the limitations of Claim 23 and do not render Claim 23 obvious.

> **a)    Asserted Combination 1: the '319 Patent Publication in view of Lockhart '093 and the Knowledge of a Person of Ordinary Skill in the Art**

328.    To support his obviousness opinions, Dr. Medin cites to Proposed Claim 10 of the '319 Patent Publication to argue that methods for treating Fabry with migalastat was known.[447]  I disagree.  The '319 Patent Publication discloses results of an in vitro HEK assay with respect to specific mutations and that some, but not all, mutations are responsive to migalastat.  It does not teach a general method of treatment for Fabry disease by administering migalastat to any Fabry patient.

329.    Dr. Medin relies on Proposed Claim 10 of the '319 Patent Publication, which states:

> 10. A method of treating a patient diagnosed with Fabry disease which comprises administering to the patient a therapeutically effective dose of 1-deoxygalactonorjirimycin, wherein the patient expresses a mutant α-galactosidase A selected from the group consisting of the α-galactosidase A mutations A257D, A257G, A257P, A291T, A292T, A307T, A309P, A352V, A368T, A73V, A97V, C174G, C174R, C56F, C56Y, D165H, D313G, D322E, D55V, E203V, F169S, G171R, G183A, G183V, G258R, G258V, G261D, G325S, G360D, G360S, G85D, G85M, I117S, I198T, I239T, I253T, I289S, I319T, I359T, K185E, K308N, L166G, L16H, L19P, L243W, L36F, L36S,

in view of Benjamin (2016) and/or Giugliani, and the knowledge of a POSA [person of ordinary skill in the art]."); *see also* Medin Opening Report, ¶ 268 (for Claim 25), ¶ 279 (for Claim 26); ¶ 290 (for Claim 27).

[447] Medin Opening Report, ¶ 233, Ex. C at 19; *see also* Medin Opening Report, ¶¶ 261, 272, 283.

L372P, L403S, L54P, M290I, M290L, M296L, M296T, M42L, M42R, M76T, M96I, N53L, P205S, P293T, P409A, P409T, P60L, Q107L, Q250P, Q312R, Q321H, Q321L, R301G, R356G, S238N, S247C, T282A, T410I, V339E, W162G, W349S, Y152C, Y184C, Y200C, Y207H and Y216C.[448]

Proposed Claim 10 of the '319 Patent Publication does not include any of the specific α-Gal A mutations in Claim 23 of the '164 Patent.

330.    Dr. Medin also opines that the '319 Patent Publication "discloses that the mutations A20P, I242N, A309P, A352V, R356G, and R356W are responsive to migalastat, i.e., they are HEK assay amenable mutations."[449]  Dr. Medin then opines that "a [person of ordinary skill in the art] would know that amino acid positions 20, 242, 309, 352, and 356 on α-galactosidase A have missense mutations in Fabry patients and would therefore be motivated to explore other mutations at the same amino acid positions."[450]

331.    As a preliminary matter, Dr. Medin seems to be mixing up the concepts of responsiveness in the HEK assay described in the '319 Patent Publication with the concept of HEK assay amenable mutations described in the '164 Patent.  In drawing this inappropriate parallel, Dr. Medin is using the '164 Patent's disclosures and thus is using hindsight to support his obviousness arguments.  The assay in the '319 Patent Publication is different than the assay in the '164 Patent.

332.    Further, I disagree with Dr. Medin's opinions for several other reasons.  *First*, as described above in the technology background (§VI), Fabry disease is difficult to diagnose and treat because there are many different α-Gal A mutations that cause Fabry disease.  Each

---

[448] '319 Patent Publication, Proposed Claim 10.

[449] Medin Opening Report, ¶ 241, Ex. C at 20 & 22-24*; see also* Medin Opening Report, ¶¶ 261, 272, 283 (arguing the same for claims 25, 26, 27).

[450] Medin Opening Report, ¶ 241; *see also* Medin Opening Report, ¶¶ 261, 272, 283 (arguing the same for claims 25, 26, 27).

mutation may cause different symptoms, ultimately causing different presentations of the disease

in each patient. A disclosure that a patient with one of the α-Gal A mutations, for example, as in

Proposed Claim 10 of the '319 Patent Publication, could be treated with migalastat does not

inform a person of ordinary skill in the art whether other Fabry disease patients with different α-

Gal A mutations could be treated with migalastat. Further, the '319 Patent Publication discloses

examples of an α-Gal A mutation at a specific amino acid location being responsive to treatment

with migalastat and a different mutation at the same location is not.[451]  In fact, the '319 Patent

Publication itself recognizes that there is no way to predict with a Fabry patient with a specific

mutation will be responsive or not to treatment with migalastat prior to testing.[452]  This remains

true even if the mutation occurs at the same position in the α-Gal A protein. For example, the

'319 Patent Publication discloses that the L16H, N34K, R112H, N224S, A352V mutations are

responsive to treatment with migalastat but the L16P, N34S, R112C, R112S, N224D, A352P,

A352D mutations are non-responsive to treatment with migalastat.[453]  Thus, a person of ordinary

skill in the art would not be motivated based on the disclosures of the '319 Patent Publication to

look for other α-Gal A mutations at the same amino acid position as a mutation that is reported

as responsive to treatment with migalastat in the '319 Patent Publication. The '319 Patent

Publication, including Proposed Claim 10, does not include any of the α-Gal A mutations in

---

[451] '319 Patent Publication, at Fig. 17 (showing responsive GLA mutations L16H, N34K, R112H, N224S, A352V); '319 Patent Publication, Fig. 18 (showing non-responsive GLA mutations L16P, N34S, R112C, R112S, N224D, A352P, A352D).

[452] *See, e.g.*, '319 Patent Publication, ¶ 0150 ("DGJ-responsive and non-responsive mutant forms did not appear to be located to particular regions or domains on the α-Gal A protein structure."); '319 Patent Publication, ¶ 0146 ("No significant correlation between response and location on the protein sequence of a mutation was observed, suggesting that responsive as well as non-responsive mutations are distributed widely across the entire protein.").

[453] *See* '319 Patent Publication, at Figs. 17–18.

Claim 23 of the '164 Patent and therefore does not disclose or render obvious treatment of Fabry patients with the specific α-Gal A mutations of Claim 23 with migalastat.  Just because a specific mutation at a particular amino acid position results in an α-Gal A protein that is responsive to treatment with migalastat as measured by the HEK assay discussed in the '319 Patent Publication does not allow a person of ordinary skill in the art to predict which other mutations at the same amino acid position may be responsive.

333.    *Second*, none of the A20P, I242N, A309P, A352V, R356G, and R356W mutations are included in Claim 23 of the '164 Patent.  There is no other reason Dr. Medin points to that would lead a person of ordinary skill in the art to treat Fabry patients with one of the specific mutations in Claim 23 with migalastat based on the disclosure in the '319 Patent Publication that different mutations are responsive to treatment with migalastat.  In addition, none of the mutations in Claim 23 of the '164 Patent are at any of these amino acid positions.

334.    *Third*, the '319 Patent Publication discloses that some α-Gal A mutations are responsive to treatment with migalastat and some are not.[454]  In addition, the '319 Patent Publication references hundreds of missense mutations and there are many different positions for possible mutations.  Dr. Medin cherry picks these amino acid positions for a select few of the hundreds of mutations based on hindsight.  Dr. Medin presents no reason why a person of ordinary skill in the art would look to these few mutations rather than the hundreds of others in the '319 Patent Publication.

335.    Further, Dr. Medin also opines that the '319 Patent Publication "discloses that the α-galactosidase A mutation D322N was generated by site-directed mutagenesis" and that "α-galactosidase A mutations A13P, Q57L, P146S, and I242F were generated by site-directed

---

[454] *See, e.g.*, '319 Patent Publication, at Figs. 17–18.

mutagenesis."[455]  These mutations are not in Claim 23 of the '164 Patent, so it is unclear why Dr. Medin points to them here.  Dr. Medin opines that "[t]he specification of the '489 [sic] Patent identifies these mutations as HEK assay amenable mutations."[456]  In my opinion, Dr. Medin is using hindsight, and the teachings of the '164 Patent, for his obviousness analysis with respect to Claim 23 of the '164 Patent.

336.    Dr. Medin further opines that "[a]s being HEK assay amenable is an inherent property of the identified mutations, this claim limitation would have inherently existed in the prior art."[457]  It is not clear to me what Dr. Medin is suggesting and Dr. Medin ignores that none of the mutations he points to are in Claim 23 and none of the mutations in Claim 23 are in the '319 Patent Publication.

337.    Dr. Medin opines that "[a] [person of ordinary skill in the art] would have been motivated to identify patients with GLA mutations suffering from Fabry disease, also determining if these mutations are HEK assay amenable mutations, and once a mutation was, for example, determined to be an HEK assay amenable mutation, to administer migalastat to patients having these mutations."[458]  I disagree with this opinion.  For example, with respect to the specific mutations in Claim 23, a person of ordinary skill in the art would not have known to look for such mutations because it had not yet been discovered in Fabry patients as of the priority date.  Further, there were an untold number of mutations that had not yet been discovered (there

---

[455] Medin Opening Report, ¶ 242 (citing '319 Patent Publication, Fig. 1A); *see also* Medin Opening Report, ¶ 262 (claim 25), ¶ 273 (claim 26), ¶ 284 (claim 27).

[456] Medin Opening Report, ¶ 242; *see also* Medin Opening Report, ¶ 262 (claim 25), ¶ 273 (claim 26), ¶ 284 (claim 27).

[457] Medin Opening Report, ¶ 242; *see also* Medin Opening Report, ¶ 262 (claim 25), ¶ 273 (claim 26), ¶ 284 (claim 27).

[458] Medin Opening Report, ¶¶ 243, Ex. C at 20-24; *see also* Medin Opening Report, ¶ 263 (claim 25), ¶ 274 (claim 26), ¶ 285 (claim 27).

are nearly countless possible mutations to the α-Gal A enzyme) and Dr. Medin provides no reason why a person of ordinary skill in the art would have looked for Fabry patients with the three mutations in Claim 23 in particular over any other mutation to α-Gal A, much less how the mutations may be re-tested. In addition, the '319 Patent Publication discusses a HEK assay that was found to be unreliable in identifying Fabry patients who could benefit from treatment with migalastat. The inability of the assay discussed in the '319 Patent Publication to accurately predict whether a mutation was responsive or non-responsive to migalastat was demonstrated by the failure to reach the primary endpoint in the six-month data for Amicus's phase 3 clinical trial, which used this assay for enrollment.

338.    Dr. Medin opines that "[t]he dosage form described in the '319 Patent Publication is orally administering."[459] But Dr. Medin fails to acknowledge that the '319 Patent Publication does not teach oral administration of migalastat or a salt thereof for treatment of Fabry disease in patients with the mutations in Claim 23.

339.    Dr. Medin opines that "[i]n Lockhart '093 Example 6, some patients received 150 mg of migalastat every other day for 12 or 24 weeks, while other patients were randomized to receive 50 mg, 150, or 250 mg of migalastat hydrocholoride every other day for 12 weeks."[460] In my opinion, Dr. Medin overstates the disclosures in Lockhart '093. Lockhart '093 does not disclose that a dose of 150 mg every other day will work for all α-Gal A mutations or even for all amenable mutations. Further, Lockhart '093 does not disclose that 150 mg every other day is an effective dose for Fabry patients with any of the mutations in Claim 23.

---

[459] Medin Opening Report, ¶ 236.

[460] Medin Opening Report, ¶ 236, Ex. C at 19.

340.    Dr. Medin opines that "[a]rriving at 123 mg free base equivalent of migalastat or a salt thereof for every other day dosing would be a matter of routine experimentation for a [person of ordinary skill in the art]."[461]  Dr. Medin provides no support for this opinion.

341.    Dr. Medin then opines that "[a] [person of ordinary skill in the art] would have been aware of the 150 mg every other day dosing of migalastat to treat Fabry Disease and its effectiveness from at least Lockhart '093, and therefore would have been motivated to rely on this teaching to arrive at the 123 mg free base equivalent every other day dosing."[462]  Dr. Medin also opines that "[a] [person of ordinary skill in the art] would further have had an expectation of success with this dosing given the teachings of Lockhart '093."[463]  I disagree with these opinions.  Lockhart '093 does not disclose that 123 mg free base equivalent every other day is an effective dose for all Fabry patients or for all Fabry patients with an amenable mutation.  Nor does Lockhart '093 even suggest that 123 mg free base equivalent every other day is the preferred dose and dose regimen of migalastat hydrochloride for any Fabry patient.  Lockhart '093 relies on theorical dosing models and preliminary data for enrollment of phase 2 studies related to migalastat hydrochloride where a number of different doses and dose regimens were used.[464]  A person of ordinary skill in the art would have understood Lockhart '093 to be a preliminary investigation into dosing of pharmacological chaperones like migalastat hydrochloride and not some definitive reference of the proper dose of migalastat hydrochloride for all Fabry patients, as Dr. Medin suggests.

---

[461] Medin Opening Report, ¶ 236.

[462] Medin Opening Report, ¶ 237, Ex. C at 19.

[463] Medin Opening Report, ¶ 237, Ex. C at 19.

[464] *See* Lockhart '093, Exs. 4-6.

342.    Dr. Medin makes no conclusions as to whether or not Claim 23 is obvious over any combination and fails to even say what his alleged combination is.  For all the reasons discussed herein, in my opinion, Dr. Medin has failed to prove that Claim 23 is obvious.  Based on my review of the prior art references and the disclosures cited, in my opinion, Claim 23 is not obvious and there is no motivation to combine the references with any reasonable expectation of success in reaching the invention of Claim 23. Dr. Medin generally fails to acknowledge the fact that the prior art references he relies on do not disclose treating Fabry patients with the specific mutations in Claim 23 and he fails to explain how a person of ordinary skill in the art would reach such a method of treatment for those specific mutations based on the references he relies upon, why a person of ordinary skill in the art would combine them, and why such a person would have a reasonable expectation of success in doing so.

**b)    Asserted Combination 2: Undisclosed Combination of Wu, Germain 2012, Giugliani, and/or Benjamin 2016 and the Knowledge of a Person of Ordinary Skill in the Art;**

**and**

**Asserted Combination 3: Wu and/or Germain 2012 in View of Benjamin 2016 and/or Giugliani and the Knowledge of a Person of Ordinary Skill in the Art**

343.    For the vague combination of Wu, Germain 2012, Giugliani, and Benjamin 2016, Dr. Medin just cherry picks what each reference discloses about migalastat and its administration.  Dr. Medin, however, does not discuss how these specific disclosures render this claim element obvious.  For example, according to Dr. Medin, Wu disclosures that "migalastat hydrochloride (AT1001, GR181413A) [is] currently in clinical development to evaluate its safety

and efficacy as a potential treatment for Fabry disease"[465] and that "AT1001 (migalastat

hydrochloride, 1-deoxygalactonojirimycin) is a pharmacological chaperone for α-Gal A that is in

Phase 3 clinical development as a potential therapy for Fabry disease."[466]  If Dr. Medin is

arguing that these disclosures render Claim 23 obvious, I disagree.  Dr. Medin overreads Wu.

Wu's teachings are directed to a certain subset of Fabry patients rather than all Fabry patients,

and certainly not all Fabry patients with amenable mutations.  For example, Wu states that "a

pharmacological chaperone may be a viable treatment for Fabry disease, serving as an alternative

to enzyme replacement therapy *for some patients*."[467]  Wu also recognizes that not all Fabry

patients benefit from treatment with migalastat.[468]  Wu also discloses that "[f]urther evaluation

of the utility  of the HEK-293 cell-based assay for Fabry patient selection for treatment with

AT1001 [migalastat hydrochloride] is ongoing."[469]  In my opinion, a person of ordinary skill in

the art would understand this disclosure to mean that Wu is limited to specific Fabry patients in

certain Amicus's phase 2 clinical trials.[470]  In addition, although Wu mentions Phase 3 clinical

trials, it does not disclose what mutations are being studied in those trials, or whether any such

mutations can be treated with migalastat.  Further, a skilled artisan would have understood that

the initial data from those phase 3 clinical studies was reported by Amicus as "not meet[ing]

---

[465]Medin Opening Report, ¶ 234 (quoting Wu at 965, 974), Ex. C at 19-24; *see also* Medin
Opening Report ¶ 266 (claim 25); ¶ 277 (claim 26);¶ 288 (claim 27).

[466] Medin Opening Report, ¶ 234 (quoting Wu at 965, 974), Ex. C at 19-24.

[467] Wu at 965 (emphasis added).

[468] Wu at 975.

[469] Wu at 976.

[470] Wu at Table 2 (discussing FAB-CL-201, FAB-CL-202, and FAB-CL-203 trial data).

statistical significance."[471]  As such, Wu does not provide reliable methods of treating Fabry patients, even for the mutations explicitly discussed in the reference, and the disclosures cannot be used to extrapolate any methods of treatment for Fabry patients who are not discussed in the reference.  Thus, it is my opinion that Wu does not provide any teaching on how to treat Fabry patients with the specific α-Gal A mutations from Claim 23 of the '164 Patent.

344.    Next, Dr. Medin quotes Germain 2012's disclosure that "[m]igalastat HCl is a candidate pharmacological chaperone that provides a novel genotype-specific treatment for [Fabry disease]."[472]  Again, Dr. Medin does not discuss how this specific disclosure renders Claim 23 of the '164 Patent obvious.  Even this disclosure recognizes that the treatment would be "genotype-specific" and thus cannot be applied to all Fabry patients.  This is because Germain 2012 discloses results from only a limited number of Fabry patients with specific mutations, none of which overlap with those in Claim 23 of the '164 Patent.[473]  As such, a person of ordinary skill in the art would understand that certain patients would not benefit from treatment with migalastat hydrochloride.  Absent specific disclosure that a patient with a specific mutation would benefit from migalastat treatment, a skilled artisan would not be motivated to treat such patients with migalastat.  Thus, it is my opinion that Germain 2012 does not provide any teaching on how to treat Fabry patients with the disclosed GLA mutations from Claim 23 of the '164 Patent.

---

[471] Amicus Website, Press Release dated Feb. 15, 2013, available at https://ir.amicusrx.com/news-releases/news-release-details/amicus-therapeutics-presents-additional-6-month-results-phase-3.

[472] Medin Opening Report, ¶ 234 (quoting Germain 2012, Abstract), Ex. C at 19-24.

[473] *See* Germain 2012 at Abstract (describing results from two phase 2 studies of nine males with Fabry disease).

345.    Dr. Medin quotes Giugliani's disclosure of the "evaluation of 'the safety and pharmacodynamics of migalastat hydrochloride, an investigational pharmacological chaperone given orally every other day (QOD) to females with FD.'"[474]  Again, Dr. Medin does not discuss how this specific disclosure renders Claim 23 of the '164 Patent obvious.  Giugliani discloses specific results related to "nine females with [Fabry disease]."  Giugliani, Abstract.  As such, a person of ordinary skill in the art would not understand such disclosure could be extracted to all Fabry disease patients, regardless of their specific α-Gal A mutation.[475]  Thus, it is my opinion that Giugliani does not provide any teaching on how to treat Fabry patients with the α-Gal A mutations from Claim 23 of the '164 Patent.

346.    Lastly, Dr. Medin states that Benjamin 2016 "discloses orally administered migalastat for treating Fabry Disease patients as an investigational pharmacological chaperone for patients with amenable mutations."[476]  Again, Dr. Medin does not discuss how this specific disclosure renders Claim 23 of the '164 Patent obvious.  Benjamin 2016 does not have any information of any specific α-Gal A mutations, and which mutations may be amenable to treatment with migalastat.  Without this information, a person of ordinary skill in the art would not be motivated to treat Fabry patients generally with migalastat.  This is especially the case because Benjamin 2016 confirms that migalastat cannot be used for all Fabry patients, and thus mutation specific treatment is required.[477]  Thus, it is my opinion that Benjamin 2016 does not

---

[474] Medin Opening Report, ¶ 234 (quoting Giugliani, Abstract), Ex. C at 19-24.

[475] *See* Giugliani, Abstract.

[476] Medin Opening Report, ¶ 234 (citing Benjamin 2016 at 1), Ex. C at 19-24.

[477] *See* Benjamin 2016, at 2 ("[Approximately] 30-50% of patients with FD are estimated to have amenable mutations").

provide any teaching on how to treat Fabry patients with the α-Gal A mutations from Claim 23
of the '164 Patent.

347.    Dr. Medin opines that "it was well known that a HEK-293 cell-based assay could
be used to identify mutant forms of α-GAL A that are responsive to migalastat" and points to
disclosures in Germain 2012, Wu, Benjamin 2016, and Giugliani.[478]  In my opinion, this is not
an accurate description of the state of the field at the time of the invention of Claim 23 of the
'164 Patent with respect to the mutations in the claim, which had not yet been discovered in
patients as of the '164 Patent's priority date.

348.    In addition, Wu, Germain 2012, and Giugliani disclose a research-based HEK
assay.  Benjamin 2016 on the other hand discusses the development of another HEK assay.  Dr.
Medin is conflating these two distinct assays in his analysis.  The HEK-293 cell-based assay
used in Germain 2012, Wu, and Giugliani could not accurately predict whether a mutation was
responsive or non-responsive to migalastat and the disclosures in Benjamin 2016 do not identify
to a person of ordinary skill in the art which mutations are being discussed with respect to the
Migalastat Amenability Assay and there was no data related to the mutations in Claim 23 as of
the priority date of the '164 Patent.  The inability of the assay discussed in Germain 2012, Wu,
and Giugliani to accurately predict whether a mutation was responsive or non-responsive to
migalastat was demonstrated by the failure to reach the primary endpoint in the six-month data
for Amicus's phase 3 clinical trial, which used this assay for enrollment.

349.    Dr. Medin opines that "[a] [person of ordinary skill in the art] would have known
that HEK-293 cells were first described in the late 1970s and as early as 1992, these cells were

---

[478] Medin Opening Report, ¶¶ 244-245; *see also* Medin Opening Report ¶¶ 264-65 (claim 25); ¶¶
275-76 (claim 26); ¶¶ 286-87 (claim 27).

used for transfection and analyses of variant proteins, and thus would have been a known tool in the toolbox of a [person of ordinary skill in the art]."[479]  Dr. Medin is oversimplifying the issue and ignores that the mutations in Claim 23 were not discovered in Fabry patients as of the priority date.  It was not routine to use a HEK assay to determine amenability for Fabry patients with mutations that had not yet been discovered.

350.    Dr. Medin cites Giugliani's disclosure that "[p]atients with amenable mutations seemed to demonstrate greater pharmacodynamic response to migalastat HCl compared to patients with non-amenable mutations."[480]  Dr. Medin is taking this disclosure out of context.  Giugliani's disclosure relates to limited results of nine female Fabry disease patients with eight unique α-Gal A mutations (four responsive and four non-responsive) who were in Phase 2 clinical trials with different dose regimens of migalastat hydrochloride.[481]  In my opinion, this limited data cannot be extrapolated to a general statement that all Fabry patients with amenable mutations demonstrate greater pharmacodynamic response to migalastat hydrochloride compared to Fabry patients with non-amenable mutations.  Dr. Medin also opines that "Giugliani further discloses categorizing GLA mutations 'as being amenable or not to migalastat HCl based on an in vitro α-Gal A transfection assay developed in human embryonic kidney (HEK)-293 cells.'"[482]  Giugliani refers to a HEK-293 cell-based assay that was determined to be unreliable at identifying responsive and non-responsive mutations and further, the assay results as to amenability are only disclosed for the eight mutations at issue in the study, and not generally for

[479] Medin Opening Report, ¶ 244.

[480] Medin Opening Report, ¶ 246 (quoting Giugliani at Abstract); *see also* Medin Opening Report, ¶ 267 (claim 25), ¶ 278 (claim 26), ¶ 289 (claim 27).

[481] *See* Giugliani at Abstract.

[482] Medin Opening Report, ¶ 246 (quoting Giugliani at Abstract); *see also* Medin Opening Report, ¶ 267 (claim 25), ¶ 278 (claim 26), ¶ 289 (claim 27).

all amenable mutations. None of the eight mutations in the study appears in Claim 23. In
addition, Giugliani refers to the HEK assay that was determined to be unreliable, including
because it was used for enrollment in Amicus's phase 3 clinical studies, which resulted in the
011 study missing its endpoint for the first six months of data. Thus, it is my opinion that
Giugliani does not provide any teaching on the α-Gal A mutations from Claim 23.

351.    Dr. Medin opines that "Wu also discloses α-galactosidase A mutations that cause
Fabry disease."[483]  The HEK-293 cell-based assay in Wu was found to be unreliable in
identifying responsive and non-responsive mutations. Further, Wu only discloses data for a
limited number of specific mutations from in vitro testing and none of those mutations are in
Claim 23.

352.    Dr. Medin also opines that "Wu discloses the α-galactosidase A HEK 293 assay
amenable mutation Q57L."[484]  Claim 23 does not include the mutation and, therefore, Dr.
Medin's reliance on the disclosures in Wu Table 1 is misplaced. Thus, it is my opinion that Wu
does not provide any teaching on the α-Gal A mutations from Claim 23.

353.    Dr. Medin also opines that "Germain [2012] also discloses α-galactosidase A
mutations that cause Fabry disease."[485]  This vastly overstates Germain 2012's disclosures
because Germain 2012 merely relates to nine male Fabry disease patients with eight unique α-
Gal A mutations, none of which are in Claim 23. As noted above, Germain 2012 refers to the
HEK assay that was determined to be unreliable, including because it was used for enrollment in

---

[483] Medin Opening Report, ¶ 247 (citing Wu at 969-70 Table 1).

[484] Medin Opening Report, ¶ 248 (citing Wu at 969-70 Table 1).

[485] Medin Opening Report, ¶ 248 (citing Germain 2012 at 3, 5, 9).

Amicus's phase 3 clinical studies, which resulted in the 011 study failing to meet its endpoint for the first six months of data.

354.    Dr. Medin next opines that "[i]t was known that mutations in the GLA gene that encode α-galactosidase A (α-Gal A) cause Fabry disease," and that "[b]y 2011, more than 600 disease-causing mutations in the GLA gene had been identified . . . and by March 2016, more than 800 disease-causing mutations in the GLA gene had been identified . . . ."[486]  In my opinion, the high number of unique GLA mutations that had been discovered adds to the complexity of the methods of treatment with migalastat and supports the nonobviousness of Claim 23.  In my opinion, it would not have been obvious to try treatment with migalastat for Fabry patients with the specific mutations of Claim 23, especially given the unpredictability of whether or not Fabry patients with a given mutation would respond to treatment with migalastat; further, a person of ordinary skill in the art would not have had a reasonable expectation of success with respect to treating Fabry patients that carry the specific mutations of Claim 23 with migalastat.

355.    Dr. Medin opines that "[a]s of the earliest priority date to which the claims of the '164 patent is entitled, the HEK assay amenable mutations of α-galactosidase A recited in at least Claim 23 would have been obvious to a [person of ordinary skill in the art]."[487]  I disagree.  Dr. Medin provides no support for this argument.  Further, as of the priority date, there were no Fabry patients discovered to have any of the mutations in Claim 23.  Thus, it would not have been obvious to a person of ordinary skill in the art that these yet-to-be discovered mutations were or were not amenable.

---

[486] Medin Opening Report, ¶ 249.

[487] Medin Opening Report, ¶ 249.

356.    Dr. Medin opines that "[i]t was well known that migalastat selectively binds and

stabilizes α-Gal A, and that a HEK-293 cell-based assay could be used to identify mutant forms

of α-Gal A that are responsive to migalastat."[488]  In my opinion, Dr. Medin has vastly overstated

the state of the field at the time the application leading to the '164 Patent was filed.  In fact, the

HEK-293 cell-based assay from the '319 Patent Publication, Wu, Germain 2012, and Giugliani

was found to be unable to accurately identify which patients to treat with migalastat.  Further, the

HEK assay referred to in those references was determined to be unreliable, including because it

was used for enrollment in Amicus's phase 3 clinical studies, which resulted in the 011 study

failing to meet its endpoint for the first six months of data.  Indeed, pharmacological chaperones

were a relatively new avenue of treatment that was being explored.  As of the priority date,

Galafold® was the one and only FDA approved chaperone for Fabry Disease and it was not until

after the invention described in the '164 Patent that Galafold® was approved to treat Fabry

patients with one of the three mutations in Claim 23.[489]

357.    Dr. Medin opines that "[t]he prior art further teaches the development of an oral

therapy of migalastat HCl for the treatment of Fabry disease . . . and the use of a HEK-293 cell-

---

[488] Medin Opening Report, ¶ 249.

[489] *See e.g.*, Keyzor I., et al., (2023) Therapeutic Role of Pharmacological Chaperones in
Lysosomal Storage Disorders: A Review of the Evidence and Informed Approach to
Reclassification, *Biomolecules* **13**(8):1227 ("The term "pharmacological chaperone therapy" or
"PCT" was first coined in 2000 to describe the category of exogenously administered small
molecules that restore folding and trafficking defects of misfolded proteins in LSDs. The EMA
approved the first commercially available PCT, migalastat (Galafold®; Amicus Therapeutics
Inc., Philadelphia, PA, USA), in 2016, for long-term treatment of adults with Fabry disease who
have an amenable mutation (i.e., a mutation that is responsive to treatment).") (internal citation
omitted) (ATGAL_10161626 at -627); May 31, 2016, Amicus Therapeutics Announces
European Commission Approval for Galafold™ (Migalastat) in Patients with Fabry Disease in
European Union (ATGAL_07336052 at -052); Moran, N., (2018) FDA Approves Galafold, a
Triumph for Amicus, *Nat. Biotech.* 36:91 (ATGAL_10161450 at -450).

based assay to identify patients with α-Gal A mutations that are amenable to migalastat
treatment."[490]  For the same reasons explained above, I disagree with this opinion.

358.    Dr. Medin opines that "it would have been obvious for a [person of ordinary skill
in the art] to simply carry out the steps of a known cell assay to identify the naturally-occurring
α-galactosidase A mutations recited in at least Claim 23."[491]  For all of the reasons discussed
above, I disagree.  Further, Dr. Medin points to no reason why a person of ordinary skill in the
art would have found these mutations in particular and been motivated to test these mutations to
treat patients with one of those mutations or any reason why a person of ordinary skill in the art
would have had a reasonable expectation of success in doing so.

359.    Dr. Medin opines that "[a] [person of ordinary skill in the art] would have been
motivated with a reasonable expectation of success to combine the teachings of Wu, Germain
2012, Benjamin (2016), and/or Giugliani, at least because each is directed to the use of
migalastat in the treatment of Fabry disease and/or the evaluation of mutations in the α-
galactosidase A gene in patients with Fabry disease that inform treatment options for Fabry
disease, including treatment with migalastat."[492]  I disagree.  In my opinion, a person of ordinary
skill in the art would not have combined results or teachings from Benjamin 2016 with those of
Wu, Germain 2012, and Giugliani to treat Fabry patients with the specific mutations of Claim 23
because they would have no reason to do it and would not have even been aware of the existence
of the mutations in Claim 23.  More importantly, even if a person of ordinary skill in the art did
combine such references, such person of ordinary skill in the art would not be motivated to reach

---

[490] Medin Opening Report, ¶ 250.

[491] Medin Opening Report, ¶ 250.

[492] Medin Opening Report, ¶ 251, Ex. C at 20-25.

the invention claimed in Claim 23 with any reasonable expectation of success for all of the

reasons described above, including, *e.g.*, because none of the mutations at issue in Claim 23 are

disclosed in these references as being amenable to migalastat. Dr. Medin also opines that "a

[person of ordinary skill in the art] seeking to improve upon existing treatments of Fabry disease

would have been motivated with a reasonable expectation of success to combine the disclosures

of Wu, and/or Germain 2012 in view of Benjamin (2016) and/or Giugliani, and the knowledge of

a [person of ordinary skill in the art]."[493]  He also opines that "a [person of ordinary skill in the

art] would have been motivated to combine the teachings of Wu, Germain 2012, Giugliani,

and/or Benjamin (2016) because they all have complementary teachings and show consistent

outcomes, therefore, a [person of ordinary skill in the art] would also have an expectation of

success in doing so."[494]  I also disagree with these opinions.  Dr. Medin fails to explain exactly

which disclosures of Wu, Germain 2012, Benjamin 2016, and Giugliani a person of ordinary

skill in the art would combine and why there is a motivation to combine, and why doing so

would result in a reasonable expectation of success.  Simply saying they have "complementary

teachings and show consistent outcomes" does nothing to explain why there would be a

reasonable expectation of success.  Further, although Dr. Medin mentions knowledge of a person

of ordinary skill in the art, he fails to identify what that knowledge is.

---

[493] Medin Opening Report, ¶ 251, Ex. C. 20-25; *see also* Medin Opening Report¶ 268 (claim 25),
¶ 279 (claim 26), ¶ 290 (claim 27).

[494] Medin Opening Report, ¶ 252, Ex. C at 19-20; *see also* Medin Opening Report ¶ 268 (claim
25), ¶ 279 (claim 26), ¶ 290 (claim 27).

360.    Dr. Medin opines that "Wu discloses the administration of 'a dose of 150 mg [migalastat hydrochloride] every other day' as a potential treatment for Fabry disease . . . .'"[495] Dr. Medin overstates what Wu discloses.  Wu actually discloses that:

> The degree of consistency found in the current comparison of HEK-293 cell-based and in vivo mutant α-GAL A responses does not necessarily indicate the degree of consistency that would be seen with any particular dose or regimen of [migalastat hydrochloride].  This is because the in vivo α-GAL A responses analyzed here were obtained following different [migalastat hydrochloride] doses (50, 150, or 250 mg) and with various regimens (every other day, twice per day, or every day), according to the different clinical study protocols.[496]

In my opinion, this is a disclosure of specific doses and dose regimens provided to a limited number of specific Fabry patients with specific mutations.  It does not disclose that any such dosages or regimens could be used to treat Fabry patients with other α-Gal A mutations or that a specific dose or regimen is recommended for Fabry patients with the mutations in Claim 23.

361.    Dr. Medin opines that Germain 2012 discloses "oral administration of 150 mg migalastat HCl every other day."[497]  Dr. Medin again overstates this disclosure because like Wu, Germain 2012 relates to treatment of a limited number of specific Fabry patients with specific Fabry mutations at specific doses and dose regimens.  It does not disclose that a specific dose or regimen is recommended for Fabry patients with the mutations in Claim 23.

362.    Dr. Medin opines that Giugliani discloses "treatment of Fabry Disease patients with 150 or 250 mg migalastat hydrochloride every other day."[498]  Dr. Medin again overstates this disclosure because like Wu and Germain 2012, Giugliani relates to treatment of a limited number of specific Fabry patients with specific Fabry mutations at specific doses and dose

---

[495] Medin Opening Report, ¶ 238 (citing Wu at 974).

[496] Wu at 975.

[497] Medin Opening Report, ¶ 238 (citing Germain 2012 at Abstract).

[498] Medin Opening Report, ¶ 238 (citing Giugliani at Abstract).

regimens.  It does not disclose that a specific dose or regimen is recommended for Fabry patients with the mutations in Claim 23.

363.    Dr. Medin opines that Benjamin 2016 discloses administration of "150 mg migalastat hydrochloride every other day."[499]  Dr. Medin's reliance on Benjamin 2016 is also misplaced because Benjamin 2016 does not disclose treatment of Fabry patients with the mutations in Claim 23 of the '164 Patent, nor does it disclose use of 150 mg every other day with respect to this mutation.  In fact, Benjamin 2016 does not identify any amenable mutation based on the Migalastat Amenability Assay.

364.    Dr. Medin opines that "[a]rriving at 123 mg free base equivalent of migalastat or a salt thereof for every other day dosing would be a matter of routine experimentation for a [person of ordinary skill in the art]."[500]  Dr. Medin provides no support for this opinion.

365.    Dr. Medin opines that "[a] [person of ordinary skill in the art] would have been motivated to combine the teachings of Wu, Germain 2012, Giugliani, and/or Benjamin (2016) to arrive at 123 mg free base equivalent every other day dosing because they all have complementary teachings and show consistent outcomes, therefore, a [person of ordinary skill in the art] would also have an expectation of success given these complementary teachings and using routin[e] experimentation."[501]  I disagree.  Dr. Medin fails to explain exactly which disclosures of Wu, Germain 2012, Benjamin 2016, and Giugliani a person of ordinary skill in the art would combine and why there is a motivation to combine, and why doing so would result in a reasonable expectation of success.  Simply saying they have "complementary teachings and

---

[499] Medin Opening Report, ¶ 238 (citing Benjamin at 4).

[500] Medin Opening Report, ¶ 238.

[501] Medin Opening Report, ¶ 239; *see also* Medin Opening Report ¶ 269 (claim 25), ¶ 280 (claim 26), ¶ 291 (claim 27).

show consistent outcomes" does nothing to explain why there would be a reasonable expectation of success. Further, although Dr. Medin mentions knowledge of a person of ordinary skill in the art, he fails to identify what that knowledge is.

366.     It is unclear what combination(s) Dr. Medin is even relying upon for his analysis of Claim 23. Because Dr. Medin's obviousness combinations are unclear, I reserve the right to supplement my opinions based on any additional and/or clarifying opinions that Dr. Medin renders with respect to Claim 23. Further, Dr. Medin fails to identify what he is using as his base reference, how he is modifying it and what reference he is modifying it with, and why a person of ordinary skill in the art would be motivated to modify the reference or have had a reasonable expectation of success in such a combination. Dr. Medin more generally fails to explain how he is combining the prior art references and how and why, in his opinion, such references would cause a person of ordinary skill in the art to reach the claimed invention. In addition, he generally fails to acknowledge the fact that the prior art references he relies on do not disclose treating Fabry patients with the specific mutations in Claim 23 and he fails to explain how a person of ordinary skill in the art would reach such a method of treatment for those specific mutations based on the references he relies upon.

367.     Dr. Medin generally fails to acknowledge the fact that the prior art references he relies on do not disclose treating Fabry patients with the specific mutations in Claim 23 and he fails to explain how a person of ordinary skill in the art would reach such a method of treatment for those specific mutations based on the references he relies upon, why a person of ordinary skill in the art would combine them, and why such a person of ordinary skill in the art would have a reasonable expectation of success in doing so.

### 2.    Claim 24

368.    Claim 24 of the '164 Patent (bolded below) depends from Claim 23.  The claim
language is:

> 23. A method for treatment of Fabry disease in a human patient in need thereof,
> the method comprising orally administering to the patient about 123 mg free
> base equivalent of migalastat or a salt thereof every other day, wherein the
> patient has an α-galactosidase A mutation selected from the group consisting of:
> Y184S, N228H, or T412I.
>
> **24. The method of claim 23, wherein the patient is administered about 150
> mg of migalastat hydrochloride every other day.**

369.    Based on my review of Dr. Medin's report, it is unclear what combinations
Dr. Medin asserts for Claim 24.  Dr. Medin lists only the following combinations in the summary
of his opinions:

> 1)  The '319 patent publication in view of Lockhart '093 and the knowledge
>     of a person of ordinary skill in the art;
>
> 2)  Wu, Germain [2012], Benjamin 2016, and/or Giugliani and the
>     knowledge of a person of ordinary skill in the art;
>
> 3)  Wu and/or Germain [2012] in view of Benjamin 2016 and/or Giugliani
>     and the knowledge of a person of ordinary skill in the art.[502]

370.    Regarding the first combination—Dr. Medin did not identify what knowledge a
person of ordinary skill in the art would have had that is relevant to this combination or why a
person of ordinary skill in the art would have been motivated to use that knowledge to modify
what is disclosed in the '319 Patent Publication.

371.    Regarding the second combination—Wu, Germain 2012, Benjamin, and/or
Giugliani, and the knowledge of a person of ordinary skill in the art—it is unclear exactly which
of those references he is combining and how those references are being combined.  Dr. Medin

---

[502] Medin Opening Report, ¶ 13.

discusses each of the four references individually before alleging in a conclusory fashion that they could be combined with no explanation of how they would be combined.[503] Dr. Medin again failed to identify what knowledge a person of ordinary skill in the art would have had that is relevant to this combination or why a person of ordinary skill in the art would have been motivated to use that knowledge to modify what is disclosed in the references cited by Dr. Medin.

372.    Regarding the third combination—Wu and/or Germain 2012 in view of Benjamin 2016 and/or Giugliani and the knowledge of a person of ordinary skill in the art—it is unclear exactly which of those references he is combining and how those references are being combined. Like with the second combination, Dr. Medin discusses each of the four references individually before alleging in a conclusory fashion that they would be combined, with no explanation of how they would be combined or why a person of ordinary skill in the art would combine them. Again, Dr. Medin failed to identify what knowledge a person of ordinary skill in the art would have had that is relevant to this combination or why a person of ordinary skill in the art would have been motivated to use that knowledge to modify what is disclosed in the references cited by Dr. Medin.

373.    In my opinion, as discussed further below, Dr. Medin's combinations do not disclose the limitations of Claim 24 and do not render Claim 24 obvious.

---

[503] *See* Medin Opening Report, ¶ 258 ("A POSA [person of ordinary skill in the art] would have been motivated to combine the teachings of Wu, Germain [2012], Giugliani and/or Benjamin (2016) for this dosing because they all have complementary teachings and show consistent outcomes, therefore, a POSA [person of ordinary skill in the art] would also have an expectation of success in doing so."); *see also* Medin Opening Report ¶ 269 (claim 25), ¶ 280 (claim 26), ¶ 291 (claim 27).

374.    I incorporate by reference my analysis of Claim 23 set forth above.  I address the

remaining limitations of Claim 24 below.

375.    In my opinion, Claim 24 would not have been obvious over Dr. Medin's asserted

prior art combinations for the same reasons that I discuss with respect to these references in

Claim 23.

### a)    Asserted Combination 1: the '319 Patent Publication in view of Lockhart '093 and the Knowledge of a Person of Ordinary Skill in the Art

376.    For the additional limitations of Claim 24, Dr. Medin opines that "Lockhart '093

discloses administering the hydrochloride salt of DGJ (i.e., migalastat) to participants at a

specified dose level of 150 mg every other day."[504]  In my opinion, Dr. Medin overstates the

disclosures in Lockhart '093.  Lockhart '093 does not disclose that a dose of 150 mg every other

day will work for all α-Gal A mutations or even for all amenable mutations.  Further, Lockhart

'093 does not disclose that 150 mg every other day is an effective dose for Fabry patients with

any of the mutations in Claim 24.  Dr. Medin relies upon Lockhart '093's discussion of modeling

of doses related to IFG and the disclosure that such model could be applicable to DGJ.[505]  This

theorical model does not provide a motivation to treat a Fabry patient with a specific dosage,

especially in light of the many other dose regimens discussed in Lockhart '093, including in the

Examples 4-6 that Dr. Medin cites.[506]

377.    Dr. Medin opines that "[a] [person of ordinary skill in the art] would have been

aware of the 150 mg every other day dosing of migalastat to treat Fabry Disease and its

---

[504] Medin Opening Report, ¶ 254 (citing Lockhart '093, ¶ 0151, Exs. 4-6), Ex. C at 21.

[505] Lockhart '093, ¶¶ 0142, 0151.

[506] Lockhart '093, ¶¶ 0142, 0151; *see also supra* § VIII.A.5.

effectiveness from at least Lockhart '093, and therefore would have been motivated to rely on this teaching to arrive at the 150 mg every other day dosing."[507]  Dr. Medin also opines that "[a] [person of ordinary skill in the art] would further have had an expectation of success with this dosing given the teachings of Lockhart '093."[508]  I disagree with these opinions.  Lockhart '093 does not disclose that 150 mg every other day is an effective dose for all Fabry patients or for all Fabry patients with an amenable mutation.  Nor does Lockhart '093 even suggest that 150 mg every other day is the preferred dose and dose regimen of migalastat hydrochloride for any Fabry patient.  Lockhart '093 relies on theorical dosing models and preliminary data for enrollment of phase 2 studies related to migalastat hydrochloride where a number of different doses and dose regimens were used.[509]  A person of ordinary skill in the art would have understood Lockhart '093 to be a preliminary investigation into dosing of pharmacological chaperones like migalastat hydrochloride and not some definitive reference of the proper dose of migalastat hydrochloride for all Fabry patients, as Dr. Medin suggests.

378.    Dr. Medin then opines that "claims 24 would have been obvious over the '319 patent publication in view of Lockhart and the knowledge of a [person of ordinary skill in the art]."[510]  In my opinion, Dr. Medin has failed to show Claim 24 of the '164 Patent is obvious over the '319 Patent Publication in view of Lockhart '093 and the knowledge of a person of ordinary skill in the art.  For all the reasons discussed herein, in my opinion, Dr. Medin has failed to prove that Claim 24 is obvious.  Based on my review of the prior art references and the disclosures cited, in my opinion, Claim 24 is not obvious and there is no motivation to combine

---

[507] Medin Opening Report, ¶ 255, Ex. C at 21.

[508] Medin Opening Report, ¶ 255.

[509] See Lockhart '093, Exs. 4-6.

[510] Medin Opening Report, ¶ 256.

the references with any reasonable expectation of success in reaching the invention of Claim 24. Dr. Medin generally fails to acknowledge the fact that the prior art references he relies on do not disclose treating Fabry patients with the specific mutations in Claim 24 and he fails to explain how a person of ordinary skill in the art would reach such a method of treatment for those specific mutations based on the references he relies upon, why a person of ordinary skill in the art would combine them, and why such a person would have a reasonable expectation of success in doing so.

> **b)      Asserted Combination 2: Undisclosed Combination of Wu, Germain 2012, Giugliani, and/or Benjamin 2016 and the Knowledge of a Person of Ordinary Skill in the Art;**
>
> **and**
>
> **Asserted Combination 3: Wu and/or Germain 2012 in View of Benjamin 2016 and/or Giugliani and the Knowledge of a Person of Ordinary Skill in the Art**

379.    For the additional limitations of Claim 24, Dr. Medin opines that "Wu discloses the administration of 'a dose of 150 mg [migalastat hydrochloride] every other day' as a potential treatment for Fabry disease."'[511]  Dr. Medin overstates what Wu discloses.  Wu actually discloses that:

> The degree of consistency found in the current comparison of HEK-293 cell-based and in vivo mutant α-GAL A responses does not necessarily indicate the degree of consistency that would be seen with any particular dose or regimen of [migalastat hydrochloride].  This is because the in vivo α-GAL A responses analyzed here were obtained following different [migalastat hydrochloride] doses (50, 150, or 250 mg) and with various regimens (every other day, twice per day, or every day), according to the different clinical study protocols.[512]

---

[511] Medin Opening Report, ¶ 257 (citing Wu at 974), Ex. C at 21.

[512] Wu at 975.

In my opinion, this is a disclosure of specific doses and dose regimens provided to a limited

number of specific Fabry patients with specific mutations.  It does not disclose that any such

dosages or regimens could be used to treat Fabry patients with other α-Gal A mutations or that a

specific dose or regimen is recommended for Fabry patients with the mutations in Claim 24.

380.    Dr. Medin opines that Germain 2012 discloses "oral administration of 150 mg

migalastat HCl every other day."[513]  Dr. Medin again overstates this disclosure because like Wu,

Germain 2012 relates to treatment of a limited number of specific Fabry patients with specific

Fabry mutations at specific doses and dose regimens.  It does not disclose that a specific dose or

regimen is recommended for Fabry patients with the mutations in Claim 24.

381.    Dr. Medin opines that Benjamin 2016 discloses "administration of 150 mg

migalastat HCl."[514]  Dr. Medin's reliance on Benjamin 2016 is also misplaced because Benjamin

2016 does not disclose treatment of Fabry patients with the mutations in Claim 24 of the '164

Patent, nor does it disclose use of 150 mg every other day with respect to this mutation.  In fact,

Benjamin 2016 does not identify any amenable mutation based on the Migalastat Amenability

Assay.

382.    Dr. Medin opines that "[a] [person of ordinary skill in the art] would have been

motivated to combine the teachings of Wu, Germain 2012, Giugliani, and/or Benjamin (2016)

for this dosing because they all have complementary teachings and show consistent outcomes,

therefore, a [person of ordinary skill in the art] would also have an expectation of success in

doing so."[515]  I disagree.  Dr. Medin fails to explain exactly which disclosures of Wu, Germain

---

[513] Medin Opening Report, ¶ 257 (citing Germain 2012 at Abstract), Ex. C at 21.

[514] Medin Opening Report, ¶ 257 (citing Benjamin at 4), Ex. C at 21.

[515] Medin Opening Report, ¶ 258, Ex. C at 21-22.

2012, Benjamin 2016, and Giugliani a person of ordinary skill in the art would combine and why there is a motivation to combine, and why doing so would result in a reasonable expectation of success. Simply saying they have "complementary teachings and show consistent outcomes" does nothing to explain why there would be a reasonable expectation of success. Further, although Dr. Medin mentions knowledge of a person of ordinary skill in the art, he fails to identify what that knowledge is.

383.    It is unclear what combination(s) Dr. Medin is even relying upon for his analysis of Claim 24. Because Dr. Medin's obviousness combinations are unclear, I reserve the right to supplement my opinions based on any additional and/or clarifying opinions that Dr. Medin renders with respect to Claim 24. Further, Dr. Medin fails to identify what he is using as his base reference, how he is modifying it and what reference he is modifying it with, and why a person of ordinary skill in the art would be motivated to modify the reference or have had a reasonable expectation of success in such a combination. Dr. Medin more generally fails to explain how he is combining the prior art references and how and why, in his opinion, such references would cause a person of ordinary skill in the art to reach the claimed invention. In addition, he generally fails to acknowledge the fact that the prior art references he relies on do not disclose treating Fabry patients with the specific mutations in Claim 24 and he fails to explain how a person of ordinary skill in the art would reach such a method of treatment for those specific mutations based on the references he relies upon.

384.    Dr. Medin opines that "claim 24 would have been obvious to a [person of ordinary skill in the art] over Wu and/or Germain 2012 in view of Benjamin (2016), and/or Giugliani, and the knowledge of a [person of ordinary skill in the art]."[516]  In my opinion, Dr.

---

[516] Medin Opening Report, ¶ 259.

Medin has failed to prove that Claim 24 is obvious. Based on my review of the prior art references and the disclosures cited, in my opinion, Claim 24 is not obvious and there is no motivation to combine the references with any reasonable expectation of success in reaching the invention of Claim 24. Dr. Medin generally fails to acknowledge the fact that the prior art references he relies on do not disclose treating Fabry patients with the specific mutations in Claim 24 and he fails to explain how a person of ordinary skill in the art would reach such a method of treatment for those specific mutations based on the references he relies upon, why a person of ordinary skill in the art would combine them, and why such a person would have a reasonable expectation of success in doing so.

### 3.    Claim 25

385.    Claim 25 of the '164 Patent (bolded below) depends from Claim 23. The claim language is:

> 23. A method for treatment of Fabry disease in a human patient in need thereof, the method comprising orally administering to the patient about 123 mg free base equivalent of migalastat or a salt thereof every other day, wherein the patient has an α-galactosidase A mutation selected from the group consisting of: Y184S, N228H, or T412I.
>
> **25. The method of claim 23, wherein the patient has the mutation Y184S.**

386.    I incorporate by reference my analysis with respect to Claim 23, which also applies to the opinions that Dr. Medin renders for Claim 25.

387.    Claim 25 narrows the list of mutations from three (Y184S, N228H, or T412I) to one (Y184S). For the same reasons that Claim 23 is not obvious over Dr. Medin's asserted prior art references, Claim 25 is also not obvious.

388.    My opinions with respect to Dr. Medin's opinions for Claim 23 also demonstrate why Claim 25 is not obvious over Dr. Medin's asserted combinations.

### 4.     Claim 26

389.     Claim 26 of the '164 Patent (bolded below) depends from Claim 23.  The claim language is:

> 23. A method for treatment of Fabry disease in a human patient in need thereof, the method comprising orally administering to the patient about 123 mg free base equivalent of migalastat or a salt thereof every other day, wherein the patient has an α-galactosidase A mutation selected from the group consisting of: Y184S, N228H, or T412I.
>
> **26. The method of claim 23, wherein the patient has the mutation N228H.**

390.     I incorporate by reference my analysis with respect to Claim 23, which also applies to the opinions that Dr. Medin renders for Claim 26.

391.     Claim 26 narrows the list of mutations from three (Y184S, N228H, or T412I) to one (N228H).  For the same reasons that Claim 23 is not obvious over Dr. Medin's asserted prior art references, Claim 26 is also not obvious.

392.     My opinions with respect to Dr. Medin's opinions for Claim 23 also demonstrate why Claim 26 is not obvious over Dr. Medin's asserted combinations.

### 5.     Claim 27

393.     Claim 27 of the '164 Patent (bolded below) depends from Claim 23.  The claim language is:

> 23. A method for treatment of Fabry disease in a human patient in need thereof, the method comprising orally administering to the patient about 123 mg free base equivalent of migalastat or a salt thereof every other day, wherein the patient has an α-galactosidase A mutation selected from the group consisting of: Y184S, N228H, or T412I.
>
> **27. The method of claim 23, wherein the patient has the mutation T412I.**

394.     I incorporate by reference my analysis with respect to Claim 27, which also applies to the opinions that Dr. Medin renders for Claim 27.

395.     Claim 27 narrows the list of mutations from three (Y184S, N228H, or T412I) to one (T412I).  For the same reasons that Claim 23 is not obvious over Dr. Medin's asserted prior art references, Claim 27 is also not obvious.

396.     My opinions with respect to Dr. Medin's opinions for Claim 23 also demonstrate why Claim 27 is not obvious over Dr. Medin's asserted combinations.

### G.    Objective Indicia of Nonobviousness

397.     I understand that consideration of any objective indicia of nonobviousness is a required part of the obviousness analysis.  Dr. Medin states that he is "not aware of the existence of any such considerations."[517]  I understand that Amicus has provided evidence related to such objective indicia of nonobvious, but that Dr. Medin has failed to consider such evidence in his report.  For this reason alone, I understand that Dr. Medin's obviousness analysis fails.  To the extent Dr. Medin later renders an opinion as to objective indicia of nonobviousness, I reserve the right to respond to such opinion.

398.     In addition, I have reviewed the opening expert report of Dr. John Jefferies, which relates to this topic.  I agree with the opinions in Dr. Jefferies' opening report.

## IX.    THE ASSERTED CLAIMS INVOLVE MORE THAN THE PERFORMANCE OF WELL-UNDERSTOOD, ROUTINE, AND CONVENTIONAL ACTIVITIES PREVIOUSLY KNOWN TO THE INDUSTRY

399.     I have been asked to opine as to whether methods of treating certain Fabry patients with migalastat claimed in the Asserted Claims were well-understood, routine, and conventional as of the priority dates of each Asserted Claim.

---

[517] Medin Opening Report, ¶ 294.

A.    **Reassessment Patents**

400.    At the time of their priority date (which I have been informed in May 30, 2017), the Reassessment Patent Claims provided a novel method of treating Fabry disease patients having mutations identified in the Reassessment Patent Claims.

401.    As of May 30, 2017, there was only one FDA-approved treatment for Fabry disease, which was enzyme replacement therapy ("ERT"), i.e. agalsidase beta (FABRZYME), which was approved by the FDA in April 2003.[518]

402.    Prior to the approval of GALAFOLD (migalastat), using Fabrazyme to treat all Fabry patients was the only approved treatment available in the United States.

403.    It was not well-understood, routine, or conventional to use migalastat to treat Fabry disease patients who have a mutation of the Reassessment Patent Claims by May 30, 2017, the priority date of those patents.

404.    The FDA did not approve GALAFOLD (migalastat) for the treatment of Fabry disease for adults until August 10, 2018.[519]

405.    Even though a person of ordinary skill in the art may have known that migalastat was undergoing clinical trials and being studied as a potential treatment, migalastat would not have been a standard treatment for Fabry disease in a patient, as no physicians would have been prescribing it yet.  The only way Fabry disease patients would have been treated using migalastat, to my knowledge, was in the clinical trials, and a person of ordinary skill in the art

---

[518] *See, e.g.*, May 2010 FABRAZYME Prescribing Information (ATGAL_09687616 at -616); see also '388 Patent at 2:5-13 ("Two *a*-Gal A products are currently available for the treatment of Fabry disease: agalsidase alfa (Replagal®, Shire Human Genetic Therapies) and agalsidase beta (Fabrazyme®; Sanofi Genzyme Corporation).").

[519] Aug. 10, 2018 FDA News Release, FDA Approves New Treatment for a Rare Genetic Disorder, Fabry Disease (ATGAL_09880475 at -475).

would not have considered such clinical trial treatments to be well-understood, routine, and conventional.

406.    It is also my opinion that it was not well-understood, routine, or conventional to be able to accurately identify which Fabry patients would be treatable with migalastat by the priority date of the Reassessment Patents.

407.    More specifically, a person of ordinary skill in the art would not have found it well-understood, routine, and conventional to treat Fabry disease in a patient by administering migalastat to a patient having an α-GALA protein with one of the following mutations:

- for the '388 Patent Claim 8, A13P, A20D, Q57L, G80D, P146S, D175E, K213M, I242F, M267T, A309V, V316I, V316G, P323R, A352G, R356P, T385A, V390M, and G395A

- for the '388 Patent Claim 36, G80D, P146S, M267T, and R356P

- for the '489 Patent Claim 17, A13T, N34T, M42K, L54F, P60T, E87D, L89F, Y123C, H125L, I133M, K140T, F145S, P146R, Y152H, D165G, p.M187_S188dup, V199G, M208R, I219L, N224T, Q250R, G261C, G271D, M284V, I303F, D322N, G325R, K326N, G334E, E358Q, E358D, G361E, G375E, T412N and M421V

- for the '489 Patent Claim 23, L54F, L89F, K140T and G334E

- for the '490 Patent Claim 9, I242F, G334E, N34D and p.V254del.

408.    Prior to the GLP-HEK assay and the work of Amicus, the only available methods of identifying Fabry disease mutations that could be responsive to migalastat were not reliable.

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████████████

████████████ [520]

409.    It is my opinion that as of May 30, 2017, prior to the disclosure of the Reassessment Patents, a person of ordinary skill in the art would not have been able to use the GLP-HEK assay to identify the specific mutations that were amenable to treatment with migalastat.  This is because nothing in the prior art, including but not limited to Benjamin 2016, contained enough detail for a person of ordinary skill in the art to use the GLP-HEK assay to identify Fabry patients that can be treated with migalastat.  For example, Benjamin 2016 discloses that the GLP-HEK assay is bioanalytically validated, but does not disclose what particular steps a person of skill would need to take in order to validate the assay.

410.    It is also my opinion that a person of ordinary skill in the art would have been unable to identify which mutations are amenable to migalastat treatment based on Benjamin 2016 because Benjamin 2016 did not include a list of amenable mutations.  Instead, Benjamin 2016 discloses that "600 FD mutations have been tested; 268 have met the amenable mutation criteria."[521]  Therefore, it would not have been well-understood, routine, or conventional for a person of ordinary skill in the art to use migalastat to treat Fabry patients with the specific mutations of the Reassessment Patents, in part because a person of ordinary skill in the art would not have been able to identify the claimed mutations as being treatable by migalastat as of the priority date of the Reassessment Patents.

---

[520] ████████████████████████████████████████

████████████████████████████████████

[521] Benjamin 2016 at 3-4.

### B.    Engineered Mutations Patent

411.    It is my opinion that it was not well-understood, routine, or conventional to use migalastat to treat Fabry disease patients that have the α-Gal A protein with the Y184S, N228H, or T412I mutations, by August 7, 2019, which I understand is the priority date of the Engineered Mutations Patent.

412.    As of the August 7, 2019 priority date of the Engineered Mutations Patent, the FDA had approved GALAFOLD (migalastat) for less than one year.  GALAFOLD was approved on August 10, 2018.[522]  Despite GALAFOLD being FDA approved, enzyme replacement therapy was still widely used for the treatment of Fabry patients.

413.    Even though there were some Fabry disease patients being treated by migalastat as of the priority date of the Engineered Mutations Patent, a person of ordinary skill would know that treatment with migalastat is only appropriate for patients with an amenable mutation, and not all Fabry patients.  For a physician to consider using migalastat as a method of treatment, the physician would have to first identify the patient's mutation and then confirm its amenability to migalastat treatment.

414.    It is my opinion that a person of ordinary skill in the art would not have considered migalastat to be a well-understood, routine, or conventional treatment of Fabry disease for the Y184S, N228H, or T412I mutations, as of the priority date of the Engineered Mutations Patent.  This is because, until Amicus's work in the Engineered Mutations Patent, (1) Y148S, N228H, and T412I α-Gal A mutations were not previously associated with Fabry disease; and (2) a person of ordinary skill in the art would not have known that these mutations

---

[522] Aug. 10, 2018 FDA News Release, FDA Approves New Treatment for a Rare Genetic Disorder, Fabry Disease (ATGAL_09880475 at -475).

were treatable by migalastat. As the specification states, the inventors of the Engineered Mutations Patent "unexpectedly discovered that the low α-Gal A activity resulting from the missense mutations in α-Gal A shown in Table 2 [including Y148S, N228H, and T412I] can be increased when exposed to pharmacological chaperones, even though no patients have previously been identified with these particular mutations," and thus, patients with Y148S, N228H, and T412I mutations were "expected to be responsive to treatment with pharmacological chaperones."[523] The invention of the asserted claims of the Engineered Mutations Patent prevented delay in treatment of Fabry, "as further testing of the PC amenability of the patient's α-Gal A is no longer necessary." [524] "Instead, after determining the patient's particular mutation, the clinician can consult a list of α-Gal A mutations (e.g. including one or more mutations listed in Table 2 [including Y148S, N228H, and T412I]) and, if the patient's mutation is in the list, can begin treatment immediately."[525] Amicus's work also allowed for the determination of "whether a subject, including an embryo or a neonatal infant, is at risk of developing Fabry disease before the appearance of symptoms."[526]

## X.    CONCLUSION

415.    For all the reasons outlined and explained in this report, each of the Asserted Claims of the '388, '489, '490, and '164 Patents are not obvious over the prior art combinations that Dr. Medin presents in his opening report.

---

[523] '164 patent 19:62–20:3.

[524] '164 patent 20:5–10.

[525] '164 patent 20:5–10.

[526] '164 patent 20:11–14.

416.    Moreover, the method of each of the asserted claims of the '388, '489, '490, and '164 Patents contain elements that were not well-understood, routine, and conventional as of the priority dates of the Asserted Patents.

## XI.    SUPPLEMENTATION

417.    I reserve the right to amend or supplement the opinions expressed in this report in light of additional materials or information that may come to my attention, including any critique of my report or my opinions advanced by or on behalf of Aurobindo.

418.    In addition, I may rely on visual aids and/or demonstrative exhibits to demonstrate the bases of my opinions.  Examples of these visual aids and demonstrative exhibits may include, for example, claim charts, patent drawings, excerpts from patent specifications, file histories, deposition testimony, and deposition exhibits, as well as physical exhibits, test data, charts, photographs, diagrams, videos, and animated or computer-generated graphics.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 2, 2025.

ROBERT HOPKIN, M D.

# EXHIBIT 1

HOPKIN, ROBERT J

**Curriculum Vitae**

1. **Name and personal data :**
   Robert J. Hopkin, M.D.
   3333 Burnet Avenue, ML 4006
   Cincinnati, OH 45229-3039

   Work phone: (513) 636-4760          Fax: (513) 636-7297
   Email: rob.hopkin@cchmc.org

2. **Education:**

| Institution and location | Degree | Year | Field of Study |
|---|---|---|---|
| Brigham Young University Provo, UT | B.S. | 1986 | Zoology |
| University of Nevada School of Medicine Reno, NV | M.D. | 1990 | Medicine |
| Phoenix Children's Hospital Maricopa Medical Center Pediatric Residency Program, Phoenix, Arizona | | 1990-1993 | Pediatric Residency |
| Phoenix Children's Hospital Maricopa Medical Center Pediatric Residency Program, Phoenix, Arizona, | | 1993-1994 | Chief Residency |
| Children's Hospital Medical Center Cincinnati, OH | | 1994-1997 | Fellowship in Human Genetics |

3. **Academic appointments:**
   Instructor of Clinical Pediatrics, Division of Human Genetics
   Children's Hospital Medical Center
   Cincinnati, Ohio, 1997-2000

   Instructor of Clinical Pediatrics, Division of Human Genetics
   University of Cincinnati College of Medicine Department of Pediatrics
   Cincinnati Ohio, July 1997-June 2000

   Assistant Professor of Clinical Pediatrics, Division of Human Genetics
   Cincinnati Children's Hospital Medical Center
   Cincinnati, Ohio, 2000-2008

HOPKIN, ROBERT J

Assistant Professor of Clinical Pediatrics, Division of Human Genetics
University of Cincinnati College of Medicine Department of Pediatrics
Cincinnati Ohio, July 2000-June 2008

Assistant Professor, clinical, Department of Analytical & Diagnostic Sciences, College of
Allied Health Sciences, University of Cincinnati, Cincinnati, Ohio 2002-2008

Associate Professor of Clinical Pediatrics, Division of Human Genetics
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio, 2008-October 2022

Associate Professor of Clinical Pediatrics, Division of Human Genetics
University of Cincinnati College of Medicine Department of Pediatrics
Cincinnati Ohio, July 2008-October 2022

Associate Professor, clinical, Department of Analytical & Diagnostic Sciences, College of
Allied Health Sciences, University of Cincinnati, Cincinnati Ohio 2008-2011

Professor of Clinical Pediatrics, Division of Human Genetics Cincinnati Children's Hospital
Medical Center, Cincinnati Ohio, 25 October 2022-present

Professor of Clinical Pediatrics, University of Cincinnati College of Medicine Department of
Pediatrics Division of Human Genetics Cincinnati Ohio, 25 October 2022-present
Cincinnati Ohio

4. **Licensing and Certification**

Ohio medical license 35.066579 1994-present
NPI 1447281878 expiration 10/01/2026

Clinical Genetics:
American Board of Medical Genetics, September 27, 1996 # 96077
Recertified 2006;
MOC recertification Dec 31, 2019 Current for the 2024 cycle Expiration dates no longer
provided

Pediatrics:
American Board of Pediatrics October 13, 1993 # 51159
Recertified in 2000
Recertified October 2007
Recertified 2014 MOC;
Recertified Dec 31, 2017
MOC Recertification Dec. 31, 2019          expires 2029

Citi: Initial certification 7/7/2009 Last updated 12/21/2024

2

2/19/25

HOPKIN, ROBERT J

5. **Awards and honors:**

   1. Outstanding Medical Research While in Pediatric Residency Training, 1994
   2. Teacher of the year, Cincinnati Children's Hospital Medical Center, 2001
   3. Fabry Physician Award 2016 from the Fabry Support and Information Group
   4. RARE Champion of Hope Nominee, Medical Care & Treatment 2017
   5. National Fabry Disease Foundation award of appreciation 2018
   6. Cincinnati Top Docs Genetics 2014, 2015, 2016,  2018, 2019, 2020, 2021
   7. CCHMC Hidden Gems Award 2021
   8. CCHMC Outstanding Research Team award as a member of the NF Team 2021


6. **Clinical service**

Clinical Expertise and activities

   I am broadly interested in Genetic disease. Key factors in provision of excellent genetic services includes the ability to use state of the art as well as older established diagnostic tools appropriately (chromosome analysis through whole Genome sequence and beyond). However, in my mind establishing the diagnosis is only an initial step. Long term follow up is needed to make interventions and set or update therapeutic goals.  I am involved in a variety of focused clinics as well as general genetics clinics:

   DSD Center I was part of the founding of this clinic and am geneticist who sees the vast majority of the patients in the clinic. I am also involved with genetics in the DSD TRN which is a national DSD organization.  Patients come for evaluation from Ohio, Kentucky, Indiana, West Virginia and occasionally from other states.

   22q11.2 Center I was part of founding this multidisciplinary clinic over 10 years ago. I am one of 2 geneticist who see the 200 patients with 22q11.3 deletion followed in this center. We see patients from throughout Ohio, Indiana, Kentucky and West Virginia. The Center has been coordinated through the Division of Human Genetics but includes cardiology, immunology, ENT, Endocrinology, plastic surgery, and other specialties need for care of this population. I have several publications on 22q11.2 deletion in the past and have been one of the local leaders in the Center since it was started over 15 years ago.

   Lysosomal Disease Center: Fabry, Gaucher, Pompe, MPS I, MPS II, Other MPS, NPC, etc. We see patients from a larger region for this clinic and see many adult as well as pediatric patients. We are also a nationally recognized center that is often consulted for complex issues involving management of lysosomal disease especially Fabry disease. I am the physician provider for Fabry disease, Gaucher disease, and see smaller numbers of patients with the other conditions. We are involved in clinical research, clinical trials.

   NF1, NF2, and Schwannomatosis clinic Cincinnati Children's Hospital has been one of the major centers care and management of Neurofibromatosis types 1 and 2 and schwannomatosis for 30 years. I have been a part of the development since 1994. I am one

2/19/25

3

HOPKIN, ROBERT J

of 2 clinical geneticists currently involved in the clinic. We are currently looking for a new clinical director. We have provided care for thousands of patients with neurofibromatosis and have been involved in developing standards of care for bone disease, plexiform neurofibromas, brain tumors, developmental disability and other manifestations of this important group of diseases. This is also a multidisciplinary effort with Hematology Oncology, Orthopedics, Neurology, Neurosurgery, Endocrinology, and some basic scientists also participating. We are a nationally recognized center of excellence or NF1.

Craniofacial (mostly infant and toddler) clinic, this is a long term interest of mine and a strength of CCHMC. Our center is a leader on a national basis. I have been a member of the team but have not taken key leadership roles. I am currently seeing patients only when needed and not participating regularly in the formal multidisciplinary clinics. I have been an investigator on multiple publications for craniofacial disorders from relatively common (cleft lip and cleft palate) to newly discovered entities like Acrofacial Dysostosis, Cincinnati Type.

CHARGE syndrome Center I was one of the founding members of this clinic and am still involved although Brittany Simpson is now the leading Geneticist in this Center. I have been one of her mentors and still see multiple patients with CHARGE syndrome each year. This is a unique resource at CCHMC since there have been no other active centers with a focus on CHARGE syndrome. We are currently helping several other centers develop services using a similar approach. This is the leading center in the USA for care of CHARGE syndrome.

Fetal Care Center I was one of the founding members of the Fetal Care center and have continued to see patients mainly for genetic diagnostics and prognosis. I am also frequently involved in postnatal follow up for the children after delivery. My time commitment to this service has decreased in the past few years because of the demands from the Lysosomal disease clinic where I have a more central leadership role.

BWS This is not a formal center but is an area of interest. I have published several papers on BWS and see many local and regional patients for BWS. I have been involved in research and development of clinical guidelines on a national basis as well.

1p36 deletion in addition to seeing many of the local patients with 1p36 deletion I am a medical advisor for the national support group for this condition and have done several small clinical research projects to help better delineate the natural history and care needs for the affected patients. This is not a formally organized clinic, but it is an area of interest and expertise.

Psychiatry/Genetics in-patient/out-patient services at College Hill. I was the genetic faculty mentor for Amelle Shillington, DO who started this service in collaboration with psychiatry. I am no longer directly involved with this as Amelle Shillington is now a faculty member and taking the lead. I was directly involved for the development of the service as the primary mentor for Dr. Shillington who was a resident at that time.

4

HOPKIN, ROBERT J

General genetics especially very rare diseases: I have also had a long standing interest in general genetics and very rare conditions. Until recently we have not had any formal program with that focus. I have nevertheless tried to recognize unique or new presentations and to do detailed evaluation. As a result I have been an author in the earliest descriptions of a number of conditions. For some of these I had a leading role for others I was one of many contributors. The key in my mind is to recognize and define the conditions well enough to be useful to the families and hopefully to contribute to the scientific understanding of human biology.

The following are 20 conditions in which I participated in one of the early publications with the year of the publications:  LAPPS 1998, disorganization phenotype 2001, diaphragmatic eventration and micro-ophthalmia 2002, Proximal 11q duplication 2007, Ermine phenotype 2009, 17p deletion of YWHAE and CRK 2011, Tetrasomy 5q35.2-q35.3 2011, Autosomal dominant COL11A1 severe skeletal dysplasia 2014, Acrofacial Dysostosis, Cincinnati Type (POLR1A) 2015, mandibulofacial dysostosis with alopecia 2015, PACS1 related syndrome 2016, FGFR1 causing Hartsfield syndrome 2016, Mosaic SMO loss of function causing Curry-Jones syndrome 2016, MPDZ related hydrocephalus 2017, MED13 related neurodevelopmental disorder 2018, UPD 16 related imprinting disorder 2019,  NMNAT2 related disorder 2019, BMPR1A related disorder 2019, SMPD4 developmental disorder with arthrogryposis 2019, CSDE1 related disorder 2019, CDH2 related syndrome 2019, ACOX1 gain of function 2020.
 I have also contributed to expansions of phenotypes, and revisions in understanding of a number of very rare conditions (not listed).

 I have been involved as an advisor for several national support groups including:
 Fabry Support and Information group
 National Fabry Disease Foundation (currently the Chair of the Medical Advisory Board)
 1p36 support group
 Beckwith Wiedemann syndrome

Through these efforts I have helped develop several management guidelines including most recently guidelines for:

   Pediatric Fabry disease
   Hopkin RJ, Jefferies JL, Laney DA, Lawson VH, Mauer M, Taylor MR, Wilcox WR Fabry Pediatric Expert Panel. The management and treatment of children with Fabry disease: A United States-based perspective.  Mol Genet Metab. 2016  117(2):104-13 PMID: 26546059

   Adult Fabry disease
Ortiz A, Germain DP, Desnick RJ, Politei J, Mauer M, Burlina A, Eng C, **Hopkin RJ**, Laney D, Linhart A, Waldek S, Wallace E, Weidemann F, Wilcox WR. Fabry disease revisited: Management and treatment recommendations for adult patients. Mol Genet Metab. 123(4):416-427. Epub 2018  PMID: 29530533

   Neurofibromatosis type 1

Miller DT, Freedenberg D, Schorry E, Ullrich NJ, Viskochil D, Korf BR; COUNCIL ON GENETICS; AMERICAN COLLEGE OF MEDICAL GENETICS AND GENOMICS. Collaborators (11) Chen E, Trotter TL, Berry SA, Burke LW, Geleske TA, Hamid R, **Hopkin RJ**, Introne WJ, Lyons MJ, Scheuerle AE, Stoler JM. Health Supervision for Children With Neurofibromatosis Type 1. Pediatrics. 2019 143(5). PMID: 31010905 (AAP treatment guidelines)

Down Syndrome
Bull MJ, Trotter T, Santoro SL, Christensen C, Grout RW; COUNCIL ON GENETICS, Burke LW, Berry SA, Geleske TA, Holm I, Hopkin RJ, Introne WJ, Lyons MJ, Monteil DC, Scheuerle A, Stoler JM, Vergano SA, Chen E, Hamid R, Downs SM, Grout RW, Cunniff C, Parisi MA, Ralston SJ, Scott JA, Shapira SK, Spire P. Health Supervision for Children and Adolescents With Down Syndrome. Pediatrics. 2022 149(5):e2022057010.  PMID: 35490285

Congenital hypothyroidism
Rose SR, Wassner AJ, Wintergerst KA, Yayah-Jones NH, Hopkin RJ, Chuang J, Smith JR, Abell K, LaFranchi SH; SECTION ON ENDOCRINOLOGY EXECUTIVE COMMITTEE; COUNCIL ON GENETICS EXECUTIVE COMMITTEE. Congenital Hypothyroidism: Screening and Management. Pediatrics. 2023 1;151(1):e2022060420. PMID: 36827521

Rose SR, Wassner AJ, Wintergerst KA, Yayah-Jones NH, Hopkin RJ, Chuang J, Smith JR, Abell K, LaFranchi SH; SECTION ON ENDOCRINOLOGY EXECUTIVE COMMITTEE; COUNCIL ON GENETICS EXECUTIVE COMMITTEE. Congenital Hypothyroidism: Screening and Management. Pediatrics. 2023 1;151(1):e2022060419. PMID: 36827523

7. **Research and Scholarly Activities**

My research interests have been highly variable being generally related to both my educational commitments and my clinical activities. I have published on both well established and very rare genetic conditions. This has included descriptions of conditions, identification of the genetic basis, and natural history studies of certain conditions. The principle applied to my clinical research has been the goal of improving functional outcomes through application of what is known about the genetic causes of disease. Most of these kinds of studies have been done in part to support or update protocols related to the clinics I work or has been part of mentoring residents in early development of their chosen career interests. I have also done some research involving educational training needs related to medical genetics. This is directly related to the needs of our training program and how to have success in our genetic training programs (Genetic counseling, Nursing genetics, Medical students, and Genetic residency training). These pragmatic projects have generally been done without funding but have been important in the growth and development of the clinical services and training programs.

Most of the funded research I have done is related to care for lysosomal diseases. I have been involved in several registries sponsored by pharmaceutical companies to fulfill their post marketing obligations. This provides an essential opportunity to improve use of the available treatments and increase the understanding of the long-term outcomes for progressive disease. I have also been an investigator on several clinical trials for enzyme replacement therapies, to chaperone drugs that can be used orally, and more recently application of gene therapy.

I am also interested in reapplication of known medications for use in treatment of rare genetic syndromes for example MEK inhibitors for treatment of neurofibromatosis type 1 or CBD derived medications for appetite suppression for Prader-Willi syndrome.

Grants and Contracts



HOPKIN, ROBERT J



2/19/25

HOPKIN, ROBERT J



ASPIRE Safety, Pharmacokinetics, Pharmacodynamics, and Efficacy of Migalastat in Pediatric Subjects with Fabry disease and amenable mutations (Aged 12 to <18 Years) sponsored by Amicus 5 patients enrolled
Type: Industry sponsored
Agency Amicus
Period 2018-2024
5 enrolled all have continued into extension phase
Role: Local PI
Time: 3%
Start-up: $23,250 Per patient: $21,186.90 per year (this study is nearing completion)



2/19/25

HOPKIN, ROBERT J



2/19/25

HOPKIN, ROBERT J



Projects being considered or in development:

Follow Me Fabry Registry      Amicus        Start-Up



Publications
    Original research publications (peer-reviewed)

1.   Bergeson PS, **Hopkin RJ**, Bailey RB, McGill LC, Piatt J: The Inconspicuous Penis.
     *Pediatrics* 1993; 92:794-799  PMID: 8233739

2.   **Hopkin RJ**, Bergeson PS, Pinckard K, Lewis K: Otitis Externa Posing as Mastoiditis.  *Arch
     Pediatr Adolesc Med*, 1994; 148:1346-1349 PMID: 7951821

3.   Kelly J, **Hopkin R**, Rimza M: Rattlesnake Meat Ingestion and Salmonella Arizona Infection
     in Children: Case Report and Review of the Literature.  *Pediatr Infect Dis J*, 1995; 14(4):
     320-322 PMID: 7603817

4.   Barnett NDP, Kaplan AM, **Hopkin RJ**, Saubel M, Rudinsky MF: Primary amoebic
     meningoencephalitis with naegleria fowleri: clinical review.  *Pediatr Neurol*, 1996; 15(3):
     230-234 PMID: 8916161

5.   **Hopkin RJ**, Schorry EK, Bofinger M, Milatovich, Stern HJ, Jayne C, Saal HM: New
     insights into the phenotypes of 6q deletions.  *Am J Med Genet*, 1997; 70:377-386 PMID:
     9182778

6.   Ferrero GB, Gebbia M, Pilia G, Witte D, Peier A, **Hopkin RJ**, Craigen WJ, Shaffer LG,
     Schlessinger D, Ballabio A, Casey B: A submicroscopic deletion in Xq26 associated with
     familial situs ambigous. *Am J Hum Gene*t, 1997; 61:395-401 PMID: 9311745

7.   **Hopkin RJ,** Cotton R, Langer LO, Saal HM: Progressive laryngotracheal stenosis with short
     stature and arthropathy. *Am J Med Genet*, 1998; 80:241-246 PMID: 9843046

8.   Prows CA, **Hopkin RJ**: Prader Willi and Angelman syndromes: exemplars of non-traditional
     modes of inheritance. *J Perinat and Neonatal Nurs*, 1999; 13:76-89 PMID: 10818855

9.   **Hopkin RJ**, Schorry EK, Bofinger M, Saal HM: Increased need for medical interventions in
     infants with velocardiofacial (deletion 22q11) syndrome. *J Pediatr*, 2000; 137:247-249
     PMID: 10931419

HOPKIN, ROBERT J

10.     Stanek J, de Courten-Meyers G, Spaulding AG, Strub W, **Hopkin RJ**. Case of complex craniofacial anomalies, bilateral nasal proboscides, palatal pituitary, upper limbs reduction, and amnion rupture sequence: disorganization phenotype? *Pediatr and Devl Pathol* 2001; 4:192-202 PMID: 11178637

11.     King JL, Naber JM, **Hopkin RJ**, Repaske DR, Bailey L, Leslie ND. Antenatal corticosteroids and newborn screening for congenital adrenal hyperplasia. *Arch Pediatr Adolesc Med* 2001; 155: 1038-1042 PMID: 11529806

12.     Steiner RD, Dignan PSJ, **Hopkin RJ**, Kozielski R, Bove KE. Combination of diaphragmatic eventration and microphthalmia/anophthalmia is probably nonrandom. *Am J Med Genet* 2002; 108:45-50 PMID: 11857549

13.     Howell KA, Huelsman KM, Everett JN, **Hopkin RJ**. Breast cancer genetics education for college women: an evaluation of approaches. *J Cancer Educ* 2002; 17: 74-77 PMID: 12092856

14.     Tinkle BT, Walker ME, Blough-Pfau RI, Saal HM, **Hopkin RJ**. Unexpected survival in a prenatally diagnosed case of non-mosaic trisomy 22: case report and review of the natural history.  *Am J Med Genet* 2003; 118: 90-95 PMID: 12605450

15.     Tinkle BT, Christianson CA, Schorry EK, Webb T, **Hopkin RJ**. Long-term survival in a patient with del(18)(q12.2q21.1). *Am J Med Genet.* 2003; 119:66-70 PMID: 12707962

16.     **Hopkin RJ**, Bissler J, Grabowski GA. Comparative evaluation of alpha-galactosidase A infusions for treatment of Fabry disease. *Genet Med.* 2003; 5:144-53 PMID: 12792421

17.     Zhao HQ, Rope AF, Saal HM, Blough-Pfau, RI, **Hopkin RJ**. Upper airway malformation associated with partial trisomy 11q. *Am J Med Genet.* 2003; 120:331-7 PMID: 12838551

18.     Madden C, Halsted MJ, **Hopkin RJ**, Choo DI, Benton C, Greinwald JH Jr. Temporal bone abnormalities associated with hearing loss in Waardenburg syndrome. *Laryngoscope.* 2003; 113:2035-41 PMID: 14603070

19.     Morris CA, Mervis CB, Hobart HH, Gregg RG, Bertrand J, Ensing GJ, Sommer A, Moore CA, **Hopkin RJ**, Spallone PA, Keating MT, Osborne L, Kimberley KW, Stock AD.GTF2I hemizygosity implicated in mental retardation in Williams syndrome: genotype-phenotype analysis of five families with deletions in the Williams syndrome region. *Am J Med Genet.* 2003; 123A(1):45-59 PMID: 14556246

20.     Grabowski GA, **Hopkin RJ**. Enzyme therapy for lysosomal storage disease: principles, practice, and prospects.  *Annu Rev Genomics Hum Genet.* 2003; 4:403-36 PMID: 14527307

21.     Rosen P, **Hopkin RJ**, Glass DN, Graham TB.  Another patient with chromosome 18 deletion syndrome and juvenile rheumatoid arthritis. *J Rheumatol.* 2004; 31(5):998-1000 PMID: 15124264

HOPKIN, ROBERT J

22.   Miyamoto RC, Cotton RT, Rope AF, **Hopkin RJ**, Cohen AP, Shott SR, Rutter MJ. Association of anterior glottic webs with velocardiofacial syndrome (chromosome 22q11.2 deletion).*Otolaryngol Head Neck Surg*. 2004; 130(4):415-7 PMID: 15100636

23.   Shackleton C, Marcos J, Malunowicz EM, Szarras-Czapnik M, Jira P, Taylor NF, Murphy N, Crushell E, Gottschalk M, Hauffa B, Cragun DL, **Hopkin RJ**, Adachi M, Arlt W. Biochemical diagnosis of Antley-Bixler syndrome by steroid analysis. *Am J Med Genet*. 2004; 128A:223-31 PMID: 15216541

24.   Cragun DL, Trumpy SK, Shackleton CH, Kelly RI, Leslie ND, Mulrooney NP, **Hopkin R**J. Undetectable maternal serum uE3 and postnatal abnormal sterol and steroid metabolism in Antley-Bixler syndrome. *Am J Med Genet*. 2004; 129A:1-7 PMID: 15266606

25.   Sebold CD, Lovell A, **Hopkin R**, Noll R, Schorry E.  Perception of disease severity in adolescents diagnosed with neurofibromatosis type 1.  *J Adolesc Health* 2004; 35(4): 297-302 PMID: 15450543

26.   Prows CA, Hetteberg C, **Hopkin RJ**, Latta KK, Powers SM. Development of a web-based genetics institute for a nursing audience. The *J Contin Educ Nurs*. 2004; 35(5):223-231 PMID: 15481403

27.   Tang Y, Schapiro MB, Franz DN, Patterson BJ, Hickey FJ, Schorry EK, **Hopkin RJ**, Wylie M, Narayan T, Glauser TA, Gilbert DL, Hershey AD, Sharp FR. Blood expression profiles for tuberous sclerosis complex 2, neurofibromatosis type 1, and Down's syndrome. *Ann Neurol*. 2004; 56(6):808-14 PMID: 15562430

28.   Tang Y, Lu A, Ran R, Aronow BJ, Schorry EK, **Hopkin RJ**, Gilbert DL, Glauser TA, Hershey AD, Richtand NW, Privitera M, Dalvi A, Sahay A, Szaflarski JP, Ficker DM, Ratner N, Sharp FR. Human blood genomics: distinct profiles for gender, age and neurofibromatosis type 1. *Brain Res Mol Brain Res*. 2004; 132(2):155-67 PMID: 15582155

29.   Shooner KA, Rope AF, **Hopkin RJ**, Andelfinger GU, Benson DW. Genetic analyses in two extended families with deletion 22q11 syndrome: importance of extracardiac manifestations. *J Pediatr*. 2005; 146(3):382-7 PMID: 15756225

30.   White DR, Giambra BK, **Hopkin RJ**, Daines CL, Rutter MJ. Aspiration in children with CHARGE syndrome. *Int J Pediatr Otorhinolaryngol*. 2005; 69(9):1205-9 PMID: 15890414

31.   Cunningham ML, Seto ML, Hing AV, Bull MJ, **Hopkin RJ**, Leppig KA. Cleidocranial dysplasia with severe parietal bone dysplasia: C-terminal RUNX2 mutations. *Birth Defects Res A Clin Mol Teratol*. 2006; 76(2):78-85 PMID: 16463420

32.   Burrow TA, Hopkin RJ, Bove KE, Miles L, Wong BL, Choudhary A, Bali D, Li SC, Chen YT.  Non-lethal congenital hypotonia due to glycogen storage disease type IV. Am J Med Genet A. 2006; 140:878-82 PMID: 16528737

HOPKIN, ROBERT J

33. Street NJ, Yi MS, Bailey LA, **Hopkin RJ**. Comparison of health-related quality of life between heterozygous women with Fabry disease, a healthy control population, and patients with other chronic disease. *Genet Med*. 2006; 8: 346-353 PMID: 16778596

34. Eng CM, Germain DP, Banikazemi M, Warnock DG, Wanner C, Hopkin RJ, Bultas J, Lee P, Sims K, Brodie SE, Pastores GM, Strotmann JM, Wilcox WR. Fabry disease: Guidelines for the evaluation and management of multi-organ system involvement. Genet Med. 2006; 8: 539-548 PMID: 16980809

35. Kishnani PS, Corzo D, Nicolino M, Byrne B, Mandel H, Hwu WL, Leslie N, Levine J, Spencer C, McDonald M, Li J, Dumontier J, Halberthal M, Chien YH, **Hopkin R**, Vijayaraghavan S, Gruskin D, Bartholomew D, der Ploeg AV, Clancy JP, Parini R, Morin G, Beck M, De la Gastine GS, Jokic M, Thurberg B, Richards S, Bali D, Davison M, Worden MA, Chen YT, Wraith JE. Recombinant human acid [alpha]-glucosidase: major clinical benefits in infantile-onset Pompe disease. *Neurology*; 2007; 68(2):99-109 PMID: 17151339

36. Multhaupt-Buell TJ, Lovell A, Mills L, Stanford KE, **Hopkin RJ**. Genetic service providers' practices and attitudes regarding adolescent genetic testing for carrier status. *Genet Med*.; 2007; 9(2):101-107 PMID: 17304051

37. Zarate YA, Kogan JM, Schorry EK, Smolarek TA, **Hopkin RJ**. A new case of de novo 11q duplication in a patient with normal development and intelligence and review of the literature. *Am J Med Genet* A.; 2007; 143(3):265-70 PMID: 17219392

38. Sutherell J, Zarate Y, Tinkle BT, Markham LW, Cripe LH, Hyland JC, Witte D, **Hopkin RJ**, Hinton RB. Novel Fibrillin 1 Mutation in a Case of Neonatal Marfan Syndrome: The Increasing Importance of Early Recognition. *Congenit Heart Dis*. 2007; 2:342-346  PMID: 18377451

39. Wilcox WR, Oliveira JP, **Hopkin RJ**, Ortiz A, Banikazemi M, Feldt-Rasmussen U, Sims K, Waldek S, Pastores GM, Lee P, Eng CM, Marodi L, Stanford KE, Breunig F, Wanner C, Warnock DG, Lemay RM, Germain DP. Females with Fabry disease frequently have major organ involvement: Lessons from the Fabry Registry. *Mol Genet Metab* 2008; 93(2):112-28PMID: 18037317

40. Moretti P, Peters SU, Del Gaudio D, Sahoo T, Hyland K, Bottiglieri T, **Hopkin RJ**, Peach E, Min SH, Goldman D, Roa B, Bacino CA, Scaglia F. Brief Report: Autistic Symptoms, Developmental Regression, Mental Retardation, Epilepsy, and Dyskinesias in CNS Folate Deficiency. *J Autism Dev Disord* 2008; 38:1170-1177 PMID: 18027081

41. Hopkin RJ, Bissler J, Banikazemi M, Clarke L, Eng CM, Germain DP, Lemay R, Tylki-Szymanska A, Wilcox WR. Characterization of Fabry Disease in 352 Pediatric Patients in the Fabry Registry. Pediatr Res. 2008; 64:550-5 PMID: 18596579

HOPKIN, ROBERT J

42.    Guimareas CV Linam LE, Kline-Fath BM, Donnelly LF, Calvalo-Garcia MA, Rubio EI, Livingston  JC, **Hopkin RJ**, Peach E, Lim FY, Crombleholme TM. Prenatal MRI findings of fetuses with congenital high airway obstruction sequence. *Korean J. Radiol*. 2009; 10:129-134 PMID: 19270858

43.    Zarate YA, Pacheco MC, Bove KE, Gorlin R, Zhao H, **Hopkin RJ**. Phenotypic and microscopic description of a new case of Ermine phenotype. *Am J Med Genet A* 2009; 149A:1253-6 PMID: 19449401

44.    Kenny AP, Crimmins NA, Mackay DJ, **Hopkin RJ**, Bove KE, Leonis MA. Concurrent Course of Transient Neonatal Diabetes with Cholestasis and Paucity of Interlobular Bile Ducts: A Case Report. Pediatr *Dev Pathol*. 2009; 26:1 PMID: 19469585

45.    Burrow TA, Saal HM, de Alarcon A, Martin LJ, Cotton RT, **Hopkin RJ**.  Characterization of congenital anomalies in individuals with choanal atresia. *Arch Otolaryngol Head Neck Surg. 2009;* 135(6):543-7 PMID: 19528400

46.    Zarate YA, **Hopkin RJ**. Twin-twin transfusion resulting in fetal cell contamination in Beckwith-Wiedemann syndrome. *Am J Med Genet A.* 2009; 149A:1569-7 PMID: 19533777

47.    Rope AF, Cragun DL, Saal HM, **Hopkin RJ**. DiGeorge Anomaly in the Absence of Chromosome 22q11.2 Deletion. *J Pediatr. 2009;* 155:560-5 PMID: 19595366

48.    Zarate YA, Mena R, Martin LJ, Steele P, Tinkle BT, **Hopkin R**J. Experience with hemihyperplasia and Beckwith–Wiedemann syndrome surveillance protocol. *Am J Med Genet Part* A 2009; 149A:1691–1697  PMID: 19610116

49.    Morris LM, Lim FY, Elluru RG, **Hopkin RJ**, Jaekle RK, Polzin WJ, Crombleholme TM. Severe Micrognathia: Indications for EXIT-to-Airway. *Fetal Diagn Ther*. 2009; 26:162-6 PMID: 19776546

50.    Zarate YA, Patterson L, Yin H, **Hopkin RJ**. A case of minimal change disease in a fabry patient. *Pediatr Nephrol*. 2010; 25(3):553-6 PMID: 19876652

51.    Zarate YA, Martin LJ, **Hopkin RJ**, Bender PL, Zhang X, Saal HM. Evaluation of growth in patients with isolated cleft lip and/ or cleft palate.  *Pediatrics*. 2010; 125:e543-9 PMID: 20142284

52.    Diggle CP, Carr IM, Zitt E, Wusik K, **Hopkin RJ**, Prada CE**,** Calabrese O, Rittinger O, Punaro MG, Markham AF, Bonthron DT. Common and recurrent HPGD mutations in Caucasian individuals with primary hypertrophic osteoarthropathy. *Rheumatology*; 2010; 49(6):1056-62 PMID: 20299379

53.    Burrow TA, Bailey LA, Kinnett DG, **Hopkin RJ**. Acute progression of neuromuscular findings in infantile Pompe disease. *Pediatr Neurol.*; 2010; 42(6):455-8 PMID: 20472203

2/19/25

54. Johnston JJ, Sapp JC, Turner JT, Amor D, Aftimos S, Aleck KA, Bocian M, Bodurtha JN, Cox GF, Curry CJ, Day R, Donnai D, Field M, Fujiwara I, Gabbett M, Gal M, Graham JM, Hedera P, Hennekam RC, Hersh JH, **Hopkin RJ**, Kayserili H, Kidd AM, Kimonis V, Lin AE, Lynch SA, Maisenbacher M, Mansour S, McGaughran J, Mehta L, Murphy H, Raygada M, Robin NH, Rope AF, Rosenbaum KN, Schaefer GB, Shealy A, Smith W, Soller M, Sommer A, Stalker HJ, Steiner B, Stephan MJ, Tilstra D, Tomkins S, Trapane P, Tsai AC, Van Allen MI, Vasudevan PC, Zabel B, Zunich J, Black GC, Biesecker LG. Molecular analysis expands the spectrum of phenotypes associated with GLI3 mutations. *Hum Mutat*. 2010; 31(10):1142-54 PMID: 20672375

55. Watt T, Burlina AP, Cazzorla C, Schönfeld D, Banikazemi M, **Hopkin RJ**, Martins AM, Sims K, Beitner-Johnson D, O'Brien F, Feldt-Rasmussen U. Agalsidase beta treatment is ]associated with improved quality of life in patients with Fabry disease: findings from the Fabry Registry. *Genet Med*.; 2010; 12(11):703-12 PMID: 20885332

56. Tenney JR, **Hopkin RJ**, Schapiro MB. Deletion of 14-3-3{varepsilon} and CRK: a clinical syndrome with macrocephaly, developmental delay, and generalized epilepsy. *J Child Neurol*.; 2011; 26(2):223-7PMID: 20833799

57. Prada CE, Zarate YA, Hagenbuch S, Lovell A, Schorry EK, **Hopkin RJ**. Lethal presentation of neurofibromatosis and Noonan syndrome. *Am J Med Genet* A. 2011; 155(6):1360-6 PMID: 21567923

58. Sellars EA, Zimmerman SL, Smolarek T, **Hopkin RJ**. Ventricular noncompaction and absent thumbs in a newborn with tetrasomy 5q35.2-5q35.3: An association with Hunter-McAlpine syndrome? *Am J Med Genet* A. 2011; 155(6):1409-13 PMID: 21567924

59. Lynch J, Parrott A, **Hopkin RJ**, Myers M. Media Coverage of Direct-to-Consumer Genetic Testing. *J Genet Couns*. 2011; 20(5):486-94PMID: 21638197

60. Prada CE, Sellars EA, Spaeth CG, Kline-Fath BM, Crombleholme TM, **Hopkin RJ**. Severe cervical scoliosis in the fetus. *Prenat Diagn*. 2011; 31(12):1198-202 PMID: 21996156

61. Krone N, Reisch N, Idkowiak J, Dhir V, Ivison HE, Hughes BA, Rose IT, O'Neil DM, Vijzelaar R, Smith MJ, Macdonald F, Cole TR, Adolphs N, Barton JS, Blair EM, Braddock SR, Collins F, Cragun DL, Dattani MT, Day R, Dougan S, Feist M, Gottschalk ME, Gregory JW, Haim M, Harrison R, Olney AH, Hauffa BP, Hindmarsh PC, **Hopkin RJ**, Jira PE, Kempers M, Kerstens MN, Khalifa MM, Köhler B, Maiter D, Nielsen S, O'Riordan SM, Roth CL, Shane KP, Silink M, Stikkelbroeck NM, Sweeney E, Szarras-Czapnik M, Waterson JR, Williamson L, Hartmann MF, Taylor NF, Wudy SA, Malunowicz EM, Shackleton CH, Arlt W. Genotype-Phenotype Analysis in Congenital Adrenal Hyperplasia due to P450 Oxidoreductase Deficiency. *J Clin Endocrinol Metab*. 2012; 97(2):E257-67PMID: 22162478

62. Prada CE, Zarate YA, **Hopkin RJ**.  Genetic causes of macroglossia: diagnostic approach. *Pediatrics*. 2012; 129(2):e431-7 PMID: 22250026

HOPKIN, ROBERT J

63.    Miller EM, **Hopkin R**, Bao L, Ware SM. Implications for genotype-phenotype predictions in
       Townes-Brocks syndrome: Case report of a novel SALL1 deletion and review of the
       literature. *Am J Med Genet* A. 2012; 158A(3):533-40 PMID: 22308078

64.    Prada CE, Rangwala FA, Martin LJ, Lovell AM, Saal HM, Schorry EK, **Hopkin RJ**.
       Pediatric Plexiform Neurofibromas: Impact on Morbidity and Mortality in Neurofibromatosis
       Type 1. *J Pediatr*. 2012; 160(3):461-7 PMID: 21996156

65.    Patek KJ, Kline-Fath BM, **Hopkin RJ**, Pilipenko VV, Crombleholme TM, Spaeth CG.
       Posterior fossa anomalies diagnosed with fetal MRI: Associated anomalies and
       neurodevelopmental outcomes. *Prenat Diagn*. 2012; 32(1):75-82 PMID: 22367673

66.    George-Abraham JK, Zimmerman SL, Hinton RB, Marino BS, Witte DP, **Hopkin RJ**.
       Tetrasomy 15q25.2 → qter identified with SNP microarray in a patient with multiple
       anomalies including complex cardiovascular malformation. *Am J Med Genet* A. 2012;
       158A(8):1971-6. PMID: 22711292

67.    Prada CE, Kaul A, **Hopkin RJ**, Page KI, Nathan JD, Bartholomew DW, Cohen MB, Heubi
       JE, Leslie ND, Burrow TA. Recurrent pancreatitis in ornithine transcarbamylase deficiency.
       *Mol Genet Metab*. 2012; 106(4):482-4 PMID: 22728053

68.    van der Ploeg AT, Barohn R, Carlson L, Charrow J, Clemens PR, **Hopkin RJ**, Kishnani PS,
       Laforêt P, Morgan C, Nations S, Pestronk A, Plotkin H, Rosenbloom BE, Sims KB, Tsao E.
       Open-label extension study following the Late-Onset Treatment Study (LOTS) of
       alglucosidase alfa. Mol Genet Metab. 2012; 107(3):456-61 PMID: 23031366

69.    Najafian B, Mauer M, **Hopkin RJ**, Svarstad E. Renal complications of Fabry disease in
       children. Pediatr Nephrol. 2013 May;28(5):679-87 PMID: 22898981

70.    Tenney JR, Prada CE, **Hopkin RJ**, Hallinan BE. Early Spinal Cord and Brainstem
       Involvement in Infantile Leigh Syndrome Possibly Caused by a Novel Variant. J Child
       Neurol. 2013 28(12):1681-5. PMID: 23143729

71.    Kenny AP, Tabangin M, Hall E, Woodrooffe K, Lai W, Meinzen-Derr J , **Hopkin RJ**,
       Greenberg JM. Cincinnati Regional Incidence, Morbidity, and Mortality of Neonatal Foregut
       Defects and High Coincidence with Cardiovascular Malformations. J Neonatal Biol. 2013;
       2(115):2167-0897 (not indexed in Pubmed)

72.    Sellars EA, Wusik K, Weaver KN, **Hopkin RJ**. Variable presentation between a mother and
       a fetus with Goltz syndrome.Prenat Diagn. 2013 13:1-3. PMID: 23943565

73.    George-Abraham JK, Martin LJ, Kalkwarf HJ, Rieley MB, Stevenson DA, Viskochil DH,
       **Hopkin RJ**, Stevens AM, Hanson H, Schorry EK. Fractures in children with
       neurofibromatosis type 1 from two NF clinics. Am J Med Genet A. 2013; 161A:921-6
       PMID: 23529831

74.   Weaver KN, El Hallek M, **Hopkin RJ**, Sund KL, Henrickson M, Del Gaudio D, Yuksel A, Acar GO, Bober MB, Kim J, Boyadjiev SA. Keutel syndrome: Report of two novel MGP mutations and discussion of clinical overlap with arylsulfatase E deficiency and relapsing polychondritis. Am J Med Genet A. 2014;164A(4):1062-1068. PMID: 24458983

75.   Prada CE, Gonzaga-Jauregui C, Tannenbaum R, Penney S, Lupski JR, **Hopkin RJ**, Sutton VR. Clinical utility of whole-exome sequencing in rare diseases: Galactosialidosis. Eur J Med Genet. 2014  24: S1769-7212 PMID: 24769197

76.   Brazil A, Stanford K, Smolarek T, **Hopkin R**. Delineating the phenotype of 1p36 deletion in adolescents and adults. Am J Med Genet A. 2014 164(10):2496-503   PMID: 25044719

77.   Runyan CM, Uribe-Rivera A, Karlea A, Meinzen-Derr J, Rothchild D, Saal H, **Hopkin RJ**, Gordon CB. Cost Analysis of Mandibular Distraction versus Tracheostomy in Neonates with Pierre Robin Sequence. Otolaryngol Head Neck Surg. 2014; 151(5):811-8 PMID: 25052512

78.   Hufnagel SB, Weaver KN, Hufnagel RB, Bader PI, Schorry EK, **Hopkin RJ**. A novel dominant COL11A1 mutation resulting in a severe skeletal dysplasia. Am J Med Genet A. 2014; 164(10):2607-12 PMID:25091507

79.   Weaver KN, Johnson J, Kline-Fath B, Zhang X, Lim FY, Tinkle B, Saal HM, **Hopkin RJ**. Predictive value of fetal lung volume in prenatally diagnosed skeletal dysplasia. Prenat Diagn. 2014; 34(13):1326-31 PMID:25102973

80.   Weaver KN, Wang D, Cnota J, Gardner N, Stabley D, Sol-Church K, Gripp KW, Witte D, Bove KE, **Hopkin RJ**. Early-Lethal Costello syndrome due to rare HRAS tandem base substitution (c.35_36GC>AA; p.G12E) associated pulmonary vascular disease. Pediatr Dev Pathol. 2014 17(6):421-30 PMID: 25133308

81.   Villamizar-Schiller IT, Pabón LA, Hufnagel SB, Serrano NC, Karl G, Jefferies JL, **Hopkin RJ**, Prada CE. Neurological and cardiac responses after treatment with miglustat and a ketogenic diet in a patient with Sandhoff disease.  Eur J Med Genet. 2015 58: 180-3. PMID: 25497207

82.   Laney DA, Peck DS, Atherton AM, Manwaring LP, Christensen KM, Shankar SP, Grange DK, Wilcox WR, H**opkin RJ**. Fabry disease in infancy and early childhood: a systematic literature review. 2015 Genet Med 17:323-30.  PMID: 25232851

83.   Wadley VG, McClure LA, Warnock DG, Lassen-Greene CL, **Hopkin RJ**, Laney DA, Clarke VM, Tamura MK, Howard G, Sims K. Cognitive Function in Adults Aging with Fabry Disease: A Case-Control Feasibility Study Using Telephone-Based Assessments. JIMD Rep. 2015;18:41-50 PMID: 25567791

84.   Gil-Rodríguez MC, Deardorff MA, Ansari M, Tan CA, Parenti I, Baquero-Montoya C, Ousager LB, Puisac B, Hernández-Marcos M, Teresa-Rodrigo ME, Marcos-Alcalde I, Wesselink JJ, Lusa-Bernal S, Bijlsma EK, Braunholz D, Bueno-Martinez I, Clark D, Cooper

NS, Curry CJ, Fisher R, Fryer A, Ganesh J, Gervasini C, Gillessen-Kaesbach G, Guo Y, Hakonarson H, **Hopkin RJ**, Kaur M, Keating BJ, Kibaek M, Kinning E, Kleefstra T, Kline AD, Kuchinskaya E, Larizza L, Li YR, Liu X, Mariani M, Picker JD, Pié Á, Pozojevic J, Queralt E, Richer J, Roeder E, Sinha A, Scott RH, So J, Wusik KA, Wilson L, Zhang J, Gómez-Puertas P, Casale CH, Ström L, Selicorni A, Ramos FJ, Jackson LG, Krantz ID, Das S, Hennekam RC, Kaiser FJ, FitzPatrick DR, Pié J. De novo Heterozygous Mutations in SMC3 Cause a Range of Cornelia De Lange Syndrome-Overlapping Phenotypes. Hum Mutat. 2015 Apr; 36(4):454-62. PMID: 25655089

85.     Wijburg FA, Bénichou B, Bichet DG, Clarke LA, Dostalova G, Fainboim A, Fellgiebel A, Forcelini C, An Haack K, **Hopkin RJ,** Mauer M, Najafian B, Scott CR, Shankar SP, Thurberg BL, Tøndel C, Tylki-Szymańska A, Ramaswami U. Characterization of early disease status in treatment-naive male paediatric patients with fabry disease enrolled in a randomized clinical trial. PLoS One. 2015 May 8;10(5):e0124987. PMID: 25955246

86.     Weaver KN, Watt KE, Hufnagel RB, Navajas Acedo J, Linscott LL, Sund KL, Bender PL, König R, Lourenco CM, Hehr U, **Hopkin RJ**, Lohmann DR, Trainor PA, Wieczorek D, Saal HM. Acrofacial Dysostosis, Cincinnati Type, a Mandibulofacial Dysostosis Syndrome with Limb Anomalies, Is Caused by POLR1A Dysfunction.  Am J Hum Genet. 2015 May 7;96(5):765-74 PMID: 25913037

87.     Gordon CT, Weaver KN, Zechi-Ceide RM, Madsen EC, Tavares AL, Oufadem M, Kurihara Y, Adameyko I, Picard A, Breton S, Pierrot S, Biosse-Duplan M, Voisin N, Masson C, Bole-Feysot C, Nitschké P, Delrue MA, Lacombe D, Guion-Almeida ML, Moura PP, Garib DG, Munnich A, Ernfors P, Hufnagel RB, **Hopkin RJ**, Kurihara H, Saal HM, Weaver DD, Katsanis N, Lyonnet S, Golzio C, Clouthier DE, Amiel J. Mutations in the endothelin receptor type A cause mandibulofacial dysostosis with alopecia. Am J Hum Genet. 2015 Apr 2;96(4):519-31 PMID: 25772936

88.     Prada CE, Hufnagel RB, Hummel TR, Lovell AM, **Hopkin RJ**, Saal HM, Schorry EK. The Use of Magnetic Resonance Imaging Screening for Optic Pathway Gliomas in Children with Neurofibromatosis Type 1. J Pediatr. 2015 Oct;167(4):851-856.e1  Epub 2015 Jul 29  PMID: 26233602

89.     Valencia CA, Husami A, Holle J, Johnson JA, Qian Y, Mathur A, Wei C, Indugula SR, Zou F, Meng H, Wang L, Li X, Fisher R, Tan T, Hogart Begtrup A, Collins K, Wusik KA, Neilson D, Burrow T, Schorry E, **Hopkin R**, Keddache M, Harley JB, Kaufman KM, Zhang K. Clinical Impact and Cost-Effectiveness of Whole Exome Sequencing as a Diagnostic Tool: A Pediatric Center's Experience. Front Pediatr. 2015 3:67  PMID: 26284228

90.     Santoro SL, Martin L, **Hopkin RJ**. Screening for Hematological Disorders in Mosaic Down Syndrome: Parent Report of Experiences. Clin Pediatr (Phila). 2016 55(5):421-7.  PMID: 26084538

91.     Wong D, Tortorelli S, Bishop L, Sellars EA, Schimmenti LA, Gallant N, Prada CE, **Hopkin RJ**, Leslie ND, Berry SA, Rosenblatt DS, Fair AL, Matern D, Raymond K, Oglesbee D,

HOPKIN, ROBERT J

Rinaldo P, Gavrilov D. Outcomes of four patients with homocysteine remethylation disorders detected by newborn screening.  Genet Med. Genet Med. 2016  18(2):162-7  PMID: 25856670

92.    Lindsley AW, Saal HM, Burrow TA, **Hopkin RJ**, Shchelochkov O, Khandelwal P, Xie C, Bleesing J, Filipovich L, Risma K, Assa'ad AH, Roehrs PA, Bernstein JA. Defects of B-cell terminal differentiation in patients with type-1 Kabuki syndrome. J Allergy Clin Immunol. 2016 Jan;137(1):179-187 PMID: 26194542

93.    **Hopkin RJ**, Jefferies JL, Laney DA, Lawson VH, Mauer M, Taylor MR, Wilcox WR Fabry Pediatric Expert Panel. The management and treatment of children with Fabry disease: A United States-based perspective.  Mol Genet Metab. 2016  117(2):104-13  PMID: 26546059

94.    Schuurs-Hoeijmakers JH, Landsverk ML, Foulds N, Kukolich MK, Gavrilova RH, Greville-Heygate S, Hanson-Kahn A, Bernstein JA, Glass J, Chitayat D, Burrow TA, Husami A, Collins K, Wusik K, van der Aa N, Kooy F, Brown KT, Gadzicki D, Kini U, Alvarez S, Fernández-Jaén A, McGehee F, Selby K, Tarailo-Graovac M, Van Allen M, van Karnebeek CD, Stavropoulos DJ, Marshall CR, Merico D, Gregor A, Zweier C, **Hopkin RJ**, Chu YW, Chung BH, de Vries BB, Devriendt K, Hurles ME, Brunner HG; DDD study. Clinical delineation of the PACS1-related syndrome-Report on 19 patients. Am J Med Genet A. 2016 Mar; 170(3):670-5. PMID: 26842493

95.    Hong S, Hu P, Marino J, Hufnagel SB, **Hopkin RJ**, Toromanović A, Richieri-Costa A, Ribeiro-Bicudo LA, Kruszka P, Roessler E, Muenke M. Dominant-negative kinase domain mutations in FGFR1 can explain the clinical severity of Hartsfield syndrome. Hum Mol Genet. 2016 25(10):1912-1922. PMID: 26931467

96.    Santoro SL, Martin LJ, Pleatman SI, **Hopkin RJ**. Stakeholder Buy-In and Physician Education Improve Adherence to Guidelines for Down Syndrome. J Pediatr. 2016 171:262-268.e2. Epub PMID: 26831529

97.    Ortiz A, Abiose A, Bichet DG, Cabrera G, Charrow J, Germain DP, **Hopkin RJ**, Jovanovic A, Linhart A, Maruti SS, Mauer M, Oliveira JP, Patel MR, Politei J, Waldek S, Wanner C, Yoo HW, Warnock DG. Time to treatment benefit for adult patients with Fabry disease receiving agalsidase β: data from the Fabry Registry.
    J Med Genet. 2016 53(7):495-502. Epub 2016 Mar 18. 1. PMID: 26993266

98.    Santoro SL, Esbensen AJ, **Hopkin RJ**, Hendershot L, Hickey F, Patterson B. Contributions to Racial Disparity in Mortality among Children with Down Syndrome. J Pediatr. 2016 Jul; 174:240-246.e1. PMID: 26993266

99.    Hufnagel SB, Martin LJ, Cassedy A, **Hopkin RJ**, Antommaria AH. Adolescents' preferences regarding disclosure of incidental findings in genomic sequencing that are not medically actionable in childhood. Am J Med Genet A. 2016 170(8):2083-8 PMID: 27149544

HOPKIN, ROBERT J

100. Twigg SR, Hufnagel RB, Miller KA, Zhou Y, McGowan SJ, Taylor J, Craft J, Taylor JC, Santoro SL, Huang T, **Hopkin RJ**, Brady AF, Clayton-Smith J, Clericuzio CL, Grange DK, Groesser L, Hafner C, Horn D, Temple IK, Dobyns WB, Curry CJ, Jones MC, Wilkie AO. A Recurrent Mosaic Mutation in SMO, Encoding the Hedgehog Signal Transducer Smoothened, Is the Major Cause of Curry-Jones Syndrome. Am J Hum Genet. 2016 98(6):1256-65. PMID: 27236920

101. **Hopkin RJ**, Cabrera G, Charrow J, Lemay R, Martins AM, Mauer M, Ortiz A, Patel MR, Sims K, Waldek S, Warnock DG, Wilcox WR. Risk factors for severe clinical events in male and female patients with Fabry disease treated with agalsidase beta enzyme replacement therapy: Data from the Fabry Registry.Mol Genet Metab. 2016 119(1-2):151-9. PMID: 27510433

102. Silva-Gburek J, Rochford L, **Hopkin R**, Jefferies JL. Ventricular Tachycardia in Fabry Disease Detected in a 50-Year-Old Woman during 14-Day Continuous Cardiac Monitoring. Tex Heart Inst J. 2016 43(6):531-533. PMID: 28100976

103. Santoro SL, Yin H, **Hopkin RJ**. Adherence to Symptom-Based Care Guidelines for Down Syndrome. Clin Pediatr (Phila). 2017 56(2):150-156. PMID: 27260508

104. Redin C, Brand H, Collins RL, Kammin T, Mitchell E, Hodge JC, Hanscom C, Pillalamarri V, Seabra CM, Abbott MA, Abdul-Rahman OA, Aberg E, Adley R, Alcaraz-Estrada SL, Alkuraya FS, An Y, Anderson MA, Antolik C, Anyane-Yeboa K, Atkin JF, Bartell T, Bernstein JA, Beyer E, Blumenthal I, Bongers EM, Brilstra EH, Brown CW, Brüggenwirth HT, Callewaert B, Chiang C, Corning K, Cox H, Cuppen E, Currall BB, Cushing T, David D, Deardorff MA, Dheedene A, D'Hooghe M, de Vries BB, Earl DL, Ferguson HL, Fisher H, FitzPatrick DR, Gerrol P, Giachino D, Glessner JT, Gliem T, Grady M, Graham BH, Griffis C, Gripp KW, Gropman AL, Hanson-Kahn A, Harris DJ, Hayden MA, Hill R, Hochstenbach R, Hoffman JD, **Hopkin RJ**, Hubshman MW, Innes AM, Irons M, Irving M, Jacobsen JC, Janssens S, Jewett T, Johnson JP, Jongmans MC, Kahler SG, Koolen DA, Korzelius J, Kroisel PM, Lacassie Y, Lawless W, Lemyre E, Leppig K, Levin AV, Li H, Li H, Liao EC, Lim C, Lose EJ, Lucente D, Macera MJ, Manavalan P, Mandrile G, Marcelis CL, Margolin L, Mason T, Masser-Frye D, McClellan MW, Mendoza CJ, Menten B, Middelkamp S, Mikami LR, Moe E, Mohammed S, Mononen T, Mortenson ME, Moya G, Nieuwint AW, Ordulu Z, Parkash S, Pauker SP, Pereira S, Perrin D, Phelan K, Aguilar RE, Poddighe PJ, Pregno G, Raskin S, Reis L, Rhead W, Rita D, Renkens I, Roelens F, Ruliera J, Rump P, Schilit SL, Shaheen R, Sparkes R, Spiegel E, Stevens B, Stone MR, Tagoe J, Thakuria JV, van Bon BW, van de Kamp J, van Der Burgt I, van Essen T, van Ravenswaaij-Arts CM, van Roosmalen MJ, Vergult S, Volker-Touw CM, Warburton DP, Waterman MJ, Wiley S, Wilson A, Yerena-de Vega MC, Zori RT, Levy B, Brunner HG, de Leeuw N, Kloosterman WP, Thorland EC, Morton CC, Gusella JF, Talkowski ME. The genomic landscape of balanced cytogenetic abnormalities associated with human congenital anomalies. Nat Genet. 2017 49(1):36-45 PMID: 27841880

105. Lombardo RC, Kramer E, Cnota JF, Sawnani H, **Hopkin RJ**. Variable phenotype in a novel mutation in PHOX2B. Am J Med Genet A. 2017 173(6):1705-1709 PMID: 28422456

2/19/25

HOPKIN, ROBERT J

106. Wilcox WR, Feldt-Rasmussen U, Martins AM, Ortiz A, Lemay RM, Jovanovic A, Germain DP, Varas C, Nicholls K, Weidemann F, **Hopkin RJ**. Improvement of Fabry Disease-Related Gastrointestinal Symptoms in a Significant Proportion of Female Patients Treated with Agalsidase Beta: Data from the Fabry Registry. JIMD Rep. 2018;38:45-51 PMID: 28510034

107. Lombardo RC, **Hopkin R**, Abu-El-Haija M. Imapct of Genetic Testing in the Diagnosis and Management of Sucrase-Isomaltase Deficiency. Scientific Pages Gastroenterol 1:30-33. 2017 (not indexed in Pubmed)

108. Wilson HC, **Hopkin RJ**, Madueme PC, Czosek RJ, Bailey LA, Taylor MD, Jefferies JL. Arrhythmia and Clinical Cardiac Findings in Children with Anderson-Fabry Disease. Am J Cardiol. 2017 120(2):251-255  PMID: 28550929

109. Shaheen R, Sebai MA, Patel N, Ewida N, Kurdi W, Altweijri I, Sogaty S, Almardawi E, Seidahmed MZ, Alnemri A, Madirevula S, Ibrahim N, Abdulwahab F, Hashem M, Al-Sheddi T, Alomar R, Alobeid E, Sallout B, AlBaqawi B, AlAali W, Ajaji N, Lesmana H, **Hopkin RJ**, Dupuis L, Mendoza-Londono R, Al Rukban H, Yoon G, Faqeih E, Alkuraya FS. The genetic landscape of familial congenital hydrocephalus. Ann Neurol. 2017; 81(6):890-897. PMID: 28556411

110. Nagaraj UD, **Hopkin R**, Schapiro M, Kline-Fath B. Prenatal and postnatal evaluation of polymicrogyria with band heterotopia. Radiol Case Rep. 2017 27; 12(3):602-605. PMID: 28828134

111. Eppley S, **Hopkin RJ**, Mendelsohn B, Slavotinek AM. Clinical Report: Warsaw Breakage Syndrome with small radii and fibulae. Am J Med Genet A. 2017 173(11):3075-3081. PMID: 28960803

112. Powell AW, Taylor MD, Burrow TA, **Hopkin RJ**, Prada CE, Jefferies JL. Widespread Vasculopathy in a Patient with Morquio A Syndrome. Tex Heart Inst J. 2017 19; 44(6):420-423. PMID: 29276444

113. Powell AW, Taylor MD, **Hopkin RJ**, Sublett J, Jefferies JL. Left ventricular dysfunction in a patient with Angelman syndrome. Clin Dysmorphol. 2018 PMID: 28877039

114. Lesmana H, Dyer L, Li X, Denton J, Griffiths J, Chonat S, Seu KG, Heeney MM, Zhang K, **Hopkin RJ**, Kalfa TA. Alu element insertion in PKLR gene as a novel cause of pyruvate kinase deficiency in Middle Eastern patients. Hum Mutat. 2018 39(3):389-393 PMID: 29288557

115. Ortiz A, Germain DP, Desnick RJ, Politei J, Mauer M, Burlina A, Eng C, **Hopkin RJ**, Laney D, Linhart A, Waldek S, Wallace E, Weidemann F, Wilcox WR. Fabry disease revisited: Management and treatment recommendations for adult patients. Mol Genet Metab. 123(4):416-427. Epub 2018  PMID: 29530533

2/19/25

116.    Lombardo RC, Porollo A, Cnota JF, **Hopkin RJ**. Congenital heart disease and aortic arch variants associated with mutation in PHOX2B. Genet Med. 2018 20(12):1538-1543 PMID: 29543228

117.    Snijders Blok L, Hiatt SM, Bowling KM, Prokop JW, Engel KL, Cochran JN, Bebin EM, Bijlsma EK, Ruivenkamp CAL, Terhal P, Simon MEH, Smith R, Hurst JA; DDD study, McLaughlin H, Person R, Crunk A, Wangler MF, Streff H, Symonds JD, Zuberi SM, Elliott KS, Sanders VR, Masunga A, **Hopkin RJ**, Dubbs HA, Ortiz-Gonzalez XR, Pfundt R, Brunner HG, Fisher SE, Kleefstra T, Cooper GMDe novo mutations in MED13, a component of the Mediator complex, are associated with a novel neurodevelopmental disorder. Hum Genet. 2018. 137(5):375-388 PMID: 29740699

118.    Wilson HC, Ambach S, Madueme PC, Khoury PR, **Hopkin RJ**, Jefferies JL. Comparison of Native T1, Strain, and Traditional Measures of Cardiovascular Structure and Function by Cardiac Magnetic Resonance Imaging in Patients With Anderson-Fabry Disease. Am J Cardiol. 122(6):1074-1078. Epub 2018 PMID: 30075896

119.    Powell AW, Jefferies JL, **Hopkin RJ**, Mays WA, Goa Z, Chin C. Cardiopulmonary fitness assessment on maximal and submaximal exercise testing in patients with Fabry disease. Am J Med Genet A. 176(9):1852-1857 Epub 2018. PMID: 30178908

120.    Stevens CA, Hogue JS, **Hopkin RJ**, Lombardo RC, Schrier Vergano SA. Congenital lumbar hernia-A feature of diabetic embryopathy? Am J Med Genet A.  176(11):2243-2249.  Epub 2018  PMID: 30276953

121.    Lesmana H, Vawter Lee M, Hosseini SA, Burrow TA, Hallinan B, Bove K, Schapiro M, **Hopkin RJ**. CNTNAP1-Related Congenital Hypomyelinating Neuropathy Pediatr Neurol. 2019 Apr;93:43-49. PMID: 30686628

122.    Grand K, Gonzalez-Gandolfi C, Ackermann AM, Aljeaid D, Bedoukian E, Bird LM, De Leon DD, Diaz J, **Hopkin RJ**, Kadakia SP, Keena B, Klein KO, Krantz I, Leon E, Lord K, McDougall C, Medne L, Skraban CM, Stanley CA, Tarpinian J, Zackai E, Deardorff MA, Kalish JM. Hyperinsulinemic hypoglycemia in seven patients with de novo NSD1 mutations. Am J Med Genet A. 2019 179(4):542-551 PMID: 30719864

123.    Aljeaid D, Lombardo RC, Witte DP, **Hopkin RJ**. A novel pathogenic variant in OFD1 results in X-linked Joubert syndrome with orofaciodigital features and pituitary aplasia. Am J Med Genet A. 2019. 179(6):1010-1014 PMID: 30895720

124.    Russell BE, Whaley KG, Bove KE, Labilloy A, Lombardo RC, **Hopkin RJ**, Leslie ND, Prada C, Assouline Z, Barcia G, Bouchereau J, Chomton M, Debray D, Dorboz I, Durand P, Gaignard P, Habes D, Jardel C, Labarthe F, Lévy J, Lombès A, Mehler-Jacob C, Melki J, Menvielle L, Munnich A, Mussini C, Pichard S, Rio M, Rötig A, Sissaoui S, Slama A, Miethke AG, Schiff M. Expanding and Underscoring the Hepato-Encephalopathic Phenotype of QIL1/MIC13. Hepatology. 2019. 70(3):1066-1070 PMID: 30912852

HOPKIN, ROBERT J

125. Schulze KV, Szafranski P, Lesmana H, **Hopkin RJ**, Hamvas A, Wambach JA, Shinawi M,
Zapata G, Carvalho CMB, Liu Q, Karolak JA, Lupski JR, Hanchard NA, Stankiewicz P.
Novel parent-of-origin-specific differentially methylated loci on chromosome 16. Clin
Epigenetics. 2019 Apr 8;11(1):60. PMID: 30961659

126. Ramaswami U, Bichet DG, Clarke LA, Dostalova G, Fainboim A, Fellgiebel A, Forcelini
CM, An Haack K, **Hopkin RJ**, Mauer M, Najafian B, Scott CR, Shankar SP, Thurberg BL,
Tøndel C, Tylki-Szymanska A, Bénichou B, Wijburg FA. Low-dose agalsidase beta
treatment in male pediatric patients with Fabry disease: A 5-year randomized controlled trial.
Mol Genet Metab. 2019 May;127(1):86-94. Epub 2019 PMID: 30987917

127. Campion M, Goldgar C, **Hopkin RJ**, Prows CA, Dasgupta S. Genomic education for the
next generation of health-care providers. Genet Med. 2019 21(11):2422-2430 Review.
PMID: 31110330

128. Lukacs M, Gilley J, Zhu Y, Orsomando G, Angeletti C, Liu J, Yang X, Park J, **Hopkin RJ**,
Coleman MP, Zhai RG, Stottmann RW. Severe biallelic loss-of-function mutations in
nicotinamide mononucleotide adenylyltransferase 2 (NMNAT2) in two fetuses with fetal
akinesia deformation sequence. Exp Neurol. 2019 320:112961 PMID: 31136762

129. Arroyo MS, **Hopkin RJ**, Nagaraj UD, Kline-Fath B, Venkatesan C. Fetal brain MRI findings
and neonatal outcome of common diagnosis at a tertiary care center. J Perinatol. 2019
39(8):1072-1077 PMID: 31213636

130. Konrad EDH, Nardini N, Caliebe A, Nagel I, Young D, Horvath G, Santoro SL, Shuss C,
Ziegler A, Bonneau D, Kempers M, Pfundt R, Legius E, Bouman A, Stuurman KE, Õunap
K, Pajusalu S, Wojcik MH, Vasileiou G, Le Guyader G, Schnelle HM, Berland S,
Zonneveld-Huijssoon E, Kersten S, Gupta A, Blackburn PR, Ellingson MS, Ferber MJ,
Dhamija R, Klee EW, McEntagart M, Lichtenbelt KD, Kenney A, Vergano SA, Abou Jamra
R, Platzer K, Ella Pierpont M, Khattar D, **Hopkin RJ**, Martin RJ, Jongmans MCJ, Chang
VY, Martinez-Agosto JA, Kuismin O, Kurki MI, Pietiläinen O, Palotie A, Maarup TJ,
Johnson DS, Venborg Pedersen K, Laulund LW, Lynch SA, Blyth M, Prescott K, Canham N,
Ibitoye R, Brilstra EH, Shinawi M, Fassi E; DDD Study, Sticht H, Gregor A, Van Esch H,
Zweier C. CTCF variants in 39 individuals with a variable neurodevelopmental disorder
broaden the mutational and clinical spectrum. Genet Med. 2019. 21(12):2723-2733 PMID:
3123956

131. Nagaraj UD, Moudgal R, **Hopkin RJ**, Venkatesan C, Kline-Fath BM. Prenatal evaluation of
the Sakoda complex.  Pediatr Radiol. 2019 49(13):1843-1847 PMID: 31384970

132. Aldinger KA, Timms AE, Thomson Z, Mirzaa GM, Bennett JT,  Rosenberg AB, Roco CM,
Hirano M, Abidi F, Haldipur P, Cheng CV, Collins S, Park K,  Zeiger J, Overmann LM,
Alkuraya FS, Biesecker LG,  Braddock SR, Cathey S, Cho MT, Chung BHY, Everman DB,
Zarate YA, Jones JR, Schwartz CE, Goldstein A, **Hopkin RJ**, Krantz ID, Ladda RL, Leppig

HOPKIN, ROBERT J

KA, McGillivray BC, Sell S, Wusik K, Gleeson JG, Nickerson DA, Bamshad MJ, Gerrelli D, Lisgo SN, Georg Seelig G, Ishak GE, Barkovich AJ, Curry CJ, Glass IA, Millen KJ, Doherty D, and. Dobyns WB. Redefining the Etiologic Landscape of Cerebellar Malformations. AJHG 105: 606-615 2019 PMID:

133. Russell BE, Rigueur D, Weaver KN, Sund K, Basil JS, Hufnagel RB, Prows CA, Oestreich A, Al-Gazali L, **Hopkin RJ**, Saal HM, Lyons K, Dauber A. Homozygous missense variant in BMPR1A resulting in BMP signaling disruption and syndromic features. Mol Genet Genomic Med. 2019. 7(11):e969 PMID: 31493347

134. Magini P, Smits DJ, Vandervore L, Schot R, Columbaro M, Kasteleijn E, van der Ent M, Palombo F, Lequin MH, Dremmen M, de Wit MCY, Severino M, Divizia MT, Striano P, Ordonez-Herrera N, Alhashem A, Al Fares A, Al Ghamdi M, Rolfs A, Bauer P, Demmers J, Verheijen FW, Wilke M, van Slegtenhorst M, van der Spek PJ, Seri M, Jansen AC, Stottmann RW, Hufnagel RB, **Hopkin RJ**, Aljeaid D, Wiszniewski W, Gawlinski P, Laure-Kamionowska M, Alkuraya FS, Akleh H, Stanley V, Musaev D, Gleeson JG, Zaki MS, Brunetti-Pierri N, Cappuccio G, Davidov B, Basel-Salmon L, Bazak L, Shahar NR, Avella AB, Mirzaa GM, Dobyns WB, Pippucci T, Fornerod M, Mancini GMS. Loss of SMPD4 Causes a Developmental Disorder Characterized by Microcephaly and Congenital Arthrogryposis. Am J Hum Genet. 2019  Am J Hum Genet. 2019 Oct 3;105(4):689-705. PMID: 31495489

135. Guo H, Li Y, Shen L, Wang T, Jia X, Liu L, Xu T, Ou M, Hoekzema K, Wu H, Gillentine MA, Liu C, Ni H, Peng P, Zhao R, Zhang Y, Phornphutkul C, Stegmann APA, Prada CE, **Hopkin RJ**, Shieh JT, McWalter K, Monaghan KG, van Hasselt PM, van Gassen K, Bai T, Long M, Han L, Quan Y, Chen M, Zhang Y, Li K, Zhang Q, Tan J, Zhu T, Liu Y, Pang N, Peng J, Scott DA, Lalani SR, Azamian M, Mancini GMS, Adams DJ, Kvarnung M, Lindstrand A, Nordgren A, Pevsner J, Osei-Owusu IA, Romano C, Calabrese G, Galesi O, Gecz J, Haan E, Ranells J, Racobaldo M, Nordenskjold M, Madan-Khetarpal S, Sebastian J, Ball S, Zou X, Zhao J, Hu Z, Xia F, Liu P, Rosenfeld JA, de Vries BBA, Bernier RA, Xu ZD, Li H, Xie W, Hufnagel RB, Eichler EE, Xia K. Disruptive variants of CSDE1 associate with autism and interfere with neuronal development and synaptic transmission. Sci Adv. 2019 5(9): PMID: 31579823

136. Accogli A, Calabretta S, St-Onge J, Boudrahem-Addour N, Dionne-Laporte A, Joset P, Azzarello-Burri S, Rauch A, Krier J, Fieg E, Pallais JC; Undiagnosed Diseases Network, McConkie-Rosell A, McDonald M, Freedman SF, Rivière JB, Lafond-Lapalme J, Simpson BN, **Hopkin RJ**, Trimouille A, Van-Gils J, Begtrup A, McWalter K, Delphine H, Keren B, Genevieve D, Argilli E, Sherr EH, Severino M, Rouleau GA, Yam PT, Charron F, Srour M. De Novo Pathogenic Variants in N-cadherin Cause a Syndromic Neurodevelopmental Disorder with Corpus Collosum, Axon, Cardiac, Ocular, and Genital Defects. Am J Hum Genet. 2019 105(4):854-868. PMID: 31585109

137. Koczkowska M, Callens T, Chen Y, Gomes A, Hicks AD, Sharp A, Johns E, Uhas KA, Armstrong L, Bosanko KA, Babovic-Vuksanovic D, Baker L, Basel DG, Bengala M, Bennett JT, Chambers C, Clarkson LK, Clementi M, Cortés FM, Cunningham M, D'Agostino MD,

HOPKIN, ROBERT J

Delatycki MB, Digilio MC, Dosa L, Esposito S, Fox S, Freckmann ML, Fauth C, Giugliano T, Giustini S, Goetsch A, Goldberg Y, Greenwood RS, Griffis C, Gripp KW, Gupta P, Haan E, Hachen RK, Haygarth TL, Hernández-Chico C, Hodge K, **Hopkin RJ**, Hudgins L, Janssens S, Keller K, Kelly-Mancuso G, Kochhar A, Korf BR, Lewis AM, Liebelt J, Lichty A, Listernick RH, Lyons MJ, Maystadt I, Ojeda MM, McDougall C, McGregor LK, Melis D, Mendelsohn N, Nowaczyk MJM, Ortenberg J, Panzer K, Pappas JG, Pierpont ME, Piluso G, Pinna V, Pivnick EK, Pond DA, Powell CM, Rogers C, Shahar NR, Rutledge SL, Saletti V, Sandaradura SA, Santoro C, Schatz UA, Schreiber A, Scott DA, Sellars EA, Sheffer R, Siqveland E, Slopis JM, Smith R, Spalice A, Stockton DW, Streff H, Theos A, Tomlinson GE, Tran G, Trapane PL, Trevisson E, Ullrich NJ, Van den Ende J, Schrier Vergano SA, Wallace SE, Wangler MF, Weaver DD, Yohay KH, Zackai E, Zonana J, Zurcher V, Claes KBM, Eoli M, Martin Y, Wimmer K, De Luca A, Legius E, Messiaen LM. Hum Mutat. Clinical spectrum of individuals with pathogenic NF1 missense variants affecting p.Met1149, p.Arg1276 and p.Lys1423: genotype-phenotype study in neurofibromatosis type 1. Hum Mutat. 2020 Jan;41(1):299-315 PMID: 31595648

138.    Gupta A, Dsouza NR, Zarate YA, Lombardo R, **Hopkin R**, Linehan AR, Simpson J, McCarrier J, Agre KE, Gavrilova RH, Stephens MC, Grothe RM, Monaghan KG, Xie Y, Basel D, Urrutia RA, Cole CR, Klee EW, Zimmermann MT. Genetic variants in DGAT1 cause diverse clinical presentations of malnutrition through a specific molecular mechanism. Eur J Med Genet. 2020 Apr;63(4):103817 PMID: 31778854

139.    Germain DP, Oliveira JP, Bichet DG, Yoo HW, **Hopkin RJ**, Lemay R, Politei J, Wanner C, Wilcox WR, Warnock DG. Use of a rare disease registry for establishing phenotypic classification of previously unassigned GLA variants: a consensus classification system by a multispecialty Fabry disease genotype-phenotype workgroup. J Med Genet. 2020 Mar 11. pii: jmedgenet-2019-106467  PMID: 31778854

140.    Chung HL, Wangler MF, Marcogliese PC, Jo J, Ravenscroft TA, Zuo Z, Duraine L, Sadeghzadeh S, Li-Kroeger D, Schmidt RE, Pestronk A, Rosenfeld JA, Burrage L, Herndon MJ, Chen S; Members of Undiagnosed Diseases Network,Shillington A, Vawter-Lee M, **Hopkin R**, Rodriguez-Smith J, Henrickson M, Lee B, Moser AB, Jones RO, Watkins P, Yoo T, Mar S, Choi M, Bucelli RC, Yamamoto S, Lee HK, Prada CE, Chae JH, Vogel TP, Bellen HJ. Loss- or Gain-of-Function Mutations in ACOX1 Cause Axonal Loss via Different Mechanisms. Neuron. 2020  9 106(4):589-606.e6. PMID: 32169171

141.    Shillington A, Pedapati E, **Hopkin R**, Suhrie K. Early behavioral and developmental interventions in ADNP-syndrome: A case report of SWI/SNF-related neurodevelopmental syndrome. Mol Genet Genomic Med. 2020 8:e1230. PMID: 32275126

142.    Sund KL, Khattar D, Boomer T, Caldwell S, Dyer L, **Hopkin RJ**, Smolarek TA. Confirmatory Testing Illustrates Additional Risks for Structural Sex Chromosome Abnormalities in Fetuses With a Non-Invasive Prenatal Screen Positive for Monosomy X. Am J Med Genet C Semin Med Genet. 2020. 184(2):294-301. PMID: 32476283

HOPKIN, ROBERT J

143.    Abell K, Tolusso L, Smith N, **Hopkin R**, Vawter-Lee M, Habli M, Riddle S, Calvo-Garcia MA, Guan Q, Bierbrauer K, Hwa V, Saal HM. Prenatal diagnosis of Proteus syndrome: Diagnosis of an AKT1 mutation from amniocytes. Birth Defects Res. 2020 146(5):e20193302. PMID: 32935482

144.    Kim A, Abell K, Johnson J, Cizek S, Breech L, Ernst MM, **Hopkin RJ**, Kennedy K, Stanek J, Strine AC, Rutter MM.  XY Gonadal Dysgenesis in a Phenotypic Female Identified by Direct-to-Consumer Genetic Testing. Pediatrics. 2020 146(5):e20193302. PMID: 33060256 (note this report was highlighted by Reuters Health/Medscape https://www.medscape.com/viewarticle/939199 )

145.    **Hopkin RJ**, Feldt-Rasmussen U, Germain DP, Jovanovic A, Martins AM, Nicholls K, Ortiz A, Politei J, Ponce E, Varas C, Weidemann F, Yang M, Wilcox WR. Improvement of gastrointestinal symptoms in a significant proportion of male patients with classic Fabry disease treated with agalsidase beta: A Fabry Registry analysis stratified by phenotype. Mol Genet Metab Rep. 2020 25:100670 PMID: 33163363

146.    Laney DA, Germain DP, Oliveira JP, Burlina AP, Cabrera GH, Hong GR, **Hopkin RJ**, Niu DM, Thomas M, Trimarchi H, Wilcox WR, Politei JM, Ortiz A. Fabry disease and COVID-19: international expert recommendations for management based on real-world experience. Clin Kidney J. 13(6):913-925. 2020 PMID: 33391734

147.    Riddle A, Nagaraj U, **Hopkin RJ,** Kline-Fath B, Venkatesan C. Fetal Magnetic Resonance Imaging (MRI) in Holoprosencephaly and Associations With Clinical Outcome: Implications for Fetal Counseling. J Child Neurol. 2021 36(5):357-364. PMID: 33226281

148.    Simpson BN, Khattar D, Saal H, Prada C, Choo D, Marcheschi L, Wiley S, **Hopkin RJ.** Charge syndrome in the era of molecular diagnosis: Similar outcomes in those without coloboma or choanal atresia. Eur J Med Genet. 2021 64(1):104103. PMID: 33189935

149.    Abell K, **Hopkin RJ**, Bender PL, Jackson F, Smallwood K, Sullivan B, Stottmann RW, Saal HM, Weaver KN. Mandibulofacial dysostosis with microcephaly: An expansion of the phenotype via parental survey. Am J Med Genet A. 185(2):413-423 2021 PMID: 33247512

150.    Li C, Desai AK, Gupta P, Dempsey K, Bhambhani V, **Hopkin RJ**, Ficicioglu C, Tanpaiboon P, Craigen WJ, Rosenberg AS, Kishnani PS. Transforming the clinical outcome in CRIM-negative infantile Pompe disease identified via newborn screening: the benefits of early treatment with enzyme replacement therapy and immune tolerance induction. Genet Med. 2021 PMID: 33495531

151.    Li M, Glass J, Du X, Dubbs H, Harr MH, Falk M, Smolarek T, **Hopkin RJ**, Zackai E, Sheppard SE. Trisomy 9 mosaic syndrome: Sixteen additional patients with new and/or less commonly reported features, literature review, and suggested clinical guidelines. Am J Med Genet A . 2021 185(8):2374-2383. PMID: 33969943

HOPKIN, ROBERT J

152. Hamed A, DasMahapatra P, Lyn N, Gwaltney C, **Hopkin RJ**.  Development of the Fabry
Disease Patient-Reported Outcome (FD-PRO): a new instrument to measure the symptoms
and impacts of Fabry Disease. Orphanet J Rare Dis. 2021 16(1):285. PMID: 34172077

153. Shillington A, Zea Vera A, Perry T, **Hopkin R**, Thomas C, Cooper D, Suhrie K. Clinical
RNA sequencing confirms compound heterozygous intronic variants in RYR1 in a patient
with congenital myopathy, respiratory failure, neonatal brain hemorrhage, and d-
transposition of the great arteries. Mol Genet Genomic Med. 2021 9(10):e1804. Epub 2021
Sep 16. PMID: 34528764

154. Khattar D, **Hopkin RJ**. Like Mother, Like Daughter: Feeding Intolerance in the
NICUNeoreviews. 2021 Nov;22(11):e774-e777  PMID: 34725143

155. Venkatesan C, Kline-Fath B, Horn PS, Poisson KE, **Hopkin R**, Nagaraj UD. Short- and
Long-Term Outcomes of Prenatally Diagnosed Dandy-Walker Malformation, Vermian
Hypoplasia, and Blake Pouch Cyst. J Child Neurol. 2021 Oct;36(12):1111-1119. doi:
10.1177/08830738211049115. Epub 2021. PMID: 34757866

156. Yogasundaram H, Nikhanj A, Chatur S, Qi A, Hagen L, Bailey L, Khan A, **Hopkin RJ**,
Fine NM, Jefferies JL, Oudit GY. Burden of Valvular Heart Disease in Patients with Fabry
Disease. J Am Soc Echocardiogr. 2022 35(2):236-238 PMID: 34627970

157. Weaver KN, Sullivan BR, Balow SA, Hopkin S, Chini BA, Pan BS, Stottmann RW, Bender
PL, **Hopkin RJ**, Zhang X, Saal HM. Robin sequence without cleft palate: Genetic
diagnoses and management implications. Am J Med Genet A. 2022 188(1):160-177. PMID:
34569146

158. Angelozzi M, Karvande A, Molin AN, Ritter AL, Leonard JMM, Savatt JM, Douglass K,
Myers SM, Grippa M, Tolchin D, Zackai E, Donoghue S, Hurst ACE, Descartes M, Smith
K, Velasco D, Schmanski A, Crunk A, Tokita MJ, de Lange IM, van Gassen K, Robinson
H, Guegan K, Suri M, Patel C, Bournez M, Faivre L, Tran-Mau-Them F, Baker J, Fabie N,
Weaver K, Shillington A, **Hopkin RJ**, Barge-Schaapveld DQCM, Ruivenkamp CA,
Bökenkamp R, Vergano S, Seco Moro MN, Díaz de Bustamante A, Misra VK, Kennelly K,
Rogers C, Friedman J, Wigby KM, Lenberg J, Graziano C, Ahrens-Nicklas RC, Lefebvre V.
Consolidation of the clinical and genetic definition of a SOX4- related neurodevelopmental
syndrome. J Med Genet. 2022 Online ahead of print. PMID: 35232796

159. Di Donato N, Guerrini R, Billington CJ, Barkovich AJ, Dinkel P, Freri E, Heide M, Gershon
ES, Gertler TS, **Hopkin RJ**, Jacob S, Keedy SK, Kooshavar D, Lockhart PJ, Lohmann DR,
Mahmoud IG, Parrini E, Schrock E, Severi G, Timms AE, Webster RI, Willis MJH, Zaki
MS, Gleeson JG, Leventer RJ, Dobyns WB. Monoallelic and biallelic mutations in RELN
underlie a graded series of neurodevelopmental disorders. Brain. 2022 Jun 30:awac164.
Online ahead of print. PMID: 35769015

160. Shillington A, Lamy M, Dominick KC, Sorter M, Erickson CA, **Hopkin R**, A Collaborative
Psychiatric-Genetics Inpatient Care Delivery Model Improves Access to Clinical Genetic

Evaluation, Testing, and Diagnosis for Patients With Neurodevelopmental Disorders. Front Genet. 2022 Jun 13;13:901458. eCollection 2022. PMID: 35769998

161.  Powell AW, Wittekind SG, Mays WA, Lang SM, Knilans TK, Prada CE, **Hopkin RJ**, Chin C. Arrhythmia Burden and Heart Rate Response During Exercise in Anderson-Fabry Disease. Tex Heart Inst J. 2022 Sep 1;49(5):e207363  PMID: 36069908

162.  Baker EK, Solivio B, Pode-Shakked B, Cross LA, Sullivan B, Raas-Rothschild A, Chorin O, Barel O, Bar-Yosef O, Husami A, **Hopkin RJ**, Prada CE, Stottmann RW, Weaver KN. PPP2R1A neurodevelopmental disorder is associated with congenital heart defects.Am J Med Genet A. 2022 ;188(11):3262-3277 PMID: 36209351

163.  Baker EK, Brewer CJ, Ferreira L, Schapiro M, Tenney J, Wied HM, Kline-Fath BM, Smolarek TA, Weaver KN, **Hopkin RJ**. Further expansion and confirmation of phenotype in rare loss of YWHAE gene distinct from Miller-Dieker syndrome. Am J Med Genet A. 2023 Feb;191(2):526-539. PMID: 36433683

164.  Hughes DA, Bichet DG, Giugliani R, **Hopkin RJ**, Krusinska E, Nicholls K, Olivotto I, Feldt-Rasmussen U, Sakai N, Skuban N, Sunder-Plassmann G, Torra R, Wilcox WR. Long-term multisystemic efficacy of migalastat on Fabry-associated clinical events, including renal, cardiac and cerebrovascular outcomes. J Med Genet. 2023 Jul;60(7):722-731. PMID: 36543533

165.  Deegan PB, Goker-Alpan O, Geberhiwot T, **Hopkin RJ**, Lukina E, Tylki-Szymanska A, Zaher A, Sensinger C, Gaemers SJM, Modur V, Thurberg BL, Sharma J, Najafian B, Mauer M, DasMahapatra P, Wilcox WR, Germain DP. Venglustat, an orally administered glucosylceramide synthase inhibitor: Assessment over 3 years in adult males with classic Fabry disease in an open-label phase 2 study and its extension study. Mol Genet Metab. 2023. 138(2):106963. PMID: 36481125

166.  **Hopkin RJ**, Cabrera GH, Jefferies JL, Yang M, Ponce E, Brand E, Feldt-Rasmussen U, Germain DP, Guffon N, Jovanovic A, Kantola I, Karaa A, Martins AM, Tøndel C, Wilcox WR, Yoo HW, Burlina AP, Mauer M. Clinical outcomes among young patients with Fabry disease who initiated agalsidase beta treatment before 30 years of age: An analysis from the Fabry Registry. Mol Genet Metab. 2023 138(2):106967 PMID: 36709533

167.  Alkhatib D, Vega JA, Pour-Ghaz I, Al-Taweel O, Khan S, DeCarr K, Bath A, Rawal A, Wilbanks D, Raja J, Butt A, Yedlapati N, **Hopkin RJ**, Jefferies JL. Prevalence of lymphedema among Anderson-Fabry disease patients: A report from the Fabry registry. Mol Genet Metab. 2023 138(4):107538. Epub . PMID: 36812723

168.  Wanner C, Ortiz A, Wilcox WR, **Hopkin RJ**, Johnson J, Ponce E, Ebels JT, Batista JL, Maski M, Politei JM, Martins AM, Banikazemi M, Linhart A, Mauer M, Oliveira JP, Weidemann F, Germain DP. Global reach of over 20 years of experience in the patient-centered Fabry Registry: Advancement of Fabry disease expertise and dissemination of real-

world evidence to the Fabry community. Mol Genet Metab. 2023 Jul;139(3):107603  PMID: 37236007

169.  Baker EK, Han J, Langley WA, Reott MA Jr, Hallinan BE, **Hopkin RJ**, Zhang W. RNA sequencing reveals a complete picture of a homozygous missense variant in a patient with VPS13D movement disorder: a case report and review of the literature. Mol Genet Genomics. 2023 298(5):1185-1199. PMID: 37340120

170.  Kaur M, Blair J, Devkota B, Fortunato S, Clark D, Lawrence A, Kim J, Do W, Semeo B, Katz O, Mehta D, Yamamoto N, Schindler E, Al Rawi Z, Wallace N, Wilde JJ, McCallum J, Liu J, Xu D, Jackson M, Rentas S, Tayoun AA, Zhe Z, Abdul-Rahman O, Allen B, Angula MA, Anyane-Yeboa K, Argente J, Arn PH, Armstrong L, Basel-Salmon L, Baynam G, Bird LM, Bruegger D, Ch'ng GS, Chitayat D, Clark R, Cox GF, Dave U, DeBaere E, Field M, Graham JM Jr, Gripp KW, Greenstein R, Gupta N, Heidenreich R, Hoffman J, **Hopkin RJ**, Jones KL, Jones MC, Kariminejad A, Kogan J, Lace B, Leroy J, Lynch SA, McDonald M, Meagher K, Mendelsohn N, Micule I, Moeschler J, Nampoothiri S, Ohashi K, Powell CM, Ramanathan S, Raskin S, Roeder E, Rio M, Rope AF, Sangha K, Scheuerle AE, Schneider A, Shalev S, Siu V, Smith R, Stevens C, Tkemaladze T, Toimie J, Toriello H, Turner A, Wheeler PG, White SM, Young T, Loomes KM, Pipan M, Harrington AT, Zackai E, Rajagopalan R, Conlin L, Deardorff MA, McEldrew D, Pie J, Ramos F, Musio A, Kline AD, Izumi K, Raible SE, Krantz ID. Genomic analyses in Cornelia de Lange Syndrome and related diagnoses: Novel candidate genes, genotype-phenotype correlations and common mechanisms. Am J Med Genet A. 2023 191(8):2113-2131. PMID: 37377026

171.  Bichet DG, **Hopkin RJ**, Aguiar P, Allam SR, Chien YH, Giugliani R, Kallish S, Kineen S, Lidove O, Niu DM, Olivotto I, Politei J, Rakoski P, Torra R, Tøndel C, Hughes DA. Consensus recommendations for the treatment and management of patients with Fabry disease on migalastat: a modified Delphi study. Front Med (Lausanne). 2023  10:1220637. eCollection 2023. PMID: 37727761

172.  Serbinski CR, Vanderwal A, Chadwell SE, Sanchez AI, **Hopkin RJ**, Hufnagel RB, Weaver KN, Prada CE. Prenatal and infantile diagnosis of craniosynostosis in individuals with RASopathies.Am J Med Genet A. 2024 Feb;194(2):195-202. Epub 2023 Sep 29. PMID: 37774117

173.  Owens JW, **Hopkin RJ**, Martin LJ, Kodani A, Simpson BN. Phenotypic variability in Joubert syndrome is partially explained by ciliary pathophysiology. Ann Hum Genet. 2024 88(1):86-100. PMID: 37921557

174.  Wallace EL, Goker-Alpan O, Wilcox WR, Holida M, Bernat J, Longo N, Linhart A, Hughes DA, **Hopkin RJ**, Tøndel C, Langeveld M, Giraldo P, Pisani A, Germain DP, Mehta A, Deegan PB, Molnar MJ, Ortiz D, Jovanovic A, Muriello M, Barshop BA, Kimonis V, Vujkovac B, Nowak A, Geberhiwot T, Kantola I, Knoll J, Waldek S, Nedd K, Karaa A, Brill-Almon E, Alon S, Chertkoff R, Rocco R, Sakov A, Warnock DG. Head-to-head trial of pegunigalsidase alfa versus agalsidase beta in patients with Fabry disease and deteriorating

renal function: results from the 2-year randomised phase III BALANCE study. J Med Genet. 2024 May 21;61(6):520-530. PMID: 37940383

175. Slocum RB, Hurst ACE, Shelley E, Berry L, **Hopkin RJ**, Rippert AL, Bhoj E, Graham JM Jr, Grand K, Gonzalez A, Zarate YA. Listening to patients with suspected genetic diagnoses: A narrative perspective. Am J Med Genet C Semin Med Genet. 2023 Dec 4:e32079. doi: 10.1002/ajmg.c.32079. Online ahead of print. PMID: 38050656 (will be a 2024 publication)

176. Garzon JP, Patete A, Aschbacher-Smith L, Qu'd D, Kelly-Mancuso G, Raski CR, Weisman AG, Hankins M, Sawin M, Kim K, Drackley A, Zeid J, Weaver KN, **Hopkin RJ**, Saal HM, Charrow J, Schorry E, Listernick R, Simpson BN, Prada CE. Expanding the phenotype of neurofibromatosis type 1 microdeletion syndrome. Am J Med Genet C Semin Med Genet. 2024 Jul 18:e32095. Online ahead of print. PMID: 39022906

177. Balow SA, Coyan AG, Smith N, Russell BE, Monteil D, **Hopkin RJ**, Smolarek TA. Complex genomic rearrangements of the Y chromosome in a premature infant. Mol Cytogenet. 2024  26;17(1):19. PMID: 39183314

178. Du X, Barnett CL, Widmeyer KM, Wang X, Brightman DS, Noonan CW, Weaver KN, **Hopkin RJ**, Wu Y. RMND1 and PLN variants are the underlying cause of Perrault-like syndrome and cardiac anomalies in a patient. Clin Case Rep. 2024 12(11):e9537. PMID: 39493792

179. Laney DA, Houde MF, Foley AL, Peck DS, Atherton AM, Manwaring LP, Grange DK, Heese BA, Holida MD, Quillin AL, Vinson R, Auray-Blais C, **Hopkin RJ**. Prospective characterization of early symptom onset and progression in young pediatric patients with variants in the G LA gene across 5 years: Longitudinal data from the Fabry MOPPet Study. Genet Med Open. 2024 2:101891. eCollection 2024. PMID: 39669636

180. Zehr K, Buckley M, Owens JW, Vanagunas T, Fernandez PV, **Hopkin RJ**, Shillington A. A Case Study of a Female Infant With Primary Hypertrophic Osteoarthropathy Demonstrates That Early Initiation of Celecoxib Slows but Does Not Prevent Symptom Progression. Am J Med Genet A. 2025 Jan 22:e64000  PMID: 39840454

181. Liu V, Hanson E, Owens JW, Hopkin RJ, Shillington A. A Dual Diagnosis of Okur-Chung Neurodevelopmental Syndrome and Becker Muscular Dystrophy: Inquiry Into the Lower Limits of Neurodevelopmental Functioning Attributable to Muscular Dystrophy. Brain Behav. 2025 15(2):e70276  PMID: 39915227

Peer reviewed articles and reviews as a member of a collaboration or study group

HOPKIN, ROBERT J

1. Sherafat-Kazemzadeh R, Mehta SN, Care MM, Kim MO, Williams DA, Rose SR, and the Fanconi Anemia Comprehensive Care Center  (including **Hopkin RJ** I contributed patients and helped with review and editing of the manuscript). Small Pituitary Size in Children with Fanconi Anemia. *Pediatr Blood Cancer* 49:166–170. 2007. PMID: 17274008

2. Forsha D, Li JS, Smith PB, van der Ploeg AT, Kishnani P, Pasquali SK; Late-Onset Treatment Study Investigators (including **Hopkin RJ** I contributed patients as and investigator and helped with drafting, review and editing the manuscript). Cardiovascular abnormalities in late-onset Pompe disease and response to enzyme replacement therapy. *Genet Med*. 2011 Jul;13(7):625-31PMID: 21543987

3. Robin NH, Reid Sutton V, Caldwell J, Jackson J, Irons M, Demmer L; Members of in-service exam subcommittees (including **Hopkin RJ** as chair of the subcommittee on dysmorphology). The development and implementation of an in-service exam for medical genetics residency programs. *Genet Med*. 2012 May;14(5):552-7 PMID: 22281936

4. Schiffmann R, Hughes DA, Linthorst GE, Ortiz A, Svarstad E, Warnock DG, West ML, Wanner C; Conference Participants (including **Hopkin RJ** Participation as an invited expert in on-line and inperson discussion review and discussion of evidence regarding treatment outcomes for Fabry disease related kidney problems). Screening, diagnosis, and management of patients with Fabry disease: conclusions from a "Kidney Disease: Improving Global Outcomes" (KDIGO) Controversies Conference. Kidney Int. 2017 91(2):284-293. PMID: 27998644

5. Délot EC, Papp JC; DSD-TRN Genetics Workgroup.(including **Hopkin RJ** I am one of the members of the genetic group of the DSD TRN contributing patient data as well as participation in data interpretation and manuscript development), Sandberg DE, Vilain E. Genetics of Disorders of Sex Development: The DSD-TRN Experience. Endocrinol Metab Clin North Am. 2017 46(2):519-537.  Epub Review. PMID: 28476235

6. Morris CA, Braddock SR; COUNCIL ON GENETICS (including **Hopkin RJ** I was a representative of the Council on Genetics and Genomics for the AAP participating in review and editing of the manuscript). Health Care Supervision for Children With Williams Syndrome. Pediatrics. 2020 Feb;145(2): e20193761 2019-3761 PMID: 31964759

7. Hoover-Fong J, Scott CI, Jones MC; COMMITTEE ON GENETICS (**including Hopkin RJ** I was a representative of the Council on Genetics and Genomics for the AAP participating in review and editing of the manuscript). Health Supervision for People With Achondroplasia. Pediatrics. 2020 145(6):e20201010. PMID: 32457214 (minimal in put with some comments on review)

8. McGregor TL, Berry SA, Dipple KM, Hamid R; COUNCIL ON GENETICS (**including Hopkin RJ** I was a representative of the Council on Genetics and Genomics for the AAP participating in review and editing of the manuscript). Management Principles for Acute

HOPKIN, ROBERT J

Illness in Patients with Medium-Chain Acyl-Coenzyme A Dehydrogenase Deficiency. Pediatrics. 2021 Jan; 147(1):e2020040303. PMID: 33372121

9.   Bonkowsky JL, Keller S; AAP Section on Neurology, Council on Genetics (including **Hopkin RJ** I was a representative of the Council on Genetics and Genomics for the AAP participating in review and editing of the manuscript). Leukodystrophies in Children: Diagnosis, Care, and Treatment. Pediatrics. 2021 148(3):e2021053126. PMID: 34426533

10.   Schoser B, Roberts M, Byrne BJ, Sitaraman S, Jiang H, Laforêt P, Toscano A, Castelli J, Díaz-Manera J, Goldman M, van der Ploeg AT, Bratkovic D, Kuchipudi S, Mozaffar T, Kishnani PS; PROPEL Study Group (including **Hopkin RJ** as an investigator I contributed data and helped with editing the manuscript). Safety and efficacy of cipaglucosidase alfa plus miglustat versus alglucosidase alfa plus placebo in late-onset Pompe disease (PROPEL): an international, randomised, double-blind, parallel-group, phase 3 trial. Lancet Neurol. 2021 20(12):1027-1037. PMID: 34800400

11. Pandurangi S, Malik A, Owens J, Valencia CA, Miethke AG; Center for Autoimmune Liver Disease Research Group (Rebecca Marsh, Sam Chiang, Li Yang, **Robert Hopkin**, Jennifer Kasten, Jennifer Huggins, Luz Helena Gutierrez Sanchez, Cyd Castro-Rojas, Mosab Alquaraish). Deleterious variants in TNFAIP3 are associated with type II and seronegative pediatric autoimmune hepatitis. I diagnosed patients provided clinical details in the descriptions and reviewed/edited the manuscript) J Hepatol. 2024 Jan;80(1):e26-e28. Epub PMID: 37821019

12. Schoser B, Kishnani PS, Bratkovic D, Byrne BJ, Claeys KG, Díaz-Manera J, Laforêt P, Roberts M, Toscano A, van der Ploeg AT, Castelli J, Goldman M, Holdbrook F, Sitaraman Das S, Wasfi Y, Mozaffar T; ATB200-07 Study Group (including **Hopkin RJ).** 104-week efficacy and safety of cipaglucosidase alfa plus miglustat in adults with late-onset Pompe disease: a phase III open-label extension study (ATB200-07). J Neurol. 2024 271(5):2810-2823. Epub. PMID: 3841856

13. Kishnani PS, Byrne BJ, Claeys KG, Díaz-Manera J, Dimachkie MM, Kushlaf H, Mozaffar T, Roberts M, Schoser B, Hummel N, Kopiec A, Holdbrook F, Shohet S, Toscano A; PROPEL Study Group (including **Hopkin R**). Switching treatment to cipaglucosidase alfa plus miglustat positively affects patient-reported outcome measures in patients with late-onset Pompe disease. J Patient Rep Outcomes. 2024 8(1):132. PMID: 39535661

Books, chapters, invited reviews and other publications (peer reviewed and non-peer-reviewed)

1.   Klein SF, **Hopkin RJ**, Cohen M: Case Report: Infant scurvy. Phoenix Children's Hospital Pediatric Review, 6(2); 26-30, 1995. (invited report)

2.   Bergeson PS, Piatt J, **Hopkin R**, Patton M. Clavicular fracture in newborns. *Clin Pediatr* (Phila). 36(2):123. 1997 PMID: 9118590 (published letter)

HOPKIN, ROBERT J

3. Patton M, Packer B, Stephens-Groff S, Bay C, **Hopkin R**, Bergeson PS. The uncertain diagnosis. *Clin Pediatr* (Phila). 37(3):211-2. 1998 PMID: 9545613 (published letter)

4. Bergeson PS, Piatt JP, **Hopkin RJ**, Bailey RB. The trapped penis is a condition in which scarring at the distal prepuce forms a contracture that binds down the shaft of the penis. *Clinical Ped* 39:129-131. 2000 PMID: 10696553 (published letter)

5. Bloom, D. A., Koo, H. P., Bergeson, P. S., Piatt, J. P., **Hopkin, R. J.**, Bailey R B, J.,Perea-Martinez, A. (2000). Reply to letters regarding circumcision editorial (multipleletters). Clinical Pediatrics, 39(2), 129-132.  (published letter)

6. Bergeson, P. S., Piatt, J. P., **Hopkin, R. J.**, & Bailey, R. B. (2000). Reply to letters regarding circumcision editorial. CLINICAL PEDIATRICS, 39(2), 129-131. (published letter)

7. **Hopkin RJ**. Genetics and patterns of inheritance. In Ann W. Kummer, Cleft palate and craniofacial anomalies effects on speech and resonance. Canada: Singular Thomson Learning. (pp. 33-50) 2001. (chapter)

8. Prows CA, **Hopkin RJ**. Pierre Robin Sequence. In: NORD Guide to Rare Disorders. Lippincot Williams & Wilkins. Philadelphia, PA. 235-36. 2003. (invited paper)

9. Grabowski GA, **Hopkin RJ**. Lysosomal storage diseases.  in Harrison's Principles of Internal Medicine, 16e McGraw-Hill Professional. New York 2003 (chapter)

10. Tinkle BT, **Hopkin RJ**, Grabowski GA. Enzyme therapy in Fabry disease. Today's Therapeutic Trends.  22: 181-200. 2004. (invited paper)

11. Whelan AJ, Ball S, Best L, Best RG, Echiverri SC, Ganschow P, **Hopkin RJ**, Mayefsky J, Stallworth J.  Genetic red flags: clues to thinking genetically in primary care practice. *Prim. Care* 31: 497–508, 2004. PMID: 15331244 (invited paper) PMID: 15331244

12. **Hopkin R**. Treatments now available for lysosomal storage diseases. *AAP News* pages 10-11. 2005. (invited article)

13. Cragun D, **Hopkin RJ**. Use of the term "Antley-Bixler syndrome": minimizing confusion. Am. J. Hum. Genet. 77:327-328. 2005. PMID: 16145814 (published letter)

14. Cragun D, **Hopkin RJ**. Cytochrome P450 Oxidoreductase Deficiency. In: GeneReviews at GeneTests: Medical Genetics Information Resource [database online]. copyright, University of Washington, Seattle, 1997-2005. Available at http://www.genetests.org.  posted September 2005. (invited entry)

15. **Hopkin R**. Genetics and Patterns of Inheritance.  in: Cleft Palate and Craniofacial Anomalies: Effects on Speech and Resonance, 2nd Ed. Ann W. Kummer, Ed.  Thomson Delmar Learning, Clifton Park, NY. 2008. (chapter revision and update)

HOPKIN, ROBERT J

16. Burrow TA, **Hopkin RJ**, Leslie ND, Tinkle BT, Grabowski GA. Enzyme reconstitution/replacement therapy for lysosomal storage diseases. *Curr Opin Pediatr.* 19(6):628-35. 2007. PMID: 18025928 (invited review)

17. Zarate YA, **Hopkin RJ**. Pediatric quality of life in Anderson - Fabry disease: a review. Current medical literature / Lysosomal storage diseases 7:8-15. 2007. (invited review)

18. Peach E, **Hopkin R**. Advances in prenatal genetic testing: current options, benefits, and limitations. Newborn and Infant Nursing Reviews 7 (4): 205-210. 2007. (invited review)

19. **Hopkin RJ**, Grabowski GA. Lysosomal storage diseases.  in Harrison's Principles of Internal Medicine, 17e, pp 3452-3456. McGraw-Hill Medical. New York. 2008. (chapter revision and update)

20. Mattheis PJ, Hickey F, Tinkle BT, **Hopkin R**.  Prenatal diagnosis: beyond decisions about termination.  *J. Pediatr.* 153: 728–729, 2008. PMID: 18940367 (published letter)

21. Zarate YA, **Hopkin RJ**. Fabry Disease. Lancet 372:1427-35. 2008. PMID: 18940466 (invited review)

22. Cragun D, **Hopkin RJ** (updated August 2009) Cytochrome P450 Oxidoreductase Deficiency in: GeneReviews/ /at GeneTests: Medical Genetics Information Resource [database online]. Copyright, University of Washington, Seattle. 1997-2009. Available at http://www.genetests.org <http://www.genetests.org/>. (entry revision and update)

23. Prada, C.E. & **Hopkin, R.J.** (2010). Agalsidase beta clinical trials and long term experience. Fabry Disease: 401-415. (invited review)

24. **Hopkin RJ**, Grabowski GA. Lysosomal storage diseases.  in Harrison's Principles of Internal Medicine, 18e, pp 3452-3456. McGraw-Hill Medical. New York. 2012 (chapter revision and update)

25. Prows CA, **Hopkin RJ**, Barnoy S, Van Riper M. An Update of Childhood Genetic Disorders. J Nurs Scholarsh. 2013  45(1):34-42 PMID: 23294802 (invited review)

26. Laney DA, Bennett RL, Clarke V, Fox A, **Hopkin RJ**, Johnson J, O'Rourke E, Sims K, Walter G. Fabry disease practice guidelines: recommendations of the National Society of Genetic Counselors. J Genet Couns. 2013; 22(5):555-64 PMID: 23860966 (invited review)

27.  **Hopkin RJ**. Genetics and Patterns of Inheritance. pp 108-129  in: Cleft Palate and Craniofacial Anomalies: Effects on Speech and Resonance, 3rd Ed. Ann W. Kummer, Ed. Cengage Learning / Delmar, Clifton Park, NY. 2014 (chapter revision and update)*

28. **Hopkin RJ**, Grabowski GA. Lysosomal Storage diseases. In Harrison's Prinicples of Internal Medicine, 19e, pp *** McGraw-Hill Medical New York.  2015 (chapter revision and update)

2/19/25

HOPKIN, ROBERT J

29. **Hopkin RJ,** Monteil DC. Promises, pitfalls of direct-to-consumer genetic testing. AAP News focus on Subspecialites Volume 36 Number 7 July 2015 (invited article)

30. Chapman T, Santoro SL, **Hopkin RJ**. Genetic Abnormalities and Syndromes. In Fundamental and Advanced Fetal Imaging ultrasound and MRI 20 pp 720-770. Beth M. Kline-Fath, Dorothy I. Bulas, Ray Bahado-Singh eds. Wolters Kluwer health 2015 (chapter)*

31. Idkowiak J, Cragun D, **Hopkin RJ**, Arlt W. Cytochrome P450 Oxidoreductase Deficiency. In: Pagon RA, Adam MP, Ardinger HH, Wallace SE, Amemiya A, Bean LJH, Bird TD, Ledbetter N, Mefford HC, Smith RJH, Stephens K, editors. GeneReviews® [Internet]. Seattle (WA): University of Washington, Seattle; 1993-2017. 2005 Sep 8 [updated 2017 Aug 3]. PMID: 20301592 (entry revision and update)

32. **Hopkin RJ**, Grabowski GA. Lysosomal Storage Diseases. In Harrison's Principles of Internal Medicine 20e chapter 411 pages 3003-3008 McGraw-Hill Medical New York 2018 (chapter revision and update)*

33. Miller DT, Freedenberg D, Schorry E, Ullrich NJ, Viskochil D, Korf BR; COUNCIL ON GENETICS; AMERICAN COLLEGE OF MEDICAL GENETICS AND GENOMICS. Collaborators (11) Chen E, Trotter TL, Berry SA, Burke LW, Geleske TA, Hamid R, **Hopkin RJ**, Introne WJ, Lyons MJ, Scheuerle AE, Stoler JM. Health Supervision for Children With Neurofibromatosis Type 1. Pediatrics. 2019 143(5). PMID: 31010905 (AAP treatment guidelines)

34. 30. Chapman T, Santoro SL**, Hopkin RJ**. Chapter 30 Chromosomal and Genetic Syndromes. In Fundamental and Advanced Fetal Imaging ultrasound and MRI chapter 30 Beth M. Kline-Fath, Dorothy I. Bulas, Ray Bahado-Singh eds. Wolters Kluwer Health 2021 China (chapter)*

35. Bull MJ, Trotter T, Santoro SL, Christensen C, Grout RW; COUNCIL ON GENETICS, Burke LW, Berry SA, Geleske TA, Holm I, **Hopkin RJ**, Introne WJ, Lyons MJ, Monteil DC, Scheuerle A, Stoler JM, Vergano SA, Chen E, Hamid R, Downs SM, Grout RW, Cunniff C, Parisi MA, Ralston SJ, Scott JA, Shapira SK, Spire P. Health Supervision for Children and Adolescents With Down Syndrome. Pediatrics. 2022 149(5):e2022057010.  PMID: 35490285

36. **Hopkin RJ**, Grabowski GA. Lysosomal Storagre Diseases. In Harrison's Principles of Internal Medicine 21e Chapter 411 Pages **** McGraw Hill / Medical; 21st edition (March 28, 2022) (Chapter revision and update)

37. Trivedi VS, Magnusen AF, Rani R, Marsili L, Slavotinek AM, Prows DR, **Hopkin RJ**, McKay MA, Pandey MK. Targeting the Complement-Sphingolipid System in COVID-19 and Gaucher Diseases: Evidence for a New Treatment Strategy.Int J Mol Sci. 2022 Nov 18;23(22):14340. PMID: 36430817

HOPKIN, ROBERT J

38. Vyoma Snehal Trivedi , Albert Frank Magnusen , Reena Rani , Luca Marsili , Anne Michele Slavotinek , Daniel Ray Prows , **Robert James Hopkin** , Mary Ashley McKay , Manoj Kumar Pandey. Complement–Sphingolipid System in COVID-19 and Gaucher Diseases. Scholarly Community Encyclopedia November 25, 2022. This entry is adapted from 10.3390/ijms232214340  https://encyclopedia.pub/entry/36640

39. Rose SR, Wassner AJ, Wintergerst KA, Yayah-Jones NH, **Hopkin RJ**, Chuang J, Smith JR, Abell K, LaFranchi SH; SECTION ON ENDOCRINOLOGY EXECUTIVE COMMITTEE; COUNCIL ON GENETICS EXECUTIVE COMMITTEE. Congenital Hypothyroidism: Screening and Management. Pediatrics. 2023 1;151(1):e2022060420. PMID: 36827521

40. Rose SR, Wassner AJ, Wintergerst KA, Yayah-Jones NH, **Hopkin RJ**, Chuang J, Smith JR, Abell K, LaFranchi SH; SECTION ON ENDOCRINOLOGY EXECUTIVE COMMITTEE; COUNCIL ON GENETICS EXECUTIVE COMMITTEE. Congenital Hypothyroidism: Screening and Management. Pediatrics. 2023 1;151(1):e2022060419. PMID: 36827523


Quality review of publications

1. Prada CE, Rangwala FA, Martin LJ, Lovell AM, Saal HM, Schorry EK, **Hopkin RJ**. Pediatric Plexiform Neurofibromas: Impact on Morbidity and Mortality in Neurofibromatosis Type 1. J Pediatr. 2012; 160(3):461-7 PMID: 21996156
This project evaluated the longitudinal outcomes of plexiform neurofibromas for hundreds of patients and helped delineate the morbidity associated with these tumors. It has been a valuable resource as clinical trials have been planned and completed. Thus this work contributed to development of better treatment options for patients and their families.
I was the project mentor working closely with both Carlos Prada a resident at the time, and Fatima Ranguala an M.D. PhD student. I was involved in all aspects of the project.

Citations: Total 74; Past 5 years 49
2018 9
2019 8
2020 11
2021 16
2022 5

2. Weaver KN, Wang D, Cnota J, Gardner N, Stabley D, Sol-Church K, Gripp KW, Witte D, Bove KE, **Hopkin RJ**. Early-Lethal Costello syndrome due to rare HRAS tandem base substitution (c.35_36GC>AA; p.G12E) associated pulmonary vascular disease. Pediatr Dev Pathol. 2014 17(6):421-30 PMID: 25133308
This paper was a single case report in which we noted that RAS activation appeared to be a key driver for progressive cardiovascular deterioration. It lead to a series of clinical interventions that are now promising leads and nearly ready to support clinical trials for treatment of this lethal complication of RAS pathway disease. It has been a key focus for

2/19/25

37

2 of our Pediatrics/Genetics residents including Dr. Weaver who is now a faculty member at Cincinnati Children's Hospital and has continued to pursue this. We have now been able to improve outcomes and save the lives of a small number of patients.
I was the primary mentor on this project and involved in all phases of its completion.

Citations: Total 4; in the past 5 years 3
2016 1
2019 1
2020 1
2022 1

3. Brazil A, Stanford K, Smolarek T, **Hopkin R**. Delineating the phenotype of 1p36 deletion in adolescents and adults. Am J Med Genet A. 2014 164(10):2496-503   PMID: 25044719
   This paper was initiated at the request of the national support group for 1p36 deletion. It is now the best available reference for long term outcomes related to 1p36 deletion. The outcomes were substantially better than reflected in previous publications that focused on infancy and early childhood. The families have greatly appreciated the hope this research brought.
   I was the mentor and chair for the project that was completed as a thesis project by Ashley Brazil who was a genetic counseling student at the time.

   Citations: Total 9; Past 5 years 7
   2018 1
   2020 2
   2021 3
   2022 1

4. Santoro SL, Esbensen AJ, **Hopkin RJ**, Hendershot L, Hickey F, Patterson B. Contributions to Racial Disparity in Mortality among Children with Down Syndrome. J Pediatr. 2016 Jul; 174:240-246.e1. PMID: 26993266
   This paper was one of 6 publications on Down by Dr. Santoro as part of her residency at CCHMC. For this paper we found no evidence of biologic drivers for discrepant outcomes, but many socioeconomic barriers to care that accounted for the differences in mortality and other severe morbidities. This is essential to address the underlying causes.
   I was the primary mentor for Dr. Santoro and was involved in all phases of the research. This paper is an example of the importance of asking new questions even about well-established and studied conditions.

   Citations: Total 5; Past 5 years 5
   2020 1
   2021 3
   2022 1

HOPKIN, ROBERT J

5. **Hopkin RJ**, Cabrera G, Charrow J, Lemay R, Martins AM, Mauer M, Ortiz A, Patel MR, Sims K, Waldek S, Warnock DG, Wilcox WR. Risk factors for severe clinical events in male and female patients with Fabry disease treated with agalsidase beta enzyme replacement therapy: Data from the Fabry Registry. Mol Genet Metab. 2016 119(1-2):151-9. PMID: 27510433
This paper evaluated the long term outcomes of patients treated for Fabry disease focusing on major clinical events such as renal failure, heart failure, stroke and death. It was done through the Fabry registry so included a large number of patients and data over several years. This was part of development of updated treatment guidelines that have since been published as well.
I was the lead author and worked on all phases of the project from initial idea through multiple approaches to data analysis and writing and revising the manuscript.

Citations: Total 34; Past 5 years 21
2018 3
2019 3
2020 8
2021 4
2022 3

6. **Hopkin RJ**, Jefferies JL, Laney DA, Lawson VH, Mauer M, Taylor MR, Wilcox WR Fabry Pediatric Expert Panel. The management and treatment of children with Fabry disease: A United States-based perspective.  Mol Genet Metab. 2016  117(2):104-13
PMID: 26546059
This paper was written because it was evident that the guidelines and outcome measures recommended for adults with Fabry disease did not apply to children (no renal disease, or heart disease is expected but children do have pain, significant GI disturbance and other problems).  It was driven by expert opinion at the time, but was written with the intent to follow a cohort of children and will be updated. It was the first guideline for management of Fabry disease in pediatric patients.
I was the lead author and helped organize and run the meetings in which the paper was drafted.

Citation: Total 41; Past 5 years 35
2018 9
2019 5
2020 11
2021 9
2022 1

7. Lombardo RC, Porollo A, Cnota JF, **Hopkin RJ**. Congenital heart disease and aortic arch variants associated with mutation in PHOX2B. Genet Med. 2018 20(12):1538-1543
PMID: 29543228
This paper was inspired by a resident noting that she had 2 patients with PHOX2B mutations with heart defects but that the literature did not mention that. We then reviewed all the cases of this rare disorder in the records at Cincinnati children's hospital

HOPKIN, ROBERT J

and found that the incidence of heart malformations was substantially increased. This expended the phenotype and increased the chance for optional management of this complex disorder.

I was the primary mentor for this project and guided Dr. Lombardo through all phases of the project from inception through publication.

Citations: Total 8; Past 5 years 8
2019 1
2020 2
2021 4
2022 1

8. Campion M, Goldgar C, **Hopkin RJ**, Prows CA, Dasgupta S. Genomic education for the next generation of health-care providers. Genet Med. 2019 21(11):2422-2430 Review. PMID: 31110330
   This paper reviews the anticipated need for providers of genetic services including physicians, Genetic counselors, physician assistants, and various nursing roles.
   The project started as an invited symposium at ACMG. I suggested the summary be drafted as a paper for publication and wrote the section on physicians and residency training and helped with revisions until publication

   Citations: Total 33; Past 5 years 33
   2019 3
   2020 11
   2021 15
   2022 4

9. Lukacs M, Gilley J, Zhu Y, Orsomando G, Angeletti C, Liu J, Yang X, Park J**, Hopkin RJ,** Coleman MP, Zhai RG, Stottmann RW. Severe biallelic loss-of-function mutations in nicotinamide mononucleotide adenylyl transferase 2 (NMNAT2) in two fetuses with fetal akinesia deformation sequence. Exp Neurol. 2019 320:112961 PMID: 31136762
   This report describes the first family with biallelic complete loss of function in NMNAT2. This is the first human disorder of Wallerian degeneration. It makes an important contribution to understanding of brain development. I was the clinician who recognized the uniqueness of the phenotype and requested whole exome sequence. I helped the family enroll in the research, and helped draft and edit the manuscript. The laboratory work was done in collaboration with Rolf Stottmann in Cincinnati and 2 outside research labs.

   Citations: Total 23; Past 5 years 23
   2019 2
   2020 5
   2021 13
   2022 3

10. Schulze KV, Szafranski P, Lesmana H, **Hopkin RJ**, Hamvas A, Wambach JA, Shinawi M, Zapata G, Carvalho CMB, Liu Q, Karolak JA, Lupski JR, Hanchard NA, Stankiewicz P. Novel parent-of-origin-specific differentially methylated loci on chromosome 16. Clin Epigenetics. 2019 Apr 8;11(1):60. PMID: 30961659
This paper is the first well documented evidence of imprinting associated with uniparental disomy 16. Dr. Lesmana and I had collected several patients with very similar phenotypes and UPD 16. We contacted a basic science lab and provided them with patient samples detailed clinical descriptions and our hypothesis that the phenotype was related to imprinting.
I was the main clinical and research mentor for Dr. Lesmana and was involved mainly in conception and clinical data collection for this work.

Citations: Total 8; Past 5 years 8
2020 1
2021 6
2022 1


Patents
None

Abstracts

1.    **Hopkin RJ**, Schorry EK, Bofinger M, Milatovich T, Stern HJ, Saal HM: New insights into the phenotypes of 6q deletions. The Am J Hum Genet, 57(4): A116, October 1995. Presented as a poster at the American Society of Human Genetics Annual Meeting in Minneapolis, MN (International)

2.    Hoechstetter LB, Schorry EK, **Hopkin RJ**, McKinivan CE: Leber's congenital amaurosis in an Amish family, March of Dimes Clinical Genetics Conference, Los Angeles, CA, 1995.

3.    **Hopkin RJ**, Cotton RT, Saal HM: A new condition with short stature, progressive tracheolaryngeal stenosis and dysmorphic facies, March of Dimes Clinical Genetics Conference, Los Angeles, CA, 1995.   Poster presentation (National)

4.    Saal HM, **Hopkin RJ**: A New dominant syndrome with microphthalmia, cataracts, and cleft palate, David W. Smith Malformation and Morphogenesis Workshop, Helena, MT, 1995.

5.    Saal HM, Bofinger M, **Hopkin RJ**, New clinical findings in the velo-cardio-facial syndrome, Platform presentation at the American Cleft Palate-Craniofacial Annual Meeting, April 24, 1996.

6.    Saal HM, Bofinger M, **Hopkin RJ**: Renal Agenesis and other renal anomalies associated with the velo-cardio-facial syndrome and deletion 22q11.2, David W. Smith Malformation and Morphogenesis Workshop, Lake Arrowhead, CA, 1996.

HOPKIN, ROBERT J

7.    **Hopkin RJ**, Schorry EK, Bofinger M, Saal HM: Velocardiofacial syndrome in the newborn and infant, Platform presentation, American Society of Human Genetics Annual Meeting, San Francisco, CA, 1996.   (International)

8.    **Hopkin RJ**, Schorry EK, Bofinger M, Saal HM: Velocardiofacial syndrome in the newborn and infant, Am J Hum Genet, 59(4);A20, 1996.

9.    **Hopkin RJ,** Schorry EK, Bofinger M, Saal HM: Velo-cardio-facial syndrome in infancy, Platform presentation, David W. Smith Malformation and Morphogenesis Workshop, Lake Arrowhead, CA, 1996.   (International)

10.    **Hopkin RJ**, Cotton R, Saal HM: Progressive tracheolaryngeal stenosis with short stature and arthropathy, David W. Smith Malformation and Morphogenesis Workshop, Litchfield Beach SC, 1997.   (International)

11.    Saal HM, Ringhand T, Prows CA, **Hopkin RJ**.  Genetic etiologies of velopharyngeal insufficiency.  Poster presentation, American Society of Human Genetics Annual Meting, Baltimore MD, 1997.

12.    Saal HM, Ringhand T, Prows CA, **Hopkin RJ**.  Genetic etiologies of velopharyngeal insufficiency. Am J Hum Genet, 61(4): A111, 1997.

13.    Schorry EK, **Hopkin RJ**, Loggie J.  Hypertension in neurofibromatosis-1: possible racial differences. Am J Hum Genet, 63(4): A663, 1998.

14.    **Hopkin RJ**, Walker M, Stanek J.  Familial posterior urethral valves as a cause for prune-belly.  Genetics in Medicine 1: A46, 1999.

15.    **Hopkin RJ**, Walker M, Stanek J.  Familial posterior urethral valves as a cause for prune-belly.  Poster presentation for the American College of Medical Genetics annual meeting Miami Florida, March 19-21, 1999 (National)

16.    **Hopkin RJ**, West CE. Robin sequence with distichiasis:  A new dominant syndrome. Platform presentation, Tristate Dysmorphology Conference, Lexington KY, May 21, 1999 (Regional)

17.    **Hopkin RJ**, West CE. Robin sequence with distichiasis: a new dominant syndrome. Am J Hum Genet 65:A826, 1999.

18.    **Hopkin RJ**, West CE. Robin sequence with distichiasis: a new dominant syndrome. Poster presentation at the American society of Human Genetics annual meeting San Francisco California, Oct. 19-23, 1999 (international)

19.    **Hopkin RJ**, Huelsman K, Johnson J, Korfhagen T. A protocol for IRB oversight of clinically indicated research testing. Am J Hum Genet 67: A273, 2000.

2/19/25

HOPKIN, ROBERT J

20.     **Hopkin RJ**, Huelsman K, Johnson J, Korfhagen T. A protocol for IRB oversight of clinically indicated research testing.  Platform presentation at the American Society of Human Genetics Annual Meeting Philidelphia Pennsylvania, Oct. 3-7, 2000 (international)

21.     Zhao H, Rope A, Blough RI, Saal HM, **Hopkin RJ**. Expanded phenotype of partial trisomy 11q. Am J Hum Genet 67: A558, 2000.

22.     Zhao H, Rope A, Blough RI, Saal HM, **Hopkin RJ**. Expanded phenotype of partial trisomy 11q. Poster presentation, American Society of Human Genetics Annual Meeting Philidelphia Pennsylvania, Oct. 3-7, 2000 (international)

23.     Johnson JA, Blough RI, Jayne CH, Schorry EK, **Hopkin RJ**, Saal HM.  Terminal deletion of chromosome 1p36: new insights into clinical features and medical management. Am J Hum Genet 67:A643, 2000.

24.     Johnson JA, Blough RI, Jayne CH, Schorry EK, **Hopkin RJ**, Saal HM.  Terminal deletion of chromosome 1p36: new insights into clinical features and medical management Poster presentation, American Society of Human Genetics Annual Meeting Philidelphia Pennsylvania, Oct. 3-7, 2000 (international)

25.     Walker ME, **Hopkin RJ**, Saal HM. Perinatal hospice: recent experience with prenatal diagnosis of lethal abnormalities. J Genet Counseling 9:474-475.

26.     Walker ME, **Hopkin RJ**, Saal HM. Perinatal hospice: recent experience with prenatal diagnosis of lethal abnormalities National Society of Genetic Counselors Annual meeting Savannah Georgia, November 2000 (International)

27.     Hepler G, Rice C, **Hopkin R**, Huelsman K, Warren N. Genetic counseling for occupational hazards. J Genet Counseling 9:517-518.

28.     Hepler G, Rice C, **Hopkin R**, Huelsman K, Warren N. Genetic counseling for occupational hazards, National Society of Genetic Counselors Annual Meeting Savannah Georgia, November 2000 (International)

29.     Zhao H, **Hopkin RJ**, Saal HM. Atypical presentation of Bloom syndrome. Am J Hum Genet 69:A635, 2001

30.     Zhao H, **Hopkin RJ**, Saal HM. Atypical presentation of Bloom syndrome. Poster presentation, American Society of Human Genetics Annual Meeting San Diego California, Oct. 13-16, 2001 (International)

31.     **Hopkin RJ,** Walker ME, Saal HM, Schorry EK, Tucker L. Perinatal hospice: an important option for families continuing pregnancies following the diagnosis of lethal conditions. Am J Hum Genet 69:A2870, 2001

HOPKIN, ROBERT J

32.    **Hopkin RJ**, Walker ME, Saal HM, Schorry EK, Tucker L. Perinatal hospice: an important option for families continuing pregnancies following the diagnosis of lethal conditions. Poster presentation, American Society of Human Genetics Annual Meeting San Diego California, Oct. 13-16, 2001 (International)

33.    Howell K, Huelsman K, Everett J, **Hopkin R**. Breast cancer genetics education for college women: an evaluation of approaches. J Genet Counseling 10:443-444

34.    Wille M, Walker M, **Hopkin R**, Zins J, Noll R. An assessment of genetic counseling needs and concerns of pediatric cancer survivors. J Genet Counseling 10:461-462

35.    Rope AF, Benson DW, Howell KA, Andelfinger GU, **Hopkin RJ**. The variable phenotype of velocardiofacial syndrome in an extended family, American College of Medical Genetics Annual meeting New Orleans, Louisiana Mar 2002 (International)

36.    Rope AF, Benson DW, Howell KA, Andelfinger GU, **Hopkin RJ**. The variable phenotype of velocardiofacial syndrome in an extended family. Genetics in Medicine 4(3) A94, 2002

37.    Tinkle BT, Walker ME, Saal HM, **Hopkin RJ**. Unexpected survival in a case of prenatally diagnosed non-mosaic trisomy 22, American College of Medical Genetics Annual Meeting, New Orleans, Louisiana Mar 2002 (International)

38.    Tinkle BT, Walker ME, Saal HM, **Hopkin RJ**. Unexpected survival in a case of prenatally diagnosed non-mosaic trisomy 22. Genetics in Medicine 4(3) A97, 2002

39.    <u>Rope AF</u>, Schorry EK, **Hopkin RJ,** Saal HM. DiGeorge anomaly in the absence of deletion 22q11.2 brief presentation at the 23rd Annual David Smith workshop on Malformations and Morphogenesis. Greenville South Carolina Aug 2002 (platform)

40.    **Hopkin RJ**, Zhao H, Gorlin RJ. Ermine phenotype: further characterization of neurologic and pigmentary features. Platform presentation at the 23rd Annual David Smith workshop on Malformations and Morphogenesis. Greenville South Carolina Aug 2002 (platform)

41.    **Hopkin RJ**, Schorry Ek. Muscular hypertrophy and mental retardation. A provisionally unique syndrome or first female case of Myhre syndrome. the 23rd Annual David Smith workshop on Malformations  and Morphogenesis. Greenville South Carolina Aug 2002 (platform)

42.    Webb T, **Hopkin RJ**. Genetics for primary care.  SGIM Midwestern region Annual Meeting Chicago IL, Sept 2002.

43.    **Hopkin RJ**, Samaha FJ, Zhao H, Bailey L, Grabowski GA. Neurologic complications of female and male patients with Fabry disease.  Poster presentation at the American Society of Human Genetics Annual Meeting, Baltimore MD Oct 2002 Also published abstract in the Am J Human Genet.

HOPKIN, ROBERT J

44.    Rope AF, Schorry EK, **Hopkin RJ**, Saal HM. DiGeorge anomaly in the absence of deletion 22q11.2. Poster presentation at the American Society of Human Genetics Annual Meeting, Baltimore MD Oct 2002 Also published abstract in the Am J Human Genet.

45.    **Hopkin RJ**, Samaha FJ, Zhao H, Bailey L, Grabowski GA. Neurologic complications of female and male patients with Fabry disease.  Platform presentation at the Annual World Symposium on Lysosomal Storage Diseases, Baltimore MD Oct 2002

46.    Prows CA, Hetteberg C, **Hopkin RJ**, Latta KK, Powers S. Development of a web ased genetics institute for nursing faculty platform presentation at the ISONG Annual Meeting Baltimore MD, Oct 2002

47.    Rope AF, **Hopkin RJ**, Saal HM. Evaluation of infants with cardiovascular malformations for recognizable etiologies.  Poster presentation at the David Smith meeting in Vancouver British Columbia 2003.

48.    Saal HM, Schorry EK, **Hopkin RJ**. Nasal speech and velopharyngeal dysfunction: a neglected feature of neurofibromatosis-1. Poster presentation at the David Smith meeting in Vancouver British Columbia 2003.

49.    **Hopkin RJ**, Madden C, Halsted M, Choo D, Greinwald J, Benton C. Inner ear anomalies are common in Waardenburg syndrome.  Poster presentation at the David Smith meeting in Vancouver British Columbia 2003.

50.    **Hopkin RJ**, Mulrooney NP, Trumpy S. Undetectable unconjugated estriol associated with Antley-Bixler syndrome: further evidence for abnormal steroidogenesis. Am J Hum Genet 73:A2513  2003  Also poster presentation at the American Society of Human Genetics meeting in Los Angeles Nov. 2003.

51.    Eng, CM, Banikazemi M, Barranger J, Charrow J, Clark L, Bushinsky D, **Hopkin R**, Pastores G, Scott CR, Sims K, Wilcox W. Fabry disease: Delineating the natural history of the disorder through the Fabry Registry.  Am J Hum Genet 73:A1657  2003  Also poster presentation at the American Society of Human Genetics meeting in Los Angeles Nov. 2003.

52.    Charrow J, Banikazemi M, Barranger J, Clark L, Eng CM, **Hopkin R,** Pastores G, Scott CR, Sims K, Wilcox W. Understanding the natural history of Fabry disease: The Fabry registry. Abstract and poster at the Pediatric Academic Societies meeting 2004.

53.    Y. Tang, M. Schapiro, D. Franz, B. Patterson, F. Hickey, E.K. Schorry, **R.J. Hopkin**, M. Wylie, T. Narayan, A. Lu, R. Ran, T.A. Glauser, D.L. Gilbert, A.D. Hershey, F.R. Sharp. Blood expression profiles using microarrays for tuberous sclerosis complex 2, neurofibromatosis type 1 and Down. Society For Neuroscience Meeting at San Diego 2004

2/19/25

HOPKIN, ROBERT J

54.    Shooner KA, Rope AF, **Hopkin RJ**, Andelfinger GU, Benson DW.  Reduced prevalence of cardiovascular malformations hinders detection in two large families with deletion 22q11.2 syndrome NSGC Annual meeting 2004.

55.    Multhaupt T, Lovell A, Mills L, **Hopkin R**. Genetic Health Care Professional's Practice of Testing Adolescents for Carrier Status. NSGC annual meeting 2004.

56.    Multhaupt T, Lovell A, Mills L, **Hopkin R**. Attitudes Regarding Testing Adolescents for Carrier Status.  ASHG Annual Meeting Toronto Canada Oct 2004.

57.    **Hopkin R**, Jansen N, Bailey L, Yi M. Decreased Quality of Life in Women With Fabry Disease.  ASHG Annual Meeting Toronto Canada Oct 2004

58.    **Hopkin RJ**, Arlt W, Cragun D, Kelley RI, Shackleton C.  Abnormal steroidogenesis, deficiency of lanosterol 14-alpha-demethylase, and mutations in CPR in a patient with Antley-Bixler syndrome.  David Smith meeting Utah  Aug 2004 (internatioanal)

59.    Moretti P, Peters S, Hyland K, Bottiglieri T, **Hopkin R**, Peach E, Roa B, Bacino C, Scaglia F. Autism spectrum manifestations in cerebral folate deficiency. ASHG Annual Meeting Toronto Canada Oct  2004 (international)

60.    Tinkle BT,  Bove KE, Hoffman I, Wood RE, **Hopkin RJ**. A case of geleophysic dysplasia: a lysosomal storage disease? WORLD Lysosomal Disease Research Network Symposium. Minneapolis, MN May 2004 (international)

61.    Tinkle BT, Bove K, Hoffman I, Wood RE, **Hopkin RJ**. Geleophysic dysplasia: case report and evidence against lysosomal storage. David W. Smith 25th Annual Workshop on Malformations and Morphogenesis. Wasatch Mountains, Utah August 2004 (international)

62.    **Hopkin RJ**.  Fabry disease in childhood and adolescents.  LSD Registries Conference Washington DC May 2004 (National)

63.    Rope A, Saal HM, **Hopkin RJ.** The DiGeorge anomaly in the absence of deletion 22q11.2. The Irish and American Paediatric Society meeting Westport, Co. Mayo Ireland September 2004 (international)

64.    White DR, Giambra BK, **Hopkin RJ**, Daines CL, Rutter MJ. Aspiration in children with CHARGE association. SENTAC Toronto Canada December 2004 (International)

65.    Clarke LA, Barranger J, **Hopkin R**, Eng CM, Pastores G, Scott CR, Sims K, Wilcox W. Fabry disease presenting in the pediatric age group: clinical and ethical concerns. ACMG Dallas Texas March 2005 (International)

66.    Clarke LA, Barranger J, **Hopkin R**, Eng CM, Pastores G, Scott CR, Sims K, Wilcox W. Fabry disease presenting in the pediatric age group: clinical and ethical concerns. PAS 2005 (International)

2/19/25

67.    **Hopkin RJ**. Treatment decisions in MPS I case discussion. 2nd Annual MPS I Symposium Phoenix AZ. May 20, 2005 (international)

68.    Kogan J, Zenker M, Vandevoorde R, **Hopkin RJ**. Prolonged survival in Pierson syndrome. David W. Smith 26th Annual Workshop on Malformations and Morphogenesis. Iowa City , Iowa  August 2005 (international)

69.    Saal HM, Bao L, Schorry EK, **Hopkin RJ**, Leslie ND, Smolarek T. Paucity of primary identification of new cryptic subtelomere rearrangements with subtelomere FISH: a three year retrospective analysis. David W. Smith 26th Annual Workshop on Malformations and Morphogenesis. Iowa City , Iowa  August 2005 (international)

70.    Rope A, Saal HM, **Hopkin RJ**. An attempt at guidelines for FISH 22q11.2 derived from 6 years of testing experience. David W. Smith 26th Annual Workshop on Malformations and Morphogenesis. Iowa City , Iowa  August 2005 (international)

71.    Burrow A, **Hopkin R**, Bove K, Miles L, Wong B, Choudhary A, Bali D, Li SC, Chen YT. A mild congenital hypotonia and myopathy of glycogen storage disease type IV. David W. Smith 26th Annual Workshop on Malformations and Morphogenesis. Iowa City, Iowa  August 2005 (International)

72.    Zhao H, Saal HM, **Hopkin RJ**. Major malformations in Bloom syndrome. David W. Smith 26th Annual Workshop on Malformations and Morphogenesis. Iowa City, Iowa  August 2005 (International)

73.    Scaglia F, Moretti P, Peters S, Del Gaudio D, Hyland K, Bottiglieri T, **Hopkin R**, Peach E, Roa B, Bacino C, Clinical and genetic characterization of central nervous system folate deficiency. ASHG annual meeting  Salt Lake City Utah October 2005 (International)

74.    Reiter-Purtill J, Schorry EK, **Hopkin RJ**, Vannatta K, Lovell A, Gerhardt C, Moore B, Noll RB. Peer Relationships in neurofibromatosis 1.  ASHG annual meeting  Salt Lake City Utah October 2005 (International)

75.    **Hopkin RJ**, White DR, Giambra BK, Daines CL, Rutter MJ. Aspiration and airway obstruction in CHARGE syndrome. ASHG annual meeting  Salt Lake City Utah October 2005 (International)

76.    Saal HM, Bao L, Schorry EK, **Hopkin RJ**, Leslie ND, Smolarek TA. Paucity of primary identification of new cryptic subtelomere rearrangements with subtelomere FISH: a three year retrospective analysis. ASHG annual meeting  Salt Lake City Utah October 2005 (International)

77.    Walker ME, Schorry EK, Bove KE, Das S, **Hopkin RJ**, Wong BL. A novel MTM1 gene mutation in an infant with X-linked myotubular myopathy and bladder exstrophy.  ACMG annual meeting San Diego CA March 2006 (International)

HOPKIN, ROBERT J

78.     **Hopkin RJ**, Cragun D.  Craniosynostosis as a new feature in van den Ende-Gupta syndrome.  ACMG annual meeting San Diego CA March 2006 (International)

79.     **Hopkin RJ**. Workshop Session: Fabry: Management of Early Disease Symptoms among Patients with Fabry Disease. 10th Annual LSD registries meeting Orlando Florida May 2006 (International)

80.     Burrow TA, Walker M, **Hopkin RJ**. Milroy disease: prenatal diagnosis and phenotype variability in a family. David W. Smith 27 Annual Workshop on Malformations and Morphogenesis. Lake Arrowhead, CA September 2006 (International)

81.     Saal HM, Kline-Fath B,  Crombleholme T,  Bender P, Rothchild D, Peach E, Elluru R, Willging JP, Gordon C, **Hopkin RJ.** The role of fetal MRI for diagnosis and management of fetal micrognathia and Pierre Robin sequence David W. Smith 27 Annual Workshop on Malformations and Morphogenesis. Lake Arrowhead, CA September 2006 (International)

82.     **Hopkin RJ**, Saal HM, Rutter MJ, Hubbell R, Cotton R, Lindor MN, Holmes L, Lin AE. LAPS syndrome: 4 additional patients with emphasis on major morbidity and life threatening complications. David W. Smith 27 Annual Workshop on Malformations and Morphogenesis. Lake Arrowhead, CA September 2006 (International)

83.     Burrow TA, Walker M, **Hopkin RJ**:  Milroy disease:  Prenatal diagnosis and phenotypic variability in a family.  27th Annual D.W. Smith Workshop on Malformations and Morphogenesis.  September, 2006.  Poster presentation

84.     Burrow TA, Walker M, **Hopkin RJ**:  Milroy disease:  Prenatal diagnosis and phenotypic variability in a family.  56th Annual Meeting of the American Society of Human Genetics. October, 2006.  Poster presentation

85.     Zarate YA, **Hopkin RJ**. Unusual presentation of linear nevus syndrome ASHG New Orleans October 2006  Poster presentation (International)

86.     **R.J. Hopkin**, B. Kline-Fath, T. Crombleholme, P. Bender, D. Rothchild, E. Peach,  R. Elluru,  J.P Willging,  C. Gordon, and H.M. Saal.  Prenatal imaging for the diagnosis of Robin Sequence and associated anomalies. American College of Medical Genetics annual meeting Nashville TN March 2007 (international)

87.     Cragun D, **Hopkin RJ**. A Mutation in SOS1 as a Cause of Enlarged Nerve Roots and Peripheral Neuropathy in Noonan Syndrome? American College of Medical Genetics annual meeting Nashville, TN March 2007 (international)

88.     Burrow TA, Saal HM, **Hopkin RJ**:  High Frequency of Central Nervous System Malformations Associated with Choanal Atresia.  57th Annual Meeting of the American Society of Human Genetics.  October, 2007.  Poster presentation.

HOPKIN, ROBERT J

89.     **Hopkin RJ**, Wood RE, Elluru RG. The respiratory phenotype in survivors with
Campomelic dysplasia. David W. Smith 28 Annual Workshop on Malformations and
Morphogenesis. Williamsburg VA August 2007 (International)

90.     Zarate YA, **Hopkin RJ**. The genetic evaluation of macroglossia. David W. Smith 28
Annual Workshop on Malformations and Morphogenesis. Williamsburg VA August 2007
(International)

91.     Burrow TA, Saal SM, **Hopkin RJ**. Choanal atresia: Thinking beyond CHARGE
syndrome. David W. Smith 28 Annual Workshop on Malformations and Morphogenesis.
Williamsburg VA August 2007 (International)

92.     **Hopkin RJ**, Simms K. Pediatric Fabry disease: answering the unanswered questions.
Lysosomal disease registries meeting Salt Lake City UT May 2007 (National)

93.     Kogan JM, Smolarek TA, **Hopkin RJ**, Grabowski GA. Dissection of apparently balanced
translocations using high density SNP arrays. ASHG San Diego CA Oct. 2007 (International)

94.     Zarate YA, **Hopkin RJ**. The genetic evaluation of macroglossia. ASHG San Diego CA
Oct. 2007 (International)

95.     Burrow, T.A., Saal, H.M., **Hopkin, R.J**. High frequency of central nervous system
malformations associated with choanal atresia. ASHG San Diego CA Oct. 2007 (International)

96.     Zarate YA, Mena R, **Hopkin RJ**, Tinkle Brad, Steele P. Experience with
Hemihypertophy and Beckwith Wiedemann Syndrome Surveillance Protocol. Platform
presentation at the American Collage of Medical Genetics Meeting. March 2008.

97.     **R.J. Hopkin**, C.V.A. Guimaraes,  L.E. Linam,  B.M. Kline-Fath, L.F. Donnelly, F.Y.
Lim, M.A.Calvo-Garcia, E.I. Rubio, J.C. Livingston, T. M. Crombleholme. Congenital High
Airway Obstruction Sequence (CHAOS) a recognizable malformation sequence with potential
interventions based on the pathogenic mechanism.  David W. Smith 29 Annual Workshop on
Malformations and Morphogenesis. Mount Tremblant Canada 2008 (International)

98.     MB Rieley, BM Kline-Fath, **RJ Hopkin**. Aqueductal Stenosis: Can fetal MRI findings
help predict developmental outcome? David W. Smith 29 Annual Workshop on Malformations
and Morphogenesis. Mount Tremblant Canada 2008 (International)

99.     Myles Reid, D., Chong, K., Kolomietz, E., **Hopkin R**, Bedard, A. and Kogan, J.  Prenatal
diagnosis of marker chromosome 4: a report of two cases with outcomes. ASHG Philadelphia
PA. Nov 2008.

100.    Glorieux, FH; Bishop, N; Bober, M; Brain, CE; Devogelaer, J; Fekete, G; Forin, V;
**Hopkin, RJ**; Kaitila, I; Lee, B; Lorenc, R; Mahan, JD; McCallister, JA; Pettifor, JM; Plotkin, H;
Rauch, F; Salusky, IB; Shaw, N; Showalter, L; Steelman, JW; Steiner, R; Tan, M; Zhou, W;
Bucci-Rechtweg, C. (2008). Intravenous zoledronic acid (ZOL) compared to IV pamidronate

HOPKIN, ROBERT J

(PAM) in children with severe osteogenesis imperfecta (OI). CALCIFIED TISSUE
INTERNATIONAL, 82, S85.

101.    Spaeth CG, Rubio E, **Hopkin RJ**. Utility of Fetal MRI in the Diagnosis and Management
over a Spectrum of Genetic Syndromes:  Case Series, as a Contributed Paper at the NSGC 28th
Annual Education Conference in Atlanta, Georgia 2009

102.    **Hopkin RJ**, Bissler J, Banikazemi M, Clarke L, Eng CM, Germain DP, Lemay R, Tylki-
Szymanska A, Wilcox WR. Substantial Signs and Symptoms of Fabry Disease Among Children:
Natural History Data from 352 Pediatric Patients in the Fabry Registry European Round Table
on Fabry disease, 2009. (International)

103.    Prada CE, Zarate YA, Schorry EK, **Hopkin RJ**. Severe Presentation of
Neurofibromatosis and Noonan Syndrome.  Poster American Collage of Medical Genetics
Meeting. March, 2009.

104.    **Hopkin RJ**, Prada C, Lovell A, Schorry E, Cragun D. Neurofibromatosis  and Noonan
syndrome: on the overlapping phenotypes.  David W. Smith 30th Annual Workshop on
Malformations and Morphogenesis. Philadelphia, PA, 2009.

105.    Prada C, **Hopkin RJ**. Severe prenatal cervical scoliosis in the fetus: prenatal diagnosis,
prognosis and outcome. David W. Smith 30th Annual Workshop on Malformations and
Morphogenesis. Philadelphia, PA, 2009.

106.    **Hopkin RJ**. Fabry disease.  Genzyme Registries Southeast Regional Meeting. Baltimore,
MD, 2009.

107.    17p deletion LIS1 intact with Debi Cragun 2009

108.    Watt T, Feldt-Rasmussen U, Burlina A, Cazzorla C, Schönfeld D, Banikazemi M,
**Hopkin RJ,** Martins A, Sims K, Beitner-Johnson D, O'Brien F.  Agalsidase Beta Treatment
Improves Quality of Life in Patients with Fabry Disease: Findings from the Fabry Registry.
Poster American College of Medical Genetics annual meeting, March 2010.

109.    **Hopkin RJ**, Diegmueller J, Leslie N, Ruschman J, Saal HM, Grabowski GA. Achieving
financial independence for clinical genetic services: Is it truly possible? Poster American College
of Medical Genetics annual meeting, March 2010.

110.    Carlos Prada, Fatima Rangwala, Elizabeth Schorry, Anne Lovell, Howard Saal, and
**Robert J. Hopkin**. Morbidity Associated with Pediatric Plexiform Neurofibromas. Platform
presentation American College of Medical Genetics annual meeting, March 2010.

111.    **Robert J. Hopkin**, Elizabeth Hopkin, Brad Tinkle, Katie Wusik. Dysmorphic syndromes
in adults presenting for genetic services. Platform presentation David W. Smith 31st annual
Workshop on Malformations and Morphogenesis Alderbrook Resort, Union, Washington 2010

2/19/25

HOPKIN, ROBERT J

112.    Ashley Parrott, Melanie Myers, **Robert Hopkin**, John Lynch. Media Coverage of Direct-to-Consumer Genetic Testing. NSGC annual meeting 2010

113.    **Robert J. Hopkin**, Maryam Banikazemi, Dominique P. Germain, Michael Mauer, Anna Tylki-Szymanska, David G. Warnock, William A. Wilcox. Guidelines for the evaluation and management of children with Fabry disease. Poster ASHG annual meeting Washington DC 2010

114.    C. Prada, F. Rangwala, A. Gallas, E. Sites, A. Lovell, E. Schorry, H. Saal, **R. Hopkin**. Plexiform Neurofibromas Morbidity in a Large Cohort of Pediatric Patients. Platform presentation ASHG annual meeting Washington DC USA 2010

115.    Elizabeth A. Sellars, Nancy D. Leslie, **Robert J. Hopkin**. Rapid Treatment Response for Severe MTHFR Deficiency.  Poster  Annual Clinical Genetics Meeting - American College of Medical Genetics. March 16–20, 2011 in Vancouver, BC, Canada

116.    E.K. Schorry, J.K. George-Abraham, M.B. Rieley, D.A. Stevenson, D.H. Viskochil, **R.J. Hopkin**, L. J. Martin, H.J. Kalkwarf, A.M. Stevens, S. Allen. Differences in Fractures and Activity in Children with NF1. Poster ASHG annual meeting Montreal Canada 2011

117.    Emily King, BJ Leech, K Stanford, HM Saal, J James, SR Callahan, S Geraghty, I Sagesser, and **RJ Hopkin**. Increased Medical Interventions in Children with 22q11.2 Deletion Syndrome (Velocardiofacial Syndrome). NSGC meeting 2011

118.    Emily King, BJ Leech, K Stanford, HM Saal, J James, SR Callahan, S Geraghty, I Sagesser, and **RJ Hopkin**. Increased Medical Interventions in Children with 22q11.2 Deletion Syndrome (Velocardiofacial Syndrome). Poster ASHG annual meeting Montreal Canada 2011

119.    K. J. Patek, B. M. Kline-Fath,  V. V. Pilipenko, C. G. Spaeth, Crombleholme T, **R. J. Hopkin**. Posterior fossa anomalies diagnosed with fetal MRI: Associated anomalies and neurodevelopmental outcomes. Platform presentation ASHG annual meeting Montreal Canada 2011

120.    K. J. Patek, B. M. Kline-Fath,  V. V. Pilipenko, C. G. Spaeth, Crombleholme T, **R. J. Hopkin**. Posterior fossa anomalies diagnosed with fetal MRI: Associated anomalies and neurodevelopmental outcomes. Poster  NSGC 2011 won award for outstanding poster with a cash prize (this is not limited to trainee presentations).

121.    Christine G Spaeth, Diana L. Smith, **Robert J Hopkin**. When Identical Isn't the Same: Curious Cases of Discordant Twins. NSGC 2011

122.    Carlos Prada, MD, Nicki Smith, Anne Lovell, CNP, **Robert Hopkin**, MD, Elizabeth Schorry, MD, Howard Saal, M.D. Optic Pathway Gliomas:  Case series. Poster Children's Tumor Foundation National meeting 2011

2/19/25

HOPKIN, ROBERT J

123.    Elizabeth A. Sellars, Katie Wusik, Nicole Weaver, **Robert J. Hopkin**. Variable presentation between a mother and fetus affected with Goltz syndrome. Poster ACMG meeting 2012

124.    Angela Lin, Sulagna Saitta, Tara Wenger, Rosemarie Smith, Michael Epstein, Mark Alexander, Karen Gripp, Elizabeth Hopkins, Jaya Ganesh, Jennifer Kalish, Mark Levin, Carlos Prada, **Robert Hopkin**, Elaine Zackai. Non-rentrant tachycardia in dysmorphic infants suggests RASopathy: ACMG meeting 2012.

125.    Carlos E. Prada, MD, Nicki R. Smith, BS, Lisa J. Martin, PhD, Anne M. Lovell, CNP, **Robert J. Hopkin**, MD, Elizabeth K. Schorry, MD, and Howard M. Saal, MD. Magnetic Resonance Imaging Screening for Optic Pathway Gliomas in Neurofibromatosis type 1. ACMG meeting 2012

126.    **Robert J. Hopkin**, Michael Mauer, Roberta Lemay, Jörg Strotmann, Katherine B. Sims. Early initiation of agalsidase beta treatment is associated with fewer clinical events: data from the Fabry Registry. WORLD lysosomal Disease Meeting San Diego CA 2012

127.    Prada CE, Cecil K, Wehmeyer C, Berry L, Bailey L, **Hopkin RJ**, Leslie ND, Grabowski GA. (2012). Developing Brain Imaging Markers of Treatment Response and Progression in Mucopolysaccharidosis Type II. WORLD meeting, Feb 2012. Mol Gen Metab, 105(2):s53-s54 .

128.    Smith DL, **Hopkin R**, Bous SM, Kline-Fath, B. Recurrent holoprosencephaly of unknown etiology: the importance of pursuing genetic diagnosis and implications for family counseling ISPD meeting 2012

129.    Korf B, et al. (including **Hopkin RJ**). Natural History of Plexiform Neurofibromas in NF1. Children's Tumor Foundation National meeting 2012

130.    K. N. Weaver, M. EL-Hallak, M. Keddache, C. Hankin, S. Das, **R. Hopkin**. A unique presentation of Keutel syndrome illustrating similarities with relapsing polychondritis David W. Smith 33rdt annual Workshop on Malformations and Morphogenesis Poster 2012

131.    **Robert J. Hopkin**, Carlos E. Prada, Pinar Bayrack-Toydemir, Lindor, Comier-Dair. SMAD4pathies: Myhre syndrome and LAPS syndrome.  David W. Smith 33rdt annual Workshop on Malformations and Morphogenesis Poster 2012

132.    Howard M. Saal, Patricia L Bender, **Robert J. Hopkin**. Pierre Robin Sequence in Five Children with Prenatal Exposure to Methadone. David W. Smith 33rdt annual Workshop on Malformations and Morphogenesis 2012

133.    Emily King, Bettsy Leech, Howard Saal, Kevin Stanford, **Robert J. Hopkin**. Need for hospitalization analysis from birth to age 10. 8th Biennial International 22q11.2 Conference Orlando FL. Platform presentation 2012

HOPKIN, ROBERT J

134.    Carlos E. Prada, **Robert J. Hopkin**, Laurie Bailey, Anne M. Lovell, Nancy D. Leslie, Gregory A. Grabowski. Gaucher disease type 2: outcomes of enzyme replacement therapy and impact on quality of life. ASHG 2012 poster

135.    Frits A. Wijburg, Bernard Bénichou, Daniel G. Bichet, Gabriela Dostalova, Lorne Clarke, Alejandro Fainboim, Andreas Fellgiebel, Cassiano Forcelini, Kristina An Haack, **Robert Hopkin**, C. Ronald Scott, Suma Shankar, Anna Tylki-Szymanska, Camilla Tøndel, Uma Ramaswami. A Randomized, Multicenter, Multinational, Phase 3B, Open-Label, Parallel-Group Study of Agalsidase Beta in Treatment-Naive Male Pediatric Patients with Fabry Disease Without Severe Symptoms: Baseline Demographics and Clinical Data. WORLD 2013 Poster

136.    **Robert J. Hopkin**, Michael Mauer, Roberta Lemay, Jose Ortiz, Katherine B. Sims, Stephen Waldek. Early initiation of agalsidase beta treatment is associated with fewer clinical events in women with Fabry disease: data from the Fabry Registry. WORLD 2013 Poster

137.    Clay, C. D.; **Hopkin, R**.; Wehmeyer, C.; et al  Evaluation of Agalsidase Beta specific serum IgE in patients with Fabry Disease. Annals of Allergy Asthma & Immunology Vol 111 supplement 1 A3-A4. 2013

138.    Emily King, Bettsy Leech, Howard Saal, Kevin Stanford, **Robert J. Hopkin**. Children with 22q11.2 Deletion Syndrome (Velocardiofacial Syndrome) Experience Increased Medical Interventions Compared to Peers. ACMG 2013 Poster

139.    Bous, SM. **Hopkin, RJ**. Smith, DL. Kline-Fath, B. Non-syndromic holoprosencephaly in two siblings: Molecular diagnosis and management. ACMG 2013 Poster

140.    Brazil A, Stanford K, Smolarek T, **Hopkin RJ**. Further Delineation of 1p36 Deletion Syndrome in Adolescents and Adults. NSGC meeting 2013 Poster

141.    Gladstone A,  **Hopkin RJ**,  Peay H,  Lander J, Wong B, Walker M. Benefits of Genetic Counseling for Parents who have Adopted a Child with Duchenne or Becker Muscular Dystrophy. NSGC meeting 2013 Poster

142.    Scott J, Smith N, **Hopkin R**. Challenges to nondirective genetic counseling in the prenatal setting: a case report of multiple anomalies in the fetus NSGC meeting 2013 Poster

143.    Brazil A, Stanford K, Smolarek T, **Hopkin RJ.** 1p36 Deletion Syndrome in Adolescents and Adults. David W. Smith 34th annual Workshop on Malformations and Morphogenesis 2013 Platform Presentation

144.    Weaver KN, Johnson J, Kline-Fath B, Zhang X, Lim F, Tinkle B, Saal HM, **Hopkin RJ**. The impact of fetal MRI on the prenatal diagnosis of skeletal dysplasias. David W. Smith 34th annual Workshop on Malformations and Morphogenesis Poster 2013 Platform

2/19/25

HOPKIN, ROBERT J

145.    Bous SM, Weaver KN, Bader PI, Johnson K, Hegde RS, Schorry EK, **Hopkin RJ**. A novel dominant COL11A1 mutation with a sub-lethal fibrochondrogenesis phenotype.  David W. Smith 34th annual Workshop on Malformations and Morphogenesis Poster 2013 Poster

146.    C Hetteberg, **RJ Hopkin**, A Reponen, M Barve, C Prows. Sustainability and Impact of a Multifaceted Genetics Education Program for Nurses ACMG 2014 Poster

147.    Stephanie Santoro, Lisa Martin, **Robert J. Hopkin**. Hematologic Disease in mosaic Down syndrome. ACMG 2014 Poster

148.    William R. Wilcox, Ulla Feldt-Rasmussen, Anna Maria Martins, Alberto Ortiz, Frank Weidemann, Roberta M. Lemay, **Robert  J. Hopkin**. Female Fabry Disease: Significant Improvement of Fabry disease-related gastrointestinal symptoms in a large cohort of female patients treated with agalsidase beta (Fabrazyme): data from the Fabry Registry. WORLD 2014 Poster

149.    Sarah Stueber, Elizabeth Schorry, Lisa Martin, Katie Wusik, and **Robert J. Hopkin**. Impact of Plexiform Neurofibromas on Adult Patients with Neurofibromatosis type 1. NSGC 2014 Poster

150.    Dehua Wang, **Robert J Hopkin**, Emily King, Lili Miles, Maria A Calvo-Garcia, Jerzy Stanek. Pena-Shokeir Phenotype/ Fetal Akinesia Deformation Sequence: From Placenta to Secondary Myopathy. IFPA 2014 Poster

151.    KN Weaver, KE Noack Watt, KL Sund, RB Hufnagel, T Bender, **RJ Hopkin**, DR Lohmann, D. Wieczorek, PA Trainor, HM Saal. A new mandibulofacial dysostosis syndrome caused by a mutation of POLR1A. David W. Smith 35th annual Workshop on Malformations and Morphogenesis 2014 Platform

152.    **Robert J. Hopkin**, Jennifer E. Glass, Teresa A. Smolarek, Howard M. Saal. Trisomy 9 mosaicism should be a diagnostic consideration in CHARGE association. David W. Smith 35th annual Workshop on Malformations and Morphogenesis 2014 Platform

153.    Harry Lesmana, **Robert Hopkin**. Maternal UPD (16) with IUGR, transient neonatal hypoglycemia and cholestasis. ASHG 2014 Poster

154.    Lesmana H, Dyer L, Smolarek TA, **Hopkin RJ**. Two Cases of Maternal UPD (16) : Phenotypic Evidence of an Imprinting Disorder Affecting Chromosome 16 ACMG 2015 Poster

155.    Stephanie Santoro, Lisa J. Martin, Stephen I. Pleatman, **Robert J. Hopkin**. Improving Adherence to the Health Supervision Guidelines for Children with Down Syndrome ACMG 2015 Poster

156.    Balow SA, Lesmana H, **Hopkin RJ**, Leslie ND, and Smolarek T. Case Study: Phenotypic evidence for skewed X-inactivation in two siblings with an unbalanced X;22 translocation ACMG 2015 Poster

HOPKIN, ROBERT J

157.    KN Weaver, KE Noack Watt, RB Hufnage, J Navajas Acedo, LL Linscott, KL Sund, PL Bender, R König, CM Lourenco, U Hehr, **RJ Hopkin**, DR Lohmann, PA Trainor, D. Wieczorek, HM Saal. Acrofacial dysostosis, Cincinnati-type: A novel human acrofacial dysostosis caused by POLR1A dysfunction. ACMG 2015 Poster

158.    **Robert J. Hopkin**, Gustavo Cabrera, Joel Charrow, Roberta Lemay, Ana Maria Martins, Michael Mauer, Alberto Ortiz, Manesh R. Patel, Katherine Sims, Stephen Waldek, David G. Warnock, William R. Wilcox. Risk Factors for Serious Clinical Events and the Incidence of These Events in Male and Female Patients with Fabry Disease Treated with Agalsidase Beta. WORLD LDN 2015 Platform

159.    Robert Wood, Connie Wehmeyer, Laurie Bailey, **Robert J. Hopkin**. Effect of Enzyme Replacement Therapy on Airway Abnormalities in Patients with Hunter Syndrome. WORLD LDN 2015 Poster

160.    Bac C,  Brazil A,  Kummer A, **Hopkin RJ**. Investigation of Speech Delay in Individuals with 1p36 Deletion Syndrome NSGC 2015 poster

161.    Rutter MM, Johnson J, **Hopkin RJ**, Saal H, Schwartz B, Breech L, Ernst M,  Reddy P, Kennedy K. A tale of two sisters (Frasier syndrome) DSD TRN meeting 2015

162.    Lesmana H, Dyer L, Zhou P, Li X, Denton J, Chonat S, Zhang K, **Hopkin RJ,** and Kalfa TA. Alu-Element Insertion in PKLR Gene As a Novel Cause of Severe Hereditary Nonspherocytic Hemolytic Anemia ASH 2015 poster recognized as outstanding research for a trainee.

163.    Sophia B. Hufnagel MD1, Martin LJ, **Hopkin RJ**, Cassedy A, Antommaria AH. Adolescents' Opinions on Disclosure of Non-actionable Incidental Findings in Whole Exome Sequencing ASHG Platform presentation 2015

164.    Harry Lesmana, Lisa Dyer, Ping Zhou, Xia Li, James Denton, Satheesh Chonat, **Robert J. Hopkin**, Theodosia Kalfa. Novel Alu-Element Insertion in PKLR Gene As A Cause of Severe Hereditary Nonspherocytic Hemolytic Anemia. ASH (American Society of Hematology) meeting 2015

165.    David G. Warnock, Daniel G. Bichet, Ademola Abiose, Gustavo Cabrera, Joel Charrow, Dominique P. Germain, **Robert J. Hopkin**, Ana Jovanovic, Aleš Linhart, Sonia S. Maruti, Michael Mauer, Manesh R. Patel, Juan Politei, Stephen Waldek, Christoph Wanner, Han-Wook Yoo, Alberto Ortiz.  Lag time to benefit for adult Fabry disease patients on agalsidase beta enrolled in the Fabry Registry GARROD annual meeting 2015

166.    Lauren E. Longshore, Cassandra Bac, Stephanie N. Stewart. J. L. Jefferies, **R. Hopkin**, Michael D. Taylor. Left ventricular non-compaction in patients with 1p36 syndrome. American Society of Echocardiography meeting 2015 poster

HOPKIN, ROBERT J

167.    K. Nicole Weaver,  Xue Zhang, Tricia Bender, Zarmina Ehsan, Barbara Chini, **Rob J. Hopkin**, Howard M. Saal. Outcomes of Robin sequence at Cincinnati Children's: a 12-year retrospective analysis. ACPA 2015

168.    H.M. Saal, **R.J. Hopkin**, P.L. Bender, K.N. Weaver. Robin Sequence without Cleft Palate:  Genetic Diagnoses and Management Implications. ACPA 2015

169.    **Robert J. Hopkin**, Amy Ross, Patricia Burns, Michelle Baric, Emily Partack, Foong-Yen Lim. Congenital Diaphragmatic Hernia is genetically complex and associated with many chromosomal abnormalities and syndromes. David W. Smith 36th annual Workshop on Malformations and Morphogenesis 2015 poster

170.    R.B. Hufnagel, M.B. Yang, M.E. Gray, L.A. Krueger, T.J. Jaworek, P.L. Bender, P.-W. Chiang, X. Li, T.A. Smolarek, H.M. Saal, **R.J. Hopkin**, Z.M. Ahmed. Molecular and cytogenetic evaluations of atypical anterior segment dysgenesis syndromes with cardiac involvement.  David W. Smith 36th annual Workshop on Malformations and Morphogenesis 2015 poster

171.    Blake, R. B., Thomas, C. W., Merhar, S., Kline-Fath, B. M., **Hopkin, R. J.**, Bierbrauer, K. S., & Oldham, M. S. (2015). Agenesis of the Corpus Callosum Diagnosed by Fetal MRI: Medical and Developmental Outcomes. In ANNALS OF NEUROLOGY Vol. 78 (pp. S169-S170).

172.    Qiao X, Berry L, Bailey L, **Hopkin RJ**, Incidence of lower extremity edema and the effect of diuretics in a  population of patients with Fabry disease at a single center WORLD 2016 poster

173.    **Hopkin RJ**, Feldt-Rasmussen U, Martins AM, Ortiz A, Weidemann F, Lemay R, Wilcox WR. Improvement of Fabry disease-related gastrointestinal symptoms in a significant proportion of female patients treated with agalsidase beta. WORLD 2016 poster

174.    Theobald K,  Bale SJ, **Hopkin RJ**, Klein RT, Juusola J, Knapke S, Lim FY, Clinical Whole Exome Sequencing Reveals a De Novo PTPN11 Pathogenic Variant in Association with an Unusual Presentation of Noonan Syndrome ACMG 2016 poster

175.    Russell B, Diana Rigueur D, Sund K, Basil J, Hufnagel R, Weaver KN, Prows C, **Hopkin R**, Saal H, Lyons K, Dauber A. A Novel Skeletal Dysplasia Caused by Homozygous Mutations in BMPR1A ACMG 2016 platform presentation (awarded David Rimoin Inspiring excellence award for Bianca Russell)

176.    Balow SA, Smith N, Russell BE, **Hopkin RJ**, and Smolarek TA. Complex Genomic Rearrangements of the Y chromosome in a Premature Infant ACMG 2016 poster

177.    Lesmana H, Hufnagel R, Yang MB, Neilson DE, **Hopkin RJ**. 22q11.2 Microduplication Syndrome Presenting with Anterior Segment Dysgenesis : A Case Report and Review of

HOPKIN, ROBERT J

Literature. American College of Medical Genetics (ACMG) Meeting, 2016, Tampa, Florida poster

178.    Sheikh R,  Brazil, A Pilipenko V,  **Hopkin RJ**, Family Impact of 1p36  Deletion Syndrome NSGC 2016 poster

179.    Russell B, Balow S, Smolarek T, Wood R, **Hopkin RJ**. Deafness infertility syndrome due to STRC-CATSPER2 deletions with concern for respiratory ciliary dysfunction.  David W. Smith 37th annual Workshop on Malformations and Morphogenesis 2016 Platform

180.    Monteil DC, Wang L, **Hopkin RJ.** Stormorken syndrome: a clearly recognizable and potentially treatable disorder. David W. Smith 37th annual Workshop on Malformations and Morphogenesis 2016 Poster (the Pater Duncan award winner – best poster by a trainee)

181.    Weaver KN, **Hopkin RJ**, Bender PL, Saal HM. Robin Sequence without Cleft Palate: Genetic Diagnoses and Management Implications. David W. Smith 37th annual Workshop on Malformations and Morphogenesis 2016 Platform

182.    Lombardo R, Kramer E, Sawnani H, **Hopkin RJ**. Atypical Phenotype of a Family with a Novel Non-Polyalanine Tract Mutation in PHOX2B. David W. Smith 37th annual Workshop on Malformations and Morphogenesis 2016 Platform

183.    Labilloy A, Stottmann R, Gordon C, Kline-Fath B, Saal H, **Hopkin RJ**. Nager syndrome presenting with osteoporosis in a 10 year-old male with a novel mutation of SF3B4: a case report. ASHG 2016

184.    Vena N, Hosseini SA, Rajakaruna C, Burrow TA, Rochford L, **Hopkin RJ**, RIPPLY2: Believe it or not! ASHG 2016 poster

185.    Lombardo R, Monteil D, Lesmana H, Goldschmidt M, Abu-El-Haija M, **Hopkin RJ**. Impact of Genetic Testing on the Diagnosis and Management of Congenital Diarrheal Disorders ASHG 2016 poster (Awarded Reviewers choice Ribbon and noted on the Poster walk)

186.    **Hopkin RJ**, Brand E, Feldt-Rasmussen U, Germain DP, Guffon N,  Jovanovic A, Kantola I, Karaa A, Lemay R, Martins AM, Wilcox WR, Yoo HW. Burden of Fabry disease in young patients (≤30 years of age) who were initiated on enzyme replacement therapy with agalsidase beta: a Fabry Registry analysis. WORLD 2017 poster

187.    Ramaswami U, Wijburg FA, Bichet DG, Clarke LA, Dostalova G, Fainboim A, Fellgiebel A, Forcelini C, An Haack K, **Hopkin RJ**, Mauer M, Najafian B, Scott CR, Shankar SP, Thurberg BL, Tøndel C, Tylki-Szymanska A, Bénichou B. A randomized, phase 3B, open-label, parallel-group study of agalsidase beta in treatment-naive male pediatric patients with Fabry disease without severe symptoms (FIELD study): GL-3 clearance from kidney cells. WORLD 2017 talk

57

HOPKIN, ROBERT J

188.    Warnock DG, Oliveira JP, Bichet DG, Yoo HW, Gruskin DJ, **Hopkin RJ**, Lemay R, Politei J, Wanner C, Wilcox WR, Germain  DP. Classification of male FAbry patients: Validation of group consensus by survivor analysis for major clinical . WORLD poster

189.    Ramaswami U, Wijburg FA, Bichet DG, Clarke LA, Dostalova G, Fainboim A, Fellgiebel A, Forcelini C, Haack KA, **Hopkin RJ**, Mauer M, Najafian B, Scott CR, Shankar SP, Thurberg BL, Tøndel C, Tylki-Szymanska A, Bénichou B. A randomized, phase 3B, open-label, parallel-group study of agalsidase beta in treatment-naive male pediatric patients with Fabry disease without severe symptoms (FIELD study): GL-3 clearance from kidney cells. WORLD 2017 poster (Talk also presented)

190.    Ramaswami U, Wijburg FA, Bichet DG, Clarke LA, Dostalova G, Fainboim A, Andreas Fellgiebel A, Forcelini C, Haack KA, **Hopkin RJ**, Mauer M, Najafian B, Scott R, Shankar SP, Thurberg BL, Tøndel C, Tylki-Szymanska A, Bénichou B. A randomized, phase 3B, open-label, parallel-group study of agalsidase beta in treatment-naive male pediatric patients with Fabry disease without severe symptoms (FIELD study): GL-3 clearance from superficial skin capillary endothelium. WORLD 2017 poster

191.    Wilson H, **Hopkin RJ**, Madueme P, Czosek RJ, Bailey L, Taylor M, Jefferies JL. Characterization of the early cardiac phenotype in Fabry disease WORLD 2017 poster

192.    Clemens P, Laforet P, Kacena K, Sanson BJ, **Hopkin RJ**, van der Ploeg A. Title: Long-Term Efficacy of Alglucosidase Alfa in Late-Onset Pompe Disease AAN 2017 poster

193.    van der Ploeg A, Clemens PR, **Hopkin RJ**, Kacena K, Sanson BJ, Laforet P. Long-Term Efficacy of Alglucosidase Alfa in Late-Onset Pompe Disease. WORLD 2017 poster

194.    Lesmana H, Nizon M, Mehta P, Isidor B, Agrawal V, Vawter M, Schapiro M, Burrow T, Hallinan B, **Hopkin RJ**. CNTNAP1-related Congenital Hypomyelinating Neuropathy. American College of Medical Genetics (ACMG) Meeting, 2017, Phoenix, Arizona (poster)

195.    Russell BE, Balow SA, Dyer LM, Smolarek TA, and **Hopkin RJ**. Non-Invasive Prenatal Screening Results Provide a Valuable Clue to Diagnosis of Chromosome 16 Uniparental Heterodisomy. American College of Medical Genetics (ACMG) Meeting, 2017, Phoenix, Arizona (poster)

196.    Yadav A, **Hopkin RJ**. ERF-related Craniosynostosis syndrome and short stature: a new association? American College of Medical Genetics (ACMG) Meeting, 2017, Phoenix, Arizona (poster)

197.    Long P, Monteil D, Sullivan B, Hoppman N, **Hopkin R**, T. Smolarek T. A Novel Balanced Rearrangement involving chromosomes 9 and 15in a Patient with Atypical Angelman Syndrome. American College of Medical Genetics (ACMG) Meeting, 2017, Phoenix, Arizona (poster).

2/19/25

HOPKIN, ROBERT J

198.    Rutter MM, Hornung L, Ernst MM,  Breech L, Reddy P, Kennedy K, Schafer-Kalkhoff
T, Hoefgen H, Vanderbrink B, Sheldon C, Howell J, **Hopkin R**, Saal H, Johnson J, Antommaria
AH, Sandberg DE, Vilain E, Delot E. Prevalence and Characteristics of Patients with
Ovotesticular Disorder of Sex Development in the Disorders / Differences of Sex Development
Translational Research Network Registry I-DSD 2017 Copenhagen (June 29-July 1)

199.    Garman J,  Leech B, **Hopkin R**, Saal H, Pilipenko V, Martin L. Parental Expectations of
Future Functional Outcomes in Children Diagnosed with 22q11.2 Deletion Syndrome. NSGC
2017 (Poster)

200.    **Hopkin RJ**, Hufnagel R. Mutation c.925C>T (p.Arg309Trp) in MECP2  causes a
syndromic form of intellectual disability that is distinct from Rett syndrome. David W. Smith
38th annual Workshop on Malformations and Morphogenesis 2017 Poster

201.    Lombardo RC, Cnota J, **Hopkin RJ**. Congenital Heart Disease and Aortic Arch Variants
Associated with Mutation in PHOX2B David W. Smith 38th annual Workshop on
Malformations and Morphogenesis 2017 Poster

202.    Monteil DC, **Hopkin RJ**. Occasionally, William Ockham got it wrong. David W. Smith
38th annual Workshop on Malformations and Morphogenesis 2017 Poster

203.    Ramaswami U, Bénichou B, Bichet DG, Clarke LA, Dostalova G, Fainboim A, Fellfiebel
A, Forcelini C, Haacki KA, **Hopkin RJ**, Mauerk M, Najafian B, Scott CR, Shankar SP,
Thurberg BL, Tøndel C, Tylki-Szymanska A, Wijburg FA. Randomized Controlled Trial of Two
Low-Dose Agalsidase Beta Regimens in Male Pediatric Patients with Fabry Disease: GL-3
Clearance from Kidney Cells. ICIEM 2017 Rio de Janeiro

204.    Warnock DG, Oliveira JP, Bichet DG, Yoo HW, Gruskin DJ, **Hopkin RJ**, Lemay R,
Politei J, Wanner C, Wilcox WR, Germain DP. Classification of male Fabry patients: Validation
of group consensus by survivor analysis for major clinical events. ERA-EDTA 2017

205.    Aditi Yadav, **RJ Hopkin**, Elizabeth K Schorry. SOPH syndrome; multisystem disorder
with facial dysmorphism, skeletal dysplasia, episodic liver failure, immune dysfunction and
intellectual disability ASHG 2017

206.    Divya Khattar, **RJ Hopkin**. Report of phenotypic variability of periventricular nodular
heterotopia in a four-generation Caucasian family with a novel FLNA mutation ASHG 2017

207.    Deema Aljeaid, RC Lombardo, DP Witte, **RJ Hopkin**. Novel Pathogenic Variant in
OFD1 Results in Male Lethal Oral Facial Digital Syndrome Type 1 with Pituitary Aplasia.
ASHG 2017

208.    Simpson, B, H Saal, **RJ Hopkin**. Microdeletion of Xp22 encompassing SHOX and
ARSE, showing incomplete penetrance and variable expressivity. ASHG 2017

59

HOPKIN, ROBERT J

209.    Russell B, Labilloy A, Whaley K, Lombardo R, Bove K, Muglia L, Prada C, **Hopkin RJ**, Leslie N, Assouline Z, Barcia G, Bouchereau J, Chomton M, Debray D, Dorboz I, Durand P, Guettier-Bouttier C, Habes D, Jardel C, Labarthe F, Lévy J,  Lombès A, Mehler Jacob C, Melki J, Menvielle L, Munnich A, Pichard S, Rio M, Rötig A, Sissaoui S, Slama A, Miethke A, Schiff M. Expanding and Underscoring the Hepato-Encephalopathic Phenotype of QIL1/MIC13: A Recently Described Mitochondrial Contact Site and Cristae organizing system (MICOS) Complex Gene. American College of Medical Genetics (ACMG) Meeting, 2018 Charlotte, NC (poster)

210.    Sullivan B, Aljeaid D, Wusik K, Neilson D, **Hopkin R.** Wiedemann-Steiner Syndrome: Expansion of the Phenotype Featuring Two Cases with Previously Unreported Features and Review of the Literature. American College of Medical Genetics (ACMG) Meeting, 2018 Charlotte, NC (poster)

211.     Monteil DC, Weaver KN, Yadav A, **Hopkin RJ**. Blurring the Lines: The KAT6B Continuum -Say Barber Biesecker Young Simpson Syndrome and Genitopatellar Syndrome. American College of Medical Genetics (ACMG) Meeting, 2018 Charlotte, NC (poster)

212.    Wilcox WR, Fomin VV, Germain DP, Goker-Alpan O, Goláň L, Hiwot T, **Hopkin RJ**, Hughes DA, Jovanovic A, Lukina E, Mange KC, Sensinger C, Tylki-Szymańska A, Wallace E, Deegan P. A phase 2a study to evaluate the safety, pharmacokinetics, pharmacodynamics, and exploratory efficacy of venglustat in adult male Fabry patients.  American College of Medical Genetics (ACMG) Meeting, 2018 Charlotte, NC (poster)

213.    Lombardo RC, **Hopkin RJ**. NextGen and Whole Exome Sequencing in Atypical Cerebral Palsy: Demystifying the Diagnosis. American College of Medical Genetics (ACMG) Meeting, 2018 Charlotte, NC (poster)

214.    Campion MW, **Hopkin RJ**, Goldgar C, Prows C, Dasgupta S. Educating the Next Generation of Genetic Service Providers (symposium at ACMG 2018) Moderator and presentor of Genetic Residency Training. American College of Medical Genetics (ACMG) Meeting, 2018 Charlotte, NC (Moderator and platform presentation)

215.     Passarge E, Ziegler AN, **Hopkin RJ**, Saal HM. A fifty-year follow-up of familial Hirschsprung disease. German Society of Human Genetics meeting Münster 2018

216.    Sullivan B, Embresh M, Widmeyer KL, Geller J, Miethke A, **Hopkin RJ**. ERCC1-related nucleotide excision repair defect is a novel disease characterized by microcephaly, developmental delay, and predisposition to cancer: enhancing the phenotype and providing a management plan. David W. Smith 39th annual Workshop on Malformations and Morphogenesis 2018 (Poster)

217.    Simpson B, Khattar D, Choo D, Wiley S, Marcheschi L, Scott D, Lalani S, **Hopkin RJ**. CHARGE Syndrome in the Era of Molecular Diagnosis: Need for Higher Clinical Suspicion - Findings in the CCHMC CHARGE Center Cohort. David W. Smith 39th annual Workshop on Malformations and Morphogenesis 2018 (Platform presentation)

218.    Lombardo RC, Monteil D, Marsh RA, Farrell PR, Kocoshis S, Valencia CA, Leino D, **Hopkin RJ**, Cole CR. Impact of Molecular Diagnosis on Management, Treatment, and Long Term Outcomes in Congenital Diarrheal Disorders. David W. Smith 39th annual Workshop on Malformations and Morphogenesis 2018 (Platform presentation)

219.    **Hopkin RJ**, Lombardo RC, Russell B, Aljeaid D, Yadav A, Sullivan BR, Simpson B, Khattar D, Masunga A, Bender PL, Monteil DC. It Actually Matters: utility of a diagnosis for very rare conditions David W. Smith 39th annual Workshop on Malformations and Morphogenesis 2018 (Poster)

220.    Jefferies JL, **Hopkin RJ**. Prevalence of Lymphedema in Anderson-Fabry Disease: A Report from the Fabry Registry. American Society of Human Genetics Meeting 2018 (poster)

221.    Aljeaid D, **Hopkin RJ**. A Familial Novel Whole CDKN1C Gene Deletion in Siblings with Beckwith-Wiedemann Syndrome and Dandy-Walker Malformation. ASHG 2018 (poster)

222.    Khattar D, Smith N, **Hopkin RJ**. Whole Exome Sequencing identifies novel mutation in CHAT gene for a lethal perinatal presentation of hydrops and arthrogryposis multiplex congenital. ASHG 2018 (poster)

223.    Schulze KV, Szafranski P, Lesmana H, **Hopkin RJ**, Hamvas A, Wambach JA, Fonseca1 CMBC, Liu Q, Karolak J, Lupski JR, Hanchard NA, Stankiewicz P. Comparisons of chromosome-wide DNA methylation patterns between maternal and paternal UPD (16) reveal evidence for additional imprinted regions. ASHG 2018 (poster)

224.    **Hopkin RJ**, Germain DP, Bichet DG, Gruskind DJ, Lemay R, Oliveira JP, Politei, Wanner C, Wilcox WR, Yooi HW, Warnock DG. A survivor analysis for major clinical events in heterozygous female patients with Fabry disease using group consensus phenotype classifications from hemizygous male patients. WORLD 2018 (poster)

225.    **Hopkin RJ**. Utility of Genomic Testing. AAPNGBH November 8 2018 (300 representatives of large companies who are self-insured) Platform presentation and questions

226.    Eapen A, Simpson BN, Redmond M, **Hopkin R**, Risma K. A case of Hyper-IgM immunodeficiency presenting initially as a novel syndromic disorder. AAAAI 2019 poster

227.    Sunder-Plassmann G, Bichet DG, Davidonis M, Germain DP, Giugliani R, **Hopkin RJ**, Jovanovic A, Linhart A, Nicholls K, Nordbeck P, Feldt-Rasmussen U, Rutecki J, Giuliano J, Skuban N, Politei J. Design of a Prospective, Multicenter, Multinational, Observational Safety and Outcomes Registry in Patients With Fabry Disease Who Are Untreated or Treated with Migalastat or Enzyme Replacement Therapy WORLD 2019 (poster)

228.    **Robert J. Hopkin**, Gustavo H. Cabrera, John L. Jefferies, Eva Brand, Ulla Feldt-Rasmussen, Dominique P. Germain, Nathalie Guffon, Ana Jovanovic, Ilkka Kantola, Amel Karaa, Ana M. Martins, William R. Wilcox, Meng Yang, Han-Wook Yoo, Michael Mauer.

HOPKIN, ROBERT J

Renal and cardiac outcomes of young male patients with Fabry disease initiated on agalsidase beta treatment before age 30: A Fabry Registry analysis Congresso Paulista de Nefrologia (CPN), São Paulo, Brazil, September 25–28, 2019 (platform presentation)

229.    Simpson B,  Labilloy A, **Hopkin R**, Prada C. Late-Onset Cognitive Regression in Long-Standing Intellectual Disability European MPS Meeting 2019 (poster)

230.    Deegan P, Germain D P, Goker-Alpan O, Geberhiwot T, **Hopkin R J**, Lukina E, Tylki-Szymanska A, Sensinger C, Gaemers S, DasMahapatra P, Modur V, Zaher A, Wilcox W R. Three year open label phase 2a investigation of venglustat safety and exploratory efficacy in classic Fabry patients SSIEM 2019 (platform presentation)

231.    **Robert J. Hopkin**, Gustavo H. Cabrera, John L. Jefferies, Eva Brand, Ulla Feldt-Rasmussen, Dominique P. Germain, Nathalie Guffon, Ana Jovanovic, Ilkka Kantola, Amel Karaa, Ana M. Martins, William R. Wilcox, Meng Yang, Han-Wook Yoo, Michael Mauer. Significant abdominal and acute pain improvements in young patients with Fabry disease initiated on agalsidase beta treatment before age 30: a Fabry Registry analysis WORLD 2019 (poster)

232.    **Robert J. Hopkin**, Gustavo H. Cabrera, John L. Jefferies, Eva Brand, Ulla Feldt-Rasmussen, Dominique P. Germain, Nathalie Guffon, Ana Jovanovic, Ilkka Kantola, Amel Karaa, Ana M. Martins, William R. Wilcox, Meng Yang, Han-Wook Yoo, Michael Mauer. Renal and cardiac outcomes of young male patients with Fabry disease initiated on agalsidase beta treatment before age 30: a Fabry Registry analysis WORLD 2019 (poster)

233.    Jacquelynn Berton, **Robert Hopkin**, Bettsy Leech, Xue Zhang, Brittany Simpson, Sarah Greenwell, Howard Saal. Examining the Relationship Between Parenting Stress and Anxiety in Children with 22q11.2 Deletion Syndrome NSGC annual meeting 2019 (poster)
234.    Lauren A. Head and **Robert J. Hopkin**. Case Series of Family with Rare c.925C>T, p.R309W MECP2 Mutation. NSRF 2019

235.    Sunder-Plassmann G, Bichet DG, Davidonis M, Germain DP, Giugliani R, **Hopkin RJ,** Jovanovic A, Linhart A, Nicholls K, Nordbeck P, Feldt-Rasmussen U, Rutecki J, Giuliano J, Skuban N, Politei J. Design of a Prospective, Multicenter, Multinational, Observational Safety and Outcomes Registry in Treated and Untreated Patients With Fabry Disease ACMG 2019 (poster)

236.    Lauren Ansley Head, Deema Aljeaid, Patricia Lynn Bender, Ethan Tanner-Edwards, Matthew Frazier, Divya Khattar, Rachel C. Lombardo, Abigail Masunga, Danielle C. Monteil, Bianca Russell, Brittany Simpson, Bonnie R. Sullivan, Kathryn Nicole Weaver, Aditi Yadav, **Robert J. Hopkin**. The Utility of Genetic Testing in the Treatment of Rare Diseases ACMG 2019 (poster)

237.    Howard M. Saal, Patricia Bender, Bonnie Sullivan, **Robert J. Hopkin**, K. Nicole Weaver. Pierre Robin sequence: High prevalence of chromosomal anomalies ACMG 2019 (poster)

2/19/25

HOPKIN, ROBERT J

238.    Bonnie R. Sullivan, Beth M. Kline-Fath, Xue Zhang, **Robert J. Hopkin**, K. Nicole
Weaver. MRI as a Tool for Prognosis in Fetal Arthrogryposis ACMG 2019 (poster)

239.    Yuri A. Zarate, K. Nicole Weaver, **Robert J. Hopkin**, Anatalia Labilloy, Jürgen
Spranger, Dan Doherty, Rolf W. Stottmann. GENETIC AND PHENOTYPIC
HETEROGENEITY IN KIAA0753- RELATED CILIOPATHIES David W. Smith Workshop
2019 (platform)

240.    **Robert J. Hopkin**, Marshall Lukacs, John Gilley, Yi Zhu, Giuseppe Orsomando, Carlo
Angeletti, Jianqi Liu, Joun Park, Michael Coleman, Grace Zhai, David Witte, Rolf W.
Stottmann. BIALLELIC LOSS OF FUNCTION MUTATIONS IN NMNAT2 CAUSE
PRENATAL CONTRACTURES, HYDROPS, BRAIN AND CRANIOFACIAL
ABNORMALITIES David W. Smith Workshop 2019 (poster)

241.    Rachel C Lombardo, Steve W Wu, **Robert J Hopkin**. SOMETIMES HOOFBEATS
ARE ZORSES David W. Smith Workshop 2019 (platform)

242.    K Abell, X Zhang, T Bender, **R Hopkin**, H Saal, K Weaver. OUTCOMES FOR
PRENATAL DIAGNOSIS OF PIERRE ROBIN SEQUENCE David W. Smith Workshop 2019
(platform)

243.    B Simpson, **R Hopkin**, B Kline-Fath, N Weaver. PRENATAL INTRACRANIAL
MALFORMATIONS IN JOUBERT SYNDROME David W. Smith Workshop 2019 (platform)

244.    S.Bachir, S.Poskanzer,  K.Manickam, K. Abell, B .Simpson, C.Goueli, X. Du , N.
Weaver, **R. Hopkin**, C. Prada. Phenotypic Expansion and Neuroimaging findings in CSNK2A1:
Okur-Chung Neurodevelopmental Syndrome. A Case Series ASHG 2019 (poster).

245.    Laney DA, Johnson J, Holida MD, Christensen K, Tapia D, Shore J, Azevedo S, **Hopkin
RJ**. Fabry Patient Pathfinder: Pilot Program Fabry appointment companion: a novel tool to
improve patient and HCPs communication and satisfaction with disease management. WORLD
2020 (Poster)

246.    Bichet DG, Nicholls K, Giugliani R, Hughes DA, Sunder-Plassmann G, Krusinska E,
Skuban N, **Hopkin RJ**. Migalastat has a low incidence rate of composite clinical outcomes at
long-term follow-up in patients with Fabry disease who previously received enzyme replacement
therapy. WORLD 2020 (platform)

247.    Sunder-Plassmann G, Bichet DG, Davidonis M, Germain DP, Giugliani R, **Hopkin RJ**,
Jovanovic A, Linhart A, Nicholls K, Nordbeck P, Feldt-Rasmussen U, Rutecki J, Giuliano J,
Skuban N, Krusinska E, Politei J. Baseline Patient Characteristics of FollowME, a New, Patient-
Centric, Prospective, Observational Fabry Registry That Evaluates Migalastat, ERT, and a
Natural History Cohort. WORLD 2020 (poster)

HOPKIN, ROBERT J

248.    **Hopkin RJ**, Yang M, Ponce E, Feldt-Rasmussen U, Germain DP,  Jovanovic A, Martins AM, Nicholls K, Ortiz A, Varas C, Weidemann F, Wilcox WR. Improvement of Fabry disease-related gastrointestinal symptoms in significant proportions of classic male patients treated with Agalsidase beta: a Fabry Registry analysis. WORLD 2020 (poster)

249.    **Hopkin RJ**, Jefferies JL, Oudit G Cardiovascular Complications in Fabry Disease WORLD 2020 (invited speaker breakout symposium)

250.    **Hopkin RJ** Approaches to Treatment for Genetic disease Tiawan association of Genetics annual meeting 2020 (invited speaker)

251.    Mauer M, Goker-Alpan O, Germain D, Wilcox W, **Hopkin RJ**, Lukina E, Geberhiwot T, Deegan PK, Tylki-Szymanska A, Sensinger C, Zaher A, Hailman E, Modur V, Najafian B. Classic Disease Glucosylceramide Synthase Inhibition with Venglustat in Fabry Patients Leads to Progressive Reduction of Endothelial Cell Globotriaosylceramide Inclusion Volume. SSIEM 2020 poster

252.    Najafian B, Goker-Alpan O, Germain D, Wilcox W, **Hopkin RJ**, Lukina E, Geberhiwot T, Deegan P, Tylki-Szymanska A, Sensinger C, Zaher A, Hailman E, Modur V, Mauer M. Glucosylceramide synthase inhibition with venglustat in classic Fabry disease patients leads to progressive reduction of endothelial cell globotriaosylceramide inclusion volume. ASN 2020 (poster)

253.    Di Donato N, Bahi-Buisson, N, Gertler T, Guerrini R, **Hopkin R,** Webster R, Leventer R, Zaki MS, Abdel-Hamid MS, Dinkel P, Pierani H, Pierani A, Dobyns WB. Reelinopathies – a clinical continuum of neurodevelopmental and neuropsychiatric disorders due to mutations in RELN. ESHG 2020

254.    Eureka Phillip, Divya Khattar, Timothy Knilans, **Robert Hopkin**. Fatal Cardiac Arrhythmia in a patient with Microphthalmia with Linear Skin Defects Syndrome. EDWARD L. PRATT LECTURE Cincinnati OH 2020 (poster)

255.    Divya Khattar, Leandra Tolusso, **Robert Hopkin**. Retrospective Review of Non-Immune Hydrops Fetalis: Prevalence of Genetic Etiology and Outcomes.  NIHF 2020 (poster)_

256.    Lauren Ansley Head, Jared Iding, Wen Zhong, Ethan Tanner-Edwards, **Robert J. Hopkin** The Utility of Genetic Testing in the Treatment of Rare Diseases. ACMGG 2020 (poster)

257.    Divya Khattar, Carlos E Prada, Barbara E Hallinan, **Robert J Hopkin**. Expanding the Neurodevelopmental Phenotype of Asparagine Synthetase Deficiency. ACMGG 2020 (poster)

258.    Sullivan BR, Kline-Fath BM, Zhang X, Saal HM, **Hopkin RJ**, Weaver KN. Using Fetal MRI as a Guide for Prognosis in Prenatally Diagnosed Arthrogryposis. ACMGG 2020 (poster)

259.    K Abell, **RJ Hopkin**, PL Bender, F Jackson, K Smallwood, RW Stottmann, HM Saal, KN Weaver. MANDIBULOFACIAL DYSOSTOSIS WITH MICROCEPHALY: COHORT EXPANSION David W. Smith Workshop 2020 (platform)

260.    S Bachir, K Abell, S Pradhan, X Hu, B Leech, S Chandra, A Misfeldt, **RJ Hopkin**. Sudden Death During Recovery Phase in Two Children with Complex Genetic Syndromes and COVID-19. ASHG 2020 (poster)

261.    Baker EK, Weaver KN, **Hopkin RJ.** Further Expansion and Confirmation of Phenotype in Rare Loss of YWHAE Gene Distinct From Miller-Dieker Syndrome. ACMG 2021 (Poster)

262.    Laney DJ, **Hopkin RJ**, Rastogi A. Exploring the implications of variants of unknown significance in Fabry disease. ACMG 2021 (invited speaker breakout symposium)

263.    Ramaswami U, Leonowens C, Goker-Alpan O, Wilcox RW, **Hopkin RJ**, Sanchez-Valle A, Schmith V, Skuban N, Johnson F. Migalastat 150mg Every Other Day Achieves Bioequivalent Exposures in Adult and Adolescent Patients with Fabry Disease. WORLD 2021 (Poster)

264.    Tchan M, Bratkovic D, Nicholls K, **Hopkin R**, Sunder-Plassmann G, Hughes D, Krusinska E, Veleva-Rotse E. Long-term multisystemic efficacy with migalastat in ERT-naive and ERT-experienced patients with amenable GLA variants. WORLD 2021 (platform)

265. Bratkovic D, Tchan M, Nicholls K, **Hopkin R**, Sunder-Plassmann G, Hughes D, Krusinska E, Veleva-Rotse E. Long-term multisystemic efficacy with migalastat in ERT-naive and ERT-experienced patients with amenable GLA variants. ICIEM 2021 (platform)

265. **Hopkin R**, Braun Fabian, Iaccarino G, Bekri S. Uncovering multiple mechanisms of Fabry disease – implications for management. WORLD 2021 (breakout symposium chair and speaker)

266.  Shillington A, **Hopkin R**, Zappia K, Lamy M, Erickson CA, Pedapati EV, Dominick KC. Exploring genetic risk variants in patients with autism spectrum and other neurodevelopmental disorders with comorbid catatonia: variants of interest in synaptic signaling pathways. INSAR 2021 (Platform and poster)

267. Wong M, Pilipenko V, **Hopkin R**, Berry L, Bailey L.  Abstract: The disease status of patients with Fabry disease using Galafold (migalastat) at CCHMC: a retrospective chart review. NSGC 2021 (poster)

268. Conley  NL, Rutter MM, Ernst MM, Schaefer-Kalkhoff T, **Hopkin R**, Saal H, Johnson J, Myers M.  Factors influencing the decision to share information about differences of sex development among adolescents and young adults. NSGC 2021 (poster)

269. EK Baker, B Pode-Shakked, **RJ Hopkin**, RW Stottmann PhD; KN Weaver. MDPPP2R1A Neurodevelopmental disorder is associated with congenital heart defects. Smith Meeting 2021 (platform)

HOPKIN, ROBERT J

270. **Hopkin RJ**, Shillington A, Lamy M, Dominick K, Erickson C. Psychiatric disease and intellectual disability a common high yield indication for genetic evaluation. Smith Meeting 2021 (Platform)

271. Berklite L, Lopez Nunez O, Bondoc A, Kim H, Bachir S, Somers K, Drach A, Talbott C, Fortener A, Nagarajan R, **Hopkin R**, Szabo S. Embryonal Rhabdomyosarcoma (ERMS) of the Diaphragm in Basal Cell Nevus Syndrome (BCNS): A Case Report and Review of the Literature. Society of Pediatric Pathology 2021 (poster)

272. Ganesh J, Goker-Alpan O, **Hopkin RJ**, Bernat J, Deegan P, Cao L, Chen M, Jaggumantri S, Passalacqua C, Souberbielle B, Cockroft BM. A Phase I/II multicenter gene therapy clinical study for Fabry disease. ICIEM 2021 Australia (poster)

273. Bratkovic D, Tchan M, Nicholls K, **Hopkin R**, Sunder-Plassmann G, Hughes D, Krusinska E, Veleva-Rotse B. Long-term multisystemic efficacy with migalastat in ERT-naïve and ERT-experienced patients with amenable GLA variants. ICIEM 2021 Austrialia (poster)

274. Ramaswami U, Wilcox W, **Hopkin RJ**, Yang H, Jiang H, Lengoc V. Migalastat HCl 150 mg every other day is well-tolerated and efficacious in adolescent patients with Fabry disease WORLD 2022 (platform)

275. **Hopkin RJ**, Bichet DG, Sunder-Plassmann G, Nicholls K, Olivotto I, Giugliani R, Krusinska E, Velev-Rotse B, Hughes D. Long-term multisystemic efficacy with migalastat in ERT-naïve and ERT-experienced patients with amenable GLA variants. WORLD 2022 (poster)

276. Hughes D, **Hopkin RJ**, Bichet DG, Sunder-Plassmann G, Nicholls K, Olivotto I, Giugliani R, Krusinska E, Veleva-Rotse B. Long-term multisystemic efficacy with migalastat in ERT-naive and ERT-experienced patients with amenable GLA variants. WORLD 2022 (poster)

277. Nordbeck P, Jovanovic A, Pisani A, Nowak A, Feldt-Rasmussen U, Brand E, Hughes D, Bichet DG, West M, Nicholls K, **Hopkin RJ**, Giugliani R, Politei J, Rutecki J, Giuliano J, Krusinska E, Sunder-Plassmann G. Baseline demographics and clinical characteristics of patients enrolled in the followMEFabry Pathfinders registry. WORLD 2022 (poster)

278. Saenz Ayala S, Berry L, Hagen L, **Hopkin R**, Pena L. Insights on genotype-phenotype correlations for Pompe disease in the NBS era. WORLD 2022 (poster)

279. Ganesh J, Goker-Alpan O, **Hopkin RJ**, Bernat J, Deegan P, Cao L, Chen M, Jaggumantri S, Passalacqua C, Souberbielle B, Cockroft BM. Preliminary Results of the STAAR Study, a Phase I/II Study of Isaralgagene Civaparvovec (ST-920) Gene Therapy in Adults With Fabry Disease WORLD 2022 (platform)

280. **Hopkin R**, Kupferman J, Deegan P, Minini P, Goyeau H, Maski M, Lyn N, DasMahapatra P, Germain DP. A study to evaluate the effect of venglustat on neuropathic and abdominal pain in symptomatic adult patients with Fabry disease. WORLD 2022 (poster)

2/19/25

HOPKIN, ROBERT J

281. Desai AK, Li C, Gupta P, Dempsey K, Bhambhani V, **Hopkin R**, Ficicioglu C, Tanpaiboon P, Craigen WJ, Rosenberg AS, Kishnani PS. Transforming the clinical outcomes in CRIM-negative infantile Pompe disease identified via newborn screening: the benefits of early treatment with enzyme replacement therapy and immune tolerance induction. WORLD 2022 (poster)

282. Gittens OE, Brightman DS, Qu'd D, **Hopkin RJ**, Halley Wasserman HL, and Simpson BN. High Prevalence of Bony Abnormalities in Patients with Rubinstein-Taybi Syndrome: A Case Series ACMGG 2022 (poster)

283. Owens J, **Hopkin RJ**, Simpson BN. Genotype / Phenotype Correlations in Joubert Syndrome. ACMGG 2022 (poster)

284. Laney D, Rastogi A, **Hopkin RJ**. A multidisciplinary conversation on the stories of women with Fabry disease. ACMGG 2022 (invited symposium CME program)

285. Jovanovic A, Nordbeck P, Pisani A, Nowak A, Feldt-Rasmussen U, Brand E, Hughes D, Bichet DG, West ML, Nicholls K, **Hopkin RJ**, Giugliani R, Politei J, Veleva-Rotse B, Rutecki J, Giuliano JD, Krusinska E, Sunder-Plassmann G. Clinical characteristics of female patients enrolled in the FollowME Fabry Pathfinders registry. SSIEM 2022 (poster)

286. Passalacqua C, Ganesh J, Goker-Alpan O, **Hopkin RJ**, Bernat J, Deegan P, Cao L, Chen M, Jaggumantri S, Bowden E, Shiue L, Souberbielle B, Cockroft BM. Preliminary Results of the STAAR Study, a Phase 1/2 Study of Isaralgagene Civaparvovec (ST-920) Gene Therapy in Adults With Fabry Disease. Fabry Update 2022 (poster)

287. Bichet DG, **Hopkin RJ**, Sunder-Plassmann G, Nicholls K, Olivotto I, Giugliani R, Krusinska E, Veleva-Rotse B, Hughes D. Long-term multisystemic efficacy with migalastat in ERT-naïve and ERT-experienced patients with amenable GLA variants. Fabry Update 2022 (platform)

288. Nordbeck P, Jovanovic A, Pisani A, Nowak A, Feldt-Rasmussen U, Brand E, Hughes D, Bichet DG, Azevedo O, West ML, Nicholls K, **Hopkin RJ**, Giugliani R, Politei J, Rutecki J, Giuliano J, Krusinska E, Sunder-Plassmann G. Baseline demographics and clinical characteristics of patients enrolled in the followME Fabry Pathfinders registry. Fabry Update 2022

289. Ganesh J, Deegan P, Goker-Alpan O, **Hopkin RJ**, Bernat JA, Wilcox W, Cao L, Chen M, Shiue LH, Bowden E, Jaggumantri S, Passalacqua C, Souberbielle B, Cockroft BM. Preliminary results of STAAR, a Phase I/II study of isaralgagene civaparvovec (ST-920) gene therapy in adults with Fabry disease and long-term follow-up. SSIEM 2022 (poster)

290. Ganesh J, Deegan P, Goker-Alpan O, **Hopkin RJ**, Bernat JA, Wilcox W, Cao L, Chen M, Shiue LH, Bowden E, Jaggumantri S, Passalacqua C, Souberbielle B, Cockroft BM.Preliminary

HOPKIN, ROBERT J

results of STAAR, a Phase I/II study of isaralgagene civaparvovec (ST-920) gene therapy in adults with Fabry disease and long-term follow-up. NORD 2022 (platform)

291. P Deegan, J Ganesh, O Goker-Alpan, **R Hopkin**, J Bernat, W Wilcox, L Cao, M Chen, L Shiue, E Bowden, S Jaggumantri, C Passalacqua, B Souberbielle, BM Cockroft. Preliminary results of STAAR, a Phase I/II study of isaralgagene civaparvovec (ST-920) gene therapy in adults with Fabry disease and longterm follow-up. ESGCT 2022 (platform)

292 Yu L Rutter MM,  Johnson J, Ernst MM Antommaria A, **Hopkin R**, Strine A, Pennesi C. Decision-making Regarding Gonadectomy in Patients with 17β-Hydroxysteroid Dehydrogenase Type 3 Deficiency 46,XY Difference of Sex Development (DSD). NASPAG 2022 (poster)

293. Pandurangi S, Malik A Valencia A, Karns R, Marsh R, Kasten J, Huggins J,  Gutierrez Sanchez LH, Castro-Rojas C,  Eloseily E,  Grom A, Owens J, **Hopkin RJ**,  Miethke AG.  Deleterious variants in TNFAIP3 are associated with Type II and Seronegative Pediatric Autoimmune Hepatitis. AASLD 2022 (poster)

294. **Hopkin RJ**, Belonis A, Lombardo RC, Qu d D, Saal HM, Simpson BN. SRCAP variants in 2 families with phenotypes inconsistent with floating harbor syndrome. Smith Meeting 2022 (platform)

295. Lander JM, Thomas C, **Hopkin RJ**. STAG2 as a Novel Cause of Atelencephaly. Smith Meeting 2022 (poster)

296. Owens JW, **Hopkin RJ**, Simpson BN. Phenotypic Variance in Joubert Syndrome Partially Explained by Ciliary Pathophysiology. Smith Meeting 2022 (platform)

297. Shillington A, **Hopkin RJ**, White L,Harris K, Lamy M. Delivering clinical genetic evaluation and testing for patients with neurodevelopmental disorders in the inpatient psychiatry setting may reduce inpatient hospital stays and improve clinical outcomes. ACMG 2023 (Platform Shillington)

298. Jovanovic A, Nordbeck P, Pisani A, Nowak A, Feldt-Rasmussen U, Brand E, Hughes D, Bichet DG, West ML, Nicholls K, **Hopkin RJ**, Giugliani R, Politei J, Veleva-Rotse, Rutecki J, Giuliano JD, Krusinska E, Sunder-Plassmann G. Clinical characteristics of female patients enrolled in the FollowME Fabry Pathfinders registry. WORLD 2023 (Poster Jovanovic)

299. Berry L, **Hopkin R,** Raymond T. Fabry Disease Coinciding with Pathogenic Variant Autosomal Dominant Hereditary Transthyretin Amyloidosis - Which is the Red Herring? WORLD 2023 (Poster)

300. **Hopkin RJ**, Ganesh J, Deegan P, Goker-Alpan G, Bernat J, Wilcox W, Pahl M, Whitley C, Hughes D, Nicholls K, Cao L, Chen M, Shiue L, Bowden E, Jaggumantri S, Passalacqua C, Souberbielle B,  Cockroft BM. Safety, biomarkers, and cardiac efficacy in STAAR, a Phase I/II study of isaralgagene civaparvovec (ST-920) gene therapy in adults with Fabry disease and long-term follow-up. WORLD 2023 (Platform)

2/19/25

HOPKIN, ROBERT J

301. Wallace EL, Goker-Alpan O, Wilcox WR, Holida M, Bernat J, Longo N, Hughes D, Giraldo P, Molnar MJ, Ortiz D, **Hopkin RJ**, Tøndel C, Linhart A, Deegan P, Jovanovic A, Muriello M, Barshop BA, Kimonis V, Vujkovac B, Nowak A, Hiwot TG, Pisani A, Germain DP, Kantola I, Knoll J, Mehta A, Waldek S, Almon E, Alon S, Chertkoff R, Rocco R, Warnock DG. First results of a head-to-head trial of pegunigalsidase alfa vs. agalsidase beta in Fabry disease: 2 year results of the phase 3 randomized, double-blind, BALANCE study WORLD 2023 (platform Wallace)

302**. Hopkin RJ**. Management Of Fabry disease. 6th International LSD Forum. Toykyo Japan 30 MAR-1 APR 2023 (Invited Platform)

303. Warnock DG, Bernat J, Goker-Alpan O, Wilcox WR, Holida M, Longo N, Hughes D, Giraldo, P, Molnar MJ, Ortiz D, **Hopkin RJ**, Tondel C, Linhart A, Deegan P, Jovanovic A, Muriello M, Barshop BA, Kimonis V, Vujkovac B, Nowak Am Hiwot TG, Pisani A, Germain DP, Kantola, I, Knoll J, Mehta A, Waldek S, Almon E, Alon Sm Chertkoff R, Rocco R Wallace E. Head-to Head Trial of Pegunigalsiase Alfa vs. Agalsiase Beta in Fabry disease: Phase 3 Randomized Double-Blind BALANCE Study 2-year Results. ACMG 2023 (poster)

304. Lander JM, Ayyala R, Thomas C, **Hopkin RJ**. STAG2 is a Novel Genetic Cause of Atelencephaly. ACMG 2023 (Poster)

305. Owens JW, **Hopkin RJ**, Alvey L, Viswanath V, Shillington A. Hands-On Research Experience through a Case Report Writing Workshop Increases Trainee Engagement in Clinical Genetics. ASHG 2023 (poster)

306. NordbeckP, Hughes DA, Nowak A, **Hopkin RJ**, Veleva-Rotse B, Krusinska E, Jovanovic A. Multiorgan involvement in females with Fabry disease: results from 2 phase III trials and the followME registry. SSIEM 2023 (Poster)

307. Hughes DA, Nordbeck P, Pisani A, Nowak A, Feldt- Rasmussen U, Brand E, Jovanovic A, . Bichet DG, West ML, Nicholls K, **Hopkin RJ**, Giugliani R, Politei J, Veleva-Rotse BO, Rutecki J, Giuliano JD, Krusinska E, Sunder-Plassmann G. Clinical characteristics of female patients enrolled in the FollowME Fabry Pathfinders registry. BIMDG 2023 (poster)

308. Hughes DA, Nordbeck P, Pisani A, Nowak A, Feldt- Rasmussen U, Brand E, Jovanovic A, . Bichet DG, West ML, Nicholls K, **Hopkin RJ**, Giugliani R, Politei J, Veleva-Rotse BO, Rutecki J, Giuliano JD, Krusinska E, Sunder-Plassmann G. Clinical characteristics of female patients enrolled in the FollowME Fabry Pathfinders registry. NH (National Health Service) 2023 (poster)

309. Garzon  J, Aschbacher-Smith L, Patete A, Hankins M,Weisman AG, Serbinski C, Kim K, Sawin M,  Qu'd D, Kelly-Mancuso G, Zeid J, Weaver KN, **Hopkin RJ**, Saal HM, Charrow J, Schorry E, Listernick R, Simpson BN, Prada CE. The Long and Short of it- Expanding the Phenotype of NF1 Microdeletion Syndrome. Children's Tumor Foundation 2023

HOPKIN, ROBERT J

310. Lombardo R, **Hopkin R**. PURSUING FOR THE PATIENT. Smith meeting 2023 (platform)

311. **Hopkin RJ.** How can you do something so sad and hopeless? Perspectives gained from trisomy 13 and 18. Smith Meeting 2023 (platform)

312. Zarate YA, Wang B, Zackai E, Weaver KN, Hurst A, Gonzalez A, Graham J, Grand K, Ritter A, **Hopkin R**, Bailey L, Bhoj E, Solocum RB. WHEN FAMILIES MAKE THE GENETIC DIAGNOSIS BEFORE CLINIC: A NARRATIVE MEDICINE PERSPECTIVE. Smith Meeting 2023 (platform)

313. West ML, **Hopkin RJ**. Fabry disease, should all individuals receive therapy? (invited presentation debate format) ACMG 2024 (platform)

314. Rehman AU,  Thomas-Wilson A,  Mau-Them FT, Tolusso LK, Abyankar A, Guha S, Okur V, Felice V, **Hopkin RJ**, Wilson AL, Han T, Guan Q, Giordano J, Brehin A, Wapner R, Jobanputra V. RNA Sequencing Improves Assessment of Variants of Uncertain Significance From Fetal Genome and Exome Sequencing. ACMG 2024 (poster)

315. Lopez E, Suhas P, Mirabella OK, Sperry ED, Widmeyer K, Hijazi G, Wu Y, Shillington A, Antommaria A, **Hopkin RJ**. Complex Medical Management and Ethical Considerations in Foster Care Twins with Congenital Disorder of Glycosylation Type 1A. ASHG 2024 (poster)

316. Roberts M, Byrne BJ, Dimachkie MM, **Hopkin RJ**, Kishnani PS, Mozaffar T, Schoser B, van der Ploeg AT, Brudvig J, Fox B, Holdbrook F, Jain V, Johnson F, Zhang J, Parenti G. Miglustat: a first-in-class enzyme stabiliser for late-onset Pompe disease. SSIEM 2024 (poster)

317. Khan A, Nordbeck P, Hughes DA, Nowak A, **Hopkin RJ**, Veleva-Rotse B, Krusinska E, Jovanovic A. Multiorgan involvement in females with Fabry disease: Results from two Phase III trials and the followME registry. Garrod 2024 (poster)

318. Hughes DA, Khan A, Nordbeck P, Nowak A, **Hopkin RJ,** Veleva-Rotse B, Krusinska E, Jovanovic A. Multiorgan involvement in females with Fabry disease: results from two Phase III trials and the followME registry. BIMDG 2024 (poster with platform)


**Teaching and Mentoring**

Teaching
a.      Lectures
I have given approximately 50 lectures and talks per year on a wide variety of genetic topics and for many different audiences (complete list available on request)
For 2021 I gave 51 formal presentations. The nature of presentations was much different than usual with more pre-recorded presentations and many on-line.

2/19/25

HOPKIN, ROBERT J

b.    Medical Students

1. Senior Clinician Rounds twice monthly rounds with medical students (6-14) focus on genetic syndromes. 2 hours.  This program selected senior faculty in each specialty to teach physical examination and history taking skills pertinent to their field. I was invited as a new assistant professor in recognition for dedication to medical education 2000-2003
2. Pediatric Ward attending supervision of rotating medical students for 1-4 weeks per year 2000- 2003
3. Preceptor for medical student discussion of problem-based learning cases annually 1 month per year 2000 to 2013
4. Genetics in Primary Care project 2000-2003      Part of a team that developed educational materials on Genetics for Family Medicine, Internal Medicine and Pediatrics. These were designed to be used by the attending physicians in these specialties to teach residents and medical students. We also developed presentations for the same learners but designed for presentation by geneticists or developmental pediatricians. This was a national project. Locally we did 4-5 presentations per year during the funded portion of this program and continued using many of the materials for several years after the funded portion was complete.
5. Lecture on medical genetics to medical students as part of their pediatric rotation every month,  2003-2011
6. Faculty mentor of Genetics Interest Group (initial enrollment approximately 25 students) 2012-present
   Note in 2012-2013 this group received formal recognition from the ACMG.
7. Planned and coordinated adding lectures on several genetic topics to the medical school curriculum (in 2012-2014 that included approximately 10 new 1 hour presentations to the medical student class of 150 students I gave 4-5 of these talks other faculty gave the others) These lectures are still provided annually as of 2020.
8. Rotation director for 1 week mini-rotation in Genetics for approximately 45 3rd medical students per year 2017-present (not included in the 2020 calendar year) For this we developed a student genetic experience passport that has kinds of experiences listed to be used as a guide for the students during that week and allows evaluation even when multiple supervisors are involved during a relatively brief rotation by requiring the supervisor for each experience to sign that it was adequately completed.
9. Rotation director for 2-4 week genetics elective for 4th year medical students 5-10 per year 2006-2017 then decreased to 1-5 per year (2006-present)

c.    Residents (not training in Genetics)
1. Pediatric Ward Attending Physician 2 week blocks 2-3 times per year 1998 to 2003, and 2007-2011
2. Attend and participate in Pediatric Morning Report weekly Wednesday mornings 1998 to 2008
3. Genetic/dysmorphology rounds: patient selection for, and coordination of weekly 2 hour inpatient teaching rounds for subspecialty fellows, pediatric residents, and medical students 1997-2002

HOPKIN, ROBERT J

4. Perinatal rounds (for OB residents) case-based teaching conference approximately 3 cases per year focusing on prenatal diagnosis, genetic counseling, and perinatal management 1997-2003
5. Rotation supervisor and individual instruction of pediatric residents on genetics elective 8-12 residents per year (increased from 6-7), 1997-present (in the 2020 calendar year only a small number of rotators were included because of COVID-19 for 2021 returned to near normal volume)

6. Psychology Colloquium lecture on behavioral phenotypes 1998, 2001-2009
7. Rotation director for MFM fellows rotation in clinical genetics (1-3 per year for 2 months) 2013- present
8. DDBP lecture series: Lectures on dysmorphology and genetics 11/19/1998- present

d. Residents and Fellows in Genetics specialties
1. Genetics Clinic Case conference: 2 hour weekly teaching conference for review of patients seen in genetics clinic 1994-present. I have been the faculty sponsor for CME credit since 2016
2. Genetics in-patient rounds started in 1997 and have been updated and reformatted several times. Currently they serve as a combination teaching rounds and work rounds. They also serve as an opportunity to teach senior residents team leadership skills. We do both an academically oriented virtual version and a clinically oriented face to face version on alternating weeks.  1997-present
3. Didactic lecture series for genetics residents and residents rotating in genetics. This has also been modified and updated several times. It is currently the main resource in our training program for boards review and is attended by genetics residents rotating pediatric /neurology, and other residents as well as laboratory fellows in genetics and genomics. 1999 through present.  Current format started 2016
4. Clinical experience for fellows in cytogenetics (now laboratory genetics and genomics) 1-2 per year 2000-present

e. Genetic counseling students
1. In patient teaching rounds for GC students 2003-2004 Weekly bedside teaching on preselected cases with a variety of genetic conditions.
2. Emerging topics in Genetics and Genomics.  2007-present I am currently a speaker and help plan the lecture series. Genetic counseling students are the current primary audience, but genetics residents and laboratory fellows are also invited.
3. Course director for Human Genetics 1 This is a 3-credit graduate level course on Human genetics including cytogenetics, molecular genetics, population genetics and other topics. Approximately 20 students per year    2006-2016
f. Nursing
1. Genetics Institute for nursing faculty 1997-2003, 10-20% commitment
                         2003-2004 5% commitment
2. Web Based Genetics institute 5-week section on clinical genetics course taught 1-2 times per year 2002-2017.

72

HOPKIN, ROBERT J

The Genetics institute was a grant funded project to develop on-line graduate level training in genetics for nurses initially targeting the faculty in nursing schools who taught genetics courses. The program remained active for 20 years and benefited >200 participants. In a related program we created on-line modules that were self-paced over 15,000 individuals used one or more of those. These resources were taken down in 2018.

Invited lectures, grand rounds, symposia, conferences, workshops, visiting professorships, continuing medical education courses, etc.; include dates and title (this list is limited to 2020-present a complete list can be provided if needed)

1. 2/11/2020 WORLD 2020 Sanofi Genzyme breakout symposium invited panel Cardiovascular Complications in Fabry Disease
2. 3/18/2020 ACMG breakout symposium invited speaker sponsored by Sanofi Genzyme Biomarkers for Fabry disease (done as a live stream video presentation)
3. 4/22/2020 Sanofi Genzyme sponsored GME event on Fabry Biomarkers
4. 5/27/202 DSD-TRN video conference on NR5A1 mutations nationwide video conference from the CCHMC DSD team
5. 9/19/2020 ASN prerecorded invited presentation on Fabry disease for nephrologists sponsored by Chiesi
6. 10/6/2020 spoke on unmet needs in Fabry disease for 300 business investors for Avrobio
7. 10/16/2020 CCHMC Fetal Care conference presentation on prenatal genetic evaluation to an audience of >240 OB, MFM, and Neonatologists
8. 10/28/2020 Speaker at the South American launch for Galafold (oral chaperone therapy) broadcast to multiple countries including Colombia, Brazil, and Argentina
9. 11/21/2020 Invited speaker on emerging treatment for genetic disease at the Taiwan society of Human Genetics meeting
10. 2/9/2021 Moderator and invited speaker for the WORLD meeting symposium on Mechanisms of Fabry disease audience >520 viewers
11. 2/10/2021 Invited symposium I was 1 of 4 speakers on Lentiviral Gene Therapy for Fabry disease with an audience of >400 physicians and scientists
12. 4/14/2021 invited speaker for symposium on variants of unknown significance in Fabry disease audience >200
13. 4/24/2021 European Academy of Pediatrics Annual Meeting invited speaker on Recognizing Fabry disease audience >200
14. 4/30/2021 APN annual Conference (regional sponsored by CCHMC) invited speaker on Dysmorphology audience >200
15. 6/5/2021 Taiwan Academy of Pediatrics invited speaker on Treatment options for Fabry disease
16. 10/10/2021 AAP NCE Virtual conference invited speaker: Cutting Edge therapies in Genetics    For the neonatology 60 people logged in the day of the presentation but it was also available on-line
17. 1/28/2022-1/30/2022  AAP Practical Pediatrics invited speaker with 4 different presentations:
    a. A Practical Approach to suspected genetic syndromes
    b. Genetic testing from chromosomes to genomes
    c. Overgrowth syndromes: what we have learned
    d. The Role of Genetics in Evaluation of Autism
    There were 110 pediatricians in attendance for this CME course

73

2/19/25

HOPKIN, ROBERT J

18. 2/8/2022 WORLD Symposium invited speaker for a satellite symposium Fabry disease the impact on women and girls. The audience was approximately 300 people the night of the presentation. The event was video recorded and available on demand for 2022.
19. 2/9/2022 WORLD Symposium invited speaker for a satellite symposium Evaluating Fabry Disease in the Real World. The audience was about 300 people that evening and it was available on demand for 2022.

Participation in patient and family educational activities: include dates and title or brief description (this list is limited to these activities from 2020-present a more complete list can be provided if needed)
1. 3/7/2020 MAGIC foundation Progress in Hypophosphatasia
2. 4/23/2020 Invited presentation COVID-19 and Fabry disease sponsored by Chiesi
3. 5/12/2020 Invited prerecorded video presentation Fabry disease and COVID-19 sponsored by Amicus
4. 6/4/2020 Video presentation on COVID-19 and Fabry disease for approximately 200 patients sponsored by Amicus Therapeutics
5. 7/17/2020 Magic Foundation (National support group) national meeting for 2020 spoke on new discoveries on hypophosphatasia
6. 7/29/2020 national video conference for families on Fabry disease.
7. 10/3/2020 NFDF national meeting (Fabry disease) gave 2 presentations one for adults and one for teens. Total audience >200
8. 11/14/2020 FSIG (Fabry disease support group) National broad cast 200 families signed in for Update on Fabry disease
9. 3/23/2021 NFDF (support group) speaker on Gene Therapy for Fabry disease
10. 4/10/2021 FSIG I gave 2 talks an Update on Fabry disease and Pain Management in Fabry disease
11. 4/24/2021 Fabry International Network (international support group) invited speaker on Sleep Problems in Fabry disease >300 families
12. 7/13/2021 FSIG national broad cast Participation in Clinical Trials (for Fabry disease)
13. 7/17/2021 Magic Foundation (national support group) annual meeting invited speaker Update on Hypophosphatasia
14. 7/17/2021 CHARGE Foundation (national support group) invited speaker on Genetic Testing for CHARGE syndrome
15. 7/24/2021  Invited speaker for the 1p36 support group in the UK London meeting I gave a formal presentation was on an expert panel discussion Q&A and had individual meetings with several families
16. 8/10/2021 NFDF (national support group for Fabry disease) webinar on Fabry disease presentation and management 50 families signed in and it was available online on demand
17. 9/10/2021 NFDF webinar Manifestations of Fabry disease   200 people signed in and it was available on-line
18. 11/30/2021 Ology (produces educational materials for rare diseases) video discussion with 3 women with Fabry disease and a genetic counselor. The audience was patients and families topic was Women with Fabry Disease
60 families for the live broadcast and is available online
19. 2/28/2022 Fabry International Network webinar Update on Fabry disease from the WORLD symposium the audience was patients and families. FIN is an international organization. I

2/19/25

74

HOPKIN, ROBERT J

don't have an estimate of audience size for this year but last year's conference was seen by about 300.
20. 5/7/2022 Fabry International Network (FIN) Invited speaker on-line talk on Gene therapy for an international audience of patient families. 100 live participants and available on demand for 2022

Teaching materials developed (for clinicians, learners, families):
 See above for descriptions of online course work developed for nursing, and tools for medical students.

We have also instituted on-line participation options for telehealth, teaching conferences, and even multidisciplinary conferences shared between neurology and Genetics training programs.

In the past I have developed training materials that include pop culture references, dolls, and other resources to engage audiences and decrease anxiety regarding the unfamiliar nature of very rare disease. These have been very effective I have been asked to use the "doll talk" or variations of that theme dozens of times over the years including the current pediatric Noon Conference lecture series.

I am helping develop and implement a Rare Disease University program on Fabry disease that is designed to take clinicians and scientists from introduction to Fabry disease to expert level including mentoring in research project implementation or developing new clinics with state-of-the-art management protocols. This is sponsored by Sanofi Genzyme.  We are currently working on a video session focused on the impact of Fabry disease on the whole family (including those who do not have Fabry disease)

Evidence of teaching excellence:
Copies of evaluations available on request

Mentoring
Pediatrics/Genetics Residents
2.    Zhao  Hui    MD, PhD Combined Pediatric /Genetics Residency  7/1/1998 6/30/2003
3.    Rope  Alan    MD    Combined Pediatric /Genetics Residency    7/1/1999 6/30/2004
4.    Tinkle  Brad    MD, PhD Combined Pediatric /Genetics Residency  7/1/2000 6/30/2005
5.    Kogan  Jilene   MD, PhD Combined Pediatrics/Genetics Residency  7/1/2001 2/28/2007
6.    Burrow T. Andrew MD Combined Pediatrics/Genetics Residency    7/1/2003 6/30/2008
7.    Zarate  Yuri MD Combined Pediatrics/Genetics Residency    7/1/2004 6/30/2009
8.    Rieley  Margaret MD  Medical Genetics Fellowship    7/1/2007 6/30/2009
9.    Prada  Carlos MD    Combined Pediatrics/Genetics Residency    7/1/2006 6/30/2011
10.   George-Abraham Jaya MD Medical Genetics Fellowship    7/1/2009 6/30/2011
11.   Broering TonyMD    Medical Genetics Fellowship    7/1/2011
12.   Sellars Elizabeth MD Combined Pediatrics/Genetics Residency    7/1/2007 6/30/2012
13.   Weaver K. Nicole MD Combined Pediatrics/Genetics Residency    7/1/2009 9/14/2014
14.   Santoro Stephanie MD Combined Pediatrics/Genetics Residency    7/1/2009 9/22/2014
15.   Hufnagel Sophia MD  Combined Pediatrics/Genetics Residency    7/1/2010 8/30/2015
16.   Hufnagel Robert MD, PhD Combined Pediatrics/Genetics Residency7/1/2011 6/30/2016

2/19/25

HOPKIN, ROBERT J

17.  Monteil Danielle MD  Medical Genetics Fellowship              7/1/2014 8/26/2016
18.  Lesmana Harry MD    Combined Pediatrics/Genetics Residency    7/1/2012 6/30/2017
19.  Lombardo Rachel MD Combined Pediatrics/Genetics Residency    7/1/2013 7/28/2018
20.  RussellBianca MD Combined Pediatrics/Genetics Residency      7/1/2013 9/17/2018
21.  Rochford Laura MD Combined Pediatrics/Genetics Residency     7/1/2014
22.  AljeaidDeema MD Combined Pediatrics/Genetics Residency       7/1/2014 11/17/2018
23.  Yadav  Aditi MD Medical Genetics Fellowship                  7/1/2016 6/30/2018
24.  Sullivan Bonnie MD Combined Pediatrics/Genetics Residency    7/1/2015 6/30/2019
25.  Labilloy Anatalia MD, PhD Combined Peds/Genetics Residency   7/1/2015 9/22/2019
26.  Simpson Brittany MDCombined Pediatrics/Genetics Residency    7/1/2016 6/30/2020
27.  Khattar Divya MD Combined Pediatrics/Genetics Residency      7/1/2016 6/30/2020
28.  Shillington Amelle DO Combined Pediatrics/Genetics Residency 7/1/2017 6/30/2021
29.  Abell Katherine DO Medical Genetics Fellowship               7/1/2018 6/30/2020
30.  Bachir Suha MD Combined Pediatrics/Genetics Residency        7/1/2018 9/30/2021
31.  Saenz-Ayala Sofia MD Medical Genetics Fellowship             7/1/2019 6/30/2021
32.  Owens Josh MD Combined Pediatrics/Genetics Residency         7/1/2019 6/30/2023
33.  Lander Julie MD, PhD Combined Pediatrics/Genetics Residency  7/1/2019 6/30/2023
34.  Vanagunas Tomas MD, PhD Combined Peds/Genetics Residency     7/1/2020 6/30/2024
35.  Baker Elizabeth  MD Medical Genetics Fellowship              9/1/2020  9/14/2022
36.  Ferreira dos Santos, Leonardo, MD Peds/Genetics Residency    7/1/2021
37.  Sperry Ethan, MD. PhD combined Peds/Genetics Residency       7/1/2022
38.  Mirabella Olivia MD Combined Peds/Genetics Residency         7/1/2022
39.  Katz Spencer  MD PhD Combined Peds/Genetics Residency        7/1/2023
40.  Plona Katie MD PhD    Combined Peds/Genetics Residency       7/1/2023
41.  Hijazi Ghada MD        Medical Genetics Fellowship           7/1/2023
42.  Monsberger Ryan MD  Medical Genetics Fellowship              7/1/2024
43.  Kreuger Laura MD PhD Combined Peds/Genetics Residency        7/1/2024

All graduates were board certified in Genetics and Pediatrics. All graduates have had
publications during residency, average 6 per resident. 18 have given platform presentations at
national meetings as residents, some of them had several platform presentations.  At least 13
have received 1 or more awards for outstanding research as a trainee at national meetings.  As a
group there are more than 400 publications from this group since graduating from the CCHMC
training program. At least 10 have held significant leadership positions including national
committees, and division directors.

International observerships
Aljeaid Deema MD    Rotator Medical Genetics          2013 Board certified in Pediatrics
and Genetics
Jawish Rana MD      Rotator Medical Genetics          2015 practicing Psychiatrist
Belhassan Khadija MD        RotatorMedical Genetics   2015 now Board-certified Lab
                                                      Genetics and Genomics
Sanchez       Anna  MD   RotatorMedical Genetics      2017 Publications at CCHMC
                                                      practicing as a geneticist in
                                                      Colombia
Haithaipat Vaseenon MD (Most) Rotation Med Genetics   2024 Clinical Genetics in Thailand

2/19/25

HOPKIN, ROBERT J

Alvaro Martin, MD    Pediatrician in Spain with an interest in Medical genetics    2020-2024 (entered a medical genetics fellowship in 2024).

Genetic Counseling Graduate Students
- Thesis committee member (Stroke) for Jessica Everett genetic counseling M.S. program 1998-1999
- Thesis committee member for Ginger E. Helper genetic counseling M.S. program 1999-2000
- Thesis committee member (Congenital adrenal hyperplasia) for Jen King genetic counseling M.S. program 1999-2000
- Thesis committee member for Marta Wille genetic counseling M.S. program 1999-2000
- Thesis committee member (Breast cancer) for Kerry Howell genetic counseling M.S. program 2000-2001
- Thesis committee member (NF1) for Courtney Drake genetic counseling M.S. program 2001-2002
- Thesis committee chair (22q11.2 deletion) for Michelle Wojtasiak genetic counseling M.S. program 2001-2002
- Thesis committee member for Liz Barry genetic counseling M.S. program 2002-2003
- Thesis committee chair (Fabry disease) for Natalie Jansen genetic counseling M.S. program 2003-2004
- Thesis committee member (carrier testing in adolescence) for Trisha Multhaupt genetic counseling M.S. program 2003-2004
- Thesis committee chair (research results) for Jill Kelsay genetic counseling M.S. program 2004-2005
- Thesis committee member for Jamie Poskochil genetic counseling M.S. program 2004-2005
- Thesis committee member for Ann Reinhard genetic counseling M.S. program 2004-2005
- Thesis committee chair (Pediatric Fabry disease) for Heather Taylor genetic counseling M.S. program 2005-2006
- Thesis Committee chair (cost for surgery to correct Robin sequence) for Audrey Karlea genetic counseling M.S. program 2006-2007
- Thesis Committee member (international adoption) for Camila Vieira genetic counseling M.S. program 2006-2007
- Thesis Committee member for Andrea Guszkowski genetic counseling M.S. 2006-2007
- Thesis Committee chair (22q11.2 deletion) for Kim Cubit genetic counseling M.S. 2008-2009 (project not completed due to student withdrawing from the program this was not related to progress on the thesis research)
- Thesis Committee member (DTC genetic testing) for Ashley Parrott genetic counseling M.S. 2009-2010
- Thesis Committee chair (22q11.2 deletion) for Emily King genetic counseling M.S. 2010-2011
- Thesis Committee member (posterior fossa malformations) for Kyla Patek genetic counseling M.S. 2010-2011

2/19/25

HOPKIN, ROBERT J

- Thesis Committee chair (adult Genetics) for Leslie Gress genetic counseling M.S. 2010-2012
- Thesis Committee member (NF1, fractures in adults) for Meron Azage genetic counseling student M.S. 2010-2012
- Thesis Committee member (breast cancer counseling) for Justine Snyder genetic counseling M.S. 2010-2012
- Thesis Committee chair (1p36 deletion) for Ashley Brazil Genetic counseling student M.S. 2011-2013
- Thesis Committee member (adoption and DMD couseling) for Amy Gladstone Genetic counseling student M.S. 2011-2013
- Thesis Committee chair (NF1, plexiform neurofibromas) for Sarah Stueber genetic counseling student M.S. 2012- 2014
- Thesis Committee chair (1p36 deletion, speech problems, cardiomyopathy) for Cassandra Bac genetic counseling student M.S. 2013 –2015
- Thesis Committee chair (1p36 deletion, burden of care) for Rania Sheikh genetic counseling student M.S. 2014-2016
- Thesis committee member (Fabry disease, impact of treatment) for Kait Miller Genetic counseling student M.S. 2014-2016
- Thesis committee chair (22q11.2 deletion parent expectations) for Jamie Garman 2015-2017
- Thesis committee member (22q11.2 deletion speech problems) for Alyxis Giordullo 2015-2017
- Thesis committee member (22q11.2 deletion) for Jacquelyn Berton 2017-2019
- Thesis committee member (22q11.2 deletion anxiety) for Farrah Mahan 2017-2019
- Thesis committee chair (Fabry disease biomarkers when patients switch from Agalsidase beta to migalastat) Melissa Wong 2019-2021
- Thesis committee member (DSD experience from patients) Nathaniel Conley 2019-2021
- Thesis Committee member (Sleep problems in patients with Fabry disease) Jenel Facey 2021-2023
- Thesis Committee member (Gaucher dis.incidental renal anomalies) Zoe Lindsey-Mills 2024-2025

<u>Medical Students</u>
1. Nathan Walker Mentor for Efficient and Cost-Effective Medicine student paper for. BRCA 1/2 testing in women with a positive family history: a cost-efficient analysis. 2000 (award for outstanding project)
2. John Bradshaw Mentor for Efficient and Cost-Effective Medicine student project for. Population Screening for Hemochromatosis.  2003 (award for outstanding project)
3. Fatima Rangwala Mentor for a project on the natural history of plexiform neurofibromas as part of her MD/PhD program.  This resulted in a publication Prada CE, Rangwala FA, Martin LJ, Lovell AM, Saal HM, Schorry EK, Hopkin RJ. Pediatric plexiform neurofibromas: impact on morbidity and mortality in neurofibromatosis type 1. J Pediatr. 2012 Mar;160(3):461-7 PMID: 21996156
4. Julie Lander Mentor for her as she established the Genetics Interest Group at the College of Medicine in 2011, she was an MD PhD student and has worked with us for the past 10

HOPKIN, ROBERT J

years as she completed her medical school and PhD studies. She also served as a committee member for the thesis project of one of our genetic counseling students 2010-2019 after which she entered a Pediatrics/Genetics residency

5. Lauren Head   Mentor for research project on value of making an extremely rare diagnosis 2018- on going has resulted in 3 national meeting presentations (ACMG posters 2019 and 2020 and NSRF 2019 poster). A manuscript is planned for submission.

6. Jared Iding Mentor participation in the project on the value of extremely rare disorders 2020

7. Wen Zhong Mentor participation in the project on the value of extremely rare disorders 2020

8. couple that went to Baylor  Met with them several times to review residency applications and career development in Genetics

9. Couple that went to Baylor

10. Courtney Linne Mentor met with her to review residency and career development


Other

I have also mentored undergraduate and high school students on small projects and/or met with them regarding careers in health care or genetics

In 2020 I mentored a high school student (Houston, Texas) on careers in Genetics with 4 formal on-line meetings. I also helped him meet and interview several other geneticists.


Mentorship


## Service and Leadership

Service

- Professional organizations:
- American Academy of Pediatrics, Resident Fellow 1993-1996, Candidate Fellow 1997-1998, Fellow 1998-present
- AAP Section on Genetics and Birth defects 1999-2016
- AAP council on Genetics and Genomics 2016-present
- American Society of Human Genetics, 1995-present
- American College of Medical Genetics 2003-present
- Cincinnati Pediatric Society 1998-2019
- National Neurofibromatosis Foundation 1997-present

Committees:

- Task force for review of the genetics content of the medical school curriculum, University of Cincinnati College of Medicine 2001
- Division of Human Genetics Residency Curriculum Committee Chair CHMC 1998-2006
- Pediatric Residency Curriculum Committee CHMC 2001-present
- North American Fabry Registry Board of Medical Advisors 2001-present
  (Board Chair from 2015-2017)
- Fabry support and information group medical advisory board 2002-present

2/19/25

HOPKIN, ROBERT J

- National Fabry Disease Foundation Medical Advisor 2002-present
  Asked to be Chair of the Board of Medical Advisors starting January 2022. This is a new position needed because of growth of the organization.
- American Academy of Pediatrics, Section on Genetics and Birth Defects, Subcommittee on Out Comes Research 2001-2005
- American College of Medical Genetics Committee on Therapeutics 2005-2011
- AAP SOGBD Executive Committee 2014-2016
- AAP Council on Genetics and Birth defects Executive Committee 2016-2020    Current projects include revision of the statement on hypothyroidism and development of a statement on Beckwith-Wiedemann syndrome
- AAP Council on Genetics and Genomics Nominations Committee (Responsible for recruitment of nominations for seats on the executive council) 2020-2023
  In 2021 we successfully recruited 6 applicants to run for 3 open positions 3 of these were persuaded to join the AAP and or Council on Genetics and Genomics as part pf preparing to run.
- Medical advisor for 1p36 support and information group 2011-present
- International Fabry Registry Advisory Board 2015-2017
- Follow Me Registry Steering Committee (sponsored by Amicus Therapeutics focused on Fabry disease) 2017-present

Manuscript reviews:
- Journal of Pediatrics 2 manuscripts per year 2000-present
- American Journal of Medical Genetics 1-3 per year
- Other journals 2-3 per year
- Recruitment activities:
- Recruitment of Residents for the categorical Genetics training program and the combined Pediatrics/Genetics residency
- Interview applicants for Pediatric residency several per year 1999-2019
- Participation in Division recruitment activities Division of Human Genetics. 1997-present. This includes recommendations for faculty recruitment, interviews and mentorship of new faculty. This has included working with recruitment for the Cyto, Molecular and LGG labs, as well as Clinical genetics providers (both genetic counselors and clinical geneticists).

Community activities:
- Assistant Scout Master, Boy Scouts of America Troop 560. 1998-2000
- Troop committee member for Troop 560 2000-2010
- Annual Camp Physicals for Boy Scouts from Troop 560. (10-15 per year) 1998-2019
- Counselor in the Young Men's organization Church of Jesus Christ of Latter Day Saints Cincinnati First Ward, 1999-2000
- High Counsel Representative, Church of Jesus Christ of Latter Day Saints Cincinnati Ohio Stake, 2000-2001
- Second counselor in the Bishopric, Church of Jesus Christ of Latter Day Saints Cincinnati First Ward, 2001 to 2003
- President of the Young Men's organization Church of Jesus Christ of Latter Day Saints Cincinnati Norwood Ward 2003 to 2007

HOPKIN, ROBERT J

- High Priests Group Leader Church of Jesus Christ of Latter Day Saints Cincinnati Ward, Cincinnati OH Stake 2008- 2014
- Counselor in the young men's (ages 12-18) program Church of Jesus Christ of Latter Day Saints Cincinnati Ward 2014-2017
- Second counselor in the bishopric of the Cincinnati Ward, Cincinnati OH Stake in the Church of Jesus Christ of Latter Day Saints November 2017- 2018
- First counselor in the bishopric of the Cincinnati Ward, Cincinnati OH Stake of the Church of Jesus Christ of Latter Day Saints 2018-Jan 2020
- Sunday school president and Sunday school teacher 2020-2022 including institution of on-line Sunday school options
- English Connect instructor (teaching English to French speaking African imagrants meets weekly for 2 hours) 2024-

Leadership
Director of the Medical Genetics residency program at CCHMC 2006-October 2019
Director of the Pediatrics/Medical Genetics combined residency program at CCHMC 2006-October 2019
Director of the Medical Genetics residency program at CCHMC April 2020-present
Director of the Pediatrics/Medical Genetics combined residency program at CCHMC April 2020-present

**Distribution of Effort:**
Clinical Service                        ___%
Research and Scholarly Activities   ___%
Teaching and Mentoring             ___%
Service and Leadership               ___%

I have reviewed the curriculum vita for completeness and accuracy and agree with its contents.

_____            _____
**Division Director Signature and Date**            **Faculty Member Signature and Date**

81

2/19/25

# EXHIBIT 2

**Materials Considered**

| Beginning Bates Number | Document |
|---|---|
| | Opening Expert Report of Jeffrey A. Medin, Ph.D. |
| | U.S. Patent No. 11,633,388 |
| | U.S. Patent No. 12,042,489 |
| | U.S. Patent No. 12,042,490 |
| | U.S. Patent No. 11,833,164 |
| DEFMIG_0000140 | United States Patent Publication Number ("U.S. Pat. Pub. No.") 2011/0152319 to Benjamin et al ("the '319 Publication") |
| DEFMIG_0000733 | U.S. Pat. Pub. No. 2015/0352093 to Lockhart et al. ("Lockhart '093") |
| DEFMIG_0000693 | Roberto Giugliani et al., A Phase 2 Study of Migalastat Hydrochloride in Females with Fabry Disease: Selection of Population, Safety and Pharmacodynamic Effects, 109 Molecular Genetics & Metabolism 86 (2013) ("Giugliani") |
| DEFMIG_0000640 | Dominique Germain et al., *Safety and Pharmacodynamic Effects of a Pharmacological Chaperone on α-Galactosidase A Activity and Globotriaosylceramide Clearance in Fabry Disease: Report from Two Phase 2 Clinical Studies*, 7 Orphanet J. Rare Diseases 1 (2012) ("Germain 2012") |
| DEFMIG_0000583 | Elfrida R. Benjamin et al., *The Validation of Pharmacogenetics in the Identification of Target Fabry Patients for Treatment of Migalastat*, Posters at World Symposium (Mar. 1, 2016) ("Benjamin 2016") |
| DEFMIG_0001119 | Xiaoyang Wu et al., *A Pharmacogenetic Approach to Identify Mutant Forms of α-Galactosidase A that Respond to a Pharmacological Chaperone for Fabry Disease*, 32 Hum. Mutation 965 (2011) ("Wu") |
| ATGAL_10161649 | Platt, F.M., (2018) Lysosomal Storage Diseases, *Nat rev Dis Primers* 4(1):27 |
| ATGAL_10034456 | Germain, D., (2010) Fabry Disease, *Orphanet J. of Rare Dis.* 5:30 |
| ATGAL_10161508 | Gros, F., Muller, S., (2023) The Role of Lysosomes in Metabolic & Autoimmune Diseases, *Nature Revs. Nephrology* 19:366–83 |

| ATGAL_10161327 | Sun, A., (2018) Lysosomal Storage Disease Overview, *Ann. Transl. Med.* 6(24):476 |
|---|---|
| ATGAL_09818528 | Ortiz A., (2018) Fabry disease Revisited: Management and Treatment Recommendations for Adult Patients, *Molecular Genetics and Metabolism* 123(4): 416–427 |
| ATGAL_07011379 | Desnick, R., Ioannou, Y., Eng, C., α-Galactosidase A Deficiency: Fabry Disease, *Online Metabolic & Molecular Bases of Inherited Disease* (McGraw-Hill Education; 2019) |
| ATGAL_10161341 | Izhar, R. *et al.*, (2023) Fabry Disease in Women: Genetic Basis, Available Biomarkers, & Clinical Manifestations, *Genes* 15(1):37 |
| ATGAL_00216964 | Lidove, O. *et al.*, (2016) Fabry in the Older Patient: Clinical Consequences & Possibilities for Treatment, *Mol. Genet. Metab.* 118(4):319 |
| ATGAL_10161364 | Arias, E. *et al.*, (2022) Provisional Life Expectancy Estimates for 2021, *Nat'l Ctr. for Health Stat. Reps.* 23 |
| ATGAL_10161380 | Anania, M. *et al.*, (2025) Identification of Four New Mutations in the GLA Gene Associated with Anderson–Fabry Disease, *Int. J. Mol. Sci.* 26(2):473 |
| ATGAL_00216171 | Gal, A., Schafer, E., Rohard, I., The Genetic Basis of Fabry Disease, *Fabry Disease: Perspectives from 5 Years of FOS* (NCBI Bookshelf; 2006) |
| ATGAL_07871417 | Benjamin, E. *et al.*, (2017) The Validation of Pharmacogenetics for the Identification of Fabry Patients to be Treated with Migalastat, *Genet. Med.* 19(4)436 |
| ATGAL_08225720 | Wang, R. *et al.*, (2007) Heterozygous Fabry Women Are Not Just Carriers, But Have a Significant Burden of Disease & Impaired Quality of Life, *Genet. Med.* 9(1):34–45 |
| ATGAL_10161404 | Michaud, M. *et al.*, (2020) When & How to Diagnose Fabry Disease in Clinical Practice, *Am. J. Med. Scis.* 360(6):641–49 |
| ATGAL_03927842 | Hopkin R.J., (2023) Clinical Outcomes Among Young Patients with Fabry Disease Who Initiated Agalsidase Beta Treatment Before 30 Years of Age: An Analysis from the Fabry Registry, *Mol. Genet. Metab.* 138(2):10696 |
| ATGAL_10161393 | Dutra-Clarke, M. *et al.*, (2021) Variable Clinical Features of Patients with Fabry Disease & Outcome of Enzyme Replacement Therapy, *Mol. Genet. Metab. Reps.* 26:100700 |

| ATGAL_10161465 | Patient Stories, FSIG, https://fabry.org/patientstories/ |
| --- | --- |
| ATGAL_05355923 | Dec. 14, 2017 Amicus Announcement, Amicus Therapeutics Submits New Drug Application to U.S. FDA for Migalastat for Treatment of Fabry Disease |
| ATGAL_09880475 | Aug. 10, 2018 FDA News Release, FDA Approves New Treatment for a Rare Genetic Disorder, Fabry Disease |
| ATGAL_06388594 | June 2024 GALAFOLD Prescribing Information |
| ATGAL_10161438 | McCafferty, E., Scott, L., (2019) Migalastat: A Review in Fabry Disease, *Drugs* 79(5):543-54 |
| ATGAL_10036328 | Pieroni, M. *et al.*, (2021) Cardiac Involvement in Fabry Disease, *J. Am. Coll. Cardiology* 77(7):922–36 |
| ATGAL_04808173 | Liguori, L. *et al.*, (2020) Pharmacological Chaperones: A Therapeutic Approach for Diseases Caused by Destabilizing Missense Mutations, *Int. J. Mol. Sci.* 21(2):489 |
| ATGAL_01221622 | Nov. 6, 2012 FDA Advice/Information Request |
| ATGAL_01109151 | Dec. 19, 2012 Press Release Amicus Therapeutics and GSK Announce Top Line 6-Month Primary Treatment Period Results from First Phase 3 Fabry Monotherapy Study |
| ATGAL_01433113 | June 30, 2009 Fabry Mutagenesis Screening Database |
| ATGAL_00416643 | June 11, 2012 Data Sheet-xw |
| ATGAL_00730664 | Jan Lukas et al., *Functional and Clinical Consequences of Novel α-Galactosidase A Mutations in Fabry Disease*, Human Mutation, Vol. 00, No. 0, 1–9 (2015) |
| ATGAL_09916904; ATGAL_01136145 | Jan Lukas et al., *Functional Characterisation of Alpha-Galactosidase A Mutations as a Basis for a New Classification System in Fabry Disease*, PLOS Genetics, Vol 9, Issue 8 (Aug. 2013) and Supplementary Table S1 |
| ATGAL_10161626 | Keyzor I., et al., (2023) Therapeutic Role of Pharmacological Chaperones in Lysosomal Storage Disorders: A Review of the Evidence and Informed Approach to Reclassification, *Biomolecules* 13(8):1227 |
| ATGAL_07336052 | May 31, 2016, Amicus Therapeutics Announces European Commission Approval for Galafold™ (Migalastat) in Patients with Fabry Disease in European Union |

| ATGAL_10161450 | Moran, N., (2018) FDA Approves Galafold, a Triumph for Amicus, *Nat. Biotech.* 36:91 |
|---|---|
| ATGAL_09687616 | May 2010 FABRAZYME Prescribing Information |
| ATGAL_09472479 | Oct. 29, 2013 HEK Assay Slides Desnick Visit |
| ATGAL_09479478 | Aug. 7, 2015 GLP HEK Assay Slides for Jeff |
|  | February 6, 2025 Deposition of Elfrida Benjamin |

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMICUS THERAPEUTICS US, LLC and AMICUS THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 22-1461 (CJB) CONSOLIDATED <br><br> **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER** |

<u>**REPLY REPORT OF JOHN L. JEFFERIES, M.D.**</u>

**May 23, 2025**

## TABLE OF CONTENTS

I.    INTRODUCTION ..................................................................................................... 1

II.   SUMMARY OF OPINIONS ................................................................................... 1

III.  DOCUMENTS AND MATERIALS CITED ......................................................... 1

IV.   RESPONSE TO DR. MEDIN'S TUTORIAL AND BACKGROUND SECTION ....... 2

      A.    Response to Dr. Medin's Criticisms Related to My Characterization of ERT.......... 2

      B.    Response to Dr. Medin's Criticisms on My Comparison of GALAFOLD and
            ERT and FDA Approval of GALAFOLD ..................................................... 7

V.    RESPONSE TO DR. MEDIN REGARDING OBJECTIVE INDICIA
      SUPPORTING NON-OBVIOUSNESS ............................................................. 19

      A.    Long-Felt But Unmet Need ...................................................................... 20

            1.    Even Though ERT Is a First-Line Therapy, There Was a Long-Felt
                  But Unmet Need for Alternative Treatments ................................. 21

            2.    Migalastat Treats Fabry Patients with Amenable Mutations Fulfilling
                  a Long-Felt But Unmet Need for These Patients............................. 24

            3.    There Was a Long-Felt But Unmet Need at the Earliest Claimed
                  Priority Date of the Reassessment Mutations Patents and the
                  Engineered Mutations Patent ...................................................... 28

      B.    Failure of Others ..................................................................................... 37

      C.    Industry Praise ........................................................................................ 50

            1.    Connection Between the Industry Praise and the Claimed Inventions........ 50

            2.    2019 NORD Industry Innovation Award .................................... 52

            3.    2018 UK Prix Galien Medal for Innovative Product .................... 53

            4.    Healthcare Provider Opinions Praising GALAFOLD .................. 55

VI.   CONCLUSION ...................................................................................................... 56

## I.    INTRODUCTION

1.    I previously offered opinions on certain objective indicia of non-obviousness for the Asserted Claims in this litigation in my opening expert report, dated April 4, 2025 ("Opening Report").  Specifically, I opined that (1) there was a long-felt but unmet need for Amicus's inventions in the Asserted Claims; (2) there were failures of others to solve the problems solved by Amicus's inventions claimed in the Asserted Claims of the Reassessment Mutations Patents; and (3) there was industry praise for Amicus's inventions claimed in the Asserted Claims of the Reassessment Mutations Patents.  Dr. Medin submitted an expert report responding to my opinions on these objective indicia of non-obviousness.  Below, I provide my opinions responding to Dr. Medin's rebuttal report.

## II.    SUMMARY OF OPINIONS

2.    For the reasons discussed in my Opening Report and in this report, in my opinion, there was a long-felt but unmet need for Amicus's inventions in the Asserted Claims of the Reassessment Mutations Patents and the Engineered Mutations Patent, there were failures of others to solve the problems solved by Amicus's inventions claimed in the Asserted Claims of the Reassessment Mutations Patents, and there was industry praise for Amicus's inventions claimed in the Asserted Claims of the Reassessment Mutations Patents.  As I discuss in detail below, I disagree with many of Dr. Medin's responses to my opinions on these objective indicia of non-obviousness.  Nothing in Dr. Medin's rebuttal report changes the opinions that I rendered in my Opening Report.

## III.    DOCUMENTS AND MATERIALS CITED

3.    In reaching my opinions, I have relied on (i) the documents and materials cited in my Opening Report, including those set forth in Exhibit 2 to my Opening Report, (ii) the Rebuttal Expert Report of Dr. Jeffery A. Medin on Secondary Considerations of Non-

1

Obviousness and the materials cited in his report, including those listed in Exhibit A to

Dr. Medin's report including paragraphs 42–46 of Dr. Medin's Opening Report that he

incorporates into his Rebuttal Report, and (iii) any additional materials cited in this report,

including those set forth in **Exhibit 1** to this report.

## IV.    RESPONSE TO DR. MEDIN'S TUTORIAL AND BACKGROUND SECTION

### A.    Response to Dr. Medin's Criticisms Related to My Characterization of ERT

4.      Dr. Medin opines that I have made "multiple assertions regarding prior

treatments, but primarily ERT, that are incorrect."[1]  I disagree and respond to each of his specific

criticisms below.

5.      Dr. Medin's main criticism is that ERT was available as a treatment option, that it

is still considered safe and effective, and that it was the standard of care at the time of the

patented inventions, and therefore there can be no long-felt unmet need for a different type of

Fabry treatment.[2]  Although I agree that the ERT treatment[3] FABRAZYME was known and used

before the May 30, 2017 priority date of the Reassessment Mutations Patents and the August 7,

---

[1] Medin Rebuttal Report, ¶ 27.

[2] Medin Rebuttal Report, ¶¶ 28–30, 39–40.

[3] To the extent that Dr. Medin uses the term "ERT" to imply there were therapeutics other than FABRAZYME for the treatment of Fabry disease prior to the May 30, 2017 priority date of the Reassessment Mutations Patents and the August 7, 2019 priority date of the Engineered Mutations Patent, I disagree.  FABRAZYME was the only approved ERT treatment option in the United States before the May 30, 2017 priority date of the Reassessment Mutations Patents and the August 7, 2019 priority date of the Engineered Mutations Patent.  Unless otherwise indicated, ERT refers to FABRAZYME (agalsidase beta) as that was the only ERT treatment for Fabry disease available in the United States at the time of the priority dates used in my analyses.  This is true in my Opening Report as well, where I reference ERT available in the United States prior to May 30, 2017 and August 7, 2019.  Several years after the priority dates, on May 9, 2023, an additional ERT treatment ELFABRIO (pegunigalsidase alfa-iwxj) was approved by FDA.  Another ERT treatment REPLAGAL is under development but is not yet approved in the United States.

2019 priority date of the Engineered Mutations Patent, a single treatment option that is safe and effective for certain patients does not mean that there is not a long-felt but unmet need for alternative treatment options that are safe, effective but also less burdensome and more convenient.[4]  Similarly, just because some patients are treated successfully with FABRAZYME does not mean that all patients will be treated successfully or that treatment with FABRAZYME will continue to be successful.  Further, I disagree with Dr. Medin's suggestion that, because FABRAZYME for Fabry disease "makes substantial amounts of money," FABRAZYME is satisfying all patients' needs for treatment.[5]

6.      As I describe in my Opening Report and in this report, not every patient can or will agree to FABRAZYME as a treatment option.[6]  Some patients may have difficulty attending frequent, hours-long FABRAZYME infusion treatments and may end up missing treatments due to the significant time commitment for the treatment.[7]  For patients with amenable mutations, an oral treatment option that requires taking a capsule every other day is a life changing treatment option that likely leads to higher patient compliance and better outcomes in slowing the irreversible organ damage caused by Fabry disease.[8]  Further, GALAFOLD is more available in

---

[4] See Sections V.A.1, V.B below.

[5] Medin Rebuttal Report, ¶ 40.

[6] See Opening Report, ¶¶ 58–62, 87.

[7] Opening Report, ¶ 59; Berry, L. *et al.*, (2024) Patient-Reported Experience with Fabry Disease & Its Management in the Real-World Setting: Results from a Double-Blind, Cross-Sectional Survey of 280 Respondents, *Orphanet J. Rare Dis.* **19**:153 (ATGAL_10161416 at -423).

[8] Opening Report, ¶ 69; Moran, N., (2018) FDA Approves Galafold, a Triumph for Amicus, *Nat. Biotech.* **36**:913 (ATGAL_10161450 at -450); Müntze, J. *et al*., (2023) Patient Reported Quality of Life & Medication Adherence in Fabry Disease Patients Treated with Migalastat: A Prospective, Multicenter Study, *Mol. Genet. Metab.* **138**(2):106981 (ATGAL_03972963 at -963–64).

the body as it can readily diffuse into organs that FABRAZYME and other ERT treatments do not.[9] ██████████████████████████████████████████████████████

████████████████████████.[10]  As documented in scientific literature, for certain

patients FABRAZYME therapy results in adverse events, e.g., infusion-associated reactions or

generation of antibodies against FABRAZYME.[11]  These antibodies, in turn, can affect the

efficacy of FABRAZYME and worsen any infusion-associated reactions.[12]  Other patients, like

adolescent patients, can develop severe needle phobia that prevents them from being treated with

ERT.[13]  Further, for any patient, getting an intravenous infusion every other week is unpleasant

and can be painful, especially for a repeated treatment where the patient's veins have been used

repeatedly for prior infusions.  In addition, in a recent survey of European healthcare workers,

four out of five who prescribed or administered ERT to adolescent Fabry patients—before

---

[9] Opening Report, ¶ 71; Wu, Y. *et al*., (2021) Migalastat Tissue Distribution: Extrapolation from Mice to Humans Using Pharmacokinetic Modeling & Comparison with Agalsidase Beta Tissue Distribution in Mice, *Clinical Pharmacology Drug Dev.* **10**(9):1075–88 (ATGAL_10161482 at -492).

[10] ████████████████████████████████████████████████████████
███████████████████████████

[11] Opening Report, ¶¶ 59, 62; Berry, L. *et al*., (2024) Patient-Reported Experience with Fabry Disease & Its Management in the Real-World Setting: Results from a Double-Blind, Cross-Sectional Survey of 280 Respondents, *Orphanet J. Rare Dis.* **19**:153 (ATGAL_10161416 at -417, -423–26); July 2024 FABRAZYME Prescribing Information (ATGAL_10161430 at -432).

[12] Berry, L. *et al*., (2024) Patient-Reported Experience with Fabry Disease & Its Management in the Real-World Setting: Results from a Double-Blind, Cross-Sectional Survey of 280 Respondents, *Orphanet J. Rare Dis.* **19**:153 (ATGAL_10161416 at -417); Bashorum, L. *et al.*, (2022) Burden Associated with Fabry Disease and Its Treatment in 12-15 Year Olds: Results from a European Survey, *Orphanet J. Rare Dis.* **17**:266 (ATGAL_06691824 at -825–26).

[13] Bashorum, L. *et al.*, (2022) Burden Associated with Fabry Disease and Its Treatment in 12-15 Year Olds: Results from a European Survey, *Orphanet J. Rare Dis.* **17**:266 (ATGAL_06691824 at -826).

GALAFOLD was approved for adolescent patients in Europe—stated that there was a "need for more manageable treatment options."[14]  In my practice, about one out of five patients treated with ERT will develop significant side effects where ERT is no longer a viable treatment option or ERT no longer results in a successful outcome.

7.     Dr. Medin also opines that my Opening Report statements on ERT imply that a person skilled in the art would not view ERT as a viable treatment option for Fabry patients.[15]  I disagree with Dr. Medin's characterization of my Opening Report.  My opinion is that treatment with GALAFOLD is a less burdensome and more effective treatment option for certain Fabry patients.[16]  In my opinion, until other therapies are available, ERT is the treatment option for Fabry patients with non-amenable mutations as long as patients respond to ERT.

8.     Dr. Medin also disagrees with my statement that "the inability of the artificial enzyme to cross the blood-brain barrier and poor uptake into certain cells limits the utility of ERT in some patients."[17]  In Dr. Medin's view, the inability of the artificial or recombinant enzyme to cross the blood-brain barrier is not relevant for Fabry patients because "direct central nervous system (CNS) involvement in Fabry disease is rare."[18]  This is inconsistent with scientific literature, which describes the high occurrence of direct CNS involvement in Fabry

---

[14] Bashorum, L. *et al.*, (2022) Burden Associated with Fabry Disease and Its Treatment in 12-15 Year Olds: Results from a European Survey, *Orphanet J. Rare Dis.* **17**:266 (ATGAL_06691824 at -824).

[15] Medin Rebuttal Report, ¶¶ 38–39.

[16] Opening Report, ¶¶ 65–72.

[17] Medin Rebuttal Report, ¶ 38.

[18] Medin Rebuttal Report, ¶ 38.

disease.[19]  Multiple studies describe both direct and indirect CNS involvement in Fabry disease. For example, an article by Drs. Burlina and Politei reports that CNS is extensively involved in Fabry disease and that cerebrovascular findings include strokes and brain vessel abnormalities.[20] While many neurologic symptoms such as stroke can be attributed to cerebral vasculopathy, this vascular pathology itself reflects CNS-relevant disease mechanisms that are poorly treated by ERT due to its inability to cross the blood-brain barrier.[21]  For example, a book chapter by Drs. Schiffman and Moore reports that the primary neurological manifestations of Fabry disease include cerebral vasculopathy that results in a markedly increased risk of stroke and contributes significantly to morbidity and mortality in Fabry patients.[22]  Further, Dr. Sims and her colleagues report cerebrovascular complications caused by cerebral vasculopathy as a source of disease

---

[19] *See* Schiffmann, R., Moore, D.F., Neurological Manifestations of Fabry Disease, Fabry Disease: Perspectives from 5 Years of FOS (NCBI Bookshelf; 2006) (ATGAL_10161840 at -840); Burlina, A., Politei, J., (2016) The Central Nervous System Involvement in Fabry Disease: A Review, *J. of Inborn Errors of Metabolism and Screening* **4**:1–7 (ATGAL_09818936at -936–38, -940); Sims, K. *et al.*, (2009) Stroke in Fabry Disease Frequently Occurs Before Diagnosis and in the Absence of Other Clinical Events: Natural History Data from the Fabry Registry, *Stroke* **40**(3):788–94 (ATGAL_09879249 at -249).

[20] Burlina, A., Politei, J., (2016) The Central Nervous System Involvement in Fabry Disease: A Review, *Journal of Inborn Errors of Metabolism and Screening* **4**:1–7 (ATGAL_09818936 at -936–38, -940).

[21] *See* Burlina, A., Politei, J., (2016) The Central Nervous System Involvement in Fabry Disease: A Review, *Journal of Inborn Errors of Metabolism and Screening* **4**:1–7 (ATGAL_09818936 at -940).

[22] *See* Schiffmann, R., Moore, D.F., Neurological Manifestations of Fabry Disease, Fabry Disease: Perspectives from 5 Years of FOS (NCBI Bookshelf; 2006) (ATGAL_10161840 at -840).

burden and early death.[23]  In addition, sleep apnea, fatigue, depression, and anxiety in Fabry patients also indicate direct CNS involvement.[24]

9.      Further, there is also growing evidence of primary CNS involvement, including cognitive impairment, white matter lesions, and Fabry-associated depression—findings not solely attributable to systemic vascular disease.  An article by Drs. Burlina and Politei highlights extensive CNS manifestations and structural brain abnormalities in Fabry patients, indicating a more direct involvement of the CNS itself.[25]  These manifestations are unlikely to be effectively treated with ERT, which does not reach the brain, and may instead require agents like migalastat (GALAFOLD), which crosses the blood-brain barrier and may provide therapeutic benefit within the CNS.  Thus, the exclusion of CNS considerations in Fabry management underestimates both the complexity of the disease and the potential value of blood-brain-barrier-penetrant therapies.

**B.      Response to Dr. Medin's Criticisms on My Comparison of GALAFOLD and ERT and FDA Approval of GALAFOLD**

10.      Below is my response to Dr. Medin's criticisms on the background section of my Opening Report related to different treatments of Fabry disease and FDA approval of GALAFOLD.  While responding to Dr. Medin's criticisms, I grouped my response to Dr.

---

[23] Sims, K. *et al.*, (2009) Stroke in Farby Disease Frequently Occurs Before Diagnosis and in the Absence of Other Clinical Events, *Stroke* **40**(3):788–94 (ATGAL_09879249 at -249, -252–54).

[24] Blaszczyk, B. *et al.*, (2023) Fabry Disease and Sleep Disorders: A Systematic Review, *Front. Neurol.* **14**:1217618 (ATGAL_10161694 at -694); Müller, M., Neuropsychiatric and Psychosocial Aspects of Fabry Disease, Fabry Disease: Perspectives from 5 Years of FOS (NCBI Bookshelf; 2006) (ATGAL_10161704 at -704, -707–09); Gambardella, J. *et al.*, (2024) Fatigue as Hallmark of Fabry Disease: Role of Bioenergetic Alterations, *Front. Cardiovasc. Med.* **11**:1341590 (ATGAL_10161722 at -722–24).

[25] Burlina, A., Politei, J., (2016) The Central Nervous System Involvement in Fabry Disease: A Review, *J. of Inborn Errors of Metabolism and Screening* **4**:1–7 (ATGAL_09818936 at -936–40).

Medin's opinions on various subject matters rather than responding to his criticisms in the order they appear in Dr. Medin's Rebuttal Report.

11.     Dr. Medin claims that I suggest that "early and accurate diagnosis of Fabry disease is the key, not the actual treatment."[26]  This is incorrect.  In my Opening Report, I explain that while there are effective treatments like GALAFOLD and ERT available for Fabry patients, diagnosis of Fabry disease when it first starts becoming symptomatic followed by treatment without delay is the key to minimize organ damage.[27]  In my experience and that of other doctors who diagnose and treat Fabry patients regularly, reliable diagnosis of Fabry disease can be challenging because (1) Fabry disease presents with variable symptoms and (2) it is an X-linked disease, making it more challenging to diagnose, especially for patients with non-classical Fabry and for female patients.[28]

12.     With respect to treatment with GALAFOLD, Dr. Medin opines that "the concept of 'amenable' is an arbitrarily assigned term based on other LSDs and perceived changes in enzyme activity needed for correction in Fabry disease and this arbitrariness, as a [person of ordinary skill in the art] would understand, is why migalastat does not work for some patients who have so-called amenable mutations."[29]  I disagree.  The term "amenable" in the Asserted Claims and the GALAFOLD product label is not arbitrary.  Amenability is defined in the Asserted Patents as "showing a relative increase (+10 μM migalastat) of ≥1.20-fold and an

---

[26] Medin Rebuttal Report, ¶ 28.

[27] *See* Opening Report, ¶ 48 ("Recognition of Fabry disease is important because effective treatments are available, but they have to be prescribed early in the disease to be more effective in preventing organ damage.").

[28] Opening Report, ¶ 48.

[29] Medin Rebuttal Report, ¶ 37.

absolute increase (+10 μM migalastat) of ≥3.0% wild-type when the mutant form of α-galactosidase A is expressed."[30]  Through the Migalastat Amenability Assay, Amicus scientists determined which α-GAL A mutant enzymes would respond to migalastat so that the defective enzymatic activity would be increased by the interaction of the enzyme and migalastat.  Further, when migalastat is administered to such patients, Amicus found that the patients generally respond favorably and Amicus saw a tight correlation between amenability as defined by the Asserted Patents and favorable clinical outcomes.[31]

13.    Dr. Medin also opines that "migalastat does not work for some patients who have so-called amenable mutations."[32]  It is not entirely clear what Dr. Medin means, but in my opinion, a single treatment option is generally not sufficient for treating any population of patients, including the population of Fabry patients with amenable mutations.  Within the population of amenable Fabry patients, there are a small subset of patients for whom GALAFOLD is not the ideal treatment option, because, as I describe in my Opening Report, symptoms of Fabry disease vary between patients and sometimes the disease progresses too far, or a patient has other comorbidities or other contributing factors that make GALAFOLD less effective as a treatment option for that particular patient.[33]

---

[30] '388 Patent, col.17:7–15; '489 Patent, col.17:30–37; '490 Patent, col.17:28–35; '164 Patent, col.26:1–9.

[31] Benjamin, E. *et al*., (2017) The Validation of Pharmacogenetics for the Identification of Fabry Patients to be Treated with Migalastat, *Genet. Med*. **19**(4):430–38 (ATGAL_07871417 at -423–24).

[32] Medin Rebuttal Report, ¶ 37.

[33] *See* Opening Report, ¶¶ 48, 49.

14.    Next, Dr. Medin criticizes my statement that cells of the heart and kidney take up limited amounts of recombinant enzyme.[34] According to Dr. Medin, these organs are composed of different cell types and in clinical trials ERT led to a reduced rate of renal and cardiac clinical events.[35] While ERT does have some positive effects on renal and cardiac events, the literature shows that GALAFOLD has a greater effect.[36] For example, Dr. Riccio reported that migalastat significantly reduced cardiac mass compared with ERT in Fabry patients.[37] In a study done in Italy, seven Fabry disease patients with amenable mutations were treated with ERT for one year and then they were switched to GALAFOLD without any interval.[38] After one year of being

---

[34] Medin Rebuttal Report, ¶ 44.

[35] Medin Rebuttal Report, ¶ 44.

[36] *See, e.g.*, McCafferty, E., Scott, L., (2019) Migalastat: A Review in Fabry Disease, *Drugs* **79**(5):543–54 (ATGAL_10161438 at -438); Riccio, E. *et al.*, (2020) Switch from Enzyme Replacement Therapy to Oral Chaperone Migalastat for Treating Fabry Disease: Real-Life Data, *Eur. J. of Hum. Genetics* **28**:1662–68 (ATGAL_08508336 at -336); Nowicki, M. *et al.*, (2024) A Review and Recommendations for Oral Chaperone Therapy in Adult Patients with Fabry Disease, *Orphanet J. Rare Dis.* **19**:16 (ATGAL_10161856 at -859–80); *see also* Amicus Therapeutics Announces Positive Phase 3 Data on Cardiac and Composite Endpoints from Fabry Monotherapy Study 012 at American Society of Nephrology, *Pipeline Review* (Nov. 17, 2014), https://pipelinereview.com/amicus-therapeutics-announces-positive-phase-3-data-on-cardiac-and-composite-endpoints-from-fabry-monotherapy-study-012-at-american-society-of-nephrology (ATGAL_10161674 at -674); Lenders, M. *et al.*, (2016) Serum-Mediated Inhibition of Enzyme Replacement Therapy in Fabry Disease, *J. Am. Soc. Nephrol.* **27**:256–64 (ATGAL_06866922 at -926–28); Alegra, T. *et al.*, (2012) Enzyme Replacement Therapy for Fabry Disease: A Systematic Review and Meta-Analysis, *Genet. Mol. Biol.* **35**(4 supp.):947–54 (ATGAL_08454411 at -415–17); Hendriksz, C.J. *et al.*, (2018) Risks of Long-Term Port Use in Enzyme Replacement Therapy for Lysosomal Storage Disorders, *Mol. Genet. Metab. Reps.* **15**:71–73 (ATGAL_10161730 at -730–32).

[37] Riccio, E. *et al.*, (2020) Switch from Enzyme Replacement Therapy to Oral Chaperone Migalastat for Treating Fabry Disease: Real-Life Data, *Eur. J. of Hum. Genetics* **28**:1662–68 (ATGAL_08508336 at -336).

[38] Riccio, E. *et al.*, (2020) Switch from Enzyme Replacement Therapy to Oral Chaperone Migalastat for Treating Fabry Disease: Real-Life Data, *Eur. J. of Hum. Genetics* **28**:1662–68 (ATGAL_08508336 at -336–37).

treated with GALAFOLD, clinical assessment on these patients showed that the left ventricular mass index (a measure of heart size) and protein levels in their urine (a marker of kidney dysfunction) were reduced significantly compared to the values obtained while these patients were on ERT.[39]

15.    Dr. Medin disagrees with my statement that the recombinant enzyme in ERTs such as FABRAZYME is not taken up by all the organs, but rather in a subset of organs.[40]  My opinion is that migalastat readily diffuses into most cells and tissues unlike the recombinant enzyme in ERTs such as FABRAZYME.[41]  Scientific literature that Dr. Medin cites is not applicable to my statement because those papers discuss only the localization of the recombinant enzyme and does not discuss migalastat.[42]  The three cited papers were published in 2001 and 2006, well before the priority dates here, and do not address how migalastat is distributed.[43]  I

---

[39] Riccio, E. *et al.*, (2020) Switch from Enzyme Replacement Therapy to Oral Chaperone Migalastat for Treating Fabry Disease: Real-Life Data, *Eur. J. of Hum. Genetics* **28**:1662–68 (ATGAL_08508336 at -336).

[40] Medin Rebuttal Report, ¶ 46.

[41] Opening Report, ¶ 71.

[42] Medin Rebuttal Report, ¶ 46 (citing Eng, C. *et al.*, (2001) Safety and Efficacy of Recombinant Human Alpha-Galactosidase a Replacement Therapy in Fabry's Disease, *N. Engl. J. Med.* **345**(1):9–16 (AURO_MEDIN_000269 at -269); Eng, C. *et al.*, (2001) A Phase 1/2 Clinical Trial of Enzyme Replacement in Fabry Disease: Pharmacokinetic, Substrate Clearance, and Safety Studies, *Am. J. Hum. Genetics* **68**(3):711–22 (AURO_MEDIN_000277 at -277); Murray, G. J. *et al.*, (2007) Cellular and Tissue Distribution of Intravenously Administered Agalsidase Alfa, *Mol. Genet. Metab.* **90**(3):307–12 (AURO_MEDIN_000289 at -289)).

[43] Eng, C. *et al.*, (2001) Safety and Efficacy of Recombinant Human Alpha-Galactosidase A Replacement Therapy in Fabry's Disease, *N. Engl. J. Med.* **345**(1):9–16 (AURO_MEDIN_000269 at -269); Eng, C. *et al.*, (2001) A Phase 1/2 Clinical Trial of Enzyme Replacement in Fabry Disease: Pharmacokinetic, Substrate Clearance, and Safety Studies, *Am. J. Hum. Genet.* **68**(3):711–22 (AURO_MEDIN_000277 at -277); Murray, G. J., *et al.*, (2007) Cellular and Tissue Distribution of Intravenously Administered Agalsidase Alfa, *Mol. Genet. Metab.* **90**(3), 307–12(AURO_MEDIN_000289 at -289).

note that Dr. Medin does not dispute my statement that migalastat readily diffuses into most cells and tissues.[44]

16.    Dr. Medin criticizes my statement about podocytes being "relatively ERT-resistant" and opines that ERT has been shown to reduce GL-3 in podocytes.[45]  But podocytes are relatively poor responders to ERT, a fact that is confirmed by the references cited by Dr. Medin.[46]  For example, the Najafian article states: "While enzyme replacement therapy (ERT) eliminates visible GL3 accumulation in kidney endothelial and mesangial cells and fibroblasts within 5 months, podocytes . . . are more resistant to ERT."[47]  In fact, podocytes are considered an ERT-resistant cell type and the Najafian article confirms my opinion that "the incomplete effects of ERT on podocyte GL3 provides opportunities for testing the value of new treatments to supplement ERT."[48]

---

[44] *See* Wu, Y. *et al*., (2021) Migalastat Tissue Distribution: Extrapolation from Mice to Humans Using Pharmacokinetic Modeling & Comparison with Agalsidase Beta Tissue Distribution in Mice, *Clinical Pharmacology Drug Dev.* **10**(9):1075–88 (ATGAL_10161482 at -492); *see also* June 2024 GALAFOLD Prescribing Information (ATGAL_06388594 at -614).

[45] Medin Rebuttal Report, ¶ 47.

[46] Medin Rebuttal Report, ¶ 47 (citing Najafian, B. *et al.*, (2016) One Year of Enzyme Replacement Therapy Reduces Globotriaosylceramide Inclusions in Podocytes in Male Adult Patients with Fabry Disease, *PLoS ONE* **11**(4):e0152812 (AURO_MEDIN_000304 at -304)).

[47] Najafian, B. *et al.*, (2016) One Year of Enzyme Replacement Therapy Reduces Globotriaosylceramide Inclusions in Podocytes in Male Adult Patients with Fabry Disease, *PLoS ONE* **11**(4):e0152812 (internal citations omitted) (AURO_MEDIN_000304 at -304).

[48] Najafian, B. *et al.*, (2016) One Year of Enzyme Replacement Therapy Reduces Globotriaosylceramide Inclusions in Podocytes in Male Adult Patients with Fabry Disease, *PLoS ONE* **11**(4):e0152812 (internal citations omitted) (AURO_MEDIN_000304 at -314).

17.     Dr. Medin also opines that "migalastat can produce antibodies."[49]  Notably, Dr. Medin does not cite any evidence that migalastat has been shown to produce antibodies and instead simply infers it may be possible because migalastat is "a foreign substance in humans" and because some carbohydrates may engender antibody production.[50]  The literature, however, does not support such an inference.[51]  There have been no reported anti-migalastat antibodies in patients treated with GALAFOLD and migalastat is considered non-immunogenic.[52]  In contrast, as I have described in my Opening Report and in this report, neutralizing antidrug antibodies have been reported in Fabry patients treated with ERT.[53]

18.     Dr. Medin also alleges that "migalastat was not the miracle drug or solution" relying on several terminated clinical studies and other clinical studies where the results were not posted on clinicaltrials.gov.[54]  I do not agree that in general failures in clinical trials reflect that no long-felt need exists and I do not agree that all clinical trials listed by Dr. Medin are failures. Based on my experience as a medical doctor who has conducted clinical trials for rare diseases, it is common to terminate trials or not to post results where there are not enough participants to reach a statistically significant conclusion on safety, efficacy, or other endpoints.  It is common for investigators to have issues enrolling enough patients for clinical studies on rare diseases

---

[49] Medin Rebuttal Report, ¶ 45.

[50] Medin Rebuttal Report, ¶ 45.

[51] *E.g.*, McCafferty, E., Scott, L., (2019) Migalastat: A Review in Fabry Disease, *Drugs* **79**(5):543–54 (ATGAL_10161438 at -446).

[52] *See* McCafferty, E., Scott, L., (2019) Migalastat: A Review in Fabry Disease, *Drugs* **79**(5):543–54 (ATGAL_10161438 at -446).

[53] Opening Report, ¶ 62.

[54] Medin Rebuttal Report, ¶¶ 57–58.

because of the small patient populations.[55]  It is also common to terminate such studies if it becomes apparent that no statistical conclusion may be reached because clinical trials are expensive and small companies do not have the means to support trials that will not result in meaningful results.

19.    Further, Dr. Medin lists the following studies as examples of studies being terminated for failure to meet their end points, but Dr. Medin ignores specific reasons why these studies were either terminated or no results were published.  In addition, I disagree with Dr. Medin that these studies were failures as I describe each in detail below:

- NCT01458119



[55] *See, e.g.*, Rees, C. A. *et al.*, (2019) Noncompletion and Nonpublication of Trials Studying Rare Diseases: A Cross-Sectional Analysis, *PLoS Med.* **16**(11):e1002966 (ATGAL_10161911 at -911–12);Study to Evaluate Ecallantide in Paediatric Patients with Acute Attacks of Hereditary Angioedema, ClinicalTrials.gov, https://clinicaltrials.gov/study/NCT01253382 (no results report for angioedema) (ATGAL_10161809 at -809, -814–15); Safety and Efficacy of QAX576 in Patients with Idiopathic Pulmonary Fibrosis (IPF), ClinicalTrials.gov, https://clinicaltrials.gov/study/NCT01266135 (no results reported for pulmonary fibrosis) (ATGAL_10161817 at -817, -824–25).

[56] Feb. 15, 2017, Clinical Study Report AT1001-041 (ATGAL_03872004–092 at -022).

[57] Feb. 15, 2017, Clinical Study Report AT1001-041 (ATGAL_03872004–092 at -090).

[58] Feb. 15, 2017, Clinical Study Report AT1001-041 (ATGAL_03872004–092 at -082).

[59] Feb. 15, 2017, Clinical Study Report AT1001-041 (ATGAL_03872004–092 at -088).

 The results were published in New England Journal of Medicine by Germain *et al.* in 2016.[61]  The results were also posted on clinicaltrials.gov.[62]

- NCT00526071



The results were posted on clinicaltrials.gov.[67]

- NCT00283933



---

[60] Feb. 15, 2017, Clinical Study Report AT1001-041 (ATGAL_03872004–092 at -092).

[61] Germain, D.P. *et al.*, (2016) Treatment of Fabry's Disease with Pharmacologic Chaperone Migalastat, *N. Engl. J. Med.* **375**(6):545–55 (ATGAL_06500087 at -087).

[62] Open-Label Phase 3 Long-Term Safety Study of Migalastat (AT1001-041), ClinicalTrials.gov, https://clinicaltrials.gov/study/NCT01458119 (ATGAL_10161827 at -837).

[63] Dec. 19, 2014, Clinical Study Report AT1001-FAB-CL-205 (ATGAL_00154581–666 at -600).

[64] Dec. 19, 2014, Clinical Study Report AT1001-FAB-CL-205 (ATGAL_00154581–666 at -601).

[65] Dec. 19, 2014, Clinical Study Report AT1001-FAB-CL-205 (ATGAL_00154581–666 at -660).

[66] Dec. 19, 2014, Clinical Study Report AT1001-FAB-CL-205 (ATGAL_00154581–666 at -661).

[67] Open-Label Long-Term Safety Study of AT1001 (Migalastat Hydrochloride) in Participants with Fabry Disease Who Have Completed a Previous AT1001 Study, ClinicalTrials.gov, https://clinicaltrials.gov/study/NCT00526071 (ATGAL_10161784 at -792).

[68] June 20, 2011, Clinical Study Report AT1001-FAB-CL-203 (ATGAL_00097754–832 at -831).

[69] June 20, 2011, Clinical Study Report AT1001-FAB-CL-203 (ATGAL_00097754–832 at -831).

 The results were posted on clinicaltrials.gov.[71]

- NCT00283959



The results were posted on clinicaltrials.gov.[76]

- NCT00214500

---

[70] June 20, 2011, Clinical Study Report AT1001-FAB-CL-203 (ATGAL_00097754–832 at -831).

[71] A 24-Week Safety and Pharmacodynamic Study of AT1001 (Migalastat Hydrochloride) in Participants with Fabry Disease, ClinicalTrials.gov, https://clinicaltrials.gov/study/NCT00283933 (ATGAL_10161764 at -771).

[72] Sept. 13, 2011, Clinical Study Report AT1001-FAB-CL-202 (ATGAL_00096062–137 at -134).

[73] Sept. 13, 2011, Clinical Study Report AT1001-FAB-CL-202 (ATGAL_00096062–137 at -134).

[74] Sept. 13, 2011, Clinical Study Report AT1001-FAB-CL-202 (ATGAL_00096062–137 at -134).

[75] Sept. 13, 2011, Clinical Study Report AT1001-FAB-CL-202 (ATGAL_00096062–137 at -127).

[76] A 12-Week Safety and Pharmacodynamic Study of AT1001 (Migalastat Hydrochloride) in Participants with Fabry Disease, ClinicalTrials.gov, https://clinicaltrials.gov/study/NCT00283959 (ATGAL_10161774 at -781).

[77] Sept. 8, 2010, Clinical Study Report AT1001-FAB-CL-201 (ATGAL_00092978–3067 at -3064).

[78] Sept. 8, 2010, Clinical Study Report AT1001-FAB-CL-201 (ATGAL_00092978–3067 at -3064).

[79] Sept. 8, 2010, Clinical Study Report AT1001-FAB-CL-201 (ATGAL_00092978–3067 at -3064).

■ ████ ██ Results were posted on clinicaltrials.gov.[81]

- NCT00925301 was the Study 011 I discussed in my Opening Report where initially there was not a significant difference between the group receiving GALAFOLD and the group receiving placebo.[82] Results were published in multiple articles and posted on clinicaltrials.gov.[83]

- NCT02082327 

- NCT01730469

---

[80] Sept. 8, 2010, Clinical Study Report AT1001-FAB-CL-201 (ATGAL_00092978–3067 at -3064).

[81] A Study of AT1001 (Migalastat Hydrochloride) in Participants with Fabry Disease, ClinicalTrials.gov, https://clinicaltrials.gov/study/NCT00214500 (ATGAL_10161752 at -761).

[82] Opening Report, ¶¶ 81, 85–86.

[83] Germain, D. *et al.*, (2019) Efficacy of the Pharmacologic Chaperone Migalastat in a Subset of Male Patients with the Classic Phenotype of Fabry Disease and Migalastat-Amenable Variants: Data from the Phase 3 Randomized, Multicenter, Double-Blind Clinical Trial and Extension Study, *Genet. Med.* **21**(9):1987–97 (ATGAL_09877685 at -685–86); Schiffmann, R. *et al.*, (2018), Migalastat Improves Diarrhea in Patients with Fabry Disease: Clinical-Biomarker Correlations from the Phase 3 FACETS Trial, *Orphanet J. Rare Dis.* **13**(1):68 (ATGAL_07915907 at -907); Bichet, D. *et al.*, (2021) Assessment of Plasma Lyso-Gb3 for Clinical Monitoring of Treatment Response in Migalastat-Treated Patients with Fabry Disease, *Genet. Med.* **23**(1):192–201 (ATGAL_10023551 at -551–52); Study of the Effects of Oral AT1001 (Migalastat Hydrochloride) in Patients with Fabry Disease, ClinicalTrials.gov, https://clinicaltrials.gov/study/NCT00925301 (ATGAL_10161794 at -807).

[84] Oct. 7, 2014, Clinical Study Report AT1001-018 (ATGAL_00047810–907 at -823).

[85] Oct. 7, 2014, Clinical Study Report AT1001-018 (ATGAL_00047810–907 at -877).

[86] Dec. 5, 2013, Amended Clinical Study Report AT1001-015 (ATGAL_00076781–877 at -844).

[87] Dec. 5, 2013, Amended Clinical Study Report AT1001-015 (ATGAL_00076781–877 at -845).

- NCT01730482 

20.     Dr. Medin further opines that my statements on GALAFOLD's accelerated approval lack "specificity of what the unmet medical need is and how specifically this relates the specific claims of the patents asserted in this case."[90]  I disagree.  My opinion that there was a long-felt but unmet need for Fabry patients with certain mutations, i.e., patients with amenable mutations including those set forth in the Asserted Claims, as described in my Opening Report and in this report, is supported by FDA's recognition of this long-felt but unmet need when it approved GALAFOLD under the accelerated approval program.[91] 

FDA's standard for accelerated approval, which states, "FDA may approve drugs for serious conditions where there is an unmet medical need and where a drug is shown to have certain effects that are reasonably likely to predict a clinical

---

[88] Dec. 11, 2012, Clinical Study Report AT1001-014 (ATGAL_03366897–992 at -947–48).

[89] Dec. 11, 2012, Clinical Study Report AT1001-014 (ATGAL_03366897–992 at -948).

[90] Medin Rebuttal Report, ¶ 31; *see* Medin Rebuttal Report, ¶¶ 34–35.

[91] *See, e.g.*, Opening Report, ¶¶ 60–61; Apr. 19, 2017 Amicus Briefing Document to FDA (ATGAL_03771237 at -305–07).

[92]

benefit to patients."[93]  In contrast, Dr. Medin ignores that this long-felt but unmet need existed for all Fabry patients with amenable mutations including the mutations in the Asserted Claims in this case.[94]

21.    Dr. Medin also opines that because the Reassessment Mutations Patents had not issued and the Engineering Mutations Patent was not filed when GALAFOLD was approved, he finds it hard to imagine how long-felt but unmet need statements related to FDA submission might be relevant.[95]  In my opinion, statements on any long-felt but unmet need for an alternative treatment are routinely expressed before a solution is known and even before work to develop alternative treatments is initiated.  For example, side effects or other treatment limitations are often identified and later lead to development of new treatments.

## V.    RESPONSE TO DR. MEDIN REGARDING OBJECTIVE INDICIA SUPPORTING NON-OBVIOUSNESS

22.    As discussed in my Opening Report, in my opinion, there was a long-felt but unmet need for Amicus's inventions in the Asserted Claims of the Reassessment Mutations Patents and the Engineered Mutations Patent, there were failures of others to solve the problem solved by Amicus's inventions claimed in the Asserted Claims of the Reassessment Mutations Patents, and there was industry praise for Amicus's inventions claimed in the Asserted Claims of the Reassessment Mutations Patents.[96]  As I discuss in detail below, I disagree with many of

---

[93] Aug. 10, 2018 FDA News Release, FDA Approves New Treatment for a Rare Genetic Disorder, Fabry Disease (ATGAL_09880475 at -476).

[94] Medin Rebuttal Report, ¶ 31; *see* Medin Rebuttal Report, ¶¶ 34–35.

[95] Medin Rebuttal Report, ¶ 33.

[96] Opening Report, ¶¶ 5–7.

Dr. Medin's responses to my opinions on these objective indicia of non-obviousness.  Nothing in

Dr. Medin's rebuttal report changes the opinions that I rendered in my Opening Report.

### A.  Long-Felt But Unmet Need

23.      In my Opening Report, I opined that the objective indicia of non-obviousness of

the Asserted Claims of the Reassessment Mutations Patents and the Engineered Mutations Patent

is supported by the fact that GALAFOLD fulfilled a long-felt but unmet need for an improved

therapy for Fabry patients with amenable mutations including the claimed mutations. [97]  I

discussed how the ERT treatment FABRAZYME was the only FDA-approved treatment for

Fabry patients until the approval of GALAFOLD and how FABRAZYME had various

drawbacks as a treatment option including being burdensome both for patients and caretakers,

generation of antibodies against the recombinant enzyme leading to infusion reactions and

diminished efficacy, and the inability of the recombinant enzyme to cross the blood-brain barrier

and poor uptake into certain cells limiting the utility of FABRAZYME in some patients.[98]

24.      In his rebuttal report, Dr. Medin opines that there is no evidence of a long-felt

unmet need for Fabry patients for three reasons: (1) there can be no long-felt unmet need because

ERT is the first-line therapy; (2) there is no long-felt unmet need because migalastat treats only

some Fabry patients; (3) there is no connection between the long-felt unmet need and the

Asserted Claims of the Reassessment Mutations Patents and the Engineered Mutations Patent.[99]

As set forth below, I disagree that there is no evidence of a long-felt unmet need for Fabry

---

[97] Opening Report, § XI.A.

[98] Opening Report, ¶¶ 56–64.

[99] Medin Rebuttal Report, § VII.A.

patients with amenable mutations and, in my opinion, the reasons Dr. Medin relies on are

inapplicable.

        **1.**      **Even Though ERT Is a First-Line Therapy, There Was a Long-Felt
But Unmet Need for Alternative Treatments**

      25.      Dr. Medin opines that the fact that ERT is a first-line therapy "seriously

undermines any assertion that migalastat addresses a long-felt unmet need."[100]  I disagree.

Dr. Medin is not a clinician and as such he does not diagnose patients as having Fabry disease,

determine the appropriate treatment for any Fabry patients, or treat such patients.  Despite not

having this experience, he opines there was no need to develop an alternative treatment for Fabry

disease because there was already a single, safe and effective treatment option.[101]  Based on my

experience as a physician, medical doctors who treat Fabry patients would not agree.  A single

treatment option, no matter how safe and effective, does not meet the needs of every single

patient; Fabry patients are no different.  For example, there are many available medications for

migraines.[102]  Under Dr. Medin's logic, once the first migraine medication, ergotamine, became

available as an effective medication in 1926, there was no need for alternative medications, like

triptans, to be developed in 1990 to 2000.[103]  However, in 2008, the American Headache Society

---

[100] Medin Rebuttal Report, ¶ 64; *see* Medin Rebuttal Report, ¶ 78.

[101] Medin Rebuttal Report ¶¶ 64–66.

[102] Peters, G. L., (2019) Migraine Overview and Summary of Current and Emerging Treatment
Options, *Am. J. Manag. Care* **25**(2 Suppl):S23–S34 (ATGAL_10161869 at -883–96).

[103] Elizabeth Pratt, How Migraine Treatments Have Changed Over Time, *Med. News Today*
(Sept. 12, 2024), https://www.medicalnewstoday.com/articles/migraine-treatments-history
(ATGAL_10161927 at -928–30).

declared that triptans are the most important breakthrough in headache medication in 50 years.[104]

According to Dr. Medin's approach to treatment development, there was no need for alternative

treatments because ergotamine existed and is still used today.  In my opinion, Dr. Medin's view

that a single treatment option is sufficient to satisfy all long-felt needs for a disease is not shared

by the medical community.

     26.     Dr. Medin further opines that because I do not allege that ERT treatments like

FABRAZYME are not safe or effective, a person skilled in the art would not agree that "this is []

demonstration of migalastat filling a long-felt unmet need."[105]  I disagree.  As discussed in my

Opening Report and here, although FABRAZYME is a safe and effective treatment option for

certain Fabry patients, it is not suitable for every patient and is associated with significant

burdens on both the patients and caregivers.[106]  Migalastat fulfilled a long-felt need for an

alternative treatment option to FABRAZYME's ERT for a significant number of Fabry patients.

Moreover, as I have described extensively in my Opening Report, migalastat is a more

convenient treatment option for certain Fabry patients, a fact that is well-documented in the

literature.[107]  Dr. Medin does not appear to dispute this, but instead opines a single treatment

---

[104] Humphrey, P.P.A., (2008) The Discovery and Development of the Triptans, a Major
Therapeutic Breakthrough, *Headache* **48**:685–87 (ATGAL_10161733 at -733).

[105] Medin Rebuttal Report, ¶¶ 65–66; *see* Medin Rebuttal Report, ¶ 78.

[106] Opening Report, ¶¶ 59–62.

[107] Opening Report, ¶¶ 65–69; Riccio, E. *et al.*, (2020) Switch from Enzyme Replacement
Therapy to Oral Chaperone Migalastat for Treating Fabry Disease: Real-Life Data, *Eur. J. of
Hum. Genet.* **28**:1662–68 (ATGAL_08508336 at -339–40).

option eliminates the need for any alternative treatments.[108]  For the reasons discussed above, I disagree.

27.      I have first-hand experience seeing how migalastat has improved the lives of Fabry patients who could not tolerate ERT, did not respond well to ERT, or found the inconvenience of ERT to hinder their personal and professional endeavors.  Further, at least in my practice, about one out of every five patients who are treated by ERT develop a side effect where ERT cannot be administered to them or have progression of the disease with ERT.  For example, certain of my patients on ERT continued to have progression of cardiac disease despite the ERT treatments.

28.      To support his position, Dr. Medin also seems to equate how patients are reimbursed for costs of ERT and migalastat in Australia and cites an article on ERT and how only ERT is reimbursed in Singapore as evidence that ERT meets the needs of every Fabry patient.[109] As a preliminary matter, the article on how Singapore reimburses ERT treatment for Fabry patients is solely focused on ERT, specifically how only agalsidase alpha is reimbursed rather both agalsidase alpha and beta, and does not discuss any other treatment option.  I do not agree that drug reimbursement in Australia or Singapore are relevant to my opinion.  In my opinion, how patients are reimbursed for costs of a drug or how a chaperone-based therapy is not mentioned in an article on ERT and its reimbursement does not address whether there was a long-felt but unmet need for alternative treatments to ERT in the United States.

---

[108] Medin Rebuttal Report, ¶¶ 64–66.

[109] Medin Rebuttal Report, ¶ 64.

### 2.    Migalastat Treats Fabry Patients with Amenable Mutations Fulfilling a Long-Felt But Unmet Need for These Patients

29.    Dr. Medin opines that because GALAFOLD "[t]reats a [m]inority of Fabry [p]atients," it does not fulfill a long-felt but unmet need for Fabry patients.[110]  I disagree.  My opinion is that GALAFOLD fulfilled a long-felt but unmet need for a majority of Fabry patients with amenable mutations rather than GALAFOLD fulfilling a long-felt but unmet need for all Fabry patients including the patients with non-amenable mutations.  As I have described in my Opening Report, there are different types of mutations and for Fabry patients with certain mutations, migalastat will have no effect; those patients with such non-amenable mutations are not at issue here.[111]

30.    Dr. Medin further opines that because by his calculation, "the claimed subject matter [] works for approximately 9% of all Fabry disease patients known at that time," it does not meet a long-felt unmet need for a method of treating Fabry disease.[112]  Dr. Medin opines that "no [person of ordinary skill] would agree" there was a long-felt unmet need for the claimed inventions.[113]  I disagree with these opinions.

31.    As a preliminary matter, Dr. Medin's "9%" number is irrelevant as there can be a long-felt but unmet need for Fabry patients with certain mutations.  Even if it were relevant, Dr. Medin's calculation is unreliable because he *assumes* that as of 2016, there were at least 600 HEK assay amenable Fabry mutations and then divides 600 by the 56 mutations in the Asserted

---

[110] Medin Rebuttal Report, ¶¶ 67–73.

[111] Opening Report, ¶¶ 47–49, 53.

[112] Medin Rebuttal Report, ¶¶ 43, 73.

[113] Medin Rebuttal Report, ¶ 73.

Claims of the Asserted Patents to arrive at 9%.[114]  Dr. Medin contradicts himself within his

rebuttal report by stating that "as of 2016, there were known approximately 256 amenable

mutations," while also stating that "as of 2016 there were at least 600 HEK assay amenable

mutations known."[115]

32.    Further, Dr. Medin conflates the percentage of α-GAL A mutations with the

percentage of Fabry patients.[116]  Just because Dr. Medin estimates 56 mutations disclosed in the

Asserted Claims to be 9.3% of the known α-GAL A mutations or 21.9% of the known amenable

mutations in 2016 does not mean that 9% of the Fabry patients have these 56 mutations.[117]

Some mutations are more prevalent than others.

33.    It is undisputed that GALAFOLD can be used to treat the majority of Fabry

patients with amenable mutations.[118]  Even Dr. Medin does not dispute this statement when he

states that I base my opinions "on a general acceptance of migalastat to treat amenable

mutations."[119]  For treatment of Fabry disease, some patients prefer GALAFOLD over ERT

because of the need for intravenous access, accessibility, burden on patients' and caregivers'

---

[114] Medin Rebuttal Report, ¶¶ 68–69.

[115] Medin Rebuttal Report, ¶¶ 67–68.

[116] Medin Rebuttal Report, ¶¶ 67–73.

[117] *See* Medin Rebuttal Report, ¶ 69 ("just 9.3% of the total known mutations"); Medin Rebuttal Report, ¶¶ 72–73 ("approximately 9% of all Fabry patients").

[118] Bichet, D.G. *et al.*, (2023) Consensus Recommendations for the Treatment and Management of Patients with Fabry Disease on Migalastat: A Modified Delphi Study, *Front. Med.* **10**:1220637 (ATGAL_08502557 at -558); Chimenti, C. *et al.*, (2020) The GALA Project: Practical Recommendations for the Use of Migalastat in Clinical Practice on the Basis of a Structured Survey Among Italian Experts, *Orphanet J. Rare Dis.* **15**:86 (ATGAL_09796519 at -519).

[119] Medin Rebuttal Report, ¶ 67.

time, and/or the impact on quality of life from ERT.[120]  I have discussed this fact extensively in my Opening Report and above citing to multiple scientific articles.[121]  As such, it is my opinion that GALAFOLD fulfilled a long-felt but unmet need for those Fabry patients with amenable mutations, including the mutations in the Asserted Claims.

34.    Further, as I described above, I do not agree with Dr. Medin that a treatment option needs to be able to treat every single patient to fulfill a long-felt but unmet need.[122]  No medical doctor who treats patients would agree with Dr. Medin.  Dr. Medin does not dispute that GALAFOLD is an alternative treatment option for Fabry patients with amenable mutations that are 30–50% of all Fabry patients.[123]  As such, because certain Fabry patients with amenable mutations prefer GALAFOLD over ERT because as an oral medication it offers improvements to

---

[120] *See* Opening Report, ¶ 61; *see, e.g.*, CADTH Common Drug Review: Clinical Review Report: Migalastat (GALAFOLD) (Feb. 2018) (ATGAL_04833515 at -575); Perretta, F.J., (2023) Fabry Nephropathy: Switch from Enzyme Replacement Therapy to Oral Chaperone Migalastat, *Kidney Int'l Reps.* **8**:S1–S473 at S242–43 (ATGAL_03997641 at -641–42); Aug. 12, 2015 A Trial Patient's Experience with Amicus Therapeutics' Galafold for Fabry Disease (ATGAL_08247330 at -330–31); Apr. 19, 2017 Amicus Briefing Document to FDA (ATGAL_03771237 at -308–30).

[121] Opening Report, ¶¶ 69–72 (citing Moran, N., (2018) FDA Approves Galafold, a Triumph for Amicus, *Nat. Biotech.* **36**:91 (ATGAL_10161450 at -450); Müntze, J. *et al.*, (2023) Patient Reported Quality of Life & Medication Adherence in Fabry Disease Patients Treated with Migalastat: A Prospective, Multicenter Study, *Mol. Genet. Metab.* **138**(2):106981 (ATGAL_03972963); McCafferty, E., Scott, L., (2019) Migalastat: A Review in Fabry Disease, *Drugs* **79**(5):543–54 (ATGAL_10161438 at -446); Wu, Y. *et al.*, (2021) Migalastat Tissue Distribution: Extrapolation from Mice to Humans Using Pharmacokinetic Modeling & Comparison with Agalsidase Beta Tissue Distribution in Mice, *Clinical Pharmacology Drug Dev.* **10**(9):1075–88 (ATGAL_10161482 at -492); Mauer, M. *et al.*, (2017) Reduction of Podocyte Globotriaosylceramide Content in Adult Male Patients with Fabry Disease with Amenable GLA Mutations Following 6 Months of Migalastat Treatment, *J. Med. Genet.* **54**:781 (ATGAL_06818690 at -690)).

[122] Medin Rebuttal Report, ¶¶ 69, 72–73.

[123] Medin Rebuttal Report, ¶ 71.

the time burden associated with treatment and gives more freedom and convenience to patients,

it is my opinion that GALAFOLD meets a long-felt but unmet need for such patients over the

ERT treatment option.[124]

35.     Dr. Medin also opines that "the alleged long-felt unmet need to treat Fabry disease

patients according to [me] spans all of the possible mutations migalastat may treat, while

overlooking the fact that the claims at issue here are of a significantly narrower scope (i.e., treat

significantly fewer mutations and therefore significantly fewer patients)."[125]  He further opines

that "[i]t defies logic that claims covering approximately 9% of the known mutations, and

approximately 21% of the known amenable mutations, can be commensurate with the scope of

the claims."[126]  I disagree.

36.     Dr. Medin ignores the fact that amenable mutations in α-GAL A include the 56

mutations disclosed in the Asserted Claims.[127]  The long-felt but unmet need that was fulfilled by

GALAFOLD was for that class of mutations, i.e. amenable mutations.  As a medical doctor who

has treated Fabry patients for the last 25 years, it is my opinion that for Fabry patients with

amenable mutations, there was a long-felt but unmet need for alternative treatments to ERT and

GALAFOLD was the treatment option that fulfilled that specific need.  My opinion does not

change because the Asserted Patents cover a certain subsection of these amenable mutations.

Once GALAFOLD was developed and approved, medical doctors started to prescribe it for

---

[124] *See, e.g.*, Aug. 12, 2015 A Trial Patient's Experience with Amicus Therapeutics' Galafold for
Fabry Disease (ATGAL_08247330 at -330–31); Apr. 19, 2017 Amicus Briefing Document to
FDA (ATGAL_03771237 at -308–30).

[125] Medin Rebuttal Report, ¶¶ 67, 69.

[126] Medin Rebuttal Report, ¶ 70; *see* Medin Rebuttal Report, ¶¶ 50, 79.

[127] Opening Report, ¶ 103.

patients with amenable mutations for a variety of reasons which could include that certain patients with such mutations prefer GALAFOLD over the ERT treatment option because of the quality of life, accessibility, intravenous access, or time burdens associated with ERT.[128]

37.     Dr. Medin erroneously opines that I only address three specific mutations out of the 56 mutations.[129]  I disagree.  In my Opening Report, I have discussed the remaining 53 mutations that were categorized as amenable mutations when GALAFOLD was approved.[130]

### 3.     There Was a Long-Felt But Unmet Need at the Earliest Claimed Priority Date of the Reassessment Mutations Patents and the Engineered Mutations Patent

38.     Dr. Medin opines that the references I cited for the technical background section of my Opening Report and one reference that I cite in the long-felt need section of my report post-date the May 30, 2017 priority date of the Reassessment Mutations Patents (but not the August 7, 2019 priority date of the Engineered Mutations Patent).[131]  According to Dr. Medin, many of my criticisms of ERT "would be disregarded by a POSA" because the "facts or evidence supporting a long-felt unmet need must predate the filing of the patent application that lead to the issued patent claims in question."[132]  I'm not a patent lawyer but I do not agree that a person skilled in the art would disregard the scientific literature, particularly here where it confirms that deficiencies in ERT had long been understood.  All the criticized references are review articles—

---

[128] ███████████████████████████████████████████████████████

[129] Medin Rebuttal Report, ¶ 70.

[130] Opening Report, ¶ 103.

[131] Medin Rebuttal Report, ¶¶ 74–80.

[132] Medin Rebuttal Report, ¶ 74.

articles that are compilations of work done prior to the articles' publication date—that cite papers that were published before 2017 or are articles that include background information reflecting the state of the art at the time of the relevant priority date and were not themselves used to support that there was a long-felt unmet need.[133]  As a result, while the review articles may have published after the priority date, their primary sources are from earlier than 2017 and most of these references were cited for background on Fabry disease like its X-linked nature and functions of α-GAL A enzyme in lysosome.[134]  As such, I disagree with Dr. Medin's opinion that

---

[133] *See, e.g.*, Gros, F., Muller, S., (2023) The Role of Lysosomes in Metabolic & Autoimmune Diseases, *Nat. Revs. Nephrology* **19**:366–83 (ATGAL_10161508 at -509–10, -513, -519-21); Sun, A., (2018) Lysosomal Storage Disease Overview, *Ann. Transl. Med.* **6**(24):476 (ATGAL_10161327 at -327); Desnick, R., Ioannou, Y., Eng, C., α-Galactosidase A Deficiency: Fabry Disease, *Online Metabolic & Molecular Bases of Inherited Disease* (McGraw-Hill Education; 2019), pp. 3733–44 (ATGAL_07011379 at -403); Izhar, R. *et al.*, (2023) Fabry Disease in Women: Genetic Basis, Available Biomarkers, & Clinical Manifestations, *Genes* **15**(1):37 (ATGAL_10161341 at -341–42); Arias, E. *et al.*, (2022) Provisional Life Expectancy Estimates for 2021, *Nat'l Ctr. for Health Stat. Reps.* **23** (ATGAL_10161364 at -364); Anania, M. *et al.*, (2025) Identification of Four New Mutations in the GLA Gene Associated with Anderson–Fabry Disease, *Int. J. Mol. Sci.* **26**(2):473 (ATGAL_10161380 at -386); Michaud, M. *et al.*, (2020) When & How to Diagnose Fabry Disease in Clinical Practice, *Am. J. Med. Scis.* **360**(6):641–49 (ATGAL_10161404 at -404); Dutra-Clarke, M. *et al.*, (2021) Variable Clinical Features of Patients with Fabry Disease & Outcome of Enzyme Replacement Therapy, *Mol. Genet. Metab. Reps.* **26**:100700 (ATGAL_10161393 at -393, -395); Lee, H. *et al.*, (2024) 1-Deoxynojirimycin-Producing Bacteria: Production, Optimization, Biosynthesis, Biological Activities, *Biotech. & Bioproc. Eng'g* **29**(6):981–92 (ATGAL_10161496 at -496); McCafferty, E., Scott, L., (2019) Migalastat: A Review in Fabry Disease, *Drugs* **79**(5):543–54 (ATGAL_10161438 at -438); Pieroni, M. *et al.*, (2021) Cardiac Involvement in Fabry Disease, *J. Am. Coll. Cardiology* **77**(7):922–36 (ATGAL_10036328 at -337); Liguori, L. *et al.*, (2020) Pharmacological Chaperones: A Therapeutic Approach for Diseases Caused by Destabilizing Missense Mutations, *Int. J. Mol. Sci.* **21**(2):489 (ATGAL_04808173 at -173).

[134] *E.g.*, Opening Report, ¶ 44–45; Izhar, R. *et al.*, (2023) Fabry Disease in Women: Genetic Basis, Available Biomarkers, & Clinical Manifestations, *Genes* **15**(1):37 (ATGAL_10161341 at -341–42); Gros, F., Muller, S., (2023) The Role of Lysosomes in Metabolic & Autoimmune Diseases, *Nat. Revs. Nephrology* **19**:366–83 (ATGAL_10161508 at -509–10); Sun, A., (2018) Lysosomal Storage Disease Overview, *Ann. Transl. Med.* **6**(24):476 (ATGAL_10161327 at -327).

the articles I cite would be disregarded by a person of ordinary skill in the art as not describing the state of the art at the relevant time.  Further, Dr. Medin criticizes me for citing articles from 2021 and 2024 to support the propositions that in many patients, treatment with ERT causes the patient's immune system to respond by generating anti-drug antibodies and that kidney and heart cells of a Fabry patient take up very limited amounts of recombinant enzyme.[135]  It is undisputed that both of these propositions were well-established before May 30, 2017.[136]

39.    Dr. Medin also alleges that the letter submitted to FDA in support of GALAFOLD does not include statements by Fabry patients[137].



---

[135] Medin Rebuttal Report, ¶ 77.

[136] *See, e.g.*, Lenders, M. *et al.*, (2016) Serum-Mediated Inhibition of Enzyme Replacement Therapy in Fabry Disease, *J. Am. Soc. Nephrol*. **27**:256–64 (ATGAL_06866922 at -926–28); Thurberg, B. L. *et al.*, (2002) Globotriaosylceramide Accumulation in the Fabry Kidney Is Cleared from Multiple Cell Types After Enzyme Replacement Therapy, *Kidney Int'l* **62**(6):1933–46 (ATGAL_10154771 at -771); Thurberg, B. L. *et al.*, (2009) Cardiac Microvascular Pathology in Fabry Disease: Evaluation of Endomyocardial Biopsies Before and After Enzyme Replacement Therapy, *Circulation* **119**(19):2561–67 (ATGAL_09992372 at -372); *see also, e.g.*, '388 Patent at col.2:22–26; '489 Patent at col.2:37–41; '490 Patent at col.2:37–41.

[137] Medin Rebuttal Report, ¶ 76.



a great advantage to receive Migalastat instead of ERT.  I feel less like a patient.  I



It is undeniable that GALAFOLD has fulfilled a long-felt, but unmet need for these Fabry

patients who had been treated by ERT previously and for other Fabry patients like them who

have amenable mutations in α-GAL A, including patients with the mutations in the Asserted

Claims.  These patients' experiences are similar to the experiences of my own patients who I

treat with migalastat.

40.      Dr. Medin opines that I have "zero evidence of a long-felt unmet need."[145]  To

support his position, Dr. Medin again points to the fact that ERT is a first-line therapy for treating

Fabry patients.[146]  As I have discussed in my Opening Report and above in Section V.A.1, ERT

being a first-line therapy for Fabry patients does not mean that there was no long-felt but unmet



[145] Medin Rebuttal Report, ¶ 78.

[146] Medin Rebuttal Report, ¶ 78.

need for Fabry patients with amenable mutations.[147]  In my experience, most medical doctors would not agree with Dr. Medin's restrictive view.

41.    Further, Dr. Medin criticizes me for not providing information specific to the method of treating Fabry disease with mutations in the Asserted Claims.[148]  Dr. Medin further argues that "none of [my] evidence points out the mutations in the asserted claims have been relevant to any Fabry patient."[149]  I disagree.  As I have repeatedly described in my Opening Report and here, GALAFOLD is a treatment option for all Fabry patients with amenable mutations, and the mutations in the Asserted Claims are among those amenable mutations.[150]

██████████████████████████████████████████████████████████████

████████████████████████████████████████[151]  As such, I disagree with Dr. Medin's restrictive opinion that, for a rare disease like Fabry where it is not feasible to find publications specific to single mutations due to the overall small sample size of the patients and even smaller size of patients with a specific mutation, a person skilled in the art would not understand that a long-felt but unmet need of Fabry patients with amenable mutations to be applicable to Fabry patients with mutations in the Asserted Claims.  As such, I disagree with Dr. Medin's opinion that there is no connection between the Asserted Claims and long-felt

---

[147] Opening Report, § XI.A.

[148] Medin Rebuttal Report, ¶ 79.

[149] Medin Rebuttal Report, ¶ 79.

[150] Opening Report, ¶¶ 53–54.

[151] ████████████████████████████████████████████████████████████

unmet need for an alternative treatment option for Fabry patients with amenable mutations,
which was met by GALAFOLD.[152]

42.    Dr. Medin opines that the August 2018 GALAFOLD label does not include the
mutations in the Asserted Claims of the '490 and '164 Patents and therefore there is no nexus for
the long-felt need (or failure of others).[153]  The only Asserted Claim of the '490 Patent is Claim
9, which includes a single mutation, I242F.[154]  The I242F mutation appears in the GALAFOLD
label from August 2018 as an amenable mutation.[155]  In fact, Dr. Medin himself agrees that the
I242F mutation appears in that label because the same mutation is also included in the Asserted
Claims of the '388 Patent and Dr. Medin does not state that in the context of the '388 Patent, the
I242F mutation is not included in the label.  I disagree with Dr. Medin's opinion that there is no
connection between long-felt unmet need and the invention claimed in Claim 9 of the '490
Patent.  With respect to the Asserted Claims of the Engineered Mutations Patent (the '164
Patent), I explained in my Opening Report why there was a long-felt unmet need for the
inventions claimed in the Asserted Claims of the Engineered Mutations Patent as of August 7,
2019.[156]  Dr. Medin appears to analyze those claims as of the wrong date.[157]  Elsewhere in his

---

[152] Medin Rebuttal Report, ¶ 80.

[153] Medin Rebuttal Report, ¶¶ 81–84; *see*Medin Rebuttal Report, ¶ 48.

[154] '490 Patent, Claim 9.

[155] Aug. 2018 GALAFOLD Prescribing Information (MIGA0107626 at -639).

[156] Opening Report, ¶¶ 73–74.

[157] Medin Rebuttal Report, ¶¶ 81–84.

report, Dr. Medin does not dispute that the priority date of the Engineered Mutations Patent

(the'164 Patent) is August 7, 2019.[158]

43.    Further, I disagree with Dr. Medin that there could not be a long-felt but unmet

need for the three mutations in the Asserted Claims of the Engineered Mutations Patent because

the mutations were unknown and it was unknown whether they would be associated with Fabry

or they would be amenable.[159]  Further, he opines that my opinion focuses on early treatment

options.[160]  As I described in my Opening Report, it is crucial to identify Fabry patients as early

as possible and begin their treatment.[161]  The Engineered Mutations Patent provides a method of

treating Fabry patients with previously unknown amenable mutations after such patients are

identified and diagnosed.  Any time spent in determining whether a previously unknown

mutation would be amenable could result in such patient's Fabry disease progression to

irreversible organ damage due to delay in starting treatment.

44.    Dr. Medin also opines that I provide no evidence that ERT would also not be

effective for so-called unknown mutations as an early treatment option or that it was (and is) not

used.[162]  In my experience, a medical doctor who routinely treats Fabry patients should prescribe

the most effective treatment option for a patient.  For many Fabry patients with an amenable

---

[158] Opening Report, ¶ 35; Medin Rebuttal Report, ¶ 82.

[159] Medin Rebuttal Report, ¶ 48.

[160] Medin Rebuttal Report, ¶ 53.

[161] Opening Report, ¶¶ 14, 48–49, 74.

[162] Medin Rebuttal Report, ¶ 52.

mutation, that option is GALAFOLD for the reasons I describe in my Opening Report and elsewhere in this report.[163]

45.    Dr. Medin also opines that I make assertions regarding drawbacks or side effects of ERT treatment for Fabry disease patients, and my statements still support that ERT was an existing and effective treatment for Fabry disease patients.[164]  As an initial matter, I note that Dr. Medin does not dispute what I have listed as drawbacks of ERT in my Opening Report.[165]  Further, Dr. Medin seems to allege that if a safe and effective treatment exists, there can be no long-felt but unmet need for any other treatment as he has done elsewhere in his report.[166]  I disagree with Dr. Medin's restrictive view as any other medical doctor would as I have described elsewhere here.  Further, I do not dispute that ERT is an existing treatment for Fabry patients, but as I have discussed in my Opening Report and here above, I only opine that for certain patients with amenable mutations, GALAFOLD is a preferred alternative treatment option to ERT because of the burdens associated with ERT.  GALAFOLD fulfills the long-felt, but unmet need for these patients rather than all Fabry patients.[167]  I did not and do not consider GALAFOLD as "a cure-all for any Fabry disease patient or that migalastat can treat any Fabry disease patient."[168]  I also disagree with Dr. Medin's opinion that "for a majority of Fabry disease patients, migalastat

---

[163] Opening Report, ¶¶ 65–74.

[164] Medin Rebuttal Report, ¶¶ 85–86.

[165] Opening Report, ¶¶ 56–74.

[166] Medin Rebuttal Report, ¶¶ 86, 87.

[167] Opening Report, ¶¶ 65–74.

[168] Medin Rebuttal Report, ¶ 86.

is meaningless."[169]  As a medical doctor who treats Fabry patients regularly, I or any other

medical doctor would not consider a treatment option that is available for 30-50% of Fabry

patients to be "meaningless."[170]

46.



A person

skilled in the art would know that GALAFOLD is an alternative treatment option for Fabry

patients with amenable mutations and the long-felt but unmet need discussed in the letter (e.g.,

that additional, non-ERT treatment options were needed) was the need for those patients.

Further, as I described elsewhere in this report, for a rare disease like Fabry where there are

limited patients, but many identified disease-causing mutations, a person skilled in the art would

not expect a discrete number of mutations to be specifically called out because all Fabry patients

with amenable mutations had this long-felt but unmet need for alternative treatment options.

### B.    Failure of Others

47.    In my Opening Report, I opined that the objective indicia of non-obviousness of

the Asserted Claims of the Reassessment Mutations Patents is supported by the fact that others

---

[169] Medin Rebuttal Report, ¶ 86.

[170] Medin Rebuttal Report, ¶ 86; *see* Medin Rebuttal Report, ¶ 71.

[171] Medin Rebuttal Report, ¶ 87.

[172]

tried and failed to find a method of effectively treating Fabry patients with certain α-GAL A mutations with migalastat.[173]  As examples of such failures, I discussed Amicus's collaborations with Shire and GSK; in these collaborations, Amicus and Shire and Amicus and GSK attempted to develop a treatment for Fabry disease using migalastat, but failed to do so.[174]  As I discussed in my Opening Report, both Shire and GSK terminated their respective collaborations with Amicus.[175]  After these collaborations ended, Amicus spent several more years working to develop migalastat as an alternative treatment option for certain Fabry patients.[176]  Amicus's efforts resulted in the approval of GALAFOLD in 2018, fifteen years after the approval of FABRAZYME.[177]  In my Opening Report, I pointed to this fifteen-year lag between the approvals of FABRAZYME and GALAFOLD as further evidence of the failure of others to develop a non-ERT treatment for Fabry disease.[178]

     48.     In his rebuttal report, Dr. Medin opines that there is no evidence for failure of others for two main reasons: (1) he opines there is no connection between the failures and the claimed inventions in the Asserted Claims of the Reassessment Mutations Patents, including because ERT already existed to treat Fabry disease; and (2) he opines the failures I reference in

---

[173] Opening Report, ¶ 6.

[174] Opening Report, ¶ 75.

[175] Opening Report, ¶¶ 82, 88.

[176] *See* Opening Report, ¶ 82 ("on October 29, 2009, Shire-Amicus terminated their collaboration"); Opening Report, ¶ 88 ("in November 2013, GSK dropped out of the development collaboration"); Opening Report, ¶ 91 ("on August 10, 2018, FDA approved Amicus's GALAFOLD (migalastat)").

[177] Opening Report, ¶ 91.

[178] Opening Report, ¶ 91.

my Opening Report are not failures of others, but of Amicus itself.[179]  As set forth below, I

disagree with each of these opinions.

49.     As a preliminary matter, I have not rendered an opinion as to failure of others for

the Asserted Claims of the Engineered Mutations Patent.  Dr. Medin discusses the '164 Patent

(i.e., the Engineered Mutations Patent) in his discussion of the failure of others.[180]  In this report,

I will only respond to Dr. Medin's opinions related to the Asserted Claims of the Reassessment

Mutations Patents.

50.     Dr. Medin opines that I failed to connect the failure of others[181] with the subject

matter of the claims.[182]  He further opines that I "conflate[] the general acceptance of

migalastat/Galafold® to treat a minority of Fabry disease patients that had amenable mutations"

with a general method of treating Fabry (e.g., ERT, a treatment option for any Fabry disease

patient before May 2017).[183]  Dr. Medin interprets this to mean that there exists "no nexus"

between this objective indicia of non-obviousness and the claimed subject matter.[184]  Dr. Medin

further opines that "a [person of ordinary skill in the art] would have known that ERT, FDA

---

[179] Medin Rebuttal Report, ¶¶ 54–62, 85–94.

[180] *See* Medin Rebuttal Report, ¶¶ 48, 55, 89, 95.

[181] I note that Dr. Medin writes that I have "largely failed to connect the so-called industry praise
to the claimed subject matter."  Medin Rebuttal Report, ¶ 88.  I assume that Dr. Medin meant to
write "the failure of others" rather than "the so-called industry praise" in this paragraph because
it is included in the section specific to failure of others.

[182] Medin Rebuttal Report, ¶ 88.

[183] Medin Rebuttal Report, ¶ 88.

[184] Medin Rebuttal Report, ¶ 88.

approved since 2003, effectively treats essentially any Fabry patient regardless of mutation."[185] As I discuss in Section V.A, I do not dispute that ERT was approved in 2003 and is considered as the standard of care for treating most Fabry patients or that ERT can be effective in treating Fabry disease for certain patients.[186] But ERT does not work for everyone. Also, certain Fabry patients are unwilling to be treated by ERT due to various reasons including the burden on their life-styles.[187] For example, some patients may have difficulty attending frequent infusion treatments that are required by ERT and may end up missing treatments because of the significant burden that infusion appointments place on a patient's time. For these patients, an oral treatment option like taking a capsule every other day is a better treatment option, which will result in higher patient compliance with the treatment regimen and therefore better outcomes. Other Fabry patients are unable to tolerate ERT and others do not respond or stop responding to ERT. As documented in scientific literature, for certain patients ERT therapy is associated with adverse events like infusion-associated reactions or with antibody formation against ERT that can in turn affect the efficacy of ERT and worsen any infusion-associated reactions.[188] Further, certain patients cannot be treated due to needle phobia, which is common

---

[185] Medin Rebuttal Report, ¶ 91.

[186] Medin Rebuttal Report, ¶¶ 56, 61, 62, 89.

[187] Opening Report, ¶ 58.

[188] Berry, L. *et al.*, (2024) Patient-Reported Experience with Fabry Disease & Its Management in the Real-World Setting: Results from a Double-Blind, Cross-Sectional Survey of 280 Respondents, *Orphanet J. Rare Dis.* **19**:153 (ATGAL_10161416 at -417); and Bashorum, L. *et al.*, (2022) Burden Associated with Fabry Disease and Its Treatment in 12-15 Year Olds: Results from a European Survey, *Orphanet J. Rare Dis.* **17**:266 (ATGAL_06691824 at -825-26).

in adolescents.[189]  Further, for any patient, getting an intravenous infusion every other week is

unpleasant and can be painful, especially for a repeated treatment where the patient's veins have

been used repeatedly for prior infusions.  In addition, in a recent survey of European healthcare

workers, all who prescribed or administered ERT to adolescent Fabry patients—before

GALAFOLD was approved for adolescent patients in Europe—stated that there was a need for

"more manageable treatment options."[190]  In my experience, about one in five ERT patients

develop a side effect where ERT cannot be administered to them or have progression of the

disease with ERT so their condition will thereafter continue to decline unless they have an

alternative treatment option.

51.    Alternative treatment options are important to treat any disease, especially

because certain treatments may be better for certain patients than others.  Any clinician would

understand that having one treatment option for a medical condition is not sufficient to meet the

needs of every patient.  In every disease, treatment options are important, and no clinician would

opine otherwise.  It is not credible that any medical provider would agree that the existence of

ERT eliminates the need for any other treatment options for Fabry disease patients.  I therefore

disagree with Dr. Medin's insinuation that because ERT existed, no other treatment options were

needed for Fabry disease patients,[191] and I disagree that the existence of ERT means that there is

---

[189] Bashorum, L. *et al.*, (2022) Burden Associated with Fabry Disease and Its Treatment in 12-15 Year Olds: Results from a European Survey, *Orphanet J. Rare Dis.* **17**:266 (ATGAL_06691824 at -826)

[190] Bashorum, L. *et al.*, (2022) Burden Associated with Fabry Disease and Its Treatment in 12-15 Year Olds: Results from a European Survey, *Orphanet J. Rare Dis.* **17**:266 (ATGAL_06691824 at -824, -831).

[191] Medin Rebuttal Report, ¶ 91.

no connection between the failure of others to develop migalastat as a treatment option and the

inventions of the Asserted Claims of the Reassessment Mutations Patents.

     52.     As stated in my Opening Report, it is my opinion that others have tried and failed

to develop the claimed inventions of the Asserted Claims of the Reassessment Mutations Patents,

namely, failure to find methods to treat Fabry disease patients with amenable α-GAL A mutations

with migalastat.[192]  The Asserted Claims of the Reassessment Mutations Patents are directed to

treatment of certain Fabry patients with migalastat; they are not directed to a treatment of all

Fabry patients in general.[193]  Dr. Medin ignores that the methods of the Asserted Claims of the

Reassessment Mutations Patents require "administering migalastat," rather than treating all

Fabry patients with any method.[194]  Administering ERT is not a method of treating Fabry disease

by administering migalastat.[195]  Dr. Medin seems to misunderstand my opinion on the failures of

others to develop migalastat as an alternative treatment option to ERT for certain Fabry

patients.[196]  It is not my opinion that "others had failed to develop a method of treating Fabry

disease" or "others had failed to discover the new mutations that are claimed in the [A]sserted

[C]laims [of the Reassessment Patents]."[197]  As such, I disagree with Dr. Medin's opinion that

---

[192] Opening Report, ¶ 75.

[193] '388 Patent, Claims 8 and 36; '489 Patent, Claims 17 and 23, '490 Patent, Claim 9.

[194] '388 Patent, Claims 8 and 36; '489 Patent, Claims 17 and 23, '490 Patent, Claim 9; Medin Rebuttal Report, ¶¶ 89–90, 93.

[195] Opening Report, ¶¶ 56–59, 62–64.

[196] *E.g.*, Medin Rebuttal Report, ¶¶ 56, 61, 89, 90, 93.

[197] Medin Rebuttal Report, ¶¶ 89, 90; *see* Medin Rebuttal Report, ¶ 93 ("Focusing on the mutations claimed in the claims asserted in this lawsuit, Dr. Jefferies has provided no evidence that any others had tried to find the mutations claimed in the asserted patents but failed."); Medin Rebuttal Report, ¶¶ 56, 61.

"[my] argument is circular: the claimed mutations were (purportedly) new and known (and

whether they were amenable) yet others failed to develop a method to treat them."[198]

53.    Dr. Medin opines that Fabry patients with two of the mutations in the Asserted

Claims of the Reassessment Mutations Patents (A13P in Claim 8 of the '388 Patent and N34T in

Claim 17 of the '489 Patent) had been treated with ERT "successfully," prior to May 30, 2017.[199]

Dr. Medin opines that "[t]hese facts further undermine the idea that others had tried and failed to

treat these mutations."[200]  First, ERT and migalastat are different treatments for Fabry and the

Asserted Claims of the Reassessment Mutations Patents are directed to methods of treating Fabry

with migalastat, not with ERT.  Second, it is not clear that at least the Fabry patient with A13P

mutation was treated successfully.[201]  The reference document does not state which patients were

treated successfully.[202]  However, I note that the reference states that the patients who started on

the ERT therapy at an early age showed a better biochemical response than the ones who started

at a later age and that the patient with A13P mutation started on the ERT therapy at a later age.[203]

Third, a better biochemical response at one given point does not correlate with being treated

---

[198] Medin Rebuttal Report, ¶ 90.

[199] Medin Rebuttal Report, ¶ 94.

[200] Medin Rebuttal Report, ¶ 94.

[201]Arends, M., (2017) Enzyme Replacement Therapy in Fabry Disease, Towards Individualized
Treatment, Universiteit van Amsterdam, UvA-DARE (Digital Academic Repository)
(AURO_MEDIN_000341).

[202]Arends, M., (2017) Enzyme Replacement Therapy in Fabry Disease, Towards Individualized
Treatment, Universiteit van Amsterdam, UvA-DARE (Digital Academic Repository)
(AURO_MEDIN_000341).

[203] citing Arends, M., (2017) Enzyme Replacement Therapy in Fabry Disease, Towards
Individualized Treatment, Universiteit van Amsterdam, UvA-DARE (Digital Academic
Repository) (AURO_MEDIN_000341 at -350, -356).

successfully.  In fact, the reference document states that this study "evaluates the biochemical and not the clinical response."[204]  Fourth, the study described in the reference document is a retrospective study on Fabry male patients since 1999, before migalastat was approved.[205] Lastly, just because a Fabry patient with a certain α-GAL A mutation may have been treated with ERT does not undermine my opinion that others have tried and failed to develop an alternative treatment option for a Fabry patient with the A13P mutation before the approval of GALAFOLD.

54.    Dr. Medin similarly opines that "N34T mutation identified in a patient in Australia and treated directly with ERT."[206]  Again, Dr. Medin seems to ignore that ERT was the only option for this patient at the time he was treated in 2013 because migalastat was not developed and approved for treatment of certain Fabry patients with certain α-GAL A mutations.[207]  As the reference article states, at the time, it was not even known that N34T mutation caused Fabry disease, let alone that it is an amenable mutation.[208]  Because a single Fabry patient with N34T was treated with ERT does not undermine my opinion that others have

---

[204]Arends, M., (2017) Enzyme Replacement Therapy in Fabry Disease, Towards Individualized Treatment, Universiteit van Amsterdam, UvA-DARE (Digital Academic Repository) (AURO_MEDIN_000341 at -350).

[205]Arends, M., (2017) Enzyme Replacement Therapy in Fabry Disease, Towards Individualized Treatment, Universiteit van Amsterdam, UvA-DARE (Digital Academic Repository) (AURO_MEDIN_000341 at -346).

[206] Medin Rebuttal Report, ¶ 94 (citing Jamboti J, Forrest C.H., (2017) Fabry Disease; Early Diagnosis Improves Prognosis but Diagnosis Is Often Delayed, *J. Nephropathol.* **6**(3):130–33 at 133 (AURO_MEDIN_000361)).

[207]Jamboti J, Forrest C.H., (2017) Fabry Disease; Early Diagnosis Improves Prognosis but Diagnosis Is Often Delayed, *J. Nephropathol.* **6**(3):130–33 at 131-32 (AURO_MEDIN_000361 at -362, -363).

[208]Jamboti J, Forrest C.H., (2017) Fabry Disease; Early Diagnosis Improves Prognosis but Diagnosis Is Often Delayed, *J. Nephropathol.* **6**(3):130–33 at 131 (AURO_MEDIN_000361 362).

tried and failed to develop an alternative treatment option for a Fabry patient with the N34T

mutation before the approval of GALAFOLD.

55.    As discussed in my Opening Report, the purpose of the collaborations between

Shire and Amicus and between GSK and Amicus was to develop treatment options for Fabry

patients who would respond to treatment with migalastat.[209] It is undisputed that each of Shire

and GSK exited from their respective collaborations to develop migalastat as an alternative

treatment option to ERT for patients with responsive mutations.[210] As such, it is my opinion that

both Shire and GSK failed to develop migalastat as a treatment for Fabry patients with the

mutations in the Asserted Claims of the Reassessment Mutations Patents. The Asserted Claims

in the Reassessment Mutations Patents relate to methods of treatment of migalastat, with each

Asserted Claim directed to a subset of the Fabry patients who respond to migalastat.[211] Thus,

each of the claims relates to a subset of the population of patients that Shire and Amicus and

GSK and Amicus set out to treat in their respective collaborations. Further, Lukas *et al.* also

tried to identify Fabry patients with amenable mutations and failed. Like Shire, GSK and

Amicus, this group misidentified certain GLA mutations as potentially non-responsive to

migalastat.[212] Subsequently, Amicus's underlying work leading to the Reassessment Mutations

Patents demonstrated that some of these mutations were misidentified as non-responsive to

---

[209] Opening Report, ¶¶ 75, 79, 82–89.

[210] Opening Report, ¶¶ 75, 79, 82–89.

[211] '388 Patent, Claims 8 and 36; '489 Patent, Claims 17 and 23; '490 Patent, Claim 9.

[212] Jan Lukas et al., *Functional and Clinical Consequences of Novel α-Galactosidase A Mutations in Fabry Disease*, Human Mutation, Vol. 00, No. 0, 1–9 (2015) (ATGAL_00730664 at -665–666); Jan Lukas et al., *Functional Characterisation of Alpha-Galactosidase A Mutations as a Basis for a New Classification System in Fabry Disease*, PLOS Genetics, Vol 9, Issue 8 (Aug. 2013) (Aug. 2013) (ATGAL_09916904 at -910; ATGAL_01136145).

migalastat but were in fact amenable to migalastat.  There is, therefore, a connection between the failures and the Asserted Claims of the Reassessment Mutations Patents.  The fact that not every amenable mutation appears in the Asserted Claims of the Reassessment Mutations Patents does not diminish the fact that GSK and Shire collaborations failed to result in the treatment of Fabry patients who would respond to treatment with migalastat, which includes the patients with the mutations in the Asserted Claims of the Reassessment Mutations Patents.  I therefore disagree with Dr. Medin's opinion that I "conflate the general acceptance of migalastat to treat certain Fabry disease patients, including the 256 approved HEK assay amenable mutations, with those mutations in the asserted claims in this case."[213]

56.     In my Opening Report, I discussed the connection between the failure of the 011 Study to meet its 6-month endpoints and the Asserted Claims of the Reassessment Mutations Patents.[214]  For example, I explained that the purpose of the 011 Phase 3 study was to compare the effects of migalastat versus a placebo for treatment of patients with Fabry disease and the enrollment criteria included whether the Fabry patient had a GLA mutation that seemed responsive to migalastat based on an experimental in vitro assay.[215]  When the 011 study data was unblinded, it was revealed that the study failed to meet its endpoints., i.e., there was not a significant difference between the group receiving GALAFOLD and the group receiving placebo.[216]  These facts are undisputed by Dr. Medin.  Further, Dr. Medin also does not dispute

---

[213] Medin Rebuttal Report, ¶ 93; *see* Medin Rebuttal Report, ¶ 88 ("[Dr. Jefferies] conflates the general acceptance of migalastat/Galafold® to treat a minority of Fabry disease patients that had amenable mutations, with a method of treating Fabry disease writ large.").

[214] Opening Report, ¶¶ 81, 85.

[215] Opening Report, ¶ 81.

[216] Opening Report, ¶ 85.

that the 011 Study was a failure to develop a treatment for Fabry with migalastat for Fabry patients with amenable mutations.[217]  Thus, the failures I discuss in my Opening Report related to the 011 study are failures to treat Fabry patients with GLA mutations that respond to migalastat, and thus are connected to the Asserted Claims of the Reassessment Mutations Patents.[218]  I therefore disagree with Dr. Medin's opinion that I am silent about what the Phase 3 trial's failure to meet its six-month endpoints has to do with the mutations in the asserted claims in this case.[219]

57.    In my Opening Report, I also explained that Shire and GSK both decided to terminate their respective collaborations after failing to develop an alternative method of treatment to ERT.[220]  Although Dr. Medin opines that Amicus eventually succeeded in developing a method of treating Fabry disease because it received FDA approval for GALAFOLD, Dr. Medin ignores the decade-long history prior to the approval of GALAFOLD, in which the collaboration between Shire and Amicus and the collaboration between GSK and Amicus did end in failures.[221]  I therefore disagree with Dr. Medin that there is no failure of others because Amicus, alone, continued to innovate and eventually did succeed.[222]  Dr. Medin simply ignores the fact that GSK and Shire both failed to develop a treatment for Fabry with

---

[217] *See* Medin Rebuttal Report, ¶ 93 ("the trials were apparently unsuccessful for failure to meet endpoints").

[218] Opening Report, ¶¶ 75–90.

[219] Medin Rebuttal Report, ¶ 93.

[220] Opening Report, ¶¶ 75–90.

[221] Medin Rebuttal Report, ¶ 92.

[222] Medin Rebuttal Report, ¶¶ 56, 92.

migalastat.[223]  That Amicus later succeeded after years of additional efforts does not negate these

prior failures of others—i.e., GSK and Shire.  I therefore disagree with his opinion that I

presented no evidence of other companies who tried and failed to develop migalastat as a

treatment for Fabry disease.[224]  Dr. Medin does not provide any support for his speculations

about other reasons that GSK may have ended the collaboration.[225]  Even if these other reasons

were valid, it does not change the fact that GSK tried but did not develop a method of treating

Fabry disease with migalastat for the mutations in the Asserted Claims of the Reassessment

Mutations Patents.  Further, Dr. Medin oversimplifies the interactions with FDA regarding the

Phase 3 studies.[226]  ███████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████

I also disagree with Dr. Medin's suggestion that multiple failures of different compounds caused

Shire to end the collaboration somehow diminishes the fact that Shire failed to develop

---

[223] Opening Report, ¶¶ 75–90.

[224] Medin Rebuttal Report, ¶¶ 56, 92.

[225] Medin Rebuttal Report, ¶ 60.

[226] See Medin Rebuttal Report, ¶ 60 ("Phase III study (011) migalastat failed to meet an endpoint
and FDA instructed Amicus to await results from the other Phase III study (012)").

[227] ██████████████████████████████████████████
███████████████████

migalastat as a treatment for Fabry disease.[228]  Shire still failed to develop a method of treatment for Fabry disease using migalastat regardless of whether it also had an additional failure with respect to another compound.  To date, Amicus is the only company to gain FDA approval of a non-ERT treatment for Fabry disease.

58.    In my Opening Report, I explained that the fifteen-year lag between the approvals of FABRAZYME and GALAFOLD is further evidence of the failure of others to develop a non-ERT treatment for Fabry disease.[229]  Dr. Medin speculates that this lag could have been because there is less incentive to develop products for a rare disease because it will be a small market and there was already an effective therapy.[230]  I disagree.  As explained in my report, others were interested in developing alternative treatments to ERT, including both Shire and GSK.[231]  Amicus and others also continued to research and develop such therapies over the course of over a decade.[232]  This interest, yet failure to reach FDA approval, suggests that the lag between the approvals of FABRAZYME and GALAFOLD was not due to lack of interest. Further, Dr. Medin

---

[228] Medin Rebuttal Report, ¶ 59.

[229] Opening Report, ¶ 91.

[230] Medin Rebuttal Report, ¶ 61.

[231] Opening Report, ¶¶ 75–90.

[232] *See, e.g.*, Young-Gqamana, B. *et al.*, (2013) Migalastat HCl Reduces Globotriaosylsphingosine (Lyso-Gb3) in Fabry Transgenic Mice and in the Plasma of Fabry Patients, *PLoS* One **8**(3):e57631 (ATGAL_00988929 at -929); Fan, J. Q., Ishii, S., (2010) Pharmacological Chaperone Therapy for Fabry Disease, *Fabry Disease*, 455–68 (ATGAL_01551828–841 at -828); Benjamin, E. R. *et al.*, (2009) The Pharmacological Chaperone 1-Deoxygalactonojirimycin Increases α-Galactosidase A Levels in Fabry Patient Cell Lines, *J. of Inherited Metabolic Disease* **32**(3):424–440 (ATGAL_10161677 at-677).

himself researches other therapies to treat Fabry disease, which further undermines his opinion that there is a lack of interest in developing such therapies.[233]

### C.    Industry Praise

59.    In my Opening Report, I identified several sources of praise for the inventions in the Asserted Claims of the Reassessment Mutations Patents, including (1) the 2019 National Organization for Rare Disorders ("NORD") Industry Innovation Award; (2) the 2018 UK Prix Galien Medal for Innovative Product; and (3) healthcare provider opinions praising GALAFOLD.[234]

60.    In his rebuttal report, Dr. Medin criticizes my opinions on industry praise for the inventions in the Asserted Claims of the Reassessment Mutations Patents.[235]  As explained further below, I disagree with Dr. Medin's criticisms.

### 1.    Connection Between the Industry Praise and the Claimed Inventions

61.    I refer to FDA's approval of GALAFOLD and GALAFOLD's label to explain why there is a connection between the industry praise that I reference and the Asserted Claims in the Reassessment Mutations Patents.[236]  Each of the mutations in the Asserted Claims of the Reassessment Mutations Patents were included in the original GALAFOLD label when it was

---

[233] Khan, A. *et al.*, (2024) Lentivirus-Mediated Gene Therapy for Fabry Disease: 5-Year End-of-Study Results from the Canadian FACTs Trial, *Clin. Transl. Med.* **15**(1) (AURO_MEDIN_000025 at -025); Khan, A. *et al.*, (2021) Lentivirus-Mediated Gene Therapy for Fabry Disease, *Nat. Commc'ns* **12**:1178 (ATGAL_10036350 at -350).

[234] Opening Report, ¶¶ 92–103.

[235] Medin Rebuttal Report, ¶¶ 96–101.

[236] Opening Report, ¶¶ 96–97, 99, 102–103.

FDA approved in August 2018.[237]  Industry praise for GALAFOLD therefore includes praise for the ability to treat the Fabry patients with the mutations in the Asserted Claims of the Reassessment Mutations Patents.  Dr. Medin therefore misunderstands my references to the FDA approval and GALAFOLD's label with respect to the industry praise I reference in my report.[238] I do not cite the FDA approval or GALAFOLD label themselves as industry praise, but rather to show the connection between the Asserted Claims of the Reassessment Mutations Patents and the industry praise that I do reference.  I therefore disagree with Dr. Medin's opinion that I failed to connect the industry praise that I identified in my report to the claimed subject matter.[239]

62.    Further, while it is true that not every amenable mutation appears in the Asserted Claims of the Reassessment Mutations patents, the praise for GALAFOLD includes praise for its ability to treat Fabry patients with the mutations in the Asserted Claims of the Reassessment

---

[237] Opening Report, ¶¶ 96–97, 99, 102–03.

[238] Medin Rebuttal Report, ¶ 97 ("Dr. Jefferies cites the FDA approved product label and for their listing of certain mutations. He conflates this information with praise for the specific mutations in the asserted patents. Nowhere does Dr. Jefferies connect this purported praise with the Galafold® label, or the specific claims at issue here" (citations omitted)).

[239] Medin Rebuttal Report, ¶ 96; *see* Medin Rebuttal Report, ¶ 98 ("The Galafold® label lists 348 mutations. In the sources cited by Dr. Jefferies, the drug migalastat/Galafold® is being discussed generally. None of this so-called praise, however, makes reference to the specific mutations claimed or the amount of migalastat administered. The so-called praise concerns migalastat to treat Fabry disease patients with HEK assay amenable mutations, generally. And while that may be true it is irrelevant to the question of industry praise for the claimed subject matter at issue in this case. Therefore, I disagree with Dr. Jefferies that the materials he relies on show industry praise for the subject matter claimed in the asserted claims in this case."); Medin Rebuttal Report, ¶ 13 ("[Dr. Jefferies] conflates the general acceptance of migalastat/Galafold® to treat a minority of Fabry disease patients that had amenable mutations, with a method of treating Fabry disease writ large – and also with the specific mutations in the claims asserted in this case."); Medin Rebuttal Report, ¶ 88.

Mutations Patents. I therefore disagree with Dr. Medin's suggestion that this industry praise is not related to the Asserted Claims of the Reassessment Mutations Patents.[240]

### 2. 2019 NORD Industry Innovation Award

63. Dr. Medin does not dispute that the 2019 NORD Industry Innovation Award demonstrates industry praise for methods of treatment using GALAFOLD.[241]

64. Dr. Medin incorrectly states that I have not established nexus between the 2019 NORD Industry Innovation Award and the Asserted Claims in the Reassessment Mutations Patents.[242] But I refer to FDA's approval of GALAFOLD and GALAFOLD's label to explain why there is a connection between the NORD Industry Innovation Award and the Asserted Claims in the Reassessment Mutations Patents.[243] For example, as I explained in my Opening Report, each of the mutations in the Asserted Claims of the Reassessment Mutations Patents were included in the original GALAFOLD label when it was FDA approved in August 2018.[244] The NORD Industry Innovation Award for GALAFOLD therefore includes praise for the ability to treat Fabry patients with the mutations in the Asserted Claims of the Reassessment Mutations Patents.

---

[240] Medin Rebuttal Report, ¶ 96.

[241] *See* Medin Rebuttal Report, ¶¶ 96–101.

[242] Medin Rebuttal Report, ¶¶ 96–97.

[243] Opening Report, ¶¶ 96–97.

[244] Opening Report, ¶¶ 96–97.

65.     Dr. Medin misunderstands my reference to GALAFOLD's FDA approval and label with respect to the NORD Industry Innovation Award.[245]  I do not cite the FDA approval or label as industry praise, but rather to show the connection between the Asserted Claims of the Reassessment Mutations Patents and the industry praise that I do reference.[246]  I therefore disagree with Dr. Medin's opinion that I "do[] not assert that the NORD [] award[] mentioned any mutations at all, including the ones in the asserted claims" and that my "assertions and analysis insinuate some connection, but [I] state[] none."[247]

### 3.     2018 UK Prix Galien Medal for Innovative Product

66.     Dr. Medin incorrectly states that I have not established nexus between the 2018 UK Prix Galien Medal for Innovative Product and the Asserted Claims in the Reassessment Mutations Patents.[248]  I refer to FDA's approval of GALAFOLD and GALAFOLD's label to explain why there is a connection between the 2018 UK Prix Galien Medal for Innovative Product and the Asserted Claims in the Reassessment Mutations Patents.[249]  For example, as I explained in my Opening Report, many of the mutations in the Asserted Claims of the Reassessment Mutations Patents were included in the original GALAFOLD label when it was

---

[245] Medin Rebuttal Report, ¶ 97 ("Dr. Jefferies cites the FDA approved product label and for their listing of certain mutations. He conflates this information with praise for the specific mutations in the asserted patents. Nowhere does Dr. Jefferies connect this purported praise with the Galafold® label, or the specific claims at issue here." (citations omitted)).

[246] Opening Report, ¶¶ 96–97.

[247] Medin Rebuttal Report, ¶ 97.

[248] Medin Rebuttal Report, ¶¶ 96–97.

[249] Opening Report, ¶¶ 98–99.

approved in Europe in 2016.[250]  Specifically, the original EU label for GALAFOLD includes all of the mutations in Claim 9 of the '490 Patent and Claim 23 of the '489 Patent, along with many of the mutations in Claims 8 and 36 of the '388 Patent and Claim 17 of the '489 Patent.[251]  The 2018 UK Prix Galien Medal for Innovative Product for GALAFOLD therefore includes praise for the ability to treat the Fabry patients with the mutations in the Asserted Claims of the Reassessment Mutations Patents.

67.    Dr. Medin misunderstands my reference to GALAFOLD's FDA approval and label with respect to the 2018 UK Prix Galien Medal for Innovative Product.[252]  I do not cite the FDA approval or GALAFOLD label as industry praise, but rather to show the connection, or nexus, between the Asserted Claims of the Reassessment Mutations Patents and the industry praise that I do reference.[253]  I therefore disagree with Dr. Medin's opinion that I "do[] not assert that the [] Prix Galien award[] mentioned any mutations at all, including the ones in the asserted claims" and that my "assertions and analysis insinuate some connection, but [I] state[] none."[254]

68.    Dr. Medin also misunderstands my opinion with respect to the Prix Galien Medal.[255]  It is not my opinion that the industry-focused Prix Galien Medal is equivalent to a

---

[250] Opening Report, ¶ 99.

[251] Opening Report, ¶ 99; Commission Implementing Decision, Annex I: Summary of Product Characteristics (ATGAL_03760350 at -059–64).

[252] Medin Rebuttal Report, ¶ 97 ("Dr. Jefferies cites the FDA approved product label and for their listing of certain mutations. He conflates this information with praise for the specific mutations in the asserted patents. . . Nowhere does Dr. Jefferies connect this purported praise with the Galafold® label, or the specific claims at issue here." (citations omitted)).

[253] Opening Report, ¶ 99.

[254] Medin Rebuttal Report, ¶ 97.

[255] Medin Rebuttal Report, ¶¶ 99–101.

Nobel Prize.  Nevertheless, the Prix Galien Medal is a prestigious award and, in my opinion,

clinicians in the industry, myself included, would be aware of this award and would view

winning the award as a prestigious accomplishment and as praise from the industry.  I, therefore,

disagree with Dr. Medin's criticisms of the Prix Galien organization and the organization's

description of its awards and with Dr. Medin's suggestion that the Prix Galien Medal is not

prestigious.[256]

69.    Dr. Medin tries to minimize the importance of the Prix Galien Medal by focusing

on the number of awards given in different countries.[257]  However, Dr. Medin does not dispute

that Amicus won this award for GALAFOLD, nor does he dispute that this award is indicative of

industry praise for GALAFOLD.  By focusing on total number of 2018 awards rather than their

substance, Dr. Medin ignores that there were three separate award categories—best

pharmaceutical product, best biotechnology product, and best medical technology—and only one

product won in the best pharmaceutical product category.[258]  These criticisms do not negate the

praise for GALAFOLD or prestige of the award.

### 4.    Healthcare Provider Opinions Praising GALAFOLD

70.    Dr. Medin does not dispute that healthcare providers praised GALAFOLD and the

benefits it offers to their patients for the reasons cited in my Opening Report.[259]

---

[256] Medin Rebuttal Report, ¶¶ 99–101.

[257] Medin Rebuttal Report, ¶ 99.

[258] Medin Rebuttal Report, ¶ 99; The Galien Foundation Announces 2018 #PrixGalien Award
Recipients, PR Newswire (Oct. 26, 2018), https://www.prnewswire.com/news-releases/the-
galien-foundation-announces-2018-prixgalien-award-recipients-
300738574.html#:~:text=%22The%20Committee%20had%20the%20unique
(AURO_MEDIN_000365 at -365)

[259] *See* Medin Rebuttal Report, ¶¶ 96–101.

71.    I refer to FDA's approval of GALAFOLD and GALAFOLD's label to explain why there is a connection between the industry praise and the Asserted Claims in the Reassessment Mutations Patents.[260]  For example, as I explained in my Opening Report, each of the mutations in the Asserted Claims of the Reassessment Mutations Patents were included in the original GALAFOLD label when it was FDA approved in August 2018.[261]  Healthcare prescribers' praise for GALAFOLD therefore includes praise for the ability to treat the Fabry patients with the mutations in the Asserted Claims of the Reassessment Mutations Patents.  Dr. Medin misunderstands my reference to the FDA approval and GALAFOLD's label with respect to healthcare provider's praise for GALAFOLD.[262]  I do not cite the FDA approval or GALAFOLD label as industry praise, but rather to show the connection between the Asserted Claims of the Reassessment Mutations Patents and the industry praise by healthcare providers.[263]  Therefore, I disagree with Dr. Medin that there is no connection between the Asserted Claims of the Reassessment Mutations Patents and such praise.[264]

## VI.    CONCLUSION

72.    For the reasons discussed in this report and in my Opening Report, in my opinion, (1) there was a long-felt but unmet need for Amicus's inventions in the Asserted Claims;

---

[260] Opening Report, ¶¶ 102–03.

[261] Opening Report, ¶¶ 102–03.

[262] Medin Rebuttal Report, ¶ 97 ("Dr. Jefferies cites the FDA approved product label and for their listing of certain mutations. He conflates this information with praise for the specific mutations in the asserted patents. . . Nowhere does Dr. Jefferies connect this purported praise with the Galafold® label, or the specific claims at issue here." (citations omitted)).

[263] Opening Report, ¶¶ 102–03.

[264] Medin Rebuttal Report, ¶ 98.

(2) there were failures of others to solve the problems solved by Amicus's inventions claimed in the Asserted Claims of the Reassessment Mutations Patents; and (3) there was industry praise for Amicus's inventions claimed in the Asserted Claims of the Reassessment Mutations Patents.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/23/2025

_____

John L. Jefferies, M.D.

# EXHIBIT 1

**Exhibit 1**

**Additional Materials Considered**

| Beginning Bates Number or Bates Range for Excerpt | Document |
|---|---|
| ATGAL_00047810–907 | Oct. 7, 2014, Clinical Study Report AT1001-018 |
| ATGAL_00076781–877 | Dec. 5, 2013, Amended Clinical Study Report AT1001-015 |
| ATGAL_00092978–3067 | Sept. 8, 2010, Clinical Study Report AT1001-FAB-CL-201 |
| ATGAL_00096062–137 | Sept. 13, 2011, Clinical Study Report AT1001-FAB-CL-202 |
| ATGAL_00097754–832 | June 20, 2011, Clinical Study Report AT1001-FAB-CL-203 |
| ATGAL_00154581–666 | Dec. 19, 2014, Clinical Study Report AT1001-FAB-CL-205 |
| ATGAL_00730664 | Jan Lukas et al., *Functional and Clinical Consequences of Novel α-Galactosidase A Mutations in Fabry Disease*, Human Mutation, Vol. 00, No. 0, 1–9 (2015) |
| ATGAL_00988929 | Young-Gqamana, B. *et al.*, (2013) Migalastat HCl Reduces Globotriaosylsphingosine (Lyso-Gb3) in Fabry Transgenic Mice and in the Plasma of Fabry Patients, *PLoS* One 8(3):e57631 |
| ATGAL_01551828–841 | Fan, J. Q., Ishii, S., (2010) Pharmacological Chaperone Therapy for Fabry Disease, *Fabry Disease*, 455–68 |
| ATGAL_03366897–992 | Dec. 11, 2012, Clinical Study Report AT1001-014 |
| ATGAL_03760350 | Commission Implementing Decision, Annex I: Summary of Product Characteristics |
| ATGAL_03872004–092 | Feb. 15, 2017, Clinical Study Report AT1001-041 |
| ATGAL_03997641 | Perretta, F.J., (2023) Fabry Nephropathy: Switch from Enzyme Replacement Therapy to Oral Chaperone Migalastat, *Kidney Int'l Reps.* 8:S1–S473 at S242–43 |
| ATGAL_04636868 | Advice/Information Request from B. Nikhar, MD, Acting Deputy Director, Div. of Gastroenterology and Inborn Errors Prods., Ctr. for Drug Evaluation and Rsch., Food and Drug Admin. to D. Odumosu, MS, Exec. Dir., Glob. Regul. Affairs, Amicus Therapeutics (Jan. 30, 2019) |
| ATGAL_04833515 | CADTH Common Drug Review: Clinical Review Report: Migalastat (GALAFOLD) (Feb. 2018) |

| Beginning Bates Number or Bates Range for Excerpt | Document |
|---|---|
| ATGAL_06500087 | Germain, D.P. *et al.*, (2016) Treatment of Fabry's Disease with Pharmacologic Chaperone Migalastat, *N. Engl. J. Med.* 375(6):545–55 |
| ATGAL_06691824 | Bashorum, L. *et al.*, (2022) Burden Associated with Fabry Disease and Its Treatment in 12-15 Year Olds: Results from a European Survey, *Orphanet J. Rare Dis.* 17:266 |
| ATGAL_07915907 | Schiffmann, R. *et al.*, (2018), Migalastat Improves Diarrhea in Patients with Fabry Disease: Clinical-Biomarker Correlations from the Phase 3 FACETS Trial, *Orphanet J. Rare Dis.* 13(1):68 |
| ATGAL_08454411 | Alegra, T. *et al.*, (2012) Enzyme Replacement Therapy for Fabry Disease: A Systematic Review and Meta-Analysis, *Genet. Mol. Biol.* 35(4 supp.):947–54 |
| ATGAL_08502557 | Bichet, D.G. *et al.*, (2023) Consensus Recommendations for the Treatment and Management of Patients with Fabry Disease on Migalastat: A Modified Delphi Study, *Front. Med.* 10:1220637 |
| ATGAL_08508336 | Riccio, E. *et al.*, (2020) Switch from Enzyme Replacement Therapy to Oral Chaperone Migalastat for Treating Fabry Disease: Real-Life Data, *Eur. J. of Hum. Genetics* 28:1662–68 |
| ATGAL_09796519 | Chimenti, C. *et al.*, (2020) The GALA Project: Practical Recommendations for the Use of Migalastat in Clinical Practice on the Basis of a Structured Survey Among Italian Experts, *Orphanet J. Rare Dis.* 15:86 |
| ATGAL_09818936 | Burlina, A., Politei, J., (2016) The Central Nervous System Involvement in Fabry Disease: A Review, *J. of Inborn Errors of Metabolism and Screening* 4:1–7 |
| ATGAL_09877685 | Germain, D. *et al.*, (2019) Efficacy of the Pharmacologic Chaperone Migalastat in a Subset of Male Patients with the Classic Phenotype of Fabry Disease and Migalastat-Amenable Variants: Data from the Phase 3 Randomized, Multicenter, Double-Blind Clinical Trial and Extension Study, *Genet. Med.* 21(9):1987–97 |
| ATGAL_09879249 | Sims, K. *et al.*, (2009) Stroke in Fabry Disease Frequently Occurs Before Diagnosis and in the Absence of Other Clinical Events: Natural History Data from the Fabry Registry, *Stroke* 40(3):788–94 |

2

| Beginning Bates Number or Bates Range for Excerpt | Document |
|---|---|
| ATGAL_09916904 ATGAL_01136145 | Jan Lukas et al., *Functional Characterisation of Alpha-Galactosidase A Mutations as a Basis for a New Classification System in Fabry Disease*, PLOS Genetics, Vol 9, Issue 8 (Aug. 2013) |
| ATGAL_09992372 | Thurberg, B. L. *et al.*, (2009) Cardiac Microvascular Pathology in Fabry Disease: Evaluation of Endomyocardial Biopsies Before and After Enzyme Replacement Therapy, *Circulation* 119(19):2561–67 |
| ATGAL_10023551 | Bichet, D. *et al.*, (2021) Assessment of Plasma Lyso-Gb3 for Clinical Monitoring of Treatment Response in Migalastat-Treated Patients with Fabry Disease, *Genet. Med.* 23(1):192–201 |
| ATGAL_10036350 | Khan, A. *et al.*, (2021) Lentivirus-Mediated Gene Therapy for Fabry Disease, *Nat. Commc'ns* 12:1178 |
| ATGAL_10154771 | Thurberg, B. L. *et al.*, (2002) Globotriaosylceramide Accumulation in the Fabry Kidney Is Cleared from Multiple Cell Types After Enzyme Replacement Therapy, *Kidney Int'l* 62(6):1933–46 |
| ATGAL_10161674 | Amicus Therapeutics Announces Positive Phase 3 Data on Cardiac and Composite Endpoints from Fabry Monotherapy Study 012 at American Society of Nephrology, *Pipeline Review* (Nov. 17, 2014), https://pipelinereview.com/amicus-therapeutics-announces-positive-phase-3-data-on-cardiac-and-composite-endpoints-from-fabry-monotherapy-study-012-at-american-society-of-nephrology |
| ATGAL_10161677 | Benjamin, E. R. *et al.*, (2009) The Pharmacological Chaperone 1-Deoxygalactonojirimycin Increases α-Galactosidase A Levels in Fabry Patient Cell Lines, *J. of Inherited Metabolic Disease* 32(3):424–440 |
| ATGAL_10161694 | Blaszczyk, B. *et al.*, (2023) Fabry Disease and Sleep Disorders: A Systematic Review, *Front. Neurol.* 14:1217618 |
| ATGAL_10161704 | Müller, M., Neuropsychiatric and Psychosocial Aspects of Fabry Disease, Fabry Disease: Perspectives from 5 Years of FOS (NCBI Bookshelf; 2006) |
| ATGAL_10161722 | Gambardella, J. *et al.*, (2024) Fatigue as Hallmark of Fabry Disease: Role of Bioenergetic Alterations, *Front. Cardiovasc. Med.* 11:1341590 |

| Beginning Bates Number or Bates Range for Excerpt | Document |
|---|---|
| ATGAL_10161730 | Hendriksz, C.J. *et al.*, (2018) Risks of Long-Term Port Use in Enzyme Replacement Therapy for Lysosomal Storage Disorders, *Mol. Genet. Metab. Reps.* 15:71–73 |
| ATGAL_10161733 | Humphrey, P.P.A., (2008) The Discovery and Development of the Triptans, a Major Therapeutic Breakthrough, *Headache* 48:685–87 |
| ATGAL_10161752 | A Study of AT1001 (Migalastat Hydrochloride) in Participants with Fabry Disease, ClinicalTrials.gov, https://clinicaltrials.gov/study/NCT00214500 |
| ATGAL_10161764 | A 24-Week Safety and Pharmacodynamic Study of AT1001 (Migalastat Hydrochloride) in Participants with Fabry Disease, ClinicalTrials.gov, https://clinicaltrials.gov/study/NCT00283933 |
| ATGAL_10161774 | A 12-Week Safety and Pharmacodynamic Study of AT1001 (Migalastat Hydrochloride) in Participants with Fabry Disease, ClinicalTrials.gov, https://clinicaltrials.gov/study/NCT00283959 |
| ATGAL_10161784 | Open-Label Long-Term Safety Study of AT1001 (Migalastat Hydrochloride) in Participants with Fabry Disease Who Have Completed a Previous AT1001 Study, ClinicalTrials.gov, https://clinicaltrials.gov/study/NCT00526071 |
| ATGAL_10161794 | Study of the Effects of Oral AT1001 (Migalastat Hydrochloride) in Patients with Fabry Disease, ClinicalTrials.gov, https://clinicaltrials.gov/study/NCT00925301 |
| ATGAL_10161809 | Study to Evaluate Ecallantide in Paediatric Patients with Acute Attacks of Hereditary Angioedema, ClinicalTrials.gov, https://clinicaltrials.gov/study/NCT01253382 |
| ATGAL_10161817 | Safety and Efficacy of QAX576 in Patients with Idiopathic Pulmonary Fibrosis (IPF), ClinicalTrials.gov, https://clinicaltrials.gov/study/NCT01266135 |
| ATGAL_10161827 | Open-Label Phase 3 Long-Term Safety Study of Migalastat (AT1001-041), ClinicalTrials.gov, https://clinicaltrials.gov/study/NCT01458119 |
| ATGAL_10161840 | Schiffmann, R., Moore, D.F., Neurological Manifestations of Fabry Disease, Fabry Disease: Perspectives from 5 Years of FOS (NCBI Bookshelf; 2006) |

| Beginning Bates Number or Bates Range for Excerpt | Document |
|---|---|
| ATGAL_10161856 | Nowicki, M. *et al.*, (2024) A Review and Recommendations for Oral Chaperone Therapy in Adult Patients with Fabry Disease, *Orphanet J. Rare Dis.* 19:16 |
| ATGAL_10161869 | Peters, G. L., (2019) Migraine Overview and Summary of Current and Emerging Treatment Options, *Am. J. Manag. Care* 25(2 Suppl):S23–S34 |
| ATGAL_10161911 | Rees, C. A. *et al.*, (2019) Noncompletion and Nonpublication of Trials Studying Rare Diseases: A Cross-Sectional Analysis, *PLoS Med.* 16(11):e1002966 |
| ATGAL_10161927 | Elizabeth Pratt, How Migraine Treatments Have Changed Over Time, *Med. News Today* (Sept. 12, 2024), https://www.medicalnewstoday.com/articles/migraine-treatments-history |
| MIGA0107626 | Aug. 2018 GALAFOLD Prescribing Information |

# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AMICUS THERAPEUTICS US, LLC
and AMICUS THERAPEUTICS, INC.,

*Plaintiffs,*

v.

TEVA PHARMACEUTICALS USA, INC.
and TEVA PHARMACEUTICALS, INC., et al.

*Defendants.*

C.A. No. 1:22-cv-01461-CJB

ANDA CASE

(Consolidated)

## OPENING REPORT OF DR. JEFFREY A. MEDIN ON PATENT INVALIDITY

**TABLE OF CONTENTS**

I.      INTRODUCTION ................................................................................................. 1

II.     QUALIFICATIONS AND CREDENTIALS ....................................................... 2

III.    MATERIALS CONSIDERED ............................................................................. 5

        A.      Summary of Opinions ............................................................................... 5

IV.     LEGAL STANDARDS ........................................................................................ 6

        A.      Obviousness .............................................................................................. 6

        B.      The Person of Ordinary Skill in the Art (POSA) ..................................... 9

V.      TUTORIAL AND BACKGROUND .................................................................. 11

        A.      Fabry Disease ......................................................................................... 12

        B.      Known Treatments ................................................................................. 14

                i.      Enzyme Replacement Therapy (ERT) .......................................... 14

                ii.     Molecular Chaperones .................................................................. 15

                iii.    Substrate Reduction Therapy ....................................................... 15

                iv.     Gene Therapy ................................................................................ 15

                v.      Migalastat ...................................................................................... 16

                vi.     Gene Mutations ............................................................................ 17

                vii.    Mutant Forms of α-Gal A .............................................................. 17

VI.     THE ASSERTED '388, '489, '490, and '164 PATENTS .................................. 20

        A.      The '388 Patent ...................................................................................... 20

                i.      The Specification .......................................................................... 20

                ii.     The Prosecution History .............................................................. 22

                iii.    The Claims .................................................................................... 22

        B.      The '489 Patent ...................................................................................... 23

                i.      The Specification .......................................................................... 23

                ii.     The Prosecution History .............................................................. 23

                iii.    The Claims .................................................................................... 23

        C.      The '490 Patent ...................................................................................... 24

                i.      The Specification .......................................................................... 24

                ii.     The Prosecution History .............................................................. 25

                iii.    The Claims .................................................................................... 25

|  | D. | The '164 Patent | 25 |
|  |  | i. The Specification | 25 |
|  |  | ii. The Prosecution History | 26 |
|  |  | iii. The Claims | 26 |
| VII. |  | CLAIM CONSTRUCTION | 27 |
| VIII. |  | DETAILED OPINIONS | 27 |
|  | A. | The Prior Art | 27 |
|  |  | i. The '319 Patent Publication | 28 |
|  |  | ii. Lockhart '093 Publication | 29 |
|  |  | iii. Wu | 32 |
|  |  | iv. Germain 2012 | 35 |
|  |  | v. Benjamin (2016) | 38 |
|  |  | vi. Giugliani 2013 | 40 |
|  | B. | Motivation to Combine or Modify | 41 |
| IX. |  | OBVIOUSNESS | 42 |
|  | A. | The Asserted Claims Are Obvious | 42 |
|  | B. | The '388 Patent | 43 |
|  |  | i. Claim 8 | 43 |
|  |  | ii. Claim 36 | 47 |
|  | C. | The '489 Patent | 51 |
|  |  | i. Claim 17 | 51 |
|  |  | ii. Claim 23 | 56 |
|  | D. | The '490 Patent | 60 |
|  |  | i. Claim 9 | 60 |
|  | E. | The '164 Patent | 69 |
|  |  | i. Claim 23 | 69 |
|  |  | ii. Claim 24 | 75 |
|  |  | iii. Claim 25 | 76 |
|  |  | iv. Claim 26 | 79 |
|  |  | v. Claim 27 | 82 |
|  | F. | Secondary Considerations of Non-Obviousness | 85 |
| X. |  | CONCLUSION | 85 |
| XI. |  | COMPENSATION | 86 |

XII.  PRIOR TESTIMONY ................................................................................................ 86

XIII.  RESERVATION OF RIGHTS ................................................................................... 86

## I.    INTRODUCTION

1.      I, Jeffrey A. Medin, Ph.D., submit this report pursuant to Fed. R. Civ. P. 26(a)(2)(B) on behalf of Defendant Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc. ("Defendants" or "Aurobindo").

2.      I have been informed that Plaintiffs, Amicus Therapeutics US, LLC and Amicus Therapeutics, Inc. ("Plaintiffs" or "Amicus") allege that Aurobindo's proposed migalastat product infringes certain claims of U.S. Patent Nos. 11,633,388 ("the '388 patent"), 11,833,164 ("the '164 patent"), 12,042,489 ("the '489 patent"), and 12,042,490 ("the '490 patent") (collectively, "Patents-in-Suit"). I understand that the asserted claims are:

- Claims 8, 36 of the '388 patent

- Claims 23-27 of the '164

- Claims 17 and 19 of the '489 patent

- Claim 9 of the '490 patent

3.      Additionally, if asked, I may respond to any opinions or testimony of Plaintiff's expert witnesses regarding issues within my area of expertise. I expect that I may be called to testify at the trial in these proceedings. If called to testify, my testimony may include an explanation of the scientific principles that underlie the opinions expressed in this report. If any further developments occur in this litigation that may bear upon the opinions I have expressed in this report, I reserve the right to supplement or amend this report to take those developments into account. In the event Plaintiffs submit any response to my expert report, I reserve the right to respond to any issues raised by that response.

the named inventor(s); (2) the type of problems encountered in the art; (3) the prior art solutions to those problems; (4) the speed with which innovations are made; and (5) the sophistication of the technology and educational level of active workers in the field.

30.    In my opinion, a POSA to whom the '388, '489, '490, and '164 patents are directed, and given the seriousness of the potential health risks associated with administering pharmaceutical agents, suggests that one of ordinary skill in the field of pharmaceutical research and development would have a fairly high level of education and skill. Such skilled artisans would be those familiar with the field of metabolic disorders such as Fabry disease and would include pharmaceutical chemists or physicians involved in research and development of formulations for treatment of such disorders, who would have a Master's, Ph.D., and/or M.D. degree and several years of experience in the field. The amount of experience in the field would depend upon the level of formal education and particular experience with drugs for the treatment of Fabry disease.  A POSA would have worked in conjunction with other individuals, the group of which collectively would have had experience in these fields, as well as in the field of clinical development of drugs for the treatment of Fabry disease patients having renal impairment.  A POSA would also have knowledge of the scientific literature concerning these fields as of the claimed priority dates of the asserted patents.  A POSA may also work as part of a multidisciplinary team and draw upon not only his or her own skills but also take advantage of certain specialized skills of others in the team to solve a given problem.   Therefore, in performing the second and third inquiries of an obviousness determination, the prior art must be viewed from the perspective of such an ordinarily skilled person, who would easily have understood the prior art references referred to herein and would have the capacity to draw inferences from them.

## XI.    COMPENSATION

296.    I am being compensated for my time in connection with this proceeding at my standard consulting rate of $400 per hour for non-testifying time and $400 per hour for deposition and trial testimony, which is independent of the outcome of this proceeding.

## XII.    PRIOR TESTIMONY

297.    In the past four years, I have not testified as an expert witness at deposition or at trial.

## XIII.    RESERVATION OF RIGHTS

298.    I have based my opinions and analysis on documents and information available to me at the time I signed this report. If, and when, any new evidence arises, I reserve the right to supplement or modify my opinions to reflect that evidence.

299.    In the event that Plaintiff submits any response to this expert report, I reserve the right to respond to any issues raised by such a response.

300.    If called to testify, my testimony may include an explanation of the scientific principles that underlie the opinions expressed in this report.

301.    I reserve the right to make and use demonstratives to help explain my opinions.

Dated: April 4, 2025

_Jeffrey A. Medin, Ph.D._

# EXHIBIT E

US011633388B2

(12) **United States Patent**
Castelli et al.

(10) Patent No.: **US 11,633,388 B2**
(45) **Date of Patent:**    Apr. 25, 2023

(54) **METHODS OF TREATING FABRY PATIENTS HAVING RENAL IMPAIRMENT**

(71) Applicant: **Amicus Therapeutics, Inc.**, Cranbury, NJ (US)

(72) Inventors: **Jeff Castelli**, New Hope, PA (US); **Elfrida Benjamin**, Millstone Township, NJ (US)

(73) Assignee: **Amicus Therapeutics, Inc.**, Philadelphia, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 299 days.

(21) Appl. No.: **17/078,765**

(22) Filed: **Oct. 23, 2020**

(65) **Prior Publication Data**
US 2021/0038582 A1    Feb. 11, 2021

**Related U.S. Application Data**

(60) Continuation of application No. 16/817,881, filed on Mar. 13, 2020, now Pat. No. 10,857,141, which is a continuation of application No. 16/678,183, filed on Nov. 8, 2019, now Pat. No. 10,874,655, which is a division of application No. 16/284,582, filed on Feb. 25, 2019, now Pat. No. 10,471,053, which is a division of application No. 15/992,336, filed on May 30, 2018, now Pat. No. 10,251,873.

(60) Provisional application No. 62/626,953, filed on Feb. 6, 2018, provisional application No. 62/512,458, filed on May 30, 2017.

(51) **Int. Cl.**
*A61K 31/445* (2006.01)
*A61P 13/12* (2006.01)
*A61K 9/48* (2006.01)

(52) **U.S. Cl.**
CPC ............ *A61K 31/445* (2013.01); *A61P 13/12* (2018.01); *A61K 9/48* (2013.01)

(58) **Field of Classification Search**
CPC ...................................................... A61K 31/445
USPC ....................................................... 514/315
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,851,143 | B2 | 12/2010 | Kaneski et al. |
| 7,973,157 | B2 | 7/2011 | Major et al. |
| 8,321,148 | B2 | 11/2012 | Lockhart et al. |
| 8,592,362 | B2 | 11/2013 | Benjamin et al. |
| 9,000,011 | B2 | 4/2015 | Lockhart et al. |
| 9,056,101 | B2 | 6/2015 | Lockhart |
| 9,066,939 | B2 | 6/2015 | Schiffmann et al. |
| 9,095,584 | B2 | 8/2015 | Benjamin et al. |
| 9,206,457 | B2 | 12/2015 | Do |
| 9,480,682 | B2 | 11/2016 | Lockhart et al. |
| 9,545,397 | B2 | 1/2017 | Benjamin et al. |
| 9,694,056 | B2 | 7/2017 | Khanna et al. |
| 9,750,732 | B2 | 9/2017 | Schiffmann et al. |
| 9,987,263 | B2 | 6/2018 | Lockhart et al. |
| 9,999,618 | B2 | 6/2018 | Castelli et al. |
| 10,076,514 | B2 | 9/2018 | Benjamin |
| 10,155,027 | B2 | 12/2018 | Khanna et al. |
| 10,251,873 | B2 | 4/2019 | Castelli et al. |
| 10,357,548 | B2 | 7/2019 | Khanna |
| 10,383,864 | B2 | 8/2019 | Lockhart et al. |
| 10,406,143 | B2 | 9/2019 | Lockhart et al. |
| 10,471,053 | B2 | 11/2019 | Castelli et al. |
| 10,525,045 | B2 | 1/2020 | Castelli et al. |
| 10,537,564 | B2 | 6/2020 | Benjamin |
| 10,792,278 | B2 | 10/2020 | Castelli et al. |
| 10,792,279 | B2 | 10/2020 | Castelli et al. |
| 10,799,491 | B2 | 10/2020 | Castelli et al. |
| 10,806,727 | B2 | 10/2020 | Castelli et al. |
| 10,813,921 | B2 | 10/2020 | Benjamin et al. |
| 10,849,889 | B2 | 12/2020 | Castelli et al. |
| 10,849,890 | B2 | 12/2020 | Castelli et al. |
| 10,857,141 | B2 | 12/2020 | Castelli et al. |
| 10,857,142 | B2 | 12/2020 | Castelli et al. |
| 10,874,655 | B2 | 12/2020 | Castelli et al. |
| 10,874,656 | B2 | 12/2020 | Castelli et al. |
| 10,874,657 | B2 | 12/2020 | Castelli et al. |
| 10,925,866 | B2 | 2/2021 | Castelli et al. |
| RE48,608 | E | 6/2021 | Benjamin et al. |
| 2011/0152319 | A1 | 6/2011 | Benjamin et al. |
| 2014/0219986 | A1 | 8/2014 | Greene et al. |
| 2018/0153999 | A1 | 6/2018 | Greene et al. |
| 2018/0360812 | A1 | 12/2018 | Castelli et al. |
| 2018/0360814 | A1 | 12/2018 | Castelli et al. |
| 2019/0000818 | A1 | 1/2019 | Benjamin et al. |
| 2019/0183869 | A1 | 6/2019 | Castelli |
| 2019/0358302 | A1 | 11/2019 | Gotcschall |
| 2019/0388409 | A1 | 12/2019 | Lockhart et al. |
| 2020/0215043 | A1 | 7/2020 | Benjamin |
| 2020/0222377 | A1 | 7/2020 | Castelli et al. |
| 2020/0268890 | A1 | 8/2020 | Greene et al. |
| 2021/0030730 | A1 | 2/2021 | Barth et al. |
| 2021/0038579 | A1 | 2/2021 | Castelli et al. |
| 2021/0038581 | A1 | 2/2021 | Castelli et al. |
| 2021/0038582 | A1 | 2/2021 | Castelli et al. |
| 2021/0038583 | A1 | 2/2021 | Castelli et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 2007137072 A2 | 11/2007 |
| WO | 2008045015 A1 | 4/2008 |
| WO | 2008134628 A3 | 11/2008 |
| WO | 2009102895 A3 | 8/2009 |
| WO | 2010048532 A1 | 4/2010 |

(Continued)

OTHER PUBLICATIONS

"GALAFOLD Product Information (original version)", May 30, 2016, 45 pages.

(Continued)

*Primary Examiner* — Raymond J Henley, III
(74) *Attorney, Agent, or Firm* — Servilla Whitney LLC

(57) **ABSTRACT**
Provided are methods for treatment of Fabry disease in patients having HEK assay amenable mutations in α-galactosidase A. Certain methods comprise administering migalastat or a salt thereof every other day, such as administering about 150 mg of migalastat hydrochloride every other day.

**51 Claims, 21 Drawing Sheets**
**Specification includes a Sequence Listing.**

US 11,633,388 B2

67

68

-continued

```
Trp Pro Phe Gln Lys Pro Asn Tyr Thr Glu Ile Arg Gln Tyr Cys Asn
    210             215             220

His Trp Arg Asn Phe Ala Asp Ile Asp Asp Ser Trp Lys Ser Ile Lys
225             230             235             240

Ser Ile Leu Asp Trp Thr Ser Phe Asn Gln Glu Arg Ile Val Asp Val
            245             250             255

Ala Gly Pro Gly Gly Trp Asn Asp Pro Asp Met Leu Val Ile Gly Asn
        260             265             270

Phe Gly Leu Ser Trp Asn Gln Gln Val Thr Gln Met Ala Leu Trp Ala
    275             280             285

Ile Met Ala Ala Pro Leu Phe Met Ser Asn Asp Leu Arg His Ile Ser
    290             295             300

Pro Gln Ala Lys Ala Leu Leu Gln Asp Lys Asp Val Ile Ala Ile Asn
305             310             315             320

Gln Asp Pro Leu Gly Lys Gln Gly Tyr Gln Leu Arg Gln Gly Asp Asn
            325             330             335

Phe Glu Val Trp Glu Arg Pro Leu Ser Gly Leu Ala Trp Ala Val Ala
        340             345             350

Met Ile Asn Arg Gln Glu Ile Gly Gly Pro Arg Ser Tyr Thr Ile Ala
    355             360             365

Val Ala Ser Leu Gly Lys Gly Val Ala Cys Asn Pro Ala Cys Phe Ile
370             375             380

Thr Gln Leu Leu Pro Val Lys Arg Lys Leu Gly Phe Tyr Glu Trp Thr
385             390             395             400

Ser Arg Leu Arg Ser His Ile Asn Pro Thr Gly Thr Val Leu Leu Gln
            405             410             415

Leu Glu Asn Thr Met Gln Met Ser Leu Lys Asp Leu Leu
        420             425
```

What is claimed is:

1. A method of treating Fabry disease, the method comprising administering migalastat to a patient in need thereof, wherein the patient has an α-galactosidase A protein comprising a HEK assay amenable mutation selected from the group consisting of: A13P, A20D, Q57L, G80D, P146S, D175E, K213R, K213M, I242F, M267T, A309V, V316I, V316G, P323R, A352G, R356P, T385A, V390M, and G395A.

2. The method of claim 1, wherein the mutation is selected from the group consisting of: A13P, A20D, P146S, K213R, K213M, M267T, A309V, V316I, P323R, A352G, R356P, T385A and V390M.

3. The method of claim 1, wherein the mutation is V316I.

4. The method of claim 1, wherein the mutation is selected from the group consisting of: A13P, A20D, Q57L, G80D, P146S, K213R, K213M, I242F, M267T, A309V, V316I, V316G, A352G and R356P.

5. The method of claim 1, wherein the mutation is selected from the group consisting of: A13P, A20D, G80D, P146S, I242F, M267T, V316G and R356P.

6. The method of claim 1, wherein the mutation is selected from the group consisting of: Q57L, G80D, P146S, K213R, K213M, M267T, A309V, V316I, A352G and R356P.

7. The method of claim 1, wherein the mutation is selected from the group consisting of: G80D, P146S, M267T and R356P.

8. The method of claim 1, wherein the mutation is selected from the group consisting of: A13P, A20D, Q57L, G80D,

P146S, D175E, K213M, I242F, M267T, A309V, V316I, V316G, P323R, A352G, R356P, T385A, V390M, and G395A.

9. The method of claim 1, wherein the mutation is selected from the group consisting of: Q57L, G80D, P146S, K213M, M267T, A309V, V316I, P323R, A352G, R356P, T385A and V390M.

10. The method of claim 1, wherein the mutation is selected from the group consisting of: A13P, A20D, Q57L, G80D, P146S, K213M, I242F, M267T, A309V, V316I, V316G, A352G and R356P.

11. The method of claim 1, wherein the mutation is selected from the group consisting of: Q57L, G80D, P146S, K213M, M267T, A309V, V316I, A352G and R356P.

12. The method of claim 1, wherein the patient has a Fabry disease-causing mutation.

13. The method of claim 1, wherein the migalastat or salt thereof is administered to the patient every other day.

14. The method of claim 1, wherein the patient is administered about 123 to about 300 mg of the migalastat or salt thereof every other day.

15. The method of claim 1, wherein the patient is administered about 150 mg of the migalastat or salt thereof every other day.

16. The method of claim 1, wherein the patient is administered about 150 mg of migalastat hydrochloride every other day.

17. The method of claim 1, wherein the patient is male.

18. The method of claim 1, wherein the patient is female.

ATGAL_07967819

US 11,633,388 B2

69

**19**. The method of claim **1**, wherein the patient has renal impairment.

**20**. The method of claim **19**, wherein the patient has mild or moderate renal impairment.

**21**. The method of claim **1**, wherein the patient is an enzyme replacement therapy (ERT)-experienced patient.

**22**. The method of claim **1**, wherein the patient is an enzyme replacement therapy (ERT)-experienced patient with renal impairment.

**23**. The method of claim **1**, wherein the patient is an enzyme replacement therapy (ERT)-naïve patient.

**24**. The method of claim **1**, wherein the patient has a proteinuria level of less than 100 mg/24 hr prior to initiating the administration of the migalastat or salt thereof.

**25**. The method of claim **1**, wherein the patient has a proteinuria level of 100 to 1,000 mg/24 hr prior to initiating the administration of the migalastat or salt thereof.

**26**. The method of claim **1**, wherein the patient has a proteinuria level of greater than 1,000 mg/24 hr prior to initiating the administration of the migalastat or salt thereof.

**27**. The method of claim **1**, wherein the migalastat or salt thereof is administered orally.

**28**. The method of claim **27**, wherein the migalastat or salt thereof is in a solid dosage form.

**29**. The method of claim **28**, wherein the solid dosage form comprises a capsule.

**30**. The method of claim **1**, wherein the migalastat is administered as a pharmaceutically acceptable salt.

**31**. The method of claim **1**, wherein the patient is orally administered a capsule comprising about 150 mg of migalastat hydrochloride every other day.

**32**. The method of claim **7**, wherein the patient has a Fabry disease-causing mutation.

**33**. The method of claim **7**, wherein the migalastat or salt thereof is administered to the patient every other day.

**34**. The method of claim **7**, wherein the patient is administered about 123 to about 300 mg of the migalastat or salt thereof every other day.

70

**35**. The method of claim **7**, wherein the patient is administered about 150 mg of the migalastat or salt thereof every other day.

**36**. The method of claim **7**, wherein the patient is administered about 150 mg of migalastat hydrochloride every other day.

**37**. The method of claim **7**, wherein the patient is male.

**38**. The method of claim **7**, wherein the patient is female.

**39**. The method of claim **7**, wherein the patient has renal impairment.

**40**. The method of claim **39**, wherein the patient has mild or moderate renal impairment.

**41**. The method of claim **7**, wherein the patient is an enzyme replacement therapy (ERT)-experienced patient.

**42**. The method of claim **7**, wherein the patient is an enzyme replacement therapy (ERT)-experienced patient with renal impairment.

**43**. The method of claim **7**, wherein the patient is an enzyme replacement therapy (ERT)-naïve patient.

**44**. The method of claim **7**, wherein the patient has a proteinuria level of less than 100 mg/24 hr prior to initiating the administration of the migalastat or salt thereof.

**45**. The method of claim **7**, wherein the patient has a proteinuria level of 100 to 1,000 mg/24 hr prior to initiating the administration of the migalastat or salt thereof.

**46**. The method of claim **7**, wherein the patient has a proteinuria level of greater than 1,000 mg/24 hr prior to initiating the administration of the migalastat or salt thereof.

**47**. The method of claim **7**, wherein the migalastat or salt thereof is administered orally.

**48**. The method of claim **47**, wherein the migalastat or salt thereof is in a solid dosage form.

**49**. The method of claim **48**, wherein the solid dosage form comprises a capsule.

**50**. The method of claim **7**, wherein the migalastat is administered as a pharmaceutically acceptable salt.

**51**. The method of claim **7**, wherein the patient is orally administered a capsule comprising about 150 mg of migalastat hydrochloride every other day.

\* \* \* \* \*

**REPLY IN SUPPORT OF AUROBINDO'S MOTION *IN LIMINE* NO. 1**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | : | |
| AMICUS THERAPEUTICS US, LLC | : | |
| and AMICUS THERAPEUTICS, INC., | : | |
| | : | C.A. No. 1:22-cv-01461-CJB |
| *Plaintiffs*, | : | |
| | : | ANDA Case |
| v. | : | |
| | : | (Consolidated) |
| TEVA PHARMACEUTICALS USA, INC., | : | |
| and TEVA PHARMACEUTICALS, INC., *et al.* | : | |
| | : | |
| *Defendants*. | : | |
| | : | |

## EXHIBIT 18

**AUROBINDO'S REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 1:
PRECLUSION/EXCLUSION OF PLAINTIFFS'
<u>EXPERT TESTIMONY REGARDING THE HEK ASSAY</u>**

Plaintiffs aim to oppose obviousness by trying to convince the Court that the prior art HEK Assay Aurobindo's references describe was somehow unreliable. *See*, *generally* Pls' Resp. Exs. A-C. To do this, Plaintiffs rely on their experts, Dr. Hopkin in particular, whose opinions on and around the HEK Assay—including opinions on assay reliability and the effect of assay-related prior art disclosures on POSAs—leave a strong, false impression they are grounded in personal knowledge. *See*, *e.g.*, Pls' Resp., Ex. B at ¶¶53-58 (describing Plaintiffs' development of different HEK Assays and opining on their reliability); ¶84 (opining on usefulness of HEK Assays to determine amenability); ¶93-104 (discussing patent reference disclosure of HEK Assay); ¶157-165 (differentiating between prior art HEK Assay disclosures and disagreeing with Dr. Medin's opinions regarding significance of disclosures); *see also id.* at ¶¶61-62, 108, 113, 117, 123-126, 141, 142, 148, 150, 178-179, 178-181, 186, 187, 192, 206-207, 211-213, 222-228, 233, 244, 246-248, 251-52, 258-264, 283, 284, 288-291, 295-309, 314, 328-337, 343, 348, 354-358, 363, 381, 408, 409; *see also id.*, Ex. A at ¶51; ¶53; ¶67; ¶81; ¶84; *see also id.*, Ex. C at ¶¶12, 55, 56.

These opinions falsely suggest familiarity with HEK Assay details Plaintiffs' experts clearly and uniformly disclaimed. The explanation for the disparity is simple and hardly controversial, except when, as here, it goes too far and attorneys assisting with report drafting substitute their own opinions for the expert's. *See* Aurobindo Reply Ex. C at 98:11-99:14 (Dr. Hopkin acknowledging being fed attorney opinions); Ex. D at 261:16-22 (Dr. Jeffries describing himself as merely a "strong collaborator" on his reports). Respectfully, neither the Court nor Aurobindo should be forced to waste precious trial time to understand Plaintiffs' experts' lack of qualifications to testify regarding HEK Assays when they have already clearly admitted it under oath. "Smoke and mirrors" is not a valid trial strategy.

**EXHIBIT 18**

**AUROBINDO'S MOTION *IN LIMINE* NO. 1:**
**PRECLUSION/EXCLUSION OF PLAINTIFFS'**
**EXPERT TESTIMONY REGARDING THE HEK ASSAY**

# EXHIBIT C



# Transcript of Robert J. Hopkin, M.D.

**Date:** June 10, 2025
**Case:** Amicus Therapeutics US, LLC, et al. -v- Teva Pharmaceuticals USA, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

**Page 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

- - -

AMICUS THERAPEUTICS US, :
LLC and AMICUS
THERAPEUTICS, INC.,     : C.A. No. 1:22-cv-01461-CJB

        Plaintiffs,     : ANDA CASE

    vs.                 : (Consolidated)

TEVA PHARMACEUTICALS    :
USA, INC., and TEVA     :
PHARMACEUTICALS, INC.,  :
et al.,                 :

        Defendants      :

- - -

VIDEOTAPED DEPOSITION OF ROBERT J. HOPKIN, M.D.

- - -

Tuesday, June 10, 2025

9:04 a.m.

- - -

Held at the offices of:

Keating Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio  45202

Reported By: Carol A. Kirk, RMR, CSR-9139

**Page 2**

A P P E A R A N C E S

- - -

On behalf of the Plaintiffs:

    GROOMBRIDGE, WU, BAUGHMAN & STONE, LLP
    BY:  JENNIFER REA DENEAULT, ESQUIRE
         jenna.deneault@groombridgewu.com
         NAZ E. WEHRLI, ESQUIRE
         naz.wehrli@groombridgewu.com
         KYLE N. BERSANI, ESQUIRE
         kyle.bersani@groombridgewu.com
    565 Fifth Avenue, Suite 2900
    New York, New York  10017
    332-269-0030

On behalf of the Defendants, Aurobindo Pharma LTD.,
and Aurobindo Pharma USA, Inc.:

    KRATZ & BARRY, LLP
    BY:  GEORGE J. BARRY, III, ESQUIRE
         gbarry@kratzandbarry.com
    1050 Crown Pointe Parkway, Suite 500
    Atlanta, Georgia  30338
    404-431-6600

ALSO PRESENT:

    Joon Chung

- - -

**Page 3**

INDEX TO EXAMINATION

WITNESS                                          PAGE

ROBERT J. HOPKIN, M.D.

    CROSS-EXAMINATION BY MR. BARRY                 8

**Page 4**

INDEX TO EXHIBITS

HOPKIN      DESCRIPTION                          PAGE

Exhibit 1   Curriculum Vitae of Robert J.         11
            Hopkin, M.D.

Exhibit 2   Rebuttal Report of Robert J.          24
            Hopkin, M.D.

Exhibit 3   Document titled "Molecular            83
            Genetics and Metabolism
            Reports"

Exhibit 4   United States Patent Number           92
            11,633,388

Exhibit 5   Galafold label                        93

Exhibit 6   Document titled "Sapropterin         116
            dihydrochloride, 6-R-L-
            erythro-5,6,7,8-tetrahydrobiopt
            erin, in the treatment of
            phenylketonuria"

Exhibit 7   Document titled "Drugs@FDA:          119
            FDA-Approved Drugs"

Exhibit 8   United States Patent Number          133
            12,042,489

Exhibit 9   United States Patent Number          133
            12,042,490

Exhibit 10  United States Patent Number          134
            11,833,164

Exhibit 11  United States Patent Number          136
            8,592,362

Exhibit 12  United States Patent Number          156
            2011/0152319, Bates-stamped
            DEFMIG_0000140 through 312

Exhibit 13  Document titled "A                   169
            Pharmacogenetic Approach to
            Identify Mutant Forms of
            a-Galactosidase A that Respond
            to a Pharmacological Chaperone

            for Fabry Disease"

5

INDEX TO EXHIBITS (CON'T)

| HOPKIN | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 14 | Document titled Safety and pharmacodynamic effects of a pharmacological chaperone on a-galactosidase A activity and globotriaosylceramide clearance in Fabry disease: report from two phase 2 clinical studies" | 172 |
| Exhibit 15 | Document titled "Amicus Therapeutics Presents Additional 6-Month Results from Phase 3 Fabry Monotherapy Study at LDN World Symposium" | 178 |
| Exhibit 16 | Document titled "A Phase 2 study of migalastat hydrochloride in females with Fabry disease: Selection of population, safety and pharmacodynamic effects" | 181 |
| Exhibit 17 | United States Patent Number 2015/0352093 | 182 |
| Exhibit 18 | Document titled "The Validation of Pharmacogenetics in the Identification of Target Fabry Patients for Treatment with Migalastat" | 191 |
| Exhibit 19 | Deposition of Elfrida Benjamin, Ph.D. | 202 |
| Exhibit 20 | Dr. Elfrida Benjamin Deposition Transcript Errata | 203 |
| Exhibit 21 | Transcript of Jeffrey P. Castelli, Ph.D., Designated Representative and Individually, dated February 21, 2025 | 224 |
| Exhibit 22 | Dr. Jeffrey Castelli Deposition Transcript Errata | 224 |

6

1      - - -
2  P R O C E E D I N G S
3      - - -
4      THE VIDEOGRAPHER:  Here begins
5  media number 1 in the videotaped
6  deposition of Robert J. Hopkin M.D., in
7  the matter of Amicus Therapeutics US,
8  LLC, et al. v. Teva Pharmaceuticals USA
9  Inc. et al. in the United States
10  District Court for the District of
11  Delaware, Case Number 1:22-cv-01461-CJB.
12      Today's date is June 10, 2025.
13  The time on the video monitor is
14  9:04 a.m. Eastern Standard Time.
15      The remote videographer -- I'm
16  sorry.  The regular videographer today
17  is Michael Harden representing Planet
18  Depos.
19      All parties of this video
20  deposition are attending at the law
21  offices -- sorry.  I lost my place.
22  Stand by.
23      All parties are attending at the
24  law offices of Keating Muething &
25  Klecamp PLL.

7

1      Would counsel please voice
2  identify themselves and state whom they
3  represent.
4      MR. BARRY:  George Barry, Kratz &
5  Barry for Aurobindo.
6      MS. DENEAULT:  Jennifer Deneault,
7  Naz Wehrli, Kyle Bersani from
8  Groombridge Wu on behalf of Amicus
9  Therapeutics, and Joon Chung from Amicus
10  Therapeutics.
11      THE VIDEOGRAPHER:  The court
12  reporter today is Carol Kirk
13  representing Planet Depos.
14      The witness will now be sworn.
15      (Witness sworn.)
16      MS. DENEAULT:  And I'd like to
17  make a comment at the outset that
18  Dr. Hopkin is prepared to address the
19  written description and enablement
20  references that Dr. Medin makes in the
21  context of obviousness in his reply
22  expert report.
23      MR. BARRY:  Thanks.
24          - - -
25

8

1      ROBERT J. HOPKIN, M.D.
2  being by me first duly sworn, as hereinafter
3  certified, deposes and says as follows:
4      CROSS-EXAMINATION
5  BY MR. BARRY:
6      Q.  Good morning, Dr. Hopkin.
7      A.  Good morning.
8      Q.  We met briefly.  I'm George Barry.
9  I represent Aurobindo in this case.
10      Thank you for being with us here
11  today.
12      Before we get started, have you ever
13  been deposed before?
14      A.  Yes, I have.
15      Q.  About how many times?
16      A.  I don't remember.
17      Q.  Is it more than ten?
18      A.  No.  Probably less than ten.
19      Q.  When was the last time you were
20  deposed?
21      A.  I don't remember that either.
22      Q.  Was it in the last five years?
23      A.  Yes.
24      Q.  Okay.  Do you remember what -- what
25  you have in mind?  What the nature of your

97

1    Q.   Well, look down at the very last
2  sentence there.  It says -- I'll read that one
3  into the record.  "Mutations that have previously
4  been identified as responsive to a PC (e.g.
5  migalastat) using these methods are listed in
6  U.S. Patent Number 8,592,362, which is hereby
7  incorporated by reference in its entirety."
8         Did I read that correctly?
9    **A.   Yes.**
10   Q.   Are you familiar with the '362
11 patent referred to in here?
12   **A.   I would have to look at it.**
13   Q.   We'll have to come back to it.
14

15
16
17
18
19   Q.   So the words "previous screening
20 methods" doesn't make you think that maybe they're
21 talking about earlier assays?
22   **A.   I would have to read a couple pages**
23 **and try to figure context.  To assess the previous**
24 **screening could be used in a number of different**
25 **ways.**

98

1    Q.   All right.  So looking back at your
2  report again.  Now I'm looking back at paragraphs
3  28 through 33.  You talk about a person of
4  ordinary skill in the art, correct?
5    **A.   Yes.**
6    Q.   I first note in the paragraph 28,
7  you've identified priority dates, May 30, 2017 and
8  August 7, 2019.
9         Did you come up with those dates?
10   **A.   No.**
11   Q.   Did you do an independent evaluation
12 to determine whether those are, in fact, the
13 correct priority dates?
14   **A.   I read the materials that were**
15 **provided to me, and those were the listed dates.**
16   Q.   Did you independently evaluate --
17 you know, do a priority date evaluation yourself
18 to determine what the priority dates were, or is
19 that information you received from counsel?
20   **A.   I did not do an independent looking**
21 **into the dates.**
22   Q.   I mean, some of this is just trying
23 to understand what you might be talking about at
24 trial.  So I'm not trying to trick you here.  I'm
25 just trying to understand whether you've

99

1  actually -- what reflects your own independent
2  opinions and what might be provided.  And we all
3  do this very similarly.  So there's obviously
4  going to be stuff that we've -- that the attorneys
5  provided to Dr. Medin because he's not a patent
6  attorney.
7         So did the definition of POSA,
8  person of ordinary skill in the art, in paragraph
9  29 -- is that something that you independently
10 came up with, or is that something that was
11 provided to you?
12   **A.   Honestly, that was a definition that**
13 **came out of a combination of things that were**
14 **provided to me in discussion with counsel.**
15   Q.   So you were -- you did have input
16 into this definition of POSA; is that correct?
17   **A.   Yes.**
18   Q.   How did you go about evaluating a
19 person of ordinary skill in the art?
20   **A.   The person of ordinary skill in the**
21 **art was described to me.  They showed me**
22 **definitions, explained what the concept was.**
23 **I commented that I think it's a little bit**
24 **ambiguous and difficult to use.**
25         **But in thinking about the field in**

100

1  **which the question is placed, what would somebody**
2  **need to be considered a POSA based on the**
3  **definitions that were provided to me of how that**
4  **concept works.**
5    Q.   So one of the criteria that you
6  evaluated was the field of the -- the field of
7  study or the field of art; is that right?
8    **A.   Right.**
9    Q.   And what were the other criteria
10 that you evaluated?
11   **A.   Years of experience.**
12   Q.   Whose experience were you
13 evaluating, I guess?
14   **A.   What's a POSA.  That's the person.**
15 **That's whose experience.  How much experience does**
16 **it take to be a person, a POSA.**
17   Q.   All right.  And then what was
18 another one?
19   **A.   I honestly don't remember all of the**
20 **things that were considered or discussed.**
21   Q.   Why didn't you put it in the details
22 of your evaluation in your report?
23   **A.   I'm trying to think of a way to**
24 **explain the process.  And there's a lot of things**
25 **that go through my head, and I can't list all of**

**EXHIBIT 18**

**AUROBINDO'S MOTION *IN LIMINE* NO. 1:**
**PRECLUSION/EXCLUSION OF PLAINTIFFS'**
**EXPERT TESTIMONY REGARDING THE HEK ASSAY**

# EXHIBIT D



# Transcript of John L. Jefferies, M.D.

**Date:** June 26, 2025
**Case:** Amicus Therapeutics US, LLC, et al. -v- Aurobindo Pharma, Ltd., et al.

**Planet Depos**
**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

**1**

1  UNITED STATES DISTRICT COURT
2  THE DISTRICT OF DELAWARE
3  -------------------------------X
4  AMICUS THERAPEUTICS US, LLC
5  and AMICUS THERAPEUTICS, INC.,
6  Plaintiffs,
7  v.  C.A. No.
8  AUROBINDO PHARMA LTD., AND  1:22-cv-01461-CFC
9  AUROBINDO PHARMA USA, INC.,
10  Defendants.
11  -------------------------------X
12
13  DEPOSITION OF JOHN L. JEFFERIES
14  June 26, 2025
15
16
17
18  Reported by:
19  MARY F. BOWMAN, RPR, CRR
20  JOB NO. 589348
21
22
23
24
25

**2**

1
2
3
4  June 26, 2025
5  9:00 a.m.
6
7
8  Deposition of JOHN L. JEFFERIES, held
9  at Groombridge, Wu, Baughman & Stone LLP, 565
10  Fifth Avenue Suite 2900 New York, New
11  York,before Mary F. Bowman, a Registered
12  Professional Reporter, Certified Realtime
13  Reporter, and Notary Public of the States of New
14  Jersey and New York.
15
16
17
18
19
20
21
22
23
24
25

**3**

1  APPEARANCES:
2
3  GROOMBRIDGE, WU, BAUGHMAN & STONE LLP
4  Attorneys for Plaintiffs
5  565 Fifth Avenue, Suite 2900
6  New York, New York  10017
7  BY:  JENNIFER REA DENAULT, ESQ.
8  HAYLEY LEBLANC, ESQ.
9  CARISSMA McGEE, ESQ.
10
11
12  KRATZ & BARRY, LLP
13  Attorneys for Defendants
14  1050 Crown Pointe Parkway, Suite 500
15  Atlanta, Georgia 30338
16  BY:  GEORGE J. BARRY III, ESQ.
17
18  Also Present:
19  Joon Chung, Amicus Therapeutics
20  Robert Palos, Legal Videographer
21
22
23
24
25

**4**

1  THE VIDEOGRAPHER:  Here begins media
2  number 1 in the videotaped deposition of
3  John L. Jefferies, M.D., in the matter of
4  Amicus Therapeutics US, LLC, et al.,
5  versus Aurobindo Pharma LTD, et al., in
6  the United States District Court for the
7  District of Delaware, Case Number
8  1:22-cv-01461-CFC, and 1:22-cv-01461-CJB.
9  Today's date is June 26, 2025.  The
10  time on the monitor is 9:01 a.m.
11  The videographer today is Robert
12  Palos representing Planet Depos.
13  The video deposition is taking place
14  at 565 Fifth Avenue, New York, New York.
15  Would counsel please voice-identify
16  themselves and state whom they represent.
17  (Whereupon, counsel placed their
18  appearances on the audio record.)
19  THE VIDEOGRAPHER:  The court
20  reporter today is Mary Bowman representing
21  Planet Depos.
22  The witness will now be sworn in.
23  - - - -
24
25

5

1  JOHN L. JEFFERIES,
2      called as a witness by the defendants,
3      having been duly sworn, testified as
4      follows:
5  EXAMINATION BY
6  MR. BARRY:
7      Q.   Good morning, Dr. Jefferies.
8      A.   Good morning, sir.
9      Q.   I briefly introduced myself earlier.
10 I'm George Barry.  I represent Aurobindo.  Thank
11 you for being with us here today.
12          I'm just going to get started with
13 some questions.
14          When did the need for a migalastat
15 treatment for Fabry patients with the Y184S
16 mutation begin in your opinion?
17     A.   Well, I would -- that's in my
18 statements that I submitted for review.  If
19 possible, we could through those together.
20     Q.   Do you recall offering an opinion
21 specifically about when a need for migalastat
22 treatment for the Y184S mutation began in your
23 opinions?
24     A.   As I said, it's in my statement.  I
25 would be happy to review those with you, sir.

6

1      Q.   So you believe that in your
2  statement, in your opinions, that you have
3  actually offered an opinion as to when the need
4  for migalastat treatment for the Y184S mutation
5  began?
6      A.   I offered an opinion about an unmet
7  need specific to mutations that were approved in
8  the migalastat initial submission, yes, sir.  I
9  offered an opinion about the unmet need.
10     Q.   And what I'm asking about is when
11 the need arose, not necessarily when the unmet
12 need was recognized.
13          So for any of the mutations that are
14 in the asserted claims, what in your opinion
15 would be -- when did the need for a migalastat
16 treatment for those mutations arise in your
17 opinion?
18     A.   Once again, I mean, we can refer to
19 my submissions and go through those line by line
20 if you would like, sir.
21          Perhaps I'm not completely
22 understanding what you're asking me.
23     Q.   Well, would the need for migalastat
24 for a particular mutation, would it arise when
25 the mutation first presented itself in a human

7

1  being or would it be -- would the need for
2  migalastat arise later?
3      A.   In my opinion, the need for
4  migalastat would be based on if the mutation
5  that we're referencing, which could be agnostic,
6  was felt to be amenable to the therapy with
7  migalastat.
8      Q.   So if I understand your testimony,
9  it is your opinion that the need for migalastat
10 therapy for a particular mutation would not
11 arise until that mutation was identified as
12 amenable for treatment with migalastat, is that
13 correct?
14     A.   Well --
15          MS. DENEAULT:  Objection to form.
16     A.   I'm sorry.
17     Q.   You can answer the question.
18     A.   No, that's fine.
19     Q.   No, you have to answer the question.
20 Sorry.  Unless she tells you not to answer the
21 question, you have to answer the question.
22     A.   Okay.
23          I think the unmet need was there
24 prior to any recognition of the mutation per se
25 as far as particular opportunities in patients.

8

1  But for migalastat particularly, the indications
2  are for approved mutations that are amenable to
3  migalastat therapy.
4      Q.   So if I try to break that down a
5  little bit, if I understand correctly, you're
6  saying there is a need for treatment before the
7  mutation is identified as amenable, is that
8  fair?
9      A.   No.  What I am saying, there is the
10 need for treatment, and I need to define what
11 the best treatment strategy is.  And by
12 understanding the mutation status has helped me
13 define what the treatment strategy is to be
14 pursued.
15     Q.   So would a mutation that was
16 amenable to migalastat though, would the need
17 for migalastat arise before the mutation was
18 actually identified as amenable?
19     A.   I'm sorry, maybe I'm not
20 understanding your logic there.  So please
21 rephrase or ask that again.  I apologize.
22     Q.   Sure.
23          So would the need for migalastat for
24 a mutation that we now know is amenable, would
25 the need for migalastat have arisen for that

261

1 explaining it now.
2    Q.   And, in fact, you can testify
3 honestly and truthfully that nowhere in your
4 report do you point to an example of a person of
5 ordinary skill in the art identifying the
6 engineered mutations at all prior to
7 August 2019, correct?
8    A.   That's my recollection, sir, in the
9 report.
10   Q.   All right.  Let's talk about
11 Exhibit 10 again, where the date is in doubt --
12   A.   I apologize, just one second.
13       Yes, sir.
14   Q.   You got Exhibit 10?
15   A.   Yes, sir.
16   Q.   I didn't write your expert reports,
17 did I?
18   A.   No, sir.
19   Q.   Oh.
20       Did you write your expert reports?
21   A.   I was a strong collaborator, yes.  I
22 wrote them in conjunction with the legal team.
23   Q.   And when we started out today, I had
24 asked you if you reviewed the reports, correct?
25   A.   Yes, sir.  Yes, sir.

262

1    Q.   And I had asked you if there was
2 anything you wanted to correct, right?
3    A.   Um-hm.  Yes, sir.
4    Q.   Was that reference -- did your
5 citation to Exhibit 10, did you get the date
6 wrong on that when you described it as being
7 published in February of 2016?
8    A.   I may have.  I'd have to review my
9 document, but at the time you asked me, that
10 wasn't something that I was thinking about.
11   Q.   Or was that something that your
12 attorneys messed up for you?
13   A.   No, I reviewed the document and gave
14 final approval.  So if there was some problem
15 there, I'll absorb that concern.
16   Q.   So do you want to change that
17 citation now, do you think, or might there be a
18 reason that you have for believing that that
19 document was actually prepared in 2016?
20   A.   I would probably want to talk with
21 the legal team before I made any changes to my
22 documents, sir.
23   Q.   Fair enough.
24       I got nothing else.  Thank you,
25 Doctor.

263

1    A.   Yes, sir.
2        THE VIDEOGRAPHER:  No further
3 questions?
4        MS. DENEAULT:  Wait, can I do a
5 two-minute break?
6        THE VIDEOGRAPHER:  We are going off
7 the record.  The time on the monitor is
8 4:37 p.m.
9        (Recess.)
10       THE VIDEOGRAPHER:  We are back on
11 the record at 4:40 p.m.
12       MS. DENEAULT:  Dr. Jefferies, no
13 further questions.  Thank you.
14       THE WITNESS:  Thank you.
15       MR. BARRY:  Thanks again,
16 Dr. Jefferies.
17       THE WITNESS:  Thank you, sir.
18       (Continued on next page for jurat.)
19
20
21
22
23
24
25

264

1        THE VIDEOGRAPHER:  This concludes
2 the deposition of John L. Jefferies, M.D.
3 We are going off the record at 4:40 p.m.
4
5    _____
6        JOHN L. JEFFERIES
7
8 Subscribed and sworn to
9 before me this      day
10 of MO         , 2024.
11
12 _____
13
14
15
16
17
18
19
20
21
22
23
24
25