IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMICUS THERAPEUTICS US, LLC AND AMICUS THERAPEUTICS, INC., <br>         Plaintiffs, <br> v. <br><br> TEVA PHARMACEUTICALS USA, INC.; and TEVA PHARMACEUTICALS, INC, <br>         Defendants. | C.A. No. 22-1461-CJB <br> **ANDA CASE** <br><br> **(Consolidated)** |
| AMICUS THERAPEUTICS US, LLC AND AMICUS THERAPEUTICS, INC., <br>         Plaintiffs, <br> v. <br><br> LUPIN LTD. and LUPIN PHARMACEUTICALS, INC., <br>         Defendants. | C.A. No. 22-01465-CJB <br> **ANDA CASE** |
| AMICUS THERAPEUTICS US, LLC AND AMICUS THERAPEUTICS, INC., <br>         Plaintiffs, <br> v. <br><br> LUPIN LTD. and LUPIN PHARMACEUTICALS, INC., <br>         Defendants. | C.A. No. 23-00964-CJB <br> **ANDA CASE** |

**STIPULATION FOR ENTRY OF CONSENT JUDGMENT**
**AS TO LUPIN LIMITED AND LUPIN PHARMACEUTICALS, INC.**

Plaintiffs Amicus Therapeutics US, LLC and Amicus Therapeutics, Inc. and Defendants

Lupin Limited and Lupin Pharmaceuticals, Inc. having met, conferred, and agreed to resolve their

dispute upon execution of a separate License Agreement, hereby stipulate to entry of the executed

Consent Judgment submitted herewith, subject to the Court's approval.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Cameron P. Clark
_____
Karen Jacobs (#2881)
Megan E. Dellinger (#5739)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@morrisnichols.com
mdellinger@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiffs Amicus
Therapeutics US, LLC and Amicus
Therapeutics, Inc*

OF COUNSEL:

Nicholas Groombridge
Jennifer H. Wu
Josephine Young
Jennifer Rea Deneault
Peter Sandel
Naz Wehrli
Stephen Accursio Maniscalco
Allison Penfield
Scott E. Miller
Aileen Huang
Chieh-Ming ("Ben") Hsu
Kyle N. Bersani
GROOMBRIDGE WU BAUGHMAN & STONE LLP
565 Fifth Avenue, Suite 2900
New York, NY 10017
(332) 269-0030

December 19, 2025

PHILLIPS, MCLAUGHLIN & HALL, P.A.

/s/ John C. Phillips, Jr.
_____
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
(302) 655-4210 (fax)
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Defendants Lupin Limited and
Lupin Pharmaceuticals, Inc.*

OF COUNSEL:

Keith D. Parr
Nina Vachhani
Jonathan B. Turpin
Amy M. Lange
Jacob C. Britz
BUCHANAN INGERSOLL
& ROONEY PC
125 S. Wacker Dr.
Chicago, IL 60606
(312) 261-8777
keith.parr@bipc.com
nina.vachhani@bipc.com
jonathan.turpin@bipc.com
amy.lange@bipc.com
jacob.britz@bipc.com